**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION AT MEMPHIS**

---

**Shanna Richardson,**
**Plaintiff,**

**vs.** **No.:** 19-2748

**Lincoln Financial Group,**
**d/b/a Liberty Life Assurance Company of Boston,**
**Defendants.**

---

**COMPLAINT**

---

**COMES NOW** your plaintiff, Shanna Richardson, and by and through counsel and sues the defendants Lincoln Financial Group and Liberty Assurance Group of Boston, and for cause states and shows to this Honorable Court as follows:

1. The plaintiff is a resident of Memphis, Shelby County, Tennessee;

2. That at all times herein mentioned, Lincoln Financial Group is a Massachusetts Corporation with its principal place of business in the State of Massachusetts. The defendant is authorized to do and doing business in the State of Tennessee. The policy which is the subject of this litigation was written and entered into in the State of Tennessee. The defendant's agent for service of process is the Tennessee Commissioner of Insurance. Liberty Life Assurance Company of Boston is a subsidiary of Lincoln Financial Group that is authorized to underwrite insurance policies in the state of Tennessee. Liberty's agent for service of process is the Tennessee Commissioner of Insurance;

3. This Court has jurisdiction pursuant to 28 USC § 1332(a). There is diversity of citizenship between the parties and the amount in controversy exceeds $100,000.00. Therefore, diversity exists in this cause of action. Moreover, this Court has jurisdiction by virtue of the Employee Retirement and Income Security Act of 1974;

4. This is a civil action to recover long-term disability benefits pursuant to Section 502 of the Employee Retirement Income Security Act of 1974 (herein ERISA);

5. The plaintiff by virtue of her employment with Nike, Inc. was provided a long-term disability policy with the defendants. The group number is and the claim number is 7164999;

6. On September 22, 2016, the plaintiff applied for long-term disability benefits under this policy due to neck and back pain accompanied by radiculopathy;

7. On or about March 22 ,2019 the plaintiff was approved for Long Term Disability Benefits under the policy;

8. On May 16, 2019, the defendant wrote the plaintiff's lawyers' office informing them that Long Term disability Benefits were no longer payable pursuant ;

9. On May 21, 2019, the plaintiff's lawyer appealed the decision ;

10. On or about June 4, 2019, the defendant wrote the plaintiff's lawyer acknowledging receipt of the timely filed appeal;

11. On or about July 19, 2019, the defendant wrote the plaintiff's lawyer informing him that the being evaluated and a decision would be made within 90 days;

12. On or about August 29 , 2015, the defendant wrote plaintiff's lawyer informing him of the affirmation of the May 16, 2019 decision to terminate Long Term Disability ;

13. The letter dated August 29 ,2019, stated: "At this point in time you have exhausted all administrative levels of appeals and no further appeals will be considered. "

14. The plaintiff's condition renders her disabled pursuant to the terms of the policy under "DEFINITION OF DISABILITY" under the group policy which is the subject of this litigation;

15. The defendant has failed to pay benefits for said policy and plan benefits currently amounting to 66 &2/3 of his gross monthly income for each month she is unable to return to gainful employment;

16. Additional benefits will be due after the filing of the lawsuit as the plaintiff remains disabled;

17. The defendant's decision to deny benefits is arbitrary and capricious as defined the Sixth Circuit caselaw governing ERISA claims;

WHEREFORE, the plaintiff prays for a judgment against the defendant for all benefits, for any months he is disabled under the policy, for prejudgment interest, for future benefits, for attorney fees, for discretionary costs and any other relief the Court deems just and proper under the circumstances.

**Respectfully Submitted,**

**/s/John E Dunlap (013223)**

**Attorney for the Plaintiff**

**3340 Poplar Avenue #320**

**Memphis, TN 38111**

**(901)320-1603**

**(901)320-6914**

**Jdunlap00@gmail.com**