19-2748

19-2748

MARK S. NORRIS | DIANE K. VESCOVO