**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISIONAL OFFICE**
**AT MEMPHIS**

| | | |
|---|---|---|
| **SHANNA RICHARDSON,** | ) | |
| | ) | CIVIL ACTION NO. 2:19cv02748-MSN-dkv |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Mark S. Norris |
| | ) | |
| **LINCOLN FINANCIAL GROUP** | ) | |
| **d/b/a LIBERTY LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | Chief Magistrate Judge Diane K. Vescovo |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S DISCLOSURE STATEMENT**

Defendant Lincoln Financial Group d/b/a Liberty Life Assurance Company of Boston[1] ("Lincoln") files this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and shows the Court as follows:

1. **Lincoln Life Assurance Company of Boston (f/k/a Liberty Life Assurance Company of Boston)** is a wholly owned subsidiary of **The Lincoln National Life Insurance Company**, an Indiana insurance company.

2. The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation (NYSE:LNC), a publicly held corporation.

3. There is no corporate entity named Lincoln Financial Group as that is the marketing name for Lincoln National Corporation and its affiliates.

Dated this 27th day of November 2019.

Respectfully submitted,

---

[1] Liberty Life Assurance Company of Boston is now known as Lincoln Life Assurance Company of Boston, which is the correct name of the Defendant in this action.

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admission to TN Western District pending)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was served upon all known counsel of record via the Court's ECF Mail System upon the following:

John E. Dunlap, Esq.
Email: jdunlap00@gmail.com

November 27, 2019
Date

/s/ Iwana Rademaekers
Iwana Rademaekers