**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

SHANNA RICHARDSON,

Plaintiff,

v. Case No. 2:19-cv-2748-MSN-dkv

LINCOLN FINANCIAL GROUP,

Defendant.

---

**ORDER TRANSFERRING CASE**

---

The undersigned Court requests that this case be reassigned to the Honorable Samuel H. Mays, Jr. Accordingly, the Clerk is directed to reassign this case to U.S. District Judge Samuel H. Mays, Jr.

**IT IS SO ORDERED**, this 27th day of January, 2020.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE