19-2748

SAMUEL H. MAYS, JR.