**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **SHANNA RICHARDSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 2:19-cv-2748-SHM-dkv** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LINCOLN FINANCIAL GROUP d/b/a LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ADMINISTRATIVE TRACK SCHEDULING ORDER**

Pursuant to written notice, a scheduling conference was held on February 21, 2020. Participating on behalf of the plaintiff was John Dunlap. Participating on behalf of the defendant was Iwana Rademaekers. The following schedules and deadlines were established:

**INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**: The Defendant shall produce the Administrative Record to the Plaintiff and file a redacted version with the Court on or before **February 28, 2020**.

**JOINING PARTIES**: Not applicable in this case.

**AMENDING PLEADINGS**: Not applicable in this case.

**COMPLETING ALL DISCOVERY**: Not applicable in this case.

**FILING DISPOSITIVE MOTIONS**: Trials are uncommon in ERISA benefit claims. Rather, the Court reviews only the evidence before the claims decision-maker at the time the final decision to deny benefits was made. Accordingly, this case will be decided on the administrative record and cross motions for summary judgement to be filed by the parties, pursuant to the following deadlines:

Administrative Record: **February 28, 2020**.

Cross Motions for Judgment: **August 20, 2020** (up to 25 pages);

Responses: **September 17, 2020** (up to 15 pages);

Replies: **October 1, 2020** (up to 5 pages).

Absent good cause shown, the deadlines set by this order will not be modified or extended.

SO ORDERED this 24th day of February, 2020.

**s/ Samuel H. Mays, Jr.**
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE