**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISIONAL OFFICE**
**AT MEMPHIS**

| | | |
|---|---|---|
| **SHANNA RICHARDSON,** | ) | |
| | ) | CIVIL ACTION NO. 2:19cv02748-MSN-dkv |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Mark S. Norris |
| | ) | |
| **LINCOLN FINANCIAL GROUP** | ) | |
| **d/b/a LIBERTY LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | Chief Magistrate Judge Diane K. Vescovo |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD**

Defendant Lincoln Financial Group d/b/a Liberty Life Assurance Company of Boston[1] ("Defendant") files Defendant's Submission of Administrative Record pursuant to the Order entered by the Court on February 24, 2020 (Document 15).

1. Group Disability Income Policy (Liberty/Richardson 0001-0045);

2. August 29, 2019, correspondence containing decision on appeal (Liberty/Richardson 0101-0111);

3. The Administrative Record pertaining to LTD claim (Liberty/Richardson 0046-0100, 0112-0203, 0205-0651 and 00676-1419). [2]

Dated this 28th day of February 2020.

Respectfully submitted,

---

[1] There is no entity named "Lincoln Financial Group" as that is the marketing name for Lincoln National Corporation and its affiliates. Liberty Life Assurance Company of Boston is now known as Lincoln Life Assurance Company of Boston, which is the correct name of the Defendant in this action.

[2] Document labeled Liberty/Richardson 0204 and 0652-0675 were produced by Defendant to Plaintiff and labeled as part of Defendant's claim file concerning this claim. However, these pages have been removed from Exhibit 3 as these documents pertaining to other claimants were inadvertently submitted and are not part of this administrative record.

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was served upon all known counsel of record via the Court's ECF Mail System upon the following:

John E. Dunlap, Esq.
Email: jdunlap00@gmail.com

February 28, 2020
Date

/s/ Iwana Rademaekers
Iwana Rademaekers