**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 7164999 Claim Last Updated 08/29/2019 Printed On 11/22/2019

Claimant Information

| | | | |
|---|---|---|---|
| Name | SHANNA RICHARDSON | SSN | |
| Birth Date | | | |
| Address | | Salary Amount $ | 2060.93 |
| Mode | M | | |
| | | Date of Hire | 01/04/2016 |
| | | Last Work Date | 09/21/2016 |
| | | Federal Tax | Employee Option |
| State Tax | No | | |
| Phone | | Phys Demands | Medium |

JobDesc S2 MATERIAL HANDLER

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Any Occ | Received Date | 01/19/2017 |
| Disability Date | 09/22/2016 | Close Date | 05/16/2019 | Reopen Date | 03/23/2019 |
| Sick Days Left | 182 | Max Ben Date | 06/22/2044 | RTW FT / PT | |
| Ben Begin Date | 03/23/2017 | Apprv Thru Date | 05/15/2019 | Gross Ben $ | |

Diagnosis 1 Code/Desc M79.602 Pain in left arm

Diagnosis 2 Code/Desc M50.3 Other cervical disc degeneration

Policyholder Information

Customer ID 06 - 066641 NIKE, INC.

Subsidiary 0097 NIKE, INC.

Location TN000000 NIKE, INC.

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2015

Class 02 ALL OTHER MEMBER EMPLOYEES EXCLUDING CLASS 01

Waiting Period: New/Mode-Current/Mode 0 | | 0 | | Days in WRKWK | | Pre-X 3-1

Elimination Period: Days/Type 180 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 180 Day SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ 7.00 Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit 24 Own Occupation Definition Limit 24 M/N Limit 24

Benefit % | Max Benefit $ | Min Benefit $ | Employer Contr % 100.00 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 02 | 01/04/2016 |
| PD | 01 | STD | 01 | 01/04/2016 |

Additional Information:

EXHIBIT

3

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 5977254 Claim Last Updated 03/24/2017 Printed On 11/22/2019

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | SHANNA RICHARDSON | SSN | | Birth Date | |
| Address | | Salary Amount $ | 475.60 | Mode | W |
| | | Date of Hire | 01/04/2016 | | |
| | | Last Work Date | 09/21/2016 | | |
| | | Federal Tax | Table | State Tax | No |
| Phone | | Phys Demands | Medium | | |

JobDesc S2 MATERIAL HANDLER

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Max Dur/To LTD | Received Date | 09/22/2016 |
| Disability Date | 09/22/2016 | Close Date | 03/23/2017 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 03/22/2017 | RTW FT / PT | |
| Ben Begin Date | 09/29/2016 | Apprv Thru Date | 03/22/2017 | Gross Ben $ | |

Diagnosis 1 Code/Desc M50.3 Other cervical disc degeneration

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 06 - 066641 NIKE, INC.

Subsidiary 0097 NIKE, INC.

Location TN000000 NIKE, INC.

Symb PD Numeral 01 Product STD Funding ASO Bank Y Calcs Y Cntr Eff 01/01/2015

Class 01 ALL ELIGIBLE EMPLOYEES WORKING A REGULAR SCHEDULED 30 HOURS OR MOF

Waiting Period: New/Mode-Current/Mode 0 0 Days in WRKWK 7 Pre-X NC

Elimination Period: Days/Type 7 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 30 SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 02 | 01/04/2016 |
| PD | 01 | STD | 01 | 01/04/2016 |

Additional Information:

**Note Report**

Report | Clear | Print | Help

AS Accom | AS Event | Add Note | Appeal | Claim | Coord Claim Note | Correspond | Doc List | Employee | Leave | Life Claim | Lve Addtl Info | Lve Correspondence | Lve Program | Lve Work Sched | Medical | Medical History | Note | SPELL Letters | Scheduled Pmt | Task Print | Task Rpt | Tasks

Claim

* **Claim/Event/Leave Number** 7164999 **Accommodation Number**

**Note type:**

Primary Sort Order
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec
●

**11/22/2019 8:09 AM - CLAIM Note 175**
Claim/Event/Leave: 7164999
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [11/22/2019 - ODGAARD, EDITH]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**09/04/2019 1:48 PM - PHONE Note 69**
Claim/Event/Leave: 7164999
NoteSubject : Called EE
Other Subject : ATTNY
Text: [09/04/2019 - RAINES WOODLEY, ROSE]DCM HAD CALLED THE ATTNY ON ANOTHER CLAIM AND WAS ASKED FOR THE STATUS OF THIS APPEAL. PETE GRUMBLES ACK THE UPHOLD AND INFO SENT LAST WEEK. HE CONFIRMED A CHANGE IN ADDRESS WHICH I UPDATED TO 3340 POPLAR AVE SUITE321. HE ACK I WIL EMAIL THE LTR.

**08/29/2019 12:00 PM - CLAIM Note 174**
Claim/Event/Leave: 7164999
NoteSubject : Appeal
Other Subject : OUT
Text: [08/29/2019 - DANIELL, JANE]MAINTAIN DENIAL. THE REVIEW OF THE FILE AND THE INFORMATION RECEIVED ON APPEAL DOES NOT ALTER THE PREVIOUS CLAIM DETERMINATION. NOTIFIED ATTY AND ER

**08/28/2019 5:37 PM - CLAIM Note 173**
Claim/Event/Leave: 7164999
NoteSubject : Voc Rehab
Other Subject : TSA COMPLETED
Text: [08/28/2019 - REDDINGER, MICHELLE]THIS TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS WITHIN THE INSURED S PHYSICAL ABILITIES AND THEIR IDENTIFIED SKILL LEVEL.

**08/27/2019 2:31 AM - CLAIM Note 172**
Claim/Event/Leave: 7164999
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 8/26/2019-REFERRAL RECEIVED BY VCM AND ASSIGNED TO REDDINGER, MICHELLE. CLAIM/AS EVENT IS PENDING REVIEW.

**08/24/2019 2:29 AM - CLAIM Note 171**
Claim/Event/Leave: 7164999
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 8/23/2019 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**08/23/2019 8:36 AM - CLAIM Note 170**
Claim/Event/Leave: 7164999
NoteSubject : Appeal
Other Subject : STATUS
Text: [08/23/2019 - DANIELL, JANE]REFERRED TO VOC FOR TSA REVIEW

**08/23/2019 7:28 AM - CLAIM Note 169**
Claim/Event/Leave: 7164999
NoteSubject : Appeal
Other Subject : STATUS
Text: [08/23/2019 - DANIELL, JANE]PEER REVIEW HAD BEEN REVIEWED. A FINAL DECISION IS IN PROCESS. DELAY LETTER

SENT TO ATTY WITH 8/30/19 DEADLINE.

**08/14/2019 2:26 PM - CLAIM Note 168**
Claim/Event/Leave: 7164999
NoteSubject : Appeal
Other Subject : STATUS
Text: [08/14/2019 - DANIELL, JANE]REC'D PM & R PEER REVIEW. PENDING REVIEW

**08/14/2019 2:17 PM - CLAIM Note 167**
Claim/Event/Leave: 7164999
NoteSubject : Appeal
Other Subject : VENDOR PAYMENT
Text: [08/14/2019 - DANIELL, JANE]INVOICE 1317347 DATE 8/12/19 FROM DANE STREET FOR $1900.00 FOR PEER REVIEW BY DR HOWARD GRATTAN PM & R INVOICE SENT FOR PROCESSING.

**07/29/2019 8:21 AM - CLAIM Note 166**
Claim/Event/Leave: 7164999
NoteSubject : Appeal
Other Subject : REFAXED STATUS LTR
Text: [07/29/2019 - DANIELL, JANE]REFAXED STATUS LETTER TO ATTY

**07/29/2019 8:16 AM - CLAIM Note 165**
Claim/Event/Leave: 7164999
NoteSubject : Appeal
Other Subject : STATUS OF FAX
Text: [07/29/2019 - DANIELL, JANE]ON 7/19/19 REC'D ERROR MESSAGE: THE RIGHT FAX DISTRIBUTION FOR THE FOLLOWING CORRESPONDENCE FAILED: LETTER: ACKNOWLEDGE-FREEFORM-FRM_0001__GENERAL_FREEFORM RECIPIENT: PETER GRUMBLES FAX NUMBER: 9013206914 FAILURE CODE: PHONE LINE PROBLEM NO FURTHER ATTEMPTS WILL BE MADE AT THIS TIME.

**07/29/2019 8:15 AM - CLAIM Note 164**
Claim/Event/Leave: 7164999
NoteSubject : Appeal
Other Subject : STATUS
Text: [07/29/2019 - DANIELL, JANE]SENT MEDICAL RECORDS TO DANE STREET VIA ZIP FILE.

**07/25/2019 2:28 AM - CLAIM Note 163**
Claim/Event/Leave: 7164999
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 7/24/2019 - REFERRED TO DANE STREET, LLC FOR PEER REVIEW.

**07/19/2019 3:23 PM - CLAIM Note 162**
Claim/Event/Leave: 7164999
NoteSubject : Appeal
Other Subject : STATUS
Text: [07/19/2019 - DANIELL, JANE]REVIEW OF THE FILE IS COMPLETE AND DETERMINED PHYSICIAN LEVEL REVIEW IS APPROPRIATE WITH PM & R/PAIN; REFERRAL IN PROCESS AT THIS TIME. SENT DELAY LETTER TO ATTY WITH 8/21/19 DEADLINE

**07/19/2019 12:07 PM - CLAIM Note 161**
Claim/Event/Leave: 7164999
NoteSubject : Appeal
Other Subject : STATUS
Text: [07/19/2019 - DANIELL, JANE]REVIEWING NE WINFO SUBMITTED BY ATTY

**07/09/2019 7:27 AM - CLAIM Note 160**
Claim/Event/Leave: 7164999
NoteSubject : Med Records Rcvd
Other Subject : RECORDS
Text: [07/09/2019 - KING, JERRONDA]REC'D PENDING RECORDS FROM ATTY

**07/01/2019 1:07 PM - CLAIM Note 159**
Claim/Event/Leave: 7164999
NoteSubject : Appeal
Other Subject : ATTY'S OFFICE CALLED
Text: [07/01/2019 - DANIELL, JANE]PETE FROM ATTY'S OFFICE CALLED STATING THEY REC'D OUR LETTER REQUESTED AN EXTENSION AND THEY WILL GRANT IT. PETE STATED HE HAS SUBSTANTIAL RECORDS TO SUBMIT. ***PLEASE CALL 901-320-1603****************RET'D CALL TO PETE AT ATTY DUNLAP'S OFFICE AND ADVISED THAT I SENT THE LETTER BECAUSE THE APPEAL INDICATES THERE IS A LETTER FROM A DR - BUT WE HAVE NEVER REC'D IT. PETE STATED HE WILL MAKE SURE IT IS IN THE RECORDS HE NEEDS TO SEND. ASKED HOW MANY RECORDS - HE STATED300+ PAGES. ADVISED IT WOULD BE BEST TO MAIL THEM TO THE PO BOX IN LONDON KY. HE STATED HE WILL MAIL SOME TME THIS WEEK.

**06/28/2019 1:19 PM - CLAIM Note 158**

Claim/Event/Leave: 7164999
NoteSubject : Appeal
Other Subject : STATUS
Text: [06/28/2019 - DANIELL, JANE]FAXED TOLLING LETTER TO ATTY DUNLAP - INFO DUE BY 7/12/19 OR WE WILL REVIEW BASED ON INFO ON FILE.

**06/28/2019 1:12 PM - CLAIM Note 157**
Claim/Event/Leave: 7164999
NoteSubject : Appeal
Other Subject : CALLED ATTY DUNLAP
Text: [06/28/2019 - DANIELL, JANE]CALLED ATTY DUNLAP'S OFFICE AND LEFT A VMM STATING THAT I HAVE CALLED SEVERAL TIMES ABOUT AN AUTHORIZATION AND A LETTER FROM MS RICHARDSON'S DR. HOWEVER WE HAVE NOT REC'D THE LETTER FROM THE DR - READ HIS UNDATED LETTER IN MY MESSAGE TO OUTLINE WHAT HE SAID. PROVIDED MY FAX # FOR THE LETTER AND 888# FOR CALL BACK.

**06/21/2019 10:09 AM - CLAIM Note 156**
Claim/Event/Leave: 7164999
NoteSubject : Appeal
Other Subject : CALLED ATTY DUNLAP
Text: [06/21/2019 - DANIELL, JANE]CALLED ATTY DUNLAP'S OFFICE - SPOKE TO RICHARD WHO STATED ATTY WAS NOT IN. EXPLAINED I HAD CALLED ABOUT A MISSING AUTHORIZATION AND A MISSLING LETTER FROM THE DR. STATED I REC'D THE AUTHORIZATION BUT DID NOT GET THE LETTER FROM THE EE'S DR. RICHARD STATED HE WOULD GIVE THE MESSAGE TO ATTY DUNLAP WHEN HE GETS IN. PROVIDED MY FAX NUMBER 603-334-5704

**06/20/2019 1:02 PM - CLAIM Note 155**
Claim/Event/Leave: 7164999
NoteSubject : Appeal
Other Subject : CALLED ATTY'S OFFICE
Text: [06/20/2019 - DANIELL, JANE]CALLED ATTY DUNLAP'S OFFICE AND SPOKE TO LYNN. I EXPLAINED WHY I WAS CALLING. SHE STATED SHE GAVE THE MESSAGE TO ATTY DUNLAP. LYNN STATED WAIT ONE MOMENT - ATTY DUNLAP IS RIGHT HERE. SHE PASSED PHONE AND ADVISED ATTY DUNLAP WE NEED AN AUTHORIZATION SIGNED BY MS RICHARDSON ALLOWING US TO RELEASE INFO TO HIS OFFICE. IN ADDITION IN THE APPEAL LETTER HE MENTIONS THAT HE WAS SENDING A LETTER FROM HER TREATING DR HOWEVER WE NEVER REC'D IT. ATTY DUNLAP STATED HE WILL FAX RIGHT AWAY.

**06/19/2019 9:44 AM - CLAIM Note 154**
Claim/Event/Leave: 7164999
NoteSubject : Appeal
Other Subject : CALLED ATTY
Text: [06/19/2019 - DANIELL, JANE]CALLED ATTY JOHN DUNLAP'S OFFICE AND SPOKE W/THE SECRETARY. ATTY DUNLAP WAS NOT IN THE OFFICE YET AND PETER GRUMBLES IS OUT OF THE OFFICE. ADVISED I WAS CALLING ABOUT THE APPEAL ADVISING WE HAVE NO AUTHORIZATION ON FILESIGNED BY MS RICHARDSON ALLOWING US TO RELEASE INFO AND THE DR'S LETTER HE OUTLINES IN THE APPEAL WAS NOT ATTACHED. SECRETARY STATED SHE WILL LET ATTY DUNLAP KNOW AND WILL GET THE INFO TO US TODAY

**06/18/2019 7:05 AM - CLAIM Note 153**
Claim/Event/Leave: 7164999
NoteSubject : Appeal
Other Subject : STATUS
Text: [06/18/2019 - DANIELL, JANE]ARC INITIAL SCREEN COMPLETE. CLAIM FILE UNDER REVIEW.

**06/04/2019 5:17 PM - CLAIM Note 152**
Claim/Event/Leave: 7164999
NoteSubject : Appeal
Other Subject : ARC ASSIGNMENT
Text: [06/04/2019 - PRESTON, SHERRY]PRESCREEN COMPLETE. FI ERISA LTD CLAIM FILED 9/22/16. AUTH/JD IN DOC LIST. DIS TYPE CODING CORRECT. APPEAL CODING CORRECT. CLOSED NTD AO - LETTER ISSUED 5/16/19. PAID THROUGH 5/15/19. 180 DAY APPEAL TIMEFRAME. APPEAL DUE11/11/19. *** ATTORNEY SUBMITTED NOTICE OF APPEAL (UNDATED) W/LETTER FROM AP - RECD 5/22/19. SENT APPEAL ACK LTR TO ATTY. ASSIGNED TO JANE DANIELL.

**06/04/2019 5:14 PM - PHONE Note 68**
Claim/Event/Leave: 7164999
NoteSubject : Called Other
Other Subject : ATTY JOHN DUNLAP
Text: [06/04/2019 - PRESTON, SHERRY]CALLED ATTY JOHN DUNLAP'S OFFICE AND S/W PETE WHO CONFIRMED THIS IS THE COMPLETE APPEAL AND WE CAN FORWARD CLAIM FOR APPEAL REVIEW.

**05/30/2019 8:13 AM - CLAIM Note 151**
Claim/Event/Leave: 7164999
NoteSubject : Appeal
Other Subject : REFERRAL RECEIVED
Text: [05/30/2019 - COTE, SHANA]ASSIGNED TO SHERRY PRESTON

**05/30/2019 2:31 AM - CLAIM Note 150**
Claim/Event/Leave: 7164999

Claim/Event/Leave: 7164999
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 5/29/2019 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**05/28/2019 11:41 AM - CLAIM Note 149**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [05/28/2019 - JONES, GABRIEL]AGREE WITH REFERRAL TO ARU. APPEAL LETTER RECEIVED FROM ATTY. NO ADDITIONAL RECORDS AT THIS TIME PROVIDED

**05/28/2019 9:33 AM - CLAIM Note 148**
Claim/Event/Leave: 7164999
NoteSubject : Ref to Appeals
Other Subject : MANAGER REVIEW
Text: [05/28/2019 - RAINES WOODLEY, ROSE]DCM RECEIVED ATTNY REQ FOR APPEAL. RECOMMEND REFERRAL TO ARU.

**05/28/2019 9:32 AM - CLAIM Note 147**
Claim/Event/Leave: 7164999
NoteSubject : Appeal
Other Subject : NOTICE OF APPEAL
Text: [05/28/2019 - RAINES WOODLEY, ROSE]RECEIVED NOTICE OF APPEAL FROM ATTNY REP

**05/16/2019 2:29 PM - CLAIM Note 146**
Claim/Event/Leave: 7164999
NoteSubject : LTR to Atty
Other Subject : PETE GRUMBLE
Text: [05/16/2019 - RAINES WOODLEY, ROSE]SENT ATTNY EMAIL TO INFORM HAT ALL COMMUNICATION BETWEEN EE AND I MUST COME THROUGH ATTNY. ASKED PETE TO INFORM HER AND ADVISE IF ANY QUESTIONS.

**05/16/2019 1:51 PM - PHONE Note 67**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject : CLOSURE
Text: [05/16/2019 - GUERTIN, ASHLEY]EE CALLED BECAUSE SHE RECEIVED NOTIFICATION TODAY THAT HER CLAIM WAS CLOSED AND DID NOT RECEIVE A CALL REGARDING THIS. I TOLD HER THAT THE NIKE ACCOUNT IS VERY SPECIFIC AND WOULD PREFER HER SPEAKING TO HER ADCM. SHE SAIDSHE TRIED TO DISCUSS WITH HER BUT SHE WAS NOT THERE. I REVIEWED THIS AND SHE WAS AWAY. I EXPLAINED THAT BASED ON THE MEDICAL REVIEW THAT WAS DONE, SHE WAS GIVEN RESTRICTIONS AND WITH THOSE R&L'S, WE HAD VOCATIONAL REVIEW THAT STATED THERE ARE POSITIONS THAT EXIST OUT THERE THAT SHE COULD PERFORM. I ALSO EXPLAINED THAT THE CP RECEIVED UPDATED MEDS FROM 5/11 VISIT AND CONFIRMED THAT NO R&L'S ARE SUPPORTED PAST THAT DATE. I EXPLAINED APPEAL PROCESS INCLUDING ANY MEDS/TESTS, ETC TO SEND ADCM ALONGWITH APPEAL LETTER. I ASKED IF SHE WOULD LIKE ADCM TO CALL HER BACK TO DISCUSS FURTHER BUT SHE SAID NO SHES ALL SET. SHE THANKED ME AND C/E.

**05/16/2019 12:39 PM - CLAIM Note 145**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [05/16/2019 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 05/09/2019 AND DATED 05/09/2019 FROM PROFESSIONAL DISABILITY ASSOCIATES. INV# CI-PDA-004047, IN THE AMOUNT OF $1470.00 FOR NEUROSURGERY FILE REVIEW REFERRED BY 0, ON 04/22/19, AND COMPLETED BY MICHAEL MEDLOCK. PAID INVOICE IN FULL

**05/16/2019 12:08 PM - CLAIM Note 144**
Claim/Event/Leave: 7164999
NoteSubject : LTR to Atty
Other Subject : DENIAL
Text: [05/16/2019 - RAINES WOODLEY, ROSE]NOTICE SENT TO EE AND ATTNY FOR NTD AO

**05/15/2019 4:31 PM - CLAIM Note 143**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [05/15/2019 - JONES, GABRIEL]AGREE WITH CLOSURE

**05/15/2019 3:48 PM - CLAIM Note 142**
Claim/Event/Leave: 7164999
NoteSubject : Closed
Other Subject : ONGOING NTD
Text: [05/15/2019 - RAINES WOODLEY, ROSE]41 Y/O MATERIAL HANDLER (MEDIUM, P/T OCC) OOW SINCE 9/22/16 D/T BACK & NECK PAIN. SUBJECT TO PRE EX INVESTIGATION, PRE-EX R/O BY MDS REVIEW. PEER REVIEW COMPLETED 2/15/2019 WHICH PROVIDED EE WITH WORK CAPACITY. TSAPERFORMED IDENTIFIED ADDTL OCCS. BASED ON REVIEW OF ALL INFORMATION IN THE CURRENT CLAIM FILE, DCM RECOMMENDED A CLOSURE FOR ONG NTD AO. SINCE CLOSURE WE RECEIVED PROOF THAT EE HAD AN ACDF PERFORMED ON 2/12/2019. AS A RESULT, DCM RECOMMENDS TO REOPENCLAIM AND OBTAIN UPDATED RECORDS ONCE EE HAS BEEN SEEN POST OPERATIVELY AND REVIEW FOR ONG R&L'S. RECORDS

THROUGH THE MAY 11, 2019 OFFICE VISIT WITH DR. FOUNTAIN WERE OBTAINED AND FILE WAS REFERRED FOR A NEUROSURGEON FFR WHO IS NOT SUPPORTING R&L'SAFTER THIS DATE. AS A RESULT, DCM RECOMMENDS A CLOSURE FOR ONG NTD AO.

**04/23/2019 2:28 AM - CLAIM Note 141**
Claim/Event/Leave: 7164999
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 4/22/2019 - REFERRED TO PROFESSIONAL DISABILITY ASSOCIATES, LLC FOR PEER REVIEW.

**04/22/2019 12:22 PM - CLAIM Note 140**
Claim/Event/Leave: 7164999
NoteSubject : Ref to Other
Other Subject : BEUROSURGEON PEER
Text: [04/22/2019 - RAINES WOODLEY, ROSE]REFERRAL FOR FULL FILE REVIEW

**04/22/2019 11:39 AM - CLAIM Note 139**
Claim/Event/Leave: 7164999
NoteSubject : Med Records Rcvd
Other Subject : FOUNTAIN
Text: [04/22/2019 - RAINES WOODLEY, ROSE]4/11/19 OVN, 4/11/19 XRAY CERVICAL SPINE, 2/28/19 OVN, 2/28/19 CERVICAL SPINE XRAY, 2/13/19 OP REPORT, 1/28/19 OVN, 10/10/18 MRI CERVICAL SPINE

**04/15/2019 10:23 AM - CLAIM Note 138**
Claim/Event/Leave: 7164999
NoteSubject : Action Plan
Other Subject : RTW AO MAY 2019
Text: [04/15/2019 - RAINES WOODLEY, ROSE]41 Y/O MATERIAL HANDLER (MEDIUM, P/T OCC) OOW SINCE 9/22/16 D/T BACK & NECK PAIN. SUBJECT TO PRE EX INVESTIGATION, PRE-EX R/O BY MDS REVIEW. EE IS NOT A SS CANDIDATE PER TAG - SHE DOES NOT HAVE ENOUGH WORK CREDITS.PEER REVIEW COMPLETED 2/15/2019 WHICH PROVIDED EE WITH WORK CAPACITY. TSA PERFORMED IDENTIFIED ADDTL OCCS. BASED ON REVIEW OF ALL INFORMATION IN THE CURRENT CLAIM FILE, DCM RECOMMENDED A CLOSURE FOR ONG NTD AO. SINCE CLOSURE WE RECEIVED PROOF THAT EEHAD AN ACDF PERFORMED ON 2/12/2019. AS A RESULT, DCM RECOMMENDS TO REOPEN CLAIM AND OBTAIN UPDATED RECORDS ONCE EE HAS BEEN SEEN POST OPERATIVELY AND REVIEW FOR ONG R&L'S AND AO DETERM. RTW AO MAY 2019.

**03/28/2019 2:28 AM - CLAIM Note 137**
Claim/Event/Leave: 7164999
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF REOPEN CLAIM (SUCCESSIVE/EXTENSION) HAS BEEN RECEIVED AND ASSIGNED TO BRENDAN BLAIR.

**03/27/2019 5:11 PM - CLAIM Note 136**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : PAYMENT SERVICES
Text: [03/27/2019 - BLAIR, BRENDAN]REF RECVD AND SCHEDULED PMT END DATE CHANGED TO 6/22/2044 AS REQ BY DCM.

**03/27/2019 9:23 AM - CLAIM Note 135**
Claim/Event/Leave: 7164999
NoteSubject : LTR to Atty
Other Subject : ONG CLM
Text: [03/27/2019 - RAINES WOODLEY, ROSE]RECEIVED EMAIL FROM ATTNY STATING EE WILL PROVIDE RECORDS AFTER NOV ON THURSDAY. I REPLIED ASKING FOR ONG TX PLAN AND UPDATES AFTER NOV. SEE DIOC LIST.

**03/27/2019 2:33 AM - CLAIM Note 134**
Claim/Event/Leave: 7164999
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR REOPEN CLAIM (SUCCESSIVE/EXTENSION). BEN BEG:3/23/2017 BEN END:6/22/2044 COMMENTS: CLAIM REOPENED AND APPROVED AO

**03/26/2019 5:15 PM - CLAIM Note 133**
Claim/Event/Leave: 7164999
NoteSubject : LTR to ER
Other Subject : REOPENED
Text: [03/26/2019 - RAINES WOODLEY, ROSE]NOTICE SENT TO ER

**03/26/2019 5:08 PM - CLAIM Note 132**
Claim/Event/Leave: 7164999
NoteSubject : Notice/Proof Review
Other Subject :
Text: [03/26/2019 - RAINES WOODLEY, ROSE]FOR RECORDS FROM FOUNTAIN 2/13 TO PRESENT AND REST FORM ......DAY 30: 04/24/2019 DAY 45: 05/09/2019 DAY 75: 06/10/2019

**03/26/2019 5:05 PM - CLAIM Note 131**
Claim/Event/Leave: 7164999
NoteSubject : LTR to Other
Other Subject : REOPEN
Text: [03/26/2019 - RAINES WOODLEY, ROSE]NOTICE SENT TO ATTNY

**03/25/2019 4:22 PM - CLAIM Note 130**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [03/25/2019 - SILER, MALCOLM]AGREE WITH REOPEN APPROVAL AND ACTION PLAN IN PLACE.

**03/25/2019 4:00 PM - CLAIM Note 129**
Claim/Event/Leave: 7164999
NoteSubject : Reopen
Other Subject : MANAGER REVIEW
Text: [03/25/2019 - RAINES WOODLEY, ROSE]41 Y/O MATERIAL HANDLER (MEDIUM, P/T OCC) OOW SINCE 9/22/16 D/T BACK & NECK PAIN. SUBJECT TO PRE EX INVESTIGATION, PRE-EX R/O BY MDS REVIEW. EE IS NOT A SS CANDIDATE PER TAG - SHE DOES NOT HAVE ENOUGH WORK CREDITS.PEER REVIEW COMPLETED 2/15/2019 WHICH PROVIDED EE WITH WORK CAPACITY. TSA PERFORMED IDENTIFIED ADDTL OCCS. BASED ON REVIEW OF ALL INFORMATION IN THE CURRENT CLAIM FILE, DCM RECOMMENDED A CLOSURE FOR ONG NTD AO. SINCE CLOSURE WE RECEIVED PROOF THAT EEHAD AN ACDF PERFORMED ON 2/12/2019. AS A RESULT, DCM RECOMMENDS TO REOPEN CLAIM AND OBTAIN UPDATED RECORDS ONCE EE HAS BEEN SEEN POST OPERATIVELY AND REVIEW FOR ONG R&L'S AND AO DETERM. RTW AO MAY 2019.

**03/21/2019 2:42 PM - CLAIM Note 128**
Claim/Event/Leave: 7164999
NoteSubject : Med Records Rcvd
Other Subject : FOUNTAIN
Text: [03/21/2019 - RAINES WOODLEY, ROSE]RECEIVED OP REPORT DATED 2/13/2019[03/21/2019 - RAINES WOODLEY, ROSE] REQ FROM ATTNY TO CONSIDER REGARDING DECISION TO DENY SENT AS WELL.

**03/14/2019 1:57 PM - PHONE Note 66**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject :
Text: [03/14/2019 - YOUNG, JUSTINE]EE CALLED - STATES SHE HAD SPINAL SX ON 2/13/19 AND IS WONDERING IF WE CAN REOPEN CLAIM BASED ON THIS - ADVISED EE TO SUBMIT OPERATIVE REPORT AND WRITTEN NOTICE OF APPEAL TO ADCM SO SHE CAN REVIEW FOR REOPEN - EE U/S - CONFIRMED ADCM FAX NUMBER - THANKED, C/E.

**03/13/2019 5:34 PM - CLAIM Note 127**
Claim/Event/Leave: 7164999
NoteSubject : LTR to ER
Other Subject : DENIAL
Text: [03/13/2019 - RAINES WOODLEY, ROSE]SENT ER NOTICE OF DENIAL

**03/13/2019 5:24 PM - CLAIM Note 126**
Claim/Event/Leave: 7164999
NoteSubject : LTR to EE
Other Subject : AO DENIAL
Text: [03/13/2019 - RAINES WOODLEY, ROSE]NOTICE SENT TO ATTNY

**03/13/2019 3:49 PM - CLAIM Note 125**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [03/13/2019 - SILER, MALCOLM]AGREE WITH CLOSURE FOR NOT TD AO.

**03/13/2019 11:46 AM - CLAIM Note 124**
Claim/Event/Leave: 7164999
NoteSubject : Closed
Other Subject : NTD AO REFERRAL
Text: [03/13/2019 - RAINES WOODLEY, ROSE]41 Y/O MATERIAL HANDLER (MEDIUM, P/T OCC) OOW SINCE 9/22/16 D/T BACK & NECK PAIN. SUBJECT TO PRE EX INVESTIGATION, PRE-EX R/O BY MDS REVIEW. EE IS NOT A SS CANDIDATE PER TAG - SHE DOES NOT HAVE ENOUGH WORK CREDITS.PEER REVIEW COMPLETED 2/15/2019 WHICH PROVIDED EE WITH WORK CAPACITY. TSA PERFORMED IDENTIFIED ADDTL OCCS. BASED ON REVIEW OF ALL INFORMATION IN THE CURRENT CLAIM FILE, DCM RECOMMENDS A CLOSURE FOR NTD AO. DCM WILL NOTIFY ER, LS, AND ATTNY OF DECISION AND WILL MAIL LTR TO EE

**03/11/2019 10:20 AM - CLAIM Note 123**
Claim/Event/Leave: 7164999
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [03/11/2019 - PROVOST, MEGAN]TSA COMPLETED AND UPLOADED. NO FURTHER VCM ACTIVITY. SUMMARY: OCCUPATIONS IDENTIFIED: THE TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS ARE WITHIN MS

OCCUPATIONS IDENTIFIED. THE TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS ARE WITHIN MS. RICHARDSON'S PHYSICAL ABILITIES AND WITHIN HER IDENTIFIED SKILL LEVEL. THE FOLLOWING ARE EXAMPLES OF OCCUPATIONS MS. RICHARDSON COULD PERFORM: TICKET TAKER; USHER; SALES ATTENDANT; LAUNDRY WORKER III; GUARD, SECURITY. I HAVE NOT MET WITH MS. RICHARDSON FOR THE PURPOSE OF THIS REVIEW. ALL OPINIONS ARE BASED ON REVIEW OF VOCATIONAL INFORMATION, MEDICAL RECORDS AND RESOURCES NOTED.

**03/09/2019 2:33 AM - CLAIM Note 122**
Claim/Event/Leave: 7164999
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 3/8/2019-REFERRAL RECEIVED BY VCM AND ASSIGNED TO PROVOST, MEGAN. CLAIM/AS EVENT IS PENDING REVIEW.

**03/07/2019 2:33 AM - CLAIM Note 121**
Claim/Event/Leave: 7164999
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 3/6/2019 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**03/06/2019 12:40 PM - CLAIM Note 120**
Claim/Event/Leave: 7164999
NoteSubject : Ref to Other
Other Subject : TSA
Text: [03/06/2019 - RAINES WOODLEY, ROSE]FILE REFERRED FOR TSA TO RENDER AO DETERM

**02/25/2019 4:47 PM - PHONE Note 65**
Claim/Event/Leave: 7164999
NoteSubject : Called Other
Other Subject : DUNLAP
Text: [02/25/2019 - RAINES WOODLEY, ROSE]CALLED ATTNY TO CONFIRM DR. EE HAD SX WITH EARLIER THIS MONTH. CONFIRMED THAT PETE IS THE ONE WHO NEEDS TO ANSWER MY QUESTION AND HE JUST LEFT. SHE WILL HAVE HIM CALL ME BACK. I PROVIDED CONTACT INFO.

**02/25/2019 4:10 PM - CLAIM Note 119**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [02/25/2019 - MITCHELL, CATHERINE]INVOICE DATED _2/15/2019__ FROM DANE STREET, LLC. INV # 1210807___ , IN THE AMT OF $1210.00 FOR __ORTHO_ . INVOICE PAID IN FULL.

**02/20/2019 11:19 AM - CLAIM Note 118**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : ORTHO PEER REVIEW
Text: [02/20/2019 - RAINES WOODLEY, ROSE]RECEIVED ORTHO PEER REVIEW- SEE DOC LIST - FORWARDED INVOICE FOR PAYMENT

**02/20/2019 11:18 AM - PHONE Note 64**
Claim/Event/Leave: 7164999
NoteSubject : Called Other
Other Subject : ATTNY
Text: [02/20/2019 - RAINES WOODLEY, ROSE]CALLED ATTNY JOHN DUNLAP AT (901) 320-1603 AND THE PHONE PICKED UP AND IMMEDIATELY HUNG UP. I CALLED BACK AND INTRODUCED MYSELF AND ASKED TO CLARIFY WHO THE TM WAS SCHEDULED TO HAVE SX WITH. HE STATED HE WOULD CALLME BACK LATER. I ASKED IF HE HAD MY CONTACT INFO AND HE DID NOT ANSWER BEFORE DISCONNECTING THE CALL

**02/15/2019 11:25 AM - CLAIM Note 117**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [02/15/2019 - MITCHELL, CATHERINE]INVOICE DATED _2/7/2019__FROM STEUER INV IN THE AMT OF $20.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**02/13/2019 12:12 PM - CLAIM Note 116**
Claim/Event/Leave: 7164999
NoteSubject : Medical Status
Other Subject : LTR FROM ATTNY
Text: [02/13/2019 - RAINES WOODLEY, ROSE]RECEIVED NOTICE FROM ATTNY THAT EE SCHEDULED FOR SX 2/11 AND THEY WILL PROVIDE RECORDS AFTERWARDS ONCE AVAILABLE.

**02/08/2019 2:15 PM - CLAIM Note 115**
Claim/Event/Leave: 7164999
NoteSubject : Medical Status
Other Subject : CIARLONI
Text: [02/08/2019 - RAINES WOODLEY, ROSE]RECEIVED INVOICE FOR $20 - FORWARDED FOR PAYMENT

**02/05/2019 2:28 AM - CLAIM Note 114**
Claim/Event/Leave: 7164999
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 2/4/2019 - REFERRED TO DANE STREET, LLC FOR PEER REVIEW.

**02/04/2019 10:41 AM - CLAIM Note 113**
Claim/Event/Leave: 7164999
NoteSubject : Ref to Other
Other Subject : ORTHO PEER
Text: [02/04/2019 - RAINES WOODLEY, ROSE]REFERRAL MADE FOR ORTHO PEER REVIEW

**02/04/2019 10:36 AM - CLAIM Note 112**
Claim/Event/Leave: 7164999
NoteSubject : Med Records Rcvd
Other Subject : WIENECKE
Text: [02/04/2019 - RAINES WOODLEY, ROSE]1/16/2019 OVN AND 10/15/18 OVN[02/04/2019 - RAINES WOODLEY, ROSE]10/10/18 CERVICAL SPINE MR

**01/24/2019 4:29 PM - CLAIM Note 111**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [01/24/2019 - NEAULT, TAMIE]INVOICE RECEIVED 1/23/2019, FROM IOD, DATED 1/22/2019, INV #61440839, IN THE AMOUNT OF $22.00, FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**01/23/2019 10:32 AM - CLAIM Note 110**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : INVOICE
Text: [01/23/2019 - RAINES WOODLEY, ROSE]RECEIVED INVOICE FROM IOD FOR $22 FOR RECORDS FROM SEMMES MURPHY MEDICAL GROUP - METHODIST - REFERRED FOR PAYMENT.

**01/18/2019 12:17 PM - PHONE Note 63**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject : CLAIM STATUS
Text: [01/18/2019 - RAINES WOODLEY, ROSE]EE CALLED TO DISCUSS CLAIM SAYING HER ATTNY IS NOT ABLE TO GET IN TOUCH WITH ME. I ADVISED HET HAT I SENT ATTNY FAX TODAY AND LVM AND SHE SHOULD ASK ATTNY TO CALL ME AS I HAVE NOT RECEIVED A VM. I EXPLAINED WITH HERATTNY REP I CANNOT DISCUSS CLAIM WITH HER. SHE ACK AND CALL WAS ENDED.

**01/18/2019 11:27 AM - PHONE Note 62**
Claim/Event/Leave: 7164999
NoteSubject : Called AP
Other Subject : TOLBERT
Text: [01/18/2019 - RAINES WOODLEY, ROSE]CALLED AP AND LVM FOR A RTC TO DISCUSS STATUS OF MED REQ OR TO FAX MEDS.

**01/18/2019 11:25 AM - PHONE Note 61**
Claim/Event/Leave: 7164999
NoteSubject : Called AP
Other Subject : TOLBERT
Text: [01/18/2019 - RAINES WOODLEY, ROSE]CALLED AP TO FU ON MED EQ STATUS. LVMM FOR A RTC.

**01/18/2019 11:23 AM - PHONE Note 60**
Claim/Event/Leave: 7164999
NoteSubject : Called AP
Other Subject : CIARLONI
Text: [01/18/2019 - RAINES WOODLEY, ROSE]CALLED AP AND LVM FOR A RTC TO FU ON STATUS OF MED REQ THAT FELICIA CONFIRMED WOULD BE SENT THE WEEK FOLLOWING 1/4.

**01/18/2019 11:16 AM - PHONE Note 59**
Claim/Event/Leave: 7164999
NoteSubject : Called AP
Other Subject : WIENECKE
Text: [01/18/2019 - RAINES WOODLEY, ROSE]SPOKE TO AP OFFICE WHO CONFIRMED THEY HAVE NOT RECEIVED RECORDS REQ AND THAT DIRECT FAX TO MED RECORDS IS 901-522-2641.

**01/18/2019 11:10 AM - PHONE Note 58**
Claim/Event/Leave: 7164999
NoteSubject : Called Other
Other Subject : ATTNY
Text: [01/18/2019 - RAINES WOODLEY, ROSE]CALLED ATTNY AND LVM TO INFORM WE HAVE RECORDS FORM SHOULDER SX, BUT NEED RECORDS FORM BACK SO WE CAN REVIEW FOR CID. ADVISED BENEFITS WILL CONT UNTIL CID, BUT WE

SX, BUT NEED RECORDS FORM BACK SO WE CAN REVIEW FOR CID. ADVISED BENEFITS WILL CONT UNTIL CID, BUT WE ARE TRYING TO DETERMINE BEYOND AND ARE AWARE SHE MAYHAVE A BACK SX. ASKED FOR CB TO DISCUSS.

**01/09/2019 2:58 PM - CLAIM Note 109**
Claim/Event/Leave: 7164999
NoteSubject : Med Records Rcvd
Other Subject : DALAL
Text: [01/09/2019 - RAINES WOODLEY, ROSE]REST FORM COMPLETED 1/7/2019, 8/1/18 MRI LEFT SHOULDER, 10/10/2018 MRI CERVICAL SPINE, 10/30, 11/14, AND 12/7 OVNS

**01/07/2019 9:27 AM - PHONE Note 57**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject : N&P LTR
Text: [01/07/2019 - RAINES WOODLEY, ROSE]EE CALLED TO DISCUSS N&P LTR SHE RECEIVED. SHE ACK THIS WAS ALSO FAXED TO HER ATTNY ON 12/24. I EXPLAINED THAT SHE WILL NEED TO WORK WITH HER ATTNY AS WE WILL NEED TO SOLELY WORK WITH ATTNY WHILE REPRESENTED AND IFSHE IS NO LONGER REPRESENTED WE WILL NEED A LTR INDICATING SUCH. SHE CONFIRMED SHE IS STILL REPRESENTED, BUT WANTED TO CONFIRM INFORMATION ABOUT HER TX. SHE IS NOT TREATING WITH PCP TOLBERT AT THIS TIME. SHE SAID SHE WILL TREAT WITH AN ASSISTANT OF DR. FOUNTAIN, HAMILTON, AFTER SHE RECOVERS FROM SHOULDER SX TO HAVE A SPINE SURGERY. SHE ACK GOING FORWARD I F QUESTIONS TO CONTACT ATTNY AND WE WILL WORK WITH THEM. NFQ AND CALL WAS ENDED.

**01/04/2019 1:32 PM - CLAIM Note 108**
Claim/Event/Leave: 7164999
NoteSubject : LTR to AP
Other Subject : TOLBERT AND DALAL
Text: [01/04/2019 - RAINES WOODLEY, ROSE]RESENT 2ND REQ

**01/04/2019 1:31 PM - PHONE Note 56**
Claim/Event/Leave: 7164999
NoteSubject : Called AP
Other Subject : TOLBERT
Text: [01/04/2019 - RAINES WOODLEY, ROSE]CALLED AP TO DISCUSS STATUS OF MED REQ. PRESSED OPTION 4. CIOX PROCESSES REQUEST. THEY CONFIRMED FAX WAS NOT RECEIVED. CONFIRMED FAX NUMBER IS 901-328-6035. I AGREED TO RESEND.

**01/04/2019 1:28 PM - PHONE Note 55**
Claim/Event/Leave: 7164999
NoteSubject : Called AP
Other Subject : CIARLONI
Text: [01/04/2019 - RAINES WOODLEY, ROSE]CALLED AP TO FU ON STATUS OF MED REQ. DIALED OPTION 5. CONFIRMED THE REQ WAS RECEIVED AND SHOULD BE PROCESSED NEXT WEEK. I THANKED FELICIA FOR HER HELP AND CALL WAS ENDED

**01/04/2019 1:24 PM - PHONE Note 54**
Claim/Event/Leave: 7164999
NoteSubject : Called AP
Other Subject : DALAL
Text: [01/04/2019 - RAINES WOODLEY, ROSE]CALLED AP TO FU ON MED REQ STATUS. LVMM FOR KATHY TO RTC WITH STATUS OF REQ

**01/02/2019 4:36 PM - CLAIM Note 107**
Claim/Event/Leave: 7164999
NoteSubject : LTR to AP
Other Subject : WIENECKE
Text: [01/02/2019 - RAINES WOODLEY, ROSE]SENT REQ FOR RECORDS 1/1/18 TO PRESENT AND REST FORM

**01/02/2019 4:17 PM - CLAIM Note 106**
Claim/Event/Leave: 7164999
NoteSubject : Medical Status
Other Subject : FOUNTAIN
Text: [01/02/2019 - RAINES WOODLEY, ROSE]RECEIVED NOTICE THAT LOV WITH AP FOUNTAIN WAS ON 2/9/17 AND EE WAS LAST SEEN BY NURSE PRACTITIONER MEGAN WIENECKE ON 10/15/18 HER FAX IS 901-259-2086.

**12/24/2018 12:48 PM - CLAIM Note 105**
Claim/Event/Leave: 7164999
NoteSubject : LTR to Atty
Other Subject : N&P
Text: [12/24/2018 - RAINES WOODLEY, ROSE]N&P FAXED TO ATTNY

**12/24/2018 12:34 PM - PHONE Note 53**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject : STATUS
Text: [12/24/2018 - RAINES WOODLEY, ROSE]TOLBERT IS PCP FOR BLOOD PRESSURE NOT DISABILITY. DR. DALAL DID

Text: [12/21/2018 - RAINES WOODLEY, ROSE]TOLBERT IS [illegible] FOR BLOOD - RESOURCE NOT DISABILITY. DR. DALAL DID SHOULDER SX HER OTHO DOCTOR. DR. FOUNTAIN SHE WILL SEE ONCE HEALED FORM SHOULDER SX AND HE WILL PERFORM SX ON HER SPINE. NOV WITH DR. DALAL IS 1/2/19 TO GET CLEARANCE BEFORE THEY CAN START THE PROCESS OF SPINAL SURGERY. SHE HAS AN ATTNY FOR LTD WHICH IS MR. JOHN E DUNLAP 901-320-1603. SHE SAID HE IS REPRESENTED BY THEM FOR LTD. I APOLOGIZED FOR CONTACTING HER AND ADVISED I WOULD ONLY BE ABLE TO WORK WITH ATTNY. SHE ACK I WILL ENSURE THEY ARE AWARE OF REQ.

**12/21/2018 5:17 PM - PHONE Note 52**
Claim/Event/Leave: 7164999
NoteSubject : Called EE
Other Subject : CID REVIEW
Text: [12/21/2018 - RAINES WOODLEY, ROSE]CALLED EE AND LVMM TO INFORM OF CID REVIEW AND T HAT WE ARE REQUESTING MED FROM AL APS AND WILL HAVE REVIEW ONCE WE HAVE R&L'S TO DETERMINE ALT OCCS. ASKED FOR RTC IF ANY QUESTIONS OR OTHER PROVIDERS THAN DALAL, FOUNTAIN, TOLBERT, WALTERS.

**12/21/2018 5:08 PM - CLAIM Note 104**
Claim/Event/Leave: 7164999
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [12/21/2018 - RAINES, ROSE] CONTACTED DR. DALAL, DR. FOUNTAIN, DR. TOLBERT, AND DR. WALTERS FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL

**12/21/2018 5:07 PM - CLAIM Note 103**
Claim/Event/Leave: 7164999
NoteSubject : Notice/Proof Review
Other Subject :
Text: [12/21/2018 - RAINES WOODLEY, ROSE]FOR RECORDS FROM DALAL, WALTERS, FOUNTAIN, AND TOLBERT DATED 1/1 TO PRESENT AND REST FORM (AUTH ATTACHED)......DAY 15: 01/04/2019 DAY 30: 01/19/2019 DAY 45: 02/03/2019 DAY 46: 02/04/2019

**11/07/2018 8:57 AM - CLAIM Note 102**
Claim/Event/Leave: 7164999
NoteSubject : Action Plan
Other Subject : RTW AO MARCH 2019
Text: [11/07/2018 - CAREY, BRENDON]EE IS A 41 Y/O MATERIAL HANDLER (MEDIUM, P/T OCC) OOW SINCE 9/22/16 D/T BACK & NECK PAIN. SUBJECT TO PRE EX INVESTIGATION, PRIOR DCM DETERMINE PRE-EX R/O BY MDS REVIEW. PM&R PEER COMPLETED JANUARY 2018 SUPPORTED F/T SEDENTARY CAPACITY THROUGH JULY 2018. CLAIM TRANSFERRED, EE SUGGESTS SHE JUST HAD SHOULDER SURGERY 10/23/2018. UPDATING ACTION PLAN. WILL REQUEST UPDATED MEDS 2 MONTHS OUT FROM SURGERY DATE TO UPDATE PEER REVIEW AND TSA FOR A TIMELY ANY OCC DECISION, AS CID IS 3/2019. EE IS NOT A SS CANDIDATE PER TAG - SHE DOES NOT HAVE ENOUGH WORK CREDITS.

**11/07/2018 8:33 AM - CLAIM Note 101**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : FORMS
Text: [11/07/2018 - CAREY, BRENDON]AUTHOS (LF & FOR ATTY).....CI, CSS, AQ, ATTY LETTER

**10/17/2018 11:50 AM - PHONE Note 51**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject :
Text: [10/17/2018 - BEST, VICTORIA]EE CALLED IN ASKED TO SPEAK WITH ADCM DIRECTLY - ADVISED UNAVAILABLE (NO TEAM MEMBER WAS AVAILABLE) - AGREED TO ENSURE LTD FORMS ARE RESENT TO HER VIA MAIL AND SHE CAN GET THEM COMPLETED. SHE ASKED FOR A RTC TO CONFIRM THEY WERE SENT. DCM AGREED -THANKED C.E

**10/16/2018 11:36 AM - PHONE Note 50**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject :
Text: [10/16/2018 - OMALLEY, SARAH]EE CALLED TO REQ LTD FORMS DAMAGED IN THE MAIL - OFFERED TO RESEND BY EMAIL - EE AGREED, WILL SEND BACK ASAP, KNOWS DEADLINE IS APPROACHING, WILL CB IF DIFFICULTY DUE TO RECENT SX, THANKED, CC[10/16/2018 - OMALLEY, SARAH]*** FROM: NIKELEAVES SENT: TUESDAY, OCTOBER 16, 2018 11:35 AM TO: < SUBJECT: CLAIM #: 7164999 PLEASE LET ME KNOW IF YOU NEED ANY ADDITIONAL INFORMATION. THANK YOU VERY MUCH, SARAH

**10/12/2018 11:46 AM - PHONE Note 49**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject :
Text: [10/12/2018 - TURGEON, TERRI]SHE CONFIRMED TREAST WITH DR. DELAL, NO LONGER SEEING KEEL, NP SWITCHER HER TO WALTERS NP IN SAME OFFICE, NO LONGER SEEING PMR DR. PARK LOV WAS 2017, STILL TREATS WITH DR. TOLBERT BUT NOT TREATING FOR DISABILITY. SHE IS TO HAVE SURGERY FOR LEFT SHOULDER 10/23/18 BY DR. DELAL

**10/05/2018 1:01 PM - PHONE Note 48**
Claim/Event/Leave: 7164999

NoteSubject : EE Called
Other Subject :
Text: [10/05/2018 - DAMSELL, TINA]TC FROM EE TO ADVISE ONLY TREATING WITH DR DELAL .WILL BE REFERRED TO A SPINE SPECIALIST BUT STILL WAITING FOR A CALL ON THAT.

**10/05/2018 12:51 PM - PHONE Note 47**
Claim/Event/Leave: 7164999
NoteSubject : Called EE
Other Subject :
Text: [10/05/2018 - WALLACH, KRYSTAL]DCM CALLED AND LEFT MESSAGE REQUESTING R.C TO CONFIRM WHICH AP SHE IS CURRENTLY TREATING WITH AS WE WILL NEED TO REQUEST UPDATED MEDICAL AT THIS TIME TO REVIEW PROGNOSIS.

**10/01/2018 11:48 AM - PHONE Note 46**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject : RTN CALL
Text: [10/01/2018 - ABRAMS-WEAVER, COREY]EE CALLED BACK, ADV THAT SHE DOES NOT HAVE ANY RTW PLANS AT THE MOMENT, EE STATED THAT HER CONDITION GOT WORSE AND WILL NEED TO HAVE SURGERY; EE EXPECTS TO HAVE SURGERY 10.23.2018 PERFORMED BY DR. DELAL; EE DOES NOTKNOW EXACTLY HOW LONG IT WILL TAKE HER TO RECOVER FROM HER SURGERY; ADV EE THAT ADCM WILL BE NOTIFIED OF STATUS UPDATE;

**10/01/2018 11:26 AM - CLAIM Note 100**
Claim/Event/Leave: 7164999
NoteSubject : LTR to EE
Other Subject : CID
Text: [10/01/2018 - WALLACH, KRYSTAL]MAILED TO ASC INCLUDING LTD FORMS.

**10/01/2018 11:21 AM - PHONE Note 45**
Claim/Event/Leave: 7164999
NoteSubject : Called EE
Other Subject : STATUS UPDATE
Text: [10/01/2018 - WALLACH, KRYSTAL]DCM CALLED AND LEFT MESSAGE REQUESTING R/C TO DISCUSS RECOVERY AND RTW PLANS.

**09/19/2018 11:57 AM - CLAIM Note 99**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : VENDOR PMT
Text: [09/19/2018 - WADE, CATHERINE]REC'D INVOICE ON 9/18/18 FROM MIDSOUTH PAIN TREATMENT CTR. INVOICE DATED 9/13/18 IN THE AMT OF $20.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**09/18/2018 10:47 AM - CLAIM Note 98**
Claim/Event/Leave: 7164999
NoteSubject : Med Records Rcvd
Other Subject : INVOICE
Text: [09/18/2018 - MARTIN, TROY]RCVD INVOICE FROM STUER'S OFFICE IN THE AMT OF $20 - REFERRED FOR PAYMENT

**09/17/2018 10:13 AM - PHONE Note 44**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject :
Text: [09/17/2018 - HARDING, MICHELE]EE CALLED AND ADVISED PAY HAS NOT BEEN RELEASED INTO HER ACCOUNT. ADVISED THAT THE PAY DATE IS TODAY SO IT WILL BE RELEASED TODAY AND THE BANK HAS UP TO 3 BUSINESS DAYS TO VERIFY FUNDS AND RELEASE. MEMBER UNDERSTOOD, THANKED ME AND CALL ENDED

**09/12/2018 4:07 PM - PHONE Note 43**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject :
Text: [09/12/2018 - MARTIN, TROY]EE CALLED AND SPOKE W/ M1 - EE INDICATED THAT EE IS NO LONGER TREATING WITH DR/ PARK

**09/12/2018 12:23 PM - PHONE Note 42**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject :
Text: [09/12/2018 - MARTIN, TROY]EE CALLED AND SPOKE W/ M1- M1 CONFIRMED THAT FAX MED REQ TO AP'S OFFICE - EE THANKED M1 - FOV WITH ORTHO (DELAL) ON 9/12/18 EE MAY NEED A SURGERY - EE RCVD INJECTION -

**09/12/2018 12:05 PM - CLAIM Note 97**
Claim/Event/Leave: 7164999
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [09/12/2018 - ABRAMS-WEAVER, COREY] CONTACTED DR. WALTERS, DR. PARK, DR. KEEL, AND DR. TOLBERT FOR

Text: [09/12/2018 - ABRAMS-WEAVER, COREY] CONTACTED DR. WALTERS, DR. PARK, DR. KEEL, AND DR. TOLBERT FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL

**09/12/2018 12:01 PM - PHONE Note 41**
Claim/Event/Leave: 7164999
NoteSubject : Called EE
Other Subject : RTW INQUIRY
Text: [09/12/2018 - ABRAMS-WEAVER, COREY]CALLED EE TO INQUIRE CURRENT RTW STATUS; LVM ADV EE TO CONTACT DCM WITH AN UPDATE;

**07/23/2018 10:33 AM - CLAIM Note 96**
Claim/Event/Leave: 7164999
NoteSubject : Action Plan
Other Subject : RTW OO SEP 2018
Text: [07/23/2018 - CORCORAN, AMY]LDW: 9/21/16, DOD: 9/22/16, LTD BBD 3/23/17, CID 3/23/19****39 YOF, MATERIAL HANDLER/PICKER, MED OCC- HEAVY OCC OA CONFIRMED- .DX BACK AND NECK PAIN- EE SUBJECT TO PRE EX INVESTIGATION- CLAIM WAS CLOSED FOR FTPP- EE THEN SENT ADDLT MEDS- MEDS REVIEWED BY MDS WHICH DETERMINED NEW MEDICAL AND MEDICALS DO NOT SHOW ANY TREATMENT FOR THIS CONDITION OR A SIMILAR CONDITION WITHIN THE PRE-X PERIOD. NEW MEDICAL FROM AP MOHAMMAD INDICATED THAT THE BRAIN MRI WAS NORMAL ANDCERVICAL SPINE SHOWED MILD DEGENERATIVE ARTHRITIS. PM&R PEER COMPLETED 1/10/18- THE CLAIMANT CAN SUSTAIN FUNCTIONALITY FOR A TOTAL OF 8 HOURS PER DAY AND 40 HOURS PER WEEK. THE LIMITATIONS ARE SUPPORTED GIVEN THE ABNORMAL CERVICAL SPINE RANGE OF MOTION AND DECREASED STRENGTH/ REFLEXES IN THE UPPER EXTREMITIES. THE CLAIMANT CAN SIT FOR 2 HOURS AT A TIME FOR A TOTAL OF 8 HOURS PER 8-HOUR DAY. THE CLAIMANT CAN STAND FOR 30 MINUTES AT A TIME FOR A TOTAL OF 2 HOURS PER 8-HOUR DAY. THE CLAIMANT CANWALK FOR 15 MINUTES AT A TIME FOR A TOTAL OF 1 HOUR PER 8-HOUR DAY. THE CLAIMANT CAN LIFT/CARRY 5 POUNDS OCCASIONALLY. THE CLAIMANT CAN PUSH/PULL 5 POUNDS OCCASIONALLY. THE CLAIMANT CAN REACH ABOVE SHOULDER LEVEL OCCASIONALLY. THE CLAIMANT CAN REACH AT WAIST LEVEL FREQUENTLY. THE CLAIMANT CAN REACH BELOW WAIST LEVEL FREQUENTLY. THE CLAIMANT CAN PERFORM FINGERING, HANDLING, AND FEELING FREQUENTLY. NO BENDING, STOOPING, CROUCHING, OR KNEELING. DURATION: 6 MONTHS FROM THE DATE OF THIS REPORT. PROGNOSIS: FAIR. **BASED ON EE'S OWN OCC REQUIREMENTS, BENS WILL CONTINUE- DCM WILL CONDUCT 60 DAY F/US AND REQ UPDATED AFTER EE'S NOV RAF IF THERE IS NO RTW AND SEND FOR ANOTHER REVIEW - DCM WILL ALSO ENCOURAGE EE TO APPLY FOR SSDB

**07/11/2018 2:24 PM - PHONE Note 40**
Claim/Event/Leave: 7164999
NoteSubject : Called ER
Other Subject :
Text: [07/11/2018 - CORCORAN, AMY]EE ADV SHE IS STILL SEEING DR WALTERS- LOV WAS LAST MONTH FOR A PROCEDURE ON 6/25 FOR AN INJECTION- WILL HAVE ANOTHER INJECTION ON 7/16 AND WILL DO ANOTHER DO ANOTHER RADIO FREQUENCY- UNKNOWN WHEN THAT WILL BE - EE ADV TAG TOLD HER SHE WAS NOT ELIGIBLE FOR SSDI BECAUSE SHE DOESN'T HAVE ENOUGH WORK HOURS- EE ADV THEY DIDN'T SEND HER ANY PPW THAT SHE COULD SEND TO ME- ADV I WILL REACH OUT TO THEM AND I WILL CALL HER AND REQ UPDATED MEDICAL RECORDS - EE THANKED, CALL ENDED [07/23/2018 - CORCORAN, AMY]*

**07/11/2018 2:23 PM - CLAIM Note 95**
Claim/Event/Leave: 7164999
NoteSubject : Ref to SS Vendor
Other Subject :
Text: [07/11/2018 - CORCORAN, AMY]GOOD AFTERNOON, SHANNA ADVISED SHE IS NOT ELIGIBLE FOR SSDI- IF THIS IS CORRECT CAN YOU PLEASE SEND ME A COPY OF THE PAPERWORK. THANK YOU, AMY[07/11/2018 - CORCORAN, AMY] DELIVERY TO THESE RECIPIENTS OR GROUPS IS COMPLETE, BUT NO DELIVERY NOTIFICATION WAS SENT BY THE DESTINATION SERVER: STATUS@ADVOCATOR.COM (STATUS@ADVOCATOR.COM) SUBJECT: SHANNA RICHARDSON 7164999

**06/18/2018 9:44 AM - PHONE Note 39**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject : CHECK
Text: [06/18/2018 - SYLVIA, JENNIFER]EE CALLED TO SEE WHY CHECK WAS NOT IN ACCOUNT. ADVISED THAT SHE IS PAID ON THE 16TH OR 17TH OF THE MONTH AND DUE TO 17TH BEING OVER THE WEEKEND CHECK SHOULD BE ISSUED TODAY AND EE WILL SEE IT IN HER ACCOUNT WITHIN THENEXT COUPLE OF DAYS. EE THANKED AND CALL ENDED.

**06/13/2018 11:53 AM - CLAIM Note 94**
Claim/Event/Leave: 7164999
NoteSubject : Social Security
Other Subject :
Text: [06/13/2018 - CORCORAN, AMY]CHANGED SSDI TO PENDED AND NOT AWARDED- AS IT IS BELIEVED IT WAS CODED AS AWARDED IN ERROR

**06/07/2018 10:10 AM - CLAIM Note 93**
Claim/Event/Leave: 7164999
NoteSubject : Med Records Rcvd
Other Subject : MIDSOUTH PAIN
Text: [06/07/2018 - CORCORAN, AMY]4/60 OV NOTE

**05/17/2018 6:44 PM - CLAIM Note 92**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : VNDR PMT
Text: [05/17/2018 - THEOFRASTOU, ELIZABETH]INVOICE REC'D 5/16/18, FROM MICHAEL E. STEUER, NO INVOICE #, IN THE AMT OF $20 FOR MEDICAL RECORDS. INVOICE PAID IN FULL

**05/16/2018 10:48 AM - CLAIM Note 91**
Claim/Event/Leave: 7164999
NoteSubject : Med Records Rcvd
Other Subject : MIDOSUTH PAIN
Text: [05/16/2018 - CORCORAN, AMY]DR STEUER******INVOICE- AND NOTE INDICATING THEY DO NOT TAKE PEOPLE OFF WORK- NO RECORDS

**05/10/2018 11:43 AM - CLAIM Note 90**
Claim/Event/Leave: 7164999
NoteSubject : LTR to AP
Other Subject : WALTERS
Text: [05/10/2018 - CORCORAN, AMY]REQ MEDS FROM 4/1 TO PRESENT

**05/10/2018 11:42 AM - PHONE Note 38**
Claim/Event/Leave: 7164999
NoteSubject : Called EE
Other Subject :
Text: [05/10/2018 - CORCORAN, AMY]EE ADV SHE SAW DR MIDSOUTH PAIN CENTER DR WALTERS ON 4/30- WILL NEED XRAYS NEXT WEEK- WILL DO ANOTHER PROCEDURE 5/21-AN INJECTION AND DIAGNOSTIC TEST BECAUSE THEY SAW SOMETHING ELSE THAT WAS WRONG- DOESN'T HAVE MUCH USE OFLEFT ARM, HAND IS NUMB - ADV I WILL REQ RECORDS

**04/04/2018 9:42 AM - CLAIM Note 89**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : NOTICE FROM TAG
Text: [04/04/2018 - MARTIN, TROY]RCVD NOTICE FROM TAG TO CONFIRM THAT EE FILED INITIAL APPLICATION WITH THE SSA ON 3/31

**03/27/2018 10:57 AM - PHONE Note 37**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject :
Text: [03/27/2018 - CORCORAN, AMY]EE ADV SHE IS AT THE CAR DEALER BUYING A CAR AND SHE NEEDS SOMETHING IN WRITING STATING SHE WILL BE GETTING MONTHLY PAYMENTS FOR THE NEXT YEAR- ADV EE I CAN NOT SEND ANYTHING LIKE THAT BECAUSE DISABILITY IS NOT GUARANTEEDAND THINGS COULD CHANGE- EE THANKED, CALL ENDED

**03/27/2018 10:55 AM - PHONE Note 36**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject :
Text: [03/27/2018 - PETRUZZIELLO, BRITT]MEMBER CALLED WITH A CAR DEALER ON THE LINE REQUESTING THAT A STATEMENT OF HER BENEFITS FOR THE NEXT YEAR BE SENT OVER SO SHE CAN BUY A CAR. TRANSFERRED TO DCM

**03/07/2018 2:28 AM - CLAIM Note 88**
Claim/Event/Leave: 7164999
NoteSubject : Ref to SS Vendor
Other Subject : SCORE REFERRAL
Text: 3/5/2018 - REFERRED TO THE ADVOCATOR GROUP AS SS ADVOCATE.

**03/05/2018 5:01 PM - CLAIM Note 87**
Claim/Event/Leave: 7164999
NoteSubject : Ref to SS Vendor
Other Subject :
Text: [03/05/2018 - CORCORAN, AMY]REFERRED TO TAG

**03/05/2018 4:59 PM - PHONE Note 35**
Claim/Event/Leave: 7164999
NoteSubject : Called EE
Other Subject :
Text: [03/05/2018 - CORCORAN, AMY]EE THOUGHT SHE APPLIED FOR SSDI BY SENDING BACK SSRA TO DCM- ADV EE THAT IS NOT APPLYING AND OFFERED TAG- EE ACCEPTED- EE ADV SHE IS GOING TO HAVE ANOTHER RADIO FREQ DONE ON 3/15- ADV EE I WILL REQ MEDS AFTER THAT AND REFER HER TO TAG- EE THANKED, CALL ENDED

**03/01/2018 8:53 AM - CLAIM Note 86**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : SSRA

Text: [03/01/2018 - CORCORAN, AMY]SSRA RECD DATED 2/27

**01/29/2018 4:53 PM - PHONE Note 34**
Claim/Event/Leave: 7164999
NoteSubject : Called EE
Other Subject :
Text: [01/29/2018 - JACKSON, JULIE]CALLED EE AT WAS A MANS CELL PHONE, ITDENITIFED WHO I WAS ASKED FOR A RTC TO DC THE SS FORMS & LTR RECVD. ADV TO FILE FOR SS, FORMS ARE REQUIRED IN CASE SS AWARDED WILL NEED TO BE RE-IMBURSED PROVIDED EE MY CONTACT INFO

**01/29/2018 10:21 AM - PHONE Note 33**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject :
Text: [01/29/2018 - GEORGE, JODI]HAS QUESTIONS ABOUT FORMS SHE GOT FOR SOCIAL SECURITY AND WANTS MORE INFORMATION - DCM WILL SEE IF WE CAN GET SOMEONE TO REVIEW WITH HER, EE THANKED

**01/22/2018 12:26 PM - CLAIM Note 85**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [01/22/2018 - NEAULT, TAMIE]RECEIVED INV #N131265 FROM VENDOR MCN, RECEIVED ON 01/16/2018 IN THE AMOUNT OF $690.00, FOR SERVICE TYPE PEER REVIEW: PM&R. INVOICE PAID IN FULL

**01/15/2018 10:48 AM - CLAIM Note 84**
Claim/Event/Leave: 7164999
NoteSubject : LTR to EE
Other Subject :
Text: [01/15/2018 - CORCORAN, AMY]ENCOURAGE TO APPLY SSDB LETTER SENT TO EE

**01/15/2018 10:47 AM - CLAIM Note 83**
Claim/Event/Leave: 7164999
NoteSubject : Action Plan
Other Subject : RTW OO JUL 2018
Text: [01/15/2018 - CORCORAN, AMY]LDW: 9/21/16, DOD: 9/22/16, LTD BBD 3/23/17, CID 3/23/19****39 YOF, MATERIAL HANDLER/PICKER, MED OCC- HEAVY OCC OA CONFIRMED- .DX BACK AND NECK PAIN- EE SUBJECT TO PRE EX INVESTIGATION- CLAIM WAS CLOSED FOR FTPP- EE THEN SENT ADDLT MEDS- MEDS REVIEWED BY MDS WHICH DETERMINED NEW MEDICAL AND MEDICALS DO NOT SHOW ANY TREATMENT FOR THIS CONDITION OR A SIMILAR CONDITION WITHIN THE PRE-X PERIOD. NEW MEDICAL FROM AP MOHAMMAD INDICATED THAT THE BRAIN MRI WAS NORMAL ANDCERVICAL SPINE SHOWED MILD DEGENERATIVE ARTHRITIS. PM&R PEER COMPLETED 1/10/18- THE CLAIMANT CAN SUSTAIN FUNCTIONALITY FOR A TOTAL OF 8 HOURS PER DAY AND 40 HOURS PER WEEK. THE LIMITATIONS ARE SUPPORTED GIVEN THE ABNORMAL CERVICAL SPINE RANGE OF MOTION AND DECREASED STRENGTH/ REFLEXES IN THE UPPER EXTREMITIES. THE CLAIMANT CAN SIT FOR 2 HOURS AT A TIME FOR A TOTAL OF 8 HOURS PER 8-HOUR DAY. THE CLAIMANT CAN STAND FOR 30 MINUTES AT A TIME FOR A TOTAL OF 2 HOURS PER 8-HOUR DAY. THE CLAIMANT CANWALK FOR 15 MINUTES AT A TIME FOR A TOTAL OF 1 HOUR PER 8-HOUR DAY. THE CLAIMANT CAN LIFT/CARRY 5 POUNDS OCCASIONALLY. THE CLAIMANT CAN PUSH/PULL 5 POUNDS OCCASIONALLY. THE CLAIMANT CAN REACH ABOVE SHOULDER LEVEL OCCASIONALLY. THE CLAIMANT CAN REACH AT WAIST LEVEL FREQUENTLY. THE CLAIMANT CAN REACH BELOW WAIST LEVEL FREQUENTLY. THE CLAIMANT CAN PERFORM FINGERING, HANDLING, AND FEELING FREQUENTLY. NO BENDING, STOOPING, CROUCHING, OR KNEELING. DURATION: 6 MONTHS FROM THE DATE OF THIS REPORT. PROGNOSIS: FAIR. **BASED ON EE'S OWN OCC REQUIREMENTS, BENS WILL CONTINUE- DCM WILL CONDUCT 60 DAY F/US AND REQ UPDATED MEDICAL IN JUNE FOR ANOTHER REVIEW IF THERE IS NO RTW- DCM WILL ALSO ENCOURAGE EE TO APPLY FOR SSDB

**01/10/2018 4:08 PM - CLAIM Note 82**
Claim/Event/Leave: 7164999
NoteSubject : Peer Review
Other Subject : PM& REVIEW
Text: [01/10/2018 - CORCORAN, AMY]RECD 1/10***IN MY OPINION, THE CLAIMANT CAN SUSTAIN FUNCTIONALITY FOR A TOTAL OF 8 HOURS PER DAY AND 40 HOURS PER WEEK. THE LIMITATIONS ARE SUPPORTED GIVEN THE ABNORMAL CERVICAL SPINE RANGE OF MOTION AND DECREASED STRENGTH/ REFLEXES IN THE UPPER EXTREMITIES. THE CLAIMANT CAN SIT FOR 2 HOURS AT A TIME FOR A TOTAL OF 8 HOURS PER 8-HOUR DAY. THE CLAIMANT CAN STAND FOR 30 MINUTES AT A TIME FOR A TOTAL OF 2 HOURS PER 8-HOUR DAY. THE CLAIMANT CAN WALK FOR 15 MINUTES AT ATIME FOR A TOTAL OF 1 HOUR PER 8-HOUR DAY. THE CLAIMANT CAN LIFT/CARRY 5 POUNDS OCCASIONALLY. THE CLAIMANT CAN PUSH/PULL 5 POUNDS OCCASIONALLY. THE CLAIMANT CAN REACH ABOVE SHOULDER LEVEL OCCASIONALLY. THE CLAIMANT CAN REACH AT WAIST LEVEL FREQUENTLY. THE CLAIMANT CAN REACH BELOW WAIST LEVEL FREQUENTLY. THE CLAIMANT CAN PERFORM FINGERING, HANDLING, AND FEELING FREQUENTLY. NO BENDING, STOOPING, CROUCHING, OR KNEELING. DURATION: 6 MONTHS FROM THE DATE OF THIS REPORT. PROGNOSIS: FAIR.

**01/08/2018 3:47 PM - PHONE Note 32**
Claim/Event/Leave: 7164999
NoteSubject : Called EE
Other Subject :
Text: [01/08/2018 - CORCORAN, AMY]EE LM AND ADV SHE NEVER RECD THE FORMS FROM DCM- EE ALSO ADV SHE WILL BE HAVING A PROCEDURE ON A DIFFERENT PART OF HER BODY ON 1/8

**01/04/2018 2:30 AM - CLAIM Note 81**
Claim/Event/Leave: 7164999
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 1/3/2018 - REFERRED TO MEDICAL CONSULTANT NETWORK FOR PEER REVIEW.

**01/03/2018 11:46 AM - CLAIM Note 80**
Claim/Event/Leave: 7164999
NoteSubject : Ref to Managed Care
Other Subject :
Text: [01/03/2018 - CORCORAN, AMY]REFERRED TO MCN FOR PM&R PEER REVIEW

**12/26/2017 9:52 AM - CLAIM Note 79**
Claim/Event/Leave: 7164999
NoteSubject : Med Records Rcvd
Other Subject : MIDSOUTH/KEEL
Text: [12/26/2017 - CORCORAN, AMY]RECD 81 PAGE FAX- INCLUDES 12/12 OV NOTE-

**12/22/2017 1:15 PM - CLAIM Note 78**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : EMAIL FROM EE
Text: [12/22/2017 - CORCORAN, AMY]YOU SHOULD RECEIVE THEM BEFORE THE 6TH OF JANUARY. IT SHOULDN T TAKE THAT LONG, THEY RE COMING DIRECTLY FROM THE DOCTOR S OFFICE. SENT FROM MY IPHONE

**12/21/2017 9:42 AM - CLAIM Note 77**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : EMAIL FROM EE
Text: [12/21/2017 - CORCORAN, AMY]OKAY. THEY SAID THAT EACH TIME MEDICAL RECORDS ARE NEEDED, THEY HAVE TO BE PAID FOR. AS SOON AS THEY RECEIVE THE MONEY FOR THE RECORDS, THEY SAID THEY WILL SEND THEM TO YOU.

**12/20/2017 10:27 AM - CLAIM Note 76**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : EMAIL TO/FRO EE
Text: [12/20/2017 - CORCORAN, AMY]THIS IS SHANNA RICHARDSON AND I M CONTACTING YOU BECAUSE I HAVEN T RECEIVED MY CHECK YET. CAN YOU PLEASE SEE WHY I HAVEN T RECEIVED IT AND SEE TO IT THAT I RECEIVE IT. I ALSO CONTACTED MY DOCTOR S OFFICE AND THE PERSON INMEDICAL RECORDS SAID THAT THEY SENT YOU THE MEDICAL RECORDS FOR NOVEMBER. I ONLY HAD ONE VISIT IN NOVEMBER AND THAT WAS THE 13TH. THEY SAID THEY SENT YOU AN INVOICE ALSO FOR THE MEDICAL RECORDS TO BE PAID FOR. THEY SAID THEY NEVER SEEN IT BEFORE WHERETHEY HAVE TO SEND MEDICAL RECORDS FOR EVERY VISIT, THEY USUALLY SEE MEDICAL RECORDS REQUESTED FOR ONE OR TWO MONTHS. THEY SAID THEY LL SEND YOU THE MEDICAL RECORDS FOR NOVEMBER 13TH AGAIN WHEN THEY RECEIVE PAYMENT FOR THEM. ALSO, I WENT FOR MY VISIT ON DECEMBER 12TH AND I HAVE TO HAVE ANOTHER PROCEDURE ON THE 8TH OF JANUARY. SENT FROM MY IPHONE[12/20/2017 - CORCORAN, AMY]HI SHANNA, YOUR CHECK WAS ISSUED 12/18/17 FOR $1236.56. WE HAVE PAID IN THE INVOICE TO MIDSOUTH AND ARE AWAITING THE RECORDS FROM YOUR NOVEMBER OFFICE VISIT. ALSO, I WILL NEED YOUR RECORDS FROM DECEMBER 12TH IN ORDER FOR US TO HAVE THE MOST UP TO DATE MEDICAL ON FILE FOR REVIEW. THANK YOU FOR THE UPDATE VIA EMAIL AND PHONE CALL. I WILL LET YOU KNOW ONCE THE RECORDSARE RECEIVED

**12/14/2017 9:50 AM - PHONE Note 31**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject :
Text: [12/14/2017 - CORCORAN, AMY]EE ADV SHE HAD APT 12/12 AND HAS A PROCEDURE 1/8 AND WILL GER RECORDS TO DCM

**12/13/2017 9:17 AM - PHONE Note 30**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject : ONE VISIT
Text: [12/13/2017 - SYLVIA, JENNIFER]EE SAID THAT SHE ONLY HAD ONE VISIT ON 11/13 AND EE BELIEVES THAT AP ALREADY SENT MED REC'S.

**12/12/2017 4:18 PM - PHONE Note 29**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject : MED REC'S
Text: [12/12/2017 - SYLVIA, JENNIFER]EE CALLED BACK AND SAID THAT SHE CALLED AP AND THEY WILL SEND OVER MED REC'S LATER TONIGHT

**12/12/2017 4:13 PM - PHONE Note 28**
Claim/Event/Leave: 7164999
NoteSubject : EE Called

Other Subject : AP WITTERS
Text: [12/12/2017 - SYLVIA, JENNIFER]EE SAW AP WITTERS TODAY. AP WHITTERS IS IN PRACTICE WITH AP KEEL AND EE WILL NEED ANOTHER PROCEDURE ON 1/8/2018. EE WILL BE HAVING A DIFFERENT KIND OF BLOCK. EE WANTED TO CONFIRM THAT INV WAS REC'D SO DCM WILL PAY AND GET MED REC'S. EE IS CONCERNED THAT MED REC'S WILL NOT ARRIVE ON TIME FOR APPROVAL. ADVISED THAT SHE CAN GO GET THEM HERSELF OR F;/U WITH HER AP.

**12/12/2017 3:57 PM - PHONE Note 27**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject :
Text: [12/12/2017 - MARTIN, TROY]EE CALLED AND SPOKE W/ M1 - CONFIRMED THAT WE HAVE RCVD INVOICE AND WILL PAY FOR THE MEDICAL RECORDS - EE THANKED M1 FOR UPDATE

**12/11/2017 9:03 AM - CLAIM Note 75**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : INVOICE
Text: [12/11/2017 - CORCORAN, AMY]FROM MIDSOUTH PAIN- FORWARDED TO JAMES BEST

**12/07/2017 1:59 PM - CLAIM Note 74**
Claim/Event/Leave: 7164999
NoteSubject : Action Plan
Other Subject : CLOSE NP JAN 2018
Text: [12/07/2017 - CORCORAN, AMY]LDW: 9/21/16, DOD: 9/22/16, LTD BBD 3/23/17, CID 3/23/19****39 YOF, MATERIAL HANDLER/PICKER, MED OCC- HEAVY OCC OA CONFIRMED- .DX BACK AND NECK PAIN- EE SUBJECT TO PRE EX INVESTIGATION- CLAIM WAS CLOSED FOR FTPP- EE THEN SENT ADDLT MEDS- MEDS REVIEWED BY MDS WHICH DETERMINED NEW MEDICAL AND MEDICALS DO NOT SHOW ANY TREATMENT FOR THIS CONDITION OR A SIMILAR CONDITION WITHIN THE PRE-X PERIOD. NEW MEDICAL FROM AP MOHAMMAD INDICATED THAT THE BRAIN MRI WAS NORMAL ANDCERVICAL SPINE SHOWED MILD DEGENERATIVE ARTHRITIS. FOV ON 3/6/17 EXAM NOTED AN ELEVATED BLOOD PRESSURE AND REPORTED NECK PAIN. OVN ON 4/3/17, 4/11/17 AND 4/18/17 INDICATED THAT THE CLMNT HAD NO NEW COMPLAINTS. CLMNT REPORTED STILL HAVING NECK PAIN WITH A HEADACHE AND NERVE PAIN MEDICATION, NERVE BLOCKS AND PHYSICAL THERAPY DID NOT HELP. BASED ONRECORDS REVIEWED R/LS OF OCCASIONAL LIFT/CARRY UP TO 20 POUNDS AND NO OVERHEAD LIFTING WITH NO LIMITATIONS FOR SIT, STAND, OR WALK WOULD BE SUPPORTEDFOR 3-6 MONTHS TO ALLOW TIME FOR FOLLOW UP AND TREATMENT. RECOMMEND DCM SECURE UPDATED MEDICAL FROM AP TOLBERT, PARKS, MOHAMMED, AND SMITH. REFER BACK TO MDS AS NEEDED. EE CONTINUES TO HAVE STEROID INJECTIONS WITH DR KEEL- ALSO HAD MED TITRATIONOFGABAPENTIN AND MUSCLE RELAXER AT LOV 9/26- - EE WILL HAVE RADIOFREQ PROCEDURE ON 10/16 WITH DR KEEL- DCM REQ UPDATED MEDS FROM 9/1 TO PRESENT FROM HOLY KEEL AND PLACED ON 45 DAY N&P - MEDS DUE BY 1/20

**11/27/2017 3:46 PM - CLAIM Note 73**
Claim/Event/Leave: 7164999
NoteSubject : LTR to AP
Other Subject : KEEL
Text: [11/27/2017 - CORCORAN, AMY]SUBSEQUENT MED REQ TO AP KEEL

**11/27/2017 3:45 PM - PHONE Note 26**
Claim/Event/Leave: 7164999
NoteSubject : Called EE
Other Subject :
Text: [11/27/2017 - CORCORAN, AMY]EE ADV SHE DID HAVE OV ON 11/13- STILL HAVING PAIN- STILL HEALING FROM THE LAST PROCEDURE- WILL SEE AGAIN IN DECEMBER- APPOINTMENT IS NOT SET UP YET- ADV I WILL REQ MEDICAL RECORDS IN ORDER TO BE REVIEED

**11/17/2017 1:15 PM - OVERPMT Note 4**
Claim/Event/Leave: 7164999
NoteSubject : OP/Ck Adj
Other Subject : OP RECOVERED
Text: [11/17/2017 - JEWELL, NICOLE]OP RECOVERED IN FULL FOR $530.39 AS OF 11/16/17, THEREFORE, OP REFERRAL NOW CLOSED.

**11/16/2017 9:51 AM - CLAIM Note 72**
Claim/Event/Leave: 7164999
NoteSubject : LTR to AP
Other Subject : KEEL
Text: [11/16/2017 - CORCORAN, AMY]REQ MEDS FROM 11/1 TO PRESENT

**11/09/2017 1:23 PM - CLAIM Note 71**
Claim/Event/Leave: 7164999
NoteSubject : Med Records Rcvd
Other Subject : KEEL
Text: [11/09/2017 - CORCORAN, AMY]10/17 OV NOTE- EE HAD LEFT C6 AND C7 DORSAL ROOT READIOFREQ

**11/01/2017 10:52 AM - CLAIM Note 70**
Claim/Event/Leave: 7164999

NoteSubject : LTR to AP
Other Subject : KEEL
Text: [11/01/2017 - CORCORAN, AMY]REQ ALL MEDS FROM 9/1 TO PRESENT

**11/01/2017 10:51 AM - PHONE Note 25**
Claim/Event/Leave: 7164999
NoteSubject : Called EE
Other Subject :
Text: [11/01/2017 - CORCORAN, AMY]EE ADV SHE IS STILLIN A LOT OF PAIN FROM THE PROCEDURE- HAS A LESION FROM THE PROCEDURE DONE- HAS PAIN AND BURNING **WILL SEE AP KEEL AGAIN ON 11/13- ADV I WILL F/U WITH HER AT THAT TIME AND REQ RECORDS

**10/24/2017 2:29 AM - CLAIM Note 69**
Claim/Event/Leave: 7164999
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND OTHER HAS BEEN RECEIVED AND ASSIGNED TO NICOLE JEWELL.

**10/24/2017 2:29 AM - CLAIM Note 68**
Claim/Event/Leave: 7164999
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR OTHER.WITH A REASON OF SALARY CONTINUANCE.COMMENTS: CLMT RCVD PTO PAYOUT WHILE ON LTD. OFFSET ADDED TO CLAIM. PLEASE CALCULATE OVERPAYMENT

**10/23/2017 11:02 AM - OVERPMT Note 3**
Claim/Event/Leave: 7164999
NoteSubject : OP/Ck Adj
Other Subject : CALLED CLMT
Text: [10/23/2017 - JEWELL, NICOLE]FS PHONED AND SPOKE WITH CLMT. SHE AGREED TO FULL BR IN NEXT PMT TO ISSUE ON 11/16/17 TO GET IT REPAID ALL AT ONCE. FS THANKED AND WILL SEND LETTER WITH OP AND REPAYMENT DETAILS. SHE THANKED AND CALL ENDED.

**10/23/2017 10:51 AM - OVERPMT Note 2**
Claim/Event/Leave: 7164999
NoteSubject : OP/Ck Adj
Other Subject : OP CREATED
Text: [10/23/2017 - JEWELL, NICOLE]OVERPAYMENT AMOUNT DUE IS $530.39 FOR THE PERIOD OF 7/23/2017 THRU 9/22/2017 . CLMT WAS ORIGINALLY PAID $2,473.12 . PAY WAS RECALCULATED DUE TO SALARY CONTINUANCE AND CLMT SHOULD HAVE BEEN PAID $1,942.73 . DETAILED OP LETTER SENT TO CLMT REQUESTING FULL PAYMENT. F/U SET FOR REPAYMENT.

**10/23/2017 10:17 AM - OVERPMT Note 1**
Claim/Event/Leave: 7164999
NoteSubject : OP/Ck Adj
Other Subject : NEW REFERRAL
Text: [10/23/2017 - JEWELL, NICOLE]RCVD EMAIL FROM ER ADVISING CLMT RCVD PTO PAYOUT. SEE PAYSTUB/EMAIL IN DOC LIST ON 10/18/17 WITH PAYSTUB PERIOD 8/13/17 - 8/26/17. FS ADDED OFFSET SLCT FOR THIS PERIOD FOR $1153.71, SCORED RECALC REFERRAL TO SELF, AND WILL CALCULATE OP

**10/23/2017 10:09 AM - CLAIM Note 67**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : EMAIL FROM ER
Text: [10/23/2017 - CORCORAN, AMY]GOOD MORNING AMY, YES, THE TERM DATE WAS SET FOR 8/15/17 --- HER PTO PAYOUT WAS PROCESSED AND PAID; HOWEVER, ON 8/23/17 THEY REVERSED THE TERM AND SHE WAS RETURNED TO ACTIVE STATUS AGAIN. JANE JANE O DELL NIKE LOA CASE MANAGER (503) 532-3451 OFFICE (503) 922-4141 FAX

**10/20/2017 10:12 AM - CLAIM Note 66**
Claim/Event/Leave: 7164999
NoteSubject : LTR to ER
Other Subject :
Text: [10/20/2017 - CORCORAN, AMY]HI JANE, WE HAD SHANNA RICHARDSON LISTED AS A TERMINATED EMPLOYEE BUT AFTER SPEAKING WITH HER TODAY, SHE INFORMED ME THAT THAT WAS A MISTAKE AND SHE HAS BEEN REINSTATED. WOULD YOU BE ABLE TO ADVISE WHAT DATE HER EMPLOYMENT WAS REINSTATED? WE WILL REOPEN HER COMPANY OWN LEAVE ACCORDINGLY. I M ASSUMING THIS IS WHY SHE WAS PAID PTO. AMY

**10/20/2017 10:08 AM - PHONE Note 24**
Claim/Event/Leave: 7164999
NoteSubject : Called EE
Other Subject :
Text: [10/20/2017 - CORCORAN, AMY]EE CALLED - EXPLAINED ANY OTHER INCOME IS OFFSET- EE ADV HER EMPLOYMENT WAS NOT TERMINATED- SHE HAS BEEN REINSTATED A AN EMPLOYEE- ADV EE I WILL CHECK INTO THIS FURTHER [10/20/2017 - CORCORAN, AMY]EE ADV SHE HAD RADIO FREQDONE 10/16 - CURRENTLY IN A LOT OF PAIN- LIKE A REAL BAD SUNBURN- SUPPOSED TO LAST A FEW WEEKS- WILL SEE DR AGAIN ON 10/31 WITH DR KEEL

SUNBURN- SO -- USED TO LAST A FEW WEEKS- WILL SEE DR AGAIN ON 10/31 WITH DR KEEL

**10/20/2017 8:46 AM - PHONE Note 23**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject :
Text: [10/20/2017 - GEORGE, JODI]EE HAS QUESTIONS ABOUT REPORTING ADDITIONAL INCOME SHE REC'D FROM ER IN AUGUST - NOT FOR PAY, EE HAD DIFFICULTY EXPLAINING WHAT THE MONEY WAS FOR, BUT WANTED TO DISCUSS WITH ADCM. WILL NOTE CLAIM AND HAVE HER CALL EE. EE THANKED

**10/05/2017 9:16 AM - CLAIM Note 65**
Claim/Event/Leave: 7164999
NoteSubject : Med Records Rcvd
Other Subject : MIDSOUTH PAIN
Text: [10/05/2017 - CORCORAN, AMY]RECD FROM DR STEUER- 8/2/17 AND 8/21/17 OV NOTE

**09/28/2017 11:21 AM - CLAIM Note 64**
Claim/Event/Leave: 7164999
NoteSubject : Action Plan
Other Subject : RTW OO OCT 2017
Text: [09/28/2017 - CORCORAN, AMY]LDW: 9/21/16, DOD: 9/22/16, LTD BBD 3/23/17, CID 3/23/19****39 YOF, MATERIAL HANDLER/PICKER, MED OCC- HEAVY OCC OA CONFIRMED- .DX BACK AND NECK PAIN- EE SUBJECT TO PRE EX INVESTIGATION- CLAIM WAS CLOSED FOR FTPP- EE THEN SENT ADDLT MEDS- MEDS REVIEWED BY MDS WHICH DETERMINED NEW MEDICAL AND MEDICALS DO NOT SHOW ANY TREATMENT FOR THIS CONDITION OR A SIMILAR CONDITION WITHIN THE PRE-X PERIOD. NEW MEDICAL FROM AP MOHAMMAD INDICATED THAT THE BRAIN MRI WAS NORMAL ANDCERVICAL SPINE SHOWED MILD DEGENERATIVE ARTHRITIS. FOV ON 3/6/17 EXAM NOTED AN ELEVATED BLOOD PRESSURE AND REPORTED NECK PAIN. OVN ON 4/3/17, 4/11/17 AND 4/18/17 INDICATED THAT THE CLMNT HAD NO NEW COMPLAINTS. CLMNT REPORTED STILL HAVING NECK PAIN WITH A HEADACHE AND NERVE PAIN MEDICATION, NERVE BLOCKS AND PHYSICAL THERAPY DID NOT HELP. BASED ONRECORDS REVIEWED R/LS OF OCCASIONAL LIFT/CARRY UP TO 20 POUNDS AND NO OVERHEAD LIFTING WITH NO LIMITATIONS FOR SIT, STAND, OR WALK WOULD BE SUPPORTEDFOR 3-6 MONTHS TO ALLOW TIME FOR FOLLOW UP AND TREATMENT. RECOMMEND DCM SECURE UPDATED MEDICAL FROM AP TOLBERT, PARKS, MOHAMMED, AND SMITH. REFER BACK TO MDS AS NEEDED. EE CONTINUES TO HAVE STEROID INJECTIONS WITH DR KEEL- ALSO HAD MED TITRATIONOF GABAPENTIN AND MUSCLE RELAXER AT LOV 9/26- - EE WILL HAVE RADIOFREQ PROCEDURE ON 10/16 WITH DR KEEL- WILL F/U WITH EEE AFTER PROCEDURE AND REQ RECORDS AND WILL SEND FOR REVIEW ONCE RECD

**09/28/2017 11:19 AM - PHONE Note 22**
Claim/Event/Leave: 7164999
NoteSubject : Called EE
Other Subject :
Text: [09/28/2017 - CORCORAN, AMY]EE ADV SHE HAD OV ON 9/26- WAS JUST A FOLLOW UP FROM THIRD INJECTION- WILL HAVE THE RADIO FREQUENCY PROCEDURE ON 10/16 WITH DR KEEL***** THEY ALSO INCREASED HER DOSAGE OF GABAPENTIN AND ALSO INCREASED MUSCLE RELAXER- THEYKEPT THE TRAMADOL THE SAME. ADV I WILL F.U WITH HER AFTER HER APT ON 10/16

**09/28/2017 11:07 AM - CLAIM Note 63**
Claim/Event/Leave: 7164999
NoteSubject : LTR to AP
Other Subject : KEEL
Text: [09/28/2017 - CORCORAN, AMY]REQ MEDS AND FFD FORM

**09/13/2017 8:54 AM - CLAIM Note 62**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [09/13/2017 - NEAULT, TAMIE]INVOICE RECEIVED ON 9/11/17 FROM VENDOR MICHAEL E. STEUER, INVOICE # N/A, IN THE AMOUNT OF $20.00, FOR SERVICE TYPE MEDICAL RECORDS FROM AP KEEL, DOS 8/1/17-PRESENT. INVOICE PAID IN FULL

**09/11/2017 3:30 PM - PHONE Note 21**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject :
Text: [09/11/2017 - CORCORAN, AMY]EE LM AND ADV HER APT FOR 8/31 WAS RESCHEDULED TO 9/26-

**09/11/2017 10:14 AM - CLAIM Note 61**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : INVOICE
Text: [09/11/2017 - CORCORAN, AMY]RECD FROM AP KEEL AND FORWARDED TO A KANE FOR PAYMENT

**08/30/2017 12:51 PM - PHONE Note 20**
Claim/Event/Leave: 7164999
NoteSubject : Called EE
Other Subject :

Text: [08/30/2017 - CORCORAN, AMY]E ADV SHE HAD THIRD INJECTION ON 8/21- WILL HAVE F.U ON 9/26- THEN THEY WILL SCHEDULE FOR THE RADIOFREQUENCY PROCEDURE AT THAT TIME- THIS IS WITH DR KEEL - ADV I NEED RECORDS- EE ADV SHE WILL F.U WITH THEM

**08/25/2017 1:15 PM - CLAIM Note 60**
Claim/Event/Leave: 7164999
NoteSubject : LTR to AP
Other Subject : KEEL
Text: [08/25/2017 - CORCORAN, AMY]SUBSEQUENT MED REQ

**08/14/2017 2:22 PM - CLAIM Note 59**
Claim/Event/Leave: 7164999
NoteSubject : LTR to AP
Other Subject : KEEL
Text: [08/14/2017 - CORCORAN, AMY]REQ AUG OV NOTES

**08/14/2017 2:21 PM - PHONE Note 19**
Claim/Event/Leave: 7164999
NoteSubject : Called EE
Other Subject :
Text: [08/14/2017 - CORCORAN, AMY]FOR UPDATE- EE ADV SHEHAD F.U ON 8/2 AT MIDSOUTH PAIN WITH DR KEEL EE ADV HER THIRD PROCEDURE WILL BE ON 8/21- EE SHE WILL HAVE AN ABLATION AFTER THE THIRD INJECTION

**07/28/2017 10:22 AM - CLAIM Note 58**
Claim/Event/Leave: 7164999
NoteSubject : Med Records Rcvd
Other Subject : STEUR
Text: [07/28/2017 - CORCORAN, AMY]RECD 6/27 OV NOTE UNDER 10 SEPARATE COVERS - EE SEEN FOR CERVICAL PAIN - EE HAD INJ 7/10

**07/17/2017 8:43 AM - PHONE Note 18**
Claim/Event/Leave: 7164999
NoteSubject : Called EE
Other Subject :
Text: [07/17/2017 - CORCORAN, AMY]EE WANTED TO KNOW WHY SHE DIDN'T GET PAID- ADV IT WAS SCHEDULED 7/16 ADV EE TO WAIT A FEW DAYS TO SEE IF IT WENT INTO HER ACCOUNT- EE THANKED AND ADV SHE WILL BE SENDING IN MEDICAL RECORDS TODAY

**07/13/2017 9:52 AM - CLAIM Note 57**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : EMAIL FROM EE
Text: [07/13/2017 - CORCORAN, AMY]THIS IS SHANNA RICHARDSON, I WILL PROBABLY SEND YOU THE MEDICAL RECORDS FROM MY DOCTOR AT THE MIDSOUTH PAIN MANAGEMENT CENTER MYSELF, IT WILL PROBABLY BE QUICKER. I DON'T WANT TO END UP IN THE SAME HORRIBLE SITUATION I WASIN NOT TOO LONG AGO. I DIDN'T KNOW I HAD SUCH A SHORT PERIOD OF TIME FOR BENEFITS ON THE LONG TERM. I HAVE 2 MORE PROCEDURES TO HAVE AND MOST LIKELY PHYSICAL THERAPY THAT'S WHY NIKE IS TRYING TO GIVE ME MORE LEAVE TIME.

**07/12/2017 11:43 AM - PHONE Note 17**
Claim/Event/Leave: 7164999
NoteSubject : Called EE
Other Subject : UPDATE
Text: [07/12/2017 - CORCORAN, AMY]EE ADV SHE HAD SECOND INJECTION ON MONDAY WITH DR MICHAEL STEUER AT MIDSOUTH INTERVENTIONAL PAIN INST. 901-531-8549 *** WILL HAVE AN ABLATION AS WELL- EE ADV HER FIRST INJECTION WAS IN MAY **** EE NO LONGER SEEING DR PARK ***EE STILL SEES TOLBERT - LOV WAS JUNE FOR REFILL FOR BLOOD PRESSURE MED- WILL SEE AGAIN ON 7/13 FOR ACCOMODATIONS FORM FOR NIKE- ***EE HAS NO RTW PLANS **ADV I WILL BE REQ MEDICAL RECORDS IN ORDER TO EVAL EXTENSION- EE ADV THE DR KEEPING HER OOWIS DR HOLLY KEEL AT MIDSOUTH PAIN TREATMENT PHONE 901-751-4112 - LOV WAS JUNE 27TH- NOV IS AUGUST 8-***ADV WE WILL REQUEST RECORDS FROM BOTH KEEL AND STEUR AS SHE IS ONLY SUPPORTED UNTIL JULY- EE UNDERSTOOD

**07/06/2017 11:13 AM - PHONE Note 16**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject : FORMS
Text: [07/06/2017 - SYLVIA, JENNIFER]EE CALLED ABOUT FORMS THAT SHE REC'D FROM ER AND THOUGHT THAT SHE DIDN'T NEED TO FILL ANY OUT BECAUSE SHE IS ON LTD. ADVISED THAT ONCE FMLA IS EXHAUSTED THEN IT IS REFERRED TO ER FOR LEAVE THAT RUNS WITH LTD. ALSO LETEE KNOW THAT LM WILL NOT DISCLOSE MED REC'S WITH ER SO THAT IT WILL BE UP TO HER TO SUPPLY THEM WITH WHAT THEY NEED TO APPROVE LEAVE. EE DOES NOT WANT THEM TO KNOW HER MEDICAL. EXPLAINED THAT SHE WILL NEED TO TALK WITH SOMEONE IN ER TO GO OVER WHAT IS NEEDED TO APPROVE. EE SAID THAT SHE DID CALL HR DIRECT FOR HELP AND THEY REFERRED HER TO LM. SHE SAID THAT SHE WAS TOLD THAT SHE NEEDED TO FIL OUT FORMS OR THEY ARE THREATENING TO TAKE HER JOB. CONFIRMED THAT EE HAD HR DIRECT NUMBER AND ADVISED HER TO CALL AND ASK TO BE TRANSFERRED TO ER. LET EE KNOW THAT DCM WILL CONTINUE TO REQUEST MED REC'S FOR LTD PAID BENEFITS BUT SHE WILL NEED TO TALK WITH ER ABOUT LEAVE GETTING APPROVED. EE UNDERSTOOD AND THANKED.

**06/15/2017 11:13 AM - PHONE Note 15**
Claim/Event/Leave: 7164999
NoteSubject : Called EE
Other Subject :
Text: [06/15/2017 - CORCORAN, AMY]LM AT FOR A RTC FOR UPDATE

**05/23/2017 3:21 PM - CLAIM Note 56**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : ADD DD
Text: [05/23/2017 - PARLIN, NICOLE]ACCOUNT # ROUTING #

**05/22/2017 9:46 AM - CLAIM Note 55**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : DD APP
Text: [05/22/2017 - CORCORAN, AMY]RECD DD APP AND FORWARDED TO PATRICIA WRIGHT

**05/03/2017 1:26 PM - CLAIM Note 54**
Claim/Event/Leave: 7164999
NoteSubject : Ref to Other
Other Subject : REF TO PS
Text: [05/03/2017 - FEINEMAN, LYNN]INITINAL CALCULATION PREV COMPLETED - EST PAYMENT PER DCM REQUEST * BASED ON CSS NO OTHER INCOME AND NO OFFFSETS

**05/01/2017 10:14 AM - CLAIM Note 53**
Claim/Event/Leave: 7164999
NoteSubject : Med Records Rcvd
Other Subject : BAPTIST
Text: [05/01/2017 - CORCORAN, AMY]RECD 81 PAGES FROM MEDS FROM 8/27/15-9/28/16

**04/29/2017 2:31 AM - CLAIM Note 52**
Claim/Event/Leave: 7164999
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO BRETT PRICE.

**04/29/2017 2:31 AM - CLAIM Note 51**
Claim/Event/Leave: 7164999
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION. COMMENTS: CLAIM REOPENED- PLEASE SCHEDULE LTD BENEFITS ASAP IS THIS IS A HIGH TOUCH EE

**04/28/2017 10:58 AM - PHONE Note 14**
Claim/Event/Leave: 7164999
NoteSubject : Called EE
Other Subject :
Text: [04/28/2017 - CORCORAN, AMY]S/W EE AND ADV OF APPROVAL- EE THANKED, CALL ENDED

**04/28/2017 10:58 AM - CLAIM Note 50**
Claim/Event/Leave: 7164999
NoteSubject : LTR to ER
Other Subject :
Text: [04/28/2017 - CORCORAN, AMY]GOOD MORNING, THIS EMAIL IS TO LET YOU KNOW THAT THE LTD CLAIM SHANNA RICHARDSON EMP ID 321409 HAS BEEN REOPENED AND SUPPORTED. THE CLAIM WAS ORIGINALLY DENIED FOR FAILURE TO PROVIDE PROOF. WE ARE SUPPORTING HER CLAIM FOR AN ADDITIONAL 3-6 MONTHS DEPENDING ON MEDICAL RECORDS. PLEASE ADVISE WHAT YOU WOULD LIKE DONE WITH THE COMPANY LEAVE. THANK YOU. AMY DELIVERY TO THESE RECIPIENTS OR GROUPS IS COMPLETE, BUT NO DELIVERY NOTIFICATION WAS SENT BY THE DESTINATION SERVER: EMPLOYEE.RELATION@NIKE.COM (EMPLOYEE.RELATION@NIKE.COM) SUBJECT: SHANNA RICHARDSON EMP ID 321409

**04/28/2017 10:54 AM - CLAIM Note 49**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : PS
Text: [04/28/2017 - CORCORAN, AMY]SCORED TO PS TO SCHED BENS

**04/28/2017 10:53 AM - CLAIM Note 48**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [04/28/2017 - MARTIN, TROY]AGREE WITH RECS TO APPROVE CLAIM

**04/28/2017 10:49 AM - CLAIM Note 47**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : ELIGIBILITY REVIEW
Text: [04/28/2017 - CORCORAN, AMY]CLASS 2: ALL ACTIVE, FULL-TIME EMPLOYEES EXCLUDING ALL ACTIVE, FULL-TIME EMPLOYEES WITH ANNUAL EARNINGS OF $100,000 OR MORE** ELIGIBILITY WAITING PERIOD: 1. IF THE COVERED PERSON IS EMPLOYED BY THE SPONSOR ON THE POLICY EFFECTIVE DATE - NONE2. IF THE COVERED PERSON BEGINS EMPLOYMENT FOR THE SPONSOR AFTER THE POLICY EFFECTIVE DATE - NONE ** EMPLOYEE CONTRIBUTIONS REQUIRED: NO **EDOC: 1/4/16** ELIMINATION PERIOD: THE GREATER OF: A. THE END OF THE COVERED PERSON'S SHORT TERM DISABILITY BENEFITS; OR B. 180 DAYS ** AMOUNT OF INSURANCE: 60.00% OF BASIC MONTHLY EARNINGS NOT TO EXCEED A MAXIMUM MONTHLY BENEFIT OF $25,000.00 LESS OTHER INCOME BENEFITS AND OTHER INCOME EARNINGS AS OUTLINED IN SECTION 4. ** OWN OCCUPATION DURATION: APPLICABLE TO CLASS 2: 24 MONTH OWN OCCUPATION

**04/28/2017 10:48 AM - CLAIM Note 46**
Claim/Event/Leave: 7164999
NoteSubject : Action Plan
Other Subject : RTW OO JUL 2017
Text: [04/28/2017 - CORCORAN, AMY]MGR RECOMMENDATION- LDW: 9/21/16, DOD: 9/22/16, LTD BBD 3/23/17, CID 3/23/19****39 YOF, MATERIAL HANDLER/PICKER, MED OCC- HEAVY OCC OA CONFIRMED- .DX BACK AND NECK PAIN- EE SUBJECT TO PRE EX INVESTIGATION- CLAIM WAS CLOSED FOR FTPP- EE THEN SENT ADDLT MEDS- MEDS REVIEWED BY MDS WHICH DETERMINED NEW MEDICAL AND MEDICALS DO NOT SHOW ANY TREATMENT FOR THIS CONDITION OR A SIMILAR CONDITION WITHIN THE PRE-X PERIOD. NEW MEDICAL FROM AP MOHAMMAD INDICATED THAT THE BRAINMRI WAS NORMAL AND CERVICAL SPINE SHOWED MILD DEGENERATIVE ARTHRITIS. FOV ON 3/6/17 EXAM NOTED AN ELEVATED BLOOD PRESSURE AND REPORTED NECK PAIN. OVN ON 4/3/17, 4/11/17 AND 4/18/17 INDICATED THAT THE CLMNT HAD NO NEW COMPLAINTS. CLMNT REPORTED STILL HAVING NECK PAIN WITH A HEADACHE AND NERVE PAIN MEDICATION, NERVE BLOCKS AND PHYSICAL THERAPY DID NOT HELP. OVN ON 4/4/17 NOTED THAT THE CLMNT WAS IN FOR AN EMG HOWEVER RESULTS ARE UNAVAILABLE FOR REVIEW; NOTES INDICATE TEST WAS NORMAL. BASED ONRECORDS REVIEWED R/LS OF OCCASIONAL LIFT/CARRY UP TO 20 POUNDS AND NO OVERHEAD LIFTING WITH NO LIMITATIONS FOR SIT, STAND, OR WALK WOULD BE SUPPORTED FOR 3-6 MONTHS TO ALLOW TIME FOR FOLLOW UP AND TREATMENT. RECOMMEND DCM SECURE UPDATED MEDICAL FROMAP TOLBERT, PARKS, MOHAMMED, AND SMITH. REFER BACK TO MDS AS NEEDED. WILL CONT WITH 60 DAY F/US AND IF NO RTW AROUND JULY WILL CONSIDER RE-REFERRAL AS WELL AS NON MED MANAGEMENT

**04/28/2017 10:47 AM - CLAIM Note 45**
Claim/Event/Leave: 7164999
NoteSubject : Reopen
Other Subject : AND APPROVE
Text: [04/28/2017 - CORCORAN, AMY]MGR RECOMMENDATION- LDW: 9/21/16, DOD: 9/22/16, LTD BBD 3/23/17, CID 3/23/19****39 YOF, MATERIAL HANDLER/PICKER, MED OCC- HEAVY OCC OA CONFIRMED- .DX BACK AND NECK PAIN- EE SUBJECT TO PRE EX INVESTIGATION- CLAIM WAS CLOSED FOR FTPP- EE THEN SENT ADDLT MEDS- MEDS REVIEWED BY MDS WHICH DETERMINED NEW MEDICAL AND MEDICALS DO NOT SHOW ANY TREATMENT FOR THIS CONDITION OR A SIMILAR CONDITION WITHIN THE PRE-X PERIOD. NEW MEDICAL FROM AP MOHAMMAD INDICATED THAT THE BRAINMRI WAS NORMAL AND CERVICAL SPINE SHOWED MILD DEGENERATIVE ARTHRITIS. FOV ON 3/6/17 EXAM NOTED AN ELEVATED BLOOD PRESSURE AND REPORTED NECK PAIN. OVN ON 4/3/17, 4/11/17 AND 4/18/17 INDICATED THAT THE CLMNT HAD NO NEW COMPLAINTS. CLMNT REPORTED STILL HAVING NECK PAIN WITH A HEADACHE AND NERVE PAIN MEDICATION, NERVE BLOCKS AND PHYSICAL THERAPY DID NOT HELP. OVN ON 4/4/17 NOTED THAT THE CLMNT WAS IN FOR AN EMG HOWEVER RESULTS ARE UNAVAILABLE FOR REVIEW; NOTES INDICATE TEST WAS NORMAL. BASED ONRECORDS REVIEWED R/LS OF OCCASIONAL LIFT/CARRY UP TO 20 POUNDS AND NO OVERHEAD LIFTING WITH NO LIMITATIONS FOR SIT, STAND, OR WALK WOULD BE SUPPORTED FOR 3-6 MONTHS TO ALLOW TIME FOR FOLLOW UP AND TREATMENT. RECOMMEND DCM SECURE UPDATED MEDICAL FROMAP TOLBERT, PARKS, MOHAMMED, AND SMITH. REFER BACK TO MDS AS NEEDED. BASED ON CLEARANCE OF PRE EX AND SUPPORT R/LS DCM RECOMMENDS REOPENING AND APPROVING LTD CLAIM

**04/28/2017 10:42 AM - CLAIM Note 44**
Claim/Event/Leave: 7164999
NoteSubject : Med Records Rcvd
Other Subject : STEURER
Text: [04/28/2017 - CORCORAN, AMY]RECD MEDS FROM AP STEUER - 4/19 EE HAD CERCIAL INJECTION[04/28/2017 - CORCORAN, AMY]HI AMY, THIS IS SHANNA RICHARDSON, THIS IS THE MEDICAL RECORD FROM LAST WEEK FROM MY NEW DOCTOR, DR. SMITH WHO IS MY PAIN MANAGEMENT DOCTOR REFERRED BY DR. MOHAMMAD. I HAVE TO HAVE 4 PROCEDURES, THE FIRST ONE WILL BE 5/15/2017. THIS IS ALL THAT WAS GIVEN TO ME FROM MY FIRST VISIT LAST WEEK, WILL NOT SEE DR. SMITH AGAIN UNTIL SURGERY

**04/28/2017 10:02 AM - CLAIM Note 43**
Claim/Event/Leave: 7164999
NoteSubject : Voc Rehab
Other Subject : OA
Text: [04/28/2017 - CORCORAN, AMY]POSITIONAL REQUIREMENTS INCLUDE: FREQUENT STANDING, WALKING, REACHING, HANDLING, FINGERING, BENDING/STOOPING, AND TWISTING OCCASIONAL SITTING, KNEELING, CROUCHING/SQUATTING, AND CRAWLING OCCASIONAL AND NEVER CLIMBING AND BALANCING**********WITH A REASONABLE DEGREE OF VOCATIONAL CERTAINTY, THE TYPICAL PHYSICAL DEMANDS OF MS. RICHARDSON S OCCUPATION OF LABORER AND FREIGHT, STOCK, AND MATERIAL MOVER, HAND ARE MOST OFTEN MEDIUM AND HEAVY IN PHYSICAL DEMAND. POSITIONAL REQUIREMENTS ARE IDENTIFIED ABOVE. BASED ON THE STANDARD VOCATIONAL RESOURCES OUTLINED ABOVE, COUPLED WITH MY VOCATIONAL EXPERTISE, PART-TIME OPPORTUNITY DOES EXIST IN THIS

OCCUPATION.***********************THE DEPARTMENT OF LABOR DEFINESMEDIUM WORK AS, M-MEDIUM WORK - EXERTING 20 TO 50 POUNDS OF FORCE OCCASIONALLY, AND/OR 10 TO 25 POUNDS OF FORCE FREQUENTLY, AND/OR GREATER THAN NEGLIGIBLE UP TO 10 POUNDS OF FORCE CONSTANTLY TO MOVE OBJECTS. PHYSICAL DEMAND REQUIREMENTS ARE IN EXCESS OF THOSE FOR LIGHT WORK. THE DEPARTMENT OF LABOR DEFINES HEAVY WORK AS, H-HEAVY WORK - EXERTING 50 TO 100 POUNDS OF FORCE OCCASIONALLY, AND/OR 25 TO 50 POUNDS OF FORCE FREQUENTLY, AND/OR 10 TO 20 POUNDS OF FORCE CONSTANTLY TO MOVE OBJECTS. PHYSICAL DEMAND REQUIREMENTS ARE IN EXCESS OF THOSE FOR MEDIUM WORK

**04/27/2017 10:09 AM - CLAIM Note 42**
Claim/Event/Leave: 7164999
NoteSubject : Voc Rehab
Other Subject : OA
Text: [04/27/2017 - REGAN, KATHLEEN]REFERRAL RECEIVED; MATERIALS REVIEWED; RESEARCH CONDUCTED; OA COMPLETED.

**04/27/2017 2:33 AM - CLAIM Note 41**
Claim/Event/Leave: 7164999
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 4/26/2017-REFERRAL RECEIVED BY VCM AND ASSIGNED TO REGAN, KATHLEEN. CLAIM/AS EVENT IS PENDING REVIEW.

**04/26/2017 2:33 AM - CLAIM Note 40**
Claim/Event/Leave: 7164999
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 4/25/2017 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**04/25/2017 11:46 AM - CLAIM Note 39**
Claim/Event/Leave: 7164999
NoteSubject : Ref to Voc Rehab
Other Subject :
Text: [04/25/2017 - CORCORAN, AMY]REFERRED FOR OA

**04/24/2017 3:35 PM - MDS Note**
Claim/Leave: 7164999
Episode #: 2
Nurse Name: HAGMAN, JENNIFER
Service #: 16399177
Service Date: 04/24/2017
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, AMY, CORCORAN
Note Type: INFORMATION OBTAINED DESC
Text: SEE PRIOR MDS NOTES FOR FULL FILE REVIEW AND DETAILED HISTORY. REVIEWED NEW MEDICAL AND MEDICALS DO NOT SHOW ANY TREATMENT FOR THIS CONDITION OR A SIMILAR CONDITION WITHIN THE PRE-X PERIOD PROVIDED BY THE DCM OF 10/4/15-1/3/16. NEW MEDICAL FROM AP MOHAMMAD INDICATED THAT THE BRAIN MRI WAS NORMAL AND CERVICAL SPINE SHOWED MILD DEGENERATIVE ARTHRITIS. FOV ON 3/6/17 EXAM NOTED AN ELEVATED BLOOD PRESSURE AND REPORTED NECK PAIN. OVN ON 4/3/17, 4/11/17 AND 4/18/17 INDICATED THAT THE CLMNT HAD NO NEW COMPLAINTS. CLMNT REPORTED STILL HAVING NECK PAIN WITH A HEADACHE AND NERVE PAIN MEDICATION, NERVE BLOCKS AND PHYSICAL THERAPY DID NOT HELP. OVN ON 4/4/17 NOTED THAT THE CLMNT WAS IN FOR AN EMG HOWEVER RESULTS ARE UNAVAILABLE FOR REVIEW; NOTES INDICATE TEST WAS NORMAL. PER S1 CLMNT REPORTED A REFERRAL TO DR TERESA SMITH. BASED ON RECORDS REVIEWED R/LS OF OCCASIONAL LIFT/CARRY UP TO 20 POUNDS AND NO OVERHEAD LIFTING WITH NO LIMITATIONS FOR SIT, STAND, OR WALK WOULD BE SUPPORTED FOR 3-6 MONTHS TO ALLOW TIME FOR FOLLOW UP AND TREATMENT. RECOMMEND DCM SECURE UPDATED MEDICAL FROM AP TOLBERT, PARKS, MOHAMMED, AND SMITH. REFER BACK TO MDS AS NEEDED. UPDATED DCM. ASSIGNMENT COMPLETE. M54.2

**04/24/2017 12:34 PM - PHONE Note 13**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject :
Text: [04/24/2017 - MARTIN, TROY]EE CALLED AND SPOKE W/ M1 - CONFIRMED INFORMATION WAS GIVEN TO LTD DCM AND WE PASSED ON THE INFO ON 4/21 TO NCM -

**04/21/2017 11:12 AM - PHONE Note 12**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject :
Text: [04/21/2017 - CORCORAN, AMY]TO SEE IF GOT HER EMAIL- ADVISED I RECD IT THREE MINUTES AGO AND HAVEN'T HAD A CHANCE TO LOOK AT IT- EE ADV THE 2 DOCS WAR AND POMYKALA WERE COSIGNERS AT DR TOLBERTS OFFICE AND IF YOU LOOK ON THE PPW YOU WILL SEE DR TOLBERTS NAME AS WELL- ADV I WILL FORWARD INFO TO NCM FOR REVIEW AND CALL HER BACK- EE THANKED, CALL ENDED

**04/21/2017 11:10 AM - PHONE Note 11**
Claim/Event/Leave: 7164999
NoteSubject : Called EE

NoteSubject : Called EE
Other Subject :
Text: [04/21/2017 - MARTIN, TROY]RCVD CALL AND CONFIRMED THAT EOBS HAVE BEEN RCVD AND INFO HAS BEEN GIVEN TO NCM FOR REVIEW - ONCE REVIEW IS COMPLETED DCM WILL REACH OUT TO EE - EE THANKED M1

**04/21/2017 11:10 AM - CLAIM Note 38**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : EMAIL FROM EE
Text: [04/21/2017 - CORCORAN, AMY]I EXPLAINED THAT I DID NOT GET TREATED BY DOCTOR ALSTON WARR OR LORA POMYKALA, DR. TOLBERT AND THE OTHER TWO WORK IN THE SAME OFFICE. DR. WARR SIGNS DOCUMENTS FOR DR. TOLBERT SOMETIMES, LORA POMYKALA WAS THE ONE WHO PERFORMED THE TEST FOR DR. TOLBERT. LOOK ON DR. TOLBERT'S MEDICAL RECORD FOR 12/01/2015, ON THE LAST PAGE AT THE BOTTOM YOU'LL SEE IT SAYS CO SIGNER DR. ALSTON WARD AND TEST PERFORMED BY LORA POMYKALA. PLEASE LOOK THROUGH DR. TOLBERT'S MEDICAL RECORDS THAT WERE SENT AND FIND 12/01/2015. --------------------------------------------

**04/21/2017 10:31 AM - CLAIM Note 37**
Claim/Event/Leave: 7164999
NoteSubject : LTR to EE
Other Subject :
Text: [04/21/2017 - CORCORAN, AMY]HI SHANNA, WE RECEIVED YOUR MEDICAL RECORD FROM DR. MOHAMMED, HOWEVER, AFTER FURTHER REVIEW OF THE EOB S- WE WILL NEED THE MEDICAL RECORDS FROM DR. ALSTON WARR AND DR. LORA POMYKALA AS YOU TREATED WITH THESE DOCTORS DURING YOUR PRE EXISTING PERIOD. ONCE THESE ARE RECEIVED THE NURSE WILL REVIEW THEM

**04/21/2017 9:20 AM - CLAIM Note 36**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : EMAIL FROM EE
Text: [04/21/2017 - CORCORAN, AMY]HI AMY, THIS IS SHANNA RICHARDSON, I JUST GOT BACK FROM THE DOCTOR'S OFFICE AND HE HAS REFERRED ME TO THE MIDSOUTH PAIN TREATMENT CENTER AND I WILL BE SEEING DR. TERESA SMITH, TO TREAT MY CHRONIC CONDITION. MY LEAVEISALSO OVER ON THE 20TH AND I'M IN BAD CONDITION. I AM IN A LOT OF PAIN AND I WILL BE SEEING DR. SMITH TOMORROW MORNING. PLEASE HELP ME WITH THIS BECAUSE I'M IN A LOT OF PAIN AND CANNOT DO MUCH OF ANYTHING AND MY BILLS ARE DUE AND ABOUT TO LOSE MY HOME. HERE ARE THE MEDICAL RECORDS AND UPDATE FROM DR. MOHAMMAD.[04/21/2017 - CORCORAN, AMY]ALSO RECD 13 SNAPSHOT PICS OF MEDICAL RECORDS

**04/21/2017 8:01 AM - MDS Note**
Claim/Leave: 7164999
Episode #: 2
Nurse Name: HAGMAN, JENNIFER
Service #: 16398222
Service Date: 04/21/2017
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: NO CONTACT,
Note Type: INFORMATION OBTAINED DESC
Text: SEE PRIOR MDS NOTES FOR FULL FILE REVIEW AND DETAILED HISTORY. MEDICAL RECORDS INDICATE THAT THE CLMNT IS FOLLOWED BY FM NP WHITNEY TOLBERT AND PM DR. ASHLEY PARKS FOR REPORTED LEFT SIDED NECK PAIN WITH NUMBNESS INTO THE HAND. MRI ON 11/2/16 SHOWED A MILD DISC BULGE AT C5-C6 WITH MILD CENTRAL AND RIGHT SIDED STENOSIS; LEFT FORAMEN IS PATENT. NOTES INDICATE THAT THE CLMNT HAD A CERVICAL ESI ON 11/23/16. LOV ON 2/17/17 CLMNT REPORTED FEELING BETTER. THERE IS A LETTER FROM NP INDICATING RTW ON 3/22/17. HOWEVER, THE CLMNT REPORTED LOW BACK PAIN/HIP PAIN AND THAT SHE CHANGED PROVIDERS FROM PM PARKS TO DR. ASSAF MOHAMMAD {RECORDS UNAVAILABLE FOR REVIEW}. PER DCM THE PRE-EX TIME PERIOD IS 10/4/15-1/3/16. NOTES INDICATE THAT THE CLMNT HAS TAKING TRAMADOL {PAIN RELIEVER} SINCE 2014 HOWEVER THERE IS NO INDICATION OF REASON FOR PRESCRIPTION. NEW MEDICAL RECEIVED ARE THE CLMNTS EOBS WHICH INDICATE TREATMENT ON 12/1/15 WITH DR. ALSTON WARR AND DR. LORA POMYKALA {UNAVAILABLE FOR REVIEW}. NCM RECOMMENDS DCM SECUREUPDATED MEDICAL FROM AP MOHAMMAD TO DETERMINE CURRENT R/LS AND MEDICAL RECORDS FROM AP WARR AND AP POMYKALA TO DETERMINE PRE-EX DETERMINATION. REFER BACK TO MDS AS NEEDED. UPDATED M1 BROWN. ASSIGNMENT COMPLETE. M54.2

**04/20/2017 2:37 PM - CLAIM Note 35**
Claim/Event/Leave: 7164999
NoteSubject : Med Records Rcvd
Other Subject : EOBS
Text: [04/20/2017 - MARTIN, TROY]RCVD EOBS FROM EE[04/20/2017 - MARTIN, TROY]-----ORIGINAL MESSAGE----- FROM: SHANNA RICHARDSON MAILTO SENT: THURSDAY, APRIL 20, 2017 2:25 PM TO: MARTIN, TROY <TROY.MARTIN@LIBERTYMUTUAL.COM> SUBJECT: EXPLANATION OF BENEFITS MR. MARTIN, ON THE EXPLANATION OF BENEFITS, FOR 12/01/2015, LORA A. POMYKALA, IS ON THE SAME MEDICAL RECORD OF DR. TOLBERT. DR. WARR WAS THE COSIGNER AND LORA POMYKALA PERFORMED THE TEST AND SIGNED ON THE SAME RECORD. IF YOU LOOK IN DR. TOLBERT'S MEDICAL RECORDS THAT WERE SENT, IT'S ON HER12/01/2015 RECORD.

**04/19/2017 4:22 PM - PHONE Note 10**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject :

Text: [04/19/2017 - MARTIN, TROY]EE INDICATED THAT SHE IS SEEING A PAIN MGMT. DOCTOR - DOES NOT HAVE CONTACT INFORMATION RIGHT NOW - EE WILL FAX OVER INFORMATION BY FRIDAY OR MONDAY - INJECTION IS SCHEDULED FOR 5/16 ALONG WITH AN ABLATION OF NERVES - CONFIRMED WE HAVE EXPEDIATE THE REVIEW - EE WILL EMAIL THE EOBS TO M1

**04/18/2017 11:57 AM - CLAIM Note 34**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/18/2017 - KANE, AMANDA]RECEIVED INVOICE ON 4/18/17 DATED 4/10/17 FROM CIOX HEALTH PO BOX 409875. ATLANTA, GA 30384-9875. TAX ID: 582659941. INVOICE # 0213896268FOR $64.15 FOR COPIES OF MEDICAL RECORDS FROM THE LIGHT CLINIC, FOR CLMNT SHANNA RICHARDSON. ISSUED VENDOR PAYMENT TO CIOX HEALTH FOR $64.15.

**04/18/2017 11:12 AM - CLAIM Note 33**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : AUTH
Text: [04/18/2017 - CORCORAN, AMY]RECD MED AUTH FOR BAPTIST MEDICAL GROUP

**04/18/2017 10:37 AM - CLAIM Note 32**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : EMAIL FROM EE
Text: [04/18/2017 - CORCORAN, AMY]HI AMY, I WILL STILL BE SENDING YOU DR. MOHAMMAD'S RECORDS AND LIMITATIONS AND RESTRICTIONS TUESDAY MORNING AFTER I LEAVE HIS OFFICE.

**04/18/2017 10:36 AM - CLAIM Note 31**
Claim/Event/Leave: 7164999
NoteSubject : Ref to Managed Care
Other Subject :
Text: [04/18/2017 - CORCORAN, AMY]CONSULT WITH JEN HAGMANN- PLEASE REVIEW EOBS- EE DID RECEIVE TX ON 12/5/15 DURING PRE EX BUT APPEARS TO BE FOR SINUS ISSUES- EE HAS SENT IN NECESSARY EOBS- PLEASE REVIEW

**04/13/2017 10:12 AM - CLAIM Note 30**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : EMAILS FROM EE
Text: [04/13/2017 - CORCORAN, AMY]HI AMY, THIS IS SHANNA RICHARDSON, I JUST SPOKE WITH DR. MOHAMMAD'S SECRETARY AND THEY WILL GIVE ME ALL THE INFORMATION YOU NEED TUESDAY BUT MY LEAVE RUNS OUT ON THE 20TH AND I'M IN BAD SHAPE. I'M IN BAD MEDICAL CONDITION, I HAVE TO HAVE MY SON HELP ME DO DAILY THINGS LIKE EVEN TYING MY SHOES. DID YOU DISCUSS THE EXPLANATION OF BENEFITS WITH THE NURSE AND SHOW HER THE DECEMBER 1, 2015 WE DISCUSSED AND FOUND OUT THIS MORNING? I'M ABOUT TO LOSE MY HOME AND EVERYTHING WHILE TRYING TO GET MY MEDICAL CONDITION TAKEN CARE OF.[04/13/2017 - CORCORAN, AMY]> THIS IS SHANNA RICHARDSON, I JUST SPOKE WITH DR. MOHAMMAD'S SECRETARY > AND THEY WILL GIVE ME ALL THE INFORMATION YOU NEED TUESDAY BUT MY > LEAVE RUNS OUT ON THE 20TH AND I'M IN BAD SHAPE. I'M IN BAD MEDICAL > CONDITION, I HAVE TO HAVE MY SON HELP ME DO DAILY THINGS LIKE EVEN > TYING MY SHOES. DID YOU DISCUSS THE EXPLANATION OF BENEFITS WITH THE > NURSE AND SHOW HER THE DECEMBER 1, 2015 WE DISCUSSED AND FOUND OUT > THIS MORNING? I'M ABOUT TO LOSE MY HOME AND EVERYTHING WHILE TRYING TO > GET MY MEDICAL CONDITION TAKEN CARE OF. IF YOU LOOK AT THE END OF THE > RECORD FOR DECEMBER 1, 2015, IT SAYS SIGNED DR. WHITNEY TOLBERT, COSIGNER DR. ALSTON WARR AND TEST PERFORMED BY LORA POMEKYLA OR HOWEVER HER LAST NAME IS SPELLED. PLEASE LET ME KNOW IF SHE ACCEPTS MY EXPLANATION OF BENEFITS AND AGAIN, DR. MOHAMMAD IS GIVING ME THE INFORMATION YOU NEED TUESDAY. MY LEAVE RUNS OUT ON THE 20TH, I'M VERY ILL AND ME AND MY SON ARE ABOUT TO LOSE OUR HOME. PLEASE HELP ME, I WILL DEFINITELY, I MEAN DEFINITELY SEND YOU THE INFORMATION FROM DR. MOHAMMAD STRAIGHT FROM ME TUESDAY MORNING. I SEE HIM AT 8:45 TUESDAY. I APPRECIATE ANY HELP YOUCAN GIVE TO HELP ME GET THIS LTD APPROVED. >

**04/12/2017 9:18 AM - PHONE Note 9**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject :
Text: [04/12/2017 - CORCORAN, AMY]WENT OVER EOB AND MEDS RECD-ADV WE SEE EE RECD TX ON 12/1/15 DURING PRE EX BUT CANT TELL WHAT IT IS- EE ADV THAT WAS HER HYSTERECTOMY- ADV EE TO SEND IN THOSE RECORDS SO WE CAN RULE OUT PRE EX- AGAIN ADV EE THAT WE NEED ALL RECORDS FROM 10/4/15-1/4/16 FOR WHICH SHE TREATED FOR ANYTHING ALSO NEED CURRENT MEDS FROM DR MOHAMMED- EE ADV SHE WILL GET DCM THE RECORDS NEEDED

**04/10/2017 8:46 AM - CLAIM Note 29**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : EMAILS FROM EE
Text: [04/10/2017 - CORCORAN, AMY]HI AMY, WHEN YOU SAY COMPLETE EXPLANATION OF BENEFITS, I SENT THE WHOLE LOOK LIST OF EXPLANATION OF BENEFITS FROM THE INSURANCE COMPANY. DO I NEED TO SEND WHAT EACH EXPLANATION OF BENEFITS HAS ON THEM? I WILL GO TO DR.MOHAMMAD AND GET THE RESTRICTIONS AND HAVE THEM SENT TO YOU MONDAY OR TUESDAY. THOSE WERE A LIST OF ALL THE EXPLANATION OF BENEFITS MY INSURANCE COMPANY HAS, DO I NEED TO SEND EACH INDIVIDUALLY DETAILED?[04/10/2017 - CORCORAN, AMY]HI AMY, THANK

YOUALSO FOR TRYING TO HELP ME, APPRECIATE ALL YOUR HELP AND INFORMATION. *[04/10/2017 - CORCORAN, AMY]HI AMY, THIS IS SHANNA RICHARDSON, THE LIST OF EXPLANATION OF BENEFITS THAT I SENT, DO THE NURSE WANT ME TO SEND EACH ONE DETAILED? DO I NEED TO SEND SOME FROM 2014, TO SHOW THAT I HAD NO PREEXISTING CONDITION. MY CONDITION DID NOT START UNTIL FEBRUARY OF 2016.[04/10/2017 - CORCORAN, AMY]HI AMY, THIS IS SHANNA RICHARDSON, I WANT TO ADD THAT I WAS ON SHORT TERM DISABILITY WHEN MY CONDITION PROGRESSED. I HAD NOTHING GOING ON WITH THIS AT ALL 2014 OR 2015.[04/10/2017 - CORCORAN, AMY]THIS IS SHANNA RICHARDSON, PLEASE ASK THE NURSE IS WHAT SHE NEEDS, IS TO SEE THE DETAILS ON EACH EXPLANATION OF BENEFITS, I SENT THE LIST THAT THE INSURANCE COMPANY PROVIDED TO ME DATED BACK TO AUGUST 2015, I CAN GET 2014 IF SHE WANTS THEM. BUT, DO SHE WANT EACH EXPLANATION OF BENEFITS LISTED I ALREADY SENT DETAILED?

**04/06/2017 3:19 PM - CLAIM Note 28**
Claim/Event/Leave: 7164999
NoteSubject : LTR to EE
Other Subject :
Text: [04/06/2017 - CORCORAN, AMY]HI SHANNA, IT LOOKS LIKE WE DO NOT HAVE ALL THE INFORMATION WE NEED TO RULE OUT A PRE-EXISTING CONDITION. THE NURSE WHO REVIEWED YOUR CLAIM AND MEDICAL SENT IN INDICATED THAT WE ARE STILL MISSING UPDATED MEDICAL RECORDSFROM DR. MOHAMMED AS WELL AS YOUR COMPLETE EXPLANATION OF BENEFITS IN ORDER TO DETERMINE CURRENT RESTRICTIONS AND LIMITATIONS AS WELL AS TO RULE OUT PRE-EXISTING CONDITION. PLEASE GET THIS INFORMATION OVER TO ME AS SOON AS POSSIBLE SO WE CAN HELPYOU AND HOPEFULLY APPROVE YOUR LTD CLAIM. AMY[04/06/2017 - CORCORAN, AMY]HI AMY, I WENT TO DR. ASSAF MONDAY AND TUESDAY, I HAVE ANOTHER APPOINTMENT ON THE 25TH AND HE WILL TELL ME THE RESULTS OF THE TEST I HAD TUESDAY AND THE TEST I HAVE ONTHE 12TH. HE WILL TELL ME WHAT PROCEDURE HE'S GOING TO DO TO MY NECK.

**04/03/2017 4:04 PM - MDS Note**
Claim/Leave: 7164999
Episode #: 1
Nurse Name: HAGMAN, JENNIFER
Service #: 16389291
Service Date: 04/03/2017
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, AMY, CORCORAN
Note Type: INFORMATION OBTAINED DESC
Text: MEDICAL RECORDS INDICATE THAT THE CLMNT IS FOLLOWED BY FM NP WHITNEY TOLBERT AND PM DR. ASHLEY PARKS FOR REPORTED LEFT SIDED NECK PAIN WITH NUMBNESS INTO THE HAND WITH INITIAL VISIT ON 2/8/16 IN THE EMERGENCY DEPARTMENT. CLMNT WAS PRESCRIBED A PREDNISONE{STEROID}, TRAMADOL {PAIN RELIEVER}, AND XANAFLEX {MUSCLE RELAXANT}. MRI ON 11/2/16 SHOWED A MILD DISC BULGE AT C5-C6 WITH MILD CENTRAL AND RIGHT SIDED STENOSIS; LEFT FORAMEN IS PATENT. NOTES INDICATE THAT THE CLMNT HAD A CERVICAL ESI ON 11/23/16. LOV ON2/17/17 CLMNT REPORTED FEELING BETTER. THERE IS A LETTER FROM NP INDICATING RTW ON 3/22/17. HOWEVER, THE CLMNT REPORTED LOW BACK PAIN/HIP PAIN AND THAT SHE CHANGED PROVIDERS FROM PM PARKS TO DR. ASSAF MOHAMMAD {RECORDS UNAVAILABLE FOR REVIEW}. PER DCM THE PRE-EX TIME PERIOD IS 10/4/15-1/3/16. PHARMACY RECORDS FOR PRE-EX INDICATE THAT THE CLMNT WAS PRESCRIBED TRAZADONE FOR INSOMNIA AND AMITRIPTYLINE FOR INSOMNIA. ALSO, NOTES INDICATE THAT THE CLMNT HAS TAKING TRAMADOL {PAIN RELIEVER} SINCE 2014 HOWEVERTHERE IS NO INDICATION OF REASON FOR PRESCRIPTION. CLMNT HAS A PMH OF MIGRAINES, PELVIC AND ABDOMINAL PAIN, ANXIETY, HIGH BLOOD PRESSURE, DEPRESSION AND INSOMNIA. THERE ARE NO EOBS TO REVIEW DURING THE PRE-EX TIME PERIOD AND THEREFORE PRE-EX CANNOT BE DETERMINED. NCM RECOMMENDS DCM SECURE UPDATED MEDICAL FROM AP MOHAMMAD AND EOBS TO DETERMINE CURRENT R/LS AND PRE-EX DETERMINATION. REFER BACK TO MDS AS NEEDED. UPDATED DCM. ASSIGNMENT COMPLETE. M54.2

**03/31/2017 10:43 AM - CLAIM Note 27**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [03/31/2017 - MARTIN, TROY]AGREE WITH RECS TO REOPEN THE CLAIM

**03/31/2017 10:19 AM - CLAIM Note 26**
Claim/Event/Leave: 7164999
NoteSubject : Reopen
Other Subject :
Text: [03/31/2017 - CORCORAN, AMY]LDW: 9/21/16, DOD: 9/22/16, 39 YOF, MATERIAL HANDLER/PICKER, MED OCC. STANDING, WALKING LIFTING UP TO 50 LBS DURATION OF SHIFT. HEAVY OCC, DX: DEGENERATIVE DISC DISEASE AT C6-7. 2 CONFIRMED EPIDURAL INJECTION ON 11/23,PAIN CONTINUED, AND LOV: 1/10. AP DX CERVICAL FACET SYNDROME AND REFERRED FOR 8 WEEKS OF PT 2X PER WEEK. LOV 3/21/17 FOR RE-EVAL- CLAIM WAS CLOSED FOR MISSING MEDS-HOWEVER AFTER CLOSURE, EE SENT IN ADDITONAL MEDICAL AND DCM REFERRED TO MDS FOR REVIEW- BASED ON ADDTL MEDS RECD DCM RECOMMENDS REOPENING CLAIM FOR ADDITIONAL INFO

**03/31/2017 10:16 AM - CLAIM Note 25**
Claim/Event/Leave: 7164999
NoteSubject : Ref to Managed Care
Other Subject :
Text: [03/31/2017 - CORCORAN, AMY]FOR LTD INIITIAL- PRE EX- DOD: 9/22/16, 39 YOF, MATERIAL HANDLER/PICKER, DX: INITIALLY DEGENERATIVE DISC DISEASE AT C6-7. . AP UPDATED DX: CERVICAL FACET SYDROME- PRE EX PERIOD IS 10/4/15-1/3/16 - PLEASE CONF IF EE TREATED FOR SAME CONDITION WITHIN THIS TIME PERIOD AND ALSO IF R/LS ARE SUPPORTED BEYOND 3/23 AND IF SO WHAT ARE THEY AND FOR HOW LONG?

**03/31/2017 10:04 AM - CLAIM Note 24**

**03/31/2017 10:04 AM - CLAIM Note 24**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : EMAIL FROM EE
Text: [03/31/2017 - CORCORAN, AMY]HI AMY, THIS IS SHANNA RICHARDSON, I SENT DR. TOLBERT'S MEDICAL RECORDS AND I REMEMBER THAT'S WHAT YOU WERE WAITING FOR. MY NEXT APPOINTMENT IS APRIL 3RD FOR THE NEUROLOGIST TO DECIDE WHAT PROCEDURE HE DECIDES TO DO. THISIS ALL I HAVE TO SEND RIGHT NOW AND I ASKED AND YOU SAID YOU WERE WAITING FOR DR. TOLBERT'S MEDICAL RECORDS. I'M STRUGGLING TO TAKE CARE OF MY SON, I HAD TO APPLY FOR FOOD STAMPS TODAY. HOPEFULLY HE HAS A QUICK DATE FOR WHAT PROCEDURE HE IS GOING TODO AND THAT IT HEALS ME SO I CAN GET MY LIFE BACK AND NOT HAVE TO DEAL WITH THE PAIN OF MY ILLNESS AND STRUGGLING WITH TAKING CARE OF MY SON AND MY BILLS.

**03/29/2017 9:46 AM - CLAIM Note 23**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : EMAIL FROM EE
Text: [03/29/2017 - CORCORAN, AMY]HI AMY, THIS IS SHANNA RICHARDSON, I AM JUST CHECKING TO SEE IF YOU RECEIVED MY MEDICAL RECORDS FROM DR. TOLBERT, THAT I SENT YOU YESTERDAY. THESE IS ARE THE SAME MEDICAL RECORDS THAT THEY SENT TO YOU BY MAIL BECAUSE HEALTH PORT DOES NOT FAX MEDICAL RECORDS. I SENT THEM TO YOU BY EMAIL SO YOU CAN GET THEM QUICKER. MY DOCTOR HAS BEEN TRYING TO GET ME SET UP FOR SURGERY, I WILL ALSO SEND YOU THE RECORDS FOR THAT AFTER MY NEXT APPOINTMENT. I'M NOT DOING WELL AND STRUGGLING TO TAKE CARE OF MY SON SINCE MY SHORT TERM DISABILITY HAS BEEN CLOSED, I PRAY MY CLAIM IS RECONSIDERED.

**03/29/2017 9:44 AM - CLAIM Note 22**
Claim/Event/Leave: 7164999
NoteSubject : Med Records Rcvd
Other Subject : TOLBERT
Text: [03/29/2017 - CORCORAN, AMY]RECD 92 PAGES OF RECORDS FROM OV'S FROM 8/27/15-1/31/17

**03/29/2017 9:40 AM - CLAIM Note 21**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : EMAIL FROM EE
Text: [03/29/2017 - CORCORAN, AMY]RECD 3/28 HI AMY, THIS IS SHANNA RICHARDSON, I WILL BE PICKING UP MY MEDICAL RECORDS TOMORROW AND WILL BE SENDING THEM TO YOU. HEALTH PORT ARE SENDING THEM TO YOU BY MAIL BUT I DON'T KNOW HOW LONG THEY WILL REACH YOU.EXPECT TO RECEIVE THEM TOMORROW FROM ME. THANK YOU AND HAVE A NICE DAY.[03/29/2017 - CORCORAN, AMY]HI AMY, THIS IS SHANNA RICHARDSON, HERE ARE MY MEDICAL RECORDS FROM DR. TOLBERT. YOU NEED ANYTHING ELSE, PLEASE CALL ME AT OR EMAIL ME.I WILL BE SENDING YOU RECORDS FROM MY DOCTORS FROM MY PROCEDURES AND FOLLOW UPS.

**03/29/2017 9:40 AM - CLAIM Note 20**
Claim/Event/Leave: 7164999
NoteSubject : Med Records Rcvd
Other Subject : PHARMACY RECORDS
Text: [03/29/2017 - CORCORAN, AMY]RECD 8 PAGES OF PRESCRIPTION HISTORY FROM EE- ADDED TO DOC LIST

**03/16/2017 12:57 PM - PHONE Note 8**
Claim/Event/Leave: 7164999
NoteSubject : Called EE
Other Subject :
Text: [03/16/2017 - CORCORAN, AMY]ADV OF DENIED- ADV EE THAT WE STILL NEED EOB, PHARMACY RECORDS AND MEDS FROM DR TOLBERT DURING PRE EX= EE ADV HER INSURANCE COMPANY SAID THEY COULDN'T TYPE A LETTER SAYING SHE WASN'T TREATED- EE ADV SHE SENT EVERYTHING SHE HAD FOR THE TIME PERIOD- EE ADV SHE HAS TO GET TO DR TROLBERTS OFFICE TO SIGN A MEDICAL RELEASE FORM FOR HER TO GET THE RECORDS

**03/15/2017 8:58 AM - CLAIM Note 19**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [03/15/2017 - MARTIN, TROY]AGREE WITH RECS TO DENY CLAIM DUE TO FTPP

**03/14/2017 1:33 PM - CLAIM Note 18**
Claim/Event/Leave: 7164999
NoteSubject : Denied
Other Subject : MGR RECOMMENDATION
Text: [03/14/2017 - CORCORAN, AMY]MEDS REQ FROM 10/4/15 TO PRESENT DROM DR PARK, TOLBERT, PHARM RECORDS AND EOB - DUE BY 3/9 AS EE IS SUBJECT TO PRE EX INVESTIGATION- ***** LDW: 9/21/16, DOD: 9/22/16, 39 YOF, MATERIAL HANDLER/PICKER, MED OCC. STANDING, WALKING LIFTING UP TO 50 LBS DURATION OF SHIFT. HEAVY OCC, DX: DEGENERATIVE DISC DISEASE AT C6-7. 2 CONFIRMED EPIDURAL INJECTION ON 11/23, PAIN CONTINUED, AND LOV: 1/10. AP DX CERVICAL FACET SYNDROME AND REFERRED FOR 8 WEEKS OF PT 2X PER WEEK.NOV IS 3/21/17 FOR RE-EVAL. DCM STILL MISSING EOB DURING PRE EX TIME PERIOD AS WELL AS MEDS FROM DR TOLBERT AND PHARMACY RECORDS- BASED ON MISSING MEDS NEEDED TO RULE OUT PRE EX AS WELL AS MAKE A CLAIM DETERMINATION, DCM RECOMMENDS DENYING CLAIM FOR FTPP

**03/08/2017 9:45 AM - CLAIM Note 17**

Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : EMAIL FROM EE
Text: [03/08/2017 - CORCORAN, AMY]HI AMY, THIS IS SHANNA RICHARDSON, I WENT TO MY NEUROLOGIST YESTERDAY AND HE ORDERED FOR ME TO HAVE SOME MORE TEST DONE ON 3/28/2017 AND I WILL BE HAVING A TEST DONE ON MY PELVIS AND LUMBAR REGION TO SEE WHY MY WALKINGIS AFFECTED FROM THESE AREAS AND WHAT TO BE DONE. I WILL SEND THE RECORDS FROM THESE TESTS AND WHAT THEY ARE GOING TO DO, I'M NOT DOING WELL AND THEY ARE TRYING TO SEE HOW TO TREAT EVERYTHING. I WILL HAVE TO SIGN A MEDICAL RELEASE FORM TOMORROW FOR DR. TOLBERT TO SEND THE RECORDS FROM HER, SHE'S MY PRIMARY CARE PHYSICIAN BUT I'M SEEING SPECIALIST FOR MY CONDITIONS. I'M NO LONGER SEEING DR. TODD FOUNTAIN, I'VE BEEN ASSIGNED TO SEE DR. ASSAF T. MOHAMMAD AT SAINT FRANCIS HOSPITAL HERE IN MEMPHIS, TN.

**03/06/2017 8:38 AM - CLAIM Note 16**
Claim/Event/Leave: 7164999
NoteSubject : Med Records Rcvd
Other Subject :
Text: [03/06/2017 - CORCORAN, AMY]LIST OF CURRENT DIAGNOSES-[03/06/2017 - CORCORAN, AMY]FROM CAMPBELL HEALTH

**03/06/2017 8:37 AM - CLAIM Note 15**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : EMAIL FROM EE
Text: [03/06/2017 - CORCORAN, AMY]OKAY, I WILL CONTINUE TO SEND YOU MEDICAL RECORDS FROM MY DOCTOR'S. I'M SIGNING A RELEASE FOR DR. TOLBERT MY PRIMARY CARE PHYSICIAN, TO SEND THE RECORDS FROM HER. I THOUGHT THEY ALREADY SENT YOU THE MEDICAL RECORDS FROM THERE, MY DOCTOR'S NURSE CALLED ME YESTERDAY.

**03/03/2017 8:02 AM - CLAIM Note 14**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : EMAIL FROM EE
Text: [03/03/2017 - CORCORAN, AMY]HI AMY, I'M SO TIRED, I JUST CALLED MY HEALTH INSURANCE COMPANY AND THEY SAID THEY CANNOT WRITE A LETTER STATING I DO NOT HAVE EXPLANATION OF BENEFITS FOR OCTOBER 4, 2015 AND JANUARY 4, 2016. I TOLD THEM ALL THE INFORMATION THAT I DID NOT SEE THE DOCTOR THESE DATES, I WAS NOT SEEING MY DOCTOR THESE DATES. THE ONES I SENT WERE FOR NOTHING THAT IS GOING ON, I DON'T KNOW WHAT TO DO.

**02/28/2017 5:02 PM - CLAIM Note 13**
Claim/Event/Leave: 7164999
NoteSubject : Med Records Rcvd
Other Subject : PARK
Text: [02/28/2017 - CORCORAN, AMY]MEDS FROM DR PARK- EE SEEN 1/10/17 FOR NECK PAIN SINCE 10/25/16- AT THIS APT EE GIVEN MEDROL DOSEPAK- MUSCLE RELAXER AND PT- RE EVAL IN 8 WEEKS

**02/27/2017 3:06 PM - PHONE Note 7**
Claim/Event/Leave: 7164999
NoteSubject : Called EE
Other Subject :
Text: [02/27/2017 - CORCORAN, AMY]E3E ADV SHE IS HAVING PROBLEMS WALKING BECAUSE OF BOTH OF HER HIPS- WILL SEE DR RIVERIA AT CAMPBELL CLINIC ON THURSDAY - HE ORDERED THE BONE SCAN- WILL SEE DR FOUNTAIN FOR NECK INJECTIONS- ADV EE I NEED EOB FOR 2015 EVEN IF IT STATES SHE WAS NOT SEEN

**02/22/2017 9:53 AM - CLAIM Note 12**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : EMAIL FROM EE
Text: [02/22/2017 - CORCORAN, AMY]HI AMY, I SENT YOU ALL THE MEDICAL RECORDS FROM DR. PARK, I'M NO LONGER SEEING DR. PARK. I'M SEEING DR. TODD FOUNTAIN AT THE SEMMES-MURPHEY CLINIC IN MEMPHIS, TN.. I DON'T HAVE MY INJECTION UNTIL THE 28TH OF THIS MONTHWHICH IS NEXT WEEK. I'M WAITING ON THE RESULTS OF MY BONE SCAN THAT I HAD FOR MY LEFT HIP YESTERDAY WITH DR. CARLOS RIVERA AT THE CAMPBELL CLINIC. I DON'T HAVE EXPLANATION OF BENEFITS FOR 2015, INSURANCE COMPANY CHECKED. DO YOU WANT THE 2016 EXPLANATION OF BENEFITS?

**02/21/2017 2:30 PM - CLAIM Note 11**
Claim/Event/Leave: 7164999
NoteSubject : LTR to EE
Other Subject :
Text: [02/21/2017 - CORCORAN, AMY]HI SHANNA, IT LOOKS LIKE I AM STILL WAITING ON RECORDS FROM DR. PARK. WE CALLED THEM TODAY TO FOLLOW UP. I RECEIVED THE FORMS THAT YOU COMPLETED. I STILL NEED YOUR PHARMACY RECORDS AND EXPLANATION OF BENEFITS. I NEED ALL TREATMENT NOTES FOR WHICH YOU ARE ALSO CURRENTLY TREATING. PLEASE FOLLOW UP WITH ME AFTER TODAY'S APPOINTMENT AND LET ME KNOW HOW IT WENT. I WILL NEED TODAY'S RECORDS AS WELL.[02/21/2017 - CORCORAN, AMY]DELIVERY TO THESE RECIPIENTS OR GROUPS IS COMPLETE, BUT NO DELIVERY NOTIFICATION WAS SENT BY THE DESTINATION SERVER: SHANNA RICHARDSON
( SUBJECT: RE: MEDICAL RECORDS

**02/21/2017 11:17 AM - PHONE Note 6**
Claim/Event/Leave: 7164999
NoteSubject : Called AP
Other Subject : DR PARK
Text: [02/21/2017 - FRANCIS, CHRISTOPHER]CALLED DR. PARK S OFFICE (PHONE # 901-759-3100) TO CONFIRM RECEIPT OF MEDICAL RECORDS REQUEST. SPOKE WITH KIANA WHO STATED THAT THEY DID RECEIVE THE MEDICAL RECORDS REQUEST BUT THEY ARE STILL WAITING FOR PAYMENT FOR THEIR PRE-PAYMENT INVOICE. I ADVISED THAT WE PAID THE INVOICE ON 2/10/17. SHE SAID THEY HAVE NOT PROCESSED THE PAYMENT YET AND TO GIVE IT MORE TIME.

**02/17/2017 3:09 PM - PHONE Note 5**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject :
Text: [02/17/2017 - MARTIN, TROY]EE CALLED AND ASKED ABOUT DD - M1 CONFIRMED THAT IF LTD IS APPROVED DD FORM WILL BE SENT TO EE - EE THANKED M1

**02/16/2017 11:57 AM - CLAIM Note 10**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : LTD FORMS
Text: [02/16/2017 - CORCORAN, AMY]LTD FORMS RECD

**02/15/2017 2:06 PM - CLAIM Note 9**
Claim/Event/Leave: 7164999
NoteSubject : Med Records Rcvd
Other Subject :
Text: [02/15/2017 - CORCORAN, AMY]HI AMY, THIS IS SHANNA RICHARDSON AND HERE THE FEW MEDICAL RECORDS THAT ARE FROM SEMMES-MURPHEY CLINIC. I'VE ONLY BEEN THERE IN JUNE OF 2016 AND STARTED GOING BACK NOW BUT SEEING A NEUROSURGEON INSTEAD OF A NURSE PRACTITIONER THAT THEY HAD SENT ME TO BACK IN JUNE.[02/15/2017 - CORCORAN, AMY]AMY, THIS IS SHANNA RICHARDSON AND THESE ARE MY MEDICAL RECORDS FROM CAMPBELL'S CLINIC, I WILL BE SENDING THE MEDICAL RECORDS FROM SEMMES-MURPHEY CLINIC WHERE I'M SEEING A NEUROSURGEON, DR. TODD FOUNTAIN.

**02/13/2017 11:00 AM - CLAIM Note 8**
Claim/Event/Leave: 7164999
NoteSubject : Med Records Rcvd
Other Subject : BAPTIST MEDICA
Text: [02/13/2017 - CORCORAN, AMY]22 PAGES OF MEDICAL- FROM WHITNEY TOLBERT- 2/10/17 OV NOTE- EE REPORTS IMPROVED PAIN AFTER STEROID PACK AND TRAMADOL- STILL HAS NUMBESS AND TINGLING- SAW NEURO TODAY- HAS MRI PLANED 6/21- WANTS TO RTW- FEELS SHE CAN DO HERJOB**UNKNWN DATES OF NOTES- 5/24/16 NOTE STATES THIS IS A NEW PROBLEM- ***** NOTE DATED 2/10/17- EE MAY RTW 3/22/17

**02/10/2017 10:12 AM - CLAIM Note 7**
Claim/Event/Leave: 7164999
NoteSubject : Med Records Rcvd
Other Subject : NO MEDS- PARK
Text: [02/10/2017 - CORCORAN, AMY]RECD BLANK FAX BACK TO DCM- NO MEDS

**02/10/2017 10:11 AM - CLAIM Note 6**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [02/10/2017 - CORCORAN, AMY]RECEIVED INVOICE FROM CIOX BOX 409875 ATLANTA GA 30384-9875 DATED 1/31/2017 FOR MEDICAL RECORDS INVOICE # 020935624 IN THE AMOUNT OF $25.11 **** ISSUED VENDOR PAYMENT TO CIOX WITH TAX ID 58-2659941 IN THE AMOUNT OF $25.11

**02/10/2017 8:56 AM - PHONE Note 4**
Claim/Event/Leave: 7164999
NoteSubject : EE Called
Other Subject :
Text: [02/10/2017 - CORCORAN, AMY]EE ADV SHE WILL BE SEEING A NEUROSURGEON DR TODD FOUNTAIN - MEMPHIS TN- WILL DO A INJECTION IN NECK -PHONE 901-522-7700 **APPOINT IS ON 2/28 AND THEN WILL HAVE F.U ON 3/20**ASKED EE ABOUT EOB AND PHARM RECORDS- EE ADVDR TOLBERT WILL BE SENDING OVER RECORDS TODAY- ADV I WILL NEED TO RULE OUT THE PRE EX BEFORE WE CAN DO ANYTHING US

**02/09/2017 3:35 PM - PHONE Note 3**
Claim/Event/Leave: 7164999
NoteSubject : AP Called
Other Subject :
Text: [02/09/2017 - O'MALLEY, SARAH]AP CALLED RE FORM REQ? CALL ABRUPTLY CUT OUT , TRIED # BACK, NOT CONNECTING

**02/08/2017 2:50 PM - CLAIM Note 5**
Claim/Event/Leave: 7164999
NoteSubject : LTR to AP

NoteSubject : LTR to A
Other Subject :
Text: [02/08/2017 - CORCORAN, AMY]SUBSEQUENT MED REQ TO PARK AND TOLBERT

**02/08/2017 2:49 PM - PHONE Note 2**
Claim/Event/Leave: 7164999
NoteSubject : Called EE
Other Subject :
Text: [02/08/2017 - CORCORAN, AMY]LM AT AND ADV OF NEED FOR RECORDS FROM ALL APS FROM 10/24/15 TO PRESENT

**02/07/2017 3:16 PM - CLAIM Note 4**
Claim/Event/Leave: 7164999
NoteSubject : Other
Other Subject : INITIAL
Text: [02/07/2017 - LORANGER, SAMANTHA]SET UP SCHEDULED PAYMENT BASED ON ELIGIBILTY AS OF 09/22/16: HOURLY RATE $11.89*40 HRS=$475.60*52=$24,731.20/12=$2060.93 MONTHLY THE BENEFIT IS 60% OR $1236.56. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST

**02/03/2017 2:32 AM - CLAIM Note 3**
Claim/Event/Leave: 7164999
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO SAMANTHA LORANGER

**02/03/2017 2:32 AM - CLAIM Note 2**
Claim/Event/Leave: 7164999
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION.

**01/24/2017 10:44 AM - CLAIM Note 1**
Claim/Event/Leave: 7164999
NoteSubject : Action Plan
Other Subject : PENDED
Text: [01/24/2017 - CORCORAN, AMY]PRE EX- MEDS REQ FROM 10/4/15 TO PRESENT DROM DR PARK, TOLBERT, PHARM RECORDS AND EOB - DUE BY 3/9

**01/20/2017 2:54 PM - PHONE Note 1**
Claim/Event/Leave: 7164999
NoteSubject : Initial EE Interview
Other Subject : ICP
Text: [01/20/2017 - CORCORAN, AMY]CALLED CLMT FOR INITIAL INTERVIEW. CLMT'S LAST DAY OF WORK WAS 9/12/2016, CLMT REPORTED DIAGNOSIS/PRIMARILY OOW DUE TO: NECK AND PAIN. CLMT INDICATED SYMPTOMS OF PAIN IN LEFT PART OF NECK AND SHOULDER. SYMPTOMS BECAME DISABLING 9/22- DOENST KNOW HOW IT HAPPENDED- THOUGHT IT WAS A MUSCLE SPASM- HAS BONE LOSS IN CERVICAL AREA AND HAS DEGENERATIVE DISC DISEASE- . CLMT FIRST RECEIVED TREATMENT FOR THIS CONDITION SEPTEMBER 2016- NEVER TREATED BEFORE - CLMT ADVISED TO CEASEWORK BY AP. CURRENT RESTRICTIONS AND LIMITATIONS INCLUDE NO LIFTING HEAVY THING, NO REACHING, NO BENDING. SHE INDICATES SHE CANNOT WORK BECAUSE PAIN- RATES PAIN AS A 10 - HAS HAD INJECTION, STEROIDS, PAIN MEDS, MUSCLE RELAXER, INFLAMMATORY SHOTS, WILL START THERAPY- HASN T CALLED HER YET WITH FIRST DAY . CURRENT MEDICAL PROVIDER INFORMATION INCLUDES THE FOLLOWING: DR ASHLEY PARK, SPINE SPECIALIST, ADDR: , PH: FAX: - LOV 03/21/2017 NOV //; DR WHITNEY TOLBER, PCP- NO OVS LATELY, ADDR: , PH: FAX:- LOV // NOV //; CAMPBELL CLINIC SPINE CENTER , PT, ADDR: MEMPHIS, PH: FAX: - LOV // NOV //; SHE HAS HAD THE FOLLOWING TESTS PERFORMED: MRI ON // RESULTS: OCTOBER; CLMT DOES NOT HAVE RECENT HOSP HISTORY. CLMT REPORTED THE FOLLOWING COMORBID CONDITIONS: HIGH BLOOD PRESSURE; CLMT REPORTED THE FOLLOWING MEDICATIONS: IBUBROFEN AND PAIN MEDS, ; SHE IS 5-3 TALL AND WEIGHS 160 LBS. CLMT'S DATE OF BIRTH IS SHE IS RIGHT HAND DOMINANT. CLMT IS ABLE TO PERFORM ADLS. CLMT IS NOT MARRIED. CLMT HASTHE FOLLOWING DEPENDENTS: NATHANIEL LLOYD, 06/19/2001; CLMT'S HIGHEST EDUCATION LEVEL IS SOME COLLEGE, SHE IS NOT IN THE MILITARY/RESERVES. WITH REGARD TO WORK, CLMT'S JOB TITLE IS MATERIAL HANDLER/PACKER, AND DUTIES ARE STANDING - PACKING, SHE WORKS FULL TIME; SHE DOES NOT HAVE AN ERTW DATE AT THIS TIME. CLMT'S ANNUAL SALARY IS $0. CLMT REPORTED NO OTHER INCOME. I EXPLAINED LTD PROCESS AND ADVISED THAT I WOULD ALSO BE SENDING THE FORMS THAT I NEED TO BE COMPLETED AND RETURNED TO ME AS TIMELY AS POSSIBLE. SHE EXPRESSED UNDERSTANDING, I PROVIDED MY CONTACT INFO AND PC ENDED. ADV EE I NEED HER EOB FROM 10/4/2015-1/4/16 AND PHARMACY RECORDS - ADV I WILL SEND EE FORMS AND I WILL NEED THOSE- EE ADV SHE WILL GET THEM TGETHER- ADV EE LTD I SPAIDAT 60% AND MONTHLY

**01/19/2017 9:11 AM - POSSINV Note 1**
Claim/Event/Leave: 7164999
NoteSubject : Possible Pre-Ex
Other Subject :
Text: THIS CLAIM IS SUBJECT TO A PRE-EX INVESTIGATION. THE PRE-EX PROVISION IS 3-12, THE DOD FOR THIS CLAIMANT IS 09/22/2016, THE ELIGIBILITY DATE IS 01/04/2016, AND THE TRANSFER PROVISION IS YES. THEREFORE, MEDICAL MUST BE GATHERED AND REVIEWED FROM 10/04/2015 THROUGH THE PRESENT.[04/28/2017 - CORCORAN, AMY]RULED OUT

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info
Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt
Tasks

Claim
* **Claim/Event/Leave Number** 5977254 **Accommodation Number**
**Note type:**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**04/18/2017 4:36 PM - CLAIM Note 42**
Claim/Event/Leave: 5977254
NoteSubject : Med Records Rcvd
Other Subject : PARK
Text: [04/18/2017 - CORCORAN, AMY]1/10/17 OV NOTE- EE SEEN FOR CERVICAL PAIN- GIVEN MEDROLK- EE TO DO PT- RE-EVAL IN 8 -10 WEEKS****EE INIITALS VISIT WAS10/25/16

**03/23/2017 9:40 AM - CLAIM Note 41**
Claim/Event/Leave: 5977254
NoteSubject : Closed
Other Subject :
Text: [03/23/2017 - CORCORAN, AMY]CLAIM CLOSED FOR MAX BEN TO LTD

**03/23/2017 9:40 AM - CLAIM Note 40**
Claim/Event/Leave: 5977254
NoteSubject : Extended Benefits
Other Subject :
Text: [03/23/2017 - CORCORAN, AMY]TO MAX *LDW: 9/21/16, DOD: 9/22/16, 39 YOF, MATERIAL HANDLER/PICKER, MED OCC. STANDING, WALKING LIFTING UP TO 50 LBS DURATION OF SHIFT. HEAVY OCC, DX: DEGENERATIVE DISC DISEASE AT C6-7. FOV: 8/8/16 REFERRED TO NEURO SXSAW AP ON 11/8 FOR EVAL, MRI ON 11/2 CONFIRMED EPIDURAL INJECTION ON 11/23, PAIN CONTINUED, AND LOV: 1/10. AP DX CERVICAL FACET SYNDROME AND REFERRED FOR 8 WEEKS OF PT 2X PER WEEK. NOV IS 3/21/17 FOR RE-EVAL. BASED ON EE'S OCC, ONGOING SYMPTOMS,REFERRAL TO PT AND MEDICAL REVIEW, REASONABLE TO EXT ONE DAY THRU MAX 3/21/17 =

**03/22/2017 9:52 AM - PHONE Note 50**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject :
Text: [03/22/2017 - CORCORAN, AMY]EE CALLED TO SEE IF DCM RECD MEDS FRO MTOLBERT- ADV I HAVE NOT- I HAVE RECD HER PRESCRIPTION HISTORY AND WILL BE REVIEWING- EE THANKED

**02/08/2017 1:14 PM - CLAIM Note 39**
Claim/Event/Leave: 5977254
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [02/08/2017 - CORCORAN, AMY]RECEIVED INVOICE FROM CIOX BOX 409875 ATLANTA GA 30384-9875 DATED 1/30/2017 FOR MEDICAL RECORDS INVOICE # 0209252494 IN THE AMOUNT OF $22.00 **** ISSUED VENDOR PAYMENT TO CIOX WITH TAX ID 58-2659941 IN THE AMOUNT OF $22.00

**02/08/2017 1:12 PM - CLAIM Note 38**
Claim/Event/Leave: 5977254
NoteSubject : Med Records Rcvd
Other Subject : PARK
Text: [02/08/2017 - CORCORAN, AMY]RECD RETURNED FAX FROM DR PARK-NO RECORDS

**01/17/2017 3:58 PM - CLAIM Note 37**
Claim/Event/Leave: 5977254
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [01/17/2017 - MARTIN, TROY]AGREE WITH RECS TO ESC. CLAIM TO LTD - ASSIGNED TO A. CORCORAN

**01/17/2017 7:51 AM - CLAIM Note 36**
Claim/Event/Leave: 5977254

NoteSubject : Escalation
Other Subject : TO LTD
Text: [01/17/2017 - GEORGE, JODI]MBD 3/22/17. LDW: 9/21/16, DOD: 9/22/16, 39 YOF, MATERIAL HANDLER/PICKER, MED OCC. STANDING, WALKING LIFTING UP TO 50 LBS DURATION OF SHIFT. HEAVY OCC, DX: INITIALLY DEGENERATIVE DISC DISEASE AT C6-7. NO SUBRO/INJURY. EESTATED STARTED AS MUSCLE SPASM. FOV: 8/8/16 REFERRED TO NEURO SX. MRI ON 11/2 . SAW NEURO (PARK) ON 11/8 FOR EVAL. CONFIRMED EPIDURAL INJECTION ON 11/23. PER EE, PAIN CONTINUED FOLLOWING INJECTION. LOV: 1/10. AP UPDATED DX: CERVICAL FACET SYNDROMEAND REFERRED FOR 8 WEEKS OF PT 2X PER WEEK. NOV IS 3/21/17 FOR RE-EVAL. STD CONSULT REVIEW ON 1/16/17 AND SUPPORTED R&L'S THROUGH NOV. CLAIM CURRENTLY APPROVED THRU 3/21/17. BASED ON MBD, APPROVED THRU DATE AND DURATION EXCEEDING 120 DAYS, RECOMMENDESCALATION TO LTD. REFERRED TO M1 FOR REVIEW.

**01/17/2017 7:46 AM - CLAIM Note 35**
Claim/Event/Leave: 5977254
NoteSubject : Action Plan
Other Subject :
Text: [01/17/2017 - GEORGE, JODI]EXT THRU NOV ON 3/21/17 AND CONTINUE TO OBTAIN MEDS TO EVAL FOR ONGOING.

**01/17/2017 7:46 AM - CLAIM Note 34**
Claim/Event/Leave: 5977254
NoteSubject : Extended Benefits
Other Subject : THRU 3/21/17
Text: [01/17/2017 - GEORGE, JODI]LDW: 9/21/16, DOD: 9/22/16, 39 YOF, MATERIAL HANDLER/PICKER, MED OCC. STANDING, WALKING LIFTING UP TO 50 LBS DURATION OF SHIFT. HEAVY OCC, DX: DEGENERATIVE DISC DISEASE AT C6-7. FOV: 8/8/16 REFERRED TO NEURO SX SAW AP ON11/8 FOR EVAL, MRI ON 11/2 CONFIRMED EPIDURAL INJECTION ON 11/23, PAIN CONTINUED, AND LOV: 1/10. AP DX CERVICAL FACET SYNDROME AND REFERRED FOR 8 WEEKS OF PT 2X PER WEEK. NOV IS 3/21/17 FOR RE-EVAL. BASED ON EE'S OCC, ONGOING SYMPTOMS, REFERRALTO PT AND MEDICAL REVIEW, REASONABLE TO EXT THRU NOV ON 3/21/17 AND CONTINUE TO OBTAIN MEDS TO EVAL FOR ONGOING.

**01/16/2017 3:27 PM - PHONE Note 49**
Claim/Event/Leave: 5977254
NoteSubject : Called EE
Other Subject :
Text: [01/16/2017 - GEORGE, JODI]SW EE, ADVISED BASED ON MEDICAL REVIEW AND REFERRAL FOR PT, WE ARE EXT CLAIM THROUGH 3/21 NOV AND EXPLAINED ESC PROCESS, HOW BENEFITS ARE PAID AND WHEN. ADVISED NEW ADCM WIL BE REACHING OUT FOR ADDITIONAL INFO AND ALL MEDSWILL BE NEEDED, REGARDLESS OF TIME IT TAKES FROM CAMPBELL CLINIC. REVIEWED PAYMENTS TO BE ISSUED. EE THANKED FOR EVERYTHING HOPES THIS WORKS, ALL STARTED OUT OF WHAT SHE THOUGHT WAS A MUSCLE SPASM AND TURNED OUT TO BE MUCH MORE. DCM WISHED WELL WITHEVERYTHING.

**01/16/2017 3:22 PM - MDS Note**
Claim/Leave: 5977254
Episode #: 1
Nurse Name: DUMONT, MEGAN
Service #: 16351933
Service Date: 01/16/2017
Activity: INPERSON CONTCT, CLAIMS
Contact Information: CLAIMS, JODI, GEORGE
Note Type: INFORMATION OBTAINED DESC
Text: DISCUSSED CLAIM IN STD DETERMINATION CLAIMS CONSULT. REFER TO S1 NOTE FOR ACTION PLAN. CONSULT COMPLETE.

**01/16/2017 2:55 PM - CLAIM Note 33**
Claim/Event/Leave: 5977254
NoteSubject : Action Plan
Other Subject : STD CC
Text: [01/16/2017 - LANDRY, JAMIE]FILE REVIEWED IN STD CC W/ NCM M DUMONT --- BASED ON REFERRAL FOR PHYSICAL THERAPY, EE DIAGNOSIS AND OCC-- REASONABLE TO EXTEND BENEFITS FOR 8 WEEKS FROM START OF THERAPY.

**01/16/2017 2:23 PM - CLAIM Note 32**
Claim/Event/Leave: 5977254
NoteSubject : Med Records Rcvd
Other Subject : CAMPBELL CLINIC
Text: [01/16/2017 - GEORGE, JODI]REC'D PT ORDER SHEET, DX: CERVICAL FACET SYNDROME, MANUAL THERAPY FOCUS ONLY, NO STRENGTH, EVAL, HEAT, ULTRASOUND, MASSAGE, TRACTION, HOME EXERCISE PROGRAM, JOINT MOBILIZATION, SOFT TISSUE MOBILIZATION, 2X PER WEEK FOR 8 WEEKS. FOCUS ON CERVICAL SEG MOBILIZATION, TRY TRIAL C-TRACTION. BEFORE D/C MAKE SURE EE UNDERSTANDS HOME STRETCHING PROGRAM. NOV IS 3/21 WITH AP PARK

**01/16/2017 9:30 AM - PHONE Note 48**
Claim/Event/Leave: 5977254
NoteSubject : Called EE
Other Subject :
Text: [01/16/2017 - GEORGE, JODI]SW EE, CONFIRMED RECEIPT OF MEDS FROM NOVEMBER. STILL NEED CURRENT MEDS AND ASKED E TO TRY SENDING WHAT SHE HAS FOR DCM TO REVIEW WHILE WE WAIT FOR ACTUAL MEDICAL RECORDS.

EE AGREED, TOOK DCM EMAIL

**01/16/2017 8:24 AM - CLAIM Note 31**
Claim/Event/Leave: 5977254
NoteSubject : Med Records Rcvd
Other Subject : PARK
Text: [01/16/2017 - GEORGE, JODI]11/8 OVN, LEFT SIDED NECK AND SHOULDER PAIN AND ARM NUMBNESS. FOV: 10/25. 11/2 MRI REVIEWED, MILD DISC BULGING AT C5-6 AND SMALL LEFT PARACENTRAL DISC PROTRUSION. MILD CENTRAL CANAL AND MILD RIGHT SIDED NEURAL FORMINAL NARROWING. PROMINENT DISC BULGING AT C6-7 WITHOUT HERNIATION. TX PLAN: PRESCRIBED TRAMADOL, SCHEDULED FOR CERVICAL EPIDURAL INJECTION TARGETING C5-6, AVOID LIFTING, PULLING, PUSHING, REACHING, AS WELL AS ACTIVITY SUSTAINED AT OR ABOVE CHEST HEIGHT, RE-EVAL IN 6-8 WEEKS. 11/23 OVN FOR EPIDURAL INJECTION.

**01/13/2017 4:01 PM - CLAIM Note 30**
Claim/Event/Leave: 5977254
NoteSubject : LTR to AP
Other Subject : PARK
Text: [01/13/2017 - RAITT, MELISSA]FAXED 2ND REQ FOR MEDS TO AP

**01/13/2017 3:59 PM - PHONE Note 47**
Claim/Event/Leave: 5977254
NoteSubject : Called AP
Other Subject : PARK
Text: [01/13/2017 - RAITT, MELISSA]CALLED AP, TT RELEASE OF INFORMATION, STATED IS NOT LOGGED IN TO SYSTEM YET, WILL RE SEND

**01/13/2017 3:36 PM - PHONE Note 46**
Claim/Event/Leave: 5977254
NoteSubject : Called EE
Other Subject :
Text: [01/13/2017 - GEORGE, JODI]ADVISED DCM REQ MEDS DAY AFTER APT, DCM WILL ALWAYS REQ, ONLY ENCOURAGED EE TO TRY TO GET BC CAMPBELL CLINIC IS NOTORIOUSLY SLOW AT PROVIDING RECORDS. EE AGREED, HOPES THEY RETURN THEM SOON. ADVISED STILL NO MEDS THAT THEYSUPPOSEDLY MAILED ON 12/30. DCM WILL CALL ONCE REC'D AND CONTINUE TO FU WITH AP AS WELL.

**01/13/2017 3:32 PM - PHONE Note 45**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject :
Text: [01/13/2017 - GEORGE, JODI]SHANNA LVM AGAIN, WANTED TO SEE IF OTHER VM RECIVED

**01/13/2017 3:32 PM - PHONE Note 44**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject :
Text: [01/13/2017 - GEORGE, JODI]SHANNA RICHARDSON LVM, CALLED AP OFFICE TO TELL THEM TO FAX NEW RECORDS, BUT THEY SAID THEY WOULD HAVE TO MAIL HER A REQUEST AND THEN SHE WOULD HAVE TO MAIL IT BACK TO THEM, WANTS DCM TO FAX THEM FDIRECTLY, AND THEY WILL BEFAXED. HAS A LOT OF THERAPY TO GO THROUGH.

**01/12/2017 2:16 PM - PHONE Note 43**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject :
Text: [01/12/2017 - GEORGE, JODI]SHANNA RICHARDSON LVM, CALLED TO CAMPBELL AND WAS ADVISED SHE WOULD HAVE TO SIGN A REQ AND THINKS IT WOULD BE FASTER IF DCM REQUESTED THOSE RECORDS. IF ANY QUESTIONS CAN CALL HER, BUT PLEASE SEND REQUEST IN. NO ACTION NEEDED DCM ALREADY REQUESTED

**01/12/2017 11:22 AM - PHONE Note 42**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject :
Text: [01/12/2017 - GEORGE, JODI]EE CALLED FOR MAILING ADDRESS, WILL MAKE SURE CAMPBELL CLINIC IS SENDING OVER THIS WEEKS RECORDS.

**01/11/2017 12:44 PM - PHONE Note 41**
Claim/Event/Leave: 5977254
NoteSubject : Called EE
Other Subject :
Text: [01/11/2017 - GEORGE, JODI]WE NEED MEDICAL EVIDENCE THAT EE ISNOT ABLE TO PERFORM JOB DUTIES, ALL EW HAVE AT THIS POINT IS EE'S INFORMATION WHICH DCM CERTAINLY DOESN'T DOUBT, BUT ER PLAN DOES REQUIRE PROOF FROM MEDICAL PROFESSIONAL. MEDS HAVE NOT BEEN REC'D THAT WERE ISSUED ON 12/30, AND MEDS FROM YESTERDAY'S APPOINTMENT ARE NEEDED AS WELL, AS THAT HAS EE'S MOST UP TO DATE SYMPTOMS, DX, TREATMENT PLAN AND MEDICATIONS FOR REVIEW BY OUR CONSULTING PHYSICIAN. EE SAID SHE HAS THAT IN A NOTE FROM AP-ADVISED EE SHE CAN SEND BUT AGAIN WE WIL NEED THE ACTUAL MEDICAL RECORDS, BUT CAN TAKE A LOOK AT WHAT SHE HAS. INVOICE WAS REC'D BY CAMP CLINIC ON 12/20 AND PAID IMMEDIATELY. UNSURE WHY THEY ARE SAYING THE

SHE HAS. INVOICE WAS REC'D BY CAMP CLINIC ON 12/20 AND PAID IMMEDIATELY, UNSURE WHY THEY ARE SAYING THE PAYMENT WAS NOT APPLIED UNTIL 1/9. REGARDLESS MEDS NOT REC'D AND MEDS NEEDED FROM MOST RECENT OV. EE DOESN'T U/S AP OFFICE, HOPES THEY GET COMPLETED SOON. DCM ADVISE D TO CONTINUE TO FU WITH MEDICAL RECORDS TO ENSURE THEY FOLLOW THROUGH.

**01/11/2017 12:43 PM - PHONE Note 40**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject :
Text: [01/11/2017 - GEORGE, JODI]EE LVM AGAIN, CALLED MEDICAL RECORDS, THEY SAID THEY MAILED RECORDS ON 12/30, BUT THEY WEREN'T PAID FOR UNTIL 1/9, EE DOESN'T KNOW WANT IS GOING ON BUT SHE HAS BILLS TO PAY AND HAS A SON AND NEEDS THIS TO BE RESOLVED AND NEEDS TO GO THROUGH THERAPY AND SHE IS ABOUT TO BREAK DOWN. REQUESTED RTC IN SHAMBLES AND HAS HER DEPRESSED.

**01/11/2017 12:41 PM - PHONE Note 39**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject :
Text: [01/11/2017 - GEORGE, JODI]EE LVM - HAS QUESTION IF WE RECEIVED MEDICAL RECORDS YET THAT WERE MAILED ON 12/30 AND ALSO QUESTION ABOUT GETTING PAYMENT GETTING EXTENDED THROUGH THERAPY AND WANTS TO KNOW IF WE NEED NEW MEDICAL RECORDS NOW TOO. REQUESTEDRTC. SHE WILL GO AHEAD AND TRY TO GET THEM TO EXPEDITE MAILING RECORDS. EE WAS IN MVA AND HAS NO TRANSPORTATOIN CURRENTLY TO GO GET RECORDS.

**01/11/2017 11:14 AM - PHONE Note 38**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject :
Text: [01/11/2017 - GEORGE, JODI]EE CALLED TO SEE IF MEDS REC'D THAT WERE MAILED ON 12/30 - DCM ADVISED DIDN'T GET EE'S MESSAGE UNTIL AFTER WE SPOKE AND NO MEDS REC'D/ ADVISED EE WHEN DCM SW MEDICAL RECORDS THEY ADVISED RECORDS WERE MAILED ON 1/, NOT 12/30LIKE THEY ADVISED EE. EE ASKED IF MEDS REQ FOR YESTERDAY'S APT, DCM CONFIRMED FAXED YESTERDAY. DCM WILL CALL ONCE REC'D

**01/10/2017 3:34 PM - PHONE Note 37**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject :
Text: [01/10/2017 - GEORGE, JODI]SHANNA LVM CALLED CAMPBELL CLINIC AND SW MEDICAL RECORDS, THEY SAID RECORDS WERE SENT OUT ON 12/30 AND WE SHOULD HAVE GOTTEN THEM, BUT THEY WERE MAILED.

**01/10/2017 3:29 PM - CLAIM Note 29**
Claim/Event/Leave: 5977254
NoteSubject : Notice/Proof Review
Other Subject : DUE 2/23
Text: [01/10/2017 - GEORGE, JODI]EE ON N&P FOR MEDS FROM AP PARK - DUE 2/23

**01/10/2017 3:27 PM - PHONE Note 36**
Claim/Event/Leave: 5977254
NoteSubject : Called EE
Other Subject :
Text: [01/10/2017 - GEORGE, JODI]SW EE, ADVISED VENDOR IS SENDING RECORDS IN MAIL AS OF YESTERDAY, BUT WILL STILL NEED TODAY'S RECORDS. EE STATES SHE HAS PAPER WITH EVERYTHING HE IS RECOMMENDING - ADVISED EE SHE CAN SEND, BUT LIKELY WE WILL NEED ACTUAL MEDICAL RECORDS AS WELL. EE THANKED FOR CALL

**01/10/2017 3:24 PM - PHONE Note 35**
Claim/Event/Leave: 5977254
NoteSubject : Called AP
Other Subject : HEALTHPORT
Text: [01/10/2017 - GEORGE, JODI]SW: JUSTIN ADVISED INVOICE 0206368687 HAS BEEN PAID AND CHECK CASHED YET NO MEDS REC'D TO DATE. JUSTIN ADVISED MEDS SENT OUT ON 1/9/17 VIA MAIL.

**01/10/2017 3:20 PM - PHONE Note 34**
Claim/Event/Leave: 5977254
NoteSubject : Called EE
Other Subject :
Text: [01/10/2017 - GEORGE, JODI]RTC TO EE - SPINAL TRACTION, ULSTRASOUND MASSAGE , JOINT TISSUE.AND SOME OTHER THINGS AND SEE HIM BACK ON 3/20 - WANTS E TO COMPLETE 8 WEEKS. WAITING ON CALL FROM PT TO START, WILL BE AT CAMPBELL CLINIC AS WELL - TWICE WEEKLY. EXPLAINED MEDS NEEDED AND DCM HAS STILL NOT REC'D ANY RECORDS TO DATE FROM CAMPBELL CLINIC. PAID FOR RECORDS ON 12/21, CHECK CASHED AND STILL NO MEDS. ENCOURAGED EE TO GET MEDS HERSELF AS AP USES THIRD PARTY VENDOR WHICH SLOWS DOWN PROCESS. DCMKNOWS FROM EXP HOW SLOW THEY ARE, EE HAS BEEN OUT SINCE SEPTEMBER AND STILL NO MEDS REC'D TO DATE. EE AGREED TO TRY WHEN SHE GOES TO PT NEXT WEEK. DCM WILL FU NEXT WEEK IF NO MEDS/ EE THANKED.

**01/10/2017 2:39 PM - PHONE Note 33**
Claim/Event/Leave: 5977254
NoteSubject : EE Called

Other Subject :
Text: [01/10/2017 - GEORGE, JODI]EE LVM AGAIN, WANTED TO LET DCM KNOW THAT AP RE DIAGNOSED WITH CERVICAL FACET SYNDROME.

**01/10/2017 2:39 PM - PHONE Note 32**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject :
Text: [01/10/2017 - GEORGE, JODI]SHANNA RICHARDON LVM, WENT TO AP TODAY, PUTTING HER IN SOME TYPE OF THERAPY AND WILL RECHECK ONCE COMPLETE ON 3/20 FOR RE-EVAL. STILL IN A LOT OF PAIN, CONSTANT AND HAS BECOME WORSE. HOPEING THIS THERAPY WILL HELP, BUT WILLGO FROM THERE. REQUESTED RTC.

**12/28/2016 3:26 PM - CLAIM Note 28**
Claim/Event/Leave: 5977254
NoteSubject : Other
Other Subject : PA ACTION-MAN PAY
Text: [12/28/2016 - LORANGER, SAMANTHA]MANUAL PMT FOR REISSUE OF 12/11 THRU 12/17

**12/28/2016 2:33 AM - CLAIM Note 27**
Claim/Event/Leave: 5977254
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF MANUAL PAYMENT HAS BEEN RECEIVED AND ASSIGNED TO SAMANTHA LORANGER.

**12/28/2016 2:32 AM - CLAIM Note 26**
Claim/Event/Leave: 5977254
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR MANUAL PAYMENT. COMMENTS: PLEASE CREATE MANUAL PAYMENT FOR STOP PAID CHECK 37718457 - M1 APPROVED OVERNIGHTING CHECK TO ENSURE EE RECEIVES BY 12/29

**12/27/2016 10:17 AM - CLAIM Note 25**
Claim/Event/Leave: 5977254
NoteSubject : LTR to Other
Other Subject : PMT SERVICES
Text: [12/27/2016 - GEORGE, JODI]PLEASE CREATE MANUAL PAYMENT FOR STOP PAID CHECK 37718457 - M1 APPROVED OVERNIGHTING CHECK

**12/27/2016 10:14 AM - PHONE Note 31**
Claim/Event/Leave: 5977254
NoteSubject : Called EE
Other Subject :
Text: [12/27/2016 - GEORGE, JODI]SW EE, STILL SAME AMOUNT OF PAIN. AP IS OUT OF TOWN. HOPING SHE CAN GET IN BEFORE 1/10 AND AGREED TO KEEP DCM NOTIFIED IF APT DATE CHANGES. EE CONFIRMED SHE DID RECEIVE CHECK, BUT WAS ADVISED IT WAS ALREADY STOP PAID AND REISSUED SO SHE SHREDDED THE CHECK. ADVISED EE WE ARE REQUIRED TO WAIT TEN DAYS BEFORE STOP PAYING, BUT BC SHE WAS TOLD WE WERE RE-ISSUING ON FRIDAY, M1 AGREED THAT WE CAN OVERNIGHT THIS CHECK, BUT IT WILL NOT BE DELIVERED UNTIL THURSDAY. ADVISED MAILWILL BE SLOWER OVER HOLIDAYS.

**12/23/2016 4:14 PM - PHONE Note 30**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject :
Text: [12/23/2016 - HALL, ROBYN]EE CALLED AND STATES SHE HAS NOT RECEIVED LAST WEEK'S CHECK AND WITH IT NOW BEING FRIDAY, ADVISED WE WILL DO A STOP PAYMENT AND ISSUE A NEW CHECK OUT TO EE AND SHE WILL NOT RECEIVE UNTIL NEXT WK. ADVISED IF EE RECEIVES IN THE NEXT COUPLE OF DAYS SHE WILL HAVE TO SHRED AND WAIT FOR NEW CHECK. EE UNDERSTOOD, THANKED AND ENDED CALL.

**12/21/2016 10:16 AM - CLAIM Note 24**
Claim/Event/Leave: 5977254
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [12/21/2016 - GEORGE, JODI]INV 0206368687 REC'D ON 12/20 FOR MEDS FROM CAMBELL CLINIC 11/6 THRU PRESENT. IN THE AMOUNT OF 20.68. INVOICE PAID

**12/05/2016 2:43 PM - PHONE Note 29**
Claim/Event/Leave: 5977254
NoteSubject : Called EE
Other Subject :
Text: [12/05/2016 - GEORGE, JODI]RTC AND SW WITH EE - STILL NO RELIEF FROM PAIN AND STILL HAS TO WAIT UNTIL JAN TO SEE AGAIN. CHECK DID COME - DCM ADVISED MAIL WILL LIKELY BE SLOWER THIS TIME OF YEAR DUE TO HOLIDAYS. EE U/S THANKED FOR CALLING. ASKED EE TOCALL IF ANYTHING CHANGES AND SHE IS SEEN SOONER.

**12/05/2016 8:06 AM - PHONE Note 28**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject :
Text: [12/05/2016 - GEORGE, JODI]SHANNA LVM STILL HASN'T REC'D CHECK. NEEDS TO PAY RENT. CAME ON FRIDAY BEFORE. WANTED TO SEE IF DCM CAN FIND OUT WHAT IS GOING ON.

**11/28/2016 3:09 PM - PHONE Note 27**
Claim/Event/Leave: 5977254
NoteSubject : Called EE
Other Subject :
Text: [11/28/2016 - GEORGE, JODI]RTC TO EE, SHE STATES SHE IS IN A LOT OF PAIN - WORSE PAIN THAN PRIOR TO INJECTION. WHOLE BACK IF HURTING NOW. HAS AMBULATE WITH A CANE. PER EE AP STATED DUE TO HOW LONG SHE HAS HAD PAIN, WILL TAKE SEVERAL WEEKS FOR HER TOSEE ANY RELIEF, IF SHE IS GOING TO GET SOME, BUT MAY NEED ANOTHER INJECTION OR SX. ADVISED CLAIM WAS EXT THRU FU ON 1/10 AND MEDS NEEDED IF NO RTW AT THAT TIME. ASKED EE TO CONTACT DCM WITH UPDATE AFTER OV. EE AGREED. THANKED AND WISHED FEELING BETTER

**11/28/2016 3:06 PM - PHONE Note 26**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject :
Text: [11/28/2016 - GEORGE, JODI]SHANNA RICHARDSON, LVM ON 11/23 HOME NOW FROM INJECTION. WAS ADVISED NOT TO DO ANYTHING FOR SEVERAL DAYS AND TO REMAIN OOW UNTIL NOV IN JANUARY AND WILL REASSESS AT THAT TIME. HAS TO KEEP A PAIN DIARY TO COMPLETE DAILY UNTIL NOV ON 1/10. WANTED TO GIVE DCM UPDATE. REQUESTED RTC.

**11/23/2016 1:10 PM - CLAIM Note 23**
Claim/Event/Leave: 5977254
NoteSubject : Action Plan
Other Subject :
Text: [11/23/2016 - GEORGE, JODI]EXTEND THRU NOV ON 1/10/17 TO ALLOW TIME FOR INJECTION TO WORK AND FOR FU WITH AP. IF NO RTW AT THAT TIME. SECURE ALL UPDATED RECORDS TO EVAL IN PMR CONSULT FOR ONGOING R&L'S

**11/23/2016 1:09 PM - CLAIM Note 22**
Claim/Event/Leave: 5977254
NoteSubject : Extended Benefits
Other Subject : THRU 1/10/2017
Text: [11/23/2016 - GEORGE, JODI]LDW: 9/21/16, DOD: 9/22/16, 39 YOF, MATERIAL HANDLER/PICKER - HEAVY OCC, DX: DEGENERATIVE DISC DISEASE AT C6-7. FOV: 8/8/16 AT HOSPITAL, LOV: 9/22/16 WITH PCP, MRI CONFIRMS DX AND EE REFERRED TO NEURO SX FOR EVAL, MRI ON 11/2 AND CONFIRMED EE IS SCHEDULED FOR EPIDURAL STEROID INJECTION ON 11/23/16 AND FU POST INJECTION IS 1/10/17 . BASED ON EE'S DX, HEAVY OCC, ESCALATION IN CARE, AND PROCEDURE REASONABLE TO EXTEND THRU NOV ON 1/10/17 TO ALLOW TIME FOR INJECTION TO WORKAND FOR FU WITH AP. IF NO RTW AT THAT TIME. SECURE ALL UPDATED RECORDS TO EVAL IN PMR CONSULT FOR ONGOING R&L'S

**11/23/2016 1:06 PM - PHONE Note 25**
Claim/Event/Leave: 5977254
NoteSubject : Called AP
Other Subject : PARK
Text: [11/23/2016 - GEORGE, JODI]SW FEMALE WHO CONFIRMED EE IS SCHEDULED FOR EPIDURAL INJECTION TODAY.

**11/23/2016 9:52 AM - PHONE Note 24**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject :
Text: [11/23/2016 - GEORGE, JODI]EE CALLED, SAW CLAI APPROVED THRU 11/24 AND WANTED TO KNOW IF WOULD BE EXTENDED. ADVISED ONCE DCM CONFIRMS PROCEDURE TODAY WILL EXTEND. EE ASKED WHEN SHE WILL NEED TO RTW. ADVISED EE THAT IS SOMETHING SHE NEEDS TO DISCUSS WITH AP, AS THEY DETERMINE RTW STATUS, NOT DCM, WE WILL CONTINUE TO EXT STD BENEFITS AS LONG AS THE MEDICAL SUPPORTS. ENCOURAGED EE TO HAVE THAT DISCUSSION WITH AP TODAY, TAKE FFD WITH HER AND ONCE DCM CONFIRMS PROCEDURE, WILL AT LEAST EXT A COUPLE OFWEEKS TO ALLOW TIME FOR INJECTION TO HELP. EE EXPRESSED U/S - ASKED EE TO CALL DCM AFTER PROCEDURE WITH UPDATE AND CAN LVM IF AFTER HOURS AS EE IS NOT SCHEDULE UNTIL 130PM CTS. EE THANKED

**11/21/2016 9:30 AM - PHONE Note 23**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject :
Text: [11/21/2016 - GEORGE, JODI]EE CALLED - REC'D FORMS FOR ADA FOR ER AND WANTED TO KNOW IF SHE COULD WAIT TO COMPLETE UNTIL AFTER NOV. ADVISED EE THAT THE LEAVE IS NOW ADMINISTERED BY ER AND DCM BELIEVES IT SHOULD BE FINE TO HOLD ONTO FORMS UNTIL AFTEROV THIS WEEK, BUT CAN'T CONFIRM AS THIS IS ER PROCESS AND ENCOURAGED EE TO FU WITH ER IF ANY QUESTION. EE STATES FU NOW IS ON 1/10/17 FOLLOWING INJECTION, WHICH IS STILL SCHEDULED FOR 11/23. AP NOT IN OFFICE ON 12/28 AND THEY HAD TO MOVE TO 1/10. DCMWILL CONFIRM INJECTION AND FU WITH EE

**11/09/2016 5:21 PM - PHONE Note 22**
Claim/Event/Leave: 5977254
NoteSubject : Called EE

NoteSubject : Called EE
Other Subject : EXTENDED THRU 11/23
Text: [11/09/2016 - SYLVIA, JENNIFER]CALLED EE AND LET HER KNOW THAT CLAIM WAS EXTENDED THRU 11/23. EE THANKED AND CALL ENDED.

**11/09/2016 2:14 PM - CLAIM Note 21**
Claim/Event/Leave: 5977254
NoteSubject : Action Plan
Other Subject :
Text: [11/09/2016 - GEORGE, JODI]EXTEND THRU 11/23/16 AND CONFIRM PROCEDURE AND EXT ACCORDINGLY.

**11/09/2016 2:14 PM - CLAIM Note 20**
Claim/Event/Leave: 5977254
NoteSubject : Extended Benefits
Other Subject : THRU 11/23
Text: [11/09/2016 - GEORGE, JODI]LDW: 9/21/16, DOD: 9/22/16, 39 YOF, MATERIAL HANDLER/PICKER - HEAVY OCC, DX: DEGENERATIVE DISC DISEASE AT C6-7. FOV: 8/8/16 AT HOSPITAL, LOV: 9/22/16 WITH PCP, MRI CONFIRMS DX AND EE REFERRED TO NEURO SX FOR EVAL, LOV: 10/25/16 REFERRED FOR MRI, COMPLETE ON 11/2 AND LOV 11/8 AND AP SCHEDULED FOR EPIDURAL STEROID INJECTION ON 11/23/16 AND FU POST INJECTION IS 12/28/16. BASED ON EE'S DX, HEAVY OCC AND ESCALATION IN CARE, REASONABLE TO EXTEND THRU 11/23/16 AND CONFIRM PROCEDURE AND EXT ACCORDINGLY.

**11/09/2016 2:11 PM - PHONE Note 21**
Claim/Event/Leave: 5977254
NoteSubject : AP Called
Other Subject :
Text: [11/09/2016 - GEORGE, JODI]ERICA RTC CONFIRMED PROCEDURE CODES 62310, EPIDURAL STEROID INJECTION. 77003 WITH FLUORO GUIDANCE. OUTPATIENT PROCEDURE. FU SCHEDULED FOR 12/28.

**11/09/2016 12:09 PM - PHONE Note 20**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject :
Text: [11/09/2016 - GEORGE, JODI]EE CALLED, SW MEDICAL RECORDS AND THEY ADVISED WILL TAKE 3-4 WEEKS TO PROCESS REQ. EE HAS PAPER FROM AP WITH SX NAME, DATE AND DATE OF POST OP SHE CAN FAX. DCM PROVIDED FAX NUMBER. WILL EXT THRU SX DATE ONCE REC'D AND NOTIFY EE. EE CONFIRMED SHE GOT CHECK LAST WEEK ON FRIDAY.

**11/09/2016 10:06 AM - PHONE Note 19**
Claim/Event/Leave: 5977254
NoteSubject : Called EE
Other Subject :
Text: [11/09/2016 - GEORGE, JODI]RTC TO EE - LVM AND ADVISED MEDS REQ YESTERDAY FORM AP PARKS AND DCM ALSO LVM TODAY REQ RTC WITH CONFIRMATION OF SX AND NAME. ADVISED EE THAT IF CHECK FROM TWO WEEKS AGO STILL NOT REC'D TO CALL ADCM AND ANOTHER CHECK ISSUEDTHIS PAST SATURDAY. PROVIDED DCM CONTACT - WILL CALL ONCE INFO CONFIRMED WITH AP PARK

**11/09/2016 10:02 AM - PHONE Note 18**
Claim/Event/Leave: 5977254
NoteSubject : Called AP
Other Subject : DR PARK
Text: [11/09/2016 - GEORGE, JODI]CALLED DR PARK AT CAMPBELL CLINIC - TRANSFERRED TO AP PARK OFFICE. FAX IS 901-435-5610. LVM REQ RTC TO CONFIRM SX ON 11/23 AND NAME OF PROCEDURE.

**11/09/2016 8:16 AM - PHONE Note 17**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject :
Text: [11/09/2016 - GEORGE, JODI]EE LVM ON 11/8 AT 1149AM CLAIM IS 5977254 WENT TO APPT TODAY - THEY ARE GOING TO HAVE TO DO SX - SCHEDULED FOR 11/23, AFTER HAT NOT ABLE TO DO ANYTHING AND WANTS HER TO RT ON 12/28 FOR POST OP. SITUATION HAS WORSENED. IF DOESN'T GO WELL WILL HAVE A SECOND PROCEDURE. REQUESTED RTC. 901-730-9785.

**11/09/2016 8:16 AM - PHONE Note 16**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject :
Text: [11/09/2016 - GEORGE, JODI]EE LVM ON 11/4 HASN'T REC'D CHECK YET FROM LAST WEEK. MAILED SATURDAY ON 10/29 AND STILL HASN'T REC'D. HOPING THERE TODAY, HAS TO PAY RENT AND HAS UNTIL 5TH AND THEN LATE CHARGE. WANTS DCM TO FIGURE OUT WHAT IS GOING ON.

**11/08/2016 4:09 PM - CLAIM Note 19**
Claim/Event/Leave: 5977254
NoteSubject : LTR to AP
Other Subject : MED REQUEST
Text: [11/08/2016 - SYLVIA, JENNIFER]SENT MED REQUEST TO AP

**11/08/2016 4:08 PM - PHONE Note 15**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject : NO RTW
Text: [11/08/2016 - SYLVIA, JENNIFER]EE NEEDS TO HAVE A PROCEDURE DONE ON 11/23, OUTPATIENT, NEEDLE IN SPINE AND F/U WILL BE ON 12/28. EE SAYS THAT AP WILL NOT RELEASE EE TO RTW UNTIL AT LEAST 12/28. ADVISED THAT MED REC'S WILL BE NEEDED TO EXTEND BENEFITS. EE UNDERSTOOD AND SAID THAT SHE WILL F/U WITH AP TOMORROW. WISHED WELL AND CALL ENDED.

**11/08/2016 12:54 PM - PHONE Note 14**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject : CSU
Text: [11/08/2016 - VAN ETTEN, STACY]EE CALLED WITH QUESTIONS ABOUT HER CLAIM. ADCM NOT AVAILABLE TODAY AND EE WANTED SOMEONE TODAY. NO OTHER DCM ON TEAM AVAILABLE AT THIS TIME. EE AGREED TO LVM FOR ANOTHER DCM. CALL TRANSFERRED TO A DCM VM THE TEAM. COPYOF CLAIM NOTE EMAILED TO THE DCM.

**10/25/2016 11:32 AM - CLAIM Note 18**
Claim/Event/Leave: 5977254
NoteSubject : Action Plan
Other Subject :
Text: [10/25/2016 - GEORGE, JODI]EXTEND THRU NOV 11/8/16 TO ALLOW EE TIME TO FU WITH NEURO SX AND DETERMINE TX PLAN. DCM TO OBTAIN NEURO MEDS TO EVAL FOR ONGOING

**10/25/2016 11:32 AM - CLAIM Note 17**
Claim/Event/Leave: 5977254
NoteSubject : Extended Benefits
Other Subject : THRU 11/8/16
Text: [10/25/2016 - GEORGE, JODI]LDW: 9/21/16, DOD: 9/22/16, 39 YOF, MATERIAL HANDLER/PICKER - HEAVY OCC, DX: DEGENERATIVE DISC DISEASE AT C6-7. FOV: 8/8/16 AT HOSPITAL, LOV: 9/22/16 WITH PCP, MRI CONFIRMS DX AND EE REFERRED TO NEURO SX FOR EVAL, LOV: 10/25/16 REFERRED FOR MRI, SCHEDULED FOR 11/2 AND NOV 11/8 FOR RESULTS. BASED ON EE'S DX, HEAVY OCC AND ESCALATION IN CARE, REASONABLE TO EXTEND THRU NOV 11/8/16 TO ALLOW EE TIME TO FU WITH NEURO SX AND DETERMINE TX PLAN. DCM TO OBTAIN NEURO MEDS TO EVAL FOR ONGOING

**10/25/2016 11:26 AM - PHONE Note 13**
Claim/Event/Leave: 5977254
NoteSubject : Called AP
Other Subject : DR PARK
Text: [10/25/2016 - GEORGE, JODI]CALLED AP PARK, CAMPBELL CLINIC, SW: FEMALE AND CONFIRMED EE WAS REFERRED TO MRI AND HAS FU WITH AP PARK ON 11/8

**10/25/2016 10:51 AM - PHONE Note 12**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject :
Text: [10/25/2016 - GEORGE, JODI]SAW NEURO TODAY AND HE COULDN'T DO MRI TODAY - SCHEDULED TO GET DONE ON 11/2 AND THEN WILL SEE HIM AGAIN ON 11/8 FOR RESULTS AND WILL SHARE RESULTS. DR PARK IS NEURO. DCM WILL CONFIRM MRI AND NOV WITH AP AND EXT TO ALLOW TIME FOR MRI TO BE COMPLETED AND TEST RESULTS REVIEWED AND TX PLANNING. ASKED EE TO FU AT THAT TIME WITH UPDATE. EE AGREED, STATES SHE IS JUST READY FOR THIS TO BE OVER WITH.

**10/18/2016 11:49 AM - PHONE Note 11**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject :
Text: [10/18/2016 - GEORGE, JODI]EE CALLED, REC'D DCM EMAIL - DIDN'T UNDERSTAND. ADVISED AP REQUIRES SPECIFIC MED AUTH O GET RECORDS. EE STATES SHE THOUGHT MEDS ALREADY REC'D - CONFIRMED, BUT WE WANT TO TAKE ALL PRECAUTIONS TO PREVENT ISSUES GETTING RECORDS IN FUTURE IF NEEDED EE AGREED WILL COMPLETE AND MAIL - PROVIDED PO BOX

**10/18/2016 9:31 AM - CLAIM Note 16**
Claim/Event/Leave: 5977254
NoteSubject : LTR to EE
Other Subject :
Text: [10/18/2016 - GEORGE, JODI]EMAILED BMG SPECIFIC MED AUTH TO EE FOR COMPLETION

**10/18/2016 9:21 AM - PHONE Note 10**
Claim/Event/Leave: 5977254
NoteSubject : Called EE
Other Subject : LATE ENTRY
Text: [10/18/2016 - GEORGE, JODI]SW EE ON 10/11 AT 330 - EXPLAINED CLOSURE LETTER AND COMPANY OWN. ADVISED EE OF NEED FOR AP SPECIFIC MED AUTH WHICH WAS MAILED TO EE'S HOME

**10/17/2016 3:53 PM - CLAIM Note 15**

**10/17/2016 2:52 PM - CLAIM Note 15**
Claim/Event/Leave: 5977254
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [10/17/2016 - GEORGE, JODI]INV 0202414968 FOR RECORDS FOR SHANNA RICHARDSON FROM THE LIGHT CLINIC IN THE AMOUNT OF 21.36. INVOICE PAID.

**10/11/2016 3:31 PM - PHONE Note 9**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject :
Text: [10/11/2016 - GEORGE, JODI]SHANNA LVM AT 1240PM ON 10/11/16 ABOUT LETTER SHE REC'D - LEAVE 5997398 ABOUT MAX ENTITLEMENT ON 10/20 FOR EXHAUSTION AND DOESN'T UNDERSTAND

**10/11/2016 3:31 PM - PHONE Note 8**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject :
Text: [10/11/2016 - GEORGE, JODI]EE IS SCHEDULED FOR 10/25 - EARLIEST APT THEY COULD GET - DR PARK, NEURO CAMPBELL CLINIC, DCM WILL FU AFTER NOV FOR UPDATE. EXPLAINED LEAVE LETTER, EXHAUSTED PML AND REFERRED TO ER FOR COMPANY OWN LEAVE. EE U/S AND THANKEDFOR EXPLANATION.

**10/08/2016 2:33 AM - CLAIM Note 14**
Claim/Event/Leave: 5977254
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO SAMANTHA LORANGER

**10/08/2016 2:33 AM - CLAIM Note 13**
Claim/Event/Leave: 5977254
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION. COMMENTS: NIKE: PLEASE SCH PAYMENT, BBD IS 9/29/16 AND APPROVED THROUGH 10/30/16

**10/07/2016 2:46 PM - CLAIM Note 12**
Claim/Event/Leave: 5977254
NoteSubject : Other
Other Subject : PA ACTION-INITIAL
Text: [10/07/2016 - LORANGER, SAMANTHA]SCHEDULED PAYMENT 09/29 THRU 10/30** NO OFFSETS/DEDUCTIONS

**10/07/2016 2:43 PM - CLAIM Note 11**
Claim/Event/Leave: 5977254
NoteSubject : Other
Other Subject : PA ACTION-SAL CALC
Text: [10/07/2016 - LORANGER, SAMANTHA]PER ELIG HOURLY RATE $11.89*40 HRS=$475.60 WEEKLY

**10/06/2016 4:08 PM - PHONE Note 7**
Claim/Event/Leave: 5977254
NoteSubject : Called EE
Other Subject :
Text: [10/06/2016 - GEORGE, JODI]SW EE, BASED ON REVIEW OF MEDS CLAIM APPROVED THRU 10/30 INITIALLY BUT MEDS FORM NEURO WILL BE NEEDED TO EVAL FOR ONGOING STD BENEFITS. ASKED EE TO FU ONCE NEURO APT SCHEDULED AND PROVIDED DCM CONTACT. REVIEWED EP, BBD, FIRST CHECK AND WHEN ISSUED, TAXES AND DEDUCTIONS.

**10/06/2016 3:21 PM - CLAIM Note 10**
Claim/Event/Leave: 5977254
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**10/06/2016 3:20 PM - CLAIM Note 9**
Claim/Event/Leave: 5977254
NoteSubject : FMLA
Other Subject : REQUEST END DATE CHG
Text: THE REQUESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**10/06/2016 3:18 PM - CLAIM Note 8**
Claim/Event/Leave: 5977254
NoteSubject : Action Plan
Other Subject :
Text: [10/06/2016 - GEORGE, JODI]APPROVE THRU 10/30/16 TO ALLOW EE TIME TO FU WITH NEURO SX AND DETERMINE TX

Text: [10/06/2016 - GEORGE, JODI]APPROVE THRU 10/30/16 TO ALLOW EE TIME TO FU WITH NEURO SX AND DETERMINE TX PLAN. DCM TO OBTAIN NEURO MEDS TO EVAL FOR ONGOING

**10/06/2016 3:18 PM - CLAIM Note 7**
Claim/Event/Leave: 5977254
NoteSubject : Approved
Other Subject : THRU 10/30/16
Text: [10/06/2016 - GEORGE, JODI]LDW: 9/21/16, DOD: 9/22/16, 39 YOF, MATERIAL HANDLER/PICKER - HEAVY OCC, DX: DEGENERATIVE DISC DISEASE AT C6-7. FOV: 8/8/16 AT HOSPITAL, LOV: 9/22/16 WITH PCP, MRI CONFIRMS DX AND EE REFERRED TO NEURO SX FOR EVAL, WAITIN GON APT TO BE SCHEDULED. BASED ON EE'S DX, HEAVY OCC AND ESCALATION IN CARE, REASONABLE TO APPROVE THRU 10/30/16 TO ALLOW EE TIME TO FU WITH NEURO SX AND DETERMINE TX PLAN. DCM TO OBTAIN NEURO MEDS TO EVAL FOR ONGOING

**10/06/2016 1:46 PM - PHONE Note 6**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject :
Text: [10/06/2016 - GEORGE, JODI]EE CALLED RE LEAVE END DATE - ADVISED DEFAULT DATE ENTERED AND ONCE DCM PROCESS MED CERT DATE WILL BE UPDATED. CONFIRMED RECEIPT OF MED CERT AND TWO DOCS, DCM HAS NOT HAD A CHANCE TO REVIEW YET. WILL CALL EE ONCE REVIEW ISCOMPLETE AND EXPLAINED MED CERT WILL APPROVE LEAVE OUT THRU NOV BUT NOT NEC CLAIM AND DCM WILL DISCUSS WITH EE IF THAT IS THE CASE, IT JUST DEPENDS ON WHAT MEDICAL SUPPORTS. EE THANKED

**10/05/2016 4:10 PM - CLAIM Note 6**
Claim/Event/Leave: 5977254
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 09/22/2016 AND THE LEAVE END DATE IS 10/20/2016.

**10/05/2016 3:33 PM - CLAIM Note 5**
Claim/Event/Leave: 5977254
NoteSubject : Med Records Rcvd
Other Subject : TOLBERT
Text: [10/05/2016 - GEORGE, JODI]MED CERT - DX DEGENERATIVE DISC DISEASE.REFERRED TO NEURO SX DR MAURINCE SMITH 901-522-700 FOR FURTHER EVAL CERVICAL MRI: NO ACUTE FINDING, DEGERNERATIVE DISC DISEASE AT C5-6

**10/05/2016 9:15 AM - PHONE Note 5**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject :
Text: [10/05/2016 - GEORGE, JODI]EE CALLED, AP STATES THEY SENT THE FMLA FORMS YESTERDAY AND REPORTS OF DX AND RADIOLOGY. EE WAS REFERRED TO NEURO SX AND SHE IS WAITING ON CALL FOR APPT. ADVISED MEDS NOT YET REC'D - EE STATES FAXED TO 603-334-0401 - ADVISED CAN TAKE ABOUT 24 HOURS TO RECEIVE AT THAT NUMBER. DCM ASKED EE TO CONTACT ONCE NEURO APT SCHEDULED WITH CONTACT AND DATE AND DCM WILL NOTIFY ONCE MEDS REC'D. EE THANKED

**10/03/2016 1:23 PM - PHONE Note 4**
Claim/Event/Leave: 5977254
NoteSubject : Called EE
Other Subject : DAY 7 N&P
Text: [10/03/2016 - GEORGE, JODI]ADVISED EE MEDS NOT REC'D FROM AP TOLBERT, EE SW AP NURSE THIS MORNING AND THEY SHOULD BE SENDING THIS WEEK. ASKED EE TO SEND DISCHARGE SUMMARY, EE AGREED WILL INVLUDE RADIOLOGY REPORT ONCE REC'D AND FAX TO DCM . DCM WILL FU ONCE MEDS REC'D/ EE THANKED

**09/23/2016 3:52 PM - PHONE Note 3**
Claim/Event/Leave: 5977254
NoteSubject : Called EE
Other Subject : R/C
Text: [09/23/2016 - SYLVIA, JENNIFER]R/C AND GAVE EE DCM'S FAX NUMBER.

**09/23/2016 11:09 AM - CLAIM Note 4**
Claim/Event/Leave: 5977254
NoteSubject : Notice/Proof Review
Other Subject : DUE 11/6
Text: [09/23/2016 - GEORGE, JODI]EE ON 45 DAY N&P FOR MEDS FORM AP TOLBERT AND ER DISCHARGE SUMMARY - DUE 11/6. FD INCLUDED WITH N&P LETTER

**09/23/2016 10:56 AM - CLAIM Note 3**
Claim/Event/Leave: 5977254
NoteSubject : LTR to AP
Other Subject : TOLBERT
Text: [09/23/2016 - GEORGE, JODI]FAXED MED REQ TO TOLBERT FOR TX NOTES FROM 9/1 THRU PRESENT INCLUDING MRI AND ER SUMMARY IF AVAILABLE[09/23/2016 - GEORGE, JODI]WITH MED AUTH FROM PREVIOUS CLAIM

**09/22/2016 6:34 PM - PHONE Note 2**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject : ICP COMPLETE
Text: [09/22/2016 - SYLVIA, JENNIFER]REC'D CALL FROM CLMT. CLMT S LAST DAY OF WORK WAS 9/21/2016. SYMPTOMS BECAME DISABLING 9/22/2016. CLMT REPORTED DIAGNOSIS/PRIMARILY OOW DUE TO: BACK PAIN. CLMT INDICATED THE FOLLOWING SYMPTOMS: BACK PAIN. CLMT FIRST RECEIVED TREATMENT FOR THIS CONDITION 2/2016. CLMT ADVISED TO CEASE WORK BY AP. SHE REPORTED GOING OOW PREVIOUSLY FOR CONDITION. CURRENT RESTRICTIONS AND LIMITATIONS INCLUDE DO NOT BE ON FEET ALL NIGHT. SHE INDICATES SHE CANNOT WORK DUE TO THE FOLLOWINGREASON(S): BACK PAIN . CLMT REPORTED MEDICATIONS: TRIMADOL, , START DATE: 09/22/2016, END DATE: //; CURRENT MEDICAL PROVIDER INFORMATION INCLUDES THE FOLLOWING: DR. WHITTNEY TOLBERT, PRIMARY, ADDR: , PH: 901-328-6031 FAX: , LOV 09/22/2016, NOV //, FREQUENCY: ; SHE HAS HAD THE FOLLOWING TESTS PERFORMED: XRAYS ON 08/08/2016 RESULTS: DEGENERATIVE DISC DISEASE; NO RECENT HOSP HISTORY WAS REPORTED, CLMT REPORTED THE FOLLOWING COMORBID CONDITIONS: HBP, ANXIETY; . CLMT IS RIGHT HAND DOMINANT, ADVISEDTHEY DO NOT SMOKE. CLMT IS ABLE TO PERFORM ADLS. WITH REGARD TO WORK, CLMT S JOB TITLE IS PACKER, AND DUTIES ARE LIFTING, CARRY, ON FEET ALL DAY, HEAVY OCC; SHE WORKS M-F. SHE DOES NOT HAVE AN ERTW DATE AT THIS TIME. CLMT'S SALARY REPORTED AS $11.89HOURLY. CLMT REPORTED NO OTHER INCOME.

**09/22/2016 11:17 AM - PHONE Note 1**
Claim/Event/Leave: 5977254
NoteSubject : EE Called
Other Subject : ICP COMPLETE
Text: [09/22/2016 - CORCORAN, AMY]EE CALLED TO SEE IF MED AUTH CAN BE MAILED TO HER- ADV IT WOULD BE AND FILE WAS JUST RECD TODAY- EE UNDERSTOOD- EE ADV LDW 9/21 DOD 9/22- EE ADV SHE HAS NECK AND BACK PAIN DUE TO SPINAL CORD COLLAPSED- EE ADV SHE TREATS WITH DR TOLBERT FOR THIS FOV FOR THIS WAS IN FEBRURARY- WILL HAVE NOV 9/22 TODAY- LOV WAS ON 8/8 AT GERMANTOWN HOSPITAL EMERGENCY ROOM- THEY TOOK MRI'S DR TONY WRIGHT WAS THE EMERGENCY ROOM DOC- WAS ADVISED TO F.U WITH HER AP BECAUSE SHE WILL MOST LIKELY NEED SURGERY- NO KNOWN INJURY, NO WC OR SUBO ***** EE IS A PACKER- STANDING, WALKING LIFTING, WORKS FULL TIME- CO MORBIDS INCLUDE HPB, TAKES MEDS- ALSO TAKES MEDS FOR ANXIETY- NOT DISABLING HER FROM WORK ***NO OTHER INCOME ***ADV WE WILL NEED MEDICAL RECORDS FROM TODAYS VISIT AS WELL AS MRI AND ER VISIT NOTES- ADV EE TO CALL HER DCM AFTER HER APT TODAY WILL TX PLAN -EE AGREED

**09/22/2016 11:09 AM - POSSINV Note 1**
Claim/Event/Leave: 5977254
NoteSubject : Prior Claim
Other Subject :
Text: [09/22/2016 - STEPHENS, ROBERT]PLEASE INVESTIGATE

**09/22/2016 11:08 AM - CLAIM Note 2**
Claim/Event/Leave: 5977254
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THIS EMPLOYEE'S LEAVE WAS CLOSED DUE TO NOT BEING ELIGIBLE FOR LEAVE BENEFITS

**09/22/2016 11:08 AM - CLAIM Note 1**
Claim/Event/Leave: 5977254
NoteSubject : Internet Intake
Other Subject : ADDITIONAL INFO
Text: I HAVE BEEN SUFFERING EVER SINCE FEBRUARY AND MY CONDITION HAS ESCALATED. THE MRI SHOWED THAT MY SPINAL CORD IS NOT NORMAL AND THERE IS NO CURE FOR THE CONDITION. THE DOCTOR SAID THAT ALTERNATIVES CAN BE TRIED BUT SURGERY WILL HAVE TO BE DONE.

**n0180992**

---

**From:** Raines Woodley, Rose
**Sent:** Wednesday, September 04, 2019 1:48:44 PM
**To:** Raines Woodley, Rose
**Subject:** FW: CI7164999 Shanna Richardson
**Attachments:** 7164999-DENY-FREEFORM-08.29.2019.pdf; image001.png; image002.png; image003.png; image004.png; image005.png; image006.png; image008.jpg

**From:** Raines Woodley, Rose
**Sent:** Wednesday, September 04, 2019 1:47 PM
**To:** Pete Grumbles <pete@johnedunlap.com>
**Subject:** RE: CI#7164999 Shanna Richardson

Hi Pete,

Per our discussion today, please see the attached letter regarding the appeal decision.

Thanks,

**Rose Raines Woodley**
Sr. LTD Specialist

Disability Claims

**Lincoln Financial Group**

P.O. Box 7216

London, KY 40742-7216

844-556-3278 ext 18339 Office

603-430-1748 Fax

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

**From:** Pete Grumbles [mailto:pete@johnedunlap.com]
**Sent:** Tuesday, September 03, 2019 12:03 PM
**To:** Raines Woodley, Rose <Rose.RainesWoodley@lfg.com>
**Subject:** Re: Cl#7164999 Shanna Richardson

Rose,

I wanted to followup with your regarding Shanna Richardson. Can you provide me with an update?

Truly Yours,

Pete Grumbles

Office Manager/Paralegal

Law Office of John E. Dunlap
3340 Poplar Avenue, Ste. 321

Memphis, TN 38111
Phone 901-320-1603
Fax 901-320-6914

https://drive.google.com/uc?id=1RFj_s9_N-2KrpFe67-2rwRePDfm7IeFb&export=download

On Mon, Aug 5, 2019 at 8:00 AM Pete Grumbles <pete@johnedunlap.com> wrote:

Mrs. Raines,

Attached is a letter from Shanna Richardson's treating doctor. Please consider this when evaluating her eligibility.

Truly Yours,

Pete Grumbles

Office Manager/Paralegal

Law Office of John E. Dunlap
3340 Poplar Avenue, Ste. 321

Memphis, TN 38111
Phone 901-320-1603
Fax 901-320-6914

https://drive.google.com/uc?id=1RFj_s9_N-2KrpFe67-2rwRePDfm7IeFb&export=download

On Wed, Jul 24, 2019 at 5:06 PM Pete Grumbles <pete@johnedunlap.com> wrote:

Rose,

Just following up on Shanna Richardson. Are you needing any further information from from her doctors?

Please let me know.

Truly Yours,

Pete Grumbles

Office Manager/Paralegal

Law Office of John E. Dunlap
3340 Poplar Avenue, Ste. 321

Memphis, TN 38111

Phone 901-320-1603
Fax 901-320-6914

https://drive.google.com/uc?id=1RFj_s9_N-2KrpFe67-2rwRePDfm7IeFb&export=download

On Thu, May 16, 2019 at 1:38 PM Pete Grumbles <pete@johnedunlap.com> wrote:

Ms. Rose,

Thank you for letting me know about this. We have an appointment with Ms. Richardson to discuss your denial letter and I've let her know that she is only to communicate with us; NOT to contact y'all on this matter. I apologize and please let me know if she contacts you again.

Truly Yours,

Pete Grumbles

Office Manager/Paralegal

Law Office of John E. Dunlap
3340 Poplar Avenue, Ste. 321

Memphis, TN 38111
Phone 901-320-1603
Fax 901-320-6914

https://drive.google.com/uc?id=1RFj_s9_N-2KrpFe67-2rwRePDfm7IeFb&export=download

On Thu, May 16, 2019 at 1:30 PM Raines Woodley, Rose <Rose.RainesWoodley@lfg.com> wrote:

Hi Pete,

I recently faxed your office the attached letter in regards to Shanna's disability claim for ongoing benefits. We have also mailed Shanna a copy.

She is contacting our office to discuss the decision; however, we are unable to speak with her as she is represented by your office.

Please advise your client, that while she is attorney represented, all communication must come through her attorney.

Please let me know if you have any questions.

Thanks and have a nice day!

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Rose Raines Woodley**
Sr. LTD Specialist

Disability Claims

**Lincoln Financial Group**

P.O. Box 7216

London, KY 40742-7216

844-556-3278 ext 18339 Office

603-430-1748 Fax

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

**From:** Pete Grumbles [mailto:pete@johnedunlap.com]
**Sent:** Monday, April 01, 2019 4:56 PM
**To:** Raines Woodley, Rose <Rose.RainesWoodley@lfg.com>
**Subject:** Re: Cl#7164999 Shanna Richardson

Rose,

Per our client, Ms. Richardson, her next visit is scheduled for the 11th of April with Dr. Sampson. I'm attaching visits from Semmes Murphy and will forward on to you the records from the 11th when we receive them. If you need anything additional, please let me know.

Truly Yours,

Pete Grumbles

Office Manager/Paralegal

Law Office of John E. Dunlap
3294 Poplar Avenue, Suite 240

Memphis, TN 38111
Phone 901-320-1603
Fax 901-320-6914

On Wed, Mar 27, 2019 at 8:21 AM Raines Woodley, Rose <Rose.RainesWoodley@lfg.com> wrote:

> Good morning Pete,
>
> Thanks so much for the update. We will be in touch after review of the updated medical records.

If you could please provide us with updates following her next office visit such as her ongoing treatment plan, next office visit date, any other treating providers, and her current restrictions and limitations that would be most helpful in managing her claim ongoing.

Thanks and have a great day!

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Rose Raines Woodley**
Sr. LTD Specialist

Disability Claims

**Lincoln Financial Group**

P.O. Box 7216

London, KY 40742-7216

844-556-3278 ext 18339 Office

603-430-1748 Fax

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

**From:** Pete Grumbles [mailto:pete@johnedunlap.com]
**Sent:** Tuesday, March 26, 2019 6:17 PM
**To:** Raines Woodley, Rose <Rose.RainesWoodley@lfg.com>
**Subject:** Cl#7164999 Shanna Richardson

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Mrs. Raines,

We have received your fax indicating that Lincoln will be restoring Ms. Richardson's previously suspended benefits. We've spoken with our client on the need to send you Dr. Fountain's medical records, per our client, she we have them sent to us on Thursday after her next appointment visit. If you need anything further, please feel free to contact us.

Truly Yours,

Pete Grumbles

Office Manager/Paralegal

Law Office of John E. Dunlap
3294 Poplar Avenue, Suite 240

Memphis, TN 38111
Phone 901-320-1603
Fax 901-320-6914

Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of
companies. This E-mail is intended solely for the use of the individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in
relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of
companies. This E-mail is intended solely for the use of the individual or entity to

which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in
relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

**n0002023**

**From:** Daniell, Jane
**Sent:** Thursday, August 29, 2019 12:09:48 PM
**To:** Shannon.Duncan@nike.com
**Cc:** LOA@nike.com
**Subject:** (secure) Long Term Disability Appeal Decision
**Attachments:** image007.png; image008.png; image009.png; image010.png; image011.png; image012.png

Shanna Richardson

EE ID: 321409

Claim: 7164999

•□□□□□□ Appeal uphold due to clinical review.

Sincerely,

Jane M. Daniell

**Jane M. Daniell**
Appeal Review Consultant

Group Protection

Lincoln Financial Group

100 Liberty Way

Dover, NH 03820

1-888-437-7611

ext. 16393 Office

603-334-5704 Fax

[LincolnFinancial.com](LincolnFinancial.com)

**Follow us on:**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

PLEASE NOTE: Liberty Mutual Insurance Company (“Liberty Mutual”) has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

Lincoln Financial Group®

# TRANSFERABLE SKILLS ANALYSIS

| | |
|---|---|
| **Claimant Name:** | Shanna Richardson |
| **Claim Number:** | 7164999 |
| **Claims Case Manager:** | Jane Daniell |
| **Employer:** | Nike, Inc. |
| **Date of Report:** | 8/28/2019 |

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the claimant's transferable skills to determine if alternative occupations exist in the national economy.

**RESOURCES / DOCUMENTATION UTILIZED**:

- Job Description
- Training, Education & Experience (TE&E) Form
- Dictionary of Occupational Titles (DOT)
- Occupational Information Network (O*NET)
- 8/11/19 TSA report

**RESTRICTIONS / LIMITATIONS:**

I have been asked to base this review on the claimant's restrictions and limitations per the 8/12/19 peer review report, completed by Dr. Howard Grattan, MD. They include:

> "Functional impairment is supported. Although the claimant is recovering from cervical radiculopathy and has no ongoing neurological deficit given the presence of fusion she would have ongoing restrictions and limitations. The claimant is currently 5 months out from surgery. From a physical medicine and pain perspective medically necessary restrictions throughout an 8 hour day, and 40 hour week includes: Lifting, carrying, pushing and pulling 20 pounds occasionally--up to 1/3 of the day and 10 pounds frequently--1/3 to 2/3 of the day. Sitting 60 minutes continually up to eight hours per day. No restrictions with walking or standing. No restrictions with sitting. No restrictions with use of the lower extremities. Occasionally--up to 1/3 of the day twisting, bending, and rotating the neck. Occasionally--up to 1/3 of the day reaching overhead. No restrictions with reaching at waist level or below. Fingering, handling, feeling, and grasping is unrestricted. Reevaluation of the claimant's current level of function would be appropriate within 6 months' time from the date of this report."

**EDUCATION & TRAINING:**

| | |
|---|---|
| • Education: | HS Diploma |
| • Certifications / Licensure: | Certified Nursing Assistant |
| • Computer Skills: | Email, internet and word processing |

**WORK HISTORY:**

| DOT Code | Occupation Title | Specific Vocational Preparation (SVP) | Years Performed | Strength Level |
|---|---|---|---|---|
| 929.687-030 | Material Handler | 3 | 1 | H |
| 222.387-050 | Shipping and Receiving Clerk | 5 | 1 | M |
| 355.674-014 | Nurse Assistant | 4 | 2 | M |

**TRANSFERABLE SKILLS:**

Manual Skills:

- Using hands to carry and pull objects of varying weights
- Performing routine work repeatedly
- Following simple instructions; working outside
- Using an assortment of tools and equipment to shovel materials, clean work areas, and oil machinery
- Working under hazardous conditions

Medical Skills:

- Using common sense and special skills in attending to the needs of a specific individual or group
- Following oral and written instructions
- Using eyes, hands, and fingers to handle equipment and instruments and collect medical
- Adapting to emergencies and frequent changes in job duties

Clerical Skills:

- Applying basic math skills and visual abilities to maintain records, conduct inventories, and estimate quantities
- Verifying completeness of articles shipped or received
- Computer Skills

**PROFILE ADJUSTMENTS:**

| | |
|---|---|
| • General Educational Development: | 1. Reasoning: Adjusted to 9th-12th grade based on HS Diploma.<br>2. Mathematics: Adjusted to 9th-12th grade based on HS Diploma.<br>3. Language: Adjusted to 9th-12th grade based on HS Diploma. |
| • Strength: | Adjusted to light based on restrictions/limitations. |
| • Physical: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. Reaching overhead and neck twisting will be considered when identifying occupations. |

| | |
|---|---|
| • Environmental: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. |
| • Noise: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to very loud. |
| • Aptitudes: | No adjustments performed. |
| • Situations: | 1. Working under specific instructions adjusted to yes based on following the work orders of supervisors. |
| • Data: | 1. Copying adjusted to yes based on keeping at least basic records. |
| • People: | 1. Speaking-signaling adjusted to yes based on communicating with others to convey information. |
| • Things: | 1. No adjustments |

**EXAMPLES OF ALTERNATIVE OCCUPATIONS:**
The occupations of Sales Attendant, Ticket Taker and User, identified in the 3/11/2019 TSA remain viable. The remaining occupations were precluded due to the current physical capacities.

Also, based on the insured's ability profile and information in the national economy, the following occupations were identified:

| DOT Code | Occupation Title | Specific Vocational Preparation (SVP) | Strength Level | Monthly Wage* |
|---|---|---|---|---|
| 222.387-034 | Material Clerk | 5 | L | $2142 |
| 238.367-038 | Hotel Clerk | 4 | L | $1975 |
| 237.367-010 | Appointment Clerk | 3 | S | $2428 |
| 221.367-070 | Service Clerk | 4 | S | $3289 |
| 299.677-010 | Sales Attendant | 2 | L | $2017 |
| 344.667-010 | Ticket Taker | 2 | L | $1855 |
| 344.677-014 | Usher | 2 | L | $1855 |

** Wage information is based on median 2018 national wage data from the Bureau of Labor Statistics*

**SUMMARY:**
This Transferable Skills Analysis identified occupations within the insured's physical abilities and their identified skill level.

I have not met with the insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Electronically Signed*

Michelle Reddinger, MA, CRC
Senior Vocational Consultant
Group Protection
Lincoln Financial Group

**Name:** Richardson, Shanna

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 929.687-030 | Material Handler | 3 | 1 | 0 | Y | N | N | H | 05.12.03 |
| 222.387-050 | Shipping and Receiving Clerk | 5 | 1 | 0 | Y | N | N | M | 05.09.01 |
| 355.674-014 | Nurse Assistant | 4 | 2 | 0 | Y | N | N | M | 10.03.02 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | Changed From | Changed To |
|---|---|---|
| **Specific Vocational Preparation** | | |
| Maximum | 5 (6 months to 1 year) | No Change |
| Minimum | 3 (1 to 3 months) | 1 (Short demo only) |
| **General Educational Development** | | |
| Reasoning | 3 Grades 7-8 | 4 Grades 9-12 |
| Mathematics | 3 Grades 7-8 | 4 Grades 9-12 |
| Language | 2 Grades 4-6 | 4 Grades 9-12 |
| **Physical Demands** | | |
| Strength | Maximum H Heavy | L Light |
| | Minimum M Medium | S Sedentary |
| Climbing | Occasionally | Unknown |
| Balancing | Occasionally | Unknown |
| Stooping | Occasionally | No Change |
| Kneeling | Occasionally | Unknown |
| Crouching | Occasionally | Unknown |
| Crawling | Occasionally | No Change |
| Reaching | Frequently | Constantly |
| Handling | Frequently | Constantly |
| Fingering | Frequently | Constantly |
| Feeling | Frequently | Constantly |
| Talking | Frequently | Unknown |
| Hearing | Frequently | Unknown |
| Tasting/Smelling | Never | Unknown |
| Near Acuity | Frequently | Unknown |
| Far Acuity | Never | Unknown |
| Depth Perception | Frequently | Unknown |
| Accommodation | Occasionally | Unknown |
| Color Vision | Occasionally | Unknown |
| Field of Vision | Never | Unknown |
| **Environmental Conditions** | | |
| Exposure to Weather | Frequently | Unknown |
| Extreme Cold | Occasionally | Unknown |
| Extreme Heat | Occasionally | Unknown |
| Wet and/or Humid | Occasionally | Unknown |
| Vibration | Never | Unknown |
| Atmospheric Conditions | Occasionally | Unknown |
| Proximity to Moving Mechanical Parts | Never | Unknown |
| Exposure to Electrical Shock | Never | Unknown |
| Working in High Exposed Places | Never | Unknown |
| Exposure to Radiation | Never | Unknown |
| Working with Explosives | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | Never | Unknown |

| | | | |
|---|---|---|---|
| Other Environmental Conditions | Occasionally | Unknown | |
| Noise Intensity Level | Loud | Very Loud | |
| **DOT Aptitudes** | | | |
| General Learning Ability | 3 (34-66 Percentile) | | No Change |
| Verbal Aptitude | 3 (34-66 Percentile) | | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | | No Change |
| Spatial Aptitude | 3 (34-66 Percentile) | | No Change |
| Form Perception | 3 (34-66 Percentile) | | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | | No Change |
| Motor Coordination | 4 (11-33 Percentile) | | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | | No Change |
| Color Discrimination | 4 (11-33 Percentile) | | No Change |
| **Work Situations (Temperaments)** | | | |
| Directing, Controlling, Planning | No | No Change | |
| Performing Repetitive Work | Yes | No Change | |
| Influencing People | No | No Change | |
| Performing a Variety of Duties | Yes | No Change | |
| Expressing Personal Feelings | No | No Change | |
| Working Alone or in Isolation | No | No Change | |
| Performing Under Stress | Yes | No Change | |
| Attaining Precise Limits/Tolerances | No | No Change | |
| Following Specific Instructions | No | Yes | |
| Dealing with People | Yes | No Change | |
| Making Judgments and Decisions | Yes | No Change | |
| **Work Functions - Data** | | | |
| 0 Synthesizing | No | No Change | |
| 1 Coordinating | No | No Change | |
| 2 Analyzing | No | No Change | |
| 3 Compiling | Yes | No Change | |
| 4 Computing | No | No Change | |
| 5 Copying | No | Yes | |
| 6 Comparing | Yes | No Change | |
| **Work Functions - People** | | | |
| 0 Mentoring | No | No Change | |
| 1 Negotiating | No | No Change | |
| 2 Instructing | No | No Change | |
| 3 Supervising | No | No Change | |
| 4 Diverting | No | No Change | |
| 5 Persuading | No | No Change | |
| 6 Speaking-Signaling | No | Yes | |
| 7 Serving | Yes | No Change | |
| 8 Taking Instructions-Helping | Yes | No Change | |
| **Work Functions - Things** | | | |
| 0 Setting Up | No | No Change | |
| 1 Precision Working | No | No Change | |
| 2 Operating-Controlling | No | No Change | |
| 3 Driving-Operating | No | No Change | |
| 4 Manipulating | Yes | No Change | |
| 5 Tending | No | No Change | |
| 6 Feeding-Offbearing | No | No Change | |
| 7 Handling | Yes | No Change | |

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- ☐ JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- ☐ PHYSICAL JOB EVALUATION FORM (if available)
- ☑ UPDATED MEDICAL WITH CLEAR R&L'S
- ☑ TRAINING-EDUCATION-EXPERIENCE FORM
- ☐ MANAGER APPROVAL (if required)
- ☑ ATTORNEY INFO (if applicable)

FROM: Jane M. Daniell DATE: Friday, August 23, 2019

## CLAIM BACKGROUND

Claimant Name: SHANNA RICHARDSON Claim Number: 7164999

☐ STD ☑ FULLY INSURED ( THRESHOLD $ )

☑ LTD ☐ ASO ☐ LIFE Has MDS worked the claim? ☑ YES ☐ NO

Employer: NIKE, INC.

Change In DEF. Date: 03/22/2019

Pre-Disability Earnings: $2,060.93 / M (mode) Claim Service Type: ADOP

**Document Locations**

☑ Document List ☑ Correspondence ☐ Paper File

**Case Manager's Recommendations / Reason For Referral:**

Please see the restrictions and limitations outlined in Dr. Grattan's 8/12/19 peer review. Do the occupations identified in the 3/11/19 TSA remain viable?

DP 512

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

| | |
|---|---|
| Date: | August 23, 2019 |
| To: | PETER GRUMBLES<br>THE LAW OFFICES OF JOHN E. DUNLAP<br>3294 POPLAR AVENUE<br>#240<br>MEMPHIS TN 38111 |
| Attn: | |
| Fax: | (901) 320-6914 |
| From: | Jane Daniell<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5704 |
| Total Pages (Including Cover): | 3 |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

August 23, 2019

Peter Grumbles
The Law Offices of John E. Dunlap
3294 POPLAR AVENUE
#240
MEMPHIS, TN 38111

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson

Dear Peter Grumbles:

Lincoln Financial Group is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s LTD Policy. We are writing in reference to Ms. Richardson's claim for LTD benefits under the Policy.

We are in the process of reviewing the appeal. To assist us in evaluating your eligibility for benefits, we referred Ms. Richardson's file for a clinical medical review. Her claim is currently under review.

We anticipate the completed response will be received no later than August 30, 2019. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of Ms. Richardson's appeal once the response is received. We regret any inconveniences this delay may cause, however, the assessment is necessary to ensure a thorough review of Ms. Richardson's eligibility for benefits under the terms of the Policy.

Pursuant to ERISA regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is suspended while Lincoln Financial is awaiting receipt of requested documentation needed to fully evaluate your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jane Daniell
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16393
Secure Fax No.: (603) 334-5704

DANE STREET

3815 Washington Street
Suite 3
Boston, MA 02130
Toll Free: 888-920-4440
Fax: 617-933-7699
Email: intake@danestreet com

Howard Grattan M.D.
Physical Medicine and Rehabilitation
Pain Management

| | | | |
|---|---|---|---|
| **Market:** | Liberty Mutual Benefits | **Claim Office:** | LINCOLN FINANCIAL GROUP-NH-DOVER |
| **Request Date:** | 07/24/19 | **Referral Source:** | Jane Daniell |
| **Claim #:** | 7164999 | **Review Type:** | Initial Review |
| **Claimant:** | Shanna Richardson | **Report Date:** | 08/12/19 |
| **Claim Type:** | | **Dane Street ID:** | 1317347 |

## Summary:

All of the listed documents have been reviewed however only the pertinent records will be commented on.

This is a 42-year-old female with complaints of cervical spine pain without any precipitating event or traumatic injury. Her past medical history was significant for hypertension, anxiety, migraines, and arthritis. She underwent an arthroscopic SLAP repair on 10/23/18. She is status post anterior cervical discectomy and fusion performed on 02/13/19 at C5 - 6.

On 12/07/18, she is status post right shoulder SLAP repair on 10/23/18. She is currently independent with ADLs, but pain is present with reaching, carrying items, dressing, bathing, cooking and cleaning. Range of motion with the left shoulder at flexion is at 160 as well as abduction. Strength is 3+/5 at the left shoulder. There is tenderness to palpation. Diagnosis is instability of the left shoulder joint M25.312 and superior glenoid labrum lesion left shoulder S43.4 32D

On 01/28/19, Todd Fountain MD, MRI of the cervical spine shows degenerative disc disease most prominent at the right C5 - 6 with compression against the thecal sac particularly the right foraminal and lateral recess. Spinal cord shows no significant compression. She has normal strength in the upper and lower extremities. Reflexes are normal and symmetric. She has a positive Spurling's to the right which include C6 radicular symptoms. She has no pathologic findings, no Babinski and no Hoffman or clonus. Impressionist C5 - 6 spondylosis and disc protrusion with right C6 radiculopathy. She has tried multiple conservative treatments without benefit. Surgical intervention is discussed.

On 02/13/19, operative report, the claimant underwent an anterior cervical discectomy and fusion C5 - C6.

On 02/28/19, Todd Fountain MD, she has intermittent soreness in the trapezius and shoulder area. Incision is well-healed. She is neurologically intact. She would benefit from a course of physical therapy.

On 04/11/19, Todd Fountain MD, x-ray shows instrumentation is in good position. There is no evidence of hardware failure. She is not having any arm symptoms, numbness, or tingling. She has no other issues other than some stiffness in the musculature of the neck. It is felt that she would benefit from physical therapy.

## Medical Records:

Law Office of John E. Dunlap - Correspondence
Shanna Richardson - Claimant Supplementary Statement
Semmes Murphey Clinic - Medication
Unknown Provider - ECG Graph

01/16/2014 Whitney Tolbert, NP - Progress Reports/Notes: 01/16/2014, 04/02/2014, 04/30/2014, 06/17/2014, 07/24/2014, 11/21/2014, 08/27/2015
01/16/2014 American Esoteric Laboratories - Laboratory Report: 01/16/2014, 07/24/2014, 11/21/2014
04/30/2014 Light Laboratory - Laboratory Report: 04/30/2014, 06/17/214, 07/24/2014, 11/21/2014, 12/01/2015, 09/21/2017
12/01/2015 Baptist Memorial Medical Group, INC - Laboratory Report
12/01/2015 Whitney Tolbert, NP/Alston Warr, MD - Progress Reports/Notes: 12/01/2015, 02/17/2016, 05/24/2016, 06/09/2016, 07/12/2016, 09/22/2016, 09/28/2016, 01/31/2017, 05/30/2017, 07/13/2017, 09/21/2017, 11/22/2017, 05/15/2018, 06/06/2018, 07/12/2018
02/08/2016 Houston Graves, MD - X-ray of the Cervical Spine
05/24/2016 The Light Clinic - X-ray of the Cervical Spine
06/09/2016 Catherine Phelps, NP - Office Visit
06/09/2016 Semmes Murphey Clinic - X-ray of the Cervical Spine: 06/09/2016, 02/28/2019, 04/11/2019
09/23/2016 Liberty Mutual Insurance - Correspondence: 09/23/2016, 11/08/2016, 01/10/2017, 01/24/2017, 08/14/2017, 11/01/2017, 11/16/2017
10/04/2016 Whitney Tolbert, NP - Certification of Health Care Provider
10/25/2016 Ashley Park, MD - Office Visit: 10/25/2016, 11/08/2016, 01/10/2017
11/02/2016 MidSouth Imaging - MRI of the Cervical Spine
11/23/2016 Ashley Park, MD - Operative Report
01/10/2017 Campbell Clinic - Office Note
02/06/2017 Shanna Richardson - Activities Questionnaire
02/06/2017 Shanna Richardson - Claimant Supplementary Statement
02/09/2017 Todd Fountain, MD - Office Visit: 02/09/2017, 01/28/2019, 02/28/2019, 04/11/2019
02/10/2017 Whitney Tolbert, NP - Correspondence
02/17/2017 Shanna Richardson - Correspondence: 02/17/2017, 03/07/2017, 07/12/2017
03/06/2017 Mohammad Assaf, MD - Office Visit: 03/06/2017, 04/03/2017, 04/04/2017, 04/11/2017, 04/18/2017
04/11/2017 Saint Francis Hospital - X-ray of the Cervical Spine
04/19/2017 Teresa Smith, FNP-C/Michael Steuer, MD - Office Visit: 04/19/2017, 07/10/2017
05/15/2017 Michael Steuer, MD - Procedure Note: 05/15/2017, 07/10/2017, 08/21/2017, 10/17/2017
05/23/2017 Holly Keel, FNP-C/Michael Steuer, MD - Office Visit: 05/23/2017, 06/27/2017, 08/02/2017, 09/26/2017
05/30/2017 Quest Diagnostics - Laboratory Report: 05/30/2017, 01/31/2019
08/01/2017 Diagnostic Imaging Consultation - MRI of the Left Shoulder
09/21/2017 Whitney Tolbert, NP - ECG Report
11/13/2017 Holly Keel, FNP - Office Visit
12/12/2017 Gerrie Walters, FNP-C - Office Visit: 12/12/2017, 04/30/2018
01/09/2018 Anthony Grasso, MD - Peer Review
05/15/2018 The Light Clinic Baptist Medical Group - X-ray of the Left Shoulder
09/19/2018 The United Services Automobile Association - Job Description
10/10/2018 The Imaging Center at Wolf River - MRI of the Cervical Spine
10/15/2018 Megan Wienecke, PA-C - Office Visit: 10/15/2018, 01/16/2019
10/15/2018 Shanna Richardson - Activities Questionnaire
10/30/2018 Apurva Dalal, MD - Progress Reports/Notes: 10/30/2018, 11/14/2018, 12/07/2018
01/18/2019 Lincoln Financial Group - Correspondence: 01/18/2019, 03/26/2019
01/24/2019 Amber Graham, MD - Office Visit
01/31/2019 Shanna Richardson - Authorization For Release And Use Of Medical Information
01/31/2019 Semmes Murphey Clinic - X-ray of the Chest
02/13/2019 Todd Fountain, MD - Operative Report
02/15/2019 Margaret Harvey, DO - Medical Document Review
04/08/2019 Rosantina Broom, APRN, FNP - Physical Demand Job Analysis
05/01/2019 Michael Medlock, MD - Medical Review
07/03/2019 Law Office of John E. Dunlap - Correspondence

## Communication:

08/02/19 11:00 AM EDT- A fax requesting a peer-to-peer discussion was sent/attempted to Dr. Todd Fountain at 901 2590133. The fax included a request for peer discussion. The request provided case details, report due times, and a call back number.
08/02/19 01:45 PM PDT- A peer-to-peer call was attempted with Dr. Todd Fountain at (901) 522-7700. A message was left on RN's voicemail providing case details, report due times, and a call back number.
08/05/19 10:00 AM PDT- A peer-to-peer call was attempted with Dr. Todd Fountain at (901) 522-7700. A message was left with RN's voicemail providing case details, report due times, and a call back number.
08/06/19 10:10 AM PDT- A peer-to-peer call was attempted with Dr. Todd Fountain at (901) 522-7700. A message was left with RN's voicemail providing case details, report due times, and a call back number.

## Questions:

1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).

The claimant is diagnosed with left shoulder joint M 25.312 and superior glenoid labrum lesion left shoulder S43.4 32D, cervical spondylosis with radiculopathy M47.22, status post cervical fusion M43.22

2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).

The claimant does not have a comorbid diagnosis impacting impairment.

3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time (the duration). Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.

Functional impairment is supported. Although the claimant is recovering from cervical radiculopathy and has no ongoing neurological deficit given the presence of fusion she would have ongoing restrictions and limitations. The claimant is currently 5 months out from surgery. From a physical medicine and pain perspective medically necessary restrictions throughout an 8 hour day, and 40 hour week includes: Lifting, carrying, pushing and pulling 20 pounds occasionally--up to 1/3 of the day and 10 pounds frequently--1/3 to 2/3 of the day. Sitting 60 minutes continually up to eight hours per day. No restrictions with walking or standing. No restrictions with sitting. No restrictions with use of the lower extremities. Occasionally--up to 1/3 of the day twisting, bending, and rotating the neck. Occasionally--up to 1/3 of the day reaching overhead. No restrictions with reaching at waist level or below. Fingering, handling, feeling, and grasping is unrestricted. Reevaluation of the claimant's current level of function would be appropriate within 6 months' time from the date of this report.

4. Are there any reported or observed cognitive and/or physical side effects attributed to claimant's medications? If yes, do the side effects contribute to claimant's impairment? Please explain your medical rationale.

Based on the provided documentation, there are no physical or cognitive examination findings of any functional impairment suggesting that the claimant's ability to work has been directly impacted by adverse medication side effects.

5. Does the (overall functional and) medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 5/16/19 forward? Please explain your medical rationale.

The (overall functional and) medical evidence supports the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 5/16/19 forward

6. Please contact AP to clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:

Name: Dr. Tood Fountain
Phone Number: 1 (901) 522 7700 ex -----
FAX Number: (901) 259-0133
Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter

I was unable to establish contact with the treating provider.

7. Please explain the results of the diagnostic testing then correlate with documented physical examination findings and reported symptoms in the medical records.

Follow-up imaging shows the claimant's hardware is intact without any evidence of failure consistent with improved symptoms postoperatively. Postoperatively and during the timeframe under review MRI or other diagnostic studies were not provided.

8.Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? Please provide medical evidence to support your answer.

The severity and scope of the claimants reported pain is consistent with the severity and scope of the claimant's medical conditions and intensity of treatment. Treatment included surgical intervention with appropriate post-operative treatment including physical therapy and activity modification

## Conflict of Interest Attestation:

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person's authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

Howard Grattan, MD

Howard Grattan M.D.
Board Certified Physical Medicine and Rehabilitation
Board Certified Pain Management

Referred Date: 07/24/19
Report Date: 08/12/19

DANE STREET
LOCALLY BUILT. NATIONALLY RECOGNIZED.

# INVOICE 1317347
August 12, 2019

| Bill to: |
| --- |
| LINCOLN FINANCIAL GROUP-NH-DOVER |
| Attention: Jane Daniell |
| 100 Liberty Way |
| Dover, NH 03820 |

| Referral Details: | |
| --- | --- |
| Claimant Name: | Shanna Richardson |
| Insured: | |
| Claim #: | 7164999 |
| Injury Date: | |
| Review Type: | LTD - Peer Review review |
| Dane Street ID: | 1317347 |

| Item updated | Description | Amount |
| --- | --- | --- |
| 08/12/2019 | PMR- H. GRATTAN, MD | $1,900.00 |

| Send payment to: |
| --- |
| Dane Street LLC |
| P.O. Box 417428 |
| Boston, MA 02241-7428 |
| 888-920-4440 |
| Tax ID: 26-3738108 |

Total amount due: $1,900.00

© Dane Street, LLC - A medical review company
(888) 920-4440

SEMMES MURPHEY
Leaders in Brain & Spine Care

*Neurosurgery*
Jon H. Robertson, M.D.
Michael S. Muhlbauer, M.D.
Kevin T. Foley, M.D.
Maurice M. Smith, M.D.
Stephanie L. Einhaus, M.D.
Frederick A. Boop, M.D.
Jeffrey M. Sorenson, M.D.
Kenan Arnautovic, M.D., Ph.D.
L. Madison Michael, II, M.D.
Adam S. Arthur, M.D., M.P.H.
Jason A. Weaver, M.D.
Daniel A. Hoit, M.D., M.P.H.
Todd E. Fountain, M.D.
Paul Klimo, Jr., M.D., M.P.H.
John D. Brophy, M.D.
LaVerne R. Lovell, M.D.
Raul J. Cardenas, M.D.
Christopher M. Nickele, M.D.
Michael LaBagnara, M.D.
Michael G. DeCuypere, M.D., Ph.D.
Aaron E. Bond, M.D., Ph.D.

*Pediatric Neurosurgery*
Michael S. Muhlbauer, M.D.
Stephanie L. Einhaus, M.D.
Frederick A. Boop, M.D.
Paul Klimo, Jr., M.D., M.P.H.
Michael G. DeCuypere, M.D., Ph.D.

*Endovascular Neurosurgery*
Adam S. Arthur, M.D., M.P.H.
S. David Morris, M.D.
Daniel A. Hoit, M.D., M.P.H.
Lucas Elijovich, M.D.
Christopher M. Nickele, M.D.
Violiza Inoa, M.D.

*Stroke & Critical Care Neurology*
Lucas Elijovich, M.D.
Violiza Inoa, M.D.

*Neurology*
Lance J. Wright, M.D.
Feiyu Chen, M.D., Ph.D.
Lucas Elijovich, M.D.
Vishad Kumar, M.D.
Debashis Biswas, M.D.
Violiza Inoa, M.D.

*Anesthesiology, Pain Management*
Samuel C. Polk, M.D.
Autry J. Parker, M.D.
Jay P. McDonald, M.D., M.P.H.

*Physical Medicine & Rehabilitation*
Manuel F. Carro, M.D.
Samuel C. Polk, M.D.
Amber L. Graham, M.D.
Devin A. Wells, M.D.

*Neuropsychology*
L. Keith Atkins, Ph.D., ABPP-CN
Susan McChesney Atkins, Ph.D., ABPP-CN
Brandon C. Baughman, Ph.D., ABPP-CN
Amanda M. Gould, PhD

July 18, 2019

Attorney John E. Dunlap
3294 Poplar # 240
Memphis, TN 38111

RE: Shanna Richardson (

Dear Mr. Dunlap,

Ms. Richardson remains under the care of myself here in the neurosurgery department of Semmes-Murphey Clinic for continued follow up of the fusion on 2/13/19 of her C5-6 segment. She is having new symptoms of increased neck pain and bilateral hand numbness, and she is currently being worked up for these new difficulties as well.

Sincerely,

Todd Fountain, M.D.

TEF/nlb

6325 Humphreys Boulevard, Memphis, TN 38120 | Phone: (901) 522.7700 | Fax: (901) 522.2600 | (800) 727.0761 | semmes-murphey.com
Additional Outclinics: | Jackson, TN | Southaven, MS | Jonesboro, AR | Tupelo, MS | Oxford, MS

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

| | |
|---|---|
| Date: | July 29, 2019 |
| To: | PETER GRUMBLES<br>THE LAW OFFICES OF JOHN E. DUNLAP<br>3294 POPLAR AVENUE<br>#240<br>MEMPHIS TN 38111 |
| Attn: | |
| Fax: | (901) 320-6914 |
| From: | Jane Daniell<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5704 |
| Total Pages (Including Cover): | 4 |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

July 29, 2019

Peter Grumbles
The Law Offices of John E. Dunlap
3294 POPLAR AVENUE
#240
MEMPHIS, TN 38111

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson

Dear Peter Grumbles:

Please refer to the attached correspondence that was faxed on July 19, 2019. However, the transmission failed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jane Daniell
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16393
Secure Fax No.: (603) 334-5704

Attachments: 7164999-ACKNOWLEDGE-FREEFORM-07.19.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

| | |
|---|---|
| Date: | July 19, 2019 |
| To: | PETER GRUMBLES<br>THE LAW OFFICES OF JOHN E. DUNLAP<br>3294 POPLAR AVENUE<br>#240<br>MEMPHIS TN 38111 |
| Attn: | |
| Fax: | (901) 320-6914 |
| From: | Jane Daniell<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5704 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

July 19, 2019

Peter Grumbles
The Law Offices of John E. Dunlap
3294 POPLAR AVENUE
#240
MEMPHIS, TN 38111

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson

Dear Peter Grumbles:

Lincoln Financial Group is responsible for managing claims for Long Term Disability (LTD) benefits under the Nike, Inc.'s LTD Policy. We are writing in reference to Ms. Shanna Richardson's claim for LTD benefits under the Policy.

We are in the process of reviewing her appeal LTD benefits. To assist us in evaluating her eligibility for benefits, we referred her file for a clinical medical review and assessment.

We anticipate the completed response will be received no later than August 21, 2019. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of Ms. Richardson's appeal once the response is received. We regret any inconveniences this delay may cause, however, the assessment is necessary to ensure a thorough review of Ms. Richardson's eligibility for benefits under the terms of the Policy.

Pursuant to ERISA regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is suspended while Lincoln Financial Group is awaiting receipt of requested documentation needed to fully evaluate her claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jane Daniell
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16393
Secure Fax No.: (603) 334-5704

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

| | |
|---|---|
| Date: | July 19, 2019 |
| To: | PETER GRUMBLES<br>THE LAW OFFICES OF JOHN E. DUNLAP<br>3294 POPLAR AVENUE<br>#240<br>MEMPHIS TN 38111 |
| Attn: | |
| Fax: | (901) 320-6914 |
| From: | Jane Daniell<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5704 |
| Total Pages (Including Cover): | 2 |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

July 19, 2019

Peter Grumbles
The Law Offices of John E. Dunlap
3294 POPLAR AVENUE
#240
MEMPHIS, TN 38111

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson

Dear Peter Grumbles:

Lincoln Financial Group is responsible for managing claims for Long Term Disability (LTD) benefits under the Nike, Inc.'s LTD Policy. We are writing in reference to Ms. Shanna Richardson's claim for LTD benefits under the Policy.

We are in the process of reviewing her appeal LTD benefits. To assist us in evaluating her eligibility for benefits, we referred her file for a clinical medical review and assessment.

We anticipate the completed response will be received no later than August 21, 2019. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of Ms. Richardson's appeal once the response is received. We regret any inconveniences this delay may cause, however, the assessment is necessary to ensure a thorough review of Ms. Richardson's eligibility for benefits under the terms of the Policy.

Pursuant to ERISA regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is suspended while Lincoln Financial Group is awaiting receipt of requested documentation needed to fully evaluate her claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jane Daniell
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16393
Secure Fax No.: (603) 334-5704

0J189190026

# LAW OFFICE
# OF
# JOHN E. DUNLAP

3340 Poplar Avenue, Suite 321
Memphis, Tennessee 38111
(901) 320-1603
(901) 320-6914 fax

July 3, 2019

Liberty Life
Group Benefits Disability Claims
PO Box 7206
London, Kentucky 40742-7206

Re: Shanna Richardson
Claim No: 7164999

Dear Jane Daniels:

Here are recent medical records we would like to enter as evidence to support our clients disability claim. If you have any questions or need further information, please contact us with via phone, fax or email me at pete@johnedunlap.com. Thank you

Yours Truly,

Peter Grumbles
Paralegal

Enclosed; Medical Records

#105 ww

0J189190026

☐ Pickup ☐ Mail ☐ Fax (other providers ONLY) ☐ File only

RECEIVED
FEB 06 2019

**Authorization to Use and Disclose Protected Health Information**

The purpose of this Authorization is to permit us to use and disclose all or some of your health information, as you specify, for the limited purposes you describe. We are otherwise required by federal law to maintain the privacy of your health information as described in our Notice of Privacy Practices. Your ability to receive treatment, payment, enrollment in a plan, or eligibility for a benefit normally does not depend on your signing this form. **You may refuse to sign this form. However, we must have your signature in order to disclose your protected health information to anyone you identify below.**

**Consequences of Signing this Form:** Please be aware that if the organization you authorize to receive information is not a health care provider or a health plan, it may redisclose the information without violating federal or state privacy laws.

**Revocation:** You may revoke this Authorization in writing, at any time, except where we have already relied on it to make a use or disclosure. Your written revocation will become effective once we receive and process it. If you are providing this Authorization to obtain insurance coverage, you may not have the right to revoke it to the extent that it pertains to the insurer's right under the law to contest a claim under your insurance policy. To revoke this Authorization, please send your written request to: Privacy Officer, Semmes-Murphey Clinic, P.C., 6325 Humphreys Boulevard, Memphis, Tennessee 38120.

Patient's full name (please print): Shanna Latrel Richardson
Address:
City:
Date of birth: ____ / ____ / ____ Patient SSN: ____

I authorize Semmes-Murphey Clinic to use and disclose to:
Recipient's name: John E. Dunlap Relationship to patient: Attorney
Address: 3294 Poplar Ave. Suite 240
City: Memphis State: TN. Zip: 38111 Phone/Fax #: 901-320-1603 FAX# 901-320-6913

The following information from my medical record:
☑ Complete medical record ☑ Office notes ☐ Laboratory results ☐ CD of images / films
☐ Other (specify) ____

The purpose or need for the information is: For claim

**Expiration:** This Authorization expires on the date you specify below or six months from date signed. Once this Authorization expires, we will no longer use and disclose your health information for the described purposes unless you sign a new Authorization form.

This Authorization expires (*check one*):
☑ In six months ☐ On the following date other than six months: ____ / ____ / ____
☐ When the following event occurs: ____

Shanna Richardson — Signature of patient or personal representative*
Shanna Richardson — Printed name of patient or personal representative

1/31/19 — Date
____ Relationship to patient (if personal representative)

*If Personal Representative, the patient is unable to sign because (check one): ☐ Minor ☐ Incompetent
☐ Other (explain): ____

For Office Use Only ☐ All complete ☐ Proof of I.D. ☐ Signed copy to patient
Processed by: ____ MRN ____

**PLEASE RETURN AUTHORIZATION TO : Semmes-Murphey Clinic, P.C., ATTN: Medical Records, 6325 Humphreys Blvd., Memphis, TN 38120 or fax to (901) 522-2641 ATTN: Medical Records**

Semmes-Murphey Policy re Authorizations, rev. 11/10/09

#105 ww

☐ Pickup ☐ Mail ☐ Fax (other providers ONLY) ☐ File only

RECEIVED
FEB 06 2019

**Authorization to Use and Disclose Protected Health Information**

The purpose of this Authorization is to permit us to use and disclose all or some of your health information, as you specify, for the limited purposes you describe. We are otherwise required by federal law to maintain the privacy of your health information as described in our Notice of Privacy Practices. Your ability to receive treatment, payment, enrollment in a plan, or eligibility for a benefit normally does not depend on your signing this form. **You may refuse to sign this form. However, we must have your signature in order to disclose your protected health information to anyone you identify below.**

**Consequences of Signing this Form:** Please be aware that if the organization you authorize to receive information is not a health care provider or a health plan, it may redisclose the information without violating federal or state privacy laws.

**Revocation:** You may revoke this Authorization in writing, at any time, except where we have already relied on it to make a use or disclosure. Your written revocation will become effective once we receive and process it. If you are providing this Authorization to obtain insurance coverage, you may not have the right to revoke it to the extent that it pertains to the insurer's right under the law to contest a claim under your insurance policy. To revoke this Authorization, please send your written request to: Privacy Officer, Semmes-Murphey Clinic, P.C., 6325 Humphreys Boulevard, Memphis, Tennessee 38120.

Patient's full name (please print): Shanna Latrel Richardson
Address:
City:
Date of b

I authorize Semmes-Murphey Clinic to use and disclose to:
Recipient's name: John E. Dunlap Relationship to patient: Attorney
Address: 3294 Poplar Ave. Suite 240
City: Memphis State: TN. Zip: 38111 Phone/Fax #: 901-320-1603 FAX# 901-320-6913

The following information from my medical record:
☑ Complete medical record ☑ Office notes ☐ Laboratory results ☐ CD of images / films
☐ Other (specify) ____

The purpose or need for the information is: For claim

**Expiration:** This Authorization expires on the date you specify below or six months from date signed. Once this Authorization expires, we will no longer use and disclose your health information for the described purposes unless you sign a new Authorization form.

This Authorization expires (*check one*):
☑ In six months ☐ On the following date other than six months: ____ / ____ / ____
☐ When the following event occurs: ____

Shanna Richardson — Signature of patient or personal representative*
Shanna Richardson — Printed name of patient or personal representative

1/31/19 — Date
____ Relationship to patient (if personal representative)

*If Personal Representative, the patient is unable to sign because (check one): ☐ Minor ☐ Incompetent
☐ Other (explain): ____

For Office Use Only ☐ All complete ☐ Proof of I.D. ☐ Signed copy to patient
Processed by: ____ MRN ____

**PLEASE RETURN AUTHORIZATION TO : Semmes-Murphey Clinic, P.C., ATTN: Medical Records, 6325 Humphreys Blvd., Memphis, TN 38120 or fax to (901) 522-2641 ATTN: Medical Records**

Semmes-Murphey Policy re Authorizations, rev. 11/10/09

0J189190026

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*February 6, 2019*
Page 1
ASC Block Report

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare

Home:

**02/28/2017 - ASC Block Report: Cancelled 2nd to hypertension**
**Provider: Autry Parker MD**
**Location of Care: ASC Humphreys CH**

Cancelled due to Hypertension

**Electronically signed by Autry Parker MD on 02/28/2017 at 5:29 PM**

---

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*February 6, 2019*
Page 1
Office Visit

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare

Home:

**01/28/2019 - Office Visit: Follow up**
**Provider: Todd E Fountain MD**
**Location of Care: Semmes-Murphey Clinic**

## History of Present Illness
**Referred by:** Apurva Dalal MD
**History from:** patient
**Reason for visit:** Follow-up
**Chief Complaint:** surgical evaluation

Mrs. Richardson is a very pleasant 41-year-old female who presents now with ongoing neck and right arm pain, numbness, and weakness. Mrs. Richardson states that it was seen by Megan Wienecke, PA, and underwent MR imaging of the cervical spine. She states that, initially, she was having pain that was predominant left-sided pain. She has since had a left shoulder surgery and that has improved her left-sided symptoms, but she has remained with neck pain on the right extending through the right cervical musculature into the upper to mid scapula into the arm through a C6 distribution on the right arm. She states that this affects mostly her flexion of the arm and states that it does affect grip strength she feels like. She has tried epidural injections and has had multiple over the past year. She states that they initially helped her for a period of time, but it became less and less effective. She also had a recent trigger point injection with Dr. Amber Graham and states that that provided her no benefit in regard to her neck pain nor her arm symptoms. Her MR imaging of the cervical spine reveals degenerative segmental disk disease most prominently right C5-6 with compression against the thecal sac and particularly the right foramen and lateral recess. The 4-5 level has a small disk protrusion towards the left but no active compression. Her spinal cord has no significant compression. There is no cord signal change.

## Past Medical History:
Reviewed and updated today:
- Neuropathy
- Osteoarthritis
- High Blood Pressure
- Migraines
- Anxiety
- Depression

## Past Surgical History:
Reviewed history from 01/24/2019 and no changes required:
- Hysterectomy
- C-Section

## Social History Summary:

**Social History Reviewed:** 01/28/2019
**Previous Social History:**
Patient has never smoked.

0J189190026



Patient has never used smokeless tobacco.
Alcohol Use: N
Drug Use: N
Regular Exercise: N
Religion Affecting Care: N

**Family History Summary:**
Family History Reviewed: 01/28/2019
Family History of Stroke for Mother - Entered On: 10/15/2018
Family History of Seizures for Mother - Entered On: 10/15/2018
Family History of Hypertension for Mother - Entered On: 10/15/2018
Family History of Heart Disease for Mother - Entered On: 10/15/2018
Family History of Heart Disease for Mother - Entered On: 1/24/2019
Family History of Diabetes for Mother - Entered On: 10/15/2018

**Current Allergies (reviewed today):**
CODEINE (Critical)
PERCOCET (OXYCODONE-ACETAMINOPHEN) (Critical)
LORTAB (Critical)

**Current Medications (including changes made in today's visit):**
GABAPENTIN 400 MG ORAL CAPSULE (GABAPENTIN) one capsule po bid; Route: ORAL
ZANAFLEX 4 MG ORAL CAPSULE (TIZANIDINE HCL) 1 cap po q 8h; Route: ORAL
LOSARTAN POTASSIUM 25 MG ORAL TABLET (LOSARTAN POTASSIUM) 1 tab po qd; Route: ORAL
NORVASC 5 MG ORAL TABLET (AMLODIPINE BESYLATE) 1 tab po qd; Route: ORAL
TRAMADOL HCL 50 MG ORAL TABLET (TRAMADOL HCL) 1 tab po q 6hrs prn; Route: ORAL

**Vital Signs:**

| | |
|---|---|
| Patient Profile: | 41 Years Old Female |
| Height: | 63 inches (160.02 cm) |
| Weight: | 223.6 pounds (101.42 kg) |
| BMI: | 39.60 |
| Pulse rate: | 105 / minute |
| BP Sitting: | 158 / 90 (right arm) |
| Cuff size: | regular |

Medications: Medications were reviewed with the patient during this visit.
Allergies: Allergies were reviewed with the patient during this visit.

Vitals Entered By: Candice Hanson MA (January 28, 2019 11:37 AM)

**Physical Exam:**



On physical examination, she is awake, alert, and oriented. Her mental and language functions are normal. Cranial nerves II through XII are normal. She has normal strength in bilateral upper and lower extremities to manual testing. Her reflexes are normal and symmetric with the exception of a decrease in her right brachioradialis. She does get a positive Spurling's towards the right which induces C6 radicular symptoms, negative towards the left. Her Lhermitte's is negative. She has no pathologic findings, no Babinski's, no Hoffmann's, no clonus. She does have tenderness to palpation over the cervical musculature particularly over the right posterior cervical musculature and trapezius.

**MIPS Quality Measures:**
Measure 110 G8482: Received flu shot or previously received during reporting period
Measure 130 G8427 : EP attests to documenting in the chart they obtained, updated, or reviewed the patient's current medications
Measure 317 G8950 : Pre-Hypertensive or Hypertensive BP reading documented, and F/U is documented. Patient is to follow up with PCP or specialist to have their blood pressure treated.
Measure 236 G8753 : Most recent systolic blood pressure greater than or equal to 140 mmHg
Measure 236 G8755 : Most recent diastolic blood pressure greater than or equal to 90 mmHg
Measure 128 G8417 : BMI is documented above normal parameters and a F/U plan is documented. Patient is to follow up with PCP or specialist for nutrition counseling.
Measure 226 1036F : Non-user of tobacco

**New Problems:**
Cervical spondylosis with radiculopathy (ICD-723.4) (ICD10-M47.22)
Cervical disc herniation at C5-C6 level with radiculopathy (ICD10-M50.122)

**Orders:**
99213 Ofc Vst, Est Level III
G8482 INFLUENZA IMMUN ADMIN/PREV RECV
G8417 BMI documented above normal limits & F/U plan is documented
G8427-LIST CUR MEDS W/DOSAGES DOC BY PROV
1036F: CURRENT TOBACCO NON-USER
G8753 Most recent systolic blood pressure >= 140mmhg
G8755 Most recent diastolic blood pressure >= 90mmhg
G8950 Pre-hypertensive or hypertensive BP reading documented, & F/U documented

Refer to Surgery

**Impression:**
C5-6 spondylosis and disk protrusion with right C6 radiculopathy.

**Plan:**
I discussed with Mrs. Richardson treatment options at this time. She has tried multiple forms of medical management and has unfortunately failed. She does have neural compression for right-sided C5-6 segment, and I think that this is possible to benefit her in regard to an anterior cervical diskectomy and fusion at C5-6. I discussed with her that this would alleviate the neural compression at this component but that it cannot guarantee that it will eliminate all neck pain. She understands and wishes to proceed

0J189190026



with surgery. We discussed the risks, benefits, and alternatives including infection, wound healing difficulty, bleeding, cerebrospinal fluid leak, failure to treat all symptoms, new or worsening neurologic symptoms, swallowing difficulties, voice changes, failure of fusion, failure of hardware. She is a nonsmoker. She understands and wishes to proceed with anterior cervical diskectomy and fusion, C5-6, using Globus Colonial spacer, C5-6; arthrodesis using local autograft and Xemplifi demineralized bone matrix; and anterior plating using Globus Xlend plating system.

Todd Fountain, M.D.

TF / 8029
DD: 01/28/2019 11:17:00
DT: 01/28/2019 17:21:36
Job #: 424942 / 2376809

**Patient Education:**
Patient was given Educational handouts in office today by Fountain MD, Todd

Electronically signed by Todd E Fountain MD on 01/30/2019 at 8:43 AM



**01/24/2019 - Office Visit: New patient**
**Provider: Amber Graham MD**
**Location of Care: Semmes-Murphey Clinic**

**History of Present Illness**
**Referred by:** megan wienecke PA
**History from:** patient
**Reason for visit:** new referral
**Chief Complaint:** neck pain

Ms. Richardson is a 41-year-old woman who comes to me today from the extenders for consideration of trigger point injections. She has had neck pain since 2016 and has had lots of care for it. The extenders are sending her to discuss surgical options with Dr. Fountain, but she has been sent to me to see if trigger point injections could be helpful in the interim. Her pain is right-sided in the neck and runs into the shoulder. It is burning-type pain. It bothers her all the time constantly. She says she has trouble just moving her neck in any kind of range of motion.

**Past Medical History:**
Reviewed history from 10/15/2018 and no changes required:
Patient's past medical history includes High blood pressure, Migraines, Depression / anxiety.

Neuropathy
Osteoarthritis

**Past Surgical History:**
Reviewed history from 10/15/2018 and no changes required:
Hysterectomy
C-Section

**Social History Summary:**
Patient has never smoked.
Patient has never used smokeless tobacco.
Alcohol Use: N
Drug Use: N
Regular Exercise: N
Religion Affecting Care: N

**Social History Reviewed: 01/24/2019**
**Previous Social History:**
Marital Status: Single
Children:
Occupation:

**Family History Summary:**

0J189190026



Family History of Heart Disease for Mother - Entered On: 1/24/2019

**Family History Reviewed:** 01/24/2019
Family History of Diabetes for Mother - Entered On: 10/15/2018
Family History of Heart Disease for Mother - Entered On: 10/15/2018
Family History of Hypertension for Mother - Entered On: 10/15/2018
Family History of Seizures for Mother - Entered On: 10/15/2018
Family History of Stroke for Mother - Entered On: 10/15/2018

### Review of Systems

A comprehensive multisystem review is significant for: joint pain, joint swelling, arthritis, muscle pain, stiffness, numbness.
The following systems were reviewed and denied by the patient: General, Eyes, Ears, Nose, Throat, Cardiovascular, Respiratory, Gastrointestinal, Genitourinary, Psychiatric, Endocrine, Skin, Hematologic/Lymphatic, Allergy/Immunologic.
**Prior Medications (reviewed today):**
GABAPENTIN 400 MG ORAL CAPSULE (GABAPENTIN) one capsule po bid
ZANAFLEX 4 MG ORAL CAPSULE (TIZANIDINE HCL) 1 cap po q 8h
LOSARTAN POTASSIUM 25 MG ORAL TABLET (LOSARTAN POTASSIUM) 1 tab po qd
NORVASC 5 MG ORAL TABLET (AMLODIPINE BESYLATE) 1 tab po qd
TRAMADOL HCL 50 MG ORAL TABLET (TRAMADOL HCL) 1 tab po q 6hrs prn
**Current Allergies (reviewed today):**
CODEINE (Critical)
PERCOCET (OXYCODONE-ACETAMINOPHEN) (Critical)
LORTAB (Critical)

### Vital Signs:

| | |
|---|---|
| Patient Profile: | 41 Years Old Female |
| Height: | 63 inches (160.02 cm) |
| Weight: | 224.8 pounds |
| BMI: | 39.82 |
| Pulse rate: | 86 / minute |
| BP Sitting: | 182 / 108 (left arm) |
| Cuff size: | regular |
| Patient in pain? | Yes |
| Location: | right neck/shoulder |
| Intensity: | 9 |
| Type: | sharp/burning |

Problems: Active problems were reviewed with the patient during this visit.
Medications: Medications were reviewed with the patient during this visit.
Allergies: Allergies were reviewed with the patient during this visit.



Vitals Entered By: Lori Hill RN (January 24, 2019 8:40 AM)

**Physical Exam**
General: no acute distress, pleasant, conversant
HENT: atraumatic, MMM, external ears normal
Eyes: EOMI, no discharge, no erythema, normal sclera
Cardiovascular: pulses intact and symmetrical, no peripheral edema
Respiratory: no respiratory distress, normal effort
Gastrointestinal: soft, no distention, non-tender
Musculoskeletal: pain with cervical ROM, TTP in right cervical region
Neurological: alert, oriented, normal gait
Skin: clean, dry intact, no rashes, warm
Psychiatric: thought content normal, normal mood and judgment

### MIPS Quality Measures:

**Measure 110 G8482:** Received flu shot or previously received during reporting period
**Measure 130 G8427 :** EP attests to documenting in the chart they obtained, updated, or reviewed the patient's current medications
**Measure 226 1036F :** Non-user of tobacco

**New Problems:**
Cervical myofascial pain syndrome (ICD-729.1) (ICD10-M79.12)

**Orders:**
G8482 INFLUENZA IMMUN ADMIN/PREV RECV
G8427-LIST CUR MEDS W/DOSAGES DOC BY PROV
1036F: CURRENT TOBACCO NON-USER
20553 Injection(s); single or multiple trigger point(s), 3 or more muscle(s)
J3490L Inj. sarapin 1 mL
Comments: PN 235-06422
Lot 01RK1501A
exp 01/10/2021

Quantity: 8
J3490J Inj. lidocaine 1% 10mg/ml
Comments: NDC 0409-4276-17
Lot 92-346-DK
exp 08/01/2020

Quantity: 2
99213 Ofc Vst, Est Level III

0J189190026

**Impression:**
1. Neck pain.
2. Myofascial pain.

**Plan:**
On my exam today, she does have a component of myofascial pain, and I offered her trigger point injections which she opted to proceed with. Prior to the injections, we discussed the risks and benefits, and obtained verbal consent prior to proceeding.

Amber L. Graham, M.D.

ALG / C0844
DD: 01/24/2019 08:53:00
DT: 01/24/2019 10:55:58
Job #: 424382 / 2372312

**Trigger Point Injection Procedure Note:**

Injection Site: cervical paraspinals, levator scapulae, upper traps

Side: right

Approach: percutaneous

The patient was advised of the risks and benefits and consent was obtained. A time out was taken to confirm the patient's identity and the correct location. Sterile technique was used. The skin was cleaned with Chloroprep. Topical Anesthesia was not required. 2 mL Lidocaine 1% without epinephrine and 6 mL of Sarapin was injected through a 25 gauge 5/8 inch needle and evenly distributed to the above mentioned sites. The needle was removed and hemostasis was confirmed. The patient tolerated the procedure well, no complications. Verbal instructions were given for injection site care, warning signs/symptoms of infection, and activity modification.

**Electronically signed by Amber Graham MD on 01/25/2019 at 11:53 AM**



**01/16/2019 - Office Visit: Cervical pain**
**Provider: Megan Wiencke PA-C**
**Location of Care: Semmes-Murphey Clinic**

**History of Present Illness**
**Referred by:** Apurva Dalal MD
**History from:** patient
**Reason for visit:** Follow-up
**Chief Complaint:** cervical stenosis

Ms. Richardson is a 41-year-old female, here on followup for her neck pain. She was seen back in October and was complaining of some arm pain as well on the left hand side, but at that time, she was about to have shoulder surgery on her right, so we deferred any interventions for her neck, shoulder, or arm pain until this was done. She is here today on followup. She gets the ortho surgery well without complication. She was cleared to be further evaluated for her neck pain. She states that, at this point, her neck pain has been going on for about three years. She is denying any arm pain at this time on her left or her right. She has a history of having several nerve blocks done, epidural and facet injections as well as radiofrequency ablations with MidSouth Pain. She says these injections used to provide her with relief but over time have shortened in their duration of relief to the point where she is no longer getting them. She says that she is up all night secondary to her pain, and it has been overall struggle for her. Her pain is limited to the neck, mostly on the right side. She does report some tenderness in the paraspinous muscles on the right and some limited range of motion with her neck. Again, she has no radiating symptoms into her arms. No numbness or tingling in her arms or hands, and she denies any weakness at this time.

**Past Medical History:**
Patient's past medical history includes High blood pressure, Migraines, Depression / anxiety.

Neuropathy
Osteoarthritis

**Past Surgical History:**
Hysterectomy
C-Section

**Social History Summary:**
Marital Status: Single
Children:
Occupation:

**Social History Reviewed: 01/16/2019**
**Previous Social History:**
Patient has never smoked.
Patient has never used smokeless tobacco.
Alcohol Use: N
Drug Use: N

0J189190026



Regular Exercise: Y
Religion Affecting Care: N
Marital Status: Single
Right handed

**Family History Summary:**
**Family History Reviewed: 01/16/2019**
Family History of Stroke for Mother - Entered On: 10/15/2018
Family History of Seizures for Mother - Entered On: 10/15/2018
Family History of Hypertension for Mother - Entered On: 10/15/2018
Family History of Heart Disease for Mother - Entered On: 10/15/2018
Family History of Diabetes for Mother - Entered On: 10/15/2018

**Current Allergies (reviewed today):**
CODEINE (Critical)
PERCOCET (OXYCODONE-ACETAMINOPHEN) (Critical)
LORTAB (Critical)

**Current Medications (including changes made in today's visit):**
GABAPENTIN 400 MG ORAL CAPSULE (GABAPENTIN) one capsule po bid; Route: ORAL
ZANAFLEX 4 MG ORAL CAPSULE (TIZANIDINE HCL) 1 cap po q 8h; Route: ORAL
LOSARTAN POTASSIUM 25 MG ORAL TABLET (LOSARTAN POTASSIUM) 1 tab po qd; Route: ORAL
NORVASC 5 MG ORAL TABLET (AMLODIPINE BESYLATE) 1 tab po qd; Route: ORAL
TRAMADOL HCL 50 MG ORAL TABLET (TRAMADOL HCL) 1 tab po q 6hrs prn; Route: ORAL

**Vital Signs:**

| | |
|---|---|
| Patient Profile: | 41 Years Old Female |
| Height: | 63 inches (160.02 cm) |
| Weight: | 222.6 pounds |
| BMI: | 39.43 |
| Pulse rate: | 97 / minute |
| BP Sitting: | 145 / 102 |
| Cuff size: | left wrist |

Medications: Medications were reviewed with the patient during this visit.
Allergies: Allergies were reviewed with the patient during this visit.

Vitals Entered By: LaWonda Thomas MA (January 16, 2019 9:29 AM)

**Serial Vital Signs/Assessments:**



| Time | Position | BP | Pulse | Resp | Temp | By |
|---|---|---|---|---|---|---|
| 9:31 AM | Sitting | 148/100 | | 95 | | LaWonda Thomas MA |

**Physical Exam:**
On physical exam, she is alert and oriented x3. Her strength in her bilateral upper extremities is about 4 to 4- out of 5 throughout. Her grip strength in particular is a little weaker at about 4/5. She does have a negative Hoffmann sign bilaterally. Her gait is assessed as normal. Sensation is intact to light touch throughout. Her reflexes are symmetric and maybe a little bit hyperreflexic, more on the right than the left.

**MIPS Quality Measures:**
**Measure 110 G8482:** Received flu shot or previously received during reporting period
**Measure 130 G8427 :** EP attests to documenting in the chart they obtained, updated, or reviewed the patient's current medications
**Measure 236 G8753 :** Most recent systolic blood pressure greater than or equal to 140 mmHg
**Measure 236 G8755 :** Most recent diastolic blood pressure greater than or equal to 90 mmHg
**Measure 128 G8417 :** BMI is documented above normal parameters and a F/U plan is documented. Patient is to follow up with PCP or specialist for nutrition counseling.
**Measure 226 1036F :** Non-user of tobacco

**New medications:**
GABAPENTIN 400 MG ORAL CAPSULE -- one capsule po bid

**Orders:**
G8482 INFLUENZA IMMUN ADMIN/PREV RECV
G8417 BMI documented above normal limits & F/U plan is documented
G8427-LIST CUR MEDS W/DOSAGES DOC BY PROV
1036F: CURRENT TOBACCO NON-USER
G8753 Most recent systolic blood pressure >= 140mmhg
G8755 Most recent diastolic blood pressure >= 90mmhg
99213 Ofc Vst, Est Level III

RTO TO SMC MD
Comments: Dr. Fountain for surgical eval

**Impression:**
Cervical pain.

**Plan:**
The patient saw Dr. Fountain back in 2017 for cervical evaluation, and surgery was discussed at that time, but deferred for her to receive an injection first to determine if her pain improved at all. Case was discussed again with Dr. Fountain today who agreed to see the patient in the office to again discuss surgery and have another evaluation. In the meantime, we will get an appointment with Dr. Graham for

0J189190026

Semmes-Murphey Clinic
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

February 6, 2019
Page 4
Office Visit

Shanna L Richardson
Female DOB: PID: 105669 Ins: BlueCare
Home:

trigger point injection in her right paraspinous muscles, and the cervical spine does not appear that she has had any trigger point injections before. She can follow up with the extender clinic on an as-needed basis. We did discuss having her try some injections here. She has refused at this time.

Megan Wienecke, MMS, PA-C

MW / 8058
DD: 01/16/2019 10:36:00
DT: 01/16/2019 16:15:02
Job #: 423044 / 2364663

**Patient Education:**
Patient was given Educational handouts in office today by Wienecke PA, Megan

Electronically signed by Megan Wienecke PA-C on 01/21/2019 at 8:16 AM

---

Semmes-Murphey Clinic
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

February 6, 2019
Page 1
Office Visit

Shanna L Richardson
Female DOB: PID: 105669 Ins: BlueCare
Home:

**10/15/2018 - Office Visit: Cervical spinal stenosis**
**Provider:** Megan Wienecke PA-C
**Location of Care:** Semmes-Murphey Clinic

**History of Present Illness**
**Referred by:** Apurva Dalal MD
**History from:** patient
**Reason for visit:** new referral
**Chief Complaint:** Cervical spinal stenosis

Ms. Richardson is a 41-year-old female, known to Dr. Fountain for history of cervical stenosis and neck pain. She says that for the past nine months, she has been experiencing right arm pain and numbness in her hands. She says that previously, she was experiencing a lot of left upper extremity pain to the point where she is actually having a shoulder surgery for multiple tears in her shoulder on the left, and her previous complaints were on the left side with associated weakness, pain, numbness, and tingling. She says that pain on the right side started one month ago. She has been doing frequent cervical epidural nerve blocks every month for about one year. She has done physical therapy. She has worn braces on her neck and back. She has done dry needling. She has tried tramadol, and she is currently working with Pain Management and prescribed hydrocodone, gabapentin 600 mg, and Zanaflex 4 mg for pain. She says that her pain is to the point where it has been unbearable, it is not resolved with any of the previous things that Pain Management has been working on her with, and she would like to discuss surgical intervention at this time. She states that she does have shoulder surgery next week on October 23 to repair the tears in her shoulder with orthopedic surgeon. She also says that she has an additional complaint of frequent dizzy spells and headaches that have been occurring for the last few months. She has been seen at Methodist Germantown in the ER for these and by her PCP, and they are unable to explain why she is having these dizzy spells. She says she is also hearing a whooshing sound in her ears that comes and goes when these dizzy spells occur. She was seen by a neurologist in the past for Guillain-Barre syndrome here at Semmes-Murphey and would like to be re-evaluated.

**Past Medical History:**
Reviewed and updated today:
Patient's past medical history includes High blood pressure, Migraines, Depression / anxiety.

Neuropathy
Osteoarthritis

**Past Surgical History:**
Reviewed and updated today:
Hysterectomy
C-Section

**Social History Summary:**
Patient has never smoked.
Patient has never used smokeless tobacco.
Alcohol Use: N
Drug Use: N

0J189190026



Regular Exercise: Y
Religion Affecting Care: N
Marital Status: Single
Right handed

**Social History Reviewed:** 10/15/2018
**Previous Social History:**

**Family History Summary:**
Family History of Stroke for Mother - Entered On: 10/15/2018
Family History of Seizures for Mother - Entered On: 10/15/2018
Family History of Hypertension for Mother - Entered On: 10/15/2018
Family History of Heart Disease for Mother - Entered On: 10/15/2018
Family History of Diabetes for Mother - Entered On: 10/15/2018

**Family History Reviewed:** 10/15/2018

**Review of Systems**
A comprehensive multisystem review is significant for: sleep disturbance, urinary frequency, joint pain, arthritis, muscle weakness, stiffness, stroke, migraines.
The following systems were reviewed and denied by the patient: Eyes, Ears, Nose, Throat, Cardiovascular, Respiratory, Gastrointestinal, Psychiatric, Endocrine, Skin, Hematologic/Lymphatic, Allergy/Immunologic.

**Prior Medications (reviewed today):**
ZANAFLEX 4 MG ORAL CAPSULE (TIZANIDINE HCL) 1 cap po q 8h
LOSARTAN POTASSIUM 25 MG ORAL TABLET (LOSARTAN POTASSIUM) 1 tab po qd
GABAPENTIN 600 MG ORAL TABLET (GABAPENTIN) 1 tab po q 8h
NORVASC 5 MG ORAL TABLET (AMLODIPINE BESYLATE) 1 tab po qd
TRAMADOL HCL 50 MG ORAL TABLET (TRAMADOL HCL) 1 tab po q 6hrs prn
**Current Allergies (reviewed today):**
CODEINE (Critical)
PERCOCET (OXYCODONE-ACETAMINOPHEN) (Critical)
LORTAB (Critical)

**Current Medications (including changes made in today's visit):**
ZANAFLEX 4 MG ORAL CAPSULE (TIZANIDINE HCL) 1 cap po q 8h; Route: ORAL
LOSARTAN POTASSIUM 25 MG ORAL TABLET (LOSARTAN POTASSIUM) 1 tab po qd; Route: ORAL
GABAPENTIN 600 MG ORAL TABLET (GABAPENTIN) 1 tab po q 8h; Route: ORAL
NORVASC 5 MG ORAL TABLET (AMLODIPINE BESYLATE) 1 tab po qd; Route: ORAL
TRAMADOL HCL 50 MG ORAL TABLET (TRAMADOL HCL) 1 tab po q 6hrs prn; Route: ORAL

**Vital Signs:**

Patient Profile: 41 Years Old Female
Height: 63 inches (160.02 cm)
Weight: 213.4 pounds



BMI: 37.80 ( Added Problem:Body mass index (BMI) 37.0-37.99, adult ( ICD10-Z68.37 ) )
Pulse rate: 87 / minute
BP Sitting: 179 / 113 (right arm)

Cuff size: wrist

Problems: Active problems were reviewed with the patient during this visit.
Medications: Medications were reviewed with the patient during this visit.
Allergies: Allergies were reviewed with the patient during this visit.

Vitals Entered By: Sharonda Marshall MA (October 15, 2018 10:17 AM)

**Physical Exam:**
On physical exam, she is alert and oriented x3. Her gait is normal. Her strength in her right upper extremity is 4/5, left upper extremity is 3/5 secondary to pain. Grip strength is not equal, right is stronger than left, but both have some general weakness. She has a negative Hoffmann's bilaterally, and she has pain with most movements, range of motion, turning her neck to the right, turning her neck to the left, and lifting her head up.

**MIPS Quality Measures:**
**Measure 110 G8482:** Received flu shot or previously received during reporting period
**Measure 130 G8427 :** EP attests to documenting in the chart they obtained, updated, or reviewed the patient's current medications
**Measure 236 G8753 :** Most recent systolic blood pressure greater than or equal to 140 mmHg
**Measure 236 G8755 :** Most recent diastolic blood pressure greater than or equal to 90 mmHg
**Measure 128 G8417 :** BMI is documented above normal parameters and a F/U plan is documented. Patient is to follow up with PCP or specialist for nutrition counseling.
**Measure 226 1036F :** Non-user of tobacco

**New Problems:**
Dizziness (ICD-780.4) (ICD10-R42)
Headaches (ICD-784.0) (ICD10-R51)
Neck pain (ICD-723.1) (ICD10-M54.2)
Arm pain (ICD-729.5) (ICD10-M79.609)
Body mass index (BMI) 37.0-37.99, adult (ICD-V85.37) (ICD10-Z68.37)

**New medications:**
ZANAFLEX 4 MG ORAL CAPSULE -- 1 cap po q 8h
LOSARTAN POTASSIUM 25 MG ORAL TABLET -- 1 tab po qd
GABAPENTIN 600 MG ORAL TABLET -- 1 tab po q 8h

**Orders:**

0J189190026

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*February 6, 2019*
Page 4
Office Visit

**Shanna L Richardson** Home:
Female DOB: PID: 105669 Ins: BlueCare

G8482 INFLUENZA IMMUN ADMIN/PREV RECV
G8417 BMI documented above normal limits & F/U plan is documented
G8427-LIST CUR MEDS W/DOSAGES DOC BY PROV
1036F: CURRENT TOBACCO NON-USER
G8753 Most recent systolic blood pressure >= 140mmhg
G8755 Most recent diastolic blood pressure >= 90mmhg
99213 Ofc Vst, Est Level III

EMG/NCV
Comments: Description of test needed:EMG/NCV of BUE by Dr. Carro
Clinical Diagnosis:Arm Pain, Neck Pain
Exam Abnormalities:

**Impression:**
1. Neck pain.
2. Headaches.
3. Dizziness.

**Plan:**
At this time, because Ms. Richardson is having surgery next week, we will defer any surgical management until she is cleared by Ortho after her surgery is done and she is completely healed. In the meantime, however, we will go ahead and obtain EMG/nerve conduction studies of her bilateral upper extremities to rule out any other causes for her numbness, tingling, and weakness in her hands and to determine if her symptoms are all radiculopathy from her neck. She can continue pain management as directed. We will not provide her with any medications today. We will also have her see Neurology to be evaluated for her headaches and dizziness. As stated, she can return a few months after her surgery in her shoulder to further discuss options once she is cleared by Ortho.

Megan Wienecke, MMS, PA-C

MW / 8064
DD: 10/15/2018 10:23:00
DT: 10/15/2018 20:00:24
Job #: 408505 / 2274525
Patient has recently received the flu vaccine ....................................................Sharonda Marshall MA
October 15, 2018 10:18 AM

**Electronically signed by Megan Wienecke PA-C on 10/23/2018 at 8:15 AM**

---

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*February 6, 2019*
Page 1
Office Visit

**Shanna L Richardson** Home:
Female DOB: PID: 105669 Ins: BlueCare

**02/09/2017 - Office Visit: New Patient**
**Provider: Todd E Fountain MD**
**Location of Care: Semmes-Murphey Clinic**

## History of Present Illness
**Referred by:** Whitney Tolbert MD
**History from:** patient
**Reason for visit:** new referral
**Chief Complaint:** bulging cervical disc

The patient is a 39-year-old female previously seen by Catherine Phelps and worked up in June 2016 for neck pain. She has also been seen at Campbell Clinic for neck pain and particular left arm pain. This did lead to MRI imaging of her cervical spine. She describes pain that begins in her neck. It extends to the left posterior cervical musculature into the left subscapular region into the left arm along the lateral aspect of her shoulder into the lateral arm and forearm and can extend all the way to her hand. She does not describe any radicular symptoms in the right side. She states that she has had off and on left hip pain but no frank abnormal weakness or loss of function or bowel or bladder changes or gait changes. On her MRI imaging of her cervical spine dated 11/02/2016, this reveals two areas of abnormalities; one is the C4-5 segment with a small disk protrusion on the left side at 4-5 which does mildly narrow the foramen of the left and just abuts the anterior aspect of the cord but no cord compression or changes at that level. At C5-6, she has more prominent spondylosis with a broad-based disk which extends into the right foramen narrowing the right foramen significantly. There is compression against the cord but no active cord signal change. The remaining cervical levels are intact.

## Review of Systems
A comprehensive multisystem review is significant for: sleep disturbance, urinary frequency, joint pain, numbness, migraines, anxiety.
The following systems were reviewed and denied by the patient: Eyes, Ears, Nose, Throat, Cardiovascular, Respiratory, Gastrointestinal, Endocrine, Skin, Hematologic/Lymphatic, Allergy/Immunologic.

## PMFS History
**Past Medical History:**
Patient's past medical history includes High blood pressure, Migraines, Depression / anxiety.

**Past Surgical History:**
Hysterectomy

**Past Family History:**
Mother has high blood pressure. Father has cancer. No one had stroke. No one has lung disease. Mother has heart disease. No one has migraines. Mother has diabetes. No one has mental retardation. No one has neurological illness.
**Past Social History:**
**Tobacco use:** Never smoker
**Alcohol use:** No
**Occupation:** Packer
**Right or Left-handed:** Right-handed
**Marital Status:** Single

0J189190026



**Recent travel outside the US:** No
**Pending lawsuits on your neurological condition:** No

**Other Patient Counseling**
**Hypertension:** Patient is under the care of another physician.
**Obesity:** NA
**Diabetes:** NA

**Current Allergies (reviewed today):**
CODEINE (Critical)
PERCOCET (OXYCODONE-ACETAMINOPHEN) (Critical)
LORTAB (Critical)

**Current Medications (including changes made in today's visit):**
CYCLOBENZAPRINE HCL 5 MG ORAL TABS (CYCLOBENZAPRINE HCL) 1 tab po TID prn
NORVASC 5 MG ORAL TABS (AMLODIPINE BESYLATE) 1 tab po qd
TRAMADOL HCL 50 MG ORAL TABS (TRAMADOL HCL) 1 tab po q 6hrs prn
AMITRIPTYLINE HCL 50 MG ORAL TABS (AMITRIPTYLINE HCL) 1 tab po qhs

**Vital Signs:**

| | |
|---|---|
| Patient Profile: | 39 Years Old Female |
| Height: | 63 inches (160.02 cm) |
| Weight: | 202.6 pounds (92.09 kg) |
| BMI: | 35.89 |
| BSA: | 1.95 |

Vitals Entered By: Candice Call MA (February 9, 2017 10:44 AM)

**Physical Exam:**
On physical examination, she is awake, alert, and oriented. Her mental and language functions are normal. Cranial nerves II through XII are normal. She has normal strength in bilateral upper and lower extremities to manual testing. Her reflexes are brisk to hyperreflexic throughout the upper and lower extremities. She does have a positive Hoffmann's on the left, negative on the right. She does have a two- to three-beat clonus bilaterally. Her Spurling's was negative. There was no Lhermitte phenomenon. Sensation appeared intact.

**MIPS Quality Measures:**
**Measure 130 G8427** : EP attests to documenting in the chart they obtained, updated, or reviewed the patient's current medications
**Measure 226 1036F** : Non-user of tobacco

**New Problems:**
Numbness and tingling sensation of skin (ICD-782.0) (ICD10-R20.2)
Arm pain, left (ICD-729.5) (ICD10-M79.602)
Cervical spondylosis (ICD-721.0) (ICD10-M47.812)



**Orders:**
G8427-LIST CUR MEDS W/DOSAGES DOC BY PROV
1036F: CURRENT TOBACCO NON-USER
99204 Ofc Vst, New Level IV

Epidural Block
Comments: ___Lumbar _xx__Cervical ___Thoracic
___Left ___Right ___Bilateral
Level(s): C5-6
___Dr. Polk _xx__Dr. Parker ___1st Avail:

RTO after tests

**Impression:**
Cervical spondylosis, C4-5 and C5-6 with early hyperreflexia, possible early cervical myelopathy, and left arm pain, numbness, and tingling.

**Plan:**
I discussed with the patient that the majority of her compressive findings are on the right side with her majority of symptoms being left-sided. She does have a disk deslocation on the left at 4-5, but she carries a different segment of the radiculopathy being more consistent with a C6 than a true C5. She does have some hyperreflexia and some long tract signs without gross cord compression on her current cervical MRI although she does have stenosis and narrowing. It is quite possible that this has worsened from her imaging three months prior. I would like first to try a C5-6 epidural injection to see if this aids with her symptom control. If it does, then that may give more evidence to support operative intervention and would be helpful in treating of her symptoms; provides no benefit, then it will be harder to discern whether operative management improves her left arm symptoms and would be more for treating the central canal stenosis and cord compromise.

Todd Fountain, M.D.

TF / 6065
DD: 02/09/2017 10:37:00
DT: 02/09/2017 17:48:11
Job #: 305122 / 1500662

Electronically signed by Todd E Fountain MD on 02/13/2017 at 1:35 PM

0J189190026

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:



**Shanna L Richardson** Home:
Female DOB PID: 105669 Ins: BlueCare

**06/09/2016 - Office Visit: Neck Pain**
**Provider: Catherine Phelps NP**
**Location of Care: Semmes-Murphey Clinic**

## History of Present Illness

**Referred by:** Whitney Tolbert MD
**History from:** patient
**Reason for visit:** new referral
**Chief Complaint:** Neck Pain

Ms. Richardson is a 38-year-old female, who presents today with complaints of neck and left upper extremity pain since February 2016. She underwent xray imaging and was being managed by her PCP with steroids, muscle relaxer, and pain medicine. She reports that the steroid did not help and the pain med and muscle relaxer only give her a few hours of relief. She describes the pain as aching and burning that begins in the neck and radiates to the left shoulder blade and shoulder. The pain does not extend below the shoulder, but she does experience numbness and tingling in the left anterior arm and into all fingers of the left hand. She believes that this arm is getting weaker. She works in packaging at Nike and reports that she has noticed inability to lift as much with the left arm. Movement of the left arm and neck exacerbates the pain. She has tried ice and heat and neither have helped. She has difficulty getting comfortable to sleep at night. She denies any changes in gait, difficulty with fine motor skills, or bowel/bladder incontinence. PMH is significant for HTN, anxiety, and Guillain Barre syndrome in 1995, which has left her upper lip paralyzed and she reports past NCS have shown nerve damage.

## Review of Systems

A comprehensive multisystem review is significant for: sleep disturbance, blurry vision, muscle pain, muscle weakness, numbness, migraines, anxiety.
The following systems were reviewed and denied by the patient: Ears, Nose, Throat, Cardiovascular, Respiratory, Gastrointestinal, Genitourinary, Endocrine, Skin, Hematologic/Lymphatic, Allergy/Immunologic.

## PMFS History

**Past Medical History:**
Patient's past medical history includes High blood pressure, Migraines, Depression / anxiety.

**Past Surgical History:**
Hysterectomy

**Past Family History:**
Mother has high blood pressure. No one has cancer. No one had stroke. No one has lung disease. Mother has heart disease. No one has migraines. Mother has diabetes. No one has mental retardation. No one has neurological illness.
**Past Social History:**
**Tobacco use:** Never smoker
**Alcohol use:** No
**Occupation:** Packer
**Right or Left-handed:** Right-handed
**Marital Status:** Single
**Recent travel outside the US:** No

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:



**Shanna L Richardson** Home:
Female DOB: PID: 105669 Ins: BlueCare

**Pending lawsuits on your neurological condition:** No

## Other Patient Counseling

**Hypertension:** Patient is under the care of another physician.
**Obesity:** NA
**Diabetes:** NA

**Current Allergies (reviewed today):**
CODEINE (Critical)
PERCOCET (OXYCODONE-ACETAMINOPHEN) (Critical)
LORTAB (Critical)

**Current Medications (including changes made in today's visit):**
BC FAST PAIN RELIEF PACK (ASPIRIN-CAFFEINE PACK) PRN
CYCLOBENZAPRINE HCL 5 MG ORAL TABS (CYCLOBENZAPRINE HCL) 1 tab po TID prn
NORVASC 5 MG ORAL TABS (AMLODIPINE BESYLATE) 1 tab po qd
TRAMADOL HCL 50 MG ORAL TABS (TRAMADOL HCL) 1 tab po q 6hrs prn
AMITRIPTYLINE HCL 50 MG ORAL TABS (AMITRIPTYLINE HCL) 1 tab po qhs
TRAZODONE HCL 50 MG ORAL TABS (TRAZODONE HCL) 1 tab po qhs

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 38 Years Old Female |
| Height: | 63 inches |
| Weight: | 202 pounds |
| BMI: | 35.78 |
| Pulse rate: | 89 / minute |
| BP sitting: | 163 / 105 |

Vitals Entered By: Quaneshia James MA (June 9, 2016 9:25 AM)

## Physical Exam

**Appearance:** well developed, well nourished, no acute distress

**Gait and Station**
**Inspection:** normal

**Cardiovascular**
**Auscultation:** regular rate and rhythm, no skip, gallop or murmur
**Carotid arteries:** pulses 2+, symmetric, no bruits
**Peripheral vascular:** no cyanosis, clubbing, edema, or varicosities

**Respiratory**
**Respiratory effort:** normal
**Auscultation:** normal

**Cranial Nerves**
**1st (Olfaction):** normal
**Visual fields:** grossly intact by confrontation

0J189190026



**Ophthalmoscopic:** discs are sharp and flat, no a/v nicking, hemorrhages, or exudates
**Posterior segments:** vitreous, retina and vessels normal
**Pupils:** equal, round, reactive to light and *accommodation*
**EOM:** extraocular movements intact, normal gaze alignment
**5th (Trigeminal):** normal
**7th (Facial):** no weakness
**8th (Auditory):** normal
**9th (Glossophar):** *normal*
**11th (Spinal access):** no atrophy, normal strength bilaterally
**12th (Hypoglossal):** tongue midline on protrusion, no fasciculations

**Mental Status Exam**
**Orientation:** awake, alert, oriented to person, place and time
**Memory:** intact memory for recent and remote events
**Attention/concentration:** *normal* with attention and concentration
**Language:** normal for age
**Fund of knowledge:** normal for age

**Motor Exam**
**Upper Extremities**
Motor strength was 5/5 throughout with noted exceptions:
Left bicep 4+/5
**Bulk and Tone**
No abnormalities noted.
**Lower Extremities**
Motor strength was 5/5 throughout.
**Bulk and Tone**
No abnormalities noted.

**Reflex Exam**
**Upper Extremities**
No abnormalities noted.
**Lower Extremities**
No abnormalities noted.

**Pathologic Reflex**
No abnormalities noted.

**Sensory Exam** *Upper Extremities*
non anatomical distribution of decreased sensation in the left upper extremity

**Range of Motion**
**Head and Neck**
No abnormalities noted.
**Shoulders**
No abnormalities noted.

**Neurodiagnostic Assessment**
Xray imaging of cervical spine available for review. No gross abnormalities seen. Disc heights well maintained. No fractures or dislocations. Good alignment of cervical spine.

**PQRS:**



**PQRS Measure 130 G8427** : EP attests to documenting in the chart they obtained, updated, or reviewed the patient's current medications
**PQRS Measure 317 G8950** : Pre-Hypertensive or Hypertensive BP reading documented, and F/U is documented. Patient is to follow up with PCP or specialist to have their blood pressure treated.
**PQRS Measure 236 G8753** : Most recent systolic blood pressure greater than or equal to 140 mmHg
**PQRS Measure 236 G8755** : Most recent diastolic blood pressure greater than or equal to 90 mmHg
**PQRS Measure 128 G8417** : BMI is documented above *normal* parameters and a F/U plan is documented. Patient is to follow up with PCP or specialist for nutrition counseling.
**PQRS Measure 226 1036F** : Non-user of tobacco

**New Problems:**
Arm pain (ICD-729.5) (ICD10-M79.609)
Cervical radiculopathy (ICD-353.2) (ICD10-M54.12)
Numbness (ICD-782.0) (ICD10-R20.0)
Neck pain (ICD-723.1) (ICD10-M54.2)

**New medications:**
BC FAST PAIN RELIEF PACK – PRN
CYCLOBENZAPRINE HCL 5 MG ORAL TABS – 1 tab po TID prn
NORVASC 5 MG ORAL TABS – 1 tab po qd
TRAMADOL HCL 50 MG ORAL TABS – 1 tab po q 6hrs prn
AMITRIPTYLINE HCL 50 MG ORAL TABS – 1 tab po qhs
TRAZODONE HCL 50 MG ORAL TABS – 1 tab po qhs

**Orders:**
G8417 BMI documented above normal limits & F/U plan is documented
G8427-LIST CUR MEDS W/DOSAGES DOC BY PROV
72040 CR, XRAY, C-spine, AP/LAT, specify odontoid
1036F: CURRENT TOBACCO NON-USER
G8753 Most recent systolic blood pressure >= 140mmhg
G8755 Most recent diastolic blood pressure >= 90mmhg
G8950 Pre-hypertensive or hypertensive BP reading documented, & F/U documented
99203 Ofc Vst, New Level III

RTO after tests
Comments: w/Catherine Phelps
MRI C-Spine without contrast

**Impression:**
1. Neck pain.
2. Arm pain.
3. Numbness.
4. Cervical radiculopathy.

**Plan:**
1. Will obtain MRI cervical spine without contrast.
2. Appointment to follow.

0J189190026

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:



**Shanna L Richardson** Home:
Female DOB: PID: 105669 Ins: BlueCare

3. Patient instructed to continue current treatment for pain as prescribed by her PCP until MRI can be obtained.

**Electronically signed by Catherine Phelps NP on 08/21/2016 at 8:06 AM**

---

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:



**Shanna L Richardson** Home:
Female DOB: PID: 105669 Ins: BlueCare

**01/31/2019 - Imaging Report: X-ray chest 2 views.**
**Provider: Todd E Fountain MD**
**Location of Care: Semmes-Murphey Clinic**

X-ray chest 2 views.
ORDER: 883421-1

PATIENT: Richardson, Shanna
PATIENT ID: 105669
DATE OF BIRTH:

Exam: X-ray chest 2 views.

History. Preprocedure exam.

No previous chest x-rays for comparison. Heart size and pulmonary vascularity are within normal limits. The lungs are normally aerated. There is a mild thoracic scoliosis convex to the right.

This report was electronically signed by Dr. George Gallimore 1/31/2019 3:48 PM
Workstation: MSIT-IPMQPS

Electronically Authenticated by RADIOLOGIST: George Gallimore, M.D.
REPORT: 01/31/2019

**Electronically signed by Todd E Fountain MD on 02/05/2019 at 12:28 PM**

---

0J189190026

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*February 6, 2019*
Page 1
Lab Report

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare
Home:

**01/31/2019 - Lab Report: PARTIAL THROMBOPLASTIN TIME, ACTIVATED**
**Provider: Todd E Fountain MD**
**Location of Care: Semmes-Murphey Clinic**
**This document contains external references**

```
Patient: SHANNA L RICHARDSON
ID: Quest 105669
Note: All result statuses are Final unless otherwise noted.

Tests: (1) PARTIAL THROMBOPLASTIN TIME, ACTIVATED (763)
 PARTIAL THROMBOPLASTIN TIME, ACTIVATED
                        31 sec                  22-34          *1

    This test has not been validated for monitoring
    unfractionated heparin therapy. For testing that
    is validated for this type of therapy, please refer
    to the Heparin Anti-Xa assay (test code 30292).

    For additional information, please refer to
    http://education.QuestDiagnostics.com/faq/FAQ159
    (This link is being provided for
    informational/educational purposes only.)

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 02/01/2019 5:03 AM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 01/31/2019 15:22:00
Requested date-time:
Receipt date-time: 01/31/2019 15:24:00
Reported date-time: 02/01/2019 04:55:00
Referring Physician:
Ordering Physician: TODD FOUNTAIN (tfountain)
Specimen Source:
Source: Quest
Filler Order Number: AL991187A2
Lab site: AT Quest Diagnostics-Atlanta 1777 Montreal Circle Tucker GA 30084-
6802 Dr Andrew N Young
Producer ID *1:AT
```

---

```
External Attachment:

  Type:     Other
  Comment:  Enhanced View
```

**Filed automatically (without signature) on 02/01/2019 at 5:03 AM**

---

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*February 6, 2019*
Page 2
Lab Report

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare
Home:

**Electronically signed by Todd E Fountain MD on 02/05/2019 at 12:28 PM**

---

0J189190026

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*February 6, 2019*
Page 1
Lab Report

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare
Home:

**01/31/2019 - Lab Report: PROTHROMBIN TIME-INR**
**Provider: Todd E Fountain MD**
**Location of Care: Semmes-Murphey Clinic**
**This document contains external references**

```
Patient: SHANNA L RICHARDSON
ID: Quest 105669
Note: All result statuses are Final unless otherwise noted.

Tests: (1) PROTHROMBIN TIME-INR (8847)
  INR                        0.9                                *1
    Reference Range                0.9-1.1
    Moderate-intensity Warfarin Therapy 2.0-3.0
    Higher-intensity Warfarin Therapy   3.0-4.0

  PT                         9.6 sec             9.0-11.5

    For more information on this test, go to:
    http://education.questdiagnostics.com/faq/FAQ104


Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 02/01/2019 5:02 AM

(1) Order result status: Final
Collection or observation date-time: 01/31/2019 15:22:00
Requested date-time:
Receipt date-time: 01/31/2019 15:24:00
Reported date-time: 02/01/2019 04:55:00
Referring Physician:
Ordering Physician: TODD FOUNTAIN (tfountain)
Specimen Source:
Source: Quest
Filler Order Number: AL991187A5
Lab site: AT Quest Diagnostics-Atlanta 1777 Montreal Circle Tucker GA 30084-
6802 Dr Andrew N Young
Producer ID *1:AT

External Attachment:

  Type:     Other
  Comment:  Enhanced View
```

**Filed automatically (without signature) on 02/01/2019 at 5:03 AM**

**Electronically signed by Todd E Fountain MD on 02/05/2019 at 12:26 PM**

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*February 6, 2019*
Page 2
Lab Report

**Shanna L Richardson**
Female DOB PID: 105669 Ins: BlueCare
Home:

0J1891900026

Semmes-Murphey Clinic
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

February 6, 2019
Page 1
Lab Report

Shanna L Richardson
Female DOB: PID: 105669 Ins: BlueCare
Home:

**01/31/2019 - Lab Report: CBC (INCLUDES DIFF/PLT)**
**Provider: Todd E Fountain MD**
**Location of Care: Semmes-Murphey Clinic**
**This document contains external references**

Patient: SHANNA L RICHARDSON
ID: Quest 105669
Note: All result statuses are Final unless otherwise noted.

Tests: (1) CBC (INCLUDES DIFF/PLT) (6399)

| | | | | |
|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | | | | |
| | | 10.0 Thousand/uL | 3.8-10.8 | *1 |
| RED BLOOD CELL COUNT | | 4.13 Million/uL | 3.80-5.10 | |
| HEMOGLOBIN | | 12.5 g/dL | 11.7-15.5 | |
| HEMATOCRIT | | 37.9 % | 35.0-45.0 | |
| MCV | | 91.8 fL | 80.0-100.0 | |
| MCH | | 30.3 pg | 27.0-33.0 | |
| MCHC | | 33.0 g/dL | 32.0-36.0 | |
| RDW | | 11.6 % | 11.0-15.0 | |
| PLATELET COUNT | [H] | 498 Thousand/uL | 140-400 | |
| MPV | | 10.9 fL | 7.5-12.5 | |
| ABSOLUTE NEUTROPHILS | | 6470 cells/uL | 1500-7800 | |
| ABSOLUTE LYMPHOCYTES | | 2740 cells/uL | 850-3900 | |
| ABSOLUTE MONOCYTES | | 560 cells/uL | 200-950 | |
| ABSOLUTE EOSINOPHILS | | 190 cells/uL | 15-500 | |
| ABSOLUTE BASOPHILS | | 40 cells/uL | 0-200 | |
| NEUTROPHILS | | 64.7 % | | |
| LYMPHOCYTES | | 27.4 % | | |
| MONOCYTES | | 5.6 % | | |
| EOSINOPHILS | | 1.9 % | | |
| BASOPHILS | | 0.4 % | | |

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 02/01/2019 5:02 AM

---

(1) Order result status: Final
Collection or observation date-time: 01/31/2019 15:22:00
Requested date-time:
Receipt date-time: 01/31/2019 15:24:00
Reported date-time: 02/01/2019 04:55:00
Referring Physician:
Ordering Physician: TODD FOUNTAIN (tfountain)
Specimen Source:
Source: Quest
Filler Order Number: AL991187A4
Lab site: AT Quest Diagnostics-Atlanta 1777 Montreal Circle Tucker GA 30084-6802 Dr Andrew N Young
Producer ID *1:AT

Semmes-Murphey Clinic
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

February 6, 2019
Page 2
Lab Report

Shanna L Richardson
Female DOB: PID: 105669 Ins: BlueCare
Home:

-----------------

The following lab values were dispersed to the flowsheet
with no units conversion:

WHITE BLOOD CELL COUNT, 10.0 THOUSAND/UL, (F) expected units: 10*3/mm3
RED BLOOD CELL COUNT, 4.13 MILLION/UL, (F) expected units: 10*6/mm3
MCHC, 33.0 G/DL, (F) expected units: %
PLATELET COUNT, 498 THOUSAND/UL, (F) expected units: 10*3/mm3
ABSOLUTE NEUTROPHILS, 6470 CELLS/UL, (F) expected units: K/uL
ABSOLUTE LYMPHOCYTES, 2740 CELLS/UL, (F) expected units: K/uL
ABSOLUTE MONOCYTES, 560 CELLS/UL, (F) expected units: K/uL
ABSOLUTE EOSINOPHILS, 190 CELLS/UL, (F) expected units: 10*3/mm3
ABSOLUTE BASOPHILS, 40 CELLS/UL, (F) expected units: K/uL

---

External Attachment:

Type: Other
Comment: Enhanced View

**Filed automatically (without signature) on 02/01/2019 at 5:03 AM**

---

**Electronically signed by Todd E Fountain MD on 02/05/2019 at 12:21 PM**

---

0J189190026

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*February 6, 2019*
Page 1
Lab Report

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare
Home:

**01/31/2019 - Lab Report: URINALYSIS, COMPLETE**
**Provider: Todd E Fountain MD**
**Location of Care: Semmes-Murphey Clinic**
**This document contains external references**

Patient: SHANNA L RICHARDSON
ID: Quest 105669
Note: All result statuses are Final unless otherwise noted.

Tests: (1) URINALYSIS, COMPLETE (5463)

| | | | | |
|---|---|---|---|---|
| COLOR | | YELLOW | YELLOW | *1 |
| APPEARANCE | | CLEAR | CLEAR | |
| SPECIFIC GRAVITY | | 1.021 | 1.001-1.035 | |
| PH | | 7.0 | 5.0-8.0 | |
| GLUCOSE | | NEGATIVE | NEGATIVE | |
| BILIRUBIN | | NEGATIVE | NEGATIVE | |
| KETONES | | NEGATIVE | NEGATIVE | |
| OCCULT BLOOD | | NEGATIVE | NEGATIVE | |
| PROTEIN | | NEGATIVE | NEGATIVE | |
| NITRITE | | NEGATIVE | NEGATIVE | |
| LEUKOCYTE ESTERASE | | NEGATIVE | NEGATIVE | |
| WBC | [A] | 6-10 /HPF | < OR = 5 | |
| RBC | | 0-2 /HPF | < OR = 2 | |
| SQUAMOUS EPITHELIAL CELLS | [A] | 6-10 /HPF | < OR = 5 | |
| BACTERIA | | NONE SEEN /HPF | NONE SEEN | |
| HYALINE CAST | | NONE SEEN /LPF | NONE SEEN | |
| ! NOTE | | This urine was... | | |

This urine was analyzed for the presence of WBC, RBC, bacteria, casts, and other formed elements. Only those elements seen were reported.

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 02/01/2019 5:02 AM

---

(1) Order result status: Final
Collection or observation date-time: 01/31/2019 15:22:00
Requested date-time:
Receipt date-time: 01/31/2019 15:24:00
Reported date-time: 02/01/2019 04:55:00
Referring Physician:
Ordering Physician: TODD FOUNTAIN (tfountain)
Specimen Source:
Source: Quest
Filler Order Number: AL991187A3
Lab site: AT Quest Diagnostics-Atlanta 1777 Montreal Circle Tucker GA 30084-6802 Dr Andrew N Young
Producer ID *1:AT

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*February 6, 2019*
Page 2
Lab Report

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare
Home:

---

The following non-numeric lab results were dispersed to the flowsheet even though numeric results were expected:

WBC, 6-10

---

External Attachment:

Type: Other
Comment: Enhanced View

**Filed automatically (without signature) on 02/01/2019 at 5:03 AM**

---

**Electronically signed by Todd E Fountain MD on 02/05/2019 at 12:21 PM**

---

0J189190026

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*February 6, 2019*
Page 1
Lab Report

**Shanna L Richardson** Home:
Female DOB: PID: 105669 Ins: BlueCare

**01/31/2019 - Lab Report: BASIC METABOLIC PANEL**
**Provider: Todd E Fountain MD**
**Location of Care: Semmes-Murphey Clinic**
**This document contains external references**

Patient: SHANNA L RICHARDSON
ID: Quest 105669
Note: All result statuses are Final unless otherwise noted.

Tests: (1) BASIC METABOLIC PANEL (10165)

| | | | |
|---|---|---|---|
| GLUCOSE | (H) 100 mg/dL | 65-99 | *1 |

Fasting reference interval

For someone without known diabetes, a glucose value between 100 and 125 mg/dL is consistent with prediabetes and should be confirmed with a follow-up test.

| | | |
|---|---|---|
| UREA NITROGEN (BUN) | 16 mg/dL | 7-25 |
| CREATININE | 0.75 mg/dL | 0.50-1.10 |
| eGFR NON-AFR. AMERICAN | 99 mL/min/1.73m2 | > OR = 60 |
| eGFR AFRICAN AMERICAN | 115 mL/min/1.73m2 | > OR = 60 |
| BUN/CREATININE RATIO | NOT APPLICABLE (calc) | 6-22 |
| SODIUM | 140 mmol/L | 135-146 |
| POTASSIUM | 3.9 mmol/L | 3.5-5.3 |
| CHLORIDE | 105 mmol/L | 98-110 |
| CARBON DIOXIDE | 25 mmol/L | 20-32 |
| CALCIUM | 9.5 mg/dL | 8.6-10.2 |

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 02/01/2019 5:02 AM

---

(1) Order result status: Final
Collection or observation date-time: 01/31/2019 15:22:00
Requested date-time:
Receipt date-time: 01/31/2019 15:24:00
Reported date-time: 02/01/2019 04:55:00
Referring Physician:
Ordering Physician: TODD FOUNTAIN (tfountain)
Specimen Source:
Source: Quest
Filler Order Number: AL991187A1
Lab site: AT Quest Diagnostics-Atlanta 1777 Montreal Circle Tucker GA 30084-6802 Dr Andrew N Young
Producer ID *1:AT

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*February 6, 2019*
Page 2
Lab Report

**Shanna L Richardson** Home:
Female DOB: PID: 105669 Ins: BlueCare

-----------------

The following non-numeric lab results were dispersed to the flowsheet even though numeric results were expected:

BUN/CREATININE RATIO, NOT APPLICABLE

---

External Attachment:

Type: Other
Comment: Enhanced View

**Filed automatically (without signature) on 02/01/2019 at 5:03 AM**

---

**Electronically signed by Todd E Fountain MD on 02/05/2019 at 12:21 PM**

---

0J1891900026

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*February 6, 2019*
Page 1
Imaging Report

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare
Home

**06/09/2016 - Imaging Report: X-ray C-spine 3 views**
**Provider: Catherine Phelps NP**
**Location of Care: Semmes-Murphey Clinic**

X-ray C-spine 3 views
ORDER: 527473-9

PATIENT: Richardson, Shanna
PATIENT ID: 105669
DATE OF BIRTH:

EXAMINATION: X-ray C-spine 3 views

HISTORY:
Arm pain, cervical radiculopathy, neck pain, numbness

Reference exam
No reference

FINDINGS:
3 views the C-spine provided view.

There is mild reversal of the normal cervical curvature. Cervical contour and alignment
is otherwise normal.

The vertebral body heights are maintained.

There is moderate disc space height loss with ventral and posterior osteophyte formation
C5-C6. Disc space heights otherwise normal.

The prevertebral soft tissues, atlantoaxial relationship, and lung apices appear normal.

IMPRESSION:
C5-C6 DDD.

Electronically Authenticated by RADIOLOGIST: Randy Horras, M.D.
REPORT: 06/09/2016

**Electronically signed by Catherine Phelps NP on 06/21/2016 at 8:07 AM**

---

Richardson, Shanna L (MRN 10272441)><#hdinfo2=

The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138

**Department Of Radiology**

Patient:Richardson, Shanna L
MRN:1C10272441
Account Number:
DOB/Age/Sex: 38 year old female
Patient Location:
Patient Type:Outpatient

Admitting Physician:
Admit Date:
Discharge Date:

| Exam | Accession Number | Exam Date/Time | Ordering Dr. |
|---|---|---|---|
| X-Ray Cervical Spine AP Lateral and Odontoid | XR160427138 | 05/24/2016 2:00 PM | Whitney Tolbert, NP |

**Reason For Exam**
None Specified

**Report Final**

No fractures or dislocations

Electronically Signed By: WARR, ALSTON GRAHAM on 5/24/2016 6:02 PM

EMR

These images were personally by the physician named above and the report reflects his/her interpretation.

Patient: Richardson, Shanna L
MRN: 10272441
Patient Location:
Print Date/Time: 5/25/2016 10:30 AM

0J189190026

MIDSOUTH
IMAGING

7600 Wolf River Blvd Suite 200
Germantown, TN 38138

P [illegible]
F [illegible]
www.[illegible].com

CAMPBELL CLINIC

| | |
|---|---|
| PATIENT: | Shanna Richardson |
| PATIENT#: | 1009045 |
| DOB: | |
| PHYSICIAN: | Ashley Park, M D |
| DOS: | 11/02/2016 16.47 |

MRI CERVICAL SPINE

HISTORY:
Cervical radiculopathy.

ICD10 CODE:
M54.2

TECHNIQUE:
T1 W and fast spin-echo T2 W sagittal and fast spin echo T2W and gradient echo axial imaging is performed through the cervical spine using a posterior surface coil at 3.0 Tesla.

FINDINGS:
Cervical vertebral bodies maintain normal signal intensity, curvature, and alignment. The cervical cord is normal in caliber and signal intensity. Axial images are obtained from the C2 level through the cervicothoracic junction.

C2-C3: The dorsal disc margin at this level is intact without canal or foraminal narrowing.

C3-C4: The dorsal disc margin at this level is intact without canal or foraminal narrowing.

C4-C5: Minimal disc bulge is present without significant canal or foraminal narrowing.

C5-C6: A mild broad-based disc bulge generates mild central canal and right-sided foraminal stenosis. The left neural foramen is patent.

C6-C7: The dorsal disc margin at this level is intact without canal or foraminal narrowing.

C7-T1: The dorsal disc margin at this level is intact without canal or foraminal narrowing.

OPINION:
Mild cervical disc bulging generates mild C5-6 central canal and right-sided foraminal stenosis.



CAMPBELL CLINIC

| | |
|---|---|
| PATIENT: | Shanna Richardson |
| PATIENT#: | 1009045 |

Dexter Witte, M.D.
11/03/2016 09.27

0J189190026



BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1708
Amb Encounter Report

Richardson, Shanna L
MRN: 10272441, DOB , Sex: F
Visit date: 1/16/2014

0J189190026

## Demographics

Name: Shanna L Richardson
Address:
Date of birth: Sex: Female Gender identity: Female
Email: Home phone:

Relationships

| Name | Relation to Patient | Phone Number | |
|---|---|---|---|
| Linda Richardson | Mother | Home | |
| Timothy Lloyd | Friend | Mobile: | (primary) |

## Visit Summary

### Reason for Visit

| | |
|---|---|
| **Abdominal Pain** | mid abdomen, pt states that stomach burns after eating |

### Diagnoses

| | Comments |
|---|---|
| **Epigastric abdominal pain** - Primary | |
| **Anxiety** | |
| **Essential hypertension, benign** | |
| **Depression** | |
| **Insomnia** | |

### Problem List as of 1/16/2014

Date Reviewed: **1/16/2014**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM: F41.1<br>ICD-9-CM: 300.00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM: I10<br>ICD-9-CM: 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 2/15/2013 - Present |

Reviewed by Barbara Holden, LPN on 1/16/2014

### Allergies as of 1/16/2014

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrochloric Acid (bulk)**<br>Other reaction(s): Itching, Nausea | 01/15/2014 | | |

### Immunizations

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical**<br>Given By: | 01/01/16 | | | |
| **Influenza TIV historical**<br>Given By: Joyce Bradshaw, RN | Thu Oct 9, 2014 2:12 PM | 0.5 mL | Intramuscular | Left deltoid |
| **Influenza QIV PF 3+ yrs**<br>Given By: Susan King | 09/21/17 | 0.5 mL | Intramuscular | Left deltoid |



BAPTIST

PLEASE NOTE:

1. The hospitals and physician practices affiliated with Baptist utilize an electronic health record. Electronic health records differ greatly from paper-based health records and rely on a system of reports to fulfill a request for a health record. As a result of the report-based nature of the electronic health record, electronic health records may vary over time or by printing, even for the same episode of care.

2. Any entries, such as transcribed reports, which have ***not*** been reviewed and signed by the physician or other provider, should be treated as incomplete.

3. Due to cost and time of reproduction, certain data such as, radiology films/images, monitor strips, photographs/videos, tracings or other graphic data, Secure Chat text messages and outside records received from other healthcare entities are not routinely included in the release for medical records, unless specified by the requestor. This is true even if you have requested "the entire medical record". To request copies of such information, please specifically list those items on a signed authorization and send it to the hospital or physician practice. A cost estimate for the additional data can be provided prior to processing the request.

0J189190026

Treatment Vitals (all recorded)

**Treatment Vitals**

No documentation.

## Patient History

**Medical as of 1/16/2014**

None

**Surgical as of 1/16/2014**

None

**Family as of 1/16/2014**

None

**Family Status as of 1/16/2014**

None

**Tobacco Use as of 1/16/2014**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | | Unknown | — | Provider |

**Alcohol Use as of 1/16/2014**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

| Frequency | Standard Drinks | Binge Drinking |
|---|---|---|
| — | — | — |

**Drug Use as of 1/16/2014**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Sexual Activity as of 1/16/2014**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 1/16/2014**

None

**Occupational as of 1/16/2014**

None

**Socioeconomic as of 1/16/2014**



BAPTIST. BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report
Richardson, Shanna L
MRN: 10272441, DOB: [redacted], Sex: F
Visit date: 1/16/2014

Visit Summary (continued)

**Immunizations (continued)** RICHARDSON,SHANNA L

Influenza TIV historical

| Date | Manufacturer | Lot # | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|
| 10/9/2014 | PMC | UI1 B5 AA | IM/LD | 0.5 mL | 8/19/14 | Joyce Bradshaw, RN |

1/1/2016

Influenza QIV PF 3+ yrs

| Date | Manufacturer | Lot # | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|
| 9/21/2017 | SKB | 9B K4 X | IM/LD | 0.5 mL | 8/07/15 | Susan King |

**Vitals**

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 138/100 ! | 92 | 98.8 °F (37.1 °C) | 17 | 5' 3" (1.6 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 209 lb (94.8 kg) | 98% | 37.02 kg/m² |

0J189190026



**Medications (continued)**

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **PARoxetine (PAXIL) 40 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (40 mg total) by mouth one (1) time a day.<br>Route: Oral | 30 tablet | 5 | 1/16/2014 | 11/21/2014 |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth nightly.<br>Class: Historical Med<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | | 1/16/2014 |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (50 mg total) by mouth nightly.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 1/16/2014 | 11/4/2014 |

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth nightly. - Oral<br>Class: Historical Med | | | | 1/16/2014 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth one (1) time a day. - Oral<br>Class: Historical Med | | | | 1/16/2014 |
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth every 8 (eight) hours. - Oral<br>Class: Historical Med | | | | 7/24/2014 |
| **medroxyPROGESTERone 150 mg/mL Syrg (Taking)**<br>Sig: MedroxyPROGESTERone Acetate 150 MG/ML Intramuscular Suspension; INJECT EVERY 12 WEEKS AS DIRECTED, Qty: 1 (Active)<br>Class: Historical Med | | | | 7/24/2014 |
| **PARoxetine (PAXIL) 40 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth one (1) time a day. - Oral<br>Class: Historical Med | | | | 1/16/2014 |
| **traZODone (DESYREL) 50 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth nightly. - Oral<br>Class: Historical Med | | | | 1/16/2014 |

**Discontinued Medications**

| | Reason for Discontinue |
|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet** | Reorder |
| **amLODIPine (NORVASC) 10 MG tablet** | Reorder |
| **PARoxetine (PAXIL) 40 MG tablet** | Reorder |
| **traZODone (DESYREL) 50 MG tablet** | Reorder |

**Ordered Medications**





**Socioeconomic as of 1/16/2014 (continued)**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino | Black or African American | — |

| Financial Resource Strain | Food Insecurity Worry | Food Insecurity Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

**Medications**

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth nightly.<br>Class: Historical Med<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | | 1/16/2014 |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (50 mg total) by mouth nightly.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 1/16/2014 | 1/16/2015 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth one (1) time a day.<br>Class: Historical Med<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | | 1/16/2014 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (10 mg total) by mouth one (1) time a day.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth every 8 (eight) hours.<br>Class: Historical Med<br>Route: Oral | | | | 7/24/2014 |
| **medroxyPROGESTERone 150 mg/mL Syrg (Taking/Discontinued)**<br>Sig: MedroxyPROGESTERone Acetate 150 MG/ML Intramuscular Suspension; INJECT EVERY 12 WEEKS AS DIRECTED; Qty: 1 (Active)<br>Class: Historical Med<br>Reason for Discontinue: **Therapy completed** | | | | 7/24/2014 |
| **PARoxetine (PAXIL) 40 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth one (1) time a day.<br>Class: Historical Med<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | | 1/16/2014 |

0J189190026

**Medications - Medication Orders (continued)**

**amLODIPine (NORVASC) 10 MG tablet [1782289] (continued)**

Diagnoses
Essential hypertension, benign [401.1 (ICD-9-CM)]
Medication Route: Oral
Medication Directions: Take 1 tablet (10 mg total) by mouth one (1) time a day.
End Date/Time: 12/2/2016
Medication Dose: 10 mg
Priority: Routine
Start Date/Time: 01/16/14 0000

**PARoxetine (PAXIL) 40 MG tablet [1782290]**

Electronically signed by: **Barbara Holden, LPN on 01/16/14 0951** Status: **Discontinued**
Ordering user: Barbara Holden, LPN 01/16/14 0951
Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: Daily 01/16/14 - 11/21/14
Discontinued by: Whitney Tolbert, NP 11/21/14 0910
Diagnoses
Anxiety [300.00 (ICD-9-CM)]
Depression [311 (ICD-9-CM)]
Medication Route: Oral
Medication Directions: Take 1 tablet (40 mg total) by mouth one (1) time a day.
End Date/Time: 11/21/2014
Medication Dose: 40 mg
Priority: Routine
Start Date/Time: 01/16/14 0000

**traZODone (DESYREL) 50 MG tablet [1782291]**

Electronically signed by: **Barbara Holden, LPN on 01/16/14 0951** Status: **Discontinued**
Ordering user: Barbara Holden, LPN 01/16/14 0951
Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: Nightly 01/16/14 - 11/04/14
Discontinued by: Alston Graham Warr, MD 11/05/14 0908 [Reorder]
Diagnoses
Insomnia [780.52 (ICD-9-CM)]
Anxiety [300.00 (ICD-9-CM)]
Essential hypertension, benign [401.1 (ICD-9-CM)]
Medication Route: Oral
Medication Directions: Take 1 tablet (50 mg total) by mouth nightly.
End Date/Time: 11/4/2014
Medication Dose: 50 mg
Priority: Routine
Start Date/Time: 01/16/14 0000

**Orders**

**All Orders and Results Except Lab and Imaging**

No orders and results found

**Result Summary**





**Medications (continued)**

**Ordered Medications (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth nightly. - Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 1/16/2014 | 1/16/2015 |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth one (1) time a day. - Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **PARoxetine (PAXIL) 40 MG tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (40 mg total) by mouth one (1) time a day. - Oral | 30 tablet | 5 | 1/16/2014 | 11/21/2014 |
| **traZODone (DESYREL) 50 MG tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth nightly. - Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 1/16/2014 | 11/4/2014 |
| **omeprazole (PRILOSEC) 40 MG capsule**<br>Sig - Route: Take 1 capsule (40 mg total) by mouth one (1) time a day. - Oral | 30 capsule | 1 | 1/16/2014 | 2/15/2014 |

**Medication Administration Record**

(There are no med orders for this encounter)

**Medications - Medication Orders**

**omeprazole (PRILOSEC) 40 MG capsule [1782297]**

Electronically signed by: **Whitney Tolbert, NP on 01/16/14 1021** Status: **Expired**
Ordering user: Whitney Tolbert, NP 01/16/14 1021
Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: Daily 01/16/14 - 30 days
Diagnoses
Epigastric abdominal pain [789.06 (ICD-9-CM)]
Medication Route: Oral
Medication Directions: Take 1 capsule (40 mg total) by mouth one (1) time a day.
End Date/Time: 02/15/14 11:59 PM
Medication Dose: 40 mg
Priority: Routine
Start Date/Time: 01/16/14 0000

**amitriptyline (ELAVIL) 50 MG tablet [839783]**

Electronically signed by: **Barbara Holden, LPN on 01/16/14 0951** Status: **Discontinued**
Ordering user: Barbara Holden, LPN 01/16/14 0951
Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: Nightly 01/16/14 - 01/16/15
Discontinued by: Whitney Tolbert, NP 01/16/15 0840 [Reorder]
Diagnoses
Anxiety [300.00 (ICD-9-CM)]
Medication Route: Oral
Medication Directions: Take 1 tablet (50 mg total) by mouth nightly.
End Date/Time: 1/16/2015
Medication Dose: 50 mg
Priority: Routine
Start Date/Time: 01/16/14 0000

**amLODIPine (NORVASC) 10 MG tablet [1782289]**

Electronically signed by: **Barbara Holden, LPN on 01/16/14 0951** Status: **Discontinued**
Ordering user: Barbara Holden, LPN 01/16/14 0951
Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: Daily 01/16/14 - 12/02/16
Discontinued by: Whitney Tolbert, NP 12/02/16 0835 [Reorder]

## All Lab and Imaging Orders and Results (continued)

**Lipase (continued)**

1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

0J1891900026

**CBC with differential**

Electronically signed by: **Whitney Tolbert, NP on 01/16/14 1006** Status: **Completed**
Ordering user: Whitney Tolbert, NP 01/16/14 1006 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: 01/16/14 -
Diagnoses
Epigastric abdominal pain [789.06 (ICD-9-CM)]

Resulted: 01/16/14 1036, Result status: Final result

CBC with differential [1782294] (Abnormal)

Resulting lab: LIGHT LAB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 14LL016-L0035 | Blood | — | 01/16/14 1029 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 6.9 | 5.0 - 10.0 K/uL | — | LIGHT Lab |
| RBC | 4.12 | 4.10 - 5.40 10^6/µL | — | LIGHT Lab |
| Hemoglobin | 13.1 | 12 - 16 g/dL | — | LIGHT Lab |
| Hematocrit | 38.2 | 37 - 47 % | — | LIGHT Lab |
| MCV | 92.8 | 80 - 97 fL | — | LIGHT Lab |
| MCH | 31.7 | 27 - 32 pg | — | LIGHT Lab |
| MCHC | 34 | 32 - 36 g/dL | — | LIGHT Lab |
| RDW SD | 13.5 | 36.4 - 46.3 fL | L | LIGHT Lab |
| Platelet | 401 | 150 - 500 K/µL | — | LIGHT Lab |
| MPV | 7.7 | 7.4 - 10.4 fL | — | LIGHT Lab |
| Absolute Neutrophil | 4.20 | 2.50 - 7.50 K/uL | — | LIGHT Lab |
| Absolute Lymphocyte | 2.5 | 1.0 - 4.0 K/uL | — | LIGHT Lab |
| Absolute Monocyte | 0.20 | 0.05 - 0.80 K/uL | — | LIGHT Lab |
| Neutrophil percent | 60.8 | 50.0 - 75.0 % | — | LIGHT Lab |
| Lymphocyte percent | 36.2 | 20.0 - 40.0 % | — | LIGHT Lab |
| Monocyte percent | 3.0 | 0.0 - 6.0 % | — | LIGHT Lab |

**Comprehensive metabolic panel**

Electronically signed by: **Whitney Tolbert, NP on 01/16/14 1006** Status: **Completed**
Ordering user: Whitney Tolbert, NP 01/16/14 1006 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: 01/16/14 -
Diagnoses
Epigastric abdominal pain [789.06 (ICD-9-CM)]

Resulted: 01/16/14 1832, Result status: Final result

Comprehensive metabolic panel [1782295] (Abnormal)

Resulting lab: AEL





## All Lab and Imaging Orders and Results

**Amylase**

Electronically signed by: **Whitney Tolbert, NP on 01/16/14 1006** Status: **Completed**
Ordering user: Whitney Tolbert, NP 01/16/14 1006 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: 01/16/14 -
Diagnoses
Epigastric abdominal pain [789.06 (ICD-9-CM)]

Resulted: 01/16/14 1832, Result status: Final result

Amylase [1782292]

Resulting lab: AEL

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 14A016-Z00052 | Blood | — | 01/16/14 1029 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Amylase | 61 | 29 - 103 U/L | — | AEL |

Comment:

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

**Lipase**

Electronically signed by: **Whitney Tolbert, NP on 01/16/14 1006** Status: **Completed**
Ordering user: Whitney Tolbert, NP 01/16/14 1006 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: 01/16/14 -
Diagnoses
Epigastric abdominal pain [789.06 (ICD-9-CM)]

Resulted: 01/16/14 1819, Result status: Final result

Lipase [1782293]

Resulting lab: AEL

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 14A016-Z00051 | Blood | — | 01/16/14 1029 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lipase | 12 | 11 - 82 U/L | — | AEL |

Comment:

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS

0J18919002G

**All Lab and Imaging Orders and Results (continued)**

**H. pylori antibody, IgG (continued)**

| | | | |
|---|---|---|---|
| 14LL016-L0036 | Blood | — | 01/16/14 1029 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| H pylori IgG | Negative | Negative | — | LIGHT Lab |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 13 - AEL | AEL | Dr. Michael Bugg | 1701 Century Center Cove Memphis TN 38134 | 07/30/13 1434 - 08/10/15 1422 |
| 109 - LIGHT Lab | LIGHT LAB | Unknown | 7715 Wolf River Blvd Germantown TN 38138 | 06/05/13 1733 - Present |

**Progress Notes**

**Progress Notes by Whitney Tolbert, NP at 1/16/2014 10:14 AM**

Author: Whitney Tolbert, NP Service: — Author Type: Nurse Practitioner
Encounter Date: 1/16/2014 Creation Time: 1/16/2014 10:14 AM Filed: 1/16/2014 11:52 AM
Status: Signed Editor: Whitney Tolbert, NP (Nurse Practitioner)

**Subjective:**

**Patient ID: Shanna L Richardson is a 36 y.o. female.**

**Abdominal Pain**

This is a new problem. The current episode started in the past 7 days. The onset quality is gradual. The problem occurs constantly. The problem has been unchanged. The pain is located in the epigastric region. The pain is moderate. The quality of the pain is burning. The abdominal pain does not radiate. Associated symptoms include nausea. Pertinent negatives include no anorexia, arthralgias, belching, constipation, diarrhea, dysuria, fever, flatus, frequency, headaches, hematochezia, hematuria, melena, myalgias, vomiting or weight loss. The pain is aggravated by eating and certain positions. The pain is relieved by nothing. She has tried nothing for the symptoms. There is no history of gallstones, GERD, pancreatitis or PUD.

Review of Systems
Constitutional: Negative for fever, weight loss and fatigue.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive for nausea and abdominal pain. Negative for vomiting, diarrhea, constipation, blood in stool, melena, hematochezia, anorexia and flatus.
Genitourinary: Negative for dysuria, frequency and hematuria.
Musculoskeletal: Negative for myalgias and arthralgias.
Neurological: Negative for dizziness, weakness and headaches.





**All Lab and Imaging Orders and Results (continued)**

**Comprehensive metabolic panel (continued)**

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 14A016-Z00052 | Blood | — | 01/16/14 1029 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 140 | 135 - 145 mEq/L | — | AEL |
| Potassium | 3.7 | 3.5 - 5.3 mEq/L | — | AEL |
| Chloride | 105 | 98 - 107 mEq/L | — | AEL |
| CO2 | 24 | 21 - 31 mEq/L | — | AEL |
| BUN | 10 | 7 - 25 mg/dl | — | AEL |
| Creatinine | 0.91 | 0.6 - 1.3 mg/dl | — | AEL |
| Glucose | 92 | 65 - 100 mg/dl | — | AEL |
| Calcium | 9.6 | 8.6 - 10.3 mg/dl | — | AEL |
| Protein total | 7.1 | 6.4 - 8.3 g/dl | — | AEL |
| Albumin | 4.4 | 3.5 - 5.2 g/dl | — | AEL |

Comment:
Calcium measurements are adversely affected by the use of Omniscan during MRI. Analysis of calcium is not recommended for 12 to 24 hours after the use of the contrast agent.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| AST | 14 | 13 - 40 U/L | — | AEL |
| ALT | 15 | 7 - 52 U/L | — | AEL |
| ALP | 111 | 34 - 104 U/L | H | AEL |
| Bilirubin total | 0.4 | 0.3 - 1.2 mg/dl | — | AEL |
| eGFR non-African American | 81 | mL/min/1.73m2 | — | AEL |
| eGFR African American | 94 | mL/min/1.73m2 | — | AEL |

Comment:

ESTIMATED GFR (CALCULATED) REF RANGE: > OR = 60 mL/min/1.73M2

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

**H. pylori antibody, IgG**

Electronically signed by: **Whitney Tolbert, NP on 01/16/14 1008** Status: **Completed**
Ordering user: Whitney Tolbert, NP 01/16/14 1008 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: 01/16/14 -
Diagnoses
Epigastric abdominal pain [789.06 (ICD-9-CM)]
Resulted: 01/16/14 1042, Result status: Final result

H. pylori antibody, IgG [1782298] (Normal)

Resulting lab: LIGHT LAB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|

0J189190026

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 1/16/2014 10:14 AM (continued)**

**Depression**
- PARoxetine (PAXIL) 40 MG tablet; Take 1 tablet (40 mg total) by mouth one (1) time a day.

**Insomnia**
- traZODone (DESYREL) 50 MG tablet; Take 1 tablet (50 mg total) by mouth nightly.

Return if symptoms worsen or fail to improve.

**Patient Instructions**
Rest. Bland diet- nothing fatty or spicy until symptoms have resolved. Will await labs and notify of results. I would like for you to see a GI specialist for further evaluation. Please notify me if you need assistance with scheduling the appointment and call with any questions or concerns. If your symptoms acutely worsen, go immediately to the ER.

Electronically signed by Whitney Tolbert, NP at 1/16/2014 11:52 AM

**Patient Instructions**

**Patient Instructions by Whitney Tolbert, NP at 1/16/2014 10:26 AM**

| | | |
|---|---|---|
| Author: Whitney Tolbert, NP | Service: — | Author Type: Nurse Practitioner |
| Filed: 1/16/2014 10:29 AM | Encounter Date: 1/16/2014 | Status: Addendum |

Editor: Whitney Tolbert, NP (Nurse Practitioner)
Related Notes: Original Note by Whitney Tolbert, NP (Nurse Practitioner) filed at 1/16/2014 10:27 AM

Rest. Bland diet- nothing fatty or spicy until symptoms have resolved. Will await labs and notify of results. I would like for you to see a GI specialist for further evaluation. Please notify me if you need assistance with scheduling the appointment and call with any questions or concerns. If your symptoms acutely worsen, go immediately to the ER.

**History & Physical**
No notes of this type exist for this encounter.

**Other Notes**
No notes exist for this encounter

**Follow-up and Disposition History**
01/16/2014 1152 - Whitney Tolbert, NP
Dispositions: Return if symptoms worsen or fail to improve.





**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 1/16/2014 10:14 AM (continued)**

Psychiatric/Behavioral: Positive for sleep disturbance.

**Objective:**
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. Appears uncomfortable and tired
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal. Pupils are equal, round, and reactive to light.
Neck: Neck supple.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension and no mass. There is no hepatomegaly. There is tenderness in the epigastric area. There is no rebound, no guarding and negative Murphy's sign.
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. No rash noted.
Psychiatric: She has a normal mood and affect.

BP 138/100 | Pulse 92 | Temp(Src) 98.8 °F (37.1 °C) | Resp 17 | Ht 5' 3" (1.6 m) | Wt 209 lb (94.802 kg) | BMI 37.03 kg/m2 | SpO2 98%

Shanna was seen today for abdominal pain.

Diagnoses and associated orders for this visit:

**Epigastric abdominal pain**
- Amylase
- Lipase
- CBC with differential
- Comprehensive metabolic panel
- H. pylori antibody, IgG
- omeprazole (PRILOSEC) 40 MG capsule; Take 1 capsule (40 mg total) by mouth one (1) time a day.

**Anxiety**
- amitriptyline (ELAVIL) 50 MG tablet; Take 1 tablet (50 mg total) by mouth nightly.
- PARoxetine (PAXIL) 40 MG tablet; Take 1 tablet (40 mg total) by mouth one (1) time a day.
- traZODone (DESYREL) 50 MG tablet; Take 1 tablet (50 mg total) by mouth nightly.

**Essential hypertension, benign**
- amLODIPine (NORVASC) 10 MG tablet; Take 1 tablet (10 mg total) by mouth one (1) time a day.
- traZODone (DESYREL) 50 MG tablet; Take 1 tablet (50 mg total) by mouth nightly.

0J189190026



**Flowsheets (all recorded) (continued)**

**Encounter Vitals (continued)**

| Row Name | 01/16/14 0942 |
|---|---|
| BP | 138/100 (Abnormal) ! -BH |
| Pulse | 92 -BH |
| Resp | 17 -BH |
| Temp | 98.6 °F (37.1 °C) -BH |
| SpO2 | 98 % -BH |
| Weight | 209 lb (94.8 kg) -BH |
| Height | 5' 3" (1.6 m) -BH |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| BH | Barbera Holden, LPN |

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range



BAPTIST. BMG The Light Clinic 7715 Wolf River Blvd. Germantown TN 38138-1706 Amb Encounter Report
Richardson, Shanna L MRN: 10272441, DOB: , Sex: F Visit date: 1/16/2014

**Flowsheets (all recorded)**

**Anthropometrics**

| Row Name | 01/16/14 0942 |
|---|---|
| **Anthropometrics** | |
| Weight Change | 0 -BH |

**Custom Formula Data**

| Row Name | 01/16/14 0942 |
|---|---|
| **OTHER** | |
| BSA (Calculated - sq m) | 2.05 sq meters -BH |
| BMI (Calculated) | 37 (Abnormal) ! -BH |
| IBW/kg (Calculated) Male | 56.9 kg -BH |
| IBW/kg (Calculated) FEMALE | 52.4 kg -BH |
| Weight in (lb) to have BMI = 25 | 140.8 -BH |
| % Weight Change Since Birth | 0 -BH |
| **(Retired) Ideal Body Weight (IBW)** | |
| (Retired) Ideal Body Weight (IBW), Male (kg) | 56.9 -BH |
| Ideal Body Weight (IBW), Female | 52.4 -BH |
| **(Retired) Measurements (Adult/Pediatric)** | |
| (Retired) BMI (kg/m2) | 37.1 -BH |
| **Adult IBW/VT Calculations** | |
| IBW/kg (Calculated) | 52.4 -BH |
| Low Range Vt 6mL/kg | 314.4 mL/kg -BH |
| Adult Moderate Range Vt 8mL/kg | 419.2 mL/kg -BH |
| Adult High Range Vt 10mL/kg | 524 mL/kg -BH |

**Encounter Vitals**

| Row Name | 01/16/14 0942 |
|---|---|
| Enc Vitals | |

0J189190026

BAPTIST.

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

Richardson, Shanna L
MRN: 10272441, DOB: , Sex: F
Visit date: 4/2/2014

**Visit Summary (continued)**

**Immunizations (continued)** RICHARDSON,SHANNA L

| | | |
|---|---|---|
| 1/1/2016 | 65 AA | |

Influenza QIV PF 3+ yrs

| Date | Manufacturer | Lot # | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|
| 9/21/2017 | SKB | 9B K4 X | IM/LD | 0.5 mL | 8/07/15 | Susan King |

**Vitals**

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 130/90 | 83 | 98 °F (36.7 °C) | 17 | 5' 3" (1.6 m) |

| Wt | LMP | SpO2 | BMI |
|---|---|---|---|
| 213 lb (96.6 kg) | 03/25/2014 | 98% | 37.73 kg/m² |



BAPTIST.

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

Richardson, Shanna L
MRN: 10272441, DOB: , Sex: F
Visit date: 4/2/2014

**Demographics**

Name: Shanna L Richardson
Address:
Date of birth: Sex: Female Gender identity: Female
Email: Home phone:

Relationships

| Name | Relation to Patient | Phone Number |
|---|---|---|
| Linda Richardson | Mother | Home: |
| Timothy Lloyd | Friend | Mobile: (primary) |

**Visit Summary**

**Reason for Visit**

Headache

**Diagnoses**

| | Comments |
|---|---|
| Migraine - Primary | |
| Nausea | |

**Problem List as of 4/2/2014** Date Reviewed: 4/2/2014

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Anxiety state | ICD-10-CM: F41.1<br>ICD-9-CM: 300.00 | | | 2/15/2013 - Present |
| Hypertension, benign | ICD-10-CM: I10<br>ICD-9-CM: 401.1 | | | 2/15/2013 - Present |
| Depressive disorder | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 2/15/2013 - Present |
| Insomnia | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | | | 2/15/2013 - Present |
| Migraine | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 2/15/2013 - Present |

**Allergies as of 4/2/2014** Reviewed by Barbara Holden, LPN on 4/2/2014

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| Hydrocodone | 04/01/2014 | | |

**Immunizations**

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| Influenza TIV historical<br>Given By: | 01/01/16 | | | |
| Influenza TIV historical<br>Given By: Joyce Bradshaw, RN | Thu Oct 9, 2014 2:12 PM | 0.5 mL | Intramuscular | Left deltoid |
| Influenza QIV PF 3+ yrs<br>Given By: Susan King | 09/21/17 | 0.5 mL | Intramuscular | Left deltoid |

**Immunizations** RICHARDSON,SHANNA L

Influenza TIV historical

| Date | Manufacturer | Lot # | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|
| 10/9/2014 | PMC | UI1 | IM/LD | 0.5 mL | 8/19/14 | Joyce Bradshaw, RN |

0J18919026

**Socioeconomic as of 4/2/2014 (continued)**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino | Black or African American | — |

| Financial Resource Strain | Food Insecurity Worry | Food Insecurity Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

**Medications**

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (50 mg total) by mouth nightly.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 1/16/2014 | 1/16/2015 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (10 mg total) by mouth one (1) time a day.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth every 8 (eight) hours.<br>Class: Historical Med<br>Route: Oral | | | | 7/24/2014 |
| **medroxyPROGESTERone 150 mg/mL Syrg (Taking/Discontinued)**<br>Sig: MedroxyPROGESTERone Acetate 150 MG/ML Intramuscular Suspension; INJECT EVERY 12 WEEKS AS DIRECTED; Qty: 1 (Active)<br>Class: Historical Med<br>Reason for Discontinue: **Therapy completed** | | | | 7/24/2014 |
| **PARoxetine (PAXIL) 40 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (40 mg total) by mouth one (1) time a day.<br>Route: Oral | 30 tablet | 5 | 1/16/2014 | 11/21/2014 |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (50 mg total) by mouth nightly.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 1/16/2014 | 11/4/2014 |

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth nightly. - Oral | 30 tablet | 5 | 1/16/2014 | 1/16/2015 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth one (1) time a day. - Oral | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |



BAPTIST. BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report
Richardson, Shanna L
MRN: 10272441, DOB
Visit date: 4/2/2014
Sex: F

**Treatment Vitals (all recorded)**

**Treatment Vitals**

No documentation.

## Patient History

**Medical as of 4/2/2014**

None

**Surgical as of 4/2/2014**

None

**Family as of 4/2/2014**

None

**Family Status as of 4/2/2014**

None

**Tobacco Use as of 4/2/2014**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Unknown | — | Provider |

**Alcohol Use as of 4/2/2014**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

| Frequency | Standard Drinks | Binge Drinking |
|---|---|---|
| — | — | — |

**Drug Use as of 4/2/2014**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Sexual Activity as of 4/2/2014**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 4/2/2014**

None

**Occupational as of 4/2/2014**

None

**Socioeconomic as of 4/2/2014**

0J189190026

## Medications - Medication Orders (continued)

**SUMAtriptan (IMITREX) 50 MG tablet [5436450] (continued)**

Medication Route: Oral
Medication Dose: 50 mg
Medication Directions: Take 1 tablet (50 mg total) by mouth every 2 (two) hours as needed for migraine
Maximum dose = 200 mg in 24 hours
Priority: Routine
End Date/Time: 6/6/2014
Start Date/Time: 04/02/14 0000

## Orders

**All Orders and Results Except Lab and Imaging**

No orders and results found

## Result Summary

**All Lab and Imaging Orders and Results**

No orders and results found

## Progress Notes

**Progress Notes by Whitney Tolbert, NP at 4/2/2014 8:28 AM**

Author: Whitney Tolbert, NP
Service: —
Author Type: Nurse Practitioner
Encounter Date: 4/2/2014
Creation Time: 4/2/2014 8:26 AM
Filed: 4/2/2014 8:33 AM
Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner)

**Subjective:**

Patient ID: Shanna L Richardson is a 36 y.o. female.

Migraine

This is a chronic problem. The current episode started yesterday. The problem occurs constantly. The problem has been unchanged. The pain is located in the bilateral, frontal and temporal region. The pain does not radiate. The pain quality is similar to prior headaches. The quality of the pain is described as aching. The pain is moderate. Associated symptoms include anorexia, blurred vision, nausea, phonophobia, photophobia and vomiting. Pertinent negatives include no abdominal pain, abnormal behavior, coughing, dizziness, drainage, ear pain, eye pain, eye redness, eye watering, fever, hearing loss, insomnia, loss of balance, muscle aches, neck pain, numbness, rhinorrhea, scalp tenderness, sinus pressure, sore throat, swollen glands, tingling, tinnitus, visual change or weakness. The symptoms are aggravated by bright light. She has tried darkened room and NSAIDs for the symptoms. The treatment provided no relief. Her past medical history is significant for migraine headaches.

Last saw her neurologist 2 years ago. Feels like migraines are becoming more frequent. She is unsure of her triggers.

Review of Systems
Constitutional: Positive for fatigue. Negative for fever.
HENT: Negative for hearing loss, ear pain, sore throat, rhinorrhea, neck pain, neck stiffness, sinus pressure and tinnitus.
Eyes: Positive for blurred vision and photophobia. Negative for pain and redness.
Respiratory: Negative for cough and shortness of breath.





## Medications (continued)

**Medications at Start of Encounter (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth every 8 (eight) hours - Oral<br>Class: Historical Med | | | | 7/24/2014 |
| **medroxyPROGESTERone 150 mg/mL Syrg (Taking)**<br>Sig: MedroxyPROGESTERone Acetate 150 MG/ML Intramuscular Suspension; INJECT EVERY 12 WEEKS AS DIRECTED; Qty: 1 (Active)<br>Class: Historical Med | | | | 7/24/2014 |
| **PARoxetine (PAXIL) 40 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (40 mg total) by mouth one (1) time a day. - Oral | 30 tablet | 5 | 1/16/2014 | 11/21/2014 |
| **traZODone (DESYREL) 50 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth nightly. - Oral | 30 tablet | 5 | 1/16/2014 | 11/4/2014 |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ondansetron (ZOFRAN) 4 MG tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (4 mg total) by mouth every 8 (eight) hours as needed for nausea - Oral | 20 tablet | 0 | 4/2/2014 | 4/2/2014 |
| **SUMAtriptan (IMITREX) 50 MG tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth every 2 (two) hours as needed for migraine Maximum dose = 200 mg in 24 hours - Oral<br>Reason for Discontinue: **Reorder** | 10 tablet | 0 | 4/2/2014 | 6/6/2014 |

**Medication Administration Record**

(There are no med orders for this encounter)

## Medications - Medication Orders

**ondansetron (ZOFRAN) 4 MG tablet [5436449]**

**Electronically signed by: Whitney Tolbert, NP on 04/02/14 0821**
**Status: Discontinued**
Ordering user: Whitney Tolbert, NP 04/02/14 0821
Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
PRN reasons: nausea
Frequency: Q8H PRN 04/02/14 - 365 days
Discontinued by: Lashanna Shaw 04/02/14 1401
Diagnoses
Nausea [787.02 (ICD-9-CM)]
Medication Route: Oral
Medication Dose: 4 mg
Medication Directions: Take 1 tablet (4 mg total) by mouth every 8 (eight) hours as needed for nausea
Priority: Routine
End Date/Time: 4/2/2014
Start Date/Time: 04/02/14 0000

**SUMAtriptan (IMITREX) 50 MG tablet [5436450]**

**Electronically signed by: Whitney Tolbert, NP on 04/02/14 0821**
**Status: Discontinued**
Ordering user: Whitney Tolbert, NP 04/02/14 0821
Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
PRN reasons: migraine
Frequency: Q2H PRN 04/02/14 - 365 days
Discontinued by: William H Light, MD 06/06/14 1347 [Reorder]
Diagnoses
Migraine [346.90 (ICD-9-CM)]

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 4/2/2014 8:26 AM (continued)**

0J1889190026

Return if symptoms worsen or fail to improve.

**Patient Instructions**

We will try imitrex to help with migraines. However, I would like for you to follow-up with your neurologist for further evaluation. Feel free to call with any questions or concerns and notify me if you need assistance in scheduling an appointment with your neurologist. If your headache worsens, go to the ER.

Electronically signed by Whitney Tolbert, NP at 4/2/2014 8:33 AM

**Patient Instructions**

**Patient Instructions by Whitney Tolbert, NP at 4/2/2014 8:31 AM**

| | | |
|---|---|---|
| Author: Whitney Tolbert, NP | Service: — | Author Type: Nurse Practitioner |
| Filed: 4/2/2014 8:32 AM | Encounter Date: 4/2/2014 | Status: Signed |
| Editor: Whitney Tolbert, NP (Nurse Practitioner) | | |

We will try imitrex to help with migraines. However, I would like for you to follow-up with your neurologist for further evaluation. Feel free to call with any questions or concerns and notify me if you need assistance in scheduling an appointment with your neurologist. If your headache worsens, go to the ER.

**History & Physical**

No notes of this type exist for this encounter.

**Other Notes**

No notes exist for this encounter.

**Follow-up and Disposition History**

04/02/2014 0832 - Whitney Tolbert, NP

| | |
|---|---|
| Dispositions: | Return if symptoms worsen or fail to improve. |

**Flowsheets (all recorded)**

**Anthropometrics**

| Row Name | 04/02/14 0801 |
|---|---|
| Anthropometrics | |
| Weight Change | 0 -BH |

**Custom Formula Data**

| Row Name | 04/02/14 0801 |
|---|---|
| OTHER | |





**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 4/2/2014 8:26 AM (continued)**

Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive for nausea, vomiting and anorexia. Negative for abdominal pain.
Musculoskeletal: Negative for myalgias.
Neurological: Positive for headaches. Negative for dizziness, tingling, weakness, numbness and loss of balance.
Hematological: Negative for adenopathy.
Psychiatric/Behavioral: Positive for sleep disturbance. Negative for confusion. The patient does not have insomnia.

**Objective:**

BP 130/90 | Pulse 83 | Temp(Src) 98 °F (36.7 °C) | Resp 17 | Ht 5' 3" (1.6 m) | Wt 213 lb (96.616 kg) | BMI 37.74 kg/m2 | SpO2 98% | LMP 03/25/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. Looks uncomfortable
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal.
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. She displays normal reflexes.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

**Assessment/Plan:**
Shanna was seen today for headache.

Diagnoses and associated orders for this visit:

Migraine
- SUMAtriptan (IMITREX) 50 MG tablet; Take 1 tablet (50 mg total) by mouth every 2 (two) hours as needed for migraine Maximum dose = 200 mg in 24 hours

Nausea
- ondansetron (ZOFRAN) 4 MG tablet; Take 1 tablet (4 mg total) by mouth every 8 (eight) hours as needed for nausea

0J189190026

**Flowsheets (all recorded) (continued)**

**Encounter Vitals (continued)**

| Row Name | 04/02/14 0801 |
|---|---|
| | -BH |
| Height | 5' 3" (1.6 m) -BH |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| BH | Barbara Holden, LPN |

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range



BAPTIST
BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report
Richardson, Shanna L
MRN: 10272441, DOB: , Sex: F
Visit date: 4/2/2014

**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 04/02/14 0801 |
|---|---|
| BSA (Calculated - sq m) | 2.07 sq meters -BH |
| BMI (Calculated) | **37.7 (Abnormal)** ! -BH |
| IBW/kg (Calculated) Male | 56.9 kg -BH |
| IBW/kg (Calculated) FEMALE | 52.4 kg -BH |
| Weight in (lb) to have BMI = 25 | 140.8 -BH |
| % Weight Change Since Birth | 0 -BH |
| **(Retired) Ideal Body Weight (IBW)** | |
| (Retired) Ideal Body Weight (IBW), Male (kg) | 56.9 -BH |
| Ideal Body Weight (IBW), Female | 52.4 -BH |
| **(Retired) Measurements (Adult/Pediatric)** | |
| (Retired) BMI (kg/m2) | 37.81 -BH |
| **Adult IBW/VT Calculations** | |
| IBW/kg (Calculated) | 52.4 -BH |
| Low Range Vt 6mL/kg | 314.4 mL/kg -BH |
| Adult Moderate Range Vt 8mL/kg | 419.2 mL/kg -BH |
| Adult High Range Vt 10mL/kg | 524 mL/kg -BH |

**Encounter Vitals**

| Row Name | 04/02/14 0801 |
|---|---|
| **Enc Vitals** | |
| BP | 130/90 -BH |
| Pulse | 83 -BH |
| Resp | 17 -BH |
| Temp | 98 °F (36.7 °C) -BH |
| SpO2 | 98 % -BH |
| Weight | 213 lb (96.6 kg) |

**Patient Care Timeline (continued)**

No data selected in time range

0J189190026





**Incoming Call**

| | Provider | Department | Center |
|---|---|---|---|
| 4/2/2014 1:13 PM | Lashanna Shaw | Light Internal Med | BMH Light |

**Reason for Call**

**Medication Refill**

**Call Documentation**

**Lashanna Shaw at 4/2/2014 2:10 PM**

Status: Signed

rx done, pt advised, per pharm med is covered

Electronically signed by Lashanna Shaw on 4/2/2014 2:10 PM

**Whitney Tolbert, NP at 4/2/2014 1:19 PM**

Status: Signed

Ok for phenergan 25mg 1/2-1 tab po q 6 hours prn nausea. #20 with no refills

Electronically signed by Whitney Tolbert, NP on 4/2/2014 1:19 PM

**Lashanna Shaw at 4/2/2014 1:13 PM**

Status: Signed

Pt states the Zofran req a PA, and needed it today, we wont be able to do PA today, Can we try switching to Phenergan to see if that will go through to her insurance, pt states she has tried it before and it did help, please advise

Electronically signed by Lashanna Shaw on 4/2/2014 1:14 PM

**Care Advice Given**

No Care Advice given for this encounter.

**Approved**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **promethazine (PHENERGAN) 25 MG tablet** | 20 tablet | 0 | 4/2/2014 | 4/2/2014 |
| Sig - Route: Take 1 tablet (25 mg total) by mouth every 6 (six) hours as needed for nausea - Oral<br>Class: No Print<br>Authorizing Provider: Whitney Tolbert, NP<br>Ordering User: Lashanna Shaw | | | | |
| **promethazine (PHENERGAN) 25 MG tablet** | 20 tablet | 0 | 4/2/2014 | 4/9/2014 |
| Sig - Route: Take 1 tablet (25 mg total) by mouth every 6 (six) hours as needed for nausea - Oral<br>Class: No Print<br>Comment: IN PLACE OF ZOFRAN<br>Authorizing Provider: Whitney Tolbert, NP<br>Ordering User: Lashanna Shaw | | | | |

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

0J189190026

## Demographics

Name: Shanna L Richardson
Address:
Date of birth: Sex: Female Gender identity: Female
Email: Home phone:

Relationships

| Name | Relation to Patient | Phone Number | |
|---|---|---|---|
| Linda Richardson | Mother | Home | |
| Timothy Lloyd | Friend | Mobile: | (primary) |

## Visit Summary

### Reason for Visit

**Headache**

### Diagnoses

| | Comments |
|---|---|
| **Migraine** - Primary | |
| **Headache** | |
| **Nausea & vomiting** | |

### Problem List as of 4/30/2014

Date Reviewed: **4/30/2014**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM: F41.1<br>ICD-9-CM: 300.00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM: I10<br>ICD-9-CM: 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 2/15/2013 - Present |

Reviewed by Barbara Holden, LPN on 4/30/2014

### Allergies as of 4/30/2014

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrocodone** | 04/01/2014 | | |

### Immunizations

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical**<br>Given By: | 01/01/16 | | | |
| **Influenza TIV historical**<br>Given By: Joyce Bradshaw, RN | Thu Oct 9, 2014 2:12 PM | 0.5 mL | Intramuscular | Left deltoid |
| **Influenza QIV PF 3+ yrs**<br>Given By: Susan King | 09/21/17 | 0.5 mL | Intramuscular | Left deltoid |

### Immunizations

RICHARDSON,SHANNA L

Influenza TIV historical

| Date | Manufacturer | Lot | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|





## Incoming Call

| | Provider | Department | Center |
|---|---|---|---|
| 4/2/2014 4:13 PM | Jennifer Headley | Light Internal Med | BMH Lght |

### Reason for Call

**Medication Problem** PA

### Call Documentation

**Jennifer Headley at 4/2/2014 4:13 PM**

Status: Signed

PA needed on Zofran, request sent from walgreens. Medication has been changed to a medication on formulary

Electronically signed by Jennifer Headley on 4/2/2014 4:14 PM

### Care Advice Given

No Care Advice given for this encounter.

### Patient Care Timeline

No data selected in time range

### Patient Care Timeline

No data selected in time range

BAPTIST. BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

Richardson, Shanna L
MRN: 10272441, DOB 7, Sex: F
Visit date: 4/30/2014

0J18919026

## Treatment Vitals (all recorded)

**Treatment Vitals**

No documentation.

## Patient History

**Medical as of 4/30/2014**

None

**Surgical as of 4/30/2014**

None

**Family as of 4/30/2014**

None

**Family Status as of 4/30/2014**

None

**Tobacco Use as of 4/30/2014**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Unknown | — | Provider |

**Alcohol Use as of 4/30/2014**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

| Frequency | Standard Drinks | Binge Drinking |
|---|---|---|
| — | — | — |

**Drug Use as of 4/30/2014**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Sexual Activity as of 4/30/2014**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 4/30/2014**

None

**Occupational as of 4/30/2014**

None

**Socioeconomic as of 4/30/2014**

Generated on 6/11/19 8:14 AM Page 31

BAPTIST. BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

Richardson, Shanna L
MRN: 10272441, DOB: Sex: F
Visit date: 4/30/2014

## Visit Summary (continued)

RICHARDSON,SHANNA L

**Immunizations (continued)**

| | | Lot # | | | | |
|---|---|---|---|---|---|---|
| 10/9/2014 | PMC | UI1 85 AA | IM/LD | 0.5 mL | 8/19/14 | Joyce Bradshaw, RN |
| 1/1/2016 | | | | | | |

Influenza QIV PF 3+ yrs

| Date | Manufacturer | Lot # | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|
| 9/21/2017 | SKB | 9B K4 X | IM/LD | 0.5 mL | 8/07/15 | Susan King |

**Vitals**

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 132/102 ! | 91 | 97.8 °F (36.6 °C) | 15 | 5' 3" (1.6 m) |

| Wt | LMP | SpO2 | BMI |
|---|---|---|---|
| 218 lb (98.9 kg) | 03/31/2014 | 98% | 38.62 kg/m² |

Generated on 6/11/19 8:14 AM Page 30

0J189190026

**Medications (continued)**

**Medications at Start of Encounter (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth nightly. - Oral | 30 tablet | 5 | 1/16/2014 | 1/16/2015 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth one (1) time a day. - Oral | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth every 8 (eight) hours. - Oral<br>Class: Historical Med | | | | 7/24/2014 |
| **medroxyPROGESTERone 150 mg/mL Syrg (Taking)**<br>Sig: MedroxyPROGESTERone Acetate 150 MG/ML Intramuscular Suspension; INJECT EVERY 12 WEEKS AS DIRECTED, Qty: 1 (Active)<br>Class: Historical Med | | | | 7/24/2014 |
| **PARoxetine (PAXIL) 40 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (40 mg total) by mouth one (1) time a day. - Oral | 30 tablet | 5 | 1/16/2014 | 11/21/2014 |
| **SUMAtriptan (IMITREX) 50 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth every 2 (two) hours as needed for migraine Maximum dose = 200 mg in 24 hours - Oral | 10 tablet | 0 | 4/2/2014 | 6/6/2014 |
| **traZODone (DESYREL) 50 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth nightly. - Oral | 30 tablet | 5 | 1/16/2014 | 11/4/2014 |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **promethazine (PHENERGAN) 25 MG tablet**<br>Sig - Route: Take 1 tablet (25 mg total) by mouth every 6 (six) hours as needed for nausea - Oral | 20 tablet | 0 | 4/30/2014 | 5/7/2014 |

**Ordered Facility-Administered Medications**

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| **ketorolac (TORADOL) 30 mg/mL (1 mL) injection 30 mg**<br>Sig - Route: Inject 1 mL (30 mg total) into the muscle once - Intramuscular | 30 mg | Once | 4/30/2014 | 4/30/2014 |

**Medication Administration Record**

ketorolac (TORADOL) 30 mg/mL (1 mL) injection 30 mg [5436453]

| | |
|---|---|
| Ordering Provider: Whitney Tolbert, NP | Status: Completed (Past End Date/Time) |
| Ordered On: 04/30/14 0941 | Starts/Ends: 04/30/14 0945 - 04/30/14 1005 |
| Dose (Remaining/Total): 30 mg (0/1) | Route: Intramuscular |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: ---------STERICYCLE------- | BKC - BLACK COMPATIBLE CONTAINER |

--

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 04/30/14 1005<br>Documented 04/30/14 1006 | Given | 30 mg | Intramuscular<br>Right Gluteal | Performed by: Diana Alberson, LPN |





**Socioeconomic as of 4/30/2014 (continued)**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino | Black or African American | — |

| Financial Resource Strain | Food Insecurity Worry | Food Insecurity Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

**Medications**

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue: Reorder | 30 tablet | 5 | 1/16/2014 | 1/16/2015 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (10 mg total) by mouth one (1) time a day.<br>Route: Oral<br>Reason for Discontinue: Reorder | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth every 8 (eight) hours.<br>Class: Historical Med<br>Route: Oral | | | | 7/24/2014 |
| **medroxyPROGESTERone 150 mg/mL Syrg (Taking/Discontinued)**<br>Sig: MedroxyPROGESTERone Acetate 150 MG/ML Intramuscular Suspension; INJECT EVERY 12 WEEKS AS DIRECTED, Qty: 1 (Active)<br>Class: Historical Med<br>Reason for Discontinue: Therapy completed | | | | 7/24/2014 |
| **PARoxetine (PAXIL) 40 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (40 mg total) by mouth one (1) time a day.<br>Route: Oral | 30 tablet | 5 | 1/16/2014 | 11/21/2014 |
| **SUMAtriptan (IMITREX) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (50 mg total) by mouth every 2 (two) hours as needed for migraine Maximum dose = 200 mg in 24 hours<br>Route: Oral<br>Reason for Discontinue: Reorder | 10 tablet | 0 | 4/2/2014 | 6/6/2014 |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (50 mg total) by mouth nightly.<br>Route: Oral<br>Reason for Discontinue: Reorder | 30 tablet | 5 | 1/16/2014 | 11/4/2014 |

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|

## All Lab and Imaging Orders and Results

### CBC with differential

Electronically signed by: **Whitney Tolbert, NP on 04/30/14 0941** Status: **Completed**
Ordering user: Whitney Tolbert, NP 04/30/14 0941 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: 04/30/14 -
Diagnoses
Headache [784.0 (ICD-9-CM)]

0118919002

CBC with differential [5436454] (Abnormal) Resulted: 04/30/14 0952, Result status: Final result

Resulting lab: LIGHT LAB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 14LL120-L0027 | Blood | — | 04/30/14 0947 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 8.9 | 5.0 - 10.0 K/uL | — | LIGHT Lab |
| RBC | 3.77 | 4.10 - 5.40 10^6/µL | L | LIGHT Lab |
| Hemoglobin | 11.6 | 12.0 - 16.0 g/dL | L | LIGHT Lab |
| Hematocrit | 34.9 | 37.0 - 47.0 % | L | LIGHT Lab |
| MCV | 92.6 | 80.0 - 97.0 fL | — | LIGHT Lab |
| MCH | 30.8 | 27.0 - 32.0 pg | — | LIGHT Lab |
| MCHC | 33.3 | 32 - 36 g/dL | — | LIGHT Lab |
| Platelet | 372 | 150 - 500 K/µL | — | LIGHT Lab |
| MPV | 7.9 | 7.4 - 10.4 fL | — | LIGHT Lab |
| Absolute Neutrophil | 5.6 | 2.5 - 7.5 K/uL | — | LIGHT Lab |
| Absolute Lymphocyte | 2.9 | 1.0 - 4.0 K/uL | — | LIGHT Lab |
| Absolute Monocyte | 0.50 | 0.05 - 0.60 K/uL | — | LIGHT Lab |
| Neutrophil percent | 62.7 | 50.0 - 75.0 % | — | LIGHT Lab |
| Lymphocyte percent | 32.1 | 20.0 - 40.0 % | — | LIGHT Lab |
| Monocyte percent | 5.2 | 0.0 - 6.0 % | — | LIGHT Lab |
| RDW | 13.3 | — | — | LIGHT Lab |
| NRBC Absolute | — | 0.00 - 0.012 | — | LIGHT Lab |

### Sedimentation rate, manual

Electronically signed by: **Whitney Tolbert, NP on 04/30/14 0941** Status: **Completed**
Ordering user: Whitney Tolbert, NP 04/30/14 0941 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: 04/30/14 -
Diagnoses
Headache [784.0 (ICD-9-CM)]

Sedimentation rate, manual [5436455] (Normal) Resulted: 04/30/14 1038, Result status: Final result

Resulting lab: LIGHT LAB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 14LL120-L0027 | Blood | — | 04/30/14 0947 |

Components





## Medications (continued)

### Medication Administration Record (continued)

## Medications - Medication Orders

### promethazine (PHENERGAN) 25 MG tablet [5436456]

Electronically signed by: **Whitney Tolbert, NP on 04/30/14 1000** Status: **Expired**
Ordering user: Whitney Tolbert, NP 04/30/14 1000 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
PRN reasons: nausea
Frequency: Q6H PRN 04/30/14 - 7 days
Diagnoses
Nausea & vomiting [787.01 (ICD-9-CM)]
Medication Route: Oral
Medication Directions: Take 1 tablet (25 mg total) by mouth every 6 (six) hours as needed for nausea
End Date/Time: 05/07/14 11:59 PM
Medication Dose: 25 mg
Priority: Routine
Start Date/Time: 04/30/14 0000

### ketorolac (TORADOL) 30 mg/mL (1 mL) injection 30 mg [5436453]

Electronically signed by: **Whitney Tolbert, NP on 04/30/14 0941** Status: **Completed**
Ordering user: Whitney Tolbert, NP 04/30/14 0941 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: Once 04/30/14 0945 - 1 occurrence
Diagnoses
Migraine [346.90 (ICD-9-CM)]
Medication Route: Intramuscular
Date First Scheduled: 04/30/14 0945
End Date/Time: 04/30/14 10:05 AM
Medication Dose: 30 mg
Last Administration: 04/30/14 1005
Start Date/Time: 04/30/14 0945

## Orders

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary

0J1891900260

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 4/30/2014 10:59 AM (continued)**

**Objective:**

BP 132/102 | Pulse 91 | Temp(Src) 97.8 °F (36.6 °C) | Resp 15 | Ht 5' 3" (1.6 m) | Wt 218 lb (98.884 kg) | BMI 38.63 kg/m2 | SpO2 98% | LMP 03/31/2014

Physical Exam

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
**Appears uncomfortable**
HENT:
Head: Normocephalic and atraumatic.
Right Ear: Tympanic membrane normal.
Left Ear: Tympanic membrane normal.
Nose: Nose normal.
Mouth/Throat: No oropharyngeal exudate, posterior oropharyngeal edema or posterior oropharyngeal erythema.
Eyes: Conjunctivae are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. She has normal reflexes.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

**Assessment/Plan:**
Shanna was seen today for headache.

Diagnoses and associated orders for this visit:

**Migraine**
- ketorolac (TORADOL) 30 mg/mL (1 mL) injection 30 mg; Inject 1 mL (30 mg total) into the muscle once

**Headache**
- CBC with differential
- Sedimentation rate, manual

**Nausea & vomiting**
- promethazine (PHENERGAN) 25 MG tablet; Take 1 tablet (25 mg total) by mouth every 6 (six) hours as needed for nausea





**All Lab and Imaging Orders and Results (continued)**

**Sedimentation rate, manual (continued)**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sed Rate Manual | 15.0 | 0.0 - 20.0 | — | LIGHT Lab |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 109 - LIGHT Lab | LIGHT LAB | Unknown | 7715 Wolf River Blvd Germantown TN 38138 | 06/06/13 1733 - Present |

**Progress Notes**

**Progress Notes by Whitney Tolbert, NP at 4/30/2014 10:59 AM**

Author: Whitney Tolbert, NP | Service: — | Author Type: Nurse Practitioner
Encounter Date: 4/30/2014 | Creation Time: 4/30/2014 10:59 AM | Filed: 4/30/2014 11:04 AM
Status: Signed | Editor: Whitney Tolbert, NP (Nurse Practitioner)

**Subjective:**

**Patient ID: Shanna L Richardson is a 36 y.o. female.**

**Migraine**

This is a recurrent problem. The current episode started in the past 7 days. The problem occurs constantly. The problem has been unchanged. The pain is located in the bilateral, frontal and temporal region. The pain does not radiate. The pain quality is similar to prior headaches. The quality of the pain is described as aching. The pain is moderate. Associated symptoms include nausea, photophobia and vomiting. Pertinent negatives include no abdominal pain, abnormal behavior, anorexia, back pain, blurred vision, coughing, dizziness, drainage, ear pain, eye pain, eye redness, eye watering, facial sweating, fever, hearing loss, insomnia, loss of balance, muscle aches, neck pain, numbness, phonophobia, rhinorrhea, scalp tenderness, seizures, sinus pressure, sore throat, swollen glands, tingling, tinnitus, visual change or weakness. The symptoms are aggravated by bright light. She has tried triptans for the symptoms. The treatment provided no relief. Her past medical history is significant for migraine headaches. There is no history of hypertension, recent head traumas or sinus disease.

Review of Systems

Constitutional: Negative for fever and fatigue.
HENT: Negative for hearing loss, ear pain, sore throat, rhinorrhea, neck pain, sinus pressure and tinnitus.
Eyes: Positive for photophobia. Negative for blurred vision, pain and redness.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive for nausea and vomiting. Negative for abdominal pain and anorexia.
Musculoskeletal: Negative for back pain.
Neurological: Positive for headaches. Negative for dizziness, tingling, seizures, weakness, numbness and loss of balance.
Psychiatric/Behavioral: Negative for confusion. The patient does not have insomnia.

0J189190026

**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 04/30/14 0928 |
|---|---|
| (Calculated - sq m) | |
| BMI (Calculated) | **38.6 (Abnormal) !** -BH |
| IBW/kg (Calculated) Male | 56.9 kg -BH |
| IBW/kg (Calculated) FEMALE | 52.4 kg -BH |
| Weight in (lb) to have BMI = 25 | 140.6 -BH |
| % Weight Change Since Birth | 0 -BH |

(Retired) Ideal Body Weight (IBW)

| | |
|---|---|
| (Retired) Ideal Body Weight (IBW), Male (kg) | 56.9 -BH |
| Ideal Body Weight (IBW), Female | 52.4 -BH |

(Retired) Measurements (Adult/Pediatric)

| | |
|---|---|
| (Retired) BMI (kg/m2) | 38.7 -BH |

Adult IBW/VT Calculations

| | |
|---|---|
| IBW/kg (Calculated) | 52.4 -BH |
| Low Range Vt 6mL/kg | 314.4 mL/kg -BH |
| Adult Moderate Range Vt 8mL/kg | 419.2 mL/kg -BH |
| Adult High Range Vt 10mL/kg | 524 mL/kg -BH |

**Encounter Vitals**

| Row Name | 04/30/14 0928 |
|---|---|
| Enc Vitals | |
| BP | **132/102 (Abnormal) !** -BH |
| Pulse | 91 -BH |
| Resp | 15 -BH |
| Temp | 97.6 °F (36.6 °C) -BH |
| SpO2 | 98 % -BH |





**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 4/30/2014 10:59 AM (continued)**

**Return if symptoms worsen or fail to improve.**

**Patient Instructions**
**I would like for you to follow-up with your neurologist as previously discussed. Please notify me if you need assistance in scheduling this appointment and call with any questions or concerns. IF your headache worsens, go to the ER.**

Electronically signed by Whitney Tolbert, NP at 4/30/2014 11:04 AM

**Patient Instructions**

**Patient Instructions by Whitney Tolbert, NP at 4/30/2014 11:02 AM**

Author: Whitney Tolbert, NP Service: — Author Type: Nurse Practitioner
Filed: 4/30/2014 11:03 AM Encounter Date: 4/30/2014 Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner)

I would like for you to follow-up with your neurologist as previously discussed. Please notify me if you need assistance in scheduling this appointment and call with any questions or concerns. IF your headache worsens, go to the ER.

**History & Physical**

No notes of this type exist for this encounter.

**Other Notes**

No notes exist for this encounter.

**Follow-up and Disposition History**

04/30/2014 1103 - Whitney Tolbert, NP
Dispositions: Return if symptoms worsen or fail to improve.

**Flowsheets (all recorded)**

**Anthropometrics**

| Row Name | 04/30/14 0928 |
|---|---|
| Anthropometrics | |
| Weight Change | 0 -BH |

**Custom Formula Data**

| Row Name | 04/30/14 0928 |
|---|---|
| OTHER | |
| BSA | 2.09 sq meters -BH |

0J189190026

## Demographics

Name: Shanna L Richardson
Address:
Date of birth: Sex: Female Gender identity: Female
Email: Home phone:

Relationships

| Name | Relation to Patient | Phone Number | |
|---|---|---|---|
| Linda Richardson | Mother | Home: | ? |
| Timothy Lloyd | Friend | Mobile: | (primary) |

## Visit Summary

### Reason for Visit

Menorrhagia

### Diagnoses

| | Comments |
|---|---|
| Menorrhagia - Primary | |

### Problem List as of 6/17/2014

Date Reviewed: 4/30/2014

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Anxiety state | ICD-10-CM: F41.1<br>ICD-9-CM: 300.00 | | | 2/15/2013 - Present |
| Hypertension, benign | ICD-10-CM: I10<br>ICD-9-CM: 401.1 | | | 2/15/2013 - Present |
| Depressive disorder | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 2/15/2013 - Present |
| Insomnia | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | | | 2/15/2013 - Present |
| Migraine | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 2/15/2013 - Present |

Reviewed by Barbara Holden, LPN on 6/17/2014

### Allergies as of 6/17/2014

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| Hydrocodone | 04/01/2014 | | |

### Immunizations

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| Influenza TIV historical<br>Given By | 01/01/16 | | | |
| Influenza TIV historical<br>Given By: Joyce Bradshaw, RN | Thu Oct 9, 2014 2:12 PM | 0.5 mL | Intramuscular | Left deltoid |
| influenza QIV PF 3+ yrs<br>Given By: Susan King | 09/21/17 | 0.5 mL | Intramuscular | Left deltoid |

### Immunizations

RICHARDSON,SHANNA L

Influenza TIV historical

| Date | Manufacturer | Lot # | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|
| 10/9/2014 | PMC | UI1 | IM/LD | 0.5 mL | 6/19/14 | Joyce Bradshaw, RN |





## Flowsheets (all recorded) (continued)

### Encounter Vitals (continued)

| Row Name | 04/30/14 0928 |
|---|---|
| Weight | 218 lb (98.9 kg) -BH |
| Height | 5' 3" (1.6 m) -BH |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| BH | Barbara Holden, LPN |

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

### Patient Care Timeline

No data selected in time range

### Patient Care Timeline

No data selected in time range

0J1891900026

### Treatment Vitals (all recorded)

**Treatment Vitals**

No documentation.

## Patient History

**Medical as of 6/17/2014**

None

**Surgical as of 6/17/2014**

None

**Family as of 6/17/2014**

None

**Family Status as of 6/17/2014**

None

**Tobacco Use as of 6/17/2014**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Unknown | — | Provider |

**Alcohol Use as of 6/17/2014**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

| Frequency | Standard Drinks | Binge Drinking |
|---|---|---|
| — | — | — |

**Drug Use as of 6/17/2014**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Sexual Activity as of 6/17/2014**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 6/17/2014**

None

**Occupational as of 6/17/2014**

None

**Socioeconomic as of 6/17/2014**





### Visit Summary (continued)

**Immunizations (continued)** RICHARDSON,SHANNA L

| | | |
|---|---|---|
| 1/1/2016 | | 85 AA |

Influenza QIV PF 3+ yrs

| Date | Manufacturer | Lot # | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|
| 9/21/2017 | SKB | 9B K4 X | IM/LD | 0.5 mL | 8/07/15 | Susan King |

**Vitals**

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 136/94 ! | 91 | 98.2 °F (36.8 °C) | 16 | 5' 3" (1.6 m) |

| Wt | LMP | SpO2 | BMI |
|---|---|---|---|
| 216 lb (98 kg) | 05/05/2014 | 98% | 38.26 kg/m² |

0J189190026

**Medications (continued)**

**Medications at Start of Encounter (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet** (Taking)<br>Sig - Route: Take 1 tablet (10 mg total) by mouth one (1) time a day. - Oral | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet** (Taking)<br>Sig - Route: Take 1 tablet by mouth every 8 (eight) hours. - Oral<br>Class: Historical Med | | | | 7/24/2014 |
| **medroxyPROGESTERone 150 mg/mL Syrg** (Taking)<br>Sig: MedroxyPROGESTERone Acetate 150 MG/ML Intramuscular Suspension; INJECT EVERY 12 WEEKS AS DIRECTED, Qty: 1 (Active)<br>Class: Historical Med | | | | 7/24/2014 |
| **PARoxetine (PAXIL) 40 MG tablet** (Taking)<br>Sig - Route: Take 1 tablet (40 mg total) by mouth one (1) time a day. - Oral | 30 tablet | 5 | 1/16/2014 | 11/21/2014 |
| **SUMAtriptan (IMITREX) 50 MG tablet** (Taking)<br>Sig: TAKE ONE TABLET BY MOUTH EVERY TWO HOURS AS NEEDED FOR MIGRAINE. MAX DOSE 200 MG/24 HOURS | 10 tablet | 0 | 6/6/2014 | 7/22/2014 |
| **traZODone (DESYREL) 50 MG tablet** (Taking)<br>Sig - Route: Take 1 tablet (50 mg total) by mouth nightly. - Oral | 30 tablet | 5 | 1/16/2014 | 11/4/2014 |

**Medication Administration Record**

(There are no med orders for this encounter)

**Medication Orders**

No Medication Orders found

**Orders**





**Socioeconomic as of 6/17/2014 (continued)**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino | Black or African American | — |

| Financial Resource Strain | Food Insecurity Worry | Food Insecurity Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

**Medications**

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet** (Taking/Discontinued)<br>Sig: Take 1 tablet (50 mg total) by mouth nightly.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 1/16/2014 | 1/16/2015 |
| **amLODIPine (NORVASC) 10 MG tablet** (Taking/Discontinued)<br>Sig: Take 1 tablet (10 mg total) by mouth one (1) time a day.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet** (Taking/Discontinued)<br>Sig: Take 1 tablet by mouth every 8 (eight) hours.<br>Class: Historical Med<br>Route: Oral | | | | 7/24/2014 |
| **medroxyPROGESTERone 150 mg/mL Syrg** (Taking/Discontinued)<br>Sig: MedroxyPROGESTERone Acetate 150 MG/ML Intramuscular Suspension; INJECT EVERY 12 WEEKS AS DIRECTED, Qty: 1 (Active)<br>Class: Historical Med<br>Reason for Discontinue: **Therapy completed** | | | | 7/24/2014 |
| **PARoxetine (PAXIL) 40 MG tablet** (Taking/Discontinued)<br>Sig: Take 1 tablet (40 mg total) by mouth one (1) time a day.<br>Route: Oral | 30 tablet | 5 | 1/16/2014 | 11/21/2014 |
| **SUMAtriptan (IMITREX) 50 MG tablet** (Taking/Discontinued)<br>Sig: TAKE ONE TABLET BY MOUTH EVERY TWO HOURS AS NEEDED FOR MIGRAINE. MAX DOSE 200 MG/24 HOURS | 10 tablet | 0 | 6/6/2014 | 7/22/2014 |
| **traZODone (DESYREL) 50 MG tablet** (Taking/Discontinued)<br>Sig: Take 1 tablet (50 mg total) by mouth nightly.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 1/16/2014 | 11/4/2014 |

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet** (Taking)<br>Sig - Route: Take 1 tablet (50 mg total) by mouth nightly. - Oral | 30 tablet | 5 | 1/16/2014 | 1/16/2015 |

0J189190026

## All Lab and Imaging Orders and Results

**HCG,Urine,Qualitative**

Electronically signed by: **Barbara Holden, LPN on 06/17/14 0810** Status: **Completed**
Ordering user: Barbara Holden, LPN 06/17/14 0810 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: 06/17/14 -
Diagnoses
Menorrhagia [626.2 (ICD-9-CM)]

HCG,Urine,Qualitative [11326143] (Normal) Resulted: 06/17/14 0829, Result status: Final result

Resulting lab: LIGHT LAB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 14LL168-L0004 | Urine | — | 06/17/14 0824 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| hCG urine | Negative | Negative | — | LIGHT Lab |

**CBC with differential**

Electronically signed by: **Whitney Tolbert, NP on 06/17/14 0820** Status: **Completed**
Ordering user: Whitney Tolbert, NP 06/17/14 0820 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: 06/17/14 -
Diagnoses
Menorrhagia [626.2 (ICD-9-CM)]

CBC with differential [11326144] (Abnormal) Resulted: 06/17/14 0832, Result status: Final result

Resulting lab: LIGHT LAB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 14LL168-L0003 | Blood | — | 06/17/14 0824 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 9.4 | 5.0 - 10.0 K/uL | — | LIGHT Lab |
| RBC | 3.71 | 4.10 - 5.40 10^6/µL | L | LIGHT Lab |
| Hemoglobin | 11.0 | 12.0 - 16.0 g/dL | L | LIGHT Lab |
| Hematocrit | 35.3 | 37.0 - 47.0 % | L | LIGHT Lab |
| MCV | 95.1 | 80.0 - 97.0 fL | — | LIGHT Lab |
| MCH | 29.7 | 27.0 - 32.0 pg | — | LIGHT Lab |
| MCHC | 31.3 | 32 - 36 g/dL | L | LIGHT Lab |
| Platelet | 389 | 150 - 500 K/µL | — | LIGHT Lab |
| MPV | 8.3 | 7.4 - 10.4 fL | — | LIGHT Lab |
| Absolute Neutrophil | 5.7 | 2.5 - 7.5 K/uL | — | LIGHT Lab |
| Absolute Lymphocyte | 3.4 | 1.0 - 4.0 K/uL | — | LIGHT Lab |
| Absolute Monocyte | 0.30 | 0.05 - 0.60 K/uL | — | LIGHT Lab |
| Neutrophil percent | 60.5 | 50.0 - 75.0 % | — | LIGHT Lab |





## All Orders and Results Except Lab and Imaging

**BMG Referral Center**

Electronically signed by: **Whitney Tolbert, NP on 06/17/14 0834** Status: **Discontinued**
Ordering user: Whitney Tolbert, NP 06/17/14 0834 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: 06/17/14 -
Discontinued by: Bcc Amb Expiring Orders 06/24/15 0202 [Order Expired]

Diagnoses
Menorrhagia [626.2 (ICD-9-CM)]

**Result Summary**

0J189190026

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 6/17/2014 8:19 AM (continued)**

Physical Exam
**Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.**
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal. Pupils are equal, round, and reactive to light.
Neck: Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

Patient deferred pelvic exam.

**Assessment/Plan:**
Shanna was seen today for menorrhagia.

Diagnoses and associated orders for this visit:

**Menorrhagia**
- HCG,Urine,Qualitative
- CBC with differential
- BMG Referral Center; Future

Neg preg test
CBC- mild anemia- hct 35

Return in about 6 months (around 12/17/2014), or if symptoms worsen or fail to improve, for Next scheduled follow up.

**Patient Instructions**
Please let me know by the end of the week if you have not been scheduled for your GYN appointment. Feel free to contact me with any questions or concerns. If any increase in pain or bleeding, please go to the ER for further evaluation. Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.

Electronically signed by Whitney Tolbert, NP at 6/17/2014 8:45 AM





**All Lab and Imaging Orders and Results (continued)**

**CBC with differential (continued)**

| | | | | |
|---|---|---|---|---|
| Lymphocyte percent | 36.3 | 20.0 - 40.0 % | — | LIGHT Lab |
| Monocyte percent | 3.2 | 0.0 - 6.0 % | — | LIGHT Lab |
| RDW | 13.7 | — | — | LIGHT Lab |
| NRBC Absolute | — | 0.00 - 0.012 | — | LIGHT Lab |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 109 - LIGHT Lab | LIGHT LAB | Unknown | 7715 Wolf River Blvd Germantown TN 38138 | 06/05/13 1733 - Present |

**Progress Notes**

**Progress Notes by Whitney Tolbert, NP at 6/17/2014 8:19 AM**

Author: Whitney Tolbert, NP Service: — Author Type: Nurse Practitioner
Encounter Date: 6/17/2014 Creation Time: 6/17/2014 8:19 AM Filed: 6/17/2014 8:45 AM
Status: Signed Editor: Whitney Tolbert, NP (Nurse Practitioner)

**Subjective:**

**Patient ID: Shanna L Richardson is a 36 y.o. female.**

**HPI**

Ms. Richardson presents today with complaint of menstrual cycle with heavy bleeding with clots for the past week. Periods are typically normal- sometimes heavy with clots, but not this heavy. She does admit to occasional pelvic pain and cramping as well. States pain and bleeding seems to be better than last week. G2P2. Reports last pap was normal- she thinks it was last year. Requests referral to an OBGYN.

Review of Systems
Constitutional: Positive for fatigue. Negative for fever.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for nausea, abdominal pain, diarrhea and blood in stool.
Genitourinary: Positive for vaginal bleeding and pelvic pain. Negative for dysuria.
Musculoskeletal: Negative for back pain.
Skin: Negative for rash.
Neurological: Negative for dizziness and headaches.
Hematological: Negative for adenopathy.

**Objective:**

BP 136/94 | Pulse 91 | Temp(Src) 98.2 °F (36.8 °C) | Resp 15 | Ht 5' 3" (1.6 m) | Wt 216 lb (97.977 kg) | BMI 38.27 kg/m2 | SpO2 98% | LMP 05/05/2014

0J189190026

**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 06/17/14 0801 |
|---|---|
| (Retired) Ideal Body Weight (IBW) | |
| (Retired) Ideal Body Weight (IBW), Male (kg) | 56.9 -BH |
| Ideal Body Weight (IBW), Female | 52.4 -BH |
| (Retired) Measurements (Adult/Pediatric) | |
| (Retired) BMI (kg/m2) | 38.34 -BH |
| Adult IBW/VT Calculations | |
| IBW/kg (Calculated) | 52.4 -BH |
| Low Range Vt 6mL/kg | 314.4 mL/kg -BH |
| Adult Moderate Range Vt 8mL/kg | 419.2 mL/kg -BH |
| Adult High Range Vt 10mL/kg | 524 mL/kg -BH |

**Encounter Vitals**

| Row Name | 06/17/14 0801 |
|---|---|
| Enc Vitals | |
| BP | **138/94 (Abnormal) !** -BH |
| Pulse | 91 -BH |
| Resp | 15 -BH |
| Temp | 98.2 °F (36.8 °C) -BH |
| SpO2 | 98 % -BH |
| Weight | 216 lb (98 kg) -BH |
| Height | 5' 3" (1.6 m) -BH |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| BH | Barbara Holden, LPN |

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**



BAPTIST. BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

Richardson, Shanna L
MRN: 10272441, DOB , Sex: F
Visit date: 6/17/2014

**Patient Instructions**

**Patient Instructions by Whitney Tolbert, NP at 6/17/2014 8:42 AM**

Author: Whitney Tolbert, NP Service: — Author Type: Nurse Practitioner
Filed: 6/17/2014 8:44 AM Encounter Date: 6/17/2014 Status: Addendum
Editor: Whitney Tolbert, NP (Nurse Practitioner)
Related Notes: Original Note by Whitney Tolbert, NP (Nurse Practitioner) filed at 6/17/2014 8:43 AM

**Please let me know by the end of the week if you have not been scheduled for your GYN appointment. Feel free to contact me with any questions or concerns. If any increase in pain or bleeding, please go to the ER for further evaluation. Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.**

**History & Physical**

No notes of this type exist for this encounter.

**Other Notes**

No notes exist for this encounter.

**Follow-up and Disposition History**

06/17/2014 0843 - Whitney Tolbert, NP

Dispositions: Return in about 6 months (around 12/17/2014), or if symptoms worsen or fail to improve, for Next scheduled follow up.

**Flowsheets (all recorded)**

**Anthropometrics**

| Row Name | 06/17/14 0801 |
|---|---|
| Anthropometrics | |
| Weight Change | 0 -BH |

**Custom Formula Data**

| Row Name | 06/17/14 0801 |
|---|---|
| OTHER | |
| BSA (Calculated - sq m) | 2.08 sq meters -BH |
| BMI (Calculated) | **38.3 (Abnormal) !** -BH |
| IBW/kg (Calculated) Male | 56.9 kg -BH |
| IBW/kg (Calculated) FEMALE | 52.4 kg -BH |
| Weight in (lb) to have BMI = 25 | 140.8 -BH |
| % Weight Change Since Birth | 0 -BH |

0J1891900026

**Incoming Call**

| | Provider | Department | Center |
|---|---|---|---|
| 6/17/2014 3:30 PM | Laura Walters, CMA | Light Internal Med | BMH Lght |

**Reason for Call**

**Call Documentation**

**Laura Walters, CMA at 6/19/2014 9:27 AM**
Status: Signed

Records faxed as requested

Electronically signed by Laura Walters, CMA on 6/19/2014 9:28 AM

**Laura Walters, CMA at 6/17/2014 3:30 PM**
Status: Signed

Message copied by WALTERS, LAURA on Tue Jun 17, 2014 3:30 PM
-----

Message from: WILLIAMS, STEPHANIE
Created: Tue Jun 17, 2014 9:33 AM
Regarding: Referral Status

Patient has been scheduled with UTMG

7/22/14 @ 8:40am with Dr. Lipscomb ( patients choice)

Please fax notes to 901-302-2051 at 24 hours in advance of appointment. Per Megan.

Patient is aware of appointment.

-----

Electronically signed by Laura Walters, CMA on 6/17/2014 3:30 PM

**Care Advice Given**
No Care Advice given for this encounter.

**Patient Care Timeline**
No data selected in time range

**Patient Care Timeline**
No data selected in time range





**Patient Care Timeline (continued)**
No data selected in time range

**Patient Care Timeline**
No data selected in time range

0J1891900026



**Visit Summary (continued)**

**Immunizations (continued)** RICHARDSON,SHANNA L

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/9/2014 | PMC | UI1 85 AA | IM/LD | 0.5 mL | 8/19/14 | Joyce Bradshaw, RN |
| 1/1/2016 | | | | | | |

influenza QIV PF 3+ yrs

| Date | Manufacturer | Lot # | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|
| 9/21/2017 | SKB | 9B K4 X | IM/LD | 0.5 mL | 8/07/15 | Susan King |

**Vitals**

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 124/106 ! | 96 | 97.7 °F (36.5 °C) (Oral) | 18 | 5' 3" (1.6 m) |

| Wt | LMP | SpO2 | BMI |
|---|---|---|---|
| 214 lb (97.1 kg) | 07/03/2014 | 96% | 37.91 kg/m² |





**Demographics**

Name: Shanna L Richardson
Address:
Date of birth: Sex: Female Gender identity: Female
Email: Home phone:

Relationships

| Name | Relation to Patient | Phone Number | |
|---|---|---|---|
| Linda Richardson | Mother | Home: | |
| Timothy Lloyd | Friend | Mobile: | (primary) |

**Visit Summary**

**Reason for Visit**

| | |
|---|---|
| **Follow-up** | hospital follow up; still having severe vaginal pain, dizziness, and nausea |

**Diagnoses**

| | Comments |
|---|---|
| **Menorrhagia** - Primary | |
| **Nausea** | |
| **Pelvic pain** | |

**Problem List as of 7/24/2014** Date Reviewed: 4/30/2014

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM: F41.1<br>ICD-9-CM: 300.00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM: I10<br>ICD-9-CM: 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 2/15/2013 - Present |

**Allergies as of 7/24/2014** Reviewed by Stacey Fields on 7/24/2014

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrocodone** | 04/01/2014 | | |

**Immunizations**

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical**<br>Given By: | 01/01/16 | | | |
| **Influenza TIV historical**<br>Given By: Joyce Bradshaw, RN | Thu Oct 9, 2014 2:12 PM | 0.5 mL | Intramuscular | Left deltoid |
| **Influenza QIV PF 3+ yrs**<br>Given By: Susan King | 09/21/17 | 0.5 mL | Intramuscular | Left deltoid |

**Immunizations** RICHARDSON,SHANNA L

Influenza TIV historical

| Date | Manufacturer | Lot # | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|

**Activities of Daily Living as of 7/24/2014 (continued)**

None

011891900026

**Occupational as of 7/24/2014**

None

**Socioeconomic as of 7/24/2014**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino | Black or African American | — |

| Financial Resource Strain | Food Insecurity: Worry | Food Insecurity: Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

**Medications**

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet (Taking/Expired)**<br>Sig: Take 1 tablet by mouth every 6 (six) hours as needed for pain<br>Class: Print<br>Earliest Fill Date: 7/22/2014<br>Route: Oral | 12 tablet | 0 | 7/22/2014 | 8/1/2014 |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (50 mg total) by mouth nightly.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 1/16/2014 | 1/16/2015 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (10 mg total) by mouth one (1) time a day.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **PARoxetine (PAXIL) 40 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (40 mg total) by mouth one (1) time a day.<br>Route: Oral | 30 tablet | 5 | 1/16/2014 | 11/21/2014 |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (50 mg total) by mouth nightly.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 1/16/2014 | 11/4/2014 |

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for pain - Oral<br>Class: Print<br>Earliest Fill Date: 7/22/2014 | 12 tablet | 0 | 7/22/2014 | 8/1/2014 |





**Treatment Vitals (all recorded)**

**Treatment Vitals**

No documentation.

## Patient History

**Medical as of 7/24/2014**

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Fibroids [218.9 (ICD-9-CM)] | — | — | Provider |
| Hypertension [401.9 (ICD-9-CM)] | — | — | Provider |

**Surgical as of 7/24/2014**

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CESAREAN SECTION [SUR1452] | — | — | — | Provider |

**Family as of 7/24/2014**

None

**Family Status as of 7/24/2014**

None

**Tobacco Use as of 7/24/2014**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Unknown | — | Provider |

**Alcohol Use as of 7/24/2014**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

| Frequency | Standard Drinks | Binge Drinking |
|---|---|---|
| — | — | — |

**Drug Use as of 7/24/2014**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 7/24/2014**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 7/24/2014**

## Medications - Medication Orders (continued)

**ketorolac (TORADOL) 30 mg/mL (1 mL) injection 30 mg [16372796] (continued)**

0J189190026

Electronically signed by: **Whitney Tolbert, NP on 07/24/14 0852**
Status: **Completed**
Ordering user: Whitney Tolbert, NP 07/24/14 0852
Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: Once 07/24/14 0900 - 1 occurrence
Diagnoses
Pelvic pain [IMO0002 (ICD-9-CM)]
Medication Route: Intramuscular
Medication Dose: 30 mg
Date First Scheduled: 07/24/14 0900
Last Administration: 07/24/14 0901
End Date/Time: 07/24/14 09.01 AM
Start Date/Time: 07/24/14 0900

## Orders

**All Orders and Results Except Lab and Imaging**

No orders and results found

## Result Summary





## Medications (continued)

**Medications at Start of Encounter (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)** | 30 tablet | 5 | 1/16/2014 | 1/16/2015 |
| Sig - Route: Take 1 tablet (50 mg total) by mouth nightly. - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth one (1) time a day. - Oral | | | | |
| **PARoxetine (PAXIL) 40 MG tablet (Taking)** | 30 tablet | 5 | 1/16/2014 | 11/21/2014 |
| Sig - Route: Take 1 tablet (40 mg total) by mouth one (1) time a day. - Oral | | | | |
| **traZODone (DESYREL) 50 MG tablet (Taking)** | 30 tablet | 5 | 1/16/2014 | 11/4/2014 |
| Sig - Route: Take 1 tablet (50 mg total) by mouth nightly. - Oral | | | | |
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet** | | | | 7/24/2014 |
| Sig - Route: Take 1 tablet by mouth every 8 (eight) hours. - Oral<br>Class: Historical Med | | | | |
| **medroxyPROGESTERone 150 mg/mL Syrg** | | | | 7/24/2014 |
| Sig: MedroxyPROGESTERone Acetate 150 MG/ML Intramuscular Suspension, INJECT EVERY 12 WEEKS AS DIRECTED, Qty: 1 (Active)<br>Class: Historical Med | | | | |

**Discontinued Medications**

| | Reason for Discontinue |
|---|---|
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet** | |
| **medroxyPROGESTERone 150 mg/mL Syrg** | Therapy completed |

**Ordered Facility-Administered Medications**

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| **ketorolac (TORADOL) 30 mg/mL (1 mL) injection 30 mg** | 30 mg | Once | 7/24/2014 | 7/24/2014 |
| Sig - Route: Inject 1 mL (30 mg total) into the muscle once - Intramuscular | | | | |

**Medication Administration Record**

ketorolac (TORADOL) 30 mg/mL (1 mL) injection 30 mg [15372796]

Ordering Provider: Whitney Tolbert, NP
Status: Completed (Past End Date/Time)
Ordered On: 07/24/14 0852
Starts/Ends: 07/24/14 0900 - 07/24/14 0901
Dose (Remaining/Total): 30 mg (0/1)
Route: Intramuscular
Frequency: Once
Rate/Duration: — / —
Admin Instructions: --------STERICYCLE-------- BKC - BLACK COMPATIBLE CONTAINER
--

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| Performed<br>07/24/14 0901<br>Documented<br>07/24/14 0901 | Given | 30 mg | Intramuscular<br>Right Gluteal | Performed by: Stacey Fields |

## Medications - Medication Orders

**ketorolac (TORADOL) 30 mg/mL (1 mL) injection 30 mg [15372796]**

0J189190026



## All Lab and Imaging Orders and Results (continued)

### Basic metabolic panel (continued)

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 142 | 135 - 145 mEq/L | — | AEL |
| Potassium | 4.0 | 3.5 - 5.3 mEq/L | — | AEL |
| Chloride | 107 | 98 - 107 mEq/L | — | AEL |
| CO2 | 27 | 21 - 31 mEq/L | — | AEL |
| BUN | 8 | 7 - 25 mg/dl | — | AEL |
| Creatinine | 0.82 | 0.6 - 1.3 mg/dl | — | AEL |
| Glucose | 108 | 65 - 100 mg/dl | H | AEL |
| Calcium | 9.2 | 8.6 - 10.3 mg/dl | — | AEL |
| eGFR non-African American | 91 | mL/min/1.73m^2 | — | AEL |
| eGFR African American | 106 | mL/min/1.73m^2 | — | AEL |

Comment:

ESTIMATED GFR (CALCULATED) REF RANGE: > OR = 60 mL/min/1.73M^2

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 13 - AEL | AEL | Dr. Michael Bugg | 1701 Century Center Cove Memphis TN 38134 | 07/30/13 1434 - 08/10/15 1422 |
| 109 - LIGHT Lab | LIGHT LAB | Unknown | 7715 Wolf River Blvd Germantown TN 38138 | 06/05/13 1733 - Present |

### Progress Notes

**Progress Notes by Whitney Tolbert, NP at 7/24/2014 8:43 AM**

Author: Whitney Tolbert, NP | Service: — | Author Type: Nurse Practitioner
Encounter Date: 7/24/2014 | Creation Time: 7/24/2014 8:43 AM | Filed: 7/24/2014 9:36 AM
Status: Signed | Editor: Whitney Tolbert, NP (Nurse Practitioner)

**Subjective:**

**Patient ID: Shanna L Richardson is a 37 y.o. female.**

HPI

Ms. Richardson presents today for ER follow-up. Saw Dr. Lipscomb with UT Medical on July 22nd for consultation due to periods with heavy bleeding with clots, vaginal pain, fatigue, and radiating lower pelvic pain. Periods started to become heavy and painful several months ago. Periods are regular every 28 days but last





## All Lab and Imaging Orders and Results

### CBC with differential

Electronically signed by: **Stacey Fields on 07/24/14 0826** Status: **Completed**
Ordering user: Stacey Fields 07/24/14 0826 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: 07/24/14 -
Diagnoses
Nausea [787.02 (ICD-9-CM)]

Resulted: 07/24/14 0856, Result status: Final result

CBC with differential [15372794] (Abnormal)

Resulting lab: LIGHT LAB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 14LL205-L0004 | Blood | — | 07/24/14 0831 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 8.4 | 5.0 - 10.0 K/uL | — | LIGHT Lab |
| RBC | 3.99 | 4.10 - 5.40 10^6/µL | L | LIGHT Lab |
| Hemoglobin | 11.8 | 12.0 - 16.0 g/dL | L | LIGHT Lab |
| Hematocrit | 38.1 | 37.0 - 47.0 % | — | LIGHT Lab |
| MCV | 95.5 | 80.0 - 97.0 fL | — | LIGHT Lab |
| MCH | 29.5 | 27.0 - 32.0 pg | — | LIGHT Lab |
| MCHC | 30.9 | 32 - 36 g/dL | L | LIGHT Lab |
| Platelet | 420 | 150 - 500 K/µL | — | LIGHT Lab |
| MPV | 8.1 | 7.4 - 10.4 fL | — | LIGHT Lab |
| Absolute Neutrophil | 4.5 | 2.5 - 7.5 K/uL | — | LIGHT Lab |
| Absolute Lymphocyte | 3.6 | 1.0 - 4.0 K/uL | — | LIGHT Lab |
| Absolute Monocyte | 0.30 | 0.05 - 0.60 K/uL | — | LIGHT Lab |
| Neutrophil percent | 53.8 | 50.0 - 75.0 % | — | LIGHT Lab |
| Lymphocyte percent | 43.1 | 20.0 - 40.0 % | H | LIGHT Lab |
| Monocyte percent | 3.1 | 0.0 - 6.0 % | — | LIGHT Lab |
| RDW | 14.1 | — | — | LIGHT Lab |

### Basic metabolic panel

Electronically signed by: **Stacey Fields on 07/24/14 0826** Status: **Completed**
Ordering user: Stacey Fields 07/24/14 0826 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: 07/24/14 -
Diagnoses
Nausea [787.02 (ICD-9-CM)]

Resulted: 07/24/14 1526, Result status: Final result

Basic metabolic panel [15372795] (Abnormal)

Resulting lab: AEL

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 14A205-Z00023 | Blood | — | 07/24/14 0831 |

Components

0J189190026

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 7/24/2014 8:43 AM (continued)**

**Diagnoses and associated orders for this visit:**

**Menorrhagia**

**Nausea**
- CBC with differential
- Basic metabolic panel

**Pelvic pain**
- ketorolac (TORADOL) 30 mg/mL (1 mL) injection 30 mg; Inject 1 mL (30 mg total) into the muscle once

Return if symptoms worsen or fail to improve.

**Patient Instructions**
I would like for you to follow-up with Dr. Lipscomb as planned. I will fax the office notes and lab results. If any worsening symptoms, return to the ER. Feel free to contact me with any questions or concerns.

Electronically signed by Whitney Tolbert, NP at 7/24/2014 9:38 AM

**Patient Instructions**

**Patient Instructions by Whitney Tolbert, NP at 7/24/2014 9:34 AM**

| | | |
|---|---|---|
| Author: Whitney Tolbert, NP | Service: -- | Author Type: Nurse Practitioner |
| Filed: 7/24/2014 9:35 AM | Encounter Date: 7/24/2014 | Status: Signed |
| Editor: Whitney Tolbert, NP (Nurse Practitioner) | | |

I would like for you to follow-up with Dr. Lipscomb as planned. I will fax the office notes and lab results. If any worsening symptoms, return to the ER. Feel free to contact me with any questions or concerns.

**History & Physical**
No notes of this type exist for this encounter.

**Other Notes**
No notes exist for this encounter.

**Follow-up and Disposition History**
07/24/2014 0935 - Whitney Tolbert, NP
Dispositions: Return if symptoms worsen or fail to improve.

**Flowsheets (all recorded)**





**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 7/24/2014 8:43 AM (continued)**

11 days in duration. G2P2. One SVD and one c/s due to fetal distress- no complications for baby. Reports DVTs after delivery- was on blood thinners temporarily but no problems since. She denies sexual activity- not in years. Pain worsened after visit with Dr. Lipscomb and went to the ER. All testing was normal. Pain improved somewhat with the morphine. Discharged home with percocet and it does not seem to help the pain. NO bleeding at this time. Denies urinary pain, burning, or frequency. Reports nausea and weakness in legs due to the pain. She is desiring a hysterectomy.

Review of Systems
Constitutional: Positive for fatigue. Negative for fever.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Positive for nausea. Negative for diarrhea, constipation, blood in stool and abdominal distention.
Genitourinary: Positive for vaginal bleeding, vaginal pain, menstrual problem and pelvic pain. Negative for dysuria, urgency, frequency, hematuria, flank pain, decreased urine volume and vaginal discharge.
Musculoskeletal: Positive for myalgias.
Neurological: Positive for dizziness. Negative for headaches.
Hematological: Negative for adenopathy.

**Objective:**

BP 124/106 | Pulse 96 | Temp(Src) 97.7 °F (36.5 °C) (Oral) | Resp 18 | Ht 5' 3" (1.6 m) | Wt 214 lb (97.07 kg) | BMI 37.92 kg/m2 | SpO2 98% | LMP 06/07/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. She appears distressed.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Neck: Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension.
Lower pelvic tenderness
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

**Assessment/Plan:**
Shanna was seen today for follow-up.

0J189190026



**Flowsheets (all recorded) (continued)**

**Encounter Vitals (continued)**

| Row Name | 07/24/14 0823 |
|---|---|
| **Enc Vitals** | |
| BP | 124/106 (Abnormal) ! -SF |
| Pulse | 96 -SF |
| Resp | 18 -SF |
| Temp | 97.7 °F (36.5 °C) -SF |
| Temp src | Oral -SF |
| SpO2 | 98 % -SF |
| Weight | 214 lb (97.1 kg) -SF |
| Height | 5' 3" (1.6 m) -SF |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| SF | Stacey Fields |

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range





**Flowsheets (all recorded) (continued)**

**Anthropometrics**

| Row Name | 07/24/14 0823 |
|---|---|
| **Anthropometrics** | |
| Weight Change | 0 -SF |

**Custom Formula Data**

| Row Name | 07/24/14 0823 |
|---|---|
| **OTHER** | |
| BSA (Calculated - sq m) | 2.08 sq meters -SF |
| BMI (Calculated) | 37.9 (Abnormal) ! -SF |
| IBW/kg (Calculated) Male | 56.9 kg -SF |
| IBW/kg (Calculated) FEMALE | 52.4 kg -SF |
| Weight in (lb) to have BMI = 25 | 140.8 -SF |
| % Weight Change Since Birth | 0 -SF |
| **(Retired) Ideal Body Weight (IBW)** | |
| (Retired) Ideal Body Weight (IBW), Male (kg) | 56.9 -SF |
| Ideal Body Weight (IBW), Female | 52.4 -SF |
| **(Retired) Measurements (Adult/Pediatric)** | |
| (Retired) BMI (kg/m2) | 37.99 -SF |
| **Relevant Labs and Vitals** | |
| Temp (in Celsius) | 36.5 -SF |
| **Adult IBW/VT Calculations** | |
| IBW/kg (Calculated) | 52.4 -SF |
| Low Range Vt 6mL/kg | 314.4 mL/kg -SF |
| Adult Moderate Range Vt 8mL/kg | 419.2 mL/kg -SF |
| Adult High Range Vt 10mL/kg | 524 mL/kg -SF |

**Encounter Vitals**

0J18919002G

**Demographics**

Name: Shanna L Richardson
Address:
Date of birth:
Email:

Sex: Female
Home phone:

Gender identity: Female

**Relationships**

| Name | Relation to Patient | Phone Number | |
|---|---|---|---|
| Linda Richardson | Mother | Home: | |
| Timothy Lloyd | Friend | Mobile | (primary) |

**Visit Summary**

**Reason for Visit**

| | |
|---|---|
| **Abdominal Pain** | pt states that she had a hysterectomy on 10/08/2014 and then had to have a second surgery on 10/23/2014 due to complications |

**Diagnoses**

| | Comments |
|---|---|
| **Abdominal pain** - Primary | |

**Problem List as of 11/21/2014** Date Reviewed: 10/23/2014

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM: F41.1<br>ICD-9-CM: 300.00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM: I10<br>ICD-9-CM: 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 2/15/2013 - Present |
| **Abnormal uterine bleeding (AUB)** | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/4/2014 - Present |
| **Pelvic pain** | ICD-10-CM: R10.2<br>ICD-9-CM: IMO0002 | | | 8/4/2014 - Present |
| **HTN (hypertension)** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 8/4/2014 - Present |
| **Leiomyoma of uterus** | ICD-10-CM: D25.9<br>ICD-9-CM: 218.9 | | | 8/22/2014 - Present |
| **Excessive or frequent menstruation** | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 8/22/2014 - Present |
| **Coagulation defect (HCC)** | ICD-10-CM: D68.9<br>ICD-9-CM: 286.9 | | | 8/22/2014 - Present |
| **Esophagitis** | ICD-10-CM: K20.9<br>ICD-9-CM: 530.10 | | | 8/22/2014 - Present |
| **Abdominal pain** | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 8/22/2014 - Present |
| **Status post hysterectomy** | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | | | 10/8/2014 - Present |





**Call Information**

| | Provider | Department | Center |
|---|---|---|---|
| 7/24/2014 11:40 AM | Lashanna Shaw | Light Internal Med | BMH Lght |

**Call Documentation**

**Lashanna Shaw at 7/31/2014 11:20 AM**

Status: Signed

CLOSED

Electronically signed by Lashanna Shaw on 7/31/2014 11:20 AM

**Care Advice Given**

No Care Advice given for this encounter.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

01189190026

**Treatment Vitals (all recorded)**

**Treatment Vitals**

No documentation.

## Patient History

**Medical as of 11/21/2014**

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety [300.00 (ICD-9-CM)] | — | — | Provider |
| Diminished uterine growth [621.9 (ICD-9-CM)] | — | — | Provider |
| Gastritis [535.50 (ICD-9-CM)] | — | — | Provider |
| Guillain-Barre syndrome (HCC) [357.0 (ICD-9-CM)] | 1996 | — | Provider |
| Hypertension [401.9 (ICD-9-CM)] | — | — | Provider |
| Migraine [346.90 (ICD-9-CM)] | — | — | Provider |
| Obesity [278.00 (ICD-9-CM)] | — | — | Provider |
| Pyelonephritis [590.80 (ICD-9-CM)] | — | — | Provider |
| Uterine fibroid [218.9 (ICD-9-CM)] | — | — | Provider |

**Surgical as of 11/21/2014**

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CESAREAN SECTION [SUR1452] | — | 2001 | — | Provider |
| ESOPHAGOGASTRODUODENOSCOPY [SHX1529] | — | 2013 | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |

**Family as of 11/21/2014**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Diabetes | Mother | — | — | — | Provider |
| Hypertension | Mother | — | — | — | Provider |
| Cirrhosis | Father | — | — | — | Provider |

**Family Status as of 11/21/2014**

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Father | — | Deceased, 57 | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 11/21/2014**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |





**Visit Summary (continued)**

Reviewed by Barbara Holden, LPN on 11/21/2014

**Allergies as of 11/21/2014**

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| Hydrocodone | 04/01/2014 | | |
| Percocet [oxycodone-acetaminophen] | 11/06/2014 | Allergy | Nausea Only |

**Immunizations**

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| Influenza TIV historical | 01/01/16 | | | |
| Given By: | | | | |
| Influenza TIV historical | Thu Oct 9, 2014 2:12 PM | 0.5 mL | Intramuscular | Left deltoid |
| Given By: Joyce Bradshaw, RN | | | | |
| Influenza QIV PF 3+ yrs | 09/21/17 | 0.5 mL | Intramuscular | Left deltoid |
| Given By: Susan King | | | | |

RICHARDSON,SHANNA L

**Immunizations**

Influenza TIV historical

| Date | Manufacturer | Lot # | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|
| 10/9/2014 | PMC | UI185AA | IM/LD | 0.5 mL | 8/19/14 | Joyce Bradshaw, RN |
| 1/1/2016 | | | | | | |

Influenza QIV PF 3+ yrs

| Date | Manufacturer | Lot # | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|
| 9/21/2017 | SKB | 9BK4X | IM/LD | 0.5 mL | 8/07/15 | Susan King |

**Vitals**

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 150/106 ! | 72 | 98.2 °F (36.8 °C) | 15 | 5' 3" (1.6 m) |

| Wt | LMP | SpO2 | BMI |
|---|---|---|---|
| 212 lb (96.2 kg) | 09/28/2014 | 99% | 37.55 kg/m² |

0J189190026

**Medications (continued)**

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **HYDROmorphone (DILAUDID) 2 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (2 mg total) by mouth every 4 (four) hours as needed for pain<br>Class: Print<br>Earliest Fill Date: 7/26/2014<br>Route: Oral | 20 tablet | 0 | 7/26/2014 | 11/21/2014 |
| **Ibuprofen (ADVIL,MOTRIN) 600 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (600 mg total) by mouth every 6 (six) hours<br>Route: Oral<br>Cosign for Ordering: Accepted by Ahmad Azari, MD on 10/15/2014 3:14 PM | 25 tablet | 0 | 10/15/2014 | 11/21/2014 |
| **PARoxetine (PAXIL) 40 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (40 mg total) by mouth one (1) time a day.<br>Route: Oral | 30 tablet | 5 | 1/16/2014 | 11/21/2014 |
| **promethazine (PHENERGAN) 25 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (25 mg total) by mouth every 4 (four) hours as needed for nausea<br>Class: Print<br>Route: Oral | 20 tablet | 0 | 7/26/2014 | 11/21/2014 |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)**<br>Sig: TAKE 1 TABLET BY MOUTH AT BEDTIME<br>Reason for Discontinue: Reorder | 30 tablet | 0 | 11/4/2014 | 12/4/2014 |

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth nightly. - Oral | 30 tablet | 5 | 1/16/2014 | 1/16/2015 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth one (1) time a day. - Oral | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **HYDROmorphone (DILAUDID) 2 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (2 mg total) by mouth every 4 (four) hours as needed for pain - Oral<br>Class: Print<br>Earliest Fill Date: 7/26/2014 | 20 tablet | 0 | 7/26/2014 | 11/21/2014 |
| **Ibuprofen (ADVIL, MOTRIN) 600 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (600 mg total) by mouth every 6 (six) hours - Oral<br>Cosign for Ordering: Accepted by Ahmad Azari, MD on 10/15/2014 3:14 PM | 25 tablet | 0 | 10/15/2014 | 11/21/2014 |
| **PARoxetine (PAXIL) 40 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (40 mg total) by mouth one (1) time a day. - Oral | 30 tablet | 5 | 1/16/2014 | 11/21/2014 |
| **promethazine (PHENERGAN) 25 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (25 mg total) by mouth every 4 (four) hours as needed for nausea - Oral<br>Class: Print | 20 tablet | 0 | 7/26/2014 | 11/21/2014 |
| **traZODone (DESYREL) 50 MG tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH AT BEDTIME | 30 tablet | 0 | 11/4/2014 | 12/4/2014 |





**Tobacco Use as of 11/21/2014 (continued)**

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

**Alcohol Use as of 11/21/2014**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

| Frequency | Standard Drinks | Binge Drinking |
|---|---|---|
| — | — | — |

**Drug Use as of 11/21/2014**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 11/21/2014**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 11/21/2014**

None

**Occupational as of 11/21/2014**

None

**Socioeconomic as of 11/21/2014**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino | Black or African American | — |

| Financial Resource Strain | Food Insecurity Worry | Food Insecurity Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

**Medications**

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (50 mg total) by mouth nightly.<br>Route: Oral<br>Reason for Discontinue: Reorder | 30 tablet | 5 | 1/16/2014 | 1/16/2015 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (10 mg total) by mouth one (1) time a day.<br>Route: Oral<br>Reason for Discontinue: Reorder | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |

## All Lab and Imaging Orders and Results

### CBC with differential

0118919026

**Electronically signed by: Whitney Tolbert, NP on 11/21/14 0913** Status: **Completed**
Ordering user: Whitney Tolbert, NP 11/21/14 0913 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: 11/21/14 -
Diagnoses
Abdominal pain [789.00 (ICD-9-CM)]

Resulted: 11/21/14 0926, Result status: Final result
CBC with differential [28754209] (Abnormal)

Resulting lab: LIGHT LAB
Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 14LL325-L0022 | Blood | — | 11/21/14 0918 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 10.0 | 5.0 - 10.0 K/uL | — | LIGHT Lab |
| RBC | 3.56 | 4.10 - 5.40 10^6/uL | L | LIGHT Lab |
| Hemoglobin | 10.7 | 12.0 - 16.0 g/dL | L | LIGHT Lab |
| Hematocrit | 33.1 | 37.0 - 47.0 % | L | LIGHT Lab |
| MCV | 93.0 | 80.0 - 97.0 fL | — | LIGHT Lab |
| MCH | 30.2 | 27.0 - 32.0 pg | — | LIGHT Lab |
| MCHC | 32.4 | 32 - 36 g/dL | — | LIGHT Lab |
| RDW CV | 14.2 | 11.5 - 14.5 % | — | LIGHT Lab |
| Platelet | 397 | 150 - 500 K/uL | — | LIGHT Lab |
| MPV | 8.2 | 7.4 - 10.4 fL | — | LIGHT Lab |
| Absolute Neutrophil | 6.3 | 2.5 - 7.5 K/uL | — | LIGHT Lab |
| Absolute Lymphocyte | 3.4 | 1.0 - 4.0 K/uL | — | LIGHT Lab |
| Absolute Monocyte | 0.30 | 0.05 - 0.60 K/uL | — | LIGHT Lab |
| Neutrophil percent | 63.0 | 50.0 - 75.0 % | — | LIGHT Lab |
| Lymphocyte percent | 34.1 | 20.0 - 40.0 % | — | LIGHT Lab |
| Monocyte percent | 2.9 | 0.0 - 6.0 % | — | LIGHT Lab |

### Comprehensive metabolic panel

**Electronically signed by: Whitney Tolbert, NP on 11/21/14 0913** Status: **Completed**
Ordering user: Whitney Tolbert, NP 11/21/14 0913 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: 11/21/14 -
Diagnoses
Abdominal pain [789.00 (ICD-9-CM)]

Resulted: 11/24/14 2034, Result status: Final result
Comprehensive metabolic panel [28754210]

Resulting lab: AEL
Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 14A325-Z00106 | Blood | — | 11/21/14 0918 |

Components





## Medications (continued)

### Medications at Start of Encounter (continued)

#### Discontinued Medications

| | Reason for Discontinue |
|---|---|
| PARoxetine (PAXIL) 40 MG tablet | |
| ibuprofen (ADVIL,MOTRIN) 600 MG tablet | |
| promethazine (PHENERGAN) 25 MG tablet | |
| HYDROmorphone (DILAUDID) 2 MG tablet | |

#### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **traMADol (ULTRAM) 50 mg tablet (Discontinued)** | 20 tablet | 0 | 11/21/2014 | 12/4/2014 |

Sig - Route: Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain - Oral
Class: Print
Reason for Discontinue: **Reorder**

#### Medication Administration Record

(There are no med orders for this encounter)

### Medications - Medication Orders

**traMADol (ULTRAM) 50 mg tablet [28754212]**

**Electronically signed by: Whitney Tolbert, NP on 11/21/14 0935** Status **Discontinued**
Ordering user: Whitney Tolbert, NP 11/21/14 0935 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
PRN reasons: pain
Frequency: Q8H PRN 11/21/14 - 365 days Discontinued by: Whitney Tolbert, NP 12/04/14 1312 [Reorder]

Diagnoses
Abdominal pain [789.00 (ICD-9-CM)]
Medication Route: Oral Medication Dose: 50 mg
Medication Directions: Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain Priority: Routine
End Date/Time: 12/4/2014 Start Date/Time: 11/21/14 0000

### Orders

#### All Orders and Results Except Lab and Imaging

No orders and results found

### Result Summary

## All Lab and Imaging Orders and Results (continued)

### Urinalysis w Micro If Indicated (continued)

0J189190026

Diagnoses
Abdominal pain [789.00 (ICD-9-CM)]

Urinalysis w Micro if Indicated [28754211] (Abnormal) Resulted: 11/21/14 0926, Result status: Final result

Resulting lab: LIGHT LAB
Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 14LL325-L0023 | Urine | — | 11/21/14 0918 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Color, UA | Not Entered | Yellow | — | LIGHT Lab |
| Clarity, UA | Not Entered | Clear | — | LIGHT Lab |
| pH, UA | 6.5 | 5.0 - 8.0 | — | LIGHT Lab |
| Specific gravity, UA | 1.025 | 1.005 - 1.030 | — | LIGHT Lab |
| Glucose, UA | Negative | Negative mg/dL | — | LIGHT Lab |
| Ketones, UA | Negative | Negative mg/dL | — | LIGHT Lab |
| Bilirubin, UA | Negative | Negative | — | LIGHT Lab |
| Protein, UA | Negative | Negative mg/dL | — | LIGHT Lab |
| Leukocytes, UA | Trace | Negative | A | LIGHT Lab |
| Nitrite, UA | Negative | Negative | — | LIGHT Lab |
| Blood, UA | Trace-lysed | Negative | A | LIGHT Lab |
| Urobilinogen, UA | 0.2 | 0.0 - 1.0 E.U./dL | — | LIGHT Lab |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 13 - AEL | AEL | Dr. Michael Bugg | 1701 Century Center Cove Memphis TN 38134 | 07/30/13 1434 - 08/10/15 1422 |
| 109 - LIGHT Lab | LIGHT LAB | Unknown | 7715 Wolf River Blvd Germantown TN 38138 | 08/05/13 1733 - Present |

## Progress Notes

### Progress Notes by Whitney Tolbert, NP at 11/21/2014 9:41 AM

Author: Whitney Tolbert, NP Service: — Author Type: Nurse Practitioner
Encounter Date: 11/21/2014 Creation Time: 11/21/2014 9:41 AM Filed: 11/21/2014 10:09 AM
Status: Signed Editor: Whitney Tolbert, NP (Nurse Practitioner)

**Subjective:**

**Patient ID:** Shanna L Richardson is a 37 y.o. female.

**HPI**





## All Lab and Imaging Orders and Results (continued)

### Comprehensive metabolic panel (continued)

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 140 | 135 - 146 mmol/L | — | AEL |
| Potassium | 3.5 | 3.5 - 5.3 mmol/L | — | AEL |
| Chloride | 104 | 98 - 110 mmol/L | — | AEL |
| CO2 | 26 | 19 - 30 mmol/L | — | AEL |
| Comment: Bicarbonate: 19-30 mmol/L High Altitude Reference Intervals (>4000 Ft): 17 - 28 mmol/L | | | | |
| Glucose | 94 | 65 - 99 mg/dL | — | AEL |
| BUN | 9 | 7 - 25 mg/dL | — | AEL |
| Creatinine | 0.73 | 0.5 - 1.10 mg/dL | — | AEL |
| eGFR African American | 105 | >59 mL/min/1.73m2 | — | AEL |
| Comment: UNITS OF MEASURE: mL/min/1.73m2 | | | | |
| Calcium | 9.6 | 8.6 - 10.2 mg/dL | — | AEL |
| Protein total | 6.6 | 6.2 - 8.3 g/dL | — | AEL |
| Albumin | 4.2 | 3.6 - 5.1 g/dL | — | AEL |
| ALP | 102 | 33 - 115 U/L | — | AEL |
| AST | 11 | 10 - 30 U/L | — | AEL |
| ALT | 8 | 6 - 40 U/L | — | AEL |
| Bilirubin total | 0.3 | 0.2 - 1.2 mg/dL | — | AEL |
| BUN/Creatinine Ratio | 12 | 6 - 25 | — | AEL |
| Globulin Total | 2.4 | 2.2 - 4.2 g/dL | — | AEL |
| A/G Ratio, Electrophoresis | 1.8 | 0.8 - 2 | — | AEL |

Comment:
For patients > or = 50 years of age: The upper reference limit for Creatinine is approximately 13% higher for people identified as African-American.

Quest Diagnostics Nichols Institute
Michael C. Dugan, M.D., FCAP., Laboratory Director
27027 Tourney Road
Valencia, CA 91355-5386
CLIA #05D0550302

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT:

AMERICAN ESOTERIC LABORATORIES-MEMPHIS
1701 CENTURY CENTER COVE MEMPHIS, TN 38134
CLIA NUMBER 44D0889744
MEDICAL LABORATORY DIRECTOR, MICHAEL F BUGG, M.D.

### Urinalysis w Micro If Indicated

Electronically signed by: **Whitney Tolbert, NP on 11/21/14 0913** Status: Completed
Ordering user: Whitney Tolbert, NP 11/21/14 0913 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: 11/21/14 -

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 11/21/2014 9:41 AM (continued)**

0J189190026

foreign body noted.
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

**Assessment/Plan:**
Shanna was seen today for abdominal pain.

Diagnoses and associated orders for this visit:

**Abdominal pain**
- CBC with differential
- Comprehensive metabolic panel
- Urinalysis w Micro if Indicated
- traMADol (ULTRAM) 50 mg tablet; Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain

Patient requests dilaudid as this has worked well to control pain in the past. Will prescribe tramadol for the pain today which she reports she has tolerated well. Discussed current symptoms and encouraged to follow-up with her surgeon. She verbalized understanding. I have asked the patient to sign a medical release form to obtain records from St. Francis so that further pulmonary testing or follow-up can be done if necessary. If the pain worsens or if fever, nausea, or vomiting, she will return to the ER.

Return in about 4 weeks (around 12/19/2014) for Recheck BP.

**Patient Instructions**
I will notify you of your lab results as soon as they return. I would like for you to follow-up with your surgeon as we discussed today. If any worsening symptoms such as increase in pain, fever, increased bleeding, or nausea/vomiting, please return to the ER. Contact me with any questions or concerns that you may have. Make sure to follow a low sodium diet and notify me if your blood pressure remains greater than 140/90 consistently.

Electronically signed by Whitney Tolbert, NP at 11/21/2014 10:09 AM

**Patient Instructions**

**Patient Instructions by Whitney Tolbert, NP at 11/21/2014 10:05 AM**





**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 11/21/2014 9:41 AM (continued)**

Ms. Richardson presents today with complaint of lower abdominal, vaginal pain, and spotting. She states this first began following a recent laparoscopic hysterectomy approximately 8 weeks ago. She denies vaginal discharge, odor, fever, or urinary pain. She reports abdominal pain is at times a 10/10 and is constant cramping. She states she went to to St. Francis ER earlier this month on 11/08/14 due to symptoms and reports the CT did not show abnormal abdominal findings but that a "foreign body" was removed from her vagina. She states she was also told she had a pulmonary nodule in her lung. She does not have a documented report with her today from her most recent ER admission. She is a non smoker and denies cough, chest pain, hemoptysis, or shortness of breath.

Review of Systems
Constitutional: Negative for fever, fatigue and unexpected weight change.
Respiratory: Negative for cough, chest tightness, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive for abdominal pain. Negative for nausea, vomiting, diarrhea, constipation, blood in stool and abdominal distention.
Genitourinary: Positive for vaginal pain and pelvic pain. Negative for dysuria, hematuria, flank pain, vaginal discharge and difficulty urinating.
Vaginal "spotting"
Musculoskeletal: Negative for arthralgias, back pain and myalgias.
Skin: Negative for rash and wound.
Neurological: Negative for dizziness, weakness and headaches.
Hematological: Negative for adenopathy.
Psychiatric/Behavioral: Positive for sleep disturbance.

**Objective:**

BP 150/106 | Pulse 72 | Temp(Src) 98.2 °F (36.8 °C) | Resp 15 | Ht 5' 3" (1.6 m) | Wt 212 lb (96.163 kg) | BMI 37.56 kg/m2 | SpO2 99% | LMP 09/10/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Neck: Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension and no mass. There is no rebound and no guarding.
Mild suprapubic tenderness to palp.
Genitourinary:
Surgical sutures visible and intact. Scant amount of thin brown blood. No discharge, redness, or

0J1891900026

### Flowsheets (all recorded) (continued)

**Custom Formula Data (continued)**

| Row Name | 11/21/14 0850 |
|---|---|
| **(Retired) Ideal Body Weight (IBW)** | |
| (Retired) Ideal Body Weight (IBW), Male (kg) | 56.9 -BH |
| Ideal Body Weight (IBW), Female | 52.4 -BH |
| **(Retired) Measurements (Adult/Pediatric)** | |
| (Retired) BMI (kg/m2) | 37.63 -BH |
| **Adult IBW/VT Calculations** | |
| IBW/kg (Calculated) | 52.4 -BH |
| Low Range Vt 6mL/kg | 314.4 mL/kg -BH |
| Adult Moderate Range Vt 8mL/kg | 419.2 mL/kg -BH |
| Adult High Range Vt 10mL/kg | 524 mL/kg -BH |

**Encounter Vitals**

| Row Name | 11/21/14 0850 |
|---|---|
| **Enc Vitals** | |
| BP | **150/106 (Abnormal) !** -BH |
| Pulse | 72 -BH |
| Resp | 15 -BH |
| Temp | 98.2 °F (36.8 °C) -BH |
| SpO2 | 99 % -BH |
| Weight | 212 lb (96.2 kg) -BH |
| Height | 5' 3" (1.6 m) -BH |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| BH | Barbara Holden, LPN |

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**



BAPTIST. BMG The Light Clinic
7715 Wolf River Blvd
Germantown TN 38138-1706
Amb Encounter Report

Richardson, Shanna L
MRN: 10272441, DOB: Sex: F
Visit date: 11/21/2014

### Patient Instructions (continued)

**Patient Instructions by Whitney Tolbert, NP at 11/21/2014 10:05 AM (continued)**

Author: Whitney Tolbert, NP Service: — Author Type: Nurse Practitioner
Filed: 11/21/2014 10:08 AM Encounter Date: 11/21/2014 Status: Addendum
Editor: Whitney Tolbert, NP (Nurse Practitioner)
Related Notes: Original Note by Whitney Tolbert, NP (Nurse Practitioner) filed at 11/21/2014 10:07 AM

I will notify you of your lab results as soon as they return. I would like for you to follow-up with your surgeon as we discussed today. If any worsening symptoms such as increase in pain, fever, increased bleeding, or nausea/vomiting, please return to the ER. Contact me with any questions or concerns that you may have. Make sure to follow a low sodium diet and notify me if your blood pressure remains greater than 140/90 consistently.

**History & Physical**

No notes of this type exist for this encounter.

**Other Notes**

No notes exist for this encounter.

**Follow-up and Disposition History**

11/21/2014 1007 - Whitney Tolbert, NP

Dispositions: Return in about 4 weeks (around 12/19/2014) for Recheck BP.

### Flowsheets (all recorded)

**Anthropometrics**

| Row Name | 11/21/14 0850 |
|---|---|
| **Anthropometrics** | |
| Weight Change | 0 -BH |

**Custom Formula Data**

| Row Name | 11/21/14 0850 |
|---|---|
| **OTHER** | |
| BSA (Calculated - sq m) | 2.07 sq meters -BH |
| BMI (Calculated) | **37.6 (Abnormal) !** -BH |
| IBW/kg (Calculated) Male | 56.9 kg -BH |
| IBW/kg (Calculated) FEMALE | 52.4 kg -BH |
| Weight in (lb) to have BMI = 25 | 140.8 -BH |
| % Weight Change Since Birth | 0 -BH |

BAPTIST.

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
ROI Telephone

Richardson, Shanna L
MRN: 10272441, DOB , Sex: F
Visit date: 11/25/2014

**Incoming Call**

| | Provider | Department | Center |
|---|---|---|---|
| 11/25/2014 9:24 AM | Barbara Holden, LPN | Light Internal Med | BMH Lght |

**Reason for Call**

**Call Documentation**

**Barbara Holden, LPN at 11/25/2014 11:04 AM**

Status: Signed

**Pt notified**

Electronically signed by Barbara Holden, LPN on 11/25/2014 11:04 AM

**Whitney Tolbert, NP at 11/25/2014 10:59 AM**

Status: Signed

Ct scan shows a non calcified 7mm nodule within the RLL. Since she is not having symptoms, I recommend we repeat the CT scan in 6 months. However, please ask her to notify me if she begins to have symptoms in the meantime such as cough or shortness of breath.

Electronically signed by Whitney Tolbert, NP on 11/25/2014 11:01 AM

**Barbara Holden, LPN at 11/25/2014 9:27 AM**

Status Signed

Dwana is checking on this for you.

Electronically signed by Barbara Holden, LPN on 11/25/2014 9:28 AM

**Barbara Holden, LPN at 11/25/2014 9:27 AM**

Status: Signed

Message copied by HOLDEN, BARBARA on Tue Nov 25, 2014 9:27 AM

-----

Message from: TOLBERT, WHITNEY
Created: Tue Nov 25, 2014 9:20 AM
Regarding: please call st. francis

Patient signed a medical release form to obtain records from recent St. Francis ER visit. Need CT scan results. Please check on this.

-----

Electronically signed by Barbara Holden, LPN on 11/25/2014 9:27 AM

**Barbara Holden, LPN at 11/25/2014 9:24 AM**

Status: Signed

Message copied by HOLDEN, BARBARA on Tue Nov 25, 2014 9:24 AM

-----

Message from: TOLBERT, WHITNEY
Created: Tue Nov 25, 2014 9:20 AM
Regarding: please call st. francis



BAPTIST.

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
ED RECORD STANDARD

Richardson, Shanna L
MRN: 10272441, DOB: Sex: F
Visit date: 11/21/2014

**Patient Care Timeline (continued)**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

BAPTIST. BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
ROI Telephone

Richardson, Shanna L
MRN: 10272441, DOB:
Visit date: 12/4/2014

Sex: F

**Incoming Call**

| | Provider | Department | Center |
|---|---|---|---|
| 12/4/2014 11:27 AM | Laura Walters, CMA | Light Internal Med | BMH Lght |

0J18919026

**Reason for Call**

**Call Documentation**

**Laura Walters, CMA at 12/4/2014 11:27 AM**

Status: Signed

Message copied by WALTERS, LAURA on Thu Dec 4, 2014 11:27 AM

------

Message from: BOYD, WANDA
Created: Thu Dec 4, 2014 10:31 AM
Regarding: URGENT Referral

I was able to get pt scheduled with Dr. Jayanta Dirghangi @ Methodist G'town 12/8/14 @ 1 pm.
Pt aware.

-----

Electronically signed by Laura Walters, CMA on 12/4/2014 11:27 AM

**Care Advice Given**

No Care Advice given for this encounter.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range



BAPTIST. BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
ROI Telephone

Richardson, Shanna L
MRN: 10272441, DOB:
Visit date: 11/25/2014

, Sex: F

**Call Documentation (continued)**

**Barbara Holden, LPN at 11/25/2014 9:24 AM (continued)**

Patient signed a medical release form to obtain records from recent St. Francis ER visit. Need CT scan results. Please check on this.

------

Electronically signed by Barbara Holden, LPN on 11/25/2014 9:24 AM

**Care Advice Given**

No Care Advice given for this encounter.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

0J189190026

**BAPTIST**

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

Richardson, Shanna L
MRN: 10272441, DOB:
Visit date: 8/27/2015

Sex: F

**Demographics**

Name: Shanna L Richardson
Address:
Date of birth
Email

Sex: Female
Home phone:

Gender identity: Female

Relationships

| Name | Relation to Patient | Phone Number |
|---|---|---|
| Linda Richardson | Mother | Home: |
| Timothy Lloyd | Friend | Mobile: |

**Visit Summary**

**Reason for Visit**

| | |
|---|---|
| **Sore Throat** | congestion |

**Diagnoses**

| | Comments |
|---|---|
| **Upper respiratory infection** - Primary | |
| **Nasal congestion** | |
| **Sore throat** | |
| **Hypertension, benign** | |

**Problem List as of 8/27/2015** Date Reviewed: 10/23/2014

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM: F41.1<br>ICD-9-CM: 300.00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM: I10<br>ICD-9-CM: 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 2/15/2013 - Present |
| **Abnormal uterine bleeding (AUB)** | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/4/2014 - Present |
| **Pelvic pain** | ICD-10-CM: R10.2<br>ICD-9-CM: IMO0002 | | | 8/4/2014 - Present |
| **HTN (hypertension)** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 8/4/2014 - Present |
| **Leiomyoma of uterus** | ICD-10-CM: D25.9<br>ICD-9-CM: 218.9 | | | 8/22/2014 - Present |
| **Excessive or frequent menstruation** | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 8/22/2014 - Present |
| **Coagulation defect (HCC)** | ICD-10-CM: D68.9<br>ICD-9-CM: 286.9 | | | 8/22/2014 - Present |
| **Esophagitis** | ICD-10-CM: K20.9<br>ICD-9-CM: 530.10 | | | 8/22/2014 - Present |
| **Abdominal pain** | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 8/22/2014 - Present |
| **Status post hysterectomy** | ICD-10-CM: Z90.710 | | | 10/8/2014 - |

Generated on 6/11/19 8:14 AM Page 85

**BAPTIST**

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
ROI Telephone

Richardson, Shanna L
MRN: 10272441, DOB:
Visit date: 12/16/2014

Sex: F

**Incoming Call**

| | Provider | Department | Center |
|---|---|---|---|
| 12/16/2014 10:13 AM | Barbara Holden, LPN | Light Internal Med | BMH Lght |

**Call Documentation**

**Barbara Holden, LPN at 12/17/2014 3:45 PM**

Status: Signed

Tried to contacted Mr Will back and got vm / LM

Electronically signed by Barbara Holden, LPN on 12/17/2014 3:46 PM

**Barbara Holden, LPN at 12/16/2014 10:13 AM**

Status: Signed

Welton Will from SS Disability states that he has already requested records for this pt but states that this patient is set up for psych eval on 12/22 and the patient saids that she can not go because she is bedridden and he does not see any documentation to that fact / wants to know if she is in your opinion and does she have a medical condition to warrant that fact / 615-743-7460

Electronically signed by Barbara Holden, LPN on 12/16/2014 10:17 AM

**Care Advice Given**

No Care Advice given for this encounter.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

Generated on 6/11/19 8:14 AM Page 84

0J189190026

MIDSOUTH IMAGING | 7600 Wolf River Blvd Suite [illegible] Germantown, TN 38138

CAMPBELL CLINIC

PATIENT: Shanna Richardson
PATIENT#: 1009046
DOB:
PHYSICIAN: Ashley Park, M D
DOS: 11/02/2016 16:47

MRI CERVICAL SPINE

HISTORY:
Cervical radiculopathy.

ICD10 CODE:
M54.2

TECHNIQUE:
T1 W and fast spin-echo T2 W sagittal and fast spin echo T2W and gradient echo axial imaging is performed through the cervical spine using a posterior surface coil at 3 0 Tesla.

FINDINGS:
Cervical vertebral bodies maintain normal signal intensity, curvature, and alignment. The cervical cord is normal in caliber and signal intensity. Axial images are obtained from the C2 level through the cervicothoracic junction.

C2-C3: The dorsal disc margin at this level is intact without canal or foraminal narrowing.

C3-C4: The dorsal disc margin at this level is intact without canal or foraminal narrowing.

C4-C5: Minimal disc bulge is present without significant canal or foraminal narrowing.

C5-C6: A mild broad-based disc bulge generates mild central canal and right-sided foraminal stenosis. The left neural foramen is patent.

C6-C7: The dorsal disc margin at this level is intact without canal or foraminal narrowing.

C7-T1: The dorsal disc margin at this level is intact without canal or foraminal narrowing.

OPINION:
Mild cervical disc bulging generates mild C5-6 central canal and right-sided foraminal stenosis.





The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138

Department Of Radiology

Patient:Richardson, Shanna L
MRN:1C10272441
Account Number:
DOB/Age/Sex: 8/23/1977 38 year old female
Patient Location:
Patient Type:Outpatient

Admitting Physician:
Admit Date:
Discharge Date:

| Exam | Accession Number | Exam Date/Time | Ordering Dr. |
|---|---|---|---|
| X-Ray Cervical Spine AP Lateral and Odontoid | XR160427138 | 05/24/2016 2:00 PM | Whitney Tolbert, NP |

Reason For Exam
None Specified

**Report Final**

No fractures or dislocations

Electronically Signed By: WARR, ALSTON GRAHAM on 5/24/2016 6:02 PM

EMR

These images were personally by the physician named above and the report reflects his/her interpretation.

Patient: Richardson, Shanna L
MRN: 10272441
Patient Location: Print Date/Time: 5/25/2016 10:30 AM

0J189190026

105669 31-Jan-2019 04 21:30 PM SHANNA RICHARDSON Fountair
41 Years

| | | |
|---|---|---|
| Rate | 103 | . SINUS TACHYCARDIA, RATE 103..... ..normal P axis, rate>1 |
| PR | 158 | |
| QRSD | 73 | |
| QT | 345 | |
| QTc | 452 | |
| --Axis-- | | |
| P | 66 | |
| QRS | -9 | |
| T | 62 | - OTHERWISE NORMAL ECG - Uncon |




CAMPBELL CLINIC
PATIENT: Shanna Richardson
PATIENT#: 1009045

Dexter Witte, M.D. :
11/03/2016 09:27

0J189190026

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

Richardson, Shanna L
MRN: 10272441, DOB
Visit date: 8/27/2015

, Sex: F

**Treatment Vitals (all recorded)**

**Treatment Vitals**

No documentation.

## Patient History

**Medical as of 8/27/2015**

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety [300.00 (ICD-9-CM)] | — | — | Provider |
| Diminished uterine growth [621.9 (ICD-9-CM)] | — | — | Provider |
| Gastritis [535.50 (ICD-9-CM)] | — | — | Provider |
| Guillain-Barre syndrome (HCC) [357.0 (ICD-9-CM)] | 1996 | — | Provider |
| Hypertension [401.9 (ICD-9-CM)] | — | — | Provider |
| Migraine [346.90 (ICD-9-CM)] | — | — | Provider |
| Obesity [278.00 (ICD-9-CM)] | — | — | Provider |
| Pyelonephritis [590.80 (ICD-9-CM)] | — | — | Provider |
| Uterine fibroid [218.9 (ICD-9-CM)] | — | — | Provider |

**Surgical as of 8/27/2015**

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CESAREAN SECTION [SUR1452] | — | 2001 | — | Provider |
| ESOPHAGOGASTRODUODENOSCOPY [SHX1529] | — | 2013 | — | Provider |
| HYSTERECTOMY [SHX61] | — | — | — | Provider |

**Family as of 8/27/2015**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Diabetes | Mother | — | — | — | Provider |
| Hypertension | Mother | — | — | — | Provider |
| Cirrhosis | Father | — | — | — | Provider |

**Family Status as of 8/27/2015**

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Father | — | Deceased, 57 | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 8/27/2015**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |



BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

Richardson, Shanna L
MRN: 10272441, DOB
Visit date: 8/27/2015

, Sex: F

**Visit Summary (continued)**

**Problem List (continued) as of 8/27/2015** Date Reviewed: 10/23/2014

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| | ICD-9-CM: V88.01 | | | Present |

Reviewed by Barbara Holden, LPN on 8/27/2015

**Allergies as of 8/27/2015**

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrocodone** | 04/01/2014 | | |
| **Percocet [oxycodone-acetaminophen]** | 11/06/2014 | Allergy | Nausea Only |

**Immunizations**

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical** Given By | 01/01/16 | | | |
| **Influenza TIV historical** Given By: Joyce Bradshaw, RN | Thu Oct 9, 2014 2:12 PM | 0.5 mL | Intramuscular | Left deltoid |
| **Influenza QIV PF 3+ yrs** Given By: Susan King | 09/21/17 | 0.5 mL | Intramuscular | Left deltoid |

**Immunizations** RICHARDSON,SHANNA L

Influenza TIV historical

| Date | Manufacturer | Lot # | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|
| 10/9/2014 | PMC | UI1 85 AA | IM/LD | 0.5 mL | 8/19/14 | Joyce Bradshaw, RN |
| 1/1/2016 | | | | | | |

Influenza QIV PF 3+ yrs

| Date | Manufacturer | Lot # | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|
| 9/21/2017 | SKB | 9B K4 X | IM/LD | 0.5 mL | 8/07/15 | Susan King |

**Vitals**

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 138/88 | 74 | 98.3 °F (36.8 °C) (Oral) | 18 | 5' 3" (1.6 m) |

| Wt | LMP | SpO2 | BMI |
|---|---|---|---|
| 198 lb (89.8 kg) | 09/28/2014 | 98% | 35.07 kg/m² |

0J189190026

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: Take 1 tablet (10 mg total) by mouth one (1) time a day.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | | |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain<br>Class: Phone In<br>Route: Oral<br>Reason for Discontinue: **Therapy completed** | 20 tablet | 0 | 12/4/2014 | 2/17/2016 |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)**<br>Sig: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME<br>Reason for Discontinue: **Reorder**<br>Cosign for Ordering: Accepted by Alston Graham Warr, MD on 7/8/2015 6:02 PM | 30 tablet | 0 | 7/7/2015 | 8/27/2015 |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 2 | 8/27/2015 | 11/26/2015 |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH AT BEDTIME | 30 tablet | 0 | 5/7/2015 | 8/27/2015 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth one (1) time a day. - Oral | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Taking)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain - Oral<br>Class: Phone In | 20 tablet | 0 | 12/4/2014 | 2/17/2016 |
| **traZODone (DESYREL) 50 MG tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME<br>Cosign for Ordering: Accepted by Alston Graham Warr, MD on 7/8/2015 6:02 PM | 30 tablet | 0 | 7/7/2015 | 8/27/2015 |
| **traMADol (ULTRAM) 50 mg tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain - Oral<br>Class: Print | 25 tablet | 0 | 10/9/2014 | 2/17/2016 |
| **traMADol (ULTRAM) 50 mg tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral<br>Class: Print | 15 tablet | 0 | 10/23/2014 | 2/17/2016 |
| **traMADol (ULTRAM) 50 mg tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain - Oral<br>Class: Print | 20 tablet | 0 | 12/4/2014 | 8/27/2015 |
| **traZODone (DESYREL) 50 MG tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth nightly - Oral | 30 tablet | 0 | 12/4/2014 | 8/27/2015 |
| **traZODone (DESYREL) 50 MG tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth nightly - Oral | 30 tablet | 2 | 12/4/2014 | 8/27/2015 |

### Discontinued Medications





### Tobacco Use as of 8/27/2015 (continued)

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

### Alcohol Use as of 8/27/2015

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

| Frequency | Standard Drinks | Binge Drinking |
|---|---|---|
| — | — | — |

### Drug Use as of 8/27/2015

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

### Sexual Activity as of 8/27/2015

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

### Activities of Daily Living as of 8/27/2015

None

### Occupational as of 8/27/2015

None

### Socioeconomic as of 8/27/2015

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino | Black or African American | — |

| Financial Resource Strain | Food Insecurity Worry | Food Insecurity Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

## Medications

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking/Discontinued)**<br>Sig: TAKE 1 TABLET BY MOUTH AT BEDTIME<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 5/7/2015 | 8/27/2015 |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 2 | 8/27/2015 | 11/26/2015 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking/Discontinued)** | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |

0J189190026

**Medications (continued)**

**Medication Administration Record (continued)**

| | | | | |
|---|---|---|---|---|
| Performed 08/27/15 1151 Documented: 08/27/15 1153 | Given | 4 mg | Intramuscular Left Gluteal | Performed by: Barbara Holden, LPN Comments: one injection |

**Medications - Medication Orders**

**losartan (COZAAR) 25 MG tablet [28754239]**

Electronically signed by: **Whitney Tolbert, NP on 08/27/15 1120** Status: **Discontinued**
Ordering user: Whitney Tolbert, NP 08/27/15 1120 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: Daily 08/27/15 - 365 days Discontinued by: Barbara Holden, LPN 07/12/18 0948 [Dose adjustment]
Diagnoses
Hypertension, benign [401.1 (ICD-9-CM)]
Medication Route: Oral Medication Dose: 25 mg
Medication Directions: Take one tablet (25 mg total) by mouth one (1) time a day Priority: Routine
End Date/Time: 7/12/2018 Start Date/Time: 08/27/15 0000

**losartan (COZAAR) 25 MG tablet [28754235]**

Electronically signed by: **Whitney Tolbert, NP on 08/27/15 1112** Status: **Discontinued**
Ordering user: Whitney Tolbert, NP 08/27/15 1112 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: Daily 08/27/15 - 365 days Discontinued by: Whitney Tolbert, NP 08/27/15 1120 [Reorder]
Diagnoses
Upper respiratory infection [465.9 (ICD-9-CM)]
Medication Route: Oral Medication Dose: 25 mg
Medication Directions: Take one tablet (25 mg total) by mouth one (1) time a day Priority: Routine
End Date/Time: 8/27/2015 Start Date/Time: 08/27/15 0000

**azithromycin (ZITHROMAX Z-PAK) 250 MG tablet [28754236]**

Electronically signed by: **Whitney Tolbert, NP on 08/27/15 1112** Status: **Expired**
Ordering user: Whitney Tolbert, NP 08/27/15 1112 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: 08/27/15 - 09/01/15 2359
Diagnoses
Upper respiratory infection [465.9 (ICD-9-CM)]
Sore throat [462 (ICD-9-CM)]
Medication Directions: Take 2 tablets (500 mg) on Day 1, followed by 1 tablet (250 mg) once daily on Days 2 through 5. Priority: Routine
End Date/Time: 09/01/15 11:59 PM Start Date/Time: 08/27/15 0000

**methylPREDNISolone acetate (DEPO-MEDROL) 40 mg/mL injection 40 mg [28754237]**

Electronically signed by: **Whitney Tolbert, NP on 08/27/15 1112** Status: **Completed**
Ordering user: Whitney Tolbert, NP 08/27/15 1112 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: Once 08/27/15 1115 - 1 occurrence





**Medications (continued)**

**Discontinued Medications (continued)**

| | Reason for Discontinue |
|---|---|
| **traMADol (ULTRAM) 50 mg tablet** | Duplicate order |
| **traZODone (DESYREL) 50 MG tablet** | Duplicate order |
| **traZODone (DESYREL) 50 MG tablet** | Duplicate order |
| **amitriptyline (ELAVIL) 50 MG tablet** | Reorder |
| **traZODone (DESYREL) 50 MG tablet** | Reorder |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Discontinued)**<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 2 | 8/27/2015 | 11/26/2015 |
| **traZODone (DESYREL) 50 MG tablet (Discontinued)**<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 2 | 8/27/2015 | 11/26/2015 |
| **azithromycin (ZITHROMAX Z-PAK) 250 MG tablet**<br>Sig: Take 2 tablets (500 mg) on Day 1, followed by 1 tablet (250 mg) once daily on Days 2 through 5. | 6 tablet | 0 | 8/27/2015 | 9/1/2015 |
| **losartan (COZAAR) 25 MG tablet (Discontinued)**<br>Sig - Route: Take one tablet (25 mg total) by mouth one (1) time a day - Oral<br>Reason for Discontinue: **Dose adjustment** | 30 tablet | 5 | 8/27/2015 | 7/12/2018 |

**Ordered Facility-Administered Medications**

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| **methylPREDNISolone acetate (DEPO-MEDROL) 40 mg/mL injection 40 mg**<br>Sig - Route: Inject 1 mL (40 mg total) into the muscle once - Intramuscular | 40 mg | Once | 8/27/2015 | 8/27/2015 |
| **dexamethasone (DECADRON) injection 4 mg**<br>Sig - Route: Inject 1 mL (4 mg total) into the muscle once - Intramuscular | 4 mg | Once | 8/27/2015 | 8/27/2015 |

**Medication Administration Record**

methylPREDNISolone acetate (DEPO-MEDROL) 40 mg/mL injection 40 mg [28754237]

Ordering Provider: Whitney Tolbert, NP Status: Completed (Past End Date/Time)
Ordered On: 08/27/15 1112 Starts/Ends: 08/27/15 1115 - 08/27/15 1153
Dose (Remaining/Total): 40 mg (0/1) Route: Intramuscular
Frequency: Once Rate/Duration: — / —

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 08/27/15 1153 Documented: 08/27/15 1154 | Given | 40 mg | Intramuscular Left Gluteal | Performed by: Barbara Holden, LPN Comments: one injection |

dexamethasone (DECADRON) injection 4 mg [28754238]

Ordering Provider: Whitney Tolbert, NP Status: Completed (Past End Date/Time)
Ordered On: 08/27/15 1112 Starts/Ends: 08/27/15 1115 - 08/27/15 1151
Dose (Remaining/Total): 4 mg (0/1) Route: Intramuscular
Frequency: Once Rate/Duration: — / —

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|

0J189190026

Result Summary (continued)

**Progress Notes**

**Progress Notes by Whitney Tolbert, NP at 8/27/2015 11:08 AM**

| | | |
|---|---|---|
| Author: Whitney Tolbert, NP | Service: — | Author Type: Nurse Practitioner |
| Encounter Date: 8/27/2015 | Creation Time: 8/27/2015 11:08 AM | Filed: 8/27/2015 11:27 AM |
| Status: Cosign Needed | Editor: Whitney Tolbert, NP (Nurse Practitioner) | |
| Cosign Required: Yes | Cosigner: — | |

**Subjective:**

Patient ID: Shanna L Richardson is a 38 y.o. female.

Cold Symptoms
This is a new problem. The current episode started in the past 7 days. The problem has been gradually worsening. Maximum temperature: felt feverish. Associated symptoms include congestion, coughing, headaches, a plugged ear sensation, rhinorrhea and a sore throat. Pertinent negatives include no abdominal pain, chest pain, diarrhea, dysuria, ear pain, joint pain, joint swelling, nausea, neck pain, rash, sneezing, swollen glands, vomiting or wheezing. She has tried acetaminophen for the symptoms. The treatment provided mild relief.

Review of Systems
Constitutional: Positive for fatigue. Negative for fever.
HENT: Positive for congestion, postnasal drip, rhinorrhea, sinus pressure and sore throat. Negative for ear pain and sneezing.
Respiratory: Positive for cough. Negative for shortness of breath and wheezing.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for nausea, vomiting, abdominal pain and diarrhea.
Genitourinary: Negative for dysuria.
Musculoskeletal: Negative for joint pain, arthralgias and neck pain.
Skin: Negative for rash.
Neurological: Positive for headaches. Negative for dizziness.
Hematological: Negative for adenopathy.

**Objective:**

BP 138/88 mmHg | Pulse 74 | Temp(Src) 98.3 °F (36.8 °C) (Oral) | Resp 18 | Ht 5' 3" (1.6 m) | Wt 198 lb (89.812 kg) | BMI 35.08 kg/m2 | SpO2 98% | LMP 09/10/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: Tympanic membrane is bulging. Tympanic membrane is not erythematous.
Left Ear: Tympanic membrane is bulging. Tympanic membrane is not erythematous.
Nose: Mucosal edema present.





Medications - Medication Orders (continued)

**methylPREDNISolone acetate (DEPO-MEDROL) 40 mg/mL injection 40 mg [28764237] (continued)**

Diagnoses
Upper respiratory infection [465.9 (ICD-9-CM)]
Nasal congestion [478.19 (ICD-9-CM)]

| | |
|---|---|
| Medication Route: Intramuscular | Medication Dose: 40 mg |
| Date First Scheduled: 08/27/15 1115 | Last Administration: 08/27/15 1153 |
| End Date/Time: 08/27/15 11:53 AM | Start Date/Time: 08/27/15 1115 |

**dexamethasone (DECADRON) injection 4 mg [28764238]**

| | |
|---|---|
| Electronically signed by: Whitney Tolbert, NP on 08/27/15 1112 | Status: Completed |
| Ordering user: Whitney Tolbert, NP 08/27/15 1112 | Ordering provider: Whitney Tolbert, NP |
| Authorized by: Whitney Tolbert, NP | |
| Frequency: Once 08/27/15 1115 - 1 occurrence | |

Diagnoses
Upper respiratory infection [465.9 (ICD-9-CM)]
Nasal congestion [478.19 (ICD-9-CM)]

| | |
|---|---|
| Medication Route: Intramuscular | Medication Dose: 4 mg |
| Date First Scheduled: 08/27/15 1115 | Last Administration: 08/27/15 1151 |
| End Date/Time: 08/27/15 11:51 AM | Start Date/Time: 08/27/15 1115 |

**amitriptyline (ELAVIL) 50 MG tablet [28764233]**

| | |
|---|---|
| Electronically signed by: Barbara Holden, LPN on 08/27/15 1108 | Status: Discontinued |
| Ordering user: Barbara Holden, LPN 08/27/15 1108 | Ordering provider: Whitney Tolbert, NP |
| Authorized by: Whitney Tolbert, NP | |
| Frequency: Nightly 08/27/15 - 11/26/15 | Discontinued by: Whitney Tolbert, NP 12/01/15 0820 [Reorder] |
| Medication Route: Oral | Medication Dose: 50 mg |
| Medication Directions: Take one tablet (50 mg total) by mouth nightly | Priority: Routine |
| End Date/Time: 11/26/2015 | Start Date/Time: 08/27/15 0000 |

**traZODone (DESYREL) 50 MG tablet [28764234]**

| | |
|---|---|
| Electronically signed by: Barbara Holden, LPN on 08/27/15 1108 | Status: Discontinued |
| Ordering user: Barbara Holden, LPN 08/27/15 1108 | Ordering provider: Whitney Tolbert, NP |
| Authorized by: Whitney Tolbert, NP | |
| Frequency: Nightly 08/27/15 - 11/26/15 | Discontinued by: Whitney Tolbert, NP 12/01/15 0820 [Reorder] |
| Medication Route: Oral | Medication Dose: 50 mg |
| Medication Directions: Take one tablet (50 mg total) by mouth nightly | Priority: Routine |
| End Date/Time: 11/26/2015 | Start Date/Time: 08/27/15 0000 |

**Orders**

**All Orders and Results Except Lab and Imaging**

No orders and results found

**Result Summary**

**All Lab and Imaging Orders and Results**

No orders and results found

0J189190026

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 8/27/2015 11:08 AM (continued)**

Return in about 2 weeks (around 9/10/2015) for Recheck BP.

**Patient Instructions**

- Drink plenty of water
- Mucinex DM OTC as needed
- Complete all antibiotics
- Report worsening symptoms
- Report or go to ER if SOB, chest pain, or fever develops
- Return as needed

Feel free to contact me with any questions or concerns.

Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.
Please return in 2 weeks for a BP follow-up

Electronically signed by Whitney Tolbert, NP at 8/27/2015 11:27 AM

**Patient Instructions**

**Patient Instructions by Whitney Tolbert, NP at 8/27/2015 11:17 AM**

Author: Whitney Tolbert, NP Service: — Author Type: Nurse Practitioner
Filed: 8/27/2015 11:18 AM Encounter Date: 8/27/2015 Status: Addendum
Editor: Whitney Tolbert, NP (Nurse Practitioner)
Related Notes: Original Note by Whitney Tolbert, NP (Nurse Practitioner) filed at 8/27/2015 11:17 AM

- Drink plenty of water
- Mucinex DM OTC as needed
- Complete all antibiotics
- Report worsening symptoms
- Report or go to ER if SOB, chest pain, or fever develops
- Return as needed

Feel free to contact me with any questions or concerns.

Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.
Please return in 2 weeks for a BP follow-up

**History & Physical**

No notes of this type exist for this encounter.

**Other Notes**

No notes exist for this encounter.



BAPTIST
BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report
Richardson, Shanna L
MRN: 10272441, DOB: , Sex: F
Visit date: 8/27/2015

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 8/27/2015 11:08 AM (continued)**

Mouth/Throat: Posterior oropharyngeal erythema present. No oropharyngeal exudate or posterior oropharyngeal edema.
Eyes: Conjunctivae are normal. Pupils are equal, round, and reactive to light.
Neck: Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes.
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

**Assessment/Plan:**

Shanna was seen today for sore throat.

Diagnoses and associated orders for this visit:

**Upper respiratory infection**
- Discontinue: losartan (COZAAR) 25 MG tablet; Take one tablet (25 mg total) by mouth one (1) time a day
- azithromycin (ZITHROMAX Z-PAK) 250 MG tablet; Take 2 tablets (500 mg) on Day 1, followed by 1 tablet (250 mg) once daily on Days 2 through 5.
- methylPREDNISolone acetate (DEPO-MEDROL) 40 mg/mL injection 40 mg; Inject 1 mL (40 mg total) into the muscle once
- dexamethasone (DECADRON) injection 4 mg; Inject 1 mL (4 mg total) into the muscle once

**Nasal congestion**
- methylPREDNISolone acetate (DEPO-MEDROL) 40 mg/mL injection 40 mg; Inject 1 mL (40 mg total) into the muscle once
- dexamethasone (DECADRON) injection 4 mg; Inject 1 mL (4 mg total) into the muscle once

**Sore throat**
- azithromycin (ZITHROMAX Z-PAK) 250 MG tablet; Take 2 tablets (500 mg) on Day 1, followed by 1 tablet (250 mg) once daily on Days 2 through 5.

**Hypertension, benign**
- losartan (COZAAR) 25 MG tablet; Take one tablet (25 mg total) by mouth one (1) time a day

**Other Orders**
- amitriptyline (ELAVIL) 50 MG tablet; Take one tablet (50 mg total) by mouth nightly
- traZODone (DESYREL) 50 MG tablet; Take one tablet (50 mg total) by mouth nightly

0J189190026

**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 08/27/15 1051 |
|---|---|
| Kcal/Kg (kcal) | |
| [RETIRED] Protein (gm/kg) | |
| [RETIRED] 0.6 Gm Protein (gm) | 54 -BH |
| [RETIRED] 0.7 Gm Protein (gm) | 63 -BH |
| [RETIRED] 0.8 Gm Protein (gm) | 72 -BH |
| [RETIRED] 0.9 Gm Protein (gm) | 81 -BH |
| [RETIRED] 1.0 Gm Protein (gm) | 90 -BH |
| [RETIRED] 1.1 Gm Protein (gm) | 99 -BH |
| [RETIRED] 1.2 Gm Protein (gm) | 108 -BH |
| [RETIRED] 1.3 Gm Protein (gm) | 117 -BH |
| [RETIRED] 1.4 Gm Protein (gm) | 126 -BH |
| [RETIRED] 1.5 Gm Protein (gm) | 135 -BH |
| [RETIRED] 1.6 Gm Protein (gm) | 144 -BH |
| [RETIRED] 1.7 Gm Protein (gm) | 153 -BH |
| [RETIRED] 1.8 Gm Protein (gm) | 162 -BH |
| [RETIRED] 1.9 Gm Protein (gm) | 171 -BH |
| [RETIRED] 2.0 Gm Protein (gm) | 180 -BH |
| [RETIRED] 2.1 Gm Protein (gm) | 189 -BH |





**Follow-up and Disposition History**

08/27/2015 1118 - Whitney Tolbert, NP

Dispositions: Return in about 2 weeks (around 9/10/2015) for Recheck BP

08/27/2015 1117 - Whitney Tolbert, NP

Dispositions: Return if symptoms worsen or fail to improve.

**Flowsheets (all recorded)**

**Anthropometrics**

| Row Name | 08/27/15 1051 |
|---|---|
| Anthropometrics | |
| Weight Change | 0 -BH |

**Custom Formula Data**

| Row Name | 08/27/15 1051 |
|---|---|
| OTHER | |
| Weight Gain Calculated in Pounds (lbs) | 198 -BH |
| BSA (Calculated - sq m) | 2 sq meters -BH |
| BMI (Calculated) | 35.1 (Abnormal) 1 -BH |
| IBW/kg (Calculated) Male | 56.9 kg -BH |
| IBW/kg (Calculated) FEMALE | 52.4 kg -BH |
| Weight in (lb) to have BMI = 25 | 140.8 -BH |
| % Weight Change Since Birth | 0 -BH |
| kcal/kg | |
| (Retired) 20 Kcal/Kg (kcal) | 1800 -BH |
| (Retired) 25 Kcal/Kg (kcal) | 2250 -BH |
| (Retired) 30 Kcal/Kg (kcal) | 2700 -BH |
| (Retired) 35 Kcal/Kg (kcal) | 3150 -BH |
| (Retired) 40 Kcal/Kg (kcal) | 3600 -BH |
| (Retired) 45 Kcal/Kg (kcal) | 4050 -BH |
| (Retired) 50 | 4500 -BH |

0J189190026



**Flowsheets (all recorded) (continued)**

**Encounter Vitals (continued)**

| Row Name | 08/27/15 1111 | 08/27/15 1056 | 08/27/15 1051 |
|---|---|---|---|
| Resp | — | — | 18 -BH |
| Temp | — | — | 98.3 °F (36.8 °C) -BH |
| Temp src | — | — | Oral -BH |
| SpO2 | — | — | 98 % -BH |
| Weight | — | — | 198 lb (89.8 kg) -BH |
| Height | — | — | 5' 3" (1.6 m) -BH |

**User Key**

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| BH | Barbara Holden, LPN |
| WT | Whitney Tolbert, NP |

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range





**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 08/27/15 1051 |
|---|---|
| [RETIRED] 2.2 Gm Protein (gm) | 198 -BH |
| [RETIRED] 2.3 Gm Protein (gm) | 207 -BH |
| [RETIRED] 2.4 Gm Protein (gm) | 216 -BH |
| [RETIRED] 2.5 Gm Protein (gm) | 225 -BH |
| **(Retired) Ideal Body Weight (IBW)** | |
| (Retired) Ideal Body Weight (IBW), Male (kg) | 56.92 -BH |
| Ideal Body Weight (IBW), Female | 53.12 -BH |
| (Retired) % Ideal Body Weight | 81.79 -BH |
| **(Retired) Measurements (Adult/Pediatric)** | |
| (Retired) BMI (kg/m2) | 35.15 -BH |
| **Relevant Labs and Vitals** | |
| Temp (in Celsius) | 36.8 -BH |
| **Adult IBW/VT Calculations** | |
| IBW/kg (Calculated) | 52.4 -BH |
| Low Range Vt 6mL/kg | 314.4 mL/kg -BH |
| Adult Moderate Range Vt 8mL/kg | 419.2 mL/kg -BH |
| Adult High Range Vt 10mL/kg | 524 mL/kg -BH |

**Encounter Vitals**

| Row Name | 08/27/15 1111 | 08/27/15 1055 | 08/27/15 1051 |
|---|---|---|---|
| **Enc Vitals** | | | |
| BP | 138/88 -WT | 150/108 (Abnormal) ! large cuff right arm -BH | 150/108 (Abnormal) ! Large cuff left arm -BH |
| Pulse | — | — | 74 -BH |

0J1891900026

## Visit Summary (continued)

**Problem List (continued) as of 12/1/2015** Date Reviewed: **10/23/2014**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| | ICD-9-CM: 789.00 | | | Present |
| **Status post hysterectomy** | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | | | 10/8/2014 - Present |

Reviewed by Barbara Holden, LPN on 12/1/2015

**Allergies as of 12/1/2015**

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrocodone** | 04/01/2014 | | |
| **Percocet [oxycodone-acetaminophen]** | 11/06/2014 | Allergy | Nausea Only |

**Immunizations**

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical**<br>Given By: | 01/01/16 | | | |
| **Influenza TIV historical**<br>Given By: Joyce Bradshaw, RN | Thu Oct 9, 2014 2:12 PM | 0.5 mL | Intramuscular | Left deltoid |
| **Influenza QIV PF 3+ yrs**<br>Given By: Susan King | 09/21/17 | 0.5 mL | Intramuscular | Left deltoid |

**Immunizations** RICHARDSON,SHANNA L

Influenza TIV historical

| Date | Manufacturer | Lot # | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|
| 10/9/2014 | PMC | UI1 85 AA | IM/LD | 0.5 mL | 8/19/14 | Joyce Bradshaw, RN |
| 1/1/2016 | | | | | | |

Influenza QIV PF 3+ yrs

| Date | Manufacturer | Lot # | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|
| 9/21/2017 | SKB | 9B K4 X | IM/LD | 0.5 mL | 8/07/15 | Susan King |

**Vitals**

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 140/90 | 55 | 97 °F (36.1 °C) (Oral) | 19 | 5' 3" (1.6 m) |

| Wt | LMP | SpO2 | BMI |
|---|---|---|---|
| 197 lb (89.4 kg) | 09/28/2014 | 98% | 34.90 kg/m² |



BAPTIST. BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1708
Amb Encounter Report
Richardson, Shanna L
MRN: 10272441, DOB , Sex: F
Visit date: 12/1/2015

**Demographics**

Name: Shanna L Richardson
Address:
Date of birth: Sex: Female Gender identity: Female
Email: Home phone:

Relationships

| Name | Relation to Patient | Phone Number |
|---|---|---|
| Linda Richardson | Mother | Home |
| Timothy Lloyd | Friend | Mobile |

## Visit Summary

**Reason for Visit**

**Nausea** vomiting for several days
**Diarrhea**
**Generalized Body Aches**

**Diagnoses**

| | Comments |
|---|---|
| Gastroenteritis - Primary | |
| Diarrhea | |
| Vomiting and diarrhea | |
| Other fatigue | |

**Problem List as of 12/1/2015** Date Reviewed: **10/23/2014**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM: F41.1<br>ICD-9-CM: 300.00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM: I10<br>ICD-9-CM: 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 2/15/2013 - Present |
| **Abnormal uterine bleeding (AUB)** | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/4/2014 - Present |
| **Pelvic pain** | ICD-10-CM: R10.2<br>ICD-9-CM: IMO0002 | | | 8/4/2014 - Present |
| **HTN (hypertension)** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 8/4/2014 - Present |
| **Leiomyoma of uterus** | ICD-10-CM: D25.9<br>ICD-9-CM: 218.9 | | | 8/22/2014 - Present |
| **Excessive or frequent menstruation** | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 8/22/2014 - Present |
| **Coagulation defect (HCC)** | ICD-10-CM: D68.9<br>ICD-9-CM: 286.9 | | | 8/22/2014 - Present |
| **Esophagitis** | ICD-10-CM: K20.9<br>ICD-9-CM: 530.10 | | | 8/22/2014 - Present |
| **Abdominal pain** | ICD-10-CM: R10.9 | | | 8/22/2014 - |

0J189190026



**Family Status as of 12/1/2015**

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Father | — | Deceased, 57 | — | — | — | — | Provider |
| Mother | — | Alive | — | — | — | — | Provider |

**Tobacco Use as of 12/1/2015**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

**Alcohol Use as of 12/1/2015**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

| Frequency | Standard Drinks | Binge Drinking |
|---|---|---|
| — | — | — |

**Drug Use as of 12/1/2015**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity as of 12/1/2015**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Asked | — | — | — | Provider |

**Activities of Daily Living as of 12/1/2015**

None

**Occupational as of 12/1/2015**

None

**Socioeconomic as of 12/1/2015**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino | Black or African American | — |

| Financial Resource Strain | Food Insecurity Worry | Food Insecurity Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

**Medications**

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|





**Treatment Vitals (all recorded)**

**Treatment Vitals**

No documentation.

## Patient History

**Medical as of 12/1/2015**

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety [F41.9] | — | — | Provider |
| Diminished uterine growth [N85.9] | — | — | Provider |
| Gastritis [K29.70] | — | — | Provider |
| Guillain-Barre syndrome (HCC) [G61.0] | 1996 | — | Provider |
| Hypertension [I10] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Obesity [E66.9] | — | — | Provider |
| Pyelonephritis [N12] | — | — | Provider |
| Uterine fibroid [D25.9] | — | — | Provider |

**Surgical as of 12/1/2015**

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CESAREAN SECTION [SUR1452] | — | 2001 | — | Provider |
| ESOPHAGOGASTRODUODENOSCOPY [SHX1529] | — | 2013 | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| DILATION AND CURETTAGE ; HYSTEROSCOPY [SHX3121] | N/A | 10/23/2014 | Procedure: Revision of Vaginal Cuff, EUA, cystoscopy; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; | Provider |
| ROBOTIC HYSTERECTOMY CYSTOSCOPY [SHX3934] | N/A | 10/8/2014 | Procedure: ROBOTIC TOTAL HYSTERECTOMY CYSTOSCOPY, BILATERAL SALPINGECTOMY, EUA; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; | Provider |

**Family as of 12/1/2015**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Diabetes | Mother | — | — | — | Provider |
| Hypertension | Mother | — | — | — | Provider |
| Cirrhosis | Father | — | — | — | Provider |

0J189190026

## Medications (continued)

### Ordered Medications (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take one tablet (25 mg total) by mouth every 6 (six) hours as needed for nausea - Oral | | | | |

### Medication Administration Record

(There are no med orders for this encounter)

## Medications - Medication Orders

**promethazine (PHENERGAN) 25 MG tablet [28764244]**

Electronically signed by: **Whitney Tolbert, NP on 12/01/15 1137** Status: Expired
Ordering user: Whitney Tolbert, NP 12/01/15 1137 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
PRN reasons: nausea
Frequency: Q6H PRN 12/01/15 - 7 days
Diagnoses
Gastroenteritis [K52.9]
Medication Route: Oral Medication Dose: 25 mg
Medication Directions: Take one tablet (25 mg total) by mouth every 6 (six) hours as needed for nausea Priority: Routine
End Date/Time: 12/08/15 11:59 PM Start Date/Time: 12/01/15 0000

## Orders

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary



BAPTIST
BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1708
Amb Encounter Report
Richardson, Shanna L
MRN: 10272441, DOB , Sex: F
Visit date: 12/1/2015

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking/Discontinued)**<br>Sig: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 12/1/2015 | 12/28/2015 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (10 mg total) by mouth one (1) time a day.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **losartan (COZAAR) 25 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (25 mg total) by mouth one (1) time a day<br>Route: Oral<br>Reason for Discontinue: **Dose adjustment** | 30 tablet | 5 | 8/27/2015 | 7/12/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain<br>Class: Phone In<br>Route: Oral<br>Reason for Discontinue: **Therapy completed** | 20 tablet | 0 | 12/4/2014 | 2/17/2016 |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)**<br>Sig: TAKE 1 TABLET BY MOUTH NIGHTLY<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 12/1/2015 | 12/28/2015 |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME | 30 tablet | 0 | 12/1/2015 | 12/28/2015 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth one (1) time a day. - Oral | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **losartan (COZAAR) 25 MG tablet (Taking)**<br>Sig - Route: Take one tablet (25 mg total) by mouth one (1) time a day - Oral | 30 tablet | 5 | 8/27/2015 | 7/12/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Taking)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain - Oral<br>Class: Phone In | 20 tablet | 0 | 12/4/2014 | 2/17/2016 |
| **traZODone (DESYREL) 50 MG tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH NIGHTLY | 30 tablet | 0 | 12/1/2015 | 12/28/2015 |
| **traMADol (ULTRAM) 50 mg tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain - Oral<br>Class: Print | 25 tablet | 0 | 10/9/2014 | 2/17/2016 |
| **traMADol (ULTRAM) 50 mg tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral<br>Class: Print | 15 tablet | 0 | 10/23/2014 | 2/17/2016 |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **promethazine (PHENERGAN) 25 MG tablet** | 20 tablet | 0 | 12/1/2015 | 12/8/2015 |