0J189190026

**Medications (continued)**

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med<br>Reason for Discontinue: **Reorder** | | | | |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 90 tablet | 1 | 9/21/2017 | 11/22/2017 |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 90 tablet | 1 | 11/22/2017 | 5/15/2018 |

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)**<br>Sig: TAKE ONE CAPSULE PO BID FOR CHRONIC NERVE PAIN. MAY CAUSE DROWSINESS<br>Class: Historical Med | | 0 | 5/23/2017 | |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)**<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral | 90 tablet | 1 | 9/21/2017 | 11/22/2017 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig - Route: Take one tablet (10 mg total) by mouth one (1) time a day - Oral | 30 tablet | 5 | 3/2/2017 | 12/1/2017 |
| **losartan (COZAAR) 50 MG tablet (Taking)**<br>Sig - Route: Take one tablet (50 mg total) by mouth one (1) time a day - Oral | 30 tablet | 3 | 5/30/2017 | 12/1/2017 |
| **tiZANidine (ZANAFLEX) 4 MG tablet (Taking)**<br>Sig: TAKE ONE TABLET PO Q 12 H PRF MUSCLE SPASMS. MAY CAUSE DROWSINESS. DO NOT DRINK ALCOHOL DRIVE WHILE TAKING THIS MEDICATION<br>Class: Historical Med | | 0 | 5/23/2017 | 5/28/2019 |
| **traMADol (ULTRAM) 50 mg tablet (Taking)**<br>Sig: TK 1 T PO Q 12 H PRN P. AVOID ALCOHOL AND BENZODIAZEPINES.<br>Class: Historical Med | | 0 | 9/26/2017 | 5/28/2019 |
| **traZODone (DESYREL) 50 MG tablet (Taking)**<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral | 90 tablet | 1 | 9/21/2017 | 11/22/2017 |

**Discontinued Medications**

| | Reason for Discontinue |
|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet** | Reorder |
| **traZODone (DESYREL) 50 MG tablet** | Reorder |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Discontinued)**<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral<br>Reason for Discontinue: **Reorder** | 90 tablet | 1 | 11/22/2017 | 5/15/2018 |
| **traZODone (DESYREL) 50 MG tablet (Discontinued)**<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral | 90 tablet | 1 | 11/22/2017 | 5/15/2018 |





**Activities of Daily Living as of 11/22/2017 (continued)**

None

**Occupational as of 11/22/2017**

None

**Socioeconomic as of 11/22/2017**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino | Black or African American | Provider |

| Financial Resource Strain | Food Insecurity Worry | Food Insecurity Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

**Medications**

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)**<br>Sig: TAKE ONE CAPSULE PO BID FOR CHRONIC NERVE PAIN. MAY CAUSE DROWSINESS<br>Class: Historical Med | | 0 | 5/23/2017 | |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 90 tablet | 1 | 9/21/2017 | 11/22/2017 |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 90 tablet | 1 | 11/22/2017 | 5/15/2018 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (10 mg total) by mouth one (1) time a day<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 3/2/2017 | 12/1/2017 |
| **losartan (COZAAR) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (50 mg total) by mouth one (1) time a day<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 3 | 5/30/2017 | 12/1/2017 |
| **tiZANidine (ZANAFLEX) 4 MG tablet (Taking/Discontinued)**<br>Sig: TAKE ONE TABLET PO Q 12 H PRF MUSCLE SPASMS. MAY CAUSE DROWSINESS. DO NOT DRINK ALCOHOL DRIVE WHILE TAKING THIS MEDICATION<br>Class: Historical Med<br>Reason for Discontinue: **Reorder** | | 0 | 5/23/2017 | 5/28/2019 |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)**<br>Sig: TK 1 T PO Q 12 H PRN P. AVOID ALCOHOL AND BENZODIAZEPINES. | | 0 | 9/26/2017 | 5/28/2019 |

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 11/22/2017 1:45 PM (continued)**

8919002 6

Author: Whitney Tolbert, NP  Service: —  Author Type: Nurse Practitioner
Encounter Date: 11/22/2017  Creation Time: 11/22/2017 2:15 PM  Filed: 12/3/2017 3:53 PM
Status: Signed  Editor: Alston Graham Warr, MD (Physician)
Related Notes: Original Note by Whitney Tolbert, NP (Nurse Practitioner) filed at 11/22/2017 2:52 PM

**Subjective:**

Patient ID: Shanna L Richardson is a 40 y.o. female.

HPI

Shanna presents today for routine follow-up of chronic neck pain. States Midsouth Pain did radifrequency ablation on cervical spine on 10-16-17. Not improved as of yet. Having left arm pain with movement. Numbness and tingling in left hand. Bilateral hip pain as well- osteoarthritis. Plans to resume work at Nike Factory. Needing paperwork completed for job accommodations.

Review of Systems
Constitutional: Negative for fatigue.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Musculoskeletal: Positive for neck pain and neck stiffness.
Neurological: Positive for numbness.
Psychiatric/Behavioral: Negative for dysphoric mood and sleep disturbance.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anemia | 7/14 |
| • Anxiety | |
| • Arthritis | 02/2016 |
| • Back pain | 02/2016 |
| • Depression | 01/2014 |
| • Diminished uterine growth | |
| • Gastritis | |
| • GERD (gastroesophageal reflux disease) | |
| • Guillain-Barre syndrome (HCC) | 1996 |
| • History of abnormal cervical Pap smear<br>*Had some before, forgot to mention* | |
| • Hypertension | |
| • Migraine | |
| • Migraines, neuralgic<br>*All the time, since 2001* | |
| • Obesity | |
| • Pyelonephritis | |
| • Urinary tract infection | 7/14 |
| • Uterine fibroid | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|





**Medications (continued)**

**Ordered Medications (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|

Reason for Discontinue: **Reorder**

**Medication Administration Record**

(There are no med orders for this encounter)

**Medications - Medication Orders**

**amitriptyline (ELAVIL) 50 MG tablet [177241460]**

Electronically signed by: **Whitney Tolbert, NP on 11/22/17 1414**  Status: **Discontinued**
Ordering user: Whitney Tolbert, NP 11/22/17 1414  Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: Nightly 11/22/17 - 05/15/18  Released by: Maya Thomas, CMA 11/22/17 1414
Discontinued by: Whitney Tolbert, NP 05/15/18 1022 [Reorder]
Diagnoses
Other depression [F32.89]
Medication Route: Oral  Medication Dose: 50 mg
Medication Directions: Take one tablet (50 mg total) by mouth nightly  Priority: Routine
End Date/Time: 5/15/2018  Start Date/Time: 11/22/17 0000

**traZODone (DESYREL) 50 MG tablet [177241461]**

Electronically signed by: **Whitney Tolbert, NP on 11/22/17 1414**  Status: **Discontinued**
Ordering user: Whitney Tolbert, NP 11/22/17 1414  Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: Nightly 11/22/17 - 05/15/18  Released by: Maya Thomas, CMA 11/22/17 1414
Discontinued by: Whitney Tolbert, NP 05/15/18 1022 [Reorder]
Diagnoses
Primary insomnia [F51.01]
Medication Route: Oral  Medication Dose: 50 mg
Medication Directions: Take one tablet (50 mg total) by mouth nightly  Priority: Routine
End Date/Time: 5/15/2018  Start Date/Time: 11/22/17 0000

**Orders**

**All Orders and Results Except Lab and Imaging**

No orders and results found

**Result Summary**

**All Lab and Imaging Orders and Results**

No orders and results found

**Progress Notes**

**Progress Notes by Whitney Tolbert, NP at 11/22/2017 1:45 PM**

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 11/22/2017 1:45 PM (continued)**

0J1891900026

| | | | |
|---|---|---|---|
| | WHILE TAKING THIS MEDICATION | | |
| • traMADol (ULTRAM) 50 mg tablet | TK 1 T PO Q 12 H PRN P. AVOID ALCOHOL AND BENZODIAZEPINES. | | 0 |
| • amitriptyline (ELAVIL) 50 MG tablet | Take one tablet (50 mg total) by mouth nightly | 90 tablet | 1 |
| • traZODone (DESYREL) 50 MG tablet | Take one tablet (50 mg total) by mouth nightly | 90 tablet | 1 |

**Objective:**

BP 126/72 | Pulse 88 | Temp 98.1 °F (36.7 °C) (Oral) | Ht 5' 3" (1.6 m) | Wt 175 lb (79.4 kg) | LMP 09/28/2014 | SpO2 100% | BMI 31.00 kg/m²

**Fasting**

| Row Name | 11/22/17 1400 |
|---|---|
| Fasting | |
| Patient Fasting | No |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Neck: Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:
**Neck ROM significantly restricted. Tender to palp along left posterior neck**
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

No results found for this or any previous visit (from the past 36 hour(s)).

**Assessment/Plan:**

Shanna was seen today for paperwork.





**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 11/22/2017 1:45 PM (continued)**

| | | |
|---|---|---|
| • CERVICAL SPINE SURGERY | | 11/23/2016 |
| • CESAREAN SECTION | | 2001 |
| • ESOPHAGOGASTRODUODENOSCOPY | | 2013 |
| • HYSTERECTOMY | | |
| • NERVE BLOCK | | 01/2016 - present |
| • Revision of Vaginal Cuff, EUA, cystoscopy *Performed by Ahmad Azari, MD at MEM BMH-Women's OR* | N/A | 10/23/2014 |
| • ROBOTIC TOTAL HYSTERECTOMY CYSTOSCOPY, BILATERAL SALPINGECTOMY, EUA *Performed by Ahmad Azari, MD at MEM BMH-Women's OR* | N/A | 10/8/2014 |

**Social History**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cirrhosis | Father | |
| • Diabetes | Mother | |
| • Hypertension | Mother | |
| • Stroke | Mother | |
| • Diabetes | Brother | |

**Allergies**

| Allergen | Reactions |
|---|---|
| • Hydrocodone | |
| • Percocet [Oxycodone-Acetaminophen] | Nausea Only |

**Outpatient Medications Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amLODIPine (NORVASC) 10 MG tablet | Take one tablet (10 mg total) by mouth one (1) time a day | 30 tablet | 5 |
| • gabapentin (NEURONTIN) 300 MG capsule | TAKE ONE CAPSULE PO BID FOR CHRONIC NERVE PAIN. MAY CAUSE DROWSINESS | | 0 |
| • losartan (COZAAR) 50 MG tablet | Take one tablet (50 mg total) by mouth one (1) time a day | 30 tablet | 3 |
| • tiZANidine (ZANAFLEX) 4 MG tablet | TAKE ONE TABLET PO Q 12 H PRF MUSCLE SPASMS. MAY CAUSE DROWSINESS. DO NOT DRINK ALCOHOL DRIVE | | 0 |

0J189190026

**Follow-up and Disposition History (continued)**

11/22/2017 1452 - Whitney Tolbert, NP

Dispositions: Return if symptoms worsen or fail to improve.

**Flowsheets (all recorded)**

**Anthropometrics**

| Row Name | 11/22/17 1401 |
|---|---|
| Anthropometrics | |
| Weight Change | 0 -MT |

**Custom Formula Data**

| Row Name | 11/22/17 1401 |
|---|---|
| Vitals | |
| Pct Wt Change | 0 % -MT |
| OTHER | |
| Weight Gain Calculated in Pounds (lbs) | 175 -MT |
| Weight Change (grams) | -907 g -MT |
| BSA (Calculated - sq m) | 1.88 sq meters -MT |
| BMI (Calculated) | 31 (Abnormal) ! -MT |
| IBW/kg (Calculated) Male | 56.9 kg -MT |
| IBW/kg (Calculated) FEMALE | 52.4 kg -MT |
| Weight in (lb) to have BMI = 25 | 140.8 -MT |
| % Weight Change Since Birth | 0 -MT |
| kcal/kg | |
| (Retired) 20 Kcal/Kg (kcal) | 1590.91 -MT |
| (Retired) 25 Kcal/Kg (kcal) | 1988.64 -MT |
| (Retired) 30 Kcal/Kg (kcal) | 2386.36 -MT |
| (Retired) 35 Kcal/Kg (kcal) | 2784.09 -MT |
| (Retired) 40 Kcal/Kg (kcal) | 3181.82 -MT |
| (Retired) 45 Kcal/Kg (kcal) | 3579.55 -MT |
| (Retired) 50 | 3977.27 -MT |





**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 11/22/2017 1:45 PM (continued)**

Diagnoses and all orders for this visit:

**Chronic neck pain (Primary)**

**Other depression**
- amitriptyline (ELAVIL) 50 MG tablet; Take one tablet (50 mg total) by mouth nightly

**Primary insomnia**
- traZODone (DESYREL) 50 MG tablet; Take one tablet (50 mg total) by mouth nightly

Return in about 3 months (around 2/22/2018) for Next scheduled follow up.

**Patient Instructions**
Continue current medications.
Follow-up with specialists as planned.
Will complete paperwork.

I have seen and agreed to the evaluation and plan as performed by the Nurse Practitioner

Electronically signed by Whitney Tolbert, NP at 11/22/2017 2:52 PM
Electronically signed by Alston Graham Warr, MD at 12/3/2017 3:53 PM

**Patient Instructions**

**Patient Instructions by Whitney Tolbert, NP at 11/22/2017 1:45 PM**

Author: Whitney Tolbert, NP Service: — Author Type: Nurse Practitioner
Filed: 11/22/2017 2:52 PM Encounter Date: 11/22/2017 Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner)

Continue current medications.
Follow-up with specialists as planned.
Will complete paperwork.

**History & Physical**

No notes of this type exist for this encounter.

**Other Notes**

No notes exist for this encounter.

**Follow-up and Disposition History**

11/22/2017 1452 - Whitney Tolbert, NP

Dispositions: Return in about 3 months (around 2/22/2018) for Next scheduled follow up

0J189190026

**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 11/22/17 1401 |
|---|---|
| [RETIRED] 2.2 Gm Protein (gm) | 175 -MT |
| [RETIRED] 2.3 Gm Protein (gm) | 182.95 -MT |
| [RETIRED] 2.4 Gm Protein (gm) | 190.91 -MT |
| [RETIRED] 2.5 Gm Protein (gm) | 198.86 -MT |
| **(Retired) Ideal Body Weight (IBW)** | |
| (Retired) Ideal Body Weight (IBW), Male (kg) | 56.92 -MT |
| Ideal Body Weight (IBW), Female | 53.12 -MT |
| (Retired) % Ideal Body Weight | 72.29 -MT |
| **(Retired) Measurements (Adult/Pediatric)** | |
| (Retired) BMI (kg/m2) | 31.06 -MT |
| **IBW Adjustment, Para/Tetraplegia** | |
| 5% Adjustment, Para (IBW) | 50.08 -MT |
| 10% Adjustment, Para (IBW) | 47.45 -MT |
| 10% Adjustment, Tetra (IBW) | 47.45 -MT |
| 15% Adjustment, Tetra (IBW) | 44.81 -MT |
| **RD Method Male (Adolescent)** | |
| RDA Male (11-14 years) (kcal) | 4365.85 -MT |
| RDA Male (15-18 years) (kcal) | 3572.06 -MT |
| **KCAL/KG** | |
| 20 Kcal/Kg (kcal) | 1587.58 -MT |
| 25 Kcal/Kg (kcal) | 1984.48 -MT |
| 30 Kcal/Kg | 2381.37 -MT |





**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 11/22/17 1401 |
|---|---|
| Kcal/Kg (kcal) | |
| **[RETIRED] Protein (gm/kg)** | |
| [RETIRED] 0.6 Gm Protein (gm) | 47.73 -MT |
| [RETIRED] 0.7 Gm Protein (gm) | 55.68 -MT |
| [RETIRED] 0.8 Gm Protein (gm) | 63.64 -MT |
| [RETIRED] 0.9 Gm Protein (gm) | 71.59 -MT |
| [RETIRED] 1.0 Gm Protein (gm) | 79.55 -MT |
| [RETIRED] 1.1 Gm Protein (gm) | 87.5 -MT |
| [RETIRED] 1.2 Gm Protein (gm) | 95.45 -MT |
| [RETIRED] 1.3 Gm Protein (gm) | 103.41 -MT |
| [RETIRED] 1.4 Gm Protein (gm) | 111.36 -MT |
| [RETIRED] 1.5 Gm Protein (gm) | 119.32 -MT |
| [RETIRED] 1.6 Gm Protein (gm) | 127.27 -MT |
| [RETIRED] 1.7 Gm Protein (gm) | 135.23 -MT |
| [RETIRED] 1.8 Gm Protein (gm) | 143.18 -MT |
| [RETIRED] 1.9 Gm Protein (gm) | 151.14 -MT |
| [RETIRED] 2.0 Gm Protein (gm) | 159.09 -MT |
| [RETIRED] 2.1 Gm Protein (gm) | 167.05 -MT |

0J189190026

**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 11/22/17 1401 |
|---|---|
| Schofield Male (0-3 years) (kcal) | 1823.8 -MT |
| Schofield Male (4-10 years) (kcal) | 2178.45 -MT |
| Schofield Male (11-18 years) (kcal) | 993.96 -MT |
| **WHO Equation Female** | |
| WHO Equation Female (0-3 years) (kcal) | 4791.12 -MT |
| WHO Equation Female (4-10 years) (kcal) | 2265.03 -MT |
| WHO Equation Female (11-18 years) (kcal) | 1714.42 -MT |
| **Ideal Body Weight (IBW)** | |
| Ideal Body Weight (IBW) (kg) | 52.72 -MT |
| % Ideal Body Weight | 150.57 -MT |
| **WHO Equation Male** | |
| WHO Equation Male (0-3 years) (kcal) | 4760.18 -MT |
| WHO Equation Male (4-10 years) (kcal) | 2296.9 -MT |
| WHO Equation Male (11-18 years) (kcal) | 2040.13 -MT |
| **RDA Method (Infant)** | |
| RDA (0-6 month old) (kcal) | 8572.93 -MT |
| RDA (> 6 months-1 year old) (kcal) | 7779.14 -MT |
| **RD Method Female (Adolescent)** | |
| RDA Female (11-14 years) (kcal) | 3730.81 -MT |
| RDA Female (15-18 years) (kcal) | 3175.16 -MT |





**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 11/22/17 1401 |
|---|---|
| (kcal) | |
| 35 Kcal/Kg (kcal) | 2778.27 -MT |
| 40 Kcal/Kg (kcal) | 3175.16 -MT |
| 45 Kcal/Kg (kcal) | 3572.06 -MT |
| 50 Kcal/Kg (kcal) | 3968.95 -MT |
| **KCAL/KG** | |
| 20 Kcal/Kg (kcal) | 1587.58 -MT |
| 40 Kcal/Kg (kcal) | 3175.16 -MT |
| 60 Kcal/Kg (kcal) | 4762.74 -MT |
| 80 Kcal/Kg (kcal) | 6350.32 -MT |
| 100 Kcal/Kg (kcal) | 7937.9 -MT |
| 120 Kcal/Kg (kcal) | 9525.48 -MT |
| 140 Kcal/Kg (kcal) | 11113.06 -MT |
| 160 Kcal/Kg (kcal) | 12700.64 -MT |
| 180 Kcal/Kg (kcal) | 14288.22 -MT |
| 200 Kcal/Kg (kcal) | 15875.8 -MT |
| **RDA Method** | |
| RDA (> 1 year-3 years) (kcal) | 8096.66 -MT |
| RDA (4-6 years) (kcal) | 7144.11 -MT |
| RDA (7-10 years) (kcal) | 5556.53 -MT |
| **Schofield Female** | |
| Schofield Female (0-3 years) (kcal) | 2513.9 -MT |
| Schofield Female (4-10 years) (kcal) | 2215.24 -MT |
| Schofield Female (11-18 years) (kcal) | 1608.1 -MT |
| **Schofield Male** | |

0J1891900 26

**Flowsheets (all recorded) (continued)**

**Encounter Vitals (continued)**

| Row Name | 11/22/17 1401 |
|---|---|
| | -MT |
| Height | 5' 3" (1.6 m) -MT |

**Fasting**

| Row Name | 11/22/17 1400 |
|---|---|
| Fasting | |
| Patient Fasting | No -MT |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| MT | Maya Thomas, CMA |

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range





**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 11/22/17 1401 |
|---|---|
| **Mifflin-St. Jeor Equation** | |
| RMR (Mifflin-St. Jeor Equation) | 1432.92 -MT |
| **Fluid Requirements** | |
| Holliday-Segar Method (<= 10 kg) (mL) | 7937.8 -MT |
| Holliday-Segar Method (>10 <=20 kg) (mL) | 4968.95 -MT |
| Holliday-Segar Method (> 20 kg) (mL) | 5468.95 -MT |
| **Anthropometrics** | |
| [RETIRED] Height Standing (in) | 63 -MT |
| **Fluid Requirements** | |
| Holliday-Segar Method (over 20 kg) | 3087.58 -MT |
| **Body Mass Index (BMI)** | |
| BMI (kg/m2) | 31.08 -MT |
| **Relevant Labs and Vitals** | |
| Temp (in Celsius) | 36.7 -MT |
| **Adult IBW/VT Calculations** | |
| IBW/kg (Calculated) | 52.4 -MT |
| Low Range Vt 6mL/kg | 314.4 mL/kg -MT |
| Adult Moderate Range Vt 8mL/kg | 419.2 mL/kg -MT |
| Adult High Range Vt 10mL/kg | 524 mL/kg -MT |

**Encounter Vitals**

| Row Name | 11/22/17 1401 |
|---|---|
| **Enc Vitals** | |
| BP | 126/72 -MT |
| Pulse | 88 -MT |
| Temp | 98.1 °F (36.7 °C) -MT |
| Temp src | Oral -MT |
| SpO2 | 100 % -MT |
| Weight | 175 lb (79.4 kg) |

0J189190026

## Visit Summary (continued)

**Problem List (continued) as of 5/15/2018** Date Reviewed: **11/10/2017**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| | ICD-9-CM: 789.00 | | | Present |
| **Status post hysterectomy** | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | | | 10/8/2014 - Present |
| **Pinched nerve in neck** | ICD-10-CM: G58.8<br>ICD-9-CM: 355.9 | | | 2/3/2016 - Present |

Reviewed by Barbara Holden, LPN on 5/15/2018

**Allergies as of 5/15/2018**

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrocodone** | 04/01/2014 | | |
| **Percocet [oxycodone-acetaminophen]** | 11/06/2014 | Allergy | Nausea Only |

**Immunizations**

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical**<br>Given By: | 01/01/16 | | | |
| **Influenza TIV historical**<br>Given By: Joyce Bradshaw, RN | Thu Oct 9, 2014 2:12 PM | 0.5 mL | Intramuscular | Left deltoid |
| **Influenza QIV PF 3+ yrs**<br>Given By: Susan King | 09/21/17 | 0.5 mL | | Intramuscular | Left deltoid |

**Immunizations** RICHARDSON,SHANNA L

Influenza TIV historical

| Date | Manufacturer | Lot # | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|
| 10/9/2014 | PMC | UI185AA | IM/LD | 0.5 mL | 8/19/14 | Joyce Bradshaw, RN |
| 1/1/2016 | | | | | | |

Influenza QIV PF 3+ yrs

| Date | Manufacturer | Lot # | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|
| 9/21/2017 | SKB | 98K4X | IM/LD | 0.5 mL | 8/07/15 | Susan King |

**Vitals**

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 130/80 | 88 | 98.6 °F (37 °C) (Temporal Scan) | 15 | 5' 3" (1.6 m) |

| Wt | LMP | SpO2 | BMI |
|---|---|---|---|
| 209 lb (94.8 kg) | 09/28/2014 | 99% | 37.02 kg/m² |





**Demographics**

Name: Shanna L Richardson
Address:
Date of birth: Sex: Female Gender identity: Female
Email: Home phone:

Relationships

| Name | Relation to Patient | Phone Number | |
|---|---|---|---|
| Linda Richardson | Mother | Home: | |
| Timothy Lloyd | Friend | Mobile: | (primary) |

## Visit Summary

**Reason for Visit**

| | |
|---|---|
| **Medication Refill** | |
| **Shoulder Pain** | left shoulder pain / x-ray ordered by Dr Gerrie Walters 901-751-4112 |

**Diagnoses**

| | Comments |
|---|---|
| **Chronic left shoulder pain** - Primary | |
| **Primary insomnia** | |
| **Benign essential hypertension** | |
| **Essential hypertension, benign** | |
| **Other depression** | |

**Problem List as of 5/15/2018** Date Reviewed: **11/10/2017**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM: F41.1<br>ICD-9-CM: 300.00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM: I10<br>ICD-9-CM: 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 2/15/2013 - Present |
| **Abnormal uterine bleeding (AUB)** | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/4/2014 - Present |
| **Pelvic pain** | ICD-10-CM: R10.2<br>ICD-9-CM: IMO0002 | | | 8/4/2014 - Present |
| **HTN (hypertension)** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 8/4/2014 - Present |
| **Leiomyoma of uterus** | ICD-10-CM: D25.9<br>ICD-9-CM: 218.9 | | | 8/22/2014 - Present |
| **Excessive or frequent menstruation** | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 8/22/2014 - Present |
| **Coagulation defect (HCC)** | ICD-10-CM: D68.9<br>ICD-9-CM: 286.9 | | | 8/22/2014 - Present |
| **Esophagitis** | ICD-10-CM: K20.9<br>ICD-9-CM: 530.10 | | | 8/22/2014 - Present |
| **Abdominal pain** | ICD-10-CM: R10.9 | | | 8/22/2014 - |

**Surgical as of 5/15/2018 (continued)**

| | | | | |
|---|---|---|---|---|
| | | | Gynecology; Laterality: N/A; | |
| CERVICAL SPINE SURGERY [SHX589] | — | 11/23/2016 | — | Provider |
| NERVE BLOCK [PRO155] | — | 01/2016 - present | — | Patient |

**Family as of 5/15/2018**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cirrhosis | Father | — | — | — | Provider |
| Diabetes | Mother | Mother | — | — | Patient |
| Hypertension | Mother | Mother | — | — | Patient |
| Stroke | Mother | Mother | — | — | Patient |
| Diabetes | Brother | — | — | — | Patient |

**Family Status as of 5/15/2018**

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Father | — | Deceased, 57 | — | M | — | — | Provider |
| Mother | Mother | Alive | — | F | — | — | Provider |
| Brother | — | — | — | M | Patient's father | Mother (Patient's mother) | Patient |

**Tobacco Use as of 5/15/2018**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Patient |

**Alcohol Use as of 5/15/2018**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Patient |

| Frequency | Standard Drinks | Binge Drinking |
|---|---|---|
| — | — | — |

**Drug Use as of 5/15/2018**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Patient |

**Sexual Activity as of 5/15/2018**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Yes | Other | Male | — | Patient |

**Activities of Daily Living as of 5/15/2018**





**Treatment Vitals (all recorded)**

**Treatment Vitals**

No documentation.

## Patient History

**Medical as of 5/15/2018**

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anemia [D64.9] | 7/14 | — | Patient |
| Anxiety [F41.9] | — | — | Provider |
| Arthritis [M19.90] | 02/2016 | — | Patient |
| Back pain [M54.9] | 02/2016 | — | Patient |
| Depression [F32.9] | 01/2014 | — | Patient |
| Diminished uterine growth [N85.9] | — | — | Provider |
| Gastritis [K29.70] | — | — | Provider |
| GERD (gastroesophageal reflux disease) [K21.9] | — | — | Patient |
| Guillain-Barre syndrome (HCC) [G61.0] | 1996 | — | Provider |
| History of abnormal cervical Pap smear [Z87.898] | — | Had some before, forgot to mention | Patient |
| Hypertension [I10] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Migraines, neuralgic [G44.009] | — | All the time, since 2001 | Patient |
| Obesity [E66.9] | — | — | Provider |
| Pyelonephritis [N12] | — | — | Provider |
| Urinary tract infection [N39.0] | 7/14 | — | Patient |
| Uterine fibroid [D25.9] | — | — | Provider |

**Surgical as of 5/15/2018**

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CESAREAN SECTION [SUR1452] | — | 2001 | — | Provider |
| ESOPHAGOGASTRODUODENOSCOPY [SHX1529] | — | 2013 | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| DILATION AND CURETTAGE ; HYSTEROSCOPY [SHX3121] | N/A | 10/23/2014 | Procedure: Revision of Vaginal Cuff, EUA, cystoscopy; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A, | Provider |
| ROBOTIC HYSTERECTOMY CYSTOSCOPY [SHX3934] | N/A | 10/8/2014 | Procedure: ROBOTIC TOTAL HYSTERECTOMY CYSTOSCOPY, BILATERAL SALPINGECTOMY, EUA; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: | Provider |

0J189190026



**Activities of Daily Living as of 5/15/2018 (continued)**

None

**Occupational as of 5/15/2018**

None

**Socioeconomic as of 5/15/2018**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino | Black or African American | Provider |

| Financial Resource Strain | Food Insecurity: Worry | Food Insecurity, Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

**Medications**

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig: Take one tablet (10 mg total) by mouth one (1) time a day<br>Route: Oral | 30 tablet | 11 | 5/15/2018 | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)**<br>Sig: TAKE ONE CAPSULE PO BID FOR CHRONIC NERVE PAIN. MAY CAUSE DROWSINESS<br>Class: Historical Med | | 0 | 5/23/2017 | |
| **losartan (COZAAR) 50 MG tablet (Taking)**<br>Sig: Take one tablet (50 mg total) by mouth one (1) time a day<br>Route: Oral | 30 tablet | 11 | 5/15/2018 | |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue: Reorder | 90 tablet | 1 | 11/22/2017 | 5/15/2018 |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue: Reorder | 30 tablet | 11 | 5/15/2018 | 5/22/2019 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking/Discontinued)**<br>Sig: TAKE 1 TABLET(10 MG) BY MOUTH 1 TIME A DAY<br>Reason for Discontinue: Reorder<br>Cosign for Ordering: Accepted by Whitney Tolbert, NP on 4/6/2018 10:07 AM | 30 tablet | 0 | 4/6/2018 | 5/15/2018 |
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet (Taking/Discontinued)**<br>Sig: TK 1 T PO Q 8 H PRF JOINT PAIN AND INFLAMMATION<br>Class: Historical Med | | 2 | 4/12/2018 | 5/28/2019 |
| **losartan (COZAAR) 50 MG tablet (Taking/Discontinued)**<br>Sig: TAKE 1 TABLET(50 MG) BY MOUTH 1 TIME A DAY | 30 tablet | 3 | 12/1/2017 | 5/15/2018 |

OJ189190026

**Medications (continued)**

**Medications at Start of Encounter (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med | | | | |
| **traZODone (DESYREL) 50 MG tablet (Taking)** | 90 tablet | 1 | 11/22/2017 | 5/15/2018 |
| Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral | | | | |

**Discontinued Medications**

| | Reason for Discontinue |
|---|---|
| **traZODone (DESYREL) 50 MG tablet** | Reorder |
| **losartan (COZAAR) 50 MG tablet** | Reorder |
| **amLODIPine (NORVASC) 10 MG tablet** | Reorder |
| **amitriptyline (ELAVIL) 50 MG tablet** | Reorder |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **traZODone (DESYREL) 50 MG tablet (Discontinued)** | 30 tablet | 11 | 5/15/2018 | 5/22/2019 |
| Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral<br>Reason for Discontinue: Reorder | | | | |
| **losartan (COZAAR) 50 MG tablet** | 30 tablet | 11 | 5/15/2018 | |
| Sig - Route: Take one tablet (50 mg total) by mouth one (1) time a day - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 30 tablet | 11 | 5/15/2018 | |
| Sig - Route: Take one tablet (10 mg total) by mouth one (1) time a day - Oral | | | | |
| **amitriptyline (ELAVIL) 50 MG tablet (Discontinued)** | 30 tablet | 11 | 5/15/2018 | 5/22/2019 |
| Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral<br>Reason for Discontinue: Reorder | | | | |

**Medication Administration Record**

(There are no med orders for this encounter)

**Medications - Medication Orders**

**traZODone (DESYREL) 50 MG tablet [216808452]**

Electronically signed by: **Whitney Tolbert, NP on 05/15/18 1022** Status: **Discontinued**
Ordering user: Whitney Tolbert, NP 05/15/18 1022 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: Nightly 05/15/18 - 05/22/19 Released by: Whitney Tolbert, NP 05/15/18 1022
Discontinued by: Susan King 05/22/19 1601 [Reorder]
Diagnoses
Primary insomnia [F51.01]
Medication Route: Oral Medication Dose: 50 mg
Medication Directions: Take one tablet (50 mg total) by mouth nightly Priority: Routine
End Date/Time: 5/22/2019 Start Date/Time: 05/15/18 0000

**losartan (COZAAR) 50 MG tablet [216808453]**

Electronically signed by: **Whitney Tolbert, NP on 05/15/18 1022** Status: **Active**
Ordering user: Whitney Tolbert, NP 05/15/18 1022 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: Daily 05/15/18 - Until Discontinued Released by: Whitney Tolbert, NP 05/15/18 1022
Diagnoses
Benign essential hypertension [I10]
Medication Route: Oral Medication Dose: 50 mg





**Medications (continued)**

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Reason for Discontinue: Reorder<br>Cosign for Ordering: Accepted by Whitney Tolbert, NP on 12/1/2017 10:45 AM | | | | |
| **tIZANidine (ZANAFLEX) 4 MG tablet (Taking/Discontinued)** | | 0 | 5/23/2017 | 5/28/2019 |
| Sig: TAKE ONE TABLET PO Q 12 H PRF MUSCLE SPASMS. MAY CAUSE DROWSINESS. DO NOT DRINK ALCOHOL DRIVE WHILE TAKING THIS MEDICATION<br>Class: Historical Med<br>Reason for Discontinue: Reorder | | | | |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)** | | 0 | 9/26/2017 | 5/28/2019 |
| Sig: TK 1 T PO Q 12 H PRN P. AVOID ALCOHOL AND BENZODIAZEPINES<br>Class: Historical Med<br>Reason for Discontinue: Reorder | | | | |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)** | 90 tablet | 1 | 11/22/2017 | 5/15/2018 |
| Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue: Reorder | | | | |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)** | 30 tablet | 11 | 5/15/2018 | 5/22/2019 |
| Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue: Reorder | | | | |

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | 0 | 5/23/2017 | |
| Sig: TAKE ONE CAPSULE PO BID FOR CHRONIC NERVE PAIN. MAY CAUSE DROWSINESS<br>Class: Historical Med | | | | |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)** | 90 tablet | 1 | 11/22/2017 | 5/15/2018 |
| Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** | 30 tablet | 0 | 4/6/2018 | 5/15/2018 |
| Sig: TAKE 1 TABLET(10 MG) BY MOUTH 1 TIME A DAY<br>Cosign for Ordering: Accepted by Whitney Tolbert, NP on 4/6/2018 10:07 AM | | | | |
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet (Taking)** | | 2 | 4/12/2018 | 5/28/2019 |
| Sig: TK 1 T PO Q 8 H PRF JOINT PAIN AND INFLAMMATION<br>Class: Historical Med | | | | |
| **losartan (COZAAR) 50 MG tablet (Taking)** | 30 tablet | 3 | 12/1/2017 | 5/15/2018 |
| Sig: TAKE 1 TABLET(50 MG) BY MOUTH 1 TIME A DAY<br>Cosign for Ordering: Accepted by Whitney Tolbert, NP on 12/1/2017 10:45 AM | | | | |
| **tIZANidine (ZANAFLEX) 4 MG tablet (Taking)** | | 0 | 5/23/2017 | 5/28/2019 |
| Sig: TAKE ONE TABLET PO Q 12 H PRF MUSCLE SPASMS. MAY CAUSE DROWSINESS. DO NOT DRINK ALCOHOL DRIVE WHILE TAKING THIS MEDICATION<br>Class: Historical Med | | | | |
| **traMADol (ULTRAM) 50 mg tablet (Taking)** | | 0 | 9/26/2017 | 5/28/2019 |
| Sig: TK 1 T PO Q 12 H PRN P. AVOID ALCOHOL AND BENZODIAZEPINES. | | | | |

0J189190026

## All Lab and Imaging Orders and Results

**X-Ray Shoulder Left AP Internal AP External**

Electronically signed by: **Whitney Tolbert, NP on 05/15/18 1023** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Whitney Tolbert, NP 05/15/18 1023 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: 05/15/18 -
Diagnoses
Chronic left shoulder pain [M25.512, G89.29]

Questionnaire

| Question | Answer |
|---|---|
| Is the patient pregnant? | No |

Screening Form

General Information

Patient Name: Richardson, Shanna L MRN: 10272441
Date of Birth: Home Phone:
Legal Sex: Female

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| XR SHOULDER LEFT AP INTERNAL AP EXTERNAL | Whitney Tolbert, NP 901-328-6031 | Whitney Tolbert, NP 901-328-6031 | 5/15/2018 10:45 AM LIGHT XR LIGHT RAD IMAGING |

Screening Form Questions

No questions have been answered for this form.

LMP/OB Status

| OB Status | Last Menstrual Period |
|---|---|
| Hysterectomy | Sep 28, 2014 |

X-Ray Shoulder Left AP Internal AP External [215808456] Resulted: 05/15/18 1041, Result status: In process
Resulted by: Alston Graham Warr, MD Performed: 05/15/18 1041 - 05/15/18 1044
Accession number: XR180502556

X-Ray Shoulder Left AP Internal AP External [215808456] Resulted: 05/15/18 1724, Result status: Edited Result - FINAL
Resulted by: Alston Graham Warr, MD Performed: 05/15/18 1041 - 05/15/18 1044
Accession number: XR180502556
Narrative:
X-ray shoulder two views:

There are no fractures or dislocation

X-Ray Shoulder Left AP Internal AP External [215808456] Resulted: 05/15/18 1724, Result status: Final result
Resulted by: Alston Graham Warr, MD Performed: 05/15/18 1041 - 05/15/18 1044
Accession number: XR180502556
Narrative:
X-ray shoulder two views:

There are no fractures or dislocation





## Medications - Medication Orders (continued)

**losartan (COZAAR) 50 MG tablet [215808453] (continued)**

Medication Directions: Take one tablet (50 mg total) by mouth one (1) time a day Priority: Routine
End Date/Time: Until Discontinued Start Date/Time: 05/15/18 0000

**amLODIPine (NORVASC) 10 MG tablet [215808454]**

Electronically signed by: **Whitney Tolbert, NP on 05/15/18 1022** Status: **Active**
Ordering user: Whitney Tolbert, NP 05/15/18 1022 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: Daily 05/15/18 - Until Discontinued Released by: Whitney Tolbert, NP 05/15/18 1022
Diagnoses
Essential hypertension, benign [I10]
Medication Route: Oral Medication Dose: 10 mg
Medication Directions: Take one tablet (10 mg total) by mouth one (1) time a day Priority: Routine
End Date/Time: Until Discontinued Start Date/Time: 05/15/18 0000

**amitriptyline (ELAVIL) 50 MG tablet [215808455]**

Electronically signed by: **Whitney Tolbert, NP on 05/15/18 1022** Status: **Discontinued**
Ordering user: Whitney Tolbert, NP 05/15/18 1022 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: Nightly 05/15/18 - 05/22/19 Released by: Whitney Tolbert, NP 05/15/18 1022
Discontinued by: Susan King 05/22/19 1601 [Reorder]
Diagnoses
Other depression [F32.89]
Medication Route: Oral Medication Dose: 50 mg
Medication Directions: Take one tablet (50 mg total) by mouth nightly Priority: Routine
End Date/Time: 5/22/2019 Start Date/Time: 05/15/18 0000

**ibuprofen (ADVIL,MOTRIN) 800 MG tablet [215808451]**

Electronically signed by: **Barbara Holden, LPN on 05/15/18 0955** Status: **Discontinued**
Ordering user: Barbara Holden, LPN 05/15/18 0955 Authorized by: Historical Provider, MD
Frequency: 04/12/18 - 05/28/19 Discontinued by: Barbara Holden, LPN 05/28/19 1234
Medication Directions: TK 1 T PO Q 8 H PRF JOINT PAIN AND INFLAMMATION Priority: Routine
End Date/Time: 5/28/2019 Start Date/Time: 04/12/18 0000

## Orders

**All Orders and Results Except Lab and Imaging**

No orders and results found

**Result Summary**

0J189190026

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 5/15/2018 9:45 AM (continued)**

| | |
|---|---|
| • Urinary tract infection | 7/14 |
| • Uterine fibroid | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CERVICAL SPINE SURGERY | | 11/23/2016 |
| • CESAREAN SECTION | | 2001 |
| • ESOPHAGOGASTRODUODENOSCOPY | | 2013 |
| • HYSTERECTOMY | | |
| • NERVE BLOCK | | 01/2016 - present |
| • Revision of Vaginal Cuff, EUA, cystoscopy<br>*Performed by Ahmad Azari, MD at MEM BMH-Women's OR* | N/A | 10/23/2014 |
| • ROBOTIC TOTAL HYSTERECTOMY CYSTOSCOPY, BILATERAL SALPINGECTOMY, EUA<br>*Performed by Ahmad Azari, MD at MEM BMH-Women's OR* | N/A | 10/8/2014 |

**Social History**

**Substance Use Topics**

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cirrhosis | Father | |
| • Diabetes | Mother | |
| • Hypertension | Mother | |
| • Stroke | Mother | |
| • Diabetes | Brother | |

**Allergies**

| Allergen | Reactions |
|---|---|
| • Hydrocodone | |
| • Percocet [Oxycodone-Acetaminophen] | Nausea Only |

**Outpatient Medications Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • gabapentin (NEURONTIN) 300 MG capsule | TAKE ONE CAPSULE PO BID FOR CHRONIC NERVE PAIN. MAY CAUSE DROWSINESS | | 0 |
| • tiZANidine (ZANAFLEX) 4 MG tablet | TAKE ONE TABLET PO Q 12 H PRF MUSCLE SPASMS. MAY CAUSE | | 0 |





**Progress Notes**

**Progress Notes by Whitney Tolbert, NP at 5/15/2018 9:45 AM**

| | | |
|---|---|---|
| Author: Whitney Tolbert, NP | Service: — | Author Type: Nurse Practitioner |
| Encounter Date: 5/15/2018 | Creation Time: 5/16/2018 7:37 AM | Filed: 5/16/2018 7:44 AM |
| Status: Signed | Editor: Whitney Tolbert, NP (Nurse Practitioner) | |
| Cosigner: Alston Graham Warr, MD at 5/16/2018 8:49 AM | | |

**Subjective:**

**Patient ID: Shanna L Richardson is a 40 y.o. female.**

**HPI**

**Shanna presents today with complaint of continued neck pain and now having left shoulder pain. She feels this is related to her neck but is requesting a shoulder x-ray. She sees pain management and has had nerve blocks and radio frequency ablation on her cervical spine without improvement. Left shoulder hurts and it is restricting her range of motion. No known injury. Left arm continues to be numb and tingly. She has a follow-up appointment next week with pain management for further diagnostic procedures. She is also requesting refills on trazodone and amitriptyline which work well for both depression and sleep. Denies side effects. Has taken these for many years. Also needing blood pressure medication refill. Losartan and amlodipine are working well to improve her blood pressure. Reports her blood pressure has been in good control.**

**Review of Systems**
**Constitutional: Negative for fatigue and unexpected weight change.**
**Respiratory: Negative for cough and shortness of breath.**
**Cardiovascular: Negative for chest pain.**
**Musculoskeletal: Positive for neck pain.**
**Left shoulder pain.**
**Neurological: Positive for numbness.**
**Psychiatric/Behavioral: Negative for dysphoric mood and sleep disturbance.**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anemia | 7/14 |
| • Anxiety | |
| • Arthritis | 02/2016 |
| • Back pain | 02/2016 |
| • Depression | 01/2014 |
| • Diminished uterine growth | |
| • Gastritis | |
| • GERD (gastroesophageal reflux disease) | |
| • Guillain-Barre syndrome (HCC) | 1996 |
| • History of abnormal cervical Pap smear<br>*Had some before, forgot to mention* | |
| • Hypertension | |
| • Migraine | |
| • Migraines, neuralgic<br>*All the time, since 2001* | |
| • Obesity | |
| • Pyelonephritis | |

0J189190026

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 5/15/2018 9:45 AM (continued)**

**Assessment/Plan:**

Shanna was seen today for medication refill and shoulder pain.

Diagnoses and all orders for this visit:

**Chronic left shoulder pain (Primary)**
- X-Ray Shoulder Left AP Internal AP External

**Primary insomnia**
- traZODone (DESYREL) 50 MG tablet; Take one tablet (50 mg total) by mouth nightly

**Benign essential hypertension**
- losartan (COZAAR) 50 MG tablet; Take one tablet (50 mg total) by mouth one (1) time a day

**Essential hypertension, benign**
- amLODIPine (NORVASC) 10 MG tablet; Take one tablet (10 mg total) by mouth one (1) time a day

**Other depression**
- amitriptyline (ELAVIL) 50 MG tablet; Take one tablet (50 mg total) by mouth nightly

Return in about 6 months (around 11/15/2018) for Next scheduled follow up.

**Patient Instructions**
Please follow up with your pain management specialist as planned next week.
Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.
Feel free to contact me with any questions or concerns.

Electronically signed by Whitney Tolbert, NP at 5/16/2018 7:44 AM
Electronically signed by Alston Graham Warr, MD at 5/16/2018 8:49 AM

**Patient Instructions**

**Patient Instructions by Whitney Tolbert, NP at 5/15/2018 9:45 AM**

Author: Whitney Tolbert, NP Service: — Author Type: Nurse Practitioner
Filed: 5/16/2018 7:44 AM Encounter Date: 5/15/2018 Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner)

Please follow up with your pain management specialist as planned next week.
Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.





**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 5/15/2018 9:45 AM (continued)**

| | | | |
|---|---|---|---|
| | DROWSINESS. DO NOT DRINK ALCOHOL DRIVE WHILE TAKING THIS MEDICATION | | |
| • traMADol (ULTRAM) 50 mg tablet | TK 1 T PO Q 12 H PRN P. AVOID ALCOHOL AND BENZODIAZEPINES | | 0 |
| • amitriptyline (ELAVIL) 50 MG tablet | Take one tablet (50 mg total) by mouth nightly | 90 tablet | 1 |
| • amLODIPine (NORVASC) 10 MG tablet | TAKE 1 TABLET(10 MG) BY MOUTH 1 TIME A DAY | 30 tablet | 0 |
| • losartan (COZAAR) 50 MG tablet | TAKE 1 TABLET(50 MG) BY MOUTH 1 TIME A DAY | 30 tablet | 3 |
| • traZODone (DESYREL) 50 MG tablet | Take one tablet (50 mg total) by mouth nightly | 90 tablet | 1 |

**Objective:**

BP 130/80 | Pulse 88 | Temp 98.6 °F (37 °C) (Temporal Scan) | Resp 15 | Ht 5' 3" (1.6 m) | Wt 209 lb (94.8 kg) | LMP 09/28/2014 | SpO2 99% | BMI 37.02 kg/m²

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:
Left shoulder with mild tenderness to palpation. Range of motion moderately restricted. No swelling or palpable abnormalities.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

No results found for this or any previous visit (from the past 36 hour(s)).

0J189190026

**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 05/15/18 0958 |
|---|---|
| Weight to have BMI = 25 (Calculated) | 140 8 lb -BH |
| Age (Calculated) | 40y 10m -BH |
| BSA (Calculated - sq m) | 2.05 sq meters -BH |
| BMI (Calculated) | 37 (Abnormal) ! -BH |
| IBW/kg (Calculated) Male | 56.9 kg -BH |
| IBW/kg (Calculated) FEMALE | 52.4 kg -BH |
| Age (Months) | 10 -BH |
| Weight in (lb) to have BMI = 25 | 140.8 -BH |
| % Weight Change Since Birth | 0 -BH |

[RETIRED] Protein (gm/kg)

| | |
|---|---|
| [RETIRED] 0.6 Gm Protein (gm) | 57 -BH |
| [RETIRED] 0.7 Gm Protein (gm) | 66.5 -BH |
| [RETIRED] 0.8 Gm Protein (gm) | 76 -BH |
| [RETIRED] 0.9 Gm Protein (gm) | 85.5 -BH |
| [RETIRED] 1.0 Gm Protein (gm) | 95 -BH |
| [RETIRED] 1.1 Gm Protein (gm) | 104.5 -BH |
| [RETIRED] 1.2 Gm Protein (gm) | 114 -BH |
| [RETIRED] 1.3 Gm Protein (gm) | 123.5 -BH |
| [RETIRED] 1.4 Gm Protein (gm) | 133 -BH |





**Patient Instructions (continued)**

**Patient Instructions by Whitney Tolbert, NP at 5/15/2018 9:45 AM (continued)**

**Feel free to contact me with any questions or concerns.**

**History & Physical**

No notes of this type exist for this encounter.

**Other Notes**

No notes exist for this encounter.

**Follow-up and Disposition History**

05/15/2018 0744 - Whitney Tolbert, NP
Dispositions: Return in about 6 months (around 11/15/2018) for Next scheduled follow up

**Flowsheets (all recorded)**

**Anthropometrics**

| Row Name | 05/15/18 0958 |
|---|---|
| Anthropometrics | |
| Weight Change | 0 -BH |

**Bariatric Vitals**

| Row Name | 05/15/18 0958 |
|---|---|
| Weight Change Tracking | |
| Previous Visit Weight (Calculated) | 175 lb -BH |
| Last Height (Calculated) | 63 inches -BH |
| Weight Change Since Last Visit (Calculated) | 34 lb -BH |
| BMR - Male (Calculated) | 1896.17 -BH |
| BMR - Female (Calculated) | 1672.25 -BH |

**Custom Formula Data**

| Row Name | 05/15/18 0958 |
|---|---|
| Vitals | |
| Pct Wt Change | 0 % -BH |
| OTHER | |
| Weight Gain Calculated in Pounds (lbs) | 209 -BH |
| Weight Change (grams) | 15422 g -BH |

0J189190026

**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 05/15/18 0958 |
|---|---|
| **KCAL/KG** | |
| 20 Kcal/Kg (kcal) | 1896.04 -BH |
| 25 Kcal/Kg (kcal) | 2370.05 -BH |
| 30 Kcal/Kg (kcal) | 2844.06 -BH |
| 35 Kcal/Kg (kcal) | 3318.07 -BH |
| 40 Kcal/Kg (kcal) | 3792.08 -BH |
| 45 Kcal/Kg (kcal) | 4266.09 -BH |
| 50 Kcal/Kg (kcal) | 4740.1 -BH |
| **KCAL/KG** | |
| 20 Kcal/Kg (kcal) | 1896.04 -BH |
| 40 Kcal/Kg (kcal) | 3792.08 -BH |
| 60 Kcal/Kg (kcal) | 5688.12 -BH |
| 80 Kcal/Kg (kcal) | 7584.16 -BH |
| 100 Kcal/Kg (kcal) | 9480.2 -BH |
| 120 Kcal/Kg (kcal) | 11376.24 -BH |
| 140 Kcal/Kg (kcal) | 13272.28 -BH |
| 160 Kcal/Kg (kcal) | 15168.32 -BH |
| 180 Kcal/Kg (kcal) | 17064.36 -BH |
| 200 Kcal/Kg (kcal) | 18960.4 -BH |
| **RDA Method** | |
| RDA (> 1 year-3 years) (kcal) | 9669.8 -BH |
| RDA (4-6 years) (kcal) | 8532.18 -BH |
| RDA (7-10 years) (kcal) | 6636.14 -BH |
| **Schofield Female** | |
| Schofield Female (0-3 years) (kcal) | 2764.54 -BH |
| Schofield | 2523.21 -BH |



BAPTIST. BMG The Light Clinic, 7715 Wolf River Blvd., Germantown TN 38138-1706, Amb Encounter Report — Richardson, Shanna L, MRN: 10272441, DOB , Sex: F, Visit date: 5/15/2018

**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 05/15/18 0958 |
|---|---|
| [RETIRED] 1.5 Gm Protein (gm) | 142.5 -BH |
| [RETIRED] 1.6 Gm Protein (gm) | 152 -BH |
| [RETIRED] 1.7 Gm Protein (gm) | 161.5 -BH |
| [RETIRED] 1.8 Gm Protein (gm) | 171 -BH |
| [RETIRED] 1.9 Gm Protein (gm) | 180.5 -BH |
| [RETIRED] 2.0 Gm Protein (gm) | 190 -BH |
| [RETIRED] 2.1 Gm Protein (gm) | 199.5 -BH |
| [RETIRED] 2.2 Gm Protein (gm) | 209 -BH |
| [RETIRED] 2.3 Gm Protein (gm) | 218.5 -BH |
| [RETIRED] 2.4 Gm Protein (gm) | 228 -BH |
| [RETIRED] 2.5 Gm Protein (gm) | 237.5 -BH |
| **IBW Adjustment, Para/Tetraplegia** | |
| 5% Adjustment, Para (IBW) | 50.08 -BH |
| 10% Adjustment, Para (IBW) | 47.45 -BH |
| 10% Adjustment, Tetra (IBW) | 47.45 -BH |
| 15% Adjustment, Tetra (IBW) | 44.81 -BH |
| **RD Method Male (Adolescent)** | |
| RDA Male (11-14 years) (kcal) | 5214.11 -BH |
| RDA Male (15-18 years) (kcal) | 4266.08 -BH |

0J189190026



**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 05/15/18 0958 |
|---|---|
| **RD Method Female (Adolescent)** | |
| RDA Female (11-14 years) (kcal) | 4455.69 -BH |
| RDA Female (15-18 years) (kcal) | 3792.08 -BH |
| **Mifflin-St. Jeor Equation** | |
| RMR (Mifflin-St. Jeor Equation) | 1567.15 -BH |
| **Fluid Requirements** | |
| Holliday-Segar Method (<= 10 kg) (mL) | 9480.2 -BH |
| Holliday-Segar Method (>10 <=20 kg) (mL) | 5740.1 -BH |
| Holliday-Segar Method (> 20 kg) (mL) | 6240.1 -BH |
| **Anthropometrics** | |
| [RETIRED] Height Standing (in) | 63 -BH |
| **Fluid Requirements** | |
| Holliday-Segar Method (over 20 kg) | 3396.04 -BH |
| **Body Mass Index (BMI)** | |
| BMI (kg/m2) | 37.1 -BH |
| **Relevant Labs and Vitals** | |
| Temp (in Celcius) | 37 -BH |
| **Adult IBW/VT Calculations** | |
| IBW/kg (Calculated) | 52.4 -BH |
| Low Range Vt 6mL/kg | 314.4 mL/kg -BH |
| Adult Moderate Range Vt 8mL/kg | 419.2 mL/kg -BH |
| Adult High Range Vt 10mL/kg | 524 mL/kg -BH |

**Encounter Vitals**

| Row Name | 05/15/18 0958 |
|---|---|
| Enc Vitals | |





**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 05/15/18 0958 |
|---|---|
| Female (4-10 years) (kcal) | |
| Schofield Female (11-18 years) (kcal) | 1737.11 -BH |
| **Schofield Male** | |
| Schofield Male (0-3 years) (kcal) | 1826.38 -BH |
| Schofield Male (4-10 years) (kcal) | 2480.57 -BH |
| Schofield Male (11-18 years) (kcal) | 1244.58 -BH |
| **WHO Equation Female** | |
| WHO Equation Female (0-3 years) (kcal) | 5731.92 -BH |
| WHO Equation Female (4-10 years) (kcal) | 2632.05 -BH |
| WHO Equation Female (11-18 years) (kcal) | 1902.58 -BH |
| **Ideal Body Weight (IBW)** | |
| Ideal Body Weight (IBW) (kg) | 52.72 -BH |
| % Ideal Body Weight | 179.83 -BH |
| **WHO Equation Male** | |
| WHO Equation Male (0-3 years) (kcal) | 5719.44 -BH |
| WHO Equation Male (4-10 years) (kcal) | 2647.01 -BH |
| WHO Equation Male (11-18 years) (kcal) | 2310.04 -BH |
| **RDA Method (Infant)** | |
| RDA (0-6 month old) (kcal) | 10238.82 -BH |
| RDA (> 6 months-1 year old) (kcal) | 9290.6 -BH |

0J189190026

**Order-Level Documents - 05/15/2018: (continued)**

*The Light Clinic*
*Baptist Medical Group*
*7715 Wolf River Blvd.*
*Germantown, TN 38138*
*901/322-4031*
*fax 901/318-4235*

RADIOLOGY REPORT

Patient Name: Richardson, Sharna DOB

Exam Date: 5-15-18 MRN:

Exam: (L) shoulder

Clinical Findings: Pain and decreased (L) shoulder ROM

Opinion: normal

Ordering Provider:

- ☐ William Light, MD ☐ A. Graham Watt, MD ☐ Virginia McGhee, WHNP
- ☐ Stephanie Cochran, FNP ☐ Mary Simpson, FNP ☑ Whitney Tolbert, FNP

Ordering Provider Signature: [signature], FNP

**RADIOLOGIST'S FINDINGS**

(X) Concur ( ) Variance ( ) Additional Observations

Discussion: [circled]

Recommendations:

__EDWARD ATKINSON, III, M.D.
__ROBERT A. DUKE, M.D.
__LOUIS S. PARVEY, M.D.
__GRAHAM L. ROBERTS, M.D.

Radiologist's Signature: [signature] Date: MAY 2 1 2018

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range





**Flowsheets (all recorded) (continued)**

**Encounter Vitals (continued)**

| Row Name | 05/15/18 0956 |
| --- | --- |
| BP | 130/80 -BH |
| Pulse | 88 -BH |
| Resp | 15 -BH |
| Temp | 98.6 °F (37 °C) -BH |
| Temp src | TAS -BH |
| SpO2 | 99 % -BH |
| Weight | 209 lb (94.8 kg) -BH |
| Height | 5' 3" (1.6 m) -BH |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
| --- | --- |
| BH | Barbara Holden, LPN |

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents - 05/15/2018:**

Imaging - Ultrasound - Scan on 5/23/2018 9:52 AM by Donna Stamm: 05/15/18 Left Shoulder XRay (below)

0J189190026

**Visit Summary (continued)**

**Immunizations**

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical** Given By: | 01/01/16 | | | |
| **Influenza TIV historical** Given By: Joyce Bradshaw, RN | Thu Oct 9, 2014 2:12 PM | 0.5 mL | Intramuscular | Left deltoid |
| **Influenza QIV PF 3+ yrs** Given By: Susan King | 09/21/17 | 0.5 mL | Intramuscular | Left deltoid |

**Immunizations** RICHARDSON,SHANNA L

Influenza TIV historical

| Date | Manufacturer | Lot # | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|
| 10/9/2014 | PMC | UI1 85 AA | IM/LD | 0.5 mL | 8/19/14 | Joyce Bradshaw, RN |
| 1/1/2016 | | | | | | |

Influenza QIV PF 3+ yrs

| Date | Manufacturer | Lot # | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|
| 9/21/2017 | SKB | 9B K4 X | IM/LD | 0.5 mL | 8/07/15 | Susan King |

**Vitals**

LMP
09/28/2014





**Demographics**

Name: Shanna L Richardson
Address:
Date of birth: Sex: Female Gender identity: Female
Email: shs Home phone:

Relationships

| Name | Relation to Patient | Phone Number |
|---|---|---|
| Linda Richardson | Mother | Home: |
| Timothy Lloyd | Friend | Mobile: ) |

**Visit Summary**

**Problem List as of 5/15/2018** Date Reviewed: 11/10/2017

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM: F41.1<br>ICD-9-CM: 300.00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM: I10<br>ICD-9-CM: 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 2/15/2013 - Present |
| **Abnormal uterine bleeding (AUB)** | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/4/2014 - Present |
| **Pelvic pain** | ICD-10-CM: R10.2<br>ICD-9-CM: IMO0002 | | | 8/4/2014 - Present |
| **HTN (hypertension)** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 8/4/2014 - Present |
| **Leiomyoma of uterus** | ICD-10-CM: D25.9<br>ICD-9-CM: 218.9 | | | 8/22/2014 - Present |
| **Excessive or frequent menstruation** | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 8/22/2014 - Present |
| **Coagulation defect (HCC)** | ICD-10-CM: D68.9<br>ICD-9-CM: 286.9 | | | 8/22/2014 - Present |
| **Esophagitis** | ICD-10-CM: K20.9<br>ICD-9-CM: 530.10 | | | 8/22/2014 - Present |
| **Abdominal pain** | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 8/22/2014 - Present |
| **Status post hysterectomy** | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | | | 10/8/2014 - Present |
| **Pinched nerve in neck** | ICD-10-CM: G58.8<br>ICD-9-CM: 355.9 | | | 2/3/2016 - Present |

Reviewed by Barbara Holden, LPN on 5/15/2018

**Allergies as of 5/15/2018**

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrocodone** | 04/01/2014 | | |
| **Percocet [oxycodone-acetaminophen]** | 11/06/2014 | Allergy | Nausea Only |

0J189190026

**Surgical as of 5/15/2018 (continued)**

| | | | | |
|---|---|---|---|---|
| | | | Gynecology; Laterality: N/A; | |
| CERVICAL SPINE SURGERY [SHX589] | — | 11/23/2018 | — | Provider |
| NERVE BLOCK [PRO155] | — | 01/2016 - present | — | Patient |

**Family as of 5/15/2018**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cirrhosis | Father | — | — | — | Provider |
| Diabetes | Mother | Mother | — | — | Patient |
| Hypertension | Mother | Mother | — | — | Patient |
| Stroke | Mother | Mother | — | — | Patient |
| Diabetes | Brother | — | — | — | Patient |

**Family Status as of 5/15/2018**

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Father | — | Decease d, 57 | — | M | — | — | Provider |
| Mother | Mother | Alive | — | F | — | — | Provider |
| Brother | — | — | — | M | Patient's father | Mother (Patient's mother) | Patient |

**Tobacco Use as of 5/15/2018**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Patient |

**Alcohol Use as of 5/15/2018**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Patient |

| Frequency | Standard Drinks | Binge Drinking |
|---|---|---|
| — | — | — |

**Drug Use as of 5/15/2018**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Patient |

**Sexual Activity as of 5/15/2018**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Yes | Other | Male | — | Patient |

**Activities of Daily Living as of 5/15/2018**





**Treatment Vitals (all recorded)**

**Treatment Vitals**

No documentation.

## Patient History

**Medical as of 5/15/2018**

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anemia [D64.9] | 7/14 | — | Patient |
| Anxiety [F41.9] | — | — | Provider |
| Arthritis [M19.90] | 02/2016 | — | Patient |
| Back pain [M54.9] | 02/2016 | — | Patient |
| Depression [F32.9] | 01/2014 | — | Patient |
| Diminished uterine growth [N85.9] | — | — | Provider |
| Gastritis [K29.70] | — | — | Provider |
| GERD (gastroesophageal reflux disease) [K21.9] | — | — | Patient |
| Guillain-Barre syndrome (HCC) [G61.0] | 1996 | — | Provider |
| History of abnormal cervical Pap smear [Z87.898] | — | Had some before, forgot to mention | Patient |
| Hypertension [I10] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Migraines, neuralgic [G44.009] | — | All the time, since 2001 | Patient |
| Obesity [E66.9] | — | — | Provider |
| Pyelonephritis [N12] | — | — | Provider |
| Urinary tract infection [N39.0] | 7/14 | — | Patient |
| Uterine fibroid [D25.9] | — | — | Provider |

**Surgical as of 5/15/2018**

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CESAREAN SECTION [SUR1452] | — | 2001 | — | Provider |
| ESOPHAGOGASTRODUODENOSCOPY [SHX1529] | — | 2013 | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| DILATION AND CURETTAGE ; HYSTEROSCOPY [SHX3121] | N/A | 10/23/2014 | Procedure: Revision of Vaginal Cuff, EUA cystoscopy; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; | Provider |
| ROBOTIC HYSTERECTOMY CYSTOSCOPY [SHX3934] | N/A | 10/8/2014 | Procedure: ROBOTIC TOTAL HYSTERECTOMY CYSTOSCOPY, BILATERAL SALPINGECTOMY, EUA; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: | Provider |

0J189190026



## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **tiZANidine (ZANAFLEX) 4 MG tablet (Discontinued)**<br>Sig: TAKE ONE TABLET PO Q 12 H PRF MUSCLE SPASMS. MAY CAUSE DROWSINESS. DO NOT DRINK ALCOHOL DRIVE WHILE TAKING THIS MEDICATION<br>Class: Historical Med<br>Reason for Discontinue: **Reorder** | | 0 | 5/23/2017 | 5/28/2019 |
| **traMADol (ULTRAM) 50 mg tablet (Discontinued)**<br>Sig: TK 1 T PO Q 12 H PRN P. AVOID ALCOHOL AND BENZODIAZEPINES.<br>Class: Historical Med<br>Reason for Discontinue **Reorder** | | 0 | 9/26/2017 | 5/28/2019 |
| **traZODone (DESYREL) 50 MG tablet (Discontinued)**<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral<br>Reason for Discontinue: **Reorder** | 90 tablet | 1 | 11/22/2017 | 5/15/2018 |
| **traZODone (DESYREL) 50 MG tablet (Discontinued)**<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 11 | 5/15/2018 | 5/22/2019 |

### Medication Administration Record

(There are no med orders for this encounter)

### Medication Orders

No Medication Orders found

## Orders

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary





### Activities of Daily Living as of 5/15/2018 (continued)

None

### Occupational as of 5/15/2018

None

### Socioeconomic as of 5/15/2018

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino | Black or African American | Provider |

| Financial Resource Strain | Food Insecurity: Worry | Food Insecurity: Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

## Medications

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet**<br>Sig - Route: Take one tablet (10 mg total) by mouth one (1) time a day - Oral | 30 tablet | 11 | 5/15/2018 | |
| **gabapentin (NEURONTIN) 300 MG capsule**<br>Sig: TAKE ONE CAPSULE PO BID FOR CHRONIC NERVE PAIN. MAY CAUSE DROWSINESS<br>Class: Historical Med | | 0 | 5/23/2017 | |
| **losartan (COZAAR) 50 MG tablet**<br>Sig - Route: Take one tablet (50 mg total) by mouth one (1) time a day - Oral | 30 tablet | 11 | 5/15/2018 | |
| **amitriptyline (ELAVIL) 50 MG tablet (Discontinued)**<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral<br>Reason for Discontinue: **Reorder** | 90 tablet | 1 | 11/22/2017 | 5/15/2018 |
| **amitriptyline (ELAVIL) 50 MG tablet (Discontinued)**<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 11 | 5/15/2018 | 5/22/2019 |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)**<br>Sig: TAKE 1 TABLET(10 MG) BY MOUTH 1 TIME A DAY<br>Reason for Discontinue: **Reorder**<br>Cosign for Ordering: Accepted by Whitney Tolbert, NP on 4/6/2018 10:07 AM | 30 tablet | 0 | 4/6/2018 | 5/15/2018 |
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet (Discontinued)**<br>Sig: TK 1 T PO Q 8 H PRF JOINT PAIN AND INFLAMMATION<br>Class: Historical Med | | 2 | 4/12/2018 | 5/28/2019 |
| **losartan (COZAAR) 25 MG tablet (Discontinued)**<br>Sig - Route: Take one tablet (25 mg total) by mouth one (1) time a day - Oral<br>Reason for Discontinue: **Dose adjustment** | 30 tablet | 5 | 8/27/2015 | 7/12/2018 |
| **losartan (COZAAR) 50 MG tablet (Discontinued)**<br>Sig: TAKE 1 TABLET(50 MG) BY MOUTH 1 TIME A DAY<br>Reason for Discontinue: **Reorder**<br>Cosign for Ordering: Accepted by Whitney Tolbert, NP on 12/1/2017 10:45 AM | 30 tablet | 3 | 12/1/2017 | 5/15/2018 |

0J189190026

## Notes

### Progress Notes

No notes of this type exist for this encounter.

### Patient Instructions

No notes of this type exist for this encounter.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes exist for this encounter.

## Flowsheets (all recorded)

### Procedure Verification

| Row Name | 05/15/18 1044 |
|---|---|
| **Procedure Verification** | |
| Patient ID Verified | Verbal -AH |
| Procedure Verified | Yes -AH |
| Laterality Verified | Left -AH |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| AH | Amy Harwell |

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

### Patient Care Timeline

No data selected in time range

### Patient Care Timeline

No data selected in time range





## All Lab and Imaging Orders and Results

### X-Ray Shoulder Left AP Internal AP External

Electronically signed by: **Whitney Tolbert, NP on 05/15/18 1023** Status: **Completed**
Ordering user: Whitney Tolbert, NP 05/15/18 1023 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP Ordered during: Office Visit on 05/15/2018
Frequency: 05/15/18 -
Diagnoses
Chronic left shoulder pain [M25.512, G89.29]

Questionnaire

| Question | Answer |
|---|---|
| Is the patient pregnant? | No |

Screening Form

General Information

Patient Name: Richardson, Shanna L MRN: 10272441
Date of Birth: Home Phone:
Legal Sex: Female

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| XR SHOULDER LEFT AP INTERNAL AP EXTERNAL | Whitney Tolbert, NP 901-328-6031 | Whitney Tolbert, NP 901-328-6031 | 5/15/2018 10:45 AM LIGHT XR LIGHT RAD IMAGING |

Screening Form Questions

No questions have been answered for this form.

LMP/OB Status

| OB Status | Last Menstrual Period |
|---|---|
| Hysterectomy | Sep 26, 2014 |

X-Ray Shoulder Left AP Internal AP External [215808456] Resulted: 05/15/18 1041, Result status: In process
Resulted by: Alston Graham Warr, MD Performed: 05/15/18 1041 - 05/15/18 1044
Accession number: XR180502556

X-Ray Shoulder Left AP Internal AP External [215808456] Resulted: 05/15/18 1724, Result status: Edited Result - FINAL
Resulted by: Alston Graham Warr, MD Performed: 05/15/18 1041 - 05/15/18 1044
Accession number: XR180502556
Narrative:
X-ray shoulder two views:

There are no fractures or dislocation

X-Ray Shoulder Left AP Internal AP External [215808456] Resulted: 05/15/18 1724, Result status: Final result
Resulted by: Alston Graham Warr, MD Performed: 05/15/18 1041 - 05/15/18 1044
Accession number: XR180502556
Narrative:
X-ray shoulder two views:

There are no fractures or dislocation

0J1891900026

**Visit Summary (continued)**

**Allergies as of 6/6/2018** Reviewed by Barbara Holden, LPN on 6/6/2018

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrocodone** | 04/01/2014 | | |
| **Percocet [oxycodone-acetaminophen]** | 11/06/2014 | Allergy | Nausea Only |

**Immunizations**

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical** | 01/01/16 | | | |
| Given By: | | | | |
| **Influenza TIV historical** | Thu Oct 9, 2014 2:12 PM | 0.5 mL | Intramuscular | Left deltoid |
| Given By: Joyce Bradshaw, RN | | | | |
| **Influenza QIV PF 3+ yrs** | 09/21/17 | 0.5 mL | Intramuscular | Left deltoid |
| Given By: Susan King | | | | |

**Immunizations** RICHARDSON,SHANNA L

Influenza TIV historical

| Date | Manufacturer | Lot # | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|
| 10/9/2014 | PMC | UI1 85 AA | IM/LD | 0.5 mL | 8/19/14 | Joyce Bradshaw, RN |
| 1/1/2016 | | | | | | |

Influenza QIV PF 3+ yrs

| Date | Manufacturer | Lot # | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|
| 9/21/2017 | SKB | 9B K4 X | IM/LD | 0.5 mL | 8/07/15 | Susan King |

**Vitals**

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 126/80 | 97 | 98.8 °F (37.1 °C) (Temporal Scan) | 15 | 5' 3" (1.6 m) |

| Wt | LMP | SpO2 | BMI |
|---|---|---|---|
| 213 lb (96.6 kg) | 09/28/2014 | 98% | 37.73 kg/m² |





**Demographics**

Name: Shanna L Richardson
Address:
Date of birth: Sex: Female Gender identity: Female
Email: Home phone:

Relationships

| Name | Relation to Patient | Phone Number |
|---|---|---|
| Linda Richardson | Mother | Home |
| Timothy Lloyd | Friend | Mobile: ) |

**Visit Summary**

**Reason for Visit**

| | |
|---|---|
| **Follow-up** | forms |

**Diagnoses**

| | Comments |
|---|---|
| **Chronic neck pain** - Primary | |

**Problem List as of 6/6/2018** Date Reviewed: 11/10/2017

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM: F41.1<br>ICD-9-CM: 300.00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM: I10<br>ICD-9-CM: 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 2/15/2013 - Present |
| **Abnormal uterine bleeding (AUB)** | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/4/2014 - Present |
| **Pelvic pain** | ICD-10-CM: R10.2<br>ICD-9-CM: IMO0002 | | | 8/4/2014 - Present |
| **HTN (hypertension)** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 8/4/2014 - Present |
| **Leiomyoma of uterus** | ICD-10-CM: D25.9<br>ICD-9-CM: 218.9 | | | 8/22/2014 - Present |
| **Excessive or frequent menstruation** | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 8/22/2014 - Present |
| **Coagulation defect (HCC)** | ICD-10-CM: D68.9<br>ICD-9-CM: 286.9 | | | 8/22/2014 - Present |
| **Esophagitis** | ICD-10-CM: K20.9<br>ICD-9-CM: 530.10 | | | 8/22/2014 - Present |
| **Abdominal pain** | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 8/22/2014 - Present |
| **Status post hysterectomy** | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | | | 10/8/2014 - Present |
| **Pinched nerve in neck** | ICD-10-CM: G58.8<br>ICD-9-CM: 355.9 | | | 2/3/2016 - Present |

0J189190026

**Surgical as of 6/6/2018 (continued)**

| | | | | | |
|---|---|---|---|---|---|
| | | | | Gynecology; Laterality: N/A; | |
| CERVICAL SPINE SURGERY [SHX589] | — | 11/23/2016 | — | | Provider |
| NERVE BLOCK [PRO155] | — | 01/2016 - present | — | | Patient |

**Family as of 6/6/2018**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cirrhosis | Father | — | — | — | Provider |
| Diabetes | Mother | Mother | — | — | Patient |
| Hypertension | Mother | Mother | — | — | Patient |
| Stroke | Mother | Mother | — | — | Patient |
| Diabetes | Brother | — | — | — | Patient |

**Family Status as of 6/6/2018**

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Father | — | Deceased, 57 | — | M | — | — | Provider |
| Mother | Mother | Alive | — | F | — | — | Provider |
| Brother | — | — | — | M | Patient's father | Mother (Patient's mother) | Patient |

**Tobacco Use as of 6/6/2018**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Patient |

**Alcohol Use as of 6/6/2018**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Patient |

| Frequency | Standard Drinks | Binge Drinking |
|---|---|---|
| — | — | — |

**Drug Use as of 6/6/2018**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Patient |

**Sexual Activity as of 6/6/2018**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Yes | Other | Male | — | Patient |

**Activities of Daily Living as of 6/6/2018**





**Treatment Vitals (all recorded)**

**Treatment Vitals**

No documentation

## Patient History

**Medical as of 6/6/2018**

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anemia [D64.9] | 7/14 | — | Patient |
| Anxiety [F41.9] | — | — | Provider |
| Arthritis [M19.90] | 02/2016 | — | Patient |
| Back pain [M54.9] | 02/2016 | — | Patient |
| Depression [F32.9] | 01/2014 | — | Patient |
| Diminished uterine growth [N85.9] | — | — | Provider |
| Gastritis [K29.70] | — | — | Provider |
| GERD (gastroesophageal reflux disease) [K21.9] | — | — | Patient |
| Guillain-Barre syndrome (HCC) [G61.0] | 1996 | — | Provider |
| History of abnormal cervical Pap smear [Z87.898] | — | Had some before, forgot to mention. | Patient |
| Hypertension [I10] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Migraines, neuralgic [G44.009] | — | All the time, since 2001 | Patient |
| Obesity [E66.9] | — | — | Provider |
| Pyelonephritis [N12] | — | — | Provider |
| Urinary tract infection [N39.0] | 7/14 | — | Patient |
| Uterine fibroid [D25.9] | — | — | Provider |

**Surgical as of 6/6/2018**

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CESAREAN SECTION [SUR1452] | — | 2001 | — | Provider |
| ESOPHAGOGASTRODUODENOSCOPY [SHX1529] | — | 2013 | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| DILATION AND CURETTAGE ; HYSTEROSCOPY [SHX3121] | N/A | 10/23/2014 | Procedure: Revision of Vaginal Cuff, EUA, cystoscopy; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; | Provider |
| ROBOTIC HYSTERECTOMY CYSTOSCOPY [SHX3934] | N/A | 10/6/2014 | Procedure: ROBOTIC TOTAL HYSTERECTOMY CYSTOSCOPY, BILATERAL SALPINGECTOMY, EUA; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: | Provider |

0J189190026

**Medications (continued)**

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: TK 1 T PO Q 12 H PRN P. AVOID ALCOHOL AND BENZODIAZEPINES.<br>Class: Historical Med<br>Reason for Discontinue: **Reorder** | | | | |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 11 | 5/15/2018 | 5/22/2019 |

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig - Route: Take one tablet (10 mg total) by mouth one (1) time a day - Oral | 30 tablet | 11 | 5/15/2018 | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)**<br>Sig: TAKE ONE CAPSULE PO BID FOR CHRONIC NERVE PAIN. MAY CAUSE DROWSINESS<br>Class: Historical Med | | 0 | 5/23/2017 | |
| **losartan (COZAAR) 50 MG tablet (Taking)**<br>Sig - Route: Take one tablet (50 mg total) by mouth one (1) time a day - Oral | 30 tablet | 11 | 5/15/2018 | |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)**<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral | 30 tablet | 11 | 5/15/2018 | 5/22/2019 |
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet (Taking)**<br>Sig: TK 1 T PO Q 8 H PRF JOINT PAIN AND INFLAMMATION<br>Class: Historical Med | | 2 | 4/12/2018 | 5/28/2019 |
| **losartan (COZAAR) 25 MG tablet (Taking)**<br>Sig - Route: Take one tablet (25 mg total) by mouth one (1) time a day - Oral | 30 tablet | 5 | 8/27/2015 | 7/12/2018 |
| **tiZANidine (ZANAFLEX) 4 MG tablet (Taking)**<br>Sig: TAKE ONE TABLET PO Q 12 H PRF MUSCLE SPASMS. MAY CAUSE DROWSINESS. DO NOT DRINK ALCOHOL DRIVE WHILE TAKING THIS MEDICATION<br>Class: Historical Med | | 0 | 5/23/2017 | 5/28/2019 |
| **traMADol (ULTRAM) 50 mg tablet (Taking)**<br>Sig: TK 1 T PO Q 12 H PRN P. AVOID ALCOHOL AND BENZODIAZEPINES.<br>Class: Historical Med | | 0 | 9/26/2017 | 5/28/2019 |
| **traZODone (DESYREL) 50 MG tablet (Taking)**<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral | 30 tablet | 11 | 5/15/2018 | 5/22/2019 |

**Medication Administration Record**

(There are no med orders for this encounter)

**Medication Orders**

No Medication Orders found

**Orders**

**All Orders and Results Except Lab and Imaging**





**Activities of Daily Living as of 6/6/2018 (continued)**

None

**Occupational as of 6/6/2018**

None

**Socioeconomic as of 6/6/2018**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | | English | Not Hispanic or Latino | Black or African American | Provider |

| Financial Resource Strain | Food Insecurity Worry | Food Insecurity Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

**Medications**

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig: Take one tablet (10 mg total) by mouth one (1) time a day<br>Route: Oral | 30 tablet | 11 | 5/15/2018 | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)**<br>Sig: TAKE ONE CAPSULE PO BID FOR CHRONIC NERVE PAIN. MAY CAUSE DROWSINESS<br>Class: Historical Med | | 0 | 5/23/2017 | |
| **losartan (COZAAR) 50 MG tablet (Taking)**<br>Sig: Take one tablet (50 mg total) by mouth one (1) time a day<br>Route: Oral | 30 tablet | 11 | 5/15/2018 | |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 11 | 5/15/2018 | 5/22/2019 |
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet (Taking/Discontinued)**<br>Sig: TK 1 T PO Q 8 H PRF JOINT PAIN AND INFLAMMATION<br>Class: Historical Med | | 2 | 4/12/2018 | 5/28/2019 |
| **losartan (COZAAR) 25 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (25 mg total) by mouth one (1) time a day<br>Route: Oral<br>Reason for Discontinue: **Dose adjustment** | 30 tablet | 5 | 8/27/2015 | 7/12/2018 |
| **tiZANidine (ZANAFLEX) 4 MG tablet (Taking/Discontinued)**<br>Sig: TAKE ONE TABLET PO Q 12 H PRF MUSCLE SPASMS. MAY CAUSE DROWSINESS. DO NOT DRINK ALCOHOL DRIVE WHILE TAKING THIS MEDICATION<br>Class: Historical Med<br>Reason for Discontinue: **Reorder** | | 0 | 5/23/2017 | 5/28/2019 |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)** | | 0 | 9/26/2017 | 5/28/2019 |

0J189190026

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 6/6/2018 11:15 AM (continued)**

- Migraines, neuralgic
  *All the time, since 2001*
- Obesity
- Pyelonephritis
- Urinary tract infection 7/14
- Uterine fibroid

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| CERVICAL SPINE SURGERY | | 11/23/2016 |
| CESAREAN SECTION | | 2001 |
| ESOPHAGOGASTRODUODENOSCOPY | | 2013 |
| HYSTERECTOMY | | |
| NERVE BLOCK | | 01/2016 - present |
| Revision of Vaginal Cuff, EUA, cystoscopy *Performed by Ahmed Azari, MD at MEM BMH-Women's OR* | N/A | 10/23/2014 |
| ROBOTIC TOTAL HYSTERECTOMY CYSTOSCOPY, BILATERAL SALPINGECTOMY, EUA *Performed by Ahmed Azari, MD at MEM BMH-Women's OR* | N/A | 10/8/2014 |

**Social History**

| Substance Use Topics | |
|---|---|
| Smoking status: | Never Smoker |
| Smokeless tobacco: | Never Used |
| Alcohol use | No |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| Cirrhosis | Father | |
| Diabetes | Mother | |
| Hypertension | Mother | |
| Stroke | Mother | |
| Diabetes | Brother | |

**Allergies**

| Allergen | Reactions |
|---|---|
| Hydrocodone | |
| Percocet [Oxycodone-Acetaminophen] | Nausea Only |

**Outpatient Medications Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| amitriptyline (ELAVIL) 50 MG tablet | Take one tablet (50 mg total) by mouth nightly | 30 tablet | 11 |
| amLODIPine (NORVASC) 10 MG tablet | Take one tablet (10 mg total) by mouth one (1) | 30 tablet | 11 |





**Orders (continued)**

**All Orders and Results Except Lab and Imaging (continued)**

No orders and results found

**Result Summary**

**All Lab and Imaging Orders and Results**

No orders and results found

**Progress Notes**

**Progress Notes by Whitney Tolbert, NP at 6/6/2018 11:15 AM**

Author: Whitney Tolbert, NP Service: — Author Type: Nurse Practitioner
Encounter Date: 6/6/2018 Creation Time: 6/6/2018 12:33 PM Filed: 6/6/2018 12:36 PM
Status: Signed Editor: Whitney Tolbert, NP (Nurse Practitioner)
*Cosigner:* Alston Graham Warr, MD at 6/9/2018 9:20 AM

**Subjective:**

Patient ID: Shanna L Richardson is a 40 y.o. female.

HPI

Shanna presents today for routine follow-up of her chronic neck pain. Has been seeing pain management and recently had a nerve block. This did help her pain somewhat. She was told she was not a surgical candidate as of now. The plan is to continue nerve blocks and radiofrequency ablation in addition to physical therapy. She continues to be unable to work.

**Review of Systems**
Constitutional: Negative for fatigue.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Musculoskeletal: Positive for neck pain.
Neurological: Negative for dizziness and headaches.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| Anemia | 7/14 |
| Anxiety | |
| Arthritis | 02/2016 |
| Back pain | 02/2016 |
| Depression | 01/2014 |
| Diminished uterine growth | |
| Gastritis | |
| GERD (gastroesophageal reflux disease) | |
| Guillain-Barre syndrome (HCC) | 1996 |
| History of abnormal cervical Pap smear *Had some before, forgot to mention.* | |
| Hypertension | |
| Migraine | |

0J18919002 6

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 6/6/2018 11:15 AM (continued)**

Significant reduction in range of motion of neck. Tender to palpation along left lateral neck
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

No results found for this or any previous visit (from the past 36 hour(s)).

**Assessment/Plan:**

Shanna was seen today for follow-up.

Diagnoses and all orders for this visit:

Chronic neck pain

Return in about 6 months (around 12/6/2018) for Next scheduled follow up.

**Patient Instructions**
Please continue routine follow-ups with your specialists as planned.
Feel free to contact me with any questions or concerns.

Electronically signed by Whitney Tolbert, NP at 6/6/2018 12:38 PM
Electronically signed by Alston Graham Warr, MD at 6/9/2018 9:20 AM

**Patient Instructions**

**Patient Instructions by Whitney Tolbert, NP at 6/6/2018 11:15 AM**

Author: Whitney Tolbert, NP Service: — Author Type: Nurse Practitioner
Filed: 6/6/2018 12:38 PM Encounter Date: 6/6/2018 Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner)

Please continue routine follow-ups with your specialists as planned.
Feel free to contact me with any questions or concerns.

**History & Physical**
No notes of this type exist for this encounter.

**Other Notes**
No notes exist for this encounter.





**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 6/6/2018 11:15 AM (continued)**

| | | | |
|---|---|---|---|
| | time a day | | |
| • gabapentin (NEURONTIN) 300 MG capsule | TAKE ONE CAPSULE PO BID FOR CHRONIC NERVE PAIN. MAY CAUSE DROWSINESS | | 0 |
| • ibuprofen (ADVIL,MOTRIN) 800 MG tablet | TK 1 T PO Q 8 H PRF JOINT PAIN AND INFLAMMATION | | 2 |
| • losartan (COZAAR) 25 MG tablet | Take one tablet (25 mg total) by mouth one (1) time a day | 30 tablet | 5 |
| • losartan (COZAAR) 50 MG tablet | Take one tablet (50 mg total) by mouth one (1) time a day | 30 tablet | 11 |
| • tiZANidine (ZANAFLEX) 4 MG tablet | TAKE ONE TABLET PO Q 12 H PRF MUSCLE SPASMS. MAY CAUSE DROWSINESS. DO NOT DRINK ALCOHOL DRIVE WHILE TAKING THIS MEDICATION | | 0 |
| • traMADol (ULTRAM) 50 mg tablet | TK 1 T PO Q 12 H PRN P. AVOID ALCOHOL AND BENZODIAZEPINES | | 0 |
| • traZODone (DESYREL) 50 MG tablet | Take one tablet (50 mg total) by mouth nightly | 30 tablet | 11 |

**Objective:**

BP 126/80 | Pulse 97 | Temp 98.8 °F (37.1 °C) (Temporal Scan) | Resp 15 | Ht 5' 3" (1.6 m) | Wt 213 lb (96.6 kg) | LMP 09/28/2014 | SpO2 98% | BMI 37.73 kg/m²

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:

BAPTIST.

BMG The Light Clinic
7715 Wolf River Blvd
Germantown TN 38138-1706
Amb Encounter Report

Richardson, Shanna L
MRN: 10272441, DOB [redacted]
Visit date: 6/6/2018

, Sex: F

0J1891900026

**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 06/06/18 1137 |
|---|---|
| (Calculated) FEMALE | |
| Age (Months) | 11 -BH |
| Weight in (lb) to have BMI = 25 | 140.8 -BH |
| % Weight Change Since Birth | 0 -BH |
| [RETIRED] Protein (gm/kg) | |
| [RETIRED] 0.6 Gm Protein (gm) | 58.09 -BH |
| [RETIRED] 0.7 Gm Protein (gm) | 67.77 -BH |
| [RETIRED] 0.8 Gm Protein (gm) | 77.45 -BH |
| [RETIRED] 0.9 Gm Protein (gm) | 87.14 -BH |
| [RETIRED] 1.0 Gm Protein (gm) | 96.82 -BH |
| [RETIRED] 1.1 Gm Protein (gm) | 106.5 -BH |
| [RETIRED] 1.2 Gm Protein (gm) | 116.18 -BH |
| [RETIRED] 1.3 Gm Protein (gm) | 125.86 -BH |
| [RETIRED] 1.4 Gm Protein (gm) | 135.55 -BH |
| [RETIRED] 1.5 Gm Protein (gm) | 145.23 -BH |
| [RETIRED] 1.6 Gm Protein (gm) | 154.91 -BH |
| [RETIRED] 1.7 Gm Protein (gm) | 164.59 -BH |
| [RETIRED] 1.8 Gm Protein (gm) | 174.27 -BH |
| [RETIRED] 1.9 Gm Protein | 183.95 -BH |

Generated on 6/11/19 8:14 AM Page 356

BAPTIST.

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

Richardson, Shanna L
MRN: 10272441, DOB [redacted]
Visit date: 6/6/2018

, Sex: F

**Follow-up and Disposition History**

06/06/2018 1236 - Whitney Tolbert, NP

| | |
|---|---|
| Dispositions: | Return in about 6 months (around 12/6/2018) for Next scheduled follow up. |

**Flowsheets (all recorded)**

**Anthropometrics**

| Row Name | 06/06/18 1137 |
|---|---|
| Anthropometrics | |
| Weight Change | 0 -BH |

**Bariatric Vitals**

| Row Name | 06/06/18 1137 |
|---|---|
| Weight Change Tracking | |
| Previous Visit Weight (Calculated) | 209 lb -BH |
| Last Height (Calculated) | 63 inches -BH |
| Weight Change Since Last Visit (Calculated) | 4 lb -BH |
| BMR - Male (Calculated) | 1921.09 -BH |
| BMR - Female (Calculated) | 1689.65 -BH |

**Custom Formula Data**

| Row Name | 06/06/18 1137 |
|---|---|
| Vitals | |
| Pct Wt Change | 0 % -BH |
| OTHER | |
| Weight Gain Calculated in Pounds (lbs) | 213 -BH |
| Weight Change (grams) | 1814 g -BH |
| Weight to have BMI = 25 (Calculated) | 140.8 lb -BH |
| Age (Calculated) | 40y 11m -BH |
| BSA (Calculated - sq m) | 2.07 sq meters -BH |
| BMI (Calculated) | **37.7 (Abnormal)** ! -BH |
| IBW/kg (Calculated) Male | 56.9 kg -BH |
| IBW/kg | 52.4 kg -BH |

Generated on 6/11/19 8:14 AM Page 355

0J189190026

**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 06/06/18 1137 |
|---|---|
| 50 Kcal/Kg (kcal) | 4830.8 -BH |
| KCAL/KG | |
| 20 Kcal/Kg (kcal) | 1932 32 -BH |
| 40 Kcal/Kg (kcal) | 3864 64 -BH |
| 60 Kcal/Kg (kcal) | 5796 96 -BH |
| 80 Kcal/Kg (kcal) | 7729.28 -BH |
| 100 Kcal/Kg (kcal) | 9661.6 -BH |
| 120 Kcal/Kg (kcal) | 11593.92 -BH |
| 140 Kcal/Kg (kcal) | 13526.24 -BH |
| 160 Kcal/Kg (kcal) | 15458 56 -BH |
| 180 Kcal/Kg (kcal) | 17390 88 -BH |
| 200 Kcal/Kg (kcal) | 19323 2 -BH |
| RDA Method | |
| RDA (> 1 year-3 years) (kcal) | 9854 83 -BH |
| RDA (4-6 years) (kcal) | 8695.44 -BH |
| RDA (7-10 years) (kcal) | 6763.12 -BH |
| Schofield Female | |
| Schofield Female (0-3 years) (kcal) | 2794 03 -BH |
| Schofield Female (4-10 years) (kcal) | 2559.44 -BH |
| Schofield Female (11-18 years) (kcal) | 1752 29 -BH |
| Schofield Male | |
| Schofield Male (0-3 years) (kcal) | 1826 68 -BH |
| Schofield Male (4-10 years) (kcal) | 2516 12 -BH |
| Schofield Male (11-18 years) | 1274 06 -BH |





**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 06/06/18 1137 |
|---|---|
| (gm) | |
| [RETIRED] 2.0 Gm Protein (gm) | 193.64 -BH |
| [RETIRED] 2.1 Gm Protein (gm) | 203.32 -BH |
| [RETIRED] 2.2 Gm Protein (gm) | 213 -BH |
| [RETIRED] 2.3 Gm Protein (gm) | 222.68 -BH |
| [RETIRED] 2.4 Gm Protein (gm) | 232.36 -BH |
| [RETIRED] 2.5 Gm Protein (gm) | 242.05 -BH |
| IBW Adjustment, Para/Tetraplegia | |
| 5% Adjustment, Para (IBW) | 50.08 -BH |
| 10% Adjustment, Para (IBW) | 47.45 -BH |
| 10% Adjustment, Tetra (IBW) | 47.45 -BH |
| 15% Adjustment, Tetra (IBW) | 44.81 -BH |
| RD Method Male (Adolescent) | |
| RDA Male (11-14 years) (kcal) | 5313.88 -BH |
| RDA Male (15-18 years) (kcal) | 4347.72 -BH |
| KCAL/KG | |
| 20 Kcal/Kg (kcal) | 1932.32 -BH |
| 25 Kcal/Kg (kcal) | 2415.4 -BH |
| 30 Kcal/Kg (kcal) | 2898.48 -BH |
| 35 Kcal/Kg (kcal) | 3381.56 -BH |
| 40 Kcal/Kg (kcal) | 3864.64 -BH |
| 45 Kcal/Kg (kcal) | 4347.72 -BH |

0J189190026



**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 06/06/18 1137 |
|---|---|
| Holliday-Segar Method (>10 <=20 kg) (mL) | 5830.8 -BH |
| Holliday-Segar Method (> 20 kg) (mL) | 6330.8 -BH |
| **Anthropometrics** | |
| [RETIRED] Height Standing (in) | 63 -BH |
| **Fluid Requirements** | |
| Holliday-Segar Method (over 20 kg) | 3432.32 -BH |
| **Body Mass Index (BMI)** | |
| BMI (kg/m2) | 37.81 -BH |
| **Relevant Labs and Vitals** | |
| Temp (in Celsius) | 37.1 -BH |
| **Adult IBW/VT Calculations** | |
| IBW/kg (Calculated) | 52.4 -BH |
| Low Range Vt 6mL/kg | 314.4 mL/kg -BH |
| Adult Moderate Range Vt 8mL/kg | 419.2 mL/kg -BH |
| Adult High Range Vt 10mL/kg | 524 mL/kg -BH |

**Encounter Vitals**

| Row Name | 06/06/18 1137 |
|---|---|
| **Enc Vitals** | |
| BP | 126/80 -BH |
| Pulse | 97 -BH |
| Resp | 15 -BH |
| Temp | 98.8 °F (37.1 °C) -BH |
| Temp src | TAS -BH |
| SpO2 | 98 % -BH |
| Weight | 213 lb (96.6 kg) -BH |
| Height | 5' 3" (1.6 m) -BH |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| BH | Barbara Holden, LPN |





**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 06/06/18 1137 |
|---|---|
| (kcal) | |
| **WHO Equation Female** | |
| WHO Equation Female (0-3 years) (kcal) | 5842.58 -BH |
| WHO Equation Female (4-10 years) (kcal) | 2672.86 -BH |
| WHO Equation Female (11-18 years) (kcal) | 1924.72 -BH |
| **Ideal Body Weight (IBW)** | |
| Ideal Body Weight (IBW) (kg) | 52.72 -BH |
| % Ideal Body Weight | 183.27 -BH |
| **WHO Equation Male** | |
| WHO Equation Male (0-3 years) (kcal) | 5829.91 -BH |
| WHO Equation Male (4-10 years) (kcal) | 2688.18 -BH |
| WHO Equation Male (11-18 years) (kcal) | 2341.78 -BH |
| **RDA Method (Infant)** | |
| RDA (0-6 month old) (kcal) | 10434.53 -BH |
| RDA (> 6 months-1 year old) (kcal) | 9468.37 -BH |
| **RD Method Female (Adolescent)** | |
| RDA Female (11-14 years) (kcal) | 4540.95 -BH |
| RDA Female (15-18 years) (kcal) | 3864.64 -BH |
| **Mifflin-St. Jeor Equation** | |
| RMR (Mifflin-St. Jeor Equation) | 1605.29 -BH |
| **Fluid Requirements** | |
| Holliday-Segar Method (<= 10 kg) (mL) | 9661.6 -BH |

0J1891900026

**Demographics**

Name: Shanna L Richardson
Address:
Date of birth: Sex: Female Gender identity: Female
Email: Home phone:

Relationships

| Name | Relation to Patient | Phone Number |
|---|---|---|
| Linda Richardson | Mother | Home: |
| Timothy Lloyd | Friend | Mobile: (primary) |

**Visit Summary**

**Reason for Visit**

| | |
|---|---|
| Follow-up | regarding form |

**Diagnoses**

| | Comments |
|---|---|
| Chronic neck pain - Primary | |

**Problem List as of 7/12/2018** Date Reviewed: 11/10/2017

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Anxiety state | ICD-10-CM: F41.1<br>ICD-9-CM: 300.00 | | | 2/15/2013 - Present |
| Hypertension, benign | ICD-10-CM: I10<br>ICD-9-CM: 401.1 | | | 2/15/2013 - Present |
| Depressive disorder | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 2/15/2013 - Present |
| Insomnia | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | | | 2/15/2013 - Present |
| Migraine | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 2/15/2013 - Present |
| Abnormal uterine bleeding (AUB) | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/4/2014 - Present |
| Pelvic pain | ICD-10-CM: R10.2<br>ICD-9-CM: IMO0002 | | | 8/4/2014 - Present |
| HTN (hypertension) | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 8/4/2014 - Present |
| Leiomyoma of uterus | ICD-10-CM: D25.9<br>ICD-9-CM: 218.9 | | | 8/22/2014 - Present |
| Excessive or frequent menstruation | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 8/22/2014 - Present |
| Coagulation defect (HCC) | ICD-10-CM: D68.9<br>ICD-9-CM: 286.9 | | | 8/22/2014 - Present |
| Esophagitis | ICD-10-CM: K20.9<br>ICD-9-CM: 530.10 | | | 8/22/2014 - Present |
| Abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 8/22/2014 - Present |
| Status post hysterectomy | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | | | 10/8/2014 - Present |
| Pinched nerve in neck | ICD-10-CM: G58.8<br>ICD-9-CM: 355.9 | | | 2/3/2016 - Present |





**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

0J189190026



**Treatment Vitals (all recorded)**

**Treatment Vitals**

No documentation.

## Patient History

**Medical as of 7/12/2018**

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anemia [D64.9] | 7/14 | — | Patient |
| Anxiety [F41.9] | — | — | Provider |
| Arthritis [M19.90] | 02/2016 | — | Patient |
| Back pain [M54.9] | 02/2016 | — | Patient |
| Depression [F32.9] | 01/2014 | — | Patient |
| Diminished uterine growth [N85.9] | — | — | Provider |
| Gastritis [K29.70] | — | — | Provider |
| GERD (gastroesophageal reflux disease) [K21.9] | — | — | Patient |
| Guillain-Barre syndrome (HCC) [G61.0] | 1996 | — | Provider |
| History of abnormal cervical Pap smear [Z87.898] | — | Had some before, forgot to mention. | Patient |
| Hypertension [I10] | — | — | Provider |
| Migraine [G43.909] | — | — | Provider |
| Migraines, neuralgic [G44.009] | — | All the time, since 2001 | Patient |
| Obesity [E66.9] | — | — | Provider |
| Pyelonephritis [N12] | — | — | Provider |
| Urinary tract infection [N39.0] | 7/14 | — | Patient |
| Uterine fibroid [D25.9] | — | — | Provider |

**Surgical as of 7/12/2018**

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| CESAREAN SECTION [SUR1452] | — | 2001 | — | Provider |
| ESOPHAGOGASTRODUODENOSCOPY [SHX1529] | — | 2013 | — | Provider |
| HYSTERECTOMY [SHX81] | — | — | — | Provider |
| DILATION AND CURETTAGE ; HYSTEROSCOPY [SHX3121] | N/A | 10/23/2014 | Procedure: Revision of Vaginal Cuff, EUA, cystoscopy; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; | Provider |
| ROBOTIC HYSTERECTOMY CYSTOSCOPY [SHX3934] | N/A | 10/8/2014 | Procedure: ROBOTIC TOTAL HYSTERECTOMY CYSTOSCOPY, BILATERAL SALPINGECTOMY, EUA; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: | Provider |





**Visit Summary (continued)**

**Allergies as of 7/12/2018**

Reviewed by Barbara Holden, LPN on 7/12/2018

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| Hydrocodone | 04/01/2014 | | |
| Percocet [oxycodone-acetaminophen] | 11/06/2014 | Allergy | Nausea Only |

**Immunizations**

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| Influenza TIV historical<br>Given By: | 01/01/16 | | | |
| Influenza TIV historical<br>Given By: Joyce Bradshaw, RN | Thu Oct 9, 2014 2:12 PM | 0.5 mL | Intramuscular | Left deltoid |
| Influenza QIV PF 3+ yrs<br>Given By: Susan King | 09/21/17 | 0.5 mL | Intramuscular | Left deltoid |

**Immunizations** RICHARDSON,SHANNA L

Influenza TIV historical

| Date | Manufacturer | Lot # | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|
| 10/9/2014 | PMC | UI185AA | IM/LD | 0.5 mL | 8/19/14 | Joyce Bradshaw, RN |
| 1/1/2016 | | | | | | |

Influenza QIV PF 3+ yrs

| Date | Manufacturer | Lot # | Route/Site | Dose | VIS Date | Admin By |
|---|---|---|---|---|---|---|
| 9/21/2017 | SKB | 9BK4X | IM/LD | 0.5 mL | 8/07/15 | Susan King |

**Vitals**

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 135/92 | 86 | 98.3 °F (36.8 °C) (Temporal Scan) | 14 | 5' 3" (1.6 m) |

| Wt | LMP | SpO2 | BMI |
|---|---|---|---|
| 215 lb (97.5 kg) | 09/28/2014 | 99% | 38.09 kg/m² |

0J189190026

**Activities of Daily Living as of 7/12/2018 (continued)**

None

**Occupational as of 7/12/2018**

None

**Socioeconomic as of 7/12/2018**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino | Black or African American | Provider |

| Financial Resource Strain | Food Insecurity: Worry | Food Insecurity: Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

## Medications

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet** | 30 tablet | 11 | 5/15/2018 | |
| Sig - Route: Take one tablet (10 mg total) by mouth one (1) time a day - Oral | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule** | | 0 | 5/23/2017 | |
| Sig: TAKE ONE CAPSULE PO BID FOR CHRONIC NERVE PAIN. MAY CAUSE DROWSINESS<br>Class: Historical Med | | | | |
| **losartan (COZAAR) 50 MG tablet** | 30 tablet | 11 | 5/15/2018 | |
| Sig - Route: Take one tablet (50 mg total) by mouth one (1) time a day - Oral | | | | |
| **amitriptyline (ELAVIL) 50 MG tablet** | 30 tablet | 11 | 5/15/2018 | 5/22/2019 |
| Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral | | | | |
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet** | | 2 | 4/12/2018 | 5/28/2019 |
| Sig: TK 1 T PO Q 8 H PRF JOINT PAIN AND INFLAMMATION<br>Class, Historical Med | | | | |
| **losartan (COZAAR) 25 MG tablet (Discontinued)** | 30 tablet | 5 | 8/27/2015 | 7/12/2018 |
| Sig - Route: Take one tablet (25 mg total) by mouth one (1) time a day - Oral<br>Reason for Discontinue: **Dose adjustment** | | | | |
| **TIZANidine (ZANAFLEX) 4 MG capsule** | | 2 | 7/4/2018 | 5/28/2019 |
| Class: Historical Med | | | | |
| **tiZANidine (ZANAFLEX) 4 MG tablet** | | 0 | 5/23/2017 | 5/28/2019 |
| Sig: TAKE ONE TABLET PO Q 12 H PRF MUSCLE SPASMS. MAY CAUSE DROWSINESS. DO NOT DRINK ALCOHOL DRIVE WHILE TAKING THIS MEDICATION<br>Class: Historical Med | | | | |
| **traMADol (ULTRAM) 50 mg tablet** | | 0 | 9/26/2017 | 5/28/2019 |
| Sig: TK 1 T PO Q 12 H PRN P. AVOID ALCOHOL AND BENZODIAZEPINES<br>Class: Historical Med | | | | |
| **traZODone (DESYREL) 50 MG tablet** | 30 tablet | 11 | 5/15/2018 | 5/22/2019 |
| Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral | | | | |

**Medication Administration Record**

(There are no med orders for this encounter)

**Medication Orders**

No Medication Orders found





**Surgical as of 7/12/2018 (continued)**

| | | | | |
|---|---|---|---|---|
| | | | Gynecology; Laterality: N/A; | |
| CERVICAL SPINE SURGERY [SHX589] | — | 11/23/2016 | — | Provider |
| NERVE BLOCK [PRO155] | — | 01/2016 - present | — | Patient |

**Family as of 7/12/2018**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cirrhosis | Father | — | — | — | Provider |
| Diabetes | Mother | Mother | — | — | Patient |
| Hypertension | Mother | Mother | — | — | Patient |
| Stroke | Mother | Mother | — | — | Patient |
| Diabetes | Brother | — | — | — | Patient |

**Family Status as of 7/12/2018**

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Father | — | Deceased, 57 | — | M | — | — | Provider |
| Mother | Mother | Alive | — | F | — | — | Provider |
| Brother | — | — | — | M | Patient's father | Mother (Patient's mother) | Patient |

**Tobacco Use as of 7/12/2018**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Patient |

**Alcohol Use as of 7/12/2018**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Patient |

| Frequency | Standard Drinks | Binge Drinking |
|---|---|---|
| — | — | — |

**Drug Use as of 7/12/2018**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Patient |

**Sexual Activity as of 7/12/2018**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Yes | Other | Male | — | Patient |

**Activities of Daily Living as of 7/12/2018**

0J189190026



**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 7/12/2018 11:00 AM (continued)**

*All the time, since 2001*

- Obesity
- Pyelonephritis
- Urinary tract infection — 7/14
- Uterine fibroid

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CERVICAL SPINE SURGERY | | 11/23/2016 |
| • CESAREAN SECTION | | 2001 |
| • ESOPHAGOGASTRODUODENOSCOPY | | 2013 |
| • HYSTERECTOMY | | |
| • NERVE BLOCK | | 01/2016 - present |
| • Revision of Vaginal Cuff, EUA, cystoscopy<br>*Performed by Ahmad Azari, MD at MEM BMH-Women's OR* | N/A | 10/23/2014 |
| • ROBOTIC TOTAL HYSTERECTOMY CYSTOSCOPY, BILATERAL SALPINGECTOMY, EUA<br>*Performed by Ahmad Azari, MD at MEM BMH-Women's OR* | N/A | 10/8/2014 |

**Social History**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cirrhosis | Father | |
| • Diabetes | Mother | |
| • Hypertension | Mother | |
| • Stroke | Mother | |
| • Diabetes | Brother | |

**Allergies**

| Allergen | Reactions |
|---|---|
| • Hydrocodone | |
| • Percocet [Oxycodone-Acetaminophen] | Nausea Only |

**Outpatient Medications Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 50 MG tablet | Take one tablet (50 mg total) by mouth nightly | 30 tablet | 11 |
| • amLODIPine (NORVASC) 10 MG tablet | Take one tablet (10 mg total) by mouth one (1) time a day | 30 tablet | 11 |





**Orders**

**All Orders and Results Except Lab and Imaging**

No orders and results found

**Result Summary**

**All Lab and Imaging Orders and Results**

No orders and results found

**Progress Notes**

**Progress Notes by Whitney Tolbert, NP at 7/12/2018 11:00 AM**

Author: Whitney Tolbert, NP Service: — Author Type: Nurse Practitioner
Encounter Date: 7/12/2018 Creation Time: 7/12/2018 12:54 PM Filed: 7/13/2018 9:35 AM
Status: Signed Editor: Whitney Tolbert, NP (Nurse Practitioner)
Cosigner: Alston Graham Warr, MD at 7/13/2018 4:57 PM

**Subjective:**

Patient ID: Shanna L Richardson is a 41 y.o. female.

HPI

Shanna presents today for routine follow-up of chronic neck pain. She continues to see pain management routinely. She is getting both nerve blocks and radiofrequency ablation. She continues to be unable to work due to the pain. She is requesting updated date on her disability paperwork.

Review of Systems
Constitutional: Negative for fatigue and fever.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Musculoskeletal: Positive for back pain and neck pain.
Neurological: Positive for numbness. Negative for dizziness and headaches.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anemia | 7/14 |
| • Anxiety | |
| • Arthritis | 02/2016 |
| • Back pain | 02/2016 |
| • Depression | 01/2014 |
| • Diminished uterine growth | |
| • Gastritis | |
| • GERD (gastroesophageal reflux disease) | |
| • Guillain-Barre syndrome (HCC) | 1996 |
| • History of abnormal cervical Pap smear<br>*Had some before, forgot to mention* | |
| • Hypertension | |
| • Migraine | |
| • Migraines, neuralgic | |

0J189190026

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 7/12/2018 11:00 AM (continued)**

Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

No results found for this or any previous visit (from the past 36 hour(s)).

**Assessment/Plan:**

Shanna was seen today for follow-up.

Diagnoses and all orders for this visit:

**Chronic neck pain (Primary)**

Return in about 6 months (around 1/12/2019) for Next scheduled follow up.

**Patient Instructions**
Form updated today.
Continue to see pain management specialist.
Feel free to contact me with any questions or concerns.

Electronically signed by Whitney Tolbert, NP at 7/13/2018 9:35 AM
Electronically signed by Alston Graham Warr, MD at 7/13/2018 4:57 PM

**Patient Instructions**

**Patient Instructions by Whitney Tolbert, NP at 7/12/2018 11:00 AM**

Author: Whitney Tolbert, NP Service: — Author Type: Nurse Practitioner
Filed: 7/13/2018 9:35 AM Encounter Date: 7/12/2018 Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner)

Form updated today.
Continue to see pain management specialist.
Feel free to contact me with any questions or concerns.

**History & Physical**
No notes of this type exist for this encounter.

**Other Notes**
No notes exist for this encounter





**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 7/12/2018 11:00 AM (continued)**

| | | | |
|---|---|---|---|
| • gabapentin (NEURONTIN) 300 MG capsule | TAKE ONE CAPSULE PO BID FOR CHRONIC NERVE PAIN. MAY CAUSE DROWSINESS | | 0 |
| • ibuprofen (ADVIL,MOTRIN) 800 MG tablet | TK 1 T PO Q 8 H PRF JOINT PAIN AND INFLAMMATION | | 2 |
| • losartan (COZAAR) 50 MG tablet | Take one tablet (50 mg total) by mouth one (1) time a day | 30 tablet | 11 |
| • TIZANidine (ZANAFLEX) 4 MG capsule | | | 2 |
| • tiZANidine (ZANAFLEX) 4 MG tablet | TAKE ONE TABLET PO Q 12 H PRF MUSCLE SPASMS. MAY CAUSE DROWSINESS. DO NOT DRINK ALCOHOL DRIVE WHILE TAKING THIS MEDICATION | | 0 |
| • traMADol (ULTRAM) 50 mg tablet | TK 1 T PO Q 12 H PRN P. AVOID ALCOHOL AND BENZODIAZEPINES. | | 0 |
| • traZODone (DESYREL) 50 MG tablet | Take one tablet (50 mg total) by mouth nightly | 30 tablet | 11 |

**Objective:**

BP 135/92 Comment: rechecked Bp with elec cuff | Pulse 86 | Temp 98.3 °F (36.8 °C) (Temporal Scan) | Resp 14 | Ht 5' 3" (1.6 m) | Wt 215 lb (97.5 kg) | LMP 09/28/2014 | SpO2 99% | BMI 38.09 kg/m²

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:
**Restricted ROM of neck**
Neurological: She is alert and oriented to person, place, and time.

0J189190026



**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 07/12/18 1112 |
|---|---|
| (Calculated) | |
| FEMALE | |
| Age (Months) | 0 -BH |
| Weight in (lb) to have BMI = 25 | 140.8 -BH |
| % Weight Change Since Birth | 0 -BH |
| [RETIRED] Protein (gm/kg) | |
| [RETIRED] 0.6 Gm Protein (gm) | 58.64 -BH |
| [RETIRED] 0.7 Gm Protein (gm) | 68.41 -BH |
| [RETIRED] 0.8 Gm Protein (gm) | 78.18 -BH |
| [RETIRED] 0.9 Gm Protein (gm) | 87.95 -BH |
| [RETIRED] 1.0 Gm Protein (gm) | 97.73 -BH |
| [RETIRED] 1.1 Gm Protein (gm) | 107.5 -BH |
| [RETIRED] 1.2 Gm Protein (gm) | 117.27 -BH |
| [RETIRED] 1.3 Gm Protein (gm) | 127.05 -BH |
| [RETIRED] 1.4 Gm Protein (gm) | 136.82 -BH |
| [RETIRED] 1.5 Gm Protein (gm) | 146.59 -BH |
| [RETIRED] 1.6 Gm Protein (gm) | 156.36 -BH |
| [RETIRED] 1.7 Gm Protein (gm) | 166.14 -BH |
| [RETIRED] 1.8 Gm Protein (gm) | 175.91 -BH |
| [RETIRED] 1.9 Gm Protein | 185.68 -BH |





**Follow-up and Disposition History**

07/13/2018 0935 - Whitney Tolbert, NP

Dispositions: Return in about 6 months (around 1/12/2019) for Next scheduled follow up.

**Flowsheets (all recorded)**

**Anthropometrics**

| Row Name | 07/12/18 1112 |
|---|---|
| Anthropometrics | |
| Weight Change | 0 -BH |

**Bariatric Vitals**

| Row Name | 07/12/18 1112 |
|---|---|
| Weight Change Tracking | |
| Previous Visit Weight (Calculated) | 213 lb -BH |
| Last Height (Calculated) | 63 inches -BH |
| Weight Change Since Last Visit (Calculated) | 2 lb -BH |
| BMR - Male (Calculated) | 1926.75 -BH |
| BMR - Female (Calculated) | 1693.65 -BH |

**Custom Formula Data**

| Row Name | 07/12/18 1112 |
|---|---|
| Vitals | |
| Pct Wt Change | 0 % -BH |
| OTHER | |
| Weight Gain Calculated in Pounds (lbs) | 215 -BH |
| Weight Change (grams) | 907 g -BH |
| Weight to have BMI = 25 (Calculated) | 140.8 lb -BH |
| Age (Calculated) | 41y 0m -BH |
| BSA (Calculated - sq m) | 2.08 sq meters -BH |
| BMI (Calculated) | **38.1 (Abnormal)** ! -BH |
| IBW/kg (Calculated) Male | 56.9 kg -BH |
| IBW/kg | 52.4 kg -BH |

0J18190026



**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 07/12/18 1112 |
|---|---|
| 50 Kcal/Kg (kcal) | 4876.15 -BH |
| **KCAL/KG** | |
| 20 Kcal/Kg (kcal) | 1950.46 -BH |
| 40 Kcal/Kg (kcal) | 3900.92 -BH |
| 60 Kcal/Kg (kcal) | 5851.38 -BH |
| 80 Kcal/Kg (kcal) | 7801.84 -BH |
| 100 Kcal/Kg (kcal) | 9752.3 -BH |
| 120 Kcal/Kg (kcal) | 11702.76 -BH |
| 140 Kcal/Kg (kcal) | 13653.22 -BH |
| 160 Kcal/Kg (kcal) | 15603.68 -BH |
| 180 Kcal/Kg (kcal) | 17554.14 -BH |
| 200 Kcal/Kg (kcal) | 19504.6 -BH |
| **RDA Method** | |
| RDA (> 1 year-3 years) (kcal) | 9947.35 -BH |
| RDA (4-6 years) (kcal) | 8777.07 -BH |
| RDA (7-10 years) (kcal) | 5826.61 -BH |
| **Schofield Female** | |
| Schofield Female (0-3 years) (kcal) | 2808.77 -BH |
| Schofield Female (4-10 years) (kcal) | 2577.56 -BH |
| Schofield Female (11-18 years) (kcal) | 1759.88 -BH |
| **Schofield Male** | |
| Schofield Male (0-3 years) (kcal) | 1826.83 -BH |
| Schofield Male (4-10 years) (kcal) | 2533.89 -BH |
| Schofield Male (11-18 years) | 1288.8 -BH |





**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 07/12/18 1112 |
|---|---|
| (gm) | |
| [RETIRED] 2.0 Gm Protein (gm) | 195.45 -BH |
| [RETIRED] 2.1 Gm Protein (gm) | 205.23 -BH |
| [RETIRED] 2.2 Gm Protein (gm) | 215 -BH |
| [RETIRED] 2.3 Gm Protein (gm) | 224.77 -BH |
| [RETIRED] 2.4 Gm Protein (gm) | 234.55 -BH |
| [RETIRED] 2.5 Gm Protein (gm) | 244.32 -BH |
| **IBW Adjustment, Para/Tetraplegia** | |
| 5% Adjustment, Para (IBW) | 50.08 -BH |
| 10% Adjustment, Para (IBW) | 47.45 -BH |
| 10% Adjustment, Tetra (IBW) | 47.45 -BH |
| 15% Adjustment, Tetra (IBW) | 44.81 -BH |
| **RD Method Male (Adolescent)** | |
| RDA Male (11-14 years) (kcal) | 5363.77 -BH |
| RDA Male (15-18 years) (kcal) | 4388.54 -BH |
| **KCAL/KG** | |
| 20 Kcal/Kg (kcal) | 1950.46 -BH |
| 25 Kcal/Kg (kcal) | 2438.08 -BH |
| 30 Kcal/Kg (kcal) | 2925.69 -BH |
| 35 Kcal/Kg (kcal) | 3413.31 -BH |
| 40 Kcal/Kg (kcal) | 3900.92 -BH |
| 45 Kcal/Kg (kcal) | 4388.54 -BH |

0J189190026

**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 07/12/18 1112 |
| --- | --- |
| Holliday-Segar Method (>10 <=20 kg) (mL) | 5876.15 -BH |
| Holliday-Segar Method (> 20 kg) (mL) | 6376.15 -BH |
| **Anthropometrics** | |
| [RETIRED] Height Standing (in) | 63 -BH |
| **Fluid Requirements** | |
| Holliday-Segar Method (over 20 kg) | 3450.46 -BH |
| **Body Mass Index (BMI)** | |
| BMI (kg/m2) | 38.17 -BH |
| **Relevant Labs and Vitals** | |
| Temp (in Celsius) | 36.8 -BH |
| **Adult IBW/VT Calculations** | |
| IBW/kg (Calculated) | 52.4 -BH |
| Low Range Vt 6mL/kg | 314.4 mL/kg -BH |
| Adult Moderate Range Vt 8mL/kg | 419.2 mL/kg -BH |
| Adult High Range Vt 10mL/kg | 524 mL/kg -BH |

**Encounter Vitals**

| Row Name | 07/12/18 1119 | 07/12/18 1112 |
| --- | --- | --- |
| **Enc Vitals** | | |
| BP | 135/92 rechecked Bp with elec cuff -BH | 140/100 -BH |
| Pulse | — | 86 -BH |
| Resp | — | 14 -BH |
| Temp | — | 98.3 °F (36.8 °C) -BH |
| Temp src | — | TAS -BH |
| SpO2 | — | 99 % -BH |
| Weight | — | 215 lb (97.5 kg) -BH |
| Height | — | 5' 3" (1.6 m) -BH |

**User Key**

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
| --- | --- |
| BH | Barbara Holden, LPN |



BAPTIST
BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report
Richardson, Shanna L
MRN: 10272441, DOB: , Sex: F
Visit date: 7/12/2018

**Flowsheets (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 07/12/18 1112 |
| --- | --- |
| (kcal) | |
| **WHO Equation Female** | |
| WHO Equation Female (0-3 years) (kcal) | 5897.9 -BH |
| WHO Equation Female (4-10 years) (kcal) | 2693.27 -BH |
| WHO Equation Female (11-18 years) (kcal) | 1935.78 -BH |
| **Ideal Body Weight (IBW)** | |
| Ideal Body Weight (IBW) (kg) | 52.72 -BH |
| % Ideal Body Weight | 184.99 -BH |
| **WHO Equation Male** | |
| WHO Equation Male (0-3 years) (kcal) | 5885.15 -BH |
| WHO Equation Male (4-10 years) (kcal) | 2708.77 -BH |
| WHO Equation Male (11-18 years) (kcal) | 2357.65 -BH |
| **RDA Method (Infant)** | |
| RDA (0-6 month old) (kcal) | 10532.48 -BH |
| RDA (> 6 months-1 year old) (kcal) | 9557.25 -BH |
| **RD Method Female (Adolescent)** | |
| RDA Female (11-14 years) (kcal) | 4583.58 -BH |
| RDA Female (15-18 years) (kcal) | 3900.92 -BH |
| **Mifflin-St. Jeor Equation** | |
| RMR (Mifflin-St. Jeor Equation) | 1609.36 -BH |
| **Fluid Requirements** | |
| Holliday-Segar Method (<= 10 kg) (mL) | 9752.3 -BH |

BAPTIST. BMG The Light Clinic Richardson, Shanna L
7715 Wolf River Blvd. MRN: 10272441, DOB: Sex: F
Germantown TN 38138-1706 Visit date: 1/4/2019
ROI Telephone

0J189190026

**Outgoing Call**

| | Provider | Department | Center |
|---|---|---|---|
| 1/4/2019 8 59 AM | Whitney Tolbert, NP | Light Internal Med | BMH Lght |

**Call Documentation**

**Barbara Holden, LPN at 1/4/2019 8:59 AM**

Status Signed

Patient contacted and informed that her specialist will have to fill out her forms from Lincoln Financial Group. Forms left up front for her pick up.

Electronically signed by Barbara Holden, LPN on 1/4/2019 9:01 AM

**Care Advice Given**

No Care Advice given for this encounter.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

**END OF REPORT**



BAPTIST. BMG The Light Clinic Richardson, Shanna L
7715 Wolf River Blvd. MRN: 10272441, DOB: , Sex: F
Germantown TN 38138-1706 Visit date: 7/12/2018
Amb Encounter Report

**Flowsheets (all recorded) (continued)**

**User Key (continued)** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

0J189190026

PRIORITY®
★ MAIL ★

UNITED STATES
POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Law Office of
John E. Dunlap
3340 Poplar Ave. Ste 320
Memphis, TN 39112

TO: Liberty Life
C/O Group Benefits
Disability Claims P.O. Box 7206
London, KY 40742

Label 228, March 2016 FOR DOMESTIC AND INTERNATIONAL USE

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$10.50
Origin: 38111
07/03/19
4785090861-40

PRIORITY MAIL 3-Day ®

2 Lb 3.00 Oz
1004

EXPECTED DELIVERY DAY: 07/08/19

B900

SHIP TO:
PO BOX 7206
LONDON KY 40742-7206

USPS TRACKING NUMBER

9505 5154 2876 9184 2838 00

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

| | |
|---|---|
| Date: | June 28, 2019 |
| To: | JOHN DUNLAP<br>THE LAW OFFICES OF JOHN E. DUNLAP<br>3294 POPLAR AVENUE<br>#240<br>MEMPHIS TN 38111 |
| Attn: | |
| Fax: | (901) 320-6914 |
| From: | Jane Daniell<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5704 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

June 28, 2019

John E. Dunlap
The Law Offices of John E. Dunlap
3294 POPLAR AVENUE
#240
MEMPHIS, TN 38111

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson

Dear John Dunlap:

Liberty Life Assurance Company of Boston (Liberty) is responsible for managing claims for benefits under the Nike, Inc.'s long-term disability (LTD) Group Insurance policy.

The purpose of this letter is to inform you that we require additional time to render a determination on Ms. Richardson's LTD appeal. Under the Employee Retirement Income Security Act of 1974 (ERISA), an appeal determination should be rendered within 45 days of receipt of the appeal, unless there are special circumstances which require a delay in making an appeal determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision.

At this time, we require additional information which is necessary to render a full and fair determination on Ms. Richardson's LTD appeal for benefits under the Nike, Inc.'s LTD Policy. Please provide the information to my attention to the fax number listed below. Please provide the letter from Ms. Richardson's physician that you reference in the appeal letter, and any other treating providers from May 15, 2019 through the present.

Under ERISA, the period for making a benefit determination shall be tolled (suspended) from the date of this notice until the date we receive the requested information. Upon receipt of this necessary information, we will promptly render a determination on your appeal. If the above information is not received **by July 12, 2019**, we will render a determination based on the information contained in your file.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jane Daniell
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16393
Secure Fax No.: (603) 334-5704

# LAW OFFICES
# OF
# JOHN E. DUNLAP

**3340 Poplar Avenue,
Suite 320
Memphis, TN 38111
(901) 320-1603
(901) 320-6914**

**Date:** 6-20-19

**Fax No:** 603-334-5704

**Attention:** Jane Daniels

**From:** **John E. Dunlap, Esq.**

**Re:** Shanna Richardson

**No. of Pages:** 3

**Comments:**

# LIMITED POWER OF ATTORNEY AND DIRECTION TO PAY

To:

Claimant:

Employer:

Please be advised that I have retained the Law Offices of John E. Dunlap, P.C. to represent me under the jurisdiction of the United States District Court for The Western District of Tennessee with regard to my claim of long-term disability benefits (short-term disability benefits). I have given limited power of attorney to John E. Dunlap, Esquire to discuss my claim with the Hartford, and/or any long-term disability plan administrator and/or fiduciary, to negotiate on my behalf, to agree to the terms of the settlement contingent on my executing settlement documents, to endorse any checks received with regard to any claim, judgment payment, and/or settlement benefits from the plan. I understand that any checks will be deposited into a noninterest-bearing attorney escrow account, and will be held until the funds clear before my portion of the proceeds will be forwarded to me. I further authorize all information from my claim file to be made available to John E. Dunlap, Esquire.

I give specific notice and direction to The Hartford, and/or long-term disability plan administrator and/or fiduciary, that, with respect to payment of benefits, settlement or judgment arising from my claim, they'll forward all checks for past due, present and/or future benefits and/or attorney fees to my duly appointed attorney, John E. Dunlap, Esquire, 3294 Poplar Avenue, No. 240, Memphis, Tennessee 38111, made payable to : Alan D. Gibson and John E Dunlap, attorney.

Pursuant to the terms of my engagement with Mr. Dunlap, I have obligated myself to payment of attorney fees and costs in my case and hereby grant a full lien and entitlement to payment I may receive from The Hartford, and/or long-term disability plan administrator, in relation to my claim for long-term disability benefits and related attorney fees of any kind. This limited power of attorney and direction to pay shall remain valid until John E. Dunlap, Esquire notifies The Hartford and/or long-term disability plan administrator and/or fiduciary otherwise.

Claimant [signature] Date: 5/23/19

The above-dated Lien, Direction to Pay and Limited Power of Attorney are hereby accepted:

[signature]
John E Dunlap

**AUTHORIZATION TO DISCUSS CASE WITH LAWYER**

I, Shanna Richardson, grant The Liberty Mutual Insurance Company to discuss my Long Term Disability claim with The Law Offices of John E Dunlap,PC. This authorization includes all of Liberty's employees, attorneys, agents or representatives. The Plan Number is 7164999 and the ID is 7164999. In the event disability benefits are authorized and payable, I authorize Liberty to mail the check to The Law Offices of John E Dunlap,PC, 3294 Poplar Avenue #240, Memphis, TN 38111. This authorization shall remain in full force until terminated by Shanna Richardson in writing.

Shanna Richardson

October 19, 2018

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8396

| | |
|---|---|
| Date: | June 4, 2019 |
| To: | JOHN DUNLAP<br>THE LAW OFFICES OF JOHN E. DUNLAP<br>3294 POPLAR AVENUE<br>#240<br>MEMPHIS TN 38111 |
| Attn: | |
| Fax: | (901) 320-6914 |
| From: | Sherry Preston<br>Appeal Examiner II<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8396 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8396

June 4, 2019

John E. Dunlap
The Law Offices of John E. Dunlap
3294 POPLAR AVENUE
#240
MEMPHIS, TN 38111

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson

Dear Attorney Dunlap:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to Shanna Richardson's claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on Shanna Richardson's Long Term Disability (LTD) claim.

Ms. Richardson's file is being forwarded to Lincoln Financial Group's Appeal Review Unit for an independent review of her claim eligibility. Her claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal. If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Lincoln Financial Group's response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Sherry Preston
Appeal Examiner II
Phone No.: (888) 437-7611 Ext. 16105
Secure Fax No.: (603) 334-8396

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **WALMART**

Office: 88D Manager: JONES, GABRIEL Case Mgr: RAINES, ROSE

Claimant Name: SHANNA RICHARDSON Claim #: 7164999

Occupation (Job Title): S2 MATERIAL HANDLER Date Sent: 5/29/2019

Diagnosis: M79 602 Pain in left arm, M50 3 Other cervical disc degeneration

Date of Disability: 9/22/2016 Date Benefits Began: 3/23/2017

Maximum Duration: 6/22/2044 Paid Through: 5/15/2019

Date of Denial or (DB451): 5/15/2019 Date Appeal Received: 5/22/2019

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: NIKE, INC

Product: LTD Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

HRDirect Americas@nike com

ER Contact Addresses (including email address):

HRDirect Americas@nike com

Phone No FAX No

Account Specific or Unique Contract Issues / Additional Info:

Additional Special Handling Instructions: Please contact Shannon Duncan at Shannon Duncan@nike com along with a CC to LOA@nike com when an appeal decision is made with a generic email to the above recipients including additional detail noted below Examples include: Appeal upheld due to no medical information received on appeal Appeal uphold due to clinical review

0K149190142

The Law Offices of John E Dunlap ,PC

3340 Poplar Avenue #320

Memphis, Tennessee 38111

The Lincoln Financial

PO Box 7206

London, KY 40742-7206

Re: Our Client: Shanna Richardson

Your Insured: Nike, Inc.

Policy No.:

Claim No.: 7164999

Dear Rose Raines,

Our office has been employed to assist Ms. Richardson with her claim for long term disability benefits with your company. We are enclosing the following documents for your review:

- Notice of Appeal; and the letter from her treating doctor which states that he is unable to return to work at this date due to cervical radiculopathy. This letter constitutes an appeal of 8 decision to deny disability benefits.

If you have additional questions, please feel free to contact our office.

Respectfully,

John E. Dunlap

0K149190142

# NOTICE OF APPEAL

To:

From: The Law Offices of John E. Dunlap, P.C., 3340 Poplar Avenue #320
Memphis, Tennessee 38111.

You are hereby informed that the decision to deny Shanna Richardson benefits on Policy No. is hereby upheld pursuant to administrative action. Please send all future correspondence to the Law Offices of John E. Dunlap.

Respectfully submitted,

John E. Dunlap
3340 Poplar Avenue, No. 320
Memphis, Tennessee 3811
(901) 320-1603
jdunlap00@gmail.com

# LAW OFFICES
# OF
# JOHN E. DUNLAP

3294 Poplar Avenue,
Suite 240
Memphis, TN 38111
(901) 320-1603
(901) 320-6914


Date: May 21, 2019

Fax No: (603) 430-1748

Attention: Rose Raines

From: John E. Dunlap, Esq.

Re: Shanna Richardson

No. of Pages:

Comments: Appeal

The Law Offices of John E Dunlap ,PC

3340 Poplar Avenue #320

Memphis, Tennessee 38111

The Lincoln Financial

PO Box 7206

London, KY 40742-7206

| | | |
|---|---|---|
| Re: | Our Client: | Shanna Richardson |
| | Your Insured: | Nike, Inc. |
| | Policy No.: | |
| | Claim No.: | 7164999 |

Dear Rose Raines,

Our office has been employed to assist Ms. Richardson with her claim for long term disability benefits with your company. We are enclosing the following documents for your review:

- Notice of Appeal; and the letter from her treating doctor which states that he is unable to return to work at this date due to cervical radiculopathy. This letter constitutes an appeal of 8 decision to deny disability benefits.

If you have additional questions, please feel free to contact our office.

Respectfully,

John E. Dunlap

# NOTICE OF APPEAL

To:

From: The Law Offices of John E. Dunlap, P.C., 3340 Poplar Avenue #320
Memphis, Tennessee 38111.

You are hereby informed that the decision to deny Shanna Richardson benefits on Policy No. is hereby upheld pursuant to administrative action. Please send all future correspondence to the Law Offices of John E. Dunlap.

Respectfully submitted,

John E. Dunlap
3340 Poplar Avenue, No. 320
Memphis, Tennessee 3811
(901) 320-1603
jdunlap00@gmail.com

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | May 16, 2019 |
| To: | JOHN DUNLAP<br>THE LAW OFFICES OF JOHN E. DUNLAP<br>3294 POPLAR AVENUE<br>#240<br>MEMPHIS TN 38111 |
| Attn: | |
| Fax: | (901) 320-6914 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

May 16, 2019

John E. Dunlap
The Law Offices of John E. Dunlap
3294 POPLAR AVENUE
#240
MEMPHIS, TN 38111

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson

Dear John Dunlap:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to Shanna Richardson's claim for LTD benefits under the Policy.

We have completed a thorough review of her eligibility for benefits and have determined that benefits are not payable. Nike, Inc.'s LTD Policy requires that to be eligible for benefits Ms. Richardson must meet the following definition of disability:

> ***"Disability"*** *or* ***"Disabled"*** *means:*
>
> 1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *Applicable to Class 1:*
>
> a. *if the Covered Person is eligible for the Maximum Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*
>
> *Applicable to Class 2:*
>
> b. i. *if the Covered Person is eligible for the 24 Month Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or*

*Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

   ***"Disability"*** *or* ***"Disabled"*** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

***"Any Occupation"*** *means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

In order to evaluate whether or not Ms. Richardson has met the above definition of disability, we requested medical information from her physician(s).

Ms. Richardson submitted a claim for cervical radiculopathy and her claim file contains the following medical documentation:

- Mohammad Assaf, MD (Neurologist) 4/3/2017 - 10/23/2018
- Apurva Dalal, MD (Orthopedist) 10/30/2018 - 1/7/2019
- Alan D. Eisenberg, MD (Radiologist) 10/10/2018 - 10/10/2018
- Todd Fountain, MD (Neurosurgery) 1/28/2019 - 4/11/2019
- Anthony Grasso, MD (Physiatrist) 1/9/2018
- Houston Graves, MD (Radiologist) 2/8/2016
- Jeffrey Green, MD (Radiologist) 4/11/2017
- Margaret Harvey, DO (Orthopedist) 2/15/2019
- Randy Horras, MD (Radiologist) 4/11/2019
- Ashley L. Park, MD (Pain Management) 10/25/2016 - 1/10/2017
- Louis S. Parvey, MD (Radiologist) 8/1/2018
- Anne Marie Reidy, MD (Obstetrics) 2/15/2018
- Michael E. Steuer, MD (Interventional Pain) 4/19/2017 - 4/30/2018
- Whitney W. Tolbert, NP (Internal Medicine) 8/27/2015 - 1/31/2017
- Megan Wienecke, PA (Neurosurgery) 10/15/2018 - 1/16/2019
- Dexter Witte, MD (Radiologist) 11/2/2016

In order to determine the severity of your condition and any associated restrictions and limitations, your file was referred for review with a Board Certified Neurosurgeon who opined as follows:

*The claimant is a 41 year old female who has had extensive treatment for neck pain, shoulder pain, and arm pain. She underwent an anterior cervical discectomy and fusion at C5-6 on 2/13/2019. The post-op check on 2/28/2019 was unremarkable. At the 4/11/2019, 8 week post-op visit Dr. Fountain reported: "She is not having any arm symptoms. No numbness. No tingling. No other issues other than some stiffness in the musculature of the posterior aspect of her neck. "*

*"Neurologically, she is intact, her incision is well healed. Her x-ray imaging reveals graft and instrumentation in good and stable position. No evidence of loosening, failure, or fracture of her hardware." The radiologist concurred. "Plan: Mrs. Richardson is doing well at this time, and I think she could benefit from a course of physical therapy to aid with her recovery. We will see her back in three additional months for follow up x-rays to follow up her fusion."*

*The claimant has had a successful anterior cervical discectomy and fusion. With the exception of some occasional numbness, no neurological deficit has been demonstrated. The following restrictions are appropriate:*

- *Restrictions applicable until 4/10/2019, 8 weeks after surgery*

    a) *Continuously: Simple grasping, Firm grasping, Fine manipulation, Key boarding.*
    b) *Frequently: Walk, Sit, Stand*
    c) *Occasionally: Drive, Push or Pull max 20 lbs, Balance*
    d) *Negligible: Bend, Squat, Climb, Twist neck, Kneel, Crawl, Reach above shoulder level*
    e) *Lift max 20 lbs. Carry max 20 lbs*

- *No restrictions are necessary starting 4/11/2019.*

Therefore, she does not meet Nike, Inc.'s definition of disability beyond March 23, 2019. Benefits will be paid through May 15, 2019, and your claim is closed as of May 16, 2019.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), Ms. Richardson may request a review of this denial by writing to the address below:

Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons Ms. Richardson feels her claim should not have been denied. In her request for review please include the following documentation:

Office visit notes, diagnostic test results, procedure reports, physical therapy treatment notes, and any other medical documentation in which provides evidence of restrictions and limitations of such severity to prevent you from performing any occupation.

You should also provide any additional information that you feel will support her claim.

Ms. Richardson is entitled to receive, upon request and free of charge, copies of all claim file

documents relevant to the claim determination. If Lincoln Financial Group does not receive her written request for review within 180 days from the receipt of this notice, our claim decision will be final, her file will remain closed, and no further review will be conducted.

Under normal circumstances, Ms. Richardson will be notified of the final decision within 45 days from the date her request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh níní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, Ms. Richardson will be notified of the final decision no later than 90 days from the date her request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If Ms. Richardson has any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

CC: Shanna Richardson

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

MS SHANNA RICHARDSON

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

May 16, 2019

John E. Dunlap
The Law Offices of John E. Dunlap
3294 POPLAR AVENUE
#240
MEMPHIS, TN 38111

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson

Dear John Dunlap:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to Shanna Richardson's claim for LTD benefits under the Policy.

We have completed a thorough review of her eligibility for benefits and have determined that benefits are not payable. Nike, Inc.'s LTD Policy requires that to be eligible for benefits Ms. Richardson must meet the following definition of disability:

> *"**Disability**" or "**Disabled**" means:*
>
> 1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *Applicable to Class 1:*
>
> a. *if the Covered Person is eligible for the Maximum Own Occupation benefit, "**Disability**" or "**Disabled**" means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*
>
> *Applicable to Class 2:*
>
> b. i. *if the Covered Person is eligible for the 24 Month Own Occupation benefit, "**Disability**" or "**Disabled**" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or*

*Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

***"Disability"** or **"Disabled"** means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

***"Any Occupation"** means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

In order to evaluate whether or not Ms. Richardson has met the above definition of disability, we requested medical information from her physician(s).

Ms. Richardson submitted a claim for cervical radiculopathy and her claim file contains the following medical documentation:

- Mohammad Assaf, MD (Neurologist) 4/3/2017 - 10/23/2018
- Apurva Dalal, MD (Orthopedist) 10/30/2018 - 1/7/2019
- Alan D. Eisenberg, MD (Radiologist) 10/10/2018 - 10/10/2018
- Todd Fountain, MD (Neurosurgery) 1/28/2019 - 4/11/2019
- Anthony Grasso, MD (Physiatrist) 1/9/2018
- Houston Graves, MD (Radiologist) 2/8/2016
- Jeffrey Green, MD (Radiologist) 4/11/2017
- Margaret Harvey, DO (Orthopedist) 2/15/2019
- Randy Horras, MD (Radiologist) 4/11/2019
- Ashley L. Park, MD (Pain Management) 10/25/2016 - 1/10/2017
- Louis S. Parvey, MD (Radiologist) 8/1/2018
- Anne Marie Reidy, MD (Obstetrics) 2/15/2018
- Michael E. Steuer, MD (Interventional Pain) 4/19/2017 - 4/30/2018
- Whitney W. Tolbert, NP (Internal Medicine) 8/27/2015 - 1/31/2017
- Megan Wienecke, PA (Neurosurgery) 10/15/2018 - 1/16/2019
- Dexter Witte, MD (Radiologist) 11/2/2016

In order to determine the severity of your condition and any associated restrictions and limitations, your file was referred for review with a Board Certified Neurosurgeon who opined as follows:

*The claimant is a 41 year old female who has had extensive treatment for neck pain, shoulder pain, and arm pain. She underwent an anterior cervical discectomy and fusion at C5-6 on 2/13/2019. The post-op check on 2/28/2019 was unremarkable. At the 4/11/2019, 8 week post-op visit Dr. Fountain reported: "She is not having any arm symptoms. No numbness. No tingling. No other issues other than some stiffness in the musculature of the posterior aspect of her neck. "*

*"Neurologically, she is intact, her incision is well healed. Her x-ray imaging reveals graft and instrumentation in good and stable position. No evidence of loosening, failure, or fracture of her hardware." The radiologist concurred. "Plan: Mrs. Richardson is doing well at this time, and I think she could benefit from a course of physical therapy to aid with her recovery. We will see her back in three additional months for follow up x-rays to follow up her fusion."*

*The claimant has had a successful anterior cervical discectomy and fusion. With the exception of some occasional numbness, no neurological deficit has been demonstrated. The following restrictions are appropriate:*

- *Restrictions applicable until 4/10/2019, 8 weeks after surgery*

  a) *Continuously: Simple grasping, Firm grasping, Fine manipulation, Key boarding.*
  b) *Frequently: Walk, Sit, Stand*
  c) *Occasionally: Drive, Push or Pull max 20 lbs, Balance*
  d) *Negligible: Bend, Squat, Climb, Twist neck, Kneel, Crawl, Reach above shoulder level*
  e) *Lift max 20 lbs. Carry max 20 lbs*

- *No restrictions are necessary starting 4/11/2019.*

Therefore, she does not meet Nike, Inc.'s definition of disability beyond March 23, 2019. Benefits will be paid through May 15, 2019, and your claim is closed as of May 16, 2019.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), Ms. Richardson may request a review of this denial by writing to the address below:

Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons Ms. Richardson feels her claim should not have been denied. In her request for review please include the following documentation:

Office visit notes, diagnostic test results, procedure reports, physical therapy treatment notes, and any other medical documentation in which provides evidence of restrictions and limitations of such severity to prevent you from performing any occupation.

You should also provide any additional information that you feel will support her claim.

Ms. Richardson is entitled to receive, upon request and free of charge, copies of all claim file

documents relevant to the claim determination. If Lincoln Financial Group does not receive her written request for review within 180 days from the receipt of this notice, our claim decision will be final, her file will remain closed, and no further review will be conducted.

Under normal circumstances, Ms. Richardson will be notified of the final decision within 45 days from the date her request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata’ hane’go shíká a’doowoł nínízingo saad hosíníłį́į’ dóó ná’ookąąh nííní’ą́ągo naaltsoos nííníłtsoozígíí hazho’ó bik’idi’deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a’doowoł éí biniiyé shił hodíílnih áko ákwe’égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, Ms. Richardson will be notified of the final decision no later than 90 days from the date her request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If Ms. Richardson has any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

CC: Shanna Richardson

## PDA MEDICAL FILE REVIEW

| | |
|---|---|
| **CLAIMANT:** | **Shanna Richardson** |
| **DOB:** | |
| **DOD:** | **9/22/2016** |
| **CLAIM #:** | **7164999** |
| **REPORT DATE:** | **5/1/19** |
| **DATE RECEIVED:** | **4/22/19** |
| **REFERRED BY:** | **Rose Woodley** |
| **CLIENT:** | **Lincoln** |
| **MEDICAL CONSULTANT:** | **Michael D. Medlock, MD FAANS** |

## DISCLAIMER

The opinions expressed by the undersigned are based on review of all the data provided by the referral source and any written or verbal correspondence with the claimant's attending physician(s). This review did not involve an evaluation of the claimant.

## SYNOPSIS

The claimant is a 41 year old female who has had extensive treatment for neck pain, shoulder pain, and arm pain. She underwent an anterior cervical discectomy and fusion at C5-6 on 2/13/2019.

## REFERRAL QUESTIONS

1. Provide a description of the claimant's impairments as of the April 2019 office visit, if any, and outline how any impairment translates to restrictions and limitations.
Please include the expected duration for any supported restrictions.
Please comment on whether the claimant would have sustainable full time work capacity within the above listed restrictions and limitations taking into consideration any impact resulting from comorbidities.

2. Please clarify which diagnosis is causing impairment.

3. Please clarify whether or not the claimant has a co-morbid diagnosis that is impacting the impairment.

4. Does the medical evidence support any side effects from the prescribed medications?
If yes, please provide the supported impairments and outline how any impairment affects functional capacity.

## DOCUMENTS REVIEWED

| | |
|---|---|
| Mohammad Assaf, MD (Neurologist) | 4/3/2017 - 10/23/2018 |
| Apurva Dalal, MD (Orthopedist) | 10/30/2018 - 1/7/2019 |
| Alan D. Eisenberg, MD (Radiologist) | 10/10/2018 - 10/10/2018 |
| Todd Fountain, MD (Neurosurgery) | 1/28/2019 - 4/11/2019 |
| Anthony Grasso, MD (Physiatrist) | 1/9/2018 |
| Houston Graves, MD (Radiologist) | 2/8/2016 |
| Jeffrey Green, MD (Radiologist) | 4/11/2017 |
| Margaret Harvey, DO (Orthopedist) | 2/15/2019 |
| Randy Horras, MD (Radiologist) | 4/11/2019 |
| Ashley L. Park, MD (Pain Management) | 10/25/2016 - 1/10/2017 |
| Louis S. Parvey, MD (Radiologist) | 8/1/2018 |
| Anne Marie Reidy, MD (Obstetrics) | 2/15/2018 |
| Michael E. Steuer, MD (Interventional Pain) | 4/19/2017 - 4/30/2018 |
| Whitney W. Tolbert, NP (Internal Medicine) | 8/27/2015 - 1/31/2017 |
| Megan Wienecke, PA (Neurosurgery) | 10/15/2018 - 1/16/2019 |
| Dexter Witte, MD (Radiologist) | 11/2/2016 |

## RESTRICTIONS AND LIMITATIONS per attending physician(s)

On 10/25/2016 and 11/8/2016 Dr. Ashley Park (Pain Management) recommended that: "The patient should avoid lifting, pulling, pushing, reaching, as well as activity sustained at or above chest height."

In the records provided there were no specific neurosurgical recommendations regarding restrictions or limitations.

## ATTENDING PHYSICIAN TELECONFERENCE

Dr. Todd Fountain 901-522-7700 and fax 901-522-7793

On 4/26/2019 at 11:53 EST I spoke to Laura and then left a message on the voicemail of Nora, Dr. Fountain's secretary, regarding my name, call back number, and patient.
Connect time: 5 min

On 4/30/2019 at 11:25 EST I spoke to Joyce. She took my name and number as well as claimant's information.
Connect time: 10 min

On 5/1/2019 at 10:08 EST I spoke with Dr. Fountain's assistant Nora. She advised me that the claimant has instructed Dr. Fountain that no one in their office should speak with anyone connected with Lincoln Insurance. All calls are to go through the claimant's attorney.

## MEDICAL HISTORY

On 2/8/2016 x-rays of cervical spine showed no acute findings and mild degenerative changes at C5-6.

On 2/17/2016 Nurse Practitioner (NP) Tolbert saw the claimant with a chief complaint of moderate, left sided neck pain of 7 days duration. There was tenderness and limitation of motion. She prescribed tramadol and a Medrol Dosepack.

Claimant was seen again for neck pain on 5/24/2016, 6/9/2016, 7/12/2016, 9/12/2016, 9/22/2016, 9/28/2016, and 10/4/2016.

NP Tolbert put the claimant on leave from work from 7/10/2016 to 11/30/2016 because of degenerative disc disease. The onset was reported to be the same day as the cervical spine x-rays noted above, i.e. 2/8/2016. The claimant was referred to Dr. Maurice Smith (Neurosurgeon).

On 10/25/2016 claimant saw Dr. Ashley Park (Pain Management). Examination showed diffuse cervical spine tenderness and guarding with motion, and an otherwise normal exam. "The patient should avoid lifting, pulling, pushing, reaching, as well as activity sustained at or above chest height."

On 11/2/2016 an MRI of cervical spine showed mild disc bulging at C5-6, right foraminal stenosis, and the left foramen was patent.

On 11/8/2016 Dr. Park reported that the claimant started work in January 2016 at Nike as a packer. She noted normal sensation, reflexes, strength, gait and coordination.
On 11/23/2016 Dr. Park performed an epidural steroid injection at C5-6 for "small left paracentral disc protrusion".

On 1/10/2017 Dr. Park noted claimant had a cervical facet syndrome and prescribed heat, ultrasound, massage, home exercise program, joint mobilization, and soft tissue mobilization for 8 weeks.
On 1/10/2017 Dr. Park reported the injection did not help and pain with neck rotation continued.

NP Tolbert cleared claimant to return to work on 3/22/2017.

The claimant saw neurologist Dr. Assaf on 4/3/2017, 4/4/2017, and 4/11/2017. No additional neurological diagnoses appear to have been made.

On 4/11/2017 x-rays of cervical spine showed C5-6 degenerative disc changes.

The claimant saw Dr. Steuer (Pain Management) multiple times from 4/19/2017 to 4/30/2018 for head pain, cervical pain, shoulder pain, thoracic pain, hip pain, and arm pain. Most all activities exacerbated the pain.

Epidural steroid injections were performed by Dr. Steuer on the following dates and spinal levels:

| | |
|---|---|
| 5/5/2017 | Left C5 and C7 |
| 5/15/2017 | Left C5 and C7 |
| 7/10/2017 | Left C6 and C7 |
| 8/21/2017 | Bilateral C6 and C7 |
| 10/17/2017 | Left C6 and C7 |

On 2/15/2018 claimant saw Dr. Reidy and was diagnosed with a 12 week pregnancy.

On 8/1/2018 MRI of shoulder showed a SLAP repair, rotator cuff findings, and no full thickness tear of the rotator cuff.

On 10/10/2018 MRI of cervical spine showed mild degenerative changes C4-5, C5-6.

Claimant was first seen at the office of Dr. Fountain (Neurosurgeon) on 10/15/2018 by Physician Assistant (PA) Wienecke. The chief complaint was neck pain. The pain on right side started one month prior. The left sided pain required shoulder surgery. Dizzy spells were also noted. Claimant had previously been treated with hydrocodone, gabapentin, Zanaflex, multiple injections. A diagnosis of cervical spinal stenosis was made. The plan was for an EMG/NCV and to follow-up several months after the shoulder surgery.

A SLAP repair was performed on 10/23/2018. On 1/7/2019 Dr. Dalal (Orthopedist) noted that the SLAP repair restrictions effective from 10/23/2018 to 2/1/2019.

On 1/16/2019 neurosurgical PA Wienecke referred claimant to Dr. Graham for trigger point injections in right paraspinous musculature.

On 1/28/2019 Dr. Fountain noted C6 distribution pain in right arm.

On 2/13/2019 Dr. Fountain performed an anterior cervical discectomy and fusion at C5-6.

The post-op check on 2/28/2019 was unremarkable.

At the 4/11/2019, 8 week post-op visit Dr. Fountain reported:
“She is not having any arm symptoms. No numbness. No tingling. No other issues other than some stiffness in the musculature of the posterior aspect of her neck. “
"Neurologically, she is intact, her incision is well healed.”
“Her x-ray imaging reveals graft and instrumentation in good and stable position. No evidence of loosening, failure, or fracture of her hardware." The radiologist concurred.
"Plan: Mrs. Richardson is doing well at this time, and I think she could benefit from a course of physical therapy to aid with her recovery. We will see her back in three additional months for follow up x-rays to follow up her fusion."

## MEDICAL ANALYSIS

The claimant has had a successful anterior cervical discectomy and fusion. With the exception of some occasional numbness, no neurological deficit has been demonstrated. The following restrictions are appropriate:

Restrictions applicable until 4/10/2019, 8 weeks after surgery
Continuously: Simple grasping, Firm grasping, Fine manipulation, Key boarding.
Frequently: Walk, Sit, Stand
Occasionally: Drive, Push or Pull max 20 lbs, Balance
Negligible: Bend, Squat, Climb, Twist neck, Kneel, Crawl, Reach above shoulder level
Lift max 20 lbs. Carry max 20 lbs

No restrictions are necessary starting 4/11/2019.

## CONCLUSIONS

**1. Provide a description of the claimant's impairments as of the April 2019 office visit, if any, and outline how any impairment translates to restrictions and limitations.**
**Please include the expected duration for any supported restrictions.**
**Please comment on whether the claimant would have sustainable full time work capacity within the above listed restrictions and limitations taking into consideration any impact resulting from comorbidities.**

There are no documented impairments. No restrictions apply starting 4/11/2019.

**2. Please clarify which diagnosis is causing impairment.**

The anterior cervical discectomy and fusion has successfully treated the cervical radiculopathy.

3. Please clarify whether or not the claimant has a co-morbid diagnosis that is impacting the impairment.

She has a comorbid diagnosis of chronic musculoskeletal cervical spine pain, but this does not impact function.

**4. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

No side effects from prescribed medications were noted.

*I certify that this report was prepared solely by me and that I have no conflict of interest with this review. I further attest that I have no incentive, financial or otherwise to provide a particular determination, and that my opinion is based on my independent, impartial and professional assessment of the information provided for review.*

**SIGNATURE**

**Michael Medlock, MD**
**Diplomate, American Board of Neurological Surgery**
**Board Certified in Neurological Surgery**
**Active License in MA**
**Medical Consultant, PDA**

Professional Disability Associates
One Monument Square
Suite 201
Portland, ME 04101
United States of America

+1 (855) 6367482

# INVOICE

| Date | Invoice Number |
|---|---|
| 05/09/2019 | CI-PDA-004047 |

| Payment Terms | Due Date |
|---|---|
| Net 60 | 07/08/2019 |

| PDA Tax ID |
|---|
| 01-0542661 |

| Bill To: | Remit To: |
|---|---|
| Lincoln National Life Insurance Company<br>P.O. Box 21008, Procurement - MC 4680<br>Greensboro, NC 27402-1008<br>United States of America | Professional Disability Associates<br>One Monument Square<br>Suite 201<br>Portland, ME 04101<br>United States of America<br>+1 (855) 6367482 |

Description: Case #22367

Page 1 of 1

| Serviced | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2019-05-01 | Neurosurgery File Review on Shanna Richardson, #7164999, referred by 0, on 04/22/19, and completed by Michael Medlock | 6 | 245.00 | 1,470.00 |

| | |
|---|---|
| *Net Amount:* | 1,470.00 |
| *Tax:* | 0.00 |
| **TOTAL** | **USD 1,470.00** |

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By: Rose Raines Woodley
Disability Claims
P O Box 7216
London, KY 40742-7216
(844) 556-3278 x18339
Fax: (603) 430-1748

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | NIKE, INC | Date Sent: | 4/22/2019 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | SHANNA RICHARDSON | Claim #: | 7164999 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel #: | |
| State: | | Claimant DOD: | 9/22/2016 |
| Zip: | | Primary Diagnosis: | Pain in left arm |
| Gender: | FEMALE | Att Physician: | |
| Specialist Type Requested : | Neurosurgeon | Physician: Phone/Fax | Dr Todd Fountain 901-522-7700 and fax 901-522-7793 |

Referral Questions:

Vendor Chosen: Professional Disability Associates, LLC

Claimant Name: SHANNA RICHARDSON

# Lincoln Financial Group - Independent Evaluation

## Peer Review

1 Provide a description of the claimant's impairments as of the April 2019 office visit, if any, and outline how any impairment translates to restrictions and limitations Please include the expected duration for any supported restrictions Please comment on whether the claimant would have sustainable full time work capacity within the above listed restrictions and limitations taking into consideration any inpact resulting from comorbids

2 Please clarify which diagnosis is causing impairment

3 Please clarify whether or not the claimant has a co-morbid diagnosis that is impacting the impairment

4 Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity

Instructions For Vendor:

Claimant Name: SHANNA RICHARDSON

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Dr Todd Fountain 901-522-7700 and fax 901-522-7793

Attorney Information (if applicable):

Law Office of John E Dunlap 901-320-1603 and fax 901-320-6914 pete@johndunlap com (Pete Grumbles)

Claimant Name: SHANNA RICHARDSON

SEMMES MURPHEY
Leaders in Brain & Spine Care

6325 Humphreys Boulevard
Memphis, Tennessee 38120
901.522.7700

**Sent To:** Lincoln – Long Term Disability

Recipient's Fax Number: 603-430-1748

**From:** Nora Byars, Medical Administrative Assistant for -

☒ *Todd E. Fountain, M.D.* ☐ *Aaron E. Bond, M.D.*

Phone: 901.522.7700

**Fax: 901.259.2004 / 901.522.7793**

nbyars@semmes-murphey.com

RE: Shanna Richardson
Claim # 7164999

Date: 4/19/19

Number of Pages (including this cover page): 19

*****************************************************************************

**CONFIDENTIALITY NOTE**

**THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS LEGALLY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS TELECOPY IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE.**

*****************************************************************************

Comments:

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

March 26, 2019

Dr. Todd Fountain
6325 HUMPHREYS BLVD
MEMPHIS, TN 38120

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Todd Fountain:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 13, 2019 through the present } See attached.

- Completion of the Enclosed Forms: } Did NOT receive.

  X Restrictions Form
  __ Other

We ask that you provide this information by April 8, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1748 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*April 19, 2019*
Page 1
Office Visit

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare

**04/11/2019 - Office Visit: Follow up**
**Provider: Todd E Fountain MD**
**Location of Care: Semmes-Murphey Clinic**

## History of Present Illness

**Referred by:** Apurva Dalal MD
**History from:** patient
**Reason for visit:** Follow-up
**Chief Complaint:** RTO 1 month C5-6 ACDF 02/13/19

Mrs. Richardson returns now after C5-6 anterior cervical diskectomy and fusion. She is not having any arm symptoms. No numbness. No tingling. No other issues other than some stiffness in the musculature of the posterior aspect of her neck. I think she would benefit from a course of physical therapy to work with her improvement.

Her x-ray imaging reveals graft and instrumentation in good and stable position. No evidence of loosening, failure, or fracture of her hardware.

## Past Medical History:

Reviewed history from 02/28/2019 and no changes required:
- High Blood Pressure
- Migraines
- Osteoarthritis

## Past Surgical History:

Reviewed and updated today:
- Hysterectomy (2014)
- C-Section (2001)
- Rotator Cuff Repair (2018)
- C5-6 ACDF - Dr. Fountain (02/13/2019)

## Social History Summary:

**Social History Reviewed:** 04/11/2019
**Previous Social History:**
Patient has never smoked.
Patient has never used smokeless tobacco.
Alcohol Use: N
Drug Use: N
Regular Exercise: Y
Religion Affecting Care: N
Marital Status: Single
Right-handed
No recent travel outside of the US.

**Family History Summary:**
Removed Family History of Stroke for Mother - On: 4/11/2019
Removed Family History of Stroke for Maternal Grandmother - On: 4/11/2019
Removed Family History of Seizures for Mother - On: 4/11/2019
Removed Family History of Hypertension for Mother - On: 4/11/2019
Removed Family History of Stroke for Mother - On: 4/11/2019
Removed Family History of Seizures for Mother - On: 4/11/2019
Removed Family History of Hypertension for Mother - On: 4/11/2019

**Family History Reviewed:** 04/11/2019
Family History of Diabetes for Mother - Entered On: 10/15/2018
Family History of Heart Disease for Mother - Entered On: 10/15/2018
Family History of Hypertension for Mother - Entered On: 10/15/2018
Family History of Seizures for Mother - Entered On: 10/15/2018
Family History of Stroke for Mother - Entered On: 10/15/2018
Family History of Migraines for Maternal Grandmother - Entered On: 2/28/2019
Family History of Stroke for Maternal Grandmother - Entered On: 4/11/2019
Family History of Spine Surgery for Maternal Grandfather - Entered On: 2/28/2019

**Current Allergies (reviewed today):**
CODEINE (Critical)
PERCOCET (OXYCODONE-ACETAMINOPHEN) (Critical)
LORTAB (Critical)

**Current Medications (including changes made in today's visit):**
PROMETHAZINE HCL 25 MG ORAL TABLET (PROMETHAZINE HCL) 1 tab by mouth every 8 hours as needed for nausea; Route: ORAL
CYCLOBENZAPRINE HCL 10 MG ORAL TABLET (CYCLOBENZAPRINE HCL) one every eight hours as needed; Route: ORAL
NORCO 5-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) One po every 4-6 hours prn; Route: ORAL
AMITRIPTYLINE HCL TABLET (AMITRIPTYLINE HCL TABS) as needed for migraines
GABAPENTIN 400 MG ORAL CAPSULE (GABAPENTIN) one capsule po bid; Route: ORAL
LOSARTAN POTASSIUM 25 MG ORAL TABLET (LOSARTAN POTASSIUM) 1 tab po qd; Route: ORAL
NORVASC 5 MG ORAL TABLET (AMLODIPINE BESYLATE) 1 tab po qd; Route: ORAL
TRAMADOL HCL 50 MG ORAL TABLET (TRAMADOL HCL) 1 tab po q 6hrs prn; Route: ORAL

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 41 Years Old Female |
| Height: | 63 inches (160.02 cm) |
| Weight: | 220.2 pounds (99.88 kg) |
| BMI: | 39.00 |
| Pulse rate: | 92 / minute |
| BP Sitting: | 160 / 104 (right arm) |

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:



**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare

Cuff size: wrist

Medications: Medications were reviewed with the patient during this visit.
Allergies: Allergies were reviewed with the patient during this visit.

Vitals Entered By: Candice Henson MA (April 11, 2019 2:54 PM)

**Physical Exam:**
Neurologically, she is intact. Her incision is well healed.

)

**MIPS Quality Measures:**
**Measure 130** G8427 : EP attests to documenting in the chart they obtained, updated, or reviewed the patient's current medications
**Measure 317** G8950 : Pre-Hypertensive or Hypertensive BP reading documented, and F/U is documented. Patient is to follow up with PCP or specialist to have their blood pressure treated.
**Measure 236** G8753 : Most recent systolic blood pressure greater than or equal to 140 mmHg
**Measure 236** G8755 : Most recent diastolic blood pressure greater than or equal to 90 mmHg
**Measure 128** G8417 : BMI is documented above normal parameters and a F/U plan is documented. Patient is to follow up with PCP or specialist for nutrition counseling.
**Measure 226** 1036F : Non-user of tobacco

**New Prescriptions/Refills:**
CYCLOBENZAPRINE HCL 10 MG ORAL TABLET (CYCLOBENZAPRINE HCL) one every eight hours as needed #40[Tablet] x 2, 04/15/2019, Anitra Giles RN

**Orders:**
72040 CR, XRAY, C-spine, AP/LAT, specify odontoid
99024 Postop followup visit
G8417 BMI documented above normal limits & F/U plan is documented
G8427-LIST CUR MEDS W/DOSAGES DOC BY PROV
1036F: CURRENT TOBACCO NON-USER
G8753 Most recent systolic blood pressure >= 140mmhg
G8755 Most recent diastolic blood pressure >= 90mmhg
G8950 Pre-hypertensive or hypertensive BP reading documented, & F/U documented

Physical Therapy at Outside Facility
Comments: Frequency/Duration: 2-3 times week for 4 weeks
DX: neck pain
_xxx__Eval & Treat ____Moist heat/Cold Packs
____Acute Spine Program ____TENS ____Traction
____Spine Rehab Program ____Massage
____Work Conditioning ____Ultrasound/Phonophoresis
Please fax report to: 901-259-2095

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*April 19, 2019*
Page 4
Office Visit

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare

RTO in 3 months

**Impression:**
Status post C5-6 anterior cervical diskectomy and fusion.

**Plan:**
Mrs. Richardson is doing well at this time, and I think she could benefit from a course of physical therapy to aid with her recovery. We will see her back in three additional months for follow up x-rays to follow up her fusion.

Todd Fountain, M.D.

TF / C0866
DD: 04/11/2019 15:06:00
DT: 04/12/2019 00:04:16
Job #: 437321 / 2445204

]

**Electronically signed by Todd E Fountain MD on 04/19/2019 at 8:26 AM**

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*April 19, 2019*
Page 1
Imaging Report

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare

**04/11/2019 - Imaging Report: X-ray C-spine 2 views**
**Provider: Todd E Fountain MD**
**Location of Care: Semmes-Murphey Clinic**

X-ray C-spine 2 views
ORDER: 911744-1

PATIENT: Richardson, Shanna
PATIENT ID: 105669
DATE OF BIRTH:

EXAMINATION: X-ray C-spine 2 views

History
Neck pain

Reference study
February 20, 2019

FINDINGS:
Frontal and lateral views the C-spine are provided for review.

Again noted, are intact postsurgical changes C5-C6.

Cervical contour and alignment appears normal.

The appearance of the C-spine is unchanged reference.

Impression
Expected postoperative changes.

This report was electronically signed by Dr. Randy Horras 4/11/2019 3:04 PM
Workstation: MSIT-GTOWN2MQPS

Electronically Authenticated by RADIOLOGIST: Randy Horras, M.D.
REPORT: 04/11/2019

**Electronically signed by Todd E Fountain MD on 04/15/2019 at 1:33 PM**

---

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*April 19, 2019*
Page 1
Office Visit

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare

**02/28/2019 - Office Visit: Followup**
**Provider: Todd E Fountain MD**
**Location of Care: Semmes-Murphey Clinic**

## History of Present Illness

**Referred by:** Apurva Dalal MD
**History from:** patient
**Reason for visit:** Post op
**Chief Complaint:** Post op ACDF C5-6

Mrs. Richardson returns after C5-6 anterior cervical diskectomy and fusion. She is doing well. She states that she does still have some intermittent soreness in the trapezius and shoulder areas.
**Physicians seen and tests performed for this problem:**
TN controlled substance website was accessed/reviewed.

## Past Medical History:

Reviewed history from 02/28/2019 and no changes required:
- High Blood Pressure
- Migraines
- Osteoarthritis

## Past Surgical History:

Reviewed and updated today:
- Hysterectomy 2014
- C-Section 2001
- Rotator Cuff Repair 2018
- ACDF C5-6 2/13/19- Dr. Foutain

## Social History Summary:

Patient has never smoked.
Patient has never used smokeless tobacco.
Alcohol Use: N
Drug Use: N
Regular Exercise: Y
Religion Affecting Care: N
Marital Status: Single
Right handed
No recent travel outside of the US.

## Family History Summary:

Removed Family History of Spine Surgery for Maternal Grandfather - On: 2/28/2019
Removed Family History of Migraines for Maternal Grandmother - On: 2/28/2019
Removed Family History of Heart Disease for Mother - On: 2/28/2019

**Family History Reviewed:** 02/28/2019
Family History of Diabetes for Mother - Entered On: 10/15/2018

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*April 19, 2019*
Page 2
Office Visit

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare

Family History of Heart Disease for Mother - Entered On: 10/15/2018
Family History of Hypertension for Mother - Entered On: 10/15/2018
Family History of Seizures for Mother - Entered On: 10/15/2018
Family History of Stroke for Mother - Entered On: 10/15/2018
Family History of Migraines for Maternal Grandmother - Entered On: 2/28/2019
Family History of Spine Surgery for Maternal Grandfather - Entered On: 2/28/2019

**Prior Medications (reviewed today):**
TRAMADOL HCL 50 MG ORAL TABLET (TRAMADOL HCL) 1 po q 8 hours prn, max 3/24
PROMETHAZINE HCL 25 MG ORAL TABLET (PROMETHAZINE HCL) 1 tab by mouth every 8 hours as needed for nausea
CYCLOBENZAPRINE HCL 10 MG ORAL TABLET (CYCLOBENZAPRINE HCL) one every eight hours as needed
NORCO 5-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) One po every 4-6 hours prn
AMITRIPTYLINE HCL TABLET (AMITRIPTYLINE HCL TABS) as needed for migraines
GABAPENTIN 400 MG ORAL CAPSULE (GABAPENTIN) one capsule po bid
ZANAFLEX 4 MG ORAL CAPSULE (TIZANIDINE HCL) 1 cap po q 8h
LOSARTAN POTASSIUM 25 MG ORAL TABLET (LOSARTAN POTASSIUM) 1 tab po qd
NORVASC 5 MG ORAL TABLET (AMLODIPINE BESYLATE) 1 tab po qd
TRAMADOL HCL 50 MG ORAL TABLET (TRAMADOL HCL) 1 tab po q 6hrs prn
**Current Allergies (reviewed today):**
CODEINE (Critical)
PERCOCET (OXYCODONE-ACETAMINOPHEN) (Critical)
LORTAB (Critical)

**Current Medications (including changes made in today's visit):**
TRAMADOL HCL 50 MG ORAL TABLET (TRAMADOL HCL) 1 po q 8 hours prn, max 3/24; Route: ORAL
PROMETHAZINE HCL 25 MG ORAL TABLET (PROMETHAZINE HCL) 1 tab by mouth every 8 hours as needed for nausea; Route: ORAL
CYCLOBENZAPRINE HCL 10 MG ORAL TABLET (CYCLOBENZAPRINE HCL) one every eight hours as needed; Route: ORAL
NORCO 5-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) One po every 4-6 hours prn; Route: ORAL
AMITRIPTYLINE HCL TABLET (AMITRIPTYLINE HCL TABS) as needed for migraines
GABAPENTIN 400 MG ORAL CAPSULE (GABAPENTIN) one capsule po bid; Route: ORAL
ZANAFLEX 4 MG ORAL CAPSULE (TIZANIDINE HCL) 1 cap po q 8h; Route: ORAL
LOSARTAN POTASSIUM 25 MG ORAL TABLET (LOSARTAN POTASSIUM) 1 tab po qd; Route: ORAL
NORVASC 5 MG ORAL TABLET (AMLODIPINE BESYLATE) 1 tab po qd; Route: ORAL
TRAMADOL HCL 50 MG ORAL TABLET (TRAMADOL HCL) 1 tab po q 6hrs prn; Route: ORAL

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 41 Years Old Female |
| Height: | 63 inches (160.02 cm) |
| Weight: | 214.4 pounds (97.25 kg) |
| BMI: | 37.98 |
| Pulse rate: | 90 / minute |
| BP Sitting: | 133 / 88 (right arm) |

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:



**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare

Cuff size: wrist

Problems: Active problems were reviewed with the patient during this visit.
Medications: Medications were reviewed with the patient during this visit.
Allergies: Allergies were reviewed with the patient during this visit.

Vitals Entered By: Maurica Braxton MA (February 28, 2019 9:14 AM)

**Physical Exam:**
Her incision has healed well. There is no sign of inflammation, infection, or drainage. Neurologically, she is intact.

**Neurodiagnostic Assessment**
X-ray imaging reveals graft and instrumentation in good and stable position. No evidence of loosening, failure, or fracture of her hardware.

**MIPS Quality Measures:**
**Measure 110** G8482: Received flu shot or previously received during reporting period
**Measure 130** G8427 : EP attests to documenting in the chart they obtained, updated, or reviewed the patient's current medications
**Measure 317** G8783 : Normal blood pressure reading documented, follow-up not required
**Measure 236** G8752 : Most recent systolic blood pressure less than 140 mmHg
**Measure 236** G8754 : Most recent diastolic blood pressure less than 90 mmHg
**Measure 128** G8417 : BMI is documented above normal parameters and a F/U plan is documented. Patient is to follow up with PCP or specialist for nutrition counseling.
**Measure 226** 1036F : Non-user of tobacco

**New Prescriptions/Refills:**
CYCLOBENZAPRINE HCL 10 MG ORAL TABLET (CYCLOBENZAPRINE HCL) one every eight hours as needed #40[Tablet] x 1, 02/28/2019, Anitra Giles RN
TRAMADOL HCL 50 MG ORAL TABLET (TRAMADOL HCL) 1 po q 8 hours prn, max 3/24 #30 x 0, 02/28/2019, Anitra Giles RN

**New medications:**
TRAMADOL HCL 50 MG ORAL TABLET -- 1 po q 8 hours prn, max 3/24 Start date: 02/28/2019

**Orders:**
G8482 INFLUENZA IMMUN ADMIN/PREV RECV
72040 CR, XRAY, C-spine, AP/LAT, specify odontoid
G8417 BMI documented above normal limits & F/U plan is documented
G8427-LIST CUR MEDS W/DOSAGES DOC BY PROV
1036F: CURRENT TOBACCO NON-USER

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*April 19, 2019*
Page 4
Office Visit

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare

G8752 Most recent systolic blood pressure < 140mmhg
G8754 Most recent diastolic blood pressure < 90mmhg
G8783 Normal blood pressure reading documented, follow-up not required
99024 Postop followup visit

RTO in 1 month
Refer to Physical Therapy at SMC
Comments: Frequency/Duration: 2-3 times a week x 6 weeks
DX: Neck Pain
_xxx__Eval & Treat ____Moist heat/Cold Packs
____Acute Spine Program ____TENS ____Traction
____Spine Rehab Program ____Massage
____Work Conditioning ____Ultrasound/Phonophoresis

## Impression:
Status post C5-6 anterior cervical diskectomy and fusion.

## Plan:
Mrs. Richardson is making a continued recovery and is as anticipated at this point. I do think that she would benefit from a course of physical therapy, and we will prescribe that for her now. I would like to see her back in one additional month for follow up x-rays and follow up her fusion.

Todd Fountain, M.D.

TF / C0803
DD: 02/28/2019 09:25:00
DT: 02/28/2019 10:36:25
Job #: 429940 / 2405799

**Electronically signed by Todd E Fountain MD on 03/07/2019 at 9:13 AM**

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*April 19, 2019*
Page 1
Imaging Report

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare

**02/28/2019 - Imaging Report: Cervical spine 2 views**
**Provider: Todd E Fountain MD**
**Location of Care: Semmes-Murphey Clinic**

Cervical spine 2 views
ORDER: 894634-1

PATIENT: Richardson, Shanna
PATIENT ID: 105669
DATE OF BIRTH:

EXAMINATION: Cervical spine 2 views

History:
Postop cervical fusion

Reference:
June 9, 2016

Findings:
Frontal and lateral views of the cervical spine demonstrate anterior cervical disc fusion at C5-6. Alignment is anatomic with no hardware complication. There is mild degenerative disc disease at C4-5. The prevertebral soft tissues are within normal limits.

Impression:
Interval anterior cervical disc fusion at C5-6 with no complication identified.

This report was electronically signed by Dr. Andy Ellzey 2/28/2019 9:36 AM
Workstation: MSIT-CAMPMQPS

Electronically Authenticated by RADIOLOGIST: John Ellzey, M.D.
REPORT: 02/28/2019

**Electronically signed by Todd E Fountain MD on 02/28/2019 at 9:49 AM**

**ASC Humphreys OH**
6325 Humphrey Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*April 19, 2019*
Page 1
Operative Report

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare

**02/13/2019 - Operative Report: C5-6 ACDF**
**Provider: Todd E Fountain MD**
**Location of Care: ASC Humphreys OH**

SEMMES - MURPHEY
NEUROLOGIC & SPINE INSTITUTE
Ambulatory Surgery Center

6325 Humphreys Blvd.
Memphis, TN 38120
901-522-7700

## OPERATIVE REPORT

PHYSICIAN: Todd Fountain, M.D.

ASSISTANT: Megan Wienecke, P.A.

ANESTHESIA: General endotracheal

PREOPERATIVE DIAGNOSIS: C5-6 herniated nucleus pulposus with right C6 radiculopathy.

POSTOPERATIVE DIAGNOSIS: C5-6 herniated nucleus pulposus with right C6 radiculopathy.

PROCEDURE:
1. Anterior cervical diskectomy and fusion at C5-6.
2. Globus Colonial spacer, C5-6.
3. Arthrodesis using local autograft and XEMPLIFI demineralized bone matrix plus, C5-6.
4. Anterior plating using Globus Extend plating system, C5-6.
5. Intraoperative microscope.
6. C-arm fluoroscopy.

COMPLICATIONS: None.

DRAINS: None.

PQRI:
1. Selection of antibiotics: Ancef
2. Administration of antibiotics: Ancef delivered prior to initiation of the surgical intervention.
3. Discontinuation of antibiotics: Antibiotics were stopped immediately after delivery.
4. DVT prophylaxis: Bilateral sequential compression devices were applied to the legs for DVT prophylaxis.

INDICATIONS: Ms. Richardson is a very pleasant 41-year-old female who presents with severe ongoing neck and particularly right arm pain. MRI imaging revealed a herniated nucleus pulposus at C5-6 with neural compression. We discussed the risks, benefits and alternatives of operative intervention. She agreed and wished to proceed with surgery as indicated.

DESCRIPTION OF PROCEDURE: Mrs. Richardson was taken to the operating room at Semmes-

**ASC Humphreys OH**
6325 Humphrey Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*April 19, 2019*
Page 2
Operative Report

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare

Murphey Ambulatory Surgery Center and underwent excellent endotracheal intubation and anesthetic delivery. Following anesthesia, all additional lines were placed and secured. The patient was then transitioned over to the operating room table and placed in a supine position with head on a horseshoe head holder. Chin strap traction was placed and seven pounds of cervical traction were applied. C-arm fluoroscopy was brought into the surgical field and the anticipated region of C5-6 was subsequently marked with a transverse incision in one of the cervical creases. The area was then prepped and draped in the usual sterile fashion. We then stopped for surgical pause to clear the patient's name, number, the planned procedure, position, antibiotic delivery and DVT prophylaxis. Once everyone agreed, we proceeded with the operation. Using 1% Lidocaine with 1:100,000 Epinephrine, this was injected in the subcutaneous tissue of the previously marked area. Using a #10 blade knife, we made a transverse incision over the previous marked area. Using a combination of sharp and blunt dissection as well as monopolar and bipolar cautery, carried down to the platysma and then splitting the platysma along its longitudinal fibers to the medial border of the sternocleidomastoid and carotid esophageal recess down to the anterior border of the cervical spine. C-arm fluoroscopy was used to confirm our level of C5-6. Using monopolar cautery, we then elevated the longus colli from C5 to C6. The wound was then held open using self-retaining McCulloch retractors. The microscope was then brought into the surgical field and the remainder of the operation was done under direct microscopic vision using microsurgical techniques. Using a high speed drill, AM8 bit, we removed the anterior osteophyte from C5-6 and making the bodies flush from 5 to 6. Then using the high speed drill with AM8 bit, paralleled the end plates of C5-6 down to the posterior osteophytes and posterior annulus. There was significant compression on particularly the right aspect with disc herniation behind the posterior longitudinal ligament which was then felt within a rent using a micro blunt hook. Then using #1 followed by #2 Kerrison rongeur, continued to remove the remainder of the posterior osteophytes, posterior annulus and PLL across the canal and into the foramina bilaterally. Once this was complete, the area was well decompressed. An 8 mm. trial was then attempted and it was an excellent fit. It was replaced with an 8 mm. Colonial spacer filled with autologous bone graft obtained from bone shavings and XEMPLIFI demineralized bone matrix plus. This was then gently recessed into place. The chin strap traction was then subsequently removed and a 16 mm. Globus Extend one level plate was selected and placed from C5 to C6. It was then secured using 15 mm. self-drilling self-tapping screws. We placed two in the C5 body and two in the C6 body and then final locked into place. The area was then thoroughly irrigated. Hemostasis was obtained. The wound was then closed in anatomic layers using 2-0 Vicryl interrupted suture for the platysma, 3-0 Vicryl interrupted suture subcuticular and Mastisol and Steri-Strips for the skin. The wound was dressed sterilely. The patient was allowed to awake from anesthesia, extubated and taken to her room for further recovery. All counts were correct prior to closure. No complications.

TODD FOUNTAIN, M.D.

D: 2-13-2019
T: 2-14-2019
#: 427473/sd

**Electronically signed by Todd E Fountain MD on 02/14/2019 at 10:28 AM**

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*April 19, 2019*
Page 1
Office Visit

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare

→ **01/28/2019 - Office Visit: Follow up**
**Provider: Todd E Fountain MD**
**Location of Care: Semmes-Murphey Clinic**

## History of Present Illness

**Referred by:** Apurva Dalal MD
**History from:** patient
**Reason for visit:** Follow-up
**Chief Complaint:** surgical evaluation

Mrs. Richardson is a very pleasant 41-year-old female who presents now with ongoing neck and right arm pain, numbness, and weakness. Mrs. Richardson states that it was seen by Megan Wienecke, PA, and underwent MR imaging of the cervical spine. She states that, initially, she was having pain that was predominant left-sided pain. She has since had a left shoulder surgery and that has improved her left-sided symptoms, but she has remained with neck pain on the right extending through the right cervical musculature into the upper to mid scapula into the arm through a C6 distribution on the right arm. She states that this affects mostly her flexion of the arm and states that it does affect grip strength she feels like. She has tried epidural injections and has had multiple over the past year. She states that they initially helped her for a period of time, but it became less and less effective. She also had a recent trigger point injection with Dr. Amber Graham and states that that provided her no benefit in regard to her neck pain nor her arm symptoms. Her MR imaging of the cervical spine reveals degenerative segmental disk disease most prominently right C5-6 with compression against the thecal sac and particularly the right foramen and lateral recess. The 4-5 level has a small disk protrusion towards the left but no active compression. Her spinal cord has no significant compression. There is no cord signal change.

## Past Medical History:

Reviewed and updated today:
- Neuropathy
- Osteoarthritis
- High Blood Pressure
- Migraines
- Anxiety
- Depression

## Past Surgical History:

Reviewed history from 01/24/2019 and no changes required:
- Hysterectomy
- C-Section

## Social History Summary:

**Social History Reviewed:** 01/28/2019
**Previous Social History:**
Patient has never smoked.
Patient has never used smokeless tobacco.

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*April 19, 2019*
Page 2
Office Visit

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare

Alcohol Use: N
Drug Use: N
Regular Exercise: N
Religion Affecting Care: N

## Family History Summary:

**Family History Reviewed:** 01/28/2019
Family History of Stroke for Mother - Entered On: 10/15/2018
Family History of Seizures for Mother - Entered On: 10/15/2018
Family History of Hypertension for Mother - Entered On: 10/15/2018
Family History of Heart Disease for Mother - Entered On: 10/15/2018
Family History of Heart Disease for Mother - Entered On: 1/24/2019
Family History of Diabetes for Mother - Entered On: 10/15/2018

**Current Allergies (reviewed today):**
CODEINE (Critical)
PERCOCET (OXYCODONE-ACETAMINOPHEN) (Critical)
LORTAB (Critical)

**Current Medications (including changes made in today's visit):**
GABAPENTIN 400 MG ORAL CAPSULE (GABAPENTIN) one capsule po bid; Route: ORAL
ZANAFLEX 4 MG ORAL CAPSULE (TIZANIDINE HCL) 1 cap po q 8h; Route: ORAL
LOSARTAN POTASSIUM 25 MG ORAL TABLET (LOSARTAN POTASSIUM) 1 tab po qd; Route: ORAL
NORVASC 5 MG ORAL TABLET (AMLODIPINE BESYLATE) 1 tab po qd; Route: ORAL
TRAMADOL HCL 50 MG ORAL TABLET (TRAMADOL HCL) 1 tab po q 6hrs prn; Route: ORAL

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 41 Years Old Female |
| Height: | 63 inches (160.02 cm) |
| Weight: | 223.6 pounds (101.42 kg) |
| BMI: | 39.60 |
| Pulse rate: | 105 / minute |
| BP Sitting: | 158 / 90 (right arm) |
| Cuff size: | regular |

Medications: Medications were reviewed with the patient during this visit.
Allergies: Allergies were reviewed with the patient during this visit.

Vitals Entered By: Candice Henson MA (January 28, 2019 11:37 AM)

**Physical Exam:**
On physical examination, she is awake, alert, and oriented. Her mental and language functions are

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare

normal. Cranial nerves II through XII are normal. She has normal strength in bilateral upper and lower extremities to manual testing. Her reflexes are normal and symmetric with the exception of a decrease in her right brachioradialis. She does get a positive Spurling's towards the right which induces C6 radicular symptoms, negative towards the left. Her Lhermitte's is negative. She has no pathologic findings, no Babinski's, no Hoffmann's, no clonus. She does have tenderness to palpation over the cervical musculature particularly over the right posterior cervical musculature and trapezius.

## MIPS Quality Measures:

**Measure 110** G8482: Received flu shot or previously received during reporting period
**Measure 130** G8427 : EP attests to documenting in the chart they obtained, updated, or reviewed the patient's current medications
**Measure 317** G8950 : Pre-Hypertensive or Hypertensive BP reading documented, and F/U is documented. Patient is to follow up with PCP or specialist to have their blood pressure treated.
**Measure 236** G8753 : Most recent systolic blood pressure greater than or equal to 140 mmHg
**Measure 236** G8755 : Most recent diastolic blood pressure greater than or equal to 90 mmHg
**Measure 128** G8417 : BMI is documented above normal parameters and a F/U plan is documented. Patient is to follow up with PCP or specialist for nutrition counseling.
**Measure 226** 1036F : Non-user of tobacco

**New Problems:**
Cervical spondylosis with radiculopathy (ICD-723.4) (ICD10-M47.22)
Cervical disc herniation at C5-C6 level with radiculopathy (ICD10-M50.122)

**Orders:**
99213 Ofc Vst, Est Level III
G8482 INFLUENZA IMMUN ADMIN/PREV RECV
G8417 BMI documented above normal limits & F/U plan is documented
G8427-LIST CUR MEDS W/DOSAGES DOC BY PROV
1036F: CURRENT TOBACCO NON-USER
G8753 Most recent systolic blood pressure >= 140mmhg
G8755 Most recent diastolic blood pressure >= 90mmhg
G8950 Pre-hypertensive or hypertensive BP reading documented, & F/U documented

Refer to Surgery

## Impression:

C5-6 spondylosis and disk protrusion with right C6 radiculopathy.

## Plan:

I discussed with Mrs. Richardson treatment options at this time. She has tried multiple forms of medical management and has unfortunately failed. She does have neural compression for right-sided C5-6 segment, and I think that this is possible to benefit her in regard to an anterior cervical diskectomy and fusion at C5-6. I discussed with her that this would alleviate the neural compression at this component but that it cannot guarantee that it will eliminate all neck pain. She understands and wishes to proceed with surgery. We discussed the risks, benefits, and alternatives including infection, wound healing difficulty, bleeding, cerebrospinal fluid leak, failure to treat all symptoms, new or worsening neurologic symptoms,

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*April 19, 2019*
Page 4
Office Visit

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare

swallowing difficulties, voice changes, failure of fusion, failure of hardware. She is a nonsmoker. She understands and wishes to proceed with anterior cervical diskectomy and fusion, C5-6, using Globus Colonial spacer, C5-6; arthrodesis using local autograft and Xemplifi demineralized bone matrix; and anterior plating using Globus Xtend plating system.

Todd Fountain, M.D.

TF / 8029
DD: 01/28/2019 11:17:00
DT: 01/28/2019 17:21:36
Job #: 424942 / 2375809

**Patient Education:**
**Patient was given Educational handouts in office today by** Fountain MD, Todd

**Electronically signed by Todd E Fountain MD on 01/30/2019 at 8:43 AM**

The Imaging Center
At Wolf River

7600 WOLF RIVER BOULEVARD
SUITE 100
GERMANTOWN TN 38138
Phone: (901) 312-4033
Fax: (844) 622-3087

| | | | |
|---|---|---|---|
| **To:** | **APURVA DALAL**<br>**TRI-STATE ORTHOPAEDICS, LLC**<br>**GERMANTOWN**<br>**7656 POPLAR PIKE**<br>**GERMATNOWN TN 38138**<br>**Phone: 9013332525**<br>**Fax: 9017866635** | **Patient Name:**<br>**MRN #:**<br><br>**Phone:**<br>**DOB:**<br>**Exam Start:** | **SHANNA RICHARDSON**<br>**1900062338**<br><br><br><br>**10/10/2018** |

**Exam: MRI CERVICAL SPINE WO CONTRAST 72141**
**72141**

EXAMINATION: Cervical spine MRI
HISTORY: 41-year-old female with a provided history of cervical radiculopathy, patient indicates neck pain for 2 years left arm pain and bilateral arm numbness/tingling and weakness

Technique High field cervical spine MRI performed without contrast administration, including sagittal T1, T2 and MPGR and axial T2 and MPGR sequences.

Interpreting Radiologist: Alan Eisenberg, M.D.

Reference: None

Findings:

As positioned there is mild cervicothoracic scoliosis. No abnormal cord signal is apparent.

C2/3: No spinal canal or foraminal narrowing

C3/4: Mild left foraminal narrowing.

C4/5 : Mild spondylosis eccentric to the left produces mild dural sac compression and there is mild to moderate left foraminal narrowing.

C5/6: Moderate spondylosis eccentric to the right produces dural sac compression without overt spinal stenosis. Mild left and mild to moderate right foraminal stenosis and mild to moderate right lateral recess stenosis is observed.

C6/7: Minimal spondylosis

C7/T1: No spinal canal or foraminal narrowing

**n0180992**

---

**From:** Raines Woodley, Rose
**Sent:** Wednesday, March 27, 2019 9:21:16 AM
**To:** 'Pete Grumbles'
**Subject:** RE: Cl#7164999 Shanna Richardson
**Attachments:** image001.png; image002.png; image003.png; image004.png; image005.png; image006.png; image007.jpg

Good morning Pete,

Thanks so much for the update. We will be in touch after review of the updated medical records.

If you could please provide us with updates following her next office visit such as her ongoing treatment plan, next office visit date, any other treating providers, and her current restrictions and limitations that would be most helpful in managing her claim ongoing.

Thanks and have a great day!

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Rose Raines Woodley**
Sr. LTD Specialist

Disability Claims

**Lincoln Financial Group**

P.O. Box 7216

London, KY 40742-7216

844-556-3278 ext 18339 Office

603-430-1748 Fax

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

**From:** Pete Grumbles [mailto:pete@johnedunlap.com]
**Sent:** Tuesday, March 26, 2019 6:17 PM
**To:** Raines Woodley, Rose <Rose.RainesWoodley@lfg.com>
**Subject:** Cl#7164999 Shanna Richardson

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Mrs. Raines,

We have received your fax indicating that Lincoln will be restoring Ms. Richardson's previously suspended benefits. We've spoken with our client on the need to send you Dr. Fountain's medical records, per our client, she we have them sent to us on Thursday after her next appointment visit. If you need anything further, please feel free to contact us.

Truly Yours,

Pete Grumbles

Office Manager/Paralegal

Law Office of John E. Dunlap
3294 Poplar Avenue, Suite 240

Memphis, TN 38111
Phone 901-320-1603
Fax 901-320-6914

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | March 26, 2019 |
| To: | DR. TODD FOUNTAIN<br>6325 HUMPHREYS BLVD<br>MEMPHIS TN 38120 |
| Attn: | Medical Records |
| Fax: | (901) 259-0133 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages<br>(Including Cover): | 7 |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

March 26, 2019

Dr. Todd Fountain
6325 HUMPHREYS BLVD
MEMPHIS, TN 38120

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Todd Fountain:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 13, 2019 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by April 8, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1748 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: Restrictions Form
7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.06.2018

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

# Restrictions Form

**Return To:** Rose Raines Woodley

| Shanna Richardson | | 7164999 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ______________
   **DATE LAST TREATED** — ______________
   **NEXT OFFICE VISIT** — ______________
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ______________ **TO** ______________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ______________ **TO** ______________.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

0U310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative ______________

Date of Birth: ______ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original.**

0U310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative ______________

Date of Birth: ______ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original**

0U310180090

**AUTHORIZATION TO DISCUSS CASE WITH LAWYER**

I, Shanna Richardson, grant The Liberty Mutual Insurance Company to discuss my Long Term Disability claim with The Law Offices of John E Dunlap,PC. This authorization includes all of Liberty's employees, attorneys, agents or representatives. The Plan Number is 7164999 and the ID is 7164999. In the event disability benefits are authorized and payable, I authorize Liberty to mail the check to The Law Offices of John E Dunlap,PC, 3294 Poplar Avenue #240, Memphis, TN 38111. This authorization shall remain in full force until terminated by Shanna Richardson in writing.

Shanna Richardson

October 19, 2018

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | March 26, 2019 |
| To: | JOHN DUNLAP<br>THE LAW OFFICES OF JOHN E. DUNLAP<br>3294 POPLAR AVENUE<br>#240<br>MEMPHIS TN 38111 |
| Attn: | |
| Fax: | (901) 320-6914 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages (Including Cover): | 3 |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

March 26, 2019

John E. Dunlap
The Law Offices of John E. Dunlap
3294 POPLAR AVENUE
#240
MEMPHIS, TN 38111

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson

Dear John Dunlap:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to Shanna Richardson's claim for LTD benefits under the Policy.

We are currently reviewing Ms. Richardson's eligibility for continued disability benefits, and are in need of additional information.

On March 26, 2019, we requested medical records from Dr. Fountain. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of Ms. Richardson's eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from February 14, 2019 through the present from all treating providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to Ms. Richardson's disability within the timeframe stated above.

Nike, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, Ms. Richardson provide proof of disability within a required timeframe. Her cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by May 9, 2019, 45 days from the date of this request, Ms. Richardson's benefits will be suspended. If we do not receive all of this requested

information by June 10, 2019, 30 days from the date of suspension, her claim will be closed.

We ask that Ms. Richardson provide us with this information no later than May 9, 2019 as required under the terms of the Policy.

If Ms. Richardson has any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

CC: Shanna Richardson

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

MS SHANNA RICHARDSON

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

March 26, 2019

John E. Dunlap
The Law Offices of John E. Dunlap
3294 POPLAR AVENUE
#240
MEMPHIS, TN 38111

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson

Dear John Dunlap:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to Shanna Richardson's claim for LTD benefits under the Policy.

We are currently reviewing Ms. Richardson's eligibility for continued disability benefits, and are in need of additional information.

On March 26, 2019, we requested medical records from Dr. Fountain. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of Ms. Richardson's eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from February 14, 2019 through the present from all treating providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to Ms. Richardson's disability within the timeframe stated above.

Nike, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, Ms. Richardson provide proof of disability within a required timeframe. Her cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by May 9, 2019, 45 days from the date of this request, Ms. Richardson's benefits will be suspended. If we do not receive all of this requested

information by June 10, 2019, 30 days from the date of suspension, her claim will be closed.

We ask that Ms. Richardson provide us with this information no later than May 9, 2019 as required under the terms of the Policy.

If Ms. Richardson has any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

CC: Shanna Richardson

**n0180992**

---

**From:** Raines Woodley, Rose
**Sent:** Tuesday, March 26, 2019 5:13:50 PM
**To:** 'HR Direct Americas'
**Cc:** Omalley, Sarah
**Subject:** ADA - LTD Claim Reopened 3/23/2019
**Attachments:** image001.png; image002.png; image003.png; image004.png; image005.png; image006.png

Employee: Shanna RIchardson

EEID: 321409

LTD Claim #: 7164999

Good afternoon,

Please be advised that we have reopened the LTD claim for the above employee effective March 23, 2019.

Please let me know if you have any questions.

Thanks,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Rose Raines Woodley**
Sr. LTD Specialist

Disability Claims

**Lincoln Financial Group**

P.O. Box 7216

London, KY 40742-7216

844-556-3278 ext 18339 Office

603-430-1748 Fax

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | March 26, 2019 |
| To: | JOHN DUNLAP<br>THE LAW OFFICES OF JOHN E. DUNLAP<br>3294 POPLAR AVENUE<br>#240<br>MEMPHIS TN 38111 |
| Attn: | |
| Fax: | (901) 320-6914 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages<br>(Including Cover): | 2 |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

March 26, 2019

John E. Dunlap
The Law Offices of John E. Dunlap
3294 POPLAR AVENUE
#240
MEMPHIS, TN 38111

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson

Dear John Dunlap:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to Shanna Richardson's claim for LTD benefits under the Policy.

Please refer to our March 13, 2019 correspondence, which advised Ms. Richardson that benefits were suspended as of March 23, 2019. On March 21, 2019 we received the requested information. Upon review of the updated records we have determined that Ms. Richardson is eligible for ongoing disability benefits. Therefore, her benefits have been reinstated and Ms. Richardson will receive benefits dating back to March 23, 2019.

To avoid an overpayment on her claim please notify our office immediately if Ms. Richardson has returned to work or she begins receiving other income as outlined in her LTD Policy.

If Ms. Richardson has any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

3294 Poplar Ave #240
Memphis, TN 38111
901-320-1603
901-320-6914
www.bankruptcyintn.com

**Law Office of John E. Dunlap, P.C.**

# Fax

| | |
|---|---|
| **To:** Rose Raines | **From:** John E. Dunlap, Esq. |
| **Fax:** 603-430-1748 | **Pages:** 2 |
| **Phone:** 855-832-9412 | **Date** 10/08/2018 |
| **Re:** Shanna Richardson CL# 7164999 | **cc:** |

☒ Urgent ☒ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Comments: Ms. Raines,

Here are some records that were not submitted to you regarding our client. Please review them and take them into consideration regarding your decision to deny our client LTD benefits.

Truly,

Pete Grumbles
Paralegal

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*March 18, 2019*
Page 1
Operative Report

**Shanna L. Richardson**
Female DOB: 7 PID: 105669 Ins: BlueCare

**02/13/2019 - Operative Report: C5-6 ACDF**
**Provider: Todd E Fountain MD**
**Location of Care: ASC Humphreys OH**

SEMMES - MURPHEY
NEUROLOGIC & SPINE INSTITUTE
Ambulatory Surgery Center

6325 Humphreys Blvd.
Memphis, TN 38120
901-522-7700

## OPERATIVE REPORT

PHYSICIAN: Todd Fountain, M.D.

ASSISTANT: Megan Wienecke, P.A.

ANESTHESIA: General endotracheal

PREOPERATIVE DIAGNOSIS: C5-6 herniated nucleus pulposus with right C6 radiculopathy.

POSTOPERATIVE DIAGNOSIS: C5-6 herniated nucleus pulposus with right C6 radiculopathy.

PROCEDURE:
1. Anterior cervical diskectomy and fusion at C5-6.
2. Globus Colonial spacer, C5-6.
3. Arthrodesis using local autograft and XEMPLIFI demineralized bone matrix plus, C5-6.
4. Anterior plating using Globus Extend plating system, C5-6.
5. Intraoperative microscope.
6. C-arm fluoroscopy.

COMPLICATIONS: None.

DRAINS: None.

PQRI:
1. Selection of antibiotics: Ancef
2. Administration of antibiotics: Ancef delivered prior to initiation of the surgical intervention.
3. Discontinuation of antibiotics: Antibiotics were stopped immediately after delivery.
4. DVT prophylaxis: Bilateral sequential compression devices were applied to the legs for DVT prophylaxis.

INDICATIONS: Ms. Richardson is a very pleasant 41-year-old female who presents with severe ongoing neck and particularly right arm pain. MRI imaging revealed a herniated nucleus pulposus at C5-6 with neural compression. We discussed the risks, benefits and alternatives of operative intervention. She agreed and wished to proceed with surgery as indicated.

DESCRIPTION OF PROCEDURE: Mrs. Richardson was taken to the operating room at Semmes-

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:



**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare

Murphey Ambulatory Surgery Center and underwent excellent endotracheal intubation and anesthetic delivery. Following anesthesia, all additional lines were placed and secured. The patient was then transitioned over to the operating room table and placed in a supine position with head on a horseshoe head holder. Chin strap traction was placed and seven pounds of cervical traction were applied. C-arm fluoroscopy was brought into the surgical field and the anticipated region of C5-6 was subsequently marked with a transverse incision in one of the cervical creases. The area was then prepped and draped in the usual sterile fashion. We then stopped for surgical pause to clear the patient's name, number, the planned procedure, position, antibiotic delivery and DVT prophylaxis. Once everyone agreed, we proceeded with the operation. Using 1% Lidocaine with 1:100,000 Epinephrine, this was injected in the subcutaneous tissue of the previously marked area. Using a #10 blade knife, we made a transverse incision over the previous marked area. Using a combination of sharp and blunt dissection as well as monopolar and bipolar cautery, carried down to the platysma and then splitting the platysma along its longitudinal fibers to the medial border of the sternocleidomastoid and carotid esophageal recess down to the anterior border of the cervical spine. C-arm fluoroscopy was used to confirm our level of C5-6. Using monopolar cautery, we then elevated the longus colli from C5 to C6. The wound was then held open using self-retaining McCulloch retractors. The microscope was then brought into the surgical field and the remainder of the operation was done under direct microscopic vision using microsurgical techniques. Using a high speed drill, AM8 bit, we removed the anterior osteophyte from C5-6 and making the bodies flush from 5 to 6. Then using the high speed drill with AM8 bit, paralleled the end plates of C5-6 down to the posterior osteophytes and posterior annulus. There was significant compression on particularly the right aspect with disc herniation behind the posterior longitudinal ligament which was then felt within a rent using a micro blunt hook. Then using #1 followed by #2 Kerrison rongeur, continued to remove the remainder of the posterior osteophytes, posterior annulus and PLL across the canal and into the foramina bilaterally. Once this was complete, the area was well decompressed. An 8 mm. trial was then attempted and it was an excellent fit. It was replaced with an 8 mm. Colonial spacer filled with autologous bone graft obtained from bone shavings and XEMPLIFI demineralized bone matrix plus. This was then gently recessed into place. The chin strap traction was then subsequently removed and a 16 mm. Globus Extend one level plate was selected and placed from C5 to C6. It was then secured using 15 mm. self-drilling self-tapping screws. We placed two in the C5 body and two in the C6 body and then final locked into place. The area was then thoroughly irrigated. Hemostasis was obtained. The wound was then closed in anatomic layers using 2-0 Vicryl interrupted suture for the platysma, 3-0 Vicryl interrupted suture subcuticular and Mastisol and Steri-Strips for the skin. The wound was dressed sterilely. The patient was allowed to awake from anesthesia, extubated and taken to her room for further recovery. All counts were correct prior to closure. No complications.

TODD FOUNTAIN, M.D.

D: 2-13-2019
T: 2-14-2019
#: 427473/sd

**Electronically signed by Todd E Fountain MD on 02/14/2019 at 10:28 AM**

---

**n0180992**

---

**From:** Raines Woodley, Rose
**Sent:** Wednesday, March 13, 2019 5:34:57 PM
**To:** HR Direct Americas
**Cc:** Omalley, Sarah
**Subject:** ADA - Shanna Richardson - EE ID 321409 - LTD Closed
**Attachments:** image007.png; image008.png; image009.png; image010.png; image011.png; image012.png

Good afternoon,

Please be advised that Shanna Richardson's LTD claim has been closed effective 3/23/2019.

Please let me know if you have any questions.

Thank you so much,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Rose Raines Woodley**
Sr. LTD Specialist

Disability Claims

**Lincoln Financial Group**

P.O. Box 7216

London, KY 40742-7216

844-556-3278 ext 18339 Office

603-430-1748 Fax

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | March 13, 2019 |
| To: | JOHN DUNLAP<br>THE LAW OFFICES OF JOHN E. DUNLAP<br>3294 POPLAR AVENUE<br>#240<br>MEMPHIS TN 38111 |
| Attn: | |
| Fax: | (901) 320-6914 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages<br>(Including Cover): | 7 |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

March 13, 2019

John E. Dunlap
The Law Offices of John E. Dunlap
3294 POPLAR AVENUE
#240
MEMPHIS, TN 38111

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson

Dear John Dunlap:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to Shanna Richardson's claim for LTD benefits under the Policy.

We have completed a thorough review of her eligibility for benefits and have determined that benefits are not payable. Nike, Inc.'s LTD Policy requires that to be eligible for benefits Ms. Richardson must meet the following definition of disability:

> ***"Disability"*** *or* ***"Disabled"*** *means:*
>
> 1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *Applicable to Class 1:*
>
> a. *if the Covered Person is eligible for the Maximum Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*
>
> *Applicable to Class 2:*
>
> b. i. *if the Covered Person is eligible for the 24 Month Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or*

*Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

***"Disability"** or **"Disabled"** means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

***"Any Occupation"** means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

In order to evaluate whether or not Ms. Richardson has met the above definition of disability, we requested medical information from her physician(s).

Ms. Richardson submitted a claim for cervical radiculopathy and her claim file contains the following medical documentation:

- Shanna Richardson - Claimant Supplementary Statement
- Unknown Provider - Plan of Care
- 03/20/2015 walgreen - Prescription: 03/20/2015-03/19/2017
- 08/27/2015 Whitney Tolbert, NP - Progress Reports/Notes: 08/27/2015, 02/17/2016, 05/24/2016, 06/09/2016,
- 07/12/2016, 09/22/2016, 09/28/2016, 01/31/2017
- 12/01/2015 Baptist Memorial Health Care - Laboratory Report
- 02/08/2016 Houston Graves - X-Ray of the Cervical Spine
- 10/04/2016 Whitney Tolbert, NP - Certification of health care provider for employee serious condition
- 10/25/2016 Ashley Park, MD - Office Visit: 10/25/2016, 11/08/2016, 11/23/2016, 01/10/2017
- 11/02/2016 Mid-South Images - MRI of the Cervical Spine
- 01/10/2017 Cambell Clinic - Order Sheet
- 02/10/2017 Whitney Tolbert, NP - Correspondence
- 03/06/2017 Mohammad Assaf, MD - Office Visit: 03/06/2017, 04/03/2017, 04/04/2017, 04/18/2017
- 04/11/2017 Saint Francis Hospital - X-ray of the Cervical Spine
- 04/19/2017 Teresa Smith, FNP-C - Office Visit
- 05/15/2017 Michael Steuer, MD - Office Visit: 05/15/2017, 08/02/2017, 07/10/2017, 08/21/2017, 12/12/2017
- 05/23/2017 Holly Keel FNPC/Michael Steuer, MD - Office Visit: 05/23/2017, 06/27/2017, 08/02/2017, 09/26/2017
- 10/17/2017 Michael Steuer, MD - Procedure Note
- 11/13/2017 Holly Keel FNPC - Office Visit

- 01/04/2018 Allison Warren, MD - Office Visit
- 01/09/2018 Apurva Dalal, MD - Restriction From
- 01/18/2018 Anne Marie Reidy, MD - Progress Reports/Notes
- 01/18/2018 GenPath Diagnostics - Laboratory Report
- 02/15/2018 Unknown Provider - Office Visit
- 04/30/2018 Gerrie Walters, FNP-C - Office Visit
- 08/01/2018 Diagnostic Imaging Consultation - MRI of the Left Shoulder
- 09/17/2018 Allison Warren, MD - OB Episode Summary
- 10/03/2018 Apurva Dalal, MD - Office Visit: 10/03/2018, 11/14/2018, 12/07/2018
- 10/10/2018 The Imaging Center at Wolf River - MRI of the Cervical Spine
- 10/15/2018 Shanna Richardson - Authorization for the Release of Information Including Protected Health Information
- 10/15/2018 Shanna Richardson - Claimant Information From
- 10/15/2018 Shanna Richardson - Activities Questionnaire
- 10/15/2018 Megan Wienecke, PA-C - Office Visit: 10/15/2018, 01/16/2019, 01/18/2019

In order to understand the severity of your condition and associated restrictions and limitations, your file was reviewed by a Board Certified Orthopedic Surgeon who contacted your treating providers and opined as follows:

*"The impairing diagnosis is cervical radiculopathy.*

*The claimant is status post an arthroscopic SLAP repair performed by Dr. Dalal on 10/23/18. Full recovery from this procedure can take up to 6 months. Currently, the claimant is 4 months postoperative and Dr. Dalal recommended restrictions of no lifting with left upper extremity, no performing overhead activity for the dates of 10/23/18-2/1/19. These restrictions are reasonable after a shoulder arthroscopy. In order to support impairment from 2/1/19 onward, additional office visits from Dr. Dalal are necessary. Regarding cervical pain, the claimant has consistent documentation of cervical pain with decreased strength in her upper extremities. At the last visit with PA Wienecke, it was documented generalized 4-4-/5 strength. Her latest cervical spine MRI dated 10/10/18 documented degenerative changes at C4-5, C5-6 with no high grade foraminal compromise. Past treatments have included multiple epidural steroid injections as well as radiofrequency ablation.*

*Reasonable work restrictions due to this diagnosis would be no lifting/pushing/pulling/carrying greater than 25 pounds occasionally, 10 pounds frequently. These should be reassessed in 3-6 months.*

- *02/06/19 02:10 PM CST- A peer-to-peer call was attempted with Dr. Apurva Dalal at (901) 333-2525. A message was left with Office Voicemail providing case details, report due times, and a call back number.*
- *02/11/19 04:00 PM EST- A peer-to-peer call was attempted with Dr. Apurva Dalal at (901) 333-2525. A message was left with Dr. Dalal providing case details, report due times, and a call back number.*
- *02/06/19 02:15 PM CST- A peer-to-peer call was attempted with Dr. Todd Fountain (back surgeon)/ Megan Wienecke NP at 901) 522-7700. A message was left with Office Voicemail providing case details, report due times, and a call back number.*

- *02/11/19 04:00 PM HST- A peer-to-peer call was attempted with Dr. Todd Fountain (back surgeon)/ Megan Wienecke NP at 901) 522-7700. A message was left with nurse VM line providing case details, report due times, and a call back number.*"

Additionally, her file was referred to a Vocational Specialist to conduct a vocational analysis of her current capabilities, training, education, and experience. The review identified her transferable skills as:

**Skills & Abilities:** Using hands to carry and pull objects of varying weights; performing routine work repeatedly; following simple instructions; working outside; using an assortment of tools and equipment to shovel materials, clean work areas, and oil machinery; and working under hazardous conditions. Applying basic math skills and visual abilities to maintain records, conduct inventories, and estimate quantities; verifying completeness of articles shipped or received; using hands and fingers to pack, store, or sort articles; and lifting and handling bulky materials and products. Using common sense and special skills in attending to the needs of
a specific individual or group; following oral and written instructions; using eyes, hands, and fingers to handle equipment and instruments and collect medical data; and adapting to emergencies and frequent changes in job duties.

**Profile Adjustments:** Strength and Physical: adjusted to reflect restrictions noted.

**Situations:** Working under specific instructions adjusted to yes. Material Handlers must follow specific instructions on where to load and unload items in order for products to go in the proper places.

**Data/People/Things**: Data: Coordinating and Analyzing adjusted to yes. Shipping and Receiving Clerks coordinate and analyze inform related to the shipping information to ensure the products are being properly processed. People: Speaking-Signaling adjusted to yes. Material Handlers speak with co-workers and supervisors regarding the flow of products and any issues. Things: Operating-Controlling and Tending adjusted to yes. Material Handlers operate equipment such as pallet jacks and fork lifts. They tend to the equipment and to the products they handle.

Based on our review of the information contained in Ms. Richardson's claim file we have determined that she can perform, with reasonable continuity, the material and substantial duties of the following occupation(s) based on her capacity and skill level:

**Examples of Occupations identified based on National labor market and claimants ability profile analysis:**

| **Occupation** | **National Monthly Wage** |
|---|---|
| Ticket Taker | $1,735 |
| Usher | $1,735 |
| Sales Attendant | $1,934 |
| Laundry Worker III | $2,174 |
| Guard, Security | $2,241 |

**Wage Information is based on median 2017 Bureau of Labor Statistical Data*

We agree that from March 13, 2019 through March 22, 2019, Ms. Richardson was unable to perform the material and substantial duties of her occupation as a material handler at Nike, Inc.. However, as of March 23, 2019, Ms. Richardson's claim is evaluated based on her ability to perform the material and substantial duties of her own or any other occupation for which Ms. Richardson is or she becomes reasonably fitted by training, education, age and physical and mental capacity.

Therefore, she does not meet Nike, Inc.'s definition of disability beyond March 22, 2019. Benefits will be paid through March 22, 2019, and your claim is closed as of March 22, 2019.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), Ms. Richardson may request a review of this denial by writing to the address below:

Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons Ms. Richardson feels her claim should not have been denied. In her request for review please include the following documentation:

Office visit notes, diagnostic test results, and procedure reports dated February 1, 2019 to the present from any and all treating providers.

You should also provide any additional information that you feel will support her claim.

Ms. Richardson is entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive her written request for review within 180 days from the receipt of this notice, our claim decision will be final, her file will remain closed, and no further review will be conducted.

Under normal circumstances, Ms. Richardson will be notified of the final decision within 45 days from the date her request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, Ms. Richardson will be notified of the final decision no later than 90 days from the date her request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If Ms. Richardson has any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

# Transferable Skills Analysis

**Date:** 3/11/2019
**Claimant:** Shanna Richardson
**Claim #:** 7164999
**Policyholder:** Nike, Inc.

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess Ms. Richardson's transferable skills to determine if alternative occupations exist in the national economy.

**The following documentation was reviewed:**
Job Description, DOT, TEE, dated 2/6/2017, OA completed by Kathleen Regan, VCM, dated 4/26/2017, & Peer Review from Dr. Margaret Harvey, DO, dated 2/15/2019.

**Education & Training:**
Education: High school diploma, Vocational training at Baptist College of Health Sciences

Certifications/Licensures: Certified nursing assistant

Last 15 years of Work History:

**Work History:**

| DOT Code | Job Title/Occupation Title | SVP | Yrs | Strength |
|---|---|---|---|---|
| 929.687-030 | Material Handler | 3 | 1 | H |
| 222.387-050 | Shipping and Receiving Clerk | 5 | 1 | M |
| 355.674-014 | Nurse Assistant | 4 | 2 | M |

**Restrictions and Limitations:**
Restrictions and Limitations used for this analysis was based off of
Peer Review dated 2/15/2019 completed by Dr. Margaret Harvey, DO:

- No lifting, pushing, pulling, carrying greater than 25 pounds occasionally, 10 pounds frequently

**Skills & Abilities:** Using hands to carry and pull objects of varying weights; performing routine work repeatedly; following simple instructions; working outside; using an assortment of tools and equipment to shovel materials, clean work areas, and oil machinery; and working under hazardous conditions. Applying basic math skills and visual abilities to maintain records, conduct inventories, and estimate quantities; verifying completeness of articles shipped or received; using hands and fingers to pack, store, or sort articles; and lifting and handling bulky materials and products. Using common sense and special skills in attending to the needs of a specific individual or group; following oral and written instructions; using eyes, hands, and fingers to handle equipment and instruments and collect medical data; and adapting to emergencies and frequent changes in job duties.

**Profile Adjustments:** Strength and Physical: adjusted to reflect restrictions noted.

Situations: Working under specific instructions adjusted to yes. Material Handlers must follow specific instructions on where to load and unload items in order for products to go in the proper places.

Data/People/Things: Data: Coordinating and Analyzing adjusted to yes. Shipping and Receiving Clerks coordinate and analyze inform related to the shipping information to ensure the products are being properly processed. People: Speaking-Signaling adjusted to yes. Material Handlers speak with co-workers and supervisors regarding the flow of products and any issues. Things: Operating-Controlling and Tending adjusted to yes. Material Handlers operate equipment such as pallet jacks and fork lifts. They tend to the equipment and to the products they handle.

**Examples of Occupations identified based on National labor market and claimants ability profile analysis:**

| DOT Code | Occupation | SVP | Str | National Monthly Wage |
|---|---|---|---|---|
| 344.667-010 | Ticket Taker | 2 | L | $1,735 |
| 344.677-014 | Usher | 2 | L | $1,735 |
| 299.677-010 | Sales Attendant | 2 | L | $1,934 |
| | Laundry Worker III | 3 | L | $2,174 |
| 372.667-034 | Guard, Security | 3 | L | $2,241 |

**Wage Information is based on median 2017 Bureau of Labor Statistical Data*

**Summary:**

***Occupations Identified:***
The Transferable Skills Analysis identified occupations are within Ms. Richardson's physical abilities and within her identified skill level. The following are examples of occupations Ms. Richardson could perform: Ticket Taker; Usher; Sales Attendant; Laundry Worker III; Guard, Security.

I have not met with Ms. Richardson for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

Megan Provost, MA, CRC
Vocational Case Manager

**Name:** **SSN:**
**Case:**

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CW | Uses CW | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 929.687-030 | Material Handler | 3 | 1 | 0 | Y | N | N | H | 05.12.03 |
| 222.387-050 | Shipping and Receiving Clerk | 5 | 1 | 0 | Y | N | N | M | 05.09.01 |
| 355.674-014 | Nurse Assistant | 4 | 2 | 0 | Y | N | N | M | 10.03.02 |

**Name:** **SSN:**
**Case:**

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | Changed From | Changed To |
|---|---|---|
| **Specific Vocational Preparation** | | |
| Maximum | 5 (6 months to 1 year) | No Change |
| Minimum | 3 (1 to 3 months) | 1 (Short demo only) |
| **General Educational Development** | | |
| Reasoning | 3 Grades 7-8 | No Change |
| Mathematics | 3 Grades 7-8 | No Change |
| Language | 2 Grades 4-6 | No Change |

**Physical Demands**

| | | |
|---|---|---|
| Strength | Maximum H Heavy | L Light |
| | Minimum M Medium | S Sedentary |
| Climbing | Occasionally | No Change |
| Balancing | Occasionally | No Change |
| Stooping | Occasionally | No Change |
| Kneeling | Occasionally | No Change |
| Crouching | Occasionally | No Change |
| Crawling | Occasionally | No Change |
| Reaching | Frequently | Constantly |
| Handling | Frequently | Constantly |
| Fingering | Frequently | Constantly |
| Feeling | Frequently | Constantly |
| Talking | Frequently | Constantly |
| Hearing | Frequently | Constantly |
| Tasting/Smelling | Never | Constantly |
| Near Acuity | Frequently | Constantly |
| Far Acuity | Never | Constantly |
| Depth Perception | Frequently | Constantly |
| Accommodation | Occasionally | Constantly |
| Color Vision | Occasionally | Constantly |
| Field of Vision | Never | Constantly |

**Environmental Conditions**

| | | |
|---|---|---|
| Exposure to Weather | Frequently | No Change |
| Extreme Cold | Occasionally | No Change |
| Extreme Heat | Occasionally | No Change |
| Wet and/or Humid | Occasionally | No Change |
| Vibration | Never | No Change |
| Atmospheric Conditions | Occasionally | No Change |
| Proximity to Moving Mechanical Parts | Never | No Change |
| Exposure to Electrical Shock | Never | No Change |
| Working in High Exposed Places | Never | No Change |
| Exposure to Radiation | Never | No Change |
| Working with Explosives | Never | No Change |
| Exposure to Toxic or Caustic Chemicals | Never | No Change |
| Other Environmental Conditions | Occasionally | No Change |
| Noise Intensity Level | Loud | No Change |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | No Change |
| Verbal Aptitude | 3 (34-66 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 3 (34-66 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 4 (11-33 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | No | No Change |
| Performing Repetitive Work | Yes | No Change |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |

| | | |
|---|---|---|
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | Yes | No Change |
| Attaining Precise Limits/Tolerances | No | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | No Change |
| 1 Coordinating | No | Yes |
| 2 Analyzing | No | Yes |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | No Change |
| 5 Copying | No | No Change |
| 6 Comparing | Yes | No Change |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | No | Yes |
| 7 Serving | Yes | No Change |
| 8 Taking Instructions-Helping | Yes | No Change |
| **Work Functions - Things** | | |
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | Yes |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | Yes | No Change |
| 5 Tending | No | Yes |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

DANE STREET

3815 Washington Street
Suite 3
Boston, MA 02130
Toll Free: 888-920-4440
Fax: 617-933-7699
Email: intake@danestreet.com

Margaret Harvey D.O.
Orthopedic Surgery

| | | | |
|---|---|---|---|
| **Market:** | Liberty Mutual Benefits | **Claim Office:** | LIBERTY MUTUAL BENEFITS (88D)-NC-CHARLOTTE |
| **Request Date:** | 02/04/19 | **Referral Source:** | Rose Woodley |
| **Claim #:** | 7164999 | **Review Type:** | Initial Review |
| **Claimant:** | Shanna Richardson | **Report Date:** | 02/15/19 |
| **Claim Type:** | | **Dane Street ID:** | 1210807 |

**Summary:**

All of the listed documents have been reviewed however only the pertinent records will be commented on.

The claimant is status post an arthroscopic SLAP repair performed by Dr. Dalal on 10/23/18. Full recovery from this procedure can take up to 6 months. Currently, the claimant is 4 months postoperative and Dr. Dalal recommended restrictions of no lifting with left upper extremity, no performing overhead activity for the dates of 10/23/18-2/1/19. These restrictions are reasonable after a shoulder arthroscopy.

Regarding cervical pain, the claimant has consistent documentation of cervical pain with decreased strength in her upper extremities. At the last visit with PA Wienecke, it was documented generalized 4-4-/5 strength. Her latest cervical spine MRI dated 10/10/18 documented degenerative changes at C4-5, C5-6 with no high grade foraminal compromise. Past treatments have included multiple epidural steroid injections as well as radiofrequency ablation.

**Medical Records:**

Shanna Richardson - Claimant Supplementary Statement
Unknown Provider - Plan of Care
03/20/2015 walgreen - Prescription: 03/20/2015-03/19/2017
08/27/2015 Whitney Tolbert, NP - Progress Reports/Notes: 08/27/2015, 02/17/2016, 05/24/2016, 06/09/2016, 07/12/2016, 09/22/2016, 09/28/2016, 01/31/2017
12/01/2015 Baptist Memorial Health Care - Laboratory Report
02/08/2016 Houston Graves - X-Ray of the Cervical Spine
09/03/2016 Liberty Mutual Insurance - Correspondence: 09/03/2016, 11/08/2016, 01/10/2017, 01/24/2017, 11/01/2017, 11/16/2017
10/04/2016 Whitney Tolbert, NP - Certification of health care provider for employee serious condition
10/25/2016 Ashley Park, MD - Office Visit: 10/25/2016, 11/08/2016, 11/23/2016, 01/10/2017
11/02/2016 Mid-South Images - MRI of the Cervical Spine
01/10/2017 Cambell Clinic - Order Sheet
02/10/2017 Whitney Tolbert, NP - Correspondence
03/06/2017 Mohammad Assaf, MD - Office Visit: 03/06/2017, 04/03/2017, 04/04/2017, 04/18/2017
04/11/2017 Saint Francis Hospital - X-ray of the Cervical Spine
04/19/2017 Teresa Smith, FNP-C - Office Visit
05/15/2017 Michael Steuer, MD - Office Visit: 05/15/2017, 08/02/2017, 07/10/2017, 08/21/2017, 12/12/2017
05/23/2017 Holly Keel FNPC/Michael Steuer, MD - Office Visit: 05/23/2017, 06/27/2017, 08/02/2017, 09/26/2017
10/17/2017 Michael Steuer, MD - Procedure Note
11/13/2017 Holly Keel FNPC - Office Visit
01/04/2018 Allison Warren, MD - Office Visit
01/09/2018 Apurva Dalal, MD - Restriction From

01/09/2018 MCN - Correspondence
01/18/2018 Anne Marie Reidy, MD - Progress Reports/Notes
01/18/2018 GenPath Diagnostics - Laboratory Report
02/15/2018 Unknown Provider - Office Visit
04/30/2018 Gerrie Walters, FNP-C - Office Visit
08/01/2018 Diagnostic Imaging Consultation - MRI of the Left Shoulder
09/17/2018 Allison Warren, MD - OB Episode Summary
10/03/2018 Apurva Dalal, MD - Office Visit: 10/03/2018, 11/14/2018, 12/07/2018
10/10/2018 The Imaging Center at Wolf River - MRI of the Cervical Spine
10/15/2018 Shanna Richardson - Authorization for the Release of Information Including Protected Health Information
10/15/2018 Shanna Richardson - Claimant Information From
10/15/2018 Shanna Richardson - Activities Questionnaire
10/15/2018 Megan Wienecke, PA-C - Office Visit: 10/15/2018, 01/16/2019, 01/18/2019
12/21/2018 Lincoln Financial Group - Correspondence: 12/21/2018, 12/21/2018, 01/04/2019

**Communication:**

02/06/19 02:10 PM CST- A peer-to-peer call was attempted with Dr. Apurva Dalal at (901) 333-2525. A message was left with Office Voicemail providing case details, report due times, and a call back number.
02/11/19 04:00 PM EST- A peer-to-peer call was attempted with Dr. Apurva Dalal at (901) 333-2525. A message was left with Dr. Dalal providing case details, report due times, and a call back number.
02/06/19 02:15 PM CST- A peer-to-peer call was attempted with Dr. Todd Fountain (back surgeon)/ Megan Wienecke NP at 901) 522-7700. A message was left with Office Voicemail providing case details, report due times, and a call back number.
02/11/19 04:00 PM HST- A peer-to-peer call was attempted with Dr. Todd Fountain (back surgeon)/ Megan Wienecke NP at 901) 522-7700. A message was left with nurse VM line providing case details, report due times, and a call back number.

**Questions:**

1. What diagnosis is supported by the medical evidence in the file?

1. Cervical radiculopathy (M54.12)
2. Right shoulder SLAP tear

2. Please clarify which diagnosis is causing impairment. (Physical, psychiatric, or both) Please note all supported diagnoses and outline the restrictions and limitations that are supported by the medical evidence. Please include the duration.

The impairing diagnosis is cervical radiculopathy.

The claimant is status post an arthroscopic SLAP repair performed by Dr. Dalal on 10/23/18. Full recovery from this procedure can take up to 6 months. Currently, the claimant is 4 months postoperative and Dr. Dalal recommended restrictions of no lifting with left upper extremity, no performing overhead activity for the dates of 10/23/18-2/1/19. These restrictions are reasonable after a shoulder arthroscopy. In order to support impairment from 2/1/19 onward, additional office visits from Dr. Dalal are necessary.

Regarding cervical pain, the claimant has consistent documentation of cervical pain with decreased strength in her upper extremities. At the last visit with PA Wienecke, it was documented generalized 4-4-/5 strength. Her latest cervical spine MRI dated 10/10/18 documented degenerative changes at C4-5, C5-6 with no high grade foraminal compromise. Past treatments have included multiple epidural steroid injections as well as radiofrequency ablation.

Reasonable work restrictions due to this diagnosis would be no lifting/pushing/pulling/carrying greater than 25 pounds occasionally, 10 pounds frequently. These should be reassessed in 3-6 months.

3. Please clarify whether or not the claimant has a co-morbid diagnosis that is impacting the impairment.

There are no comorbid conditions that appear to be causing impairment.

4. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.

There are no side effects from prescribed medications.

5. Please outline any medical information not in the file, but available, that is needed to complete the assessment. Please provide clarification of the treatment records or testing records that are needed. Please indicate the provider/s name and the time frame for the missing information.

An updated office visit with Dr. Dalal would be beneficial.

**Conflict of Interest Attestation:**

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person's authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

Margaret Harvey D.O.
Board Certified Orthopedic Surgery

Referred Date: 02/04/19
Report Date: 02/15/19

DANE STREET
LOCALLY BUILT. NATIONALLY RECOGNIZED.

# INVOICE 1210807
February 15, 2019

| Bill to: |
| --- |
| LIBERTY MUTUAL BENEFITS (88D)-NC-CHARLOTTE |
| Attention: Rose Woodley |
| 14045 Ballantyne Corporate Place, Suite 250 |
| Charlotte, NC 28277 |

| Referral Details: | |
| --- | --- |
| Claimant Name: | Shanna Richardson |
| Insured: | |
| Claim #: | 7164999 |
| Injury Date: | |
| Review Type: | Peer Review review |
| Dane Street ID: | 1210807 |

| Item updated | Description | Amount |
| --- | --- | --- |
| 02/15/2019 | Ortho- M. Harvey, DO (5.5hrs) | $1,210.00 |

| Send payment to: |
| --- |
| Dane Street LLC |
| P.O. Box 417428 |
| Boston, MA 02241-7428 |
| 888-920-4440 |
| Tax ID: 26-3738108 |

Total amount due: $1,210.00

© Dane Street, LLC - A medical review company
(888) 920-4440

0L043190003

**Law Office of John E. Dunlap, P.C.**
3294 Poplar Ave, Suite 240
Memphis, TN 38111

Telephone:
(901) 320-1603

Facsimile:
(901) 320-6914

**February 5, 2019**

**Liberty Life Assurance Company**

**P.O. Box 7206**

**London, Kentucky 40742-7206**

**Re: Shanna Richardson**

**Claim No.: 1764999**

**Dear Rose Raines,**

**Our office is in the process of obtaining additional medical proof from Ms. Raines. She is scheduled for surgery on February 11, 2019. Once those records are available we will provide them to you. If you need additional information, please feel free to contact us.**

**Respectfully,**

**John E. Dunlap**

SpeakWrite

www.speakwrite.com

Job Number: 19036-001

Date: 02/05/2019

# MIDSOUTH PAIN TREATMENT CENTER

MidSouth Interventional Pain Institute, LLC
Michael E. Steuer, MD, PC

146 Timber Creek
Cordova, TN 38018
Phone: (901) 751-4112 Fax: (901) 753-9789

Office Hours: Monday thru Thursday, 8AM-5PM

## FAX COVER SHEET

Date: 1/10/19 No. of Pages (including cover): ____

Attention: Lincoln Financial Group

Fax Number: 603 430 1748

From: Felicia – Medical Records (Extension 116)
Email: fbrunt@midsouthpain.com

Patient's Name: Shanna Richardson DOB: ________

Subject: Fax medical record invoice & will send medical records upon payment. Invoice was in the amount of $20.00

Please contact me as soon as possible with any questions or concerns. You may reach me by the phone number listed above. Your prompt attention is appreciated.

Thanks,
Felicia

*The information contained in this facsimile message is legally privileged and confidential, intended for the entity identified above. Any other distribution of this telecopy is prohibited. If you have received this in error, please notify us by phone immediately.*

02/07/2019 THU 17:47 FAX

MidSouth Pain Treatment Center
Michael E. Steuer, M.D.

146 Timber Creek Suite 200
Cordova, TN 38018
901-751-4112 – Fax 901-753-9789

## Invoice – Medical Records

| Responsible Party | Statement Date |
|---|---|
| Lincoln Financial Group | 1.10.19 |

| Patient Name | DOB | Amount Due |
|---|---|---|
| Shanna Richardson | | $ 20.00 |
| | Number of Pages | Pages |

PLEASE MAKE CHECK PAYABLE TO MICHAEL E. STEUER, M.D., PC

**MEDICAL RECORDS WILL BE SENT UPON RECEIPT OF PAYMENT**

**Tax ID # 640896748**

**Please send check to address : 146 Timber Creek Dr. Suite 200 Cordova, TN 38018**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | December 24, 2018 |
| To: | DR. CIARLONI<br>146 TIMBER CREEK DRIVE<br>SUITE 200<br>CORDOVA TN 38018 |
| Attn: | Attending provider - Restrictions Form<br>Medical records - chart notes |
| Fax: | (901) 751-5391 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

December 24, 2018

Dr. Ciarloni
146 TIMBER CREEK DRIVE
SUITE 200
CORDOVA, TN 38018

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Ciarloni:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by January 3, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1748 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: Restrictions Form
7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.06.2018

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

# Restrictions Form

**Return To:** Rose Raines Woodley

| Shanna Richardson | | 7164999 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ______
   **DATE LAST TREATED** — ______
   **NEXT OFFICE VISIT** — ______ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ______ **TO** ______.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ______

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ______ **TO** ______.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

0U310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________

Date of Birth: ____ ____ Claim Number: 7164999 Date: 10/15/18

A copy of this authorization will be considered as valid as the original.

0LJ310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative ______________

Date of Birth: ______ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original**

0U310180090

AUTHORIZATION TO DISCUSS CASE WITH LAWYER

I, Shanna Richardson, grant The Liberty Mutual Insurance Company to discuss my Long Term Disability claim with The Law Offices of John E Dunlap,PC. This authorization includes all of Liberty's employees, attorneys, agents or representatives. The Plan Number is 7164999 and the ID is 7164999. In the event disability benefits are authorized and payable, I authorize Liberty to mail the check to The Law Offices of John E Dunlap,PC, 3294 Poplar Avenue #240, Memphis, TN 38111. This authorization shall remain in full force until terminated by Shanna Richardson in writing.

Shanna Richardson

October 19, 2018

IOD Incorporated
PO BOX 19072
GREEN BAY WI 54307-9072
866-420-7455

**Order Number** 61440839

7164999
LIBERTY MUTUAL
PO BOX 7206

LONDON, KY 40742-7206

**Please Note:** This information has been disclosed to you from records that may be protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR 2.12(c)(5) and 2.65.

# INVOICE

**Invoice #:** 50872239

**Inv. Date:** 1/31/2019
**Due Date:** 1/31/2019
**Terms:** Pre-Payment

**LIBERTY MUTUAL**
7164999
PO BOX 7206

LONDON, KY 40742-7206

Patient: RICHARDSON, SHANNA
Account #: 512696
Claim/File #: 7164999

Shipping:
PO BOX 7206

LONDON, KY 40742-7206

Facility: **SEMMES MURPHEY MEDICAL GROUP - METHODIST**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| * Note: Hard Copy Page Count: 9 | 9 | $0.00 | $0.00 |
| Copy Charge $20.00 Pages 1-5 | 1 | $20.00 | $20.00 |
| Copy Charge $.50 Pages 6+ | 4 | $0.50 | $2.00 |

| | | |
|---|---|---|
| Product Total: | $ 22.00 | |
| State Tax: | | 0.00% |
| City/local Tax: | | 0.00% |
| Sales Tax: | $ 0.00 | (0.00%) |
| Shipping & Handling: | $ 0.00 | |
| | -------------------- | |
| Grand Total: | $ 22.00 | |
| Credits/Payments: | $ 22.00 | |
| | -------------------- | |
| **Amount Due:** | **$ 0.00 PAID IN FULL** | |

**Please Note:** This information has been disclosed to you from records that may be protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR 2.12(c)(5) and 2.65.

**Payment Options:**

- Use your credit card online at payportal.iodincorporated.com
- Use your credit card by phone at 866-420-7455 Option 1
- By mail; please include the payment sheet (page 2) with your check to ensure that your payment is properly applied!

In an effort to improve the quality of our service we are seeking your feedback. The survey should take no more than five minutes to complete. Please complete the survey at http://survey.iodincorporated.com/ and thank you in advance for your time and input.

*IOD Incorporated TaxID No. 65-0765287*
*PO Box 19072, Green Bay WI, 54307-9072*
*Phone: 866-420-7455 Option 1 * Fax: 920-406-6537*

# INVOICE

PAYMENT SHEET

PLEASE RETURN THIS WITH YOUR PAYMENT.

**MAKE PAYMENT TO:**

IOD Incorporated
PO Box 19072
Green Bay, WI 54307-9072

TaxID No. 65-0765287

| | |
|---|---|
| Invoice No: | **50872239** |
| Requester: | **LIBERTY MUTUAL** |
| Account #: | **512696** |
| Patient Name: | **RICHARDSON, SHANNA** |
| Amount Due: | **22.00** |

Amount Paid $ 22.00

Check No 32408240

To make an online payment, please go to payportal.iodincorporated.com