Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

RECEIVED
JAN 21 2019
iod

January 18, 2019

Megan Wienecke, N.P.
Simms Murphy Clinic

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Megan Wienecke:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2018 through the present
- Completion of the Enclosed Forms:

X Restrictions Form
__ Other

We ask that you provide this information by January 25, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1748 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: Restrictions Form
7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.06.2018

Jan 18 2019 16:20:32 GMT FROM: RFC/NUHNT MSG# 456e3354-9cf0-40d2-b PAGE 004 OF 007

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

# Restrictions Form

**Return To:** Rose Raines Woodley

| Shanna Richardson | | 7164999 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ______
   **DATE LAST TREATED** — ______
   **NEXT OFFICE VISIT** — ______

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ______ **TO** ______.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ______

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ______ **TO** ______.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

01/18/2019 10:22AM (GMT-06:00)

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. **I understand that I may request a copy of this authorization.**

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative ____________

Date of Birth: ____________ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the Information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the Information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative ____________

Date of Birth: ____________ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original**

**AUTHORIZATION TO DISCUSS CASE WITH LAWYER**

I, Shanna Richardson, grant The Liberty Mutual Insurance Company to discuss my Long Term Disability claim with The Law Offices of John E Dunlap,PC. This authorization includes all of Liberty's employees, attorneys, agents or representatives. The Plan Number is 7164999 and the ID is 7164999. In the event disability benefits are authorized and payable, I authorize Liberty to mail the check to The Law Offices of John E Dunlap,PC, 3294 Poplar Avenue #240, Memphis, TN 38111. This authorization shall remain in full force until terminated by Shanna Richardson in writing.

Shanna Richardson

October 19, 2018

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: Restrictions Form
7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.06.2018

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*January 22, 2019*
Page 1
Office Visit

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare

Home:

**01/16/2019 - Office Visit: Cervical pain**
**Provider: Megan Wienecke PA-C**
**Location of Care: Semmes-Murphey Clinic**

## History of Present Illness

**Referred by:** Apurva Dalal MD
**History from:** patient
**Reason for visit:** Follow-up
**Chief Complaint:** cervical stenosis

Ms. Richardson is a 41-year-old female, here on followup for her neck pain. She was seen back in October and was complaining of some arm pain as well on the left hand side, but at that time, she was about to have shoulder surgery on her right, so we deferred any interventions for her neck, shoulder, or arm pain until this was done. She is here today on followup. She gets the ortho surgery well without complication. She was cleared to be further evaluated for her neck pain. She states that, at this point, her neck pain has been going on for about three years. She is denying any arm pain at this time on her left or her right. She has a history of having several nerve blocks done, epidural and facet injections as well as radiofrequency ablations with MidSouth Pain. She says these injections used to provide her with relief but over time have shortened in their duration of relief to the point where she is no longer getting them. She says that she is up all night secondary to her pain, and it has been overall struggle for her. Her pain is limited to the neck, mostly on the right side. She does report some tenderness in the paraspinous muscles on the right and some limited range of motion with her neck. Again, she has no radiating symptoms into her arms. No numbness or tingling in her arms or hands, and she denies any weakness at this time.

## Past Medical History:

Patient's past medical history includes High blood pressure, Migraines, Depression / anxiety.

Neuropathy
Osteoarthritis

## Past Surgical History:

Hysterectomy
C-Section

## Social History Summary:

Marital Status: Single
Children:
Occupation:

**Social History Reviewed:** 01/16/2019
**Previous Social History:**
Patient has never smoked.
Patient has never used smokeless tobacco.
Alcohol Use: N
Drug Use: N

Regular Exercise: Y
Religion Affecting Care: N
Marital Status: Single
Right handed

## Family History Summary:

**Family History Reviewed:** 01/16/2019
Family History of Stroke for Mother - Entered On: 10/15/2018
Family History of Seizures for Mother - Entered On: 10/15/2018
Family History of Hypertension for Mother - Entered On: 10/15/2018
Family History of Heart Disease for Mother - Entered On: 10/15/2018
Family History of Diabetes for Mother - Entered On: 10/15/2018

**Current Allergies (reviewed today):**
CODEINE (Critical)
PERCOCET (OXYCODONE-ACETAMINOPHEN) (Critical)
LORTAB (Critical)

**Current Medications (including changes made in today's visit):**
GABAPENTIN 400 MG ORAL CAPSULE (GABAPENTIN) one capsule po bid; Route: ORAL
ZANAFLEX 4 MG ORAL CAPSULE (TIZANIDINE HCL) 1 cap po q 8h; Route: ORAL
LOSARTAN POTASSIUM 25 MG ORAL TABLET (LOSARTAN POTASSIUM) 1 tab po qd; Route: ORAL
NORVASC 5 MG ORAL TABLET (AMLODIPINE BESYLATE) 1 tab po qd; Route: ORAL
TRAMADOL HCL 50 MG ORAL TABLET (TRAMADOL HCL) 1 tab po q 6hrs prn; Route: ORAL

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 41 Years Old Female |
| Height: | 63 inches (160.02 cm) |
| Weight: | 222.6 pounds |
| BMI: | 39.43 |
| Pulse rate: | 97 / minute |
| BP Sitting: | 145 / 102 |
| Cuff size: | left wrist |

Medications: Medications were reviewed with the patient during this visit.
Allergies: Allergies were reviewed with the patient during this visit.

Vitals Entered By: LaWonda Thomas MA (January 16, 2019 9:29 AM)

## Serial Vital Signs/Assessments:

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare
Home:

| Time | Position | BP | Pulse | Resp | Temp | By |
|---|---|---|---|---|---|---|
| 9:31 AM | Sitting | 148/100 | | 95 | | LaWonda Thomas MA |

**Physical Exam:**
On physical exam, she is alert and oriented x3. Her strength in her bilateral upper extremities is about 4 to 4- out of 5 throughout. Her grip strength in particular is a little weaker at about 4/5. She does have a negative Hoffmann sign bilaterally. Her gait is assessed as normal. Sensation is intact to light touch throughout. Her reflexes are symmetric and maybe a little bit hyperreflexic, more on the right than the left.

## MIPS Quality Measures:
**Measure 110** G8482: Received flu shot or previously received during reporting period
**Measure 130** G8427 : EP attests to documenting in the chart they obtained, updated, or reviewed the patient's current medications
**Measure 236** G8753 : Most recent systolic blood pressure greater than or equal to 140 mmHg
**Measure 236** G8755 : Most recent diastolic blood pressure greater than or equal to 90 mmHg
**Measure 128** G8417 : BMI is documented above normal parameters and a F/U plan is documented. Patient is to follow up with PCP or specialist for nutrition counseling.
**Measure 226** 1036F : Non-user of tobacco

**New medications:**
GABAPENTIN 400 MG ORAL CAPSULE -- one capsule po bid

**Orders:**
G8482 INFLUENZA IMMUN ADMIN/PREV RECV
G8417 BMI documented above normal limits & F/U plan is documented
G8427-LIST CUR MEDS W/DOSAGES DOC BY PROV
1036F: CURRENT TOBACCO NON-USER
G8753 Most recent systolic blood pressure >= 140mmhg
G8755 Most recent diastolic blood pressure >= 90mmhg
99213 Ofc Vst, Est Level III

RTO TO SMC MD
Comments: Dr. Fountain for surgical eval

## Impression:
Cervical pain.

## Plan:
The patient saw Dr. Fountain back in 2017 for cervical evaluation, and surgery was discussed at that time, but deferred for her to receive an injection first to determine if her pain improved at all. Case was discussed again with Dr. Fountain today who agreed to see the patient in the office to again discuss surgery and have another evaluation. In the meantime, we will get an appointment with Dr. Graham for

trigger point injection in her right paraspinous muscles, and the cervical spine does not appear that she has had any trigger point injections before. She can follow up with the extender clinic on an as-needed basis. We did discuss having her try some injections here. She has refused at this time.

Megan Wienecke, MMS, PA-C

MW / 8058
DD: 01/16/2019 10:36:00
DT: 01/16/2019 16:15:02
Job #: 423044 / 2364663

**Patient Education:**
**Patient was given Educational handouts in office today by** Wienecke PA, Megan

**Electronically signed by Megan Wienecke PA-C on 01/21/2019 at 8:16 AM**

**Semmes-Murphey Clinic**
6325 Humphreys Blvd Memphis, TN 38120
(901) 522-7700 Fax:

*January 22, 2019*
Page 1
Office Visit

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare
Home:

**10/15/2018 - Office Visit: Cervical spinal stenosis**
**Provider: Megan Wienecke PA-C**
**Location of Care: Semmes-Murphey Clinic**

## History of Present Illness

**Referred by:** Apurva Dalal MD
**History from:** patient
**Reason for visit:** new referral
**Chief Complaint:** Cervical spinal stenosis

Ms. Richardson is a 41-year-old female, known to Dr. Fountain for history of cervical stenosis and neck pain. She says that for the past nine months, she has been experiencing right arm pain and numbness in her hands. She says that previously, she was experiencing a lot of left upper extremity pain to the point where she is actually having a shoulder surgery for multiple tears in her shoulder on the left, and her previous complaints were on the left side with associated weakness, pain, numbness, and tingling. She says that pain on the right side started one month ago. She has been doing frequent cervical epidural nerve blocks every month for about one year. She has done physical therapy. She has worn braces on her neck and back. She has done dry needling. She has tried tramadol, and she is currently working with Pain Management and prescribed hydrocodone, gabapentin 600 mg, and Zanaflex 4 mg for pain. She says that her pain is to the point where it has been unbearable, it is not resolved with any of the previous things that Pain Management has been working on her with, and she would like to discuss surgical intervention at this time. She states that she does have shoulder surgery next week on October 23 to repair the tears in her shoulder with orthopedic surgeon. She also says that she has an additional complaint of frequent dizzy spells and headaches that have been occurring for the last few months. She has been seen at Methodist Germantown in the ER for these and by her PCP, and they are unable to explain why she is having these dizzy spells. She says she is also hearing a whooshing sound in her ears that comes and goes when these dizzy spells occur. She was seen by a neurologist in the past for Guillain-Barre syndrome here at Semmes-Murphey and would like to be re-evaluated.

## Past Medical History:

Reviewed and updated today:
Patient's past medical history includes High blood pressure, Migraines, Depression / anxiety.

Neuropathy
Osteoarthritis

## Past Surgical History:

Reviewed and updated today:
Hysterectomy
C-Section

## Social History Summary:

Patient has never smoked.
Patient has never used smokeless tobacco.
Alcohol Use: N
Drug Use: N

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare
Home:

Regular Exercise: Y
Religion Affecting Care: N
Marital Status: Single
Right handed

**Social History Reviewed:** 10/15/2018
**Previous Social History:**

## Family History Summary:

Family History of Stroke for Mother - Entered On: 10/15/2018
Family History of Seizures for Mother - Entered On: 10/15/2018
Family History of Hypertension for Mother - Entered On: 10/15/2018
Family History of Heart Disease for Mother - Entered On: 10/15/2018
Family History of Diabetes for Mother - Entered On: 10/15/2018

**Family History Reviewed:** 10/15/2018

## Review of Systems

A comprehensive multisystem review is significant for: sleep disturbance, urinary frequency, joint pain, arthritis, muscle weakness, stiffness, stroke, migraines.
The following systems were reviewed and denied by the patient: Eyes, Ears, Nose, Throat, Cardiovascular, Respiratory, Gastrointestinal, Psychiatric, Endocrine, Skin, Hematologic/Lymphatic, Allergy/Immunologic.

**Prior Medications (reviewed today):**
ZANAFLEX 4 MG ORAL CAPSULE (TIZANIDINE HCL) 1 cap po q 8h
LOSARTAN POTASSIUM 25 MG ORAL TABLET (LOSARTAN POTASSIUM) 1 tab po qd
GABAPENTIN 600 MG ORAL TABLET (GABAPENTIN) 1 tab po q 8h
NORVASC 5 MG ORAL TABLET (AMLODIPINE BESYLATE) 1 tab po qd
TRAMADOL HCL 50 MG ORAL TABLET (TRAMADOL HCL) 1 tab po q 6hrs prn
**Current Allergies (reviewed today):**
CODEINE (Critical)
PERCOCET (OXYCODONE-ACETAMINOPHEN) (Critical)
LORTAB (Critical)

**Current Medications (including changes made in today's visit):**
ZANAFLEX 4 MG ORAL CAPSULE (TIZANIDINE HCL) 1 cap po q 8h; Route: ORAL
LOSARTAN POTASSIUM 25 MG ORAL TABLET (LOSARTAN POTASSIUM) 1 tab po qd; Route: ORAL
GABAPENTIN 600 MG ORAL TABLET (GABAPENTIN) 1 tab po q 8h; Route: ORAL
NORVASC 5 MG ORAL TABLET (AMLODIPINE BESYLATE) 1 tab po qd; Route: ORAL
TRAMADOL HCL 50 MG ORAL TABLET (TRAMADOL HCL) 1 tab po q 6hrs prn; Route: ORAL

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 41 Years Old Female |
| Height: | 63 inches (160.02 cm) |
| Weight: | 213.4 pounds |

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare
Home:

| | |
|---|---|
| BMI: | 37.80 ( Added Problem:Body mass index (BMI) 37.0-37.99, adult ( ICD10-Z68.37 ) ) |
| Pulse rate: | 87 / minute |
| BP Sitting: | 179 / 113 (right arm) |
| Cuff size: | wrist |

Problems: Active problems were reviewed with the patient during this visit.
Medications: Medications were reviewed with the patient during this visit.
Allergies: Allergies were reviewed with the patient during this visit.

Vitals Entered By: Sharonda Marshall MA (October 15, 2018 10:17 AM)

**Physical Exam:**
On physical exam, she is alert and oriented x3. Her gait is normal. Her strength in her right upper extremity is 4/5, left upper extremity is 3/5 secondary to pain. Grip strength is not equal, right is stronger than left, but both have some general weakness. She has a negative Hoffmann's bilaterally, and she has pain with most movements, range of motion, turning her neck to the right, turning her neck to the left, and lifting her head up.

## MIPS Quality Measures:
**Measure 110** G8482: Received flu shot or previously received during reporting period
**Measure 130** G8427 : EP attests to documenting in the chart they obtained, updated, or reviewed the patient's current medications
**Measure 236** G8753 : Most recent systolic blood pressure greater than or equal to 140 mmHg
**Measure 236** G8755 : Most recent diastolic blood pressure greater than or equal to 90 mmHg
**Measure 128** G8417 : BMI is documented above normal parameters and a F/U plan is documented. Patient is to follow up with PCP or specialist for nutrition counseling.
**Measure 226** 1036F : Non-user of tobacco

**New Problems:**
Dizziness (ICD-780.4) (ICD10-R42)
Headaches (ICD-784.0) (ICD10-R51)
Neck pain (ICD-723.1) (ICD10-M54.2)
Arm pain (ICD-729.5) (ICD10-M79.609)
Body mass index (BMI) 37.0-37.99, adult (ICD-V85.37) (ICD10-Z68.37)

**New medications:**
ZANAFLEX 4 MG ORAL CAPSULE -- 1 cap po q 8h
LOSARTAN POTASSIUM 25 MG ORAL TABLET -- 1 tab po qd
GABAPENTIN 600 MG ORAL TABLET -- 1 tab po q 8h

**Orders:**

**Shanna L Richardson**
Female DOB: PID: 105669 Ins: BlueCare
Home:

G8482 INFLUENZA IMMUN ADMIN/PREV RECV
G8417 BMI documented above normal limits & F/U plan is documented
G8427-LIST CUR MEDS W/DOSAGES DOC BY PROV
1036F: CURRENT TOBACCO NON-USER
G8753 Most recent systolic blood pressure >= 140mmhg
G8755 Most recent diastolic blood pressure >= 90mmhg
99213 Ofc Vst, Est Level III

EMG/NCV
Comments: Description of test needed:EMG/NCV of BUE by Dr. Carro
Clinical Diagnosis:Arm Pain, Neck Pain
Exam Abnormalities:

## Impression:

1. Neck pain.
2. Headaches.
3. Dizziness.

## Plan:

At this time, because Ms. Richardson is having surgery next week, we will defer any surgical management until she is cleared by Ortho after her surgery is done and she is completely healed. In the meantime, however, we will go ahead and obtain EMG/nerve conduction studies of her bilateral upper extremities to rule out any other causes for her numbness, tingling, and weakness in her hands and to determine if her symptoms are all radiculopathy from her neck. She can continue pain management as directed. We will not provide her with any medications today. We will also have her see Neurology to be evaluated for her headaches and dizziness. As stated, she can return a few months after her surgery in her shoulder to further discuss options once she is cleared by Ortho.

Megan Wienecke, MMS, PA-C

MW / 8064
DD: 10/15/2018 10:23:00
DT: 10/15/2018 20:00:24
Job #: 408505 / 2274525
Patient has recently received the flu vaccine ........................................................Sharonda Marshall MA
October 15, 2018 10:18 AM

**Electronically signed by Megan Wienecke PA-C on 10/23/2018 at 8:15 AM**

The Imaging Center
At Wolf River

7600 WOLF RIVER BOULEVARD
SUITE 100
GERMANTOWN TN 38138
Phone: (901) 312-4033
Fax: (844) 622-3087

| | | | |
|---|---|---|---|
| **To:** | **APURVA DALAL**<br>**TRI-STATE ORTHOPAEDICS, LLC**<br>**GERMANTOWN**<br>**7656 POPLAR PIKE**<br>**GERMATNOWN TN 38138**<br>**Phone: 9013332525**<br>**Fax: 9017866635** | **Patient Name:**<br>**MRN #:**<br><br>**Phone:**<br>**DOB:**<br>**Exam Start:** | **SHANNA RICHARDSON**<br>**1900062338**<br><br><br><br>**10/10/2018** |

**Exam: MRI CERVICAL SPINE WO CONTRAST 72141**
**72141**

EXAMINATION: Cervical spine MRI
HISTORY: 41-year-old female with a provided history of cervical radiculopathy, patient indicates neck pain for 2 years left arm pain and bilateral arm numbness/tingling and weakness

Technique High field cervical spine MRI performed without contrast administration, including sagittal T1, T2 and MPGR and axial T2 and MPGR sequences.

Interpreting Radiologist: Alan Eisenberg, M.D.

Reference: None

Findings:

As positioned there is mild cervicothoracic scoliosis. No abnormal cord signal is apparent.

C2/3: No spinal canal or foraminal narrowing

C3/4: Mild left foraminal narrowing.

C4/5 : Mild spondylosis eccentric to the left produces mild dural sac compression and there is mild to moderate left foraminal narrowing.

C5/6: Moderate spondylosis eccentric to the right produces dural sac compression without overt spinal stenosis. Mild left and mild to moderate right foraminal stenosis and mild to moderate right lateral recess stenosis is observed.

C6/7: Minimal spondylosis

C7/T1: No spinal canal or foraminal narrowing

IOD

**PO BOX 19072**
**GREEN BAY WI 54307-9072**
**Voice : 866-420-7455 Fax : 920-406-6537**

01/22/2019

---

| | |
|---|---|
| To | **7164999** |
| Company | LIBERTY MUTUAL |
| Fax Number | 16034301748 |
| Voice Number | 800-210-0268 |

| | |
|---|---|
| From | Customer Relations |
| Fax | 920-406-6537 |
| Voice | 866-420-7455 |
| Subject | **prepaynotice** |
| Order # | 61440839 |

Notes

This fax and any files transmitted with it are confidential and may contain information which is legally privileged or otherwise exempt from disclosure. They are intended solely for the use of the individual or entity to whom this fax is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this fax in error, please immediately notify the sender and return or shred these documents immediately. Any other use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited

# PrePay Notice

| FIRST NOTICE | SECOND NOTICE |
|---|---|
| Date Sent: 01/22/2019 | Date Sent: |

**7164999**
**LIBERTY MUTUAL** **Acct: 512696**
**PO BOX 7206**

**LONDON, KY 40742-7206**

Patient: **RICHARDSON, SHANNA**
SSN:
Claim/File #: **7164999**
Order #: **61440839**
Fax #: **603-334-0401**

**IMG**

Records requested from: **SEMMES MURPHEY MEDICAL GROUP - METHODIST**

Dear Requester:

IOD Incorporated has been retained by the medical facility listed above to provide release of information services. It is our policy to require payment prior to delivering the requested information. **Please note this is an estimated fee, the final amount may differ.**

| | |
|---|---|
| Service dates requested | Specific Date(s): 10/2018-P |
| Items requested | Specific (H - Clinic Notes, H - Radiology Reports) |
| "PERT ITEMS" = Dictated notes, radiology reports, lab reports, special test results, etc. | |

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| * Note: Hard Copy Page Count: 9 | 9 | $0.00 | $0.00 |
| Copy Charge $.50 Pages 6+ | 4 | $0.50 | $2.00 |
| Copy Charge $20.00 Pages 1-5 | 1 | $20.00 | $20.00 |
| Shipping & Handling | 1 | $0.00 | $0.00 |
| Sales Tax | 1 | $0.00 | $0.00 |
| Pages as per Request: | 9 | Fee Quote as per Request: | $ 22.00 |
| Notes: | | | |

The requested medical information will be provided after payment in full is received. Please make payment within 20 days of the first notice to avoid cancellation of your request. If the patient authorization has expired by the time payment is received, a new authorization will be required. Please note that it may take up to 15 business days from the date your request is received for your request to be processed. If you have any questions regarding this notice, please contact Customer Relations at 866-420-7455 * Fax 920-406-6537.

- To make a payment online via credit card, go to payportal.iodincorporated.com
- To make a payment via credit card, you can also call Customer Relations at 866-420-7455 Option 1.

To make a manual payment, please send this form and your check or money order made payable to IOD Incorporated to the address shown below. PLEASE DO NOT SEND CASH!

*IOD Incorporated TaxID No. 65-0765287*
*PO Box 19072 Green Bay, WI 54307-9072*
*Phone 866-420-7455 Option 1 * Fax 920-406-6537*

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | January 18, 2019 |
| To: | DR. APURVA DALAL<br>7656 POPLAR PIKE<br>GERMANTOWN TN 38138 |
| Attn: | Dr. Dalal - restrictions form<br>Medical Records - chart notes |
| Fax: | (901) 786-6635 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages (Including Cover): | 7 |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

January 18, 2019

Dr. Apurva Dalal
7656 POPLAR PIKE
GERMANTOWN, TN 38138

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Apurva Dalal:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 9, 2019 through the present

- Completion of the Enclosed Forms:

  _X_ Restrictions Form
  ___ Other

We ask that you provide this information by January 25, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1748 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: Restrictions Form
7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.06.2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

# Restrictions Form

**Return To:** Rose Raines Woodley

| Shanna Richardson | | 7164999 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** – ________
   **DATE LAST TREATED** – ________
   **NEXT OFFICE VISIT** – ________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ________ **TO** ________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ________ **TO** ________.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

0U310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative ____________

Date of Birth: ____________ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original.**

0U310180090

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative ______________

Date of Birth: ______ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original**

**AUTHORIZATION TO DISCUSS CASE WITH LAWYER**

I, Shanna Richardson, grant The Liberty Mutual Insurance Company to discuss my Long Term Disability claim with The Law Offices of John E Dunlap,PC. This authorization includes all of Liberty's employees, attorneys, agents or representatives. The Plan Number is 7164999 and the ID is 7164999. In the event disability benefits are authorized and payable, I authorize Liberty to mail the check to The Law Offices of John E Dunlap,PC, 3294 Poplar Avenue #240, Memphis, TN 38111. This authorization shall remain in full force until terminated by Shanna Richardson in writing.

Shanna Richardson

October 19, 2018

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | January 18, 2019 |
| To: | MEGAN WIENECKE N.P.<br>SIMMS MURPHY CLINIC |
| Attn: | |
| Fax: | (901) 259-2086 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

January 18, 2019

Megan Wienecke, N.P.
Simms Murphy Clinic

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Megan Wienecke:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2018 through the present

- Completion of the Enclosed Forms:

  _X_ Restrictions Form
  ___ Other

We ask that you provide this information by January 25, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1748 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: Restrictions Form
7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.06.2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

# Restrictions Form

**Return To:** Rose Raines Woodley

| Shanna Richardson | | 7164999 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED –** ______
   **DATE LAST TREATED –** ______
   **NEXT OFFICE VISIT –** ______
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES** ______

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ______ **TO** ______.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ______

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ______ **TO** ______.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

0U310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______ Relationship ______

Signature of claimant or legal representative ______

Date of Birth: ______ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original.**

0U310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative ____________

Date of Birth: ______ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original**

**AUTHORIZATION TO DISCUSS CASE WITH LAWYER**

I, Shanna Richardson, grant The Liberty Mutual Insurance Company to discuss my Long Term Disability claim with The Law Offices of John E Dunlap,PC. This authorization includes all of Liberty's employees, attorneys, agents or representatives. The Plan Number is 7164999 and the ID is 7164999. In the event disability benefits are authorized and payable, I authorize Liberty to mail the check to The Law Offices of John E Dunlap,PC, 3294 Poplar Avenue #240, Memphis, TN 38111. This authorization shall remain in full force until terminated by Shanna Richardson in writing.

Shanna Richardson

October 19, 2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: January 18, 2019 | |
| To: | MEGAN WIENECKE N.P.<br>SIMMS MURPHY CLINIC |
| Attn: | Medical records |
| Fax: | (901) 522-2641 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages<br>(Including Cover): 7 | |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

January 18, 2019

Megan Wienecke, N.P.
Simms Murphy Clinic

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Megan Wienecke:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2018 through the present

- Completion of the Enclosed Forms:

  _X_ Restrictions Form
  ___ Other

We ask that you provide this information by January 25, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1748 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: Restrictions Form
7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.06.2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

# Restrictions Form

**Return To:** Rose Raines Woodley

| Shanna Richardson | | 7164999 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** – ________
   **DATE LAST TREATED** – ________
   **NEXT OFFICE VISIT** – ________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ________ **TO** ________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ________ **TO** ________.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

0U310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative ______________

Date of Birth: ______ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original.**

0U310180090

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative ______________

Date of Birth: ______ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original**

**AUTHORIZATION TO DISCUSS CASE WITH LAWYER**

I, Shanna Richardson, grant The Liberty Mutual Insurance Company to discuss my Long Term Disability claim with The Law Offices of John E Dunlap,PC. This authorization includes all of Liberty's employees, attorneys, agents or representatives. The Plan Number is 7164999 and the ID is 7164999. In the event disability benefits are authorized and payable, I authorize Liberty to mail the check to The Law Offices of John E Dunlap,PC, 3294 Poplar Avenue #240, Memphis, TN 38111. This authorization shall remain in full force until terminated by Shanna Richardson in writing.

Shanna Richardson

October 19, 2018

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | January 18, 2019 |
| To: | DR. CIARLONI<br>146 TIMBER CREEK DRIVE<br>SUITE 200<br>CORDOVA TN 38018 |
| Attn: | medical records |
| Fax: | (901) 751-5391 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages (Including Cover): | 9 |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

January 18, 2019

Dr. Ciarloni
146 TIMBER CREEK DRIVE
SUITE 200
CORDOVA, TN 38018

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Ciarloni:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to Shanna Richardson's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 25, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: 7164999-REQUEST-PROVIDER-12.24.2018

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | December 24, 2018 |
| To: | DR. CIARLONI<br>146 TIMBER CREEK DRIVE<br>SUITE 200<br>CORDOVA TN 38018 |
| Attn: | Attending provider - Restrictions Form<br>Medical records - chart notes |
| Fax: | (901) 751-5391 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

December 24, 2018

Dr. Ciarloni
146 TIMBER CREEK DRIVE
SUITE 200
CORDOVA, TN 38018

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Ciarloni:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by January 3, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1748 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: Restrictions Form
7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.06.2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

# Restrictions Form

**Return To:** Rose Raines Woodley

| Shanna Richardson | | 7164999 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — __________
   DATE LAST TREATED — __________
   NEXT OFFICE VISIT — __________
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES
2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) ***AND*** frequency ***(SEE KEY).***
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM __________ TO __________.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ________

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM __________ TO __________.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree ***AND*** Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

0U310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________

Date of Birth: ________ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original.**

0U310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative ______________________________

Date of Birth: ____________ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original**

**AUTHORIZATION TO DISCUSS CASE WITH LAWYER**

I, Shanna Richardson, grant The Liberty Mutual Insurance Company to discuss my Long Term Disability claim with The Law Offices of John E Dunlap,PC. This authorization includes all of Liberty's employees, attorneys, agents or representatives. The Plan Number is 7164999 and the ID is 7164999. In the event disability benefits are authorized and payable, I authorize Liberty to mail the check to The Law Offices of John E Dunlap,PC, 3294 Poplar Avenue #240, Memphis, TN 38111. This authorization shall remain in full force until terminated by Shanna Richardson in writing.

Shanna Richardson

October 19, 2018

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | January 18, 2019 |
| To: | MS. WHITNEY TOLBERT NP<br>7715 WOLF RIVER BLVD<br>GERMANTOWN TN 38138-1706 |
| Attn: | medical records |
| Fax: | (901) 328-6035 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages<br>(Including Cover): | 11 |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

January 18, 2019

Ms. Whitney Tolbert, Np
7715 WOLF RIVER BLVD
GERMANTOWN, TN 38138-1706

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Ms. Whitney Tolbert:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to Shanna Richardson's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 25, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: 7164999-REQUEST-PROVIDER-01.04.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | January 4, 2019 |
| To: | MS. WHITNEY TOLBERT NP<br>7715 WOLF RIVER BLVD<br>GERMANTOWN TN 38138-1706 |
| Attn: | Medical Records |
| Fax: | (901) 328-6035 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages<br>(Including Cover): | 9 |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

January 4, 2019

Ms. Whitney Tolbert, Np
7715 WOLF RIVER BLVD
GERMANTOWN, TN 38138-1706

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Ms. Whitney Tolbert:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to Shanna Richardson's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 18, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: 7164999-REQUEST-PROVIDER-12.21.2018

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | December 21, 2018 |
| To: | MS. WHITNEY TOLBERT NP<br>7715 WOLF RIVER BLVD<br>GERMANTOWN TN 38138-1706 |
| Attn: | Medical Records - chart notes<br>Attending Physician - Restrictions Form |
| Fax: | (901) 328-6035 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages (Including Cover): | 7 |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

December 21, 2018

Ms. Whitney Tolbert, Np
7715 WOLF RIVER BLVD
GERMANTOWN, TN 381381706

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Ms. Whitney Tolbert:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by January 3, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1748 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: Restrictions Form
7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.06.2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

# Restrictions Form

**Return To:** Rose Raines Woodley

| Shanna Richardson | | 7164999 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — ________________ ________________________________
   DATE LAST TREATED — ________________ ________________________________
   NEXT OFFICE VISIT — ________________ DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) ***AND*** frequency ***(SEE KEY).***
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM ________________ TO ________________ .

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ________

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ____________ TO ____________ .

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree ***AND*** Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

0U310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative ______________________

Date of Birth: ________ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original.**

0U310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________

Date of Birth: ______ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original**

0U310180090

**AUTHORIZATION TO DISCUSS CASE WITH LAWYER**

I, Shanna Richardson, grant The Liberty Mutual Insurance Company to discuss my Long Term Disability claim with The Law Offices of John E Dunlap,PC. This authorization includes all of Liberty's employees, attorneys, agents or representatives. The Plan Number is 7164999 and the ID is 7164999. In the event disability benefits are authorized and payable, I authorize Liberty to mail the check to The Law Offices of John E Dunlap,PC, 3294 Poplar Avenue #240, Memphis, TN 38111. This authorization shall remain in full force until terminated by Shanna Richardson in writing.

Shanna Richardson

October 19, 2018

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | January 18, 2019 |
| To: | JOHN DUNLAP<br>THE LAW OFFICES OF JOHN E. DUNLAP<br>3294 POPLAR AVENUE<br>#240<br>MEMPHIS TN 38111 |
| Attn: | Shanna Richardson |
| Fax: | (901) 320-6914 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages<br>(Including Cover): | 6 |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

January 18, 2019

John E. Dunlap
The Law Offices of John E. Dunlap
3294 POPLAR AVENUE
#240
MEMPHIS, TN 38111

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson

Dear John Dunlap:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to Shanna Richardson's claim for LTD benefits under the Policy.

We are currently reviewing Ms. Richardson's eligibility for continued disability benefits, and are in need of additional information.

On December 21, 2018, we requested medical records from Dr. Dalal, Dr. Fountain/Weinecke, Dr. Tolbert, and Dr. Ciarloni.We have received medical records from Dr. Dalal. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of Ms. Richardson's eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2018 through the present from all treating providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to Ms. Richardson's disability within the timeframe stated above.

Nike, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, Ms. Richardson provide proof of disability within a required timeframe. Her cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by February 1, 2019, 15 days from the date of

this request, Ms. Richardson's benefits will be suspended. If we do not receive all of this requested information by March 3, 2019, 30 days from the date of suspension, her claim will be closed.

We ask that Ms. Richardson provide us with this information no later than February 1, 2019 as required under the terms of the Policy.

If Ms. Richardson has any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: 7164999-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-12.21.2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

MS. SHANNA RICHARDSON

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

December 21, 2018

Ms. Shanna Richardson

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999

Dear Ms. Shanna Richardson:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On December 21, 2018, we requested medical records from Walters, Tolbert, Fountain, and Dalal. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2018 through the present from all treating providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Nike, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by January 19, 2019, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by February 3, 2019, 15 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than February 3, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

# F A X S H E E T

| | |
|---|---|
| Date: | Jan-07-2019 03:22:18 |
| To: | Lincoln |
| Subject: | Patient Document |
| Fax Number: | 16034301748 |
| To Company: | |
| From Name: | Kathy Key |
| From Company: | Tri State Orthopaedics LLC |
| From Facility: | Tri State Orthopaedics LLC |
| Support Contact: | |
| Number of Page(s): | 5 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

DIAGNOSTIC IMAGING CONSULTATION
Diagnostic Imaging, P.C.
6401 Poplar Avenue, Suite 100
Memphis, TN 38119
901-387-2340
Louis S. Parvey, MD Robert A. Duke, MD
Graham L. Roberts, MD

Patient Name: SHANNA L RICHARDSON DOB:
ID#: 208798 Referring Phys: GERRIE WALTERS FNP
Accession#: 09312349 Referring Fax#: 751 9878
Sex: F Procedure Date: 08/01/2018

Reason for Study: SHOULDER PAIN

CLINICAL HISTORY: SHOULDER PAIN.
Chronic left shoulder pain since September 2016.
Clinical history includes primary osteoarthritis left shoulder.

EXAMINATION: MAGNETIC RESONANCE IMAGING OF THE LEFT SHOULDER

TECHNIQUE: Standard shoulder MRI protocol.

COMPARISON: None

IMAGING FINDINGS:

At the acromioclavicular articulation there is loss of cartilage space. Minor hypertrophic osteophytes are noted at the dorsal articular margins of the acromion and the clavicle and at the inferior articular margin of the acromion at the AC joint.
With the humerus in adduction and external rotation, there is impingement upon the supraspinatus muscle at the musculotendinous junction by the acromioclavicular joint.

Abnormal signal is noted at the musculotendinous junction of the supraspinatus muscle and there is diffuse thickening and increased signal in the remainder of the supraspinatus tendon up to its insertion at the greater tuberosity. Abnormal signal within the interstitial portion of the tendon does extend to the insertion at the greater tuberosity.
There is a modicum of fluid demonstrated within the subacromion/subdeltoid bursa but the bursa is not distended by fluid and there is no communication between the bursa and the joint space through the supraspinatus tendon.

Subscapularis muscle has normal volume and signal characteristics but the tendon is thickened and with increase in signal within the tendon up to its insertion on the lesser tuberosity.

Infraspinatus muscle and tendon and insertion at the greater tuberosity are normal.
Teres minor muscle and tendon and posterior greater tuberosity attachments are normal. The graft bicipital tendon has normal thickness and signal, courses normally through the intertubercular groove and extends to the superior labrum with the possibility of fraying accompanying the abnormal

signal in the superior labrum.

Internally there is abnormal signal demonstrated within the superior labrum at and posterior to the biceps anchor. There is no avulsion or separation of the superior labrum from the glenoid. Additionally there is abnormal signal and irregularity of the anterior inferior aspect of the labrum without complete separation, displacement or periosteal stripping at the anterior inferior glenoid. No bony lesion at the inferior glenoid is present.

Synovial space at the glenohumeral joint is normal without evidence of effusion. The glenoid fossa is of normal depth. The graft bone marrow signal is normal in the distal clavicle, scapula, and proximal humerus on all imaging sequences. No intrinsic bony lesions are detected.

Deltoid muscle and its attachments are normal.
Portions of the pectoral muscles and humeral attachments are normal.

OPINION:
1. Tendinosis of the rotator cuff including interstitial tear and tendinosis involving the supraspinatus tendon without a full-thickness rotator cuff tear evident. Additionally tendinopathy involving the subscapularis tendon noted. No evidence of full-thickness rotator cuff tear.
2. Acromioclavicular osteoarthrosis with rotator cuff impingement.
3. SLAP tear (type I or type II) involving the superior labrum and chronic anterior inferior labral tear.

Dictated On: 08/01/2018 Interpreted By: Louis S. Parvey, MD
Transcribed By: Powerscribe Signed By: Louis S. Parvey, MD

The Imaging Center
At Wolf River

7600 WOLF RIVER BOULEVARD
SUITE 100
GERMANTOWN TN 38138
Phone: (901) 312-4033
Fax: (844) 622-3087

| | | | |
|---|---|---|---|
| **To:** | **APURVA DALAL**<br>**TRI-STATE ORTHOPAEDICS, LLC**<br>**GERMANTOWN**<br>**7656 POPLAR PIKE**<br>**GERMATNOWN TN 38138**<br>**Phone: 9013332525**<br>**Fax: 9017866635** | **Patient Name:**<br>**MRN #:**<br><br>**Phone:**<br>**DOB:**<br>**Exam Start:** | **SHANNA RICHARDSON**<br>**1900062338**<br><br><br><br>**10/10/2018** |

**Exam: MRI CERVICAL SPINE WO CONTRAST 72141**
**72141**

EXAMINATION: Cervical spine MRI
HISTORY: 41-year-old female with a provided history of cervical radiculopathy, patient indicates neck pain for 2 years left arm pain and bilateral arm numbness/tingling and weakness

Technique High field cervical spine MRI performed without contrast administration, including sagittal T1, T2 and MPGR and axial T2 and MPGR sequences.

Interpreting Radiologist: Alan Eisenberg, M.D.

Reference: None

Findings:

As positioned there is mild cervicothoracic scoliosis. No abnormal cord signal is apparent.

C2/3: No spinal canal or foraminal narrowing

C3/4: Mild left foraminal narrowing.

C4/5 : Mild spondylosis eccentric to the left produces mild dural sac compression and there is mild to moderate left foraminal narrowing.

C5/6: Moderate spondylosis eccentric to the right produces dural sac compression without overt spinal stenosis. Mild left and mild to moderate right foraminal stenosis and mild to moderate right lateral recess stenosis is observed.

C6/7: Minimal spondylosis

C7/T1: No spinal canal or foraminal narrowing

Name: SHANNA RICHARDSON
MRN #: 1900062338
DOB:
Exam Start: 10/10/2018
Referring Phys.: DALAL, APURVA

Impressions:
1. No disc herniation, spinal stenosis or high-grade foraminal compromise.
2. Degenerative changes at C4-5 and C5-6, as detailed in the report.

This report was electronically signed by Dr. Alan Eisenberg 10/10/2018 10:13 AM
Workstation: MSIT-RR1MQPS

**Interpreting Radiologist:**

**Alan D. Eisenberg**
**Signed: 10/10/2018 10:17 AM**

**CC:**

**Thank you for visiting our imaging center.**

# F A X S H E E T

| | |
|---|---|
| Date: | Jan-07-2019 03:22:48 |
| To: | |
| Subject: | Faxing Multiple Encounters |
| Fax Number: | 16034301748 |
| To Company: | |
| From Name: | Key,Kathy |
| From Company: | Tri State Orthopaedics LLC |
| From Facility: | Tri State Orthopaedics LLC |
| Support Contact: | |
| Number of Page(s): | 7 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

TRISTATE
Orthopaedics and Robotic Surgery

# Richardson, Shanna

41 Y old Female, DOB
Account Number: 68386

Home:
Guarantor: Richardson, Shanna Insurance: BLUECARE Payer ID: 00890
Appointment Facility: Tri State Orthopaedics Llc

10/30/2018

ProgressNotes: APURVA DALAL, MD

## Current Medications

Taking
- Norvasc
- Losartan Potassium
- Ibuprofen
- Gabapentin
- Ecotrin 325 MG Tablet Delayed Release 1 tablet Orally Once a day

Discontinued
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hours
- Phenergan 25MG Tablet 1 tablet Oral every 8 hours as needed for nausea
- Medication List reviewed and reconciled with the patient

## Past Medical History

Hypertension.
Arthritis.

## Surgical History

hysterectomy
cesarean section
10-23-18 left shoulder SLAP repair

## Family History

Non-Contributory

## Social History

Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*
Additional Findings: Tobacco Non-User *Current non-smoker*

## Allergies

Percocet
Hydrocodone-Acetaminophen

## Hospitalization/Major Diagnostic Procedure

Denies Past Hospitalization

## Review of Systems

VITAL SIGNS: WNL
HEENT: Pupils equal and reactive.
NECK: Supple with no lymphadenopathy. Trachea midline. No thyromegaly noted.
CHEST: Clear to auscultation bilaterally, good effort.
CARDIOVASCULAR: Tachycardic, no murmurs, gallops, or rubs, 2+ pulse.
ABDOMEN: Soft, positive bowel sounds.

## Reason for Appointment

1. Left shoulder pain

## History of Present Illness

Constitutional:
The patient is a very pleasant 41-year-old African-American female who presents to the clinic today one week status post left shoulder SLAP repair. She reports that she is doing very well at this time. She is managing her pain. She has no complaints currently.

## Vital Signs

Wt 209 lbs, BMI 37.02 Index, Ht 63 in, Ht-cm 160.02 cm, Wt-kg 94.8 kg.

## Physical Examination

Examination was performed on the left shoulder which shows well-healing surgical incision sites. There is no erythema, drainage, fluctuance or apparent signs of infection. Neurovascularly she appears to be intact.

## Assessments

1. Left arm pain - M79.602 (Primary)
2. Instability of left shoulder joint - M25.312
3. Superior glenoid labrum lesion of left shoulder, subsequent encounter - S43.432D
4. Cervical radiculopathy - M54.12
5. Cervical stenosis of spinal canal - M48.02
6. Adhesive capsulitis of left shoulder - M75.02
7. History of arthroscopy of left shoulder - Z98.890

## Treatment

**1. Superior glenoid labrum lesion of left shoulder, subsequent encounter**
Notes: The patient is doing well at this time. I have instructed her to continue to wear her shoulder abduction brace. She will schedule for her first therapy appointment in our Germantown location today.

## Preventive Medicine

Counseling:
Pain Management
Follow-up Plan documented: *Yes*

## Follow Up

2 Weeks SH/ARD/kk

[signature]

**Electronically signed by APURVA DALAL , MD on 11/01/2018 at 03:11 PM CDT**

**Sign off status: Completed**

Tri State Orthopaedics Llc
7656 POPLAR PIKE
GERMANTOWN, TN 38138-5941
Tel: 901-333-2525
Fax: 901-786-6635

**Patient: Richardson, Shanna DOB: Progress Note: APURVA DALAL, MD 10/30/2018**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

TRISTATE
Orthopaedics and Robotic Surgery

**Richardson, Shanna**
41 Y old Female, DOB: (
Account Number: 68386

Home:
Guarantor: Richardson, Shanna Insurance: BLUECARE Payer ID: 00890
Appointment Facility: Tri State Orthopaedics Llc

**11/14/2018** **ProgressNotes: APURVA DALAL, MD**

### Current Medications
Taking
- Norvasc
- Losartan Potassium
- Ibuprofen
- Gabapentin
- Ecotrin 325 MG Tablet Delayed Release 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

### Past Medical History
Hypertension.
Arthritis.

### Surgical History
hysterectomy
cesarean section
10-23-18 left shoulder SLAP repair

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*
Additional Findings: Tobacco Non-User *Current non-smoker*

### Allergies
Percocet
Hydrocodone-Acetaminophen

### Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

### Review of Systems
VITAL SIGNS: WNL
HEENT: Pupils equal and reactive.
NECK: Supple with no lymphadenopathy. Trachea midline. No thyromegaly noted.
CHEST: Clear to auscultation bilaterally, good effort.
CARDIOVASCULAR: Tachycardic, no murmurs, gallops, or rubs, 2+ pulse.
ABDOMEN: Soft, positive bowel sounds.

### Reason for Appointment
1. Left shoulder pain

### History of Present Illness
Constitutional:
The patient is a very pleasant 41-year-old African-American female who presents to our clinic today two weeks status post left shoulder SLAP repair. She reports that she is doing very well. She will schedule to start physical therapy today. She states that she is managing her pain well and she has no complaints at this time.

### Vital Signs
Wt 209 lbs, BMI 37.02 Index, Ht 63 in, Pain scale 3 1-10, Ht-cm 160.02 cm, Wt-kg 94.8 kg.

### Physical Examination
Examination was performed on the patient's left shoulder which shows well-healed surgical incision sites. There is no erythema, drainage, fluctuance or apparent signs of infection.

### Assessments
1. Left arm pain - M79.602 (Primary)
2. History of arthroscopy of left shoulder - Z98.890
3. Superior glenoid labrum lesion of left shoulder, subsequent encounter - S43.432D
4. Instability of left shoulder joint - M25.312

### Treatment
**1. Left arm pain**
Clinical Notes: The patient will schedule physical therapy. The patient was advised that she could discontinue wearing her left shoulder brace at this time.

### Preventive Medicine
Counseling:
Pain Management
Follow-up Plan documented: *Yes*

### Follow Up
3 Weeks SH/ARD/kk

**Electronically signed by APURVA DALAL , MD on 11/19/2018 at 11:20 AM CST**

**Sign off status: Completed**

**Tri State Orthopaedics Llc**

7656 POPLAR PIKE
GERMANTOWN, TN 38138-5941
Tel: 901-333-2525
Fax: 901-786-6635

---



*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

TRISTATE
Orthopaedics and Robotic Surgery

# Richardson, Shanna

41 Y old Female, DOB:
Account Number: 68386

Home:
Guarantor: Richardson, Shanna Insurance: BLUECARE Payer ID: 00890
Appointment Facility: Tri State Orthopaedics Llc

12/07/2018

ProgressNotes: APURVA DALAL, MD

## Current Medications

Taking
- Norvasc
- Losartan Potassium
- Ibuprofen
- Gabapentin
- Ecotrin 325 MG Tablet Delayed Release 1 tablet Orally Once a day

## Past Medical History

Hypertension.
Arthritis.

## Allergies

Percocet
Hydrocodone-Acetaminophen

## Reason for Appointment

1. Pt is a 41 y/o female s/p L shoulder SLAP repair on 10/23/18.

## History of Present Illness

Interim History:

Previous ADLs: Patient reports being independent with all ADLs prior to shoulder injury.

Current ADLS: Patient reports being independent with ADLs but pain is present with reaching, carrying items, dressing, bathing, cooking, cleaning.

Pain: Patient reports current pain level at 6/10, but states it can get as bad as 10/10 when she first wakes up in the morning.

## Physical Examination

Range of Motion:

Shoulder Left shoulder:Flexion 160 deg*, Abduction 160 deg*, External Rotation 5 deg* , Internal Rotation 80 deg .

Palpation:

Tenderness TTP L shoulder .

Strength:

Upper Extermity Shoulder Flexion 3+/5*, Shoulder Abduction 3+/5*, Shoulder External Rotation 3-/5*,, Shoulder Internal Rotation 3+/5.

Gait:

Gait Patient ambulates with reciprocal, normalized gait pattern..

## Therapeutic Interventions

Physical Therapy

Education : Posture/Positioning, use of ice

Exercise : Range of Motion, Strength/Power, Flexibility exercise to BUE and neck/upper back

## Physical Therapy Assessment

Functional Limitations

Self care : independently, but with pain

Impairments

Decreased AROM, Decreased Strength, Pain that limits function : yes

Physical Therapy Prognosis

Excellent : Patient is an excellent candidate for PT. No barriers to PT identified. Patient appears motivated to improve

Short Term Goals

2 weeks : 1. Patient will be independent with HEP., 2. Patient will report decrease in pain to 4/10., 3. Patient will increase AROM by 25%.

Long Term Goals

4 weeks : 1. Patient will report decrease in pain to 2/10., 2. Patient will increase AROM to WNL, 3. Patient will increase strength to >/= 4+/5 for improved ADL's and house hold tasks., 4. Patient will be able to perform all ADL's independently with minimal to no pain.

Physical Therapy Provider

License : Mallory Riddie, PT 10941

## Assessments

1. Instability of left shoulder joint - M25.312 (Primary)
2. Superior glenoid labrum lesion of left shoulder, subsequent encounter - S43.432D

## Procedures

therapeutic exercise, manual therapy, patient education, modalities am

therapeutic exercise, manual therapy, patient education, modalities prn.

Procedure Codes
97161 PT EVAL LOW COMPLEX 20 MIN

Follow Up
2 - 3 Days, 6 Weeks

**Electronically signed by APURVA DALAL , MD on 01/07/2019 at 03:30 PM CST**

**Sign off status: Pending**

---

**Tri State Orthopaedics Llc**
**7656 POPLAR PIKE**
**GERMANTOWN, TN 38138-5941**
**Tel: 901-333-2525**
**Fax: 901-786-6635**

---

# F A X S H E E T

| | |
|---|---|
| Date: | Jan-07-2019 03:21:18 |
| To: | Lincoln |
| Subject: | Patient Document |
| Fax Number: | 16034301748 |
| To Company: | |
| From Name: | Kathy Key |
| From Company: | Tri State Orthopaedics LLC |
| From Facility: | Tri State Orthopaedics LLC |
| Support Contact: | |
| Number of Page(s): | 10 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

Lincoln
Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | January 4, 2019 |
| To: | DR. APURVA DALAL<br>7656 POPLAR PIKE<br>GERMANTOWN TN 38138 |
| Attn: | medical records |
| Fax: | (901) 786-6635 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

January 4, 2019

Dr. Apurva Dalal
7656 POPLAR PIKE
GERMANTOWN, TN 38138

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Apurva Dalal:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to Shanna Richardson's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 19, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: 7164999-REQUEST-PROVIDER-12.21.2018

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | December 21, 2018 |
| To: | DR. APURVA DALAL<br>7656 POPLAR PIKE<br>GERMANTOWN TN 38138 |
| Attn: | Medical Records - chart notes<br>Attending Physician - Restrictions Form |
| Fax: | (901) 786-6635 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

December 21, 2018

Dr. Apurva Dalal
7656 POPLAR PIKE
GERMANTOWN, TN 38138

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Apurva Dalal:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present

- Completion of the Enclosed Forms:

X Restrictions Form
___ Other

We ask that you provide this information by January 3, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1748 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: Restrictions Form
7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.06.2018

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

# Restrictions Form

Return To: Rose Raines Woodley

| Shanna Richardson | | 7164999 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

**To be completed by physician:**

1. DATE FIRST TREATED — 09/12/18
   DATE LAST TREATED — 11/14/18
   NEXT OFFICE VISIT — 1/9/19

   SLAP tear LT shld
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) AND frequency (SEE KEY). 2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   pt cannot lift c̄ LT upper extremity or perform overhead activities
   will update status on 1/9/19

4. RESTRICTIONS IMPOSED FROM 10/23/18 TO 2/1/19.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?

   pt still attending therapy

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM 10/23/18 TO 12/7/18.

| Aparna Dalal | MD / Orthopedic Surgery | 820580917 |
|---|---|---|
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| PO Box 383579 | 9013322525 | 9017566635 |
| Street Address | Telephone Number | Fax Number |
| Germantown TN 38183-3579 | [signature] | 1/7/19 |
| City, State & Zip Code | Signature | Date |

01310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the Information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the Information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ________________ Relationship ________

Signature of claimant or legal representative ________________

Date of Birth: ________ Claim Number: 7164993 Date: 10/15/18

A copy of this authorization will be considered as valid as the original.

0L310186090

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______ Relationship ______

Signature of claimant or legal representative ______

Date of Birth: ______ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original**

013101180090

**AUTHORIZATION TO DISCUSS CASE WITH LAWYER**

I, Shanna Richardson, grant The Liberty Mutual Insurance Company to discuss my Long Term Disability claim with The Law Offices of John E Dunlap,PC. This authorization includes all of Liberty's employees, attorneys, agents or representatives. The Plan Number is 7164999 and the ID is 7164999. In the event disability benefits are authorized and payable, I authorize Liberty to mail the check to The Law Offices of John E Dunlap,PC, 3294 Poplar Avenue #240, Memphis, TN 38111. This authorization shall remain in full force until terminated by Shanna Richardson in writing.

Shanna Richardson

October 19, 2018

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | January 4, 2019 |
| To: | MS. WHITNEY TOLBERT NP<br>7715 WOLF RIVER BLVD<br>GERMANTOWN TN 38138-1706 |
| Attn: | Medical Records |
| Fax: | (901) 328-6035 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages<br>(Including Cover): | 9 |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

January 4, 2019

Ms. Whitney Tolbert, Np
7715 WOLF RIVER BLVD
GERMANTOWN, TN 38138-1706

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Ms. Whitney Tolbert:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to Shanna Richardson's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 18, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: 7164999-REQUEST-PROVIDER-12.21.2018

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | December 21, 2018 |
| To: | MS. WHITNEY TOLBERT NP<br>7715 WOLF RIVER BLVD<br>GERMANTOWN TN 38138-1706 |
| Attn: | Medical Records - chart notes<br>Attending Physician - Restrictions Form |
| Fax: | (901) 328-6035 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

December 21, 2018

Ms. Whitney Tolbert, Np
7715 WOLF RIVER BLVD
GERMANTOWN, TN 381381706

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Ms. Whitney Tolbert:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by January 3, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1748 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: Restrictions Form
7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.06.2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

# Restrictions Form

**Return To:** Rose Raines Woodley

| Shanna Richardson | | 7164999 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — ____________ ____________________
   DATE LAST TREATED — ____________ ____________________
   NEXT OFFICE VISIT — ____________ DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).*
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM ____________ TO ____________.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ________

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ____________ TO ____________.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

0U310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative ____________

Date of Birth: ____________ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original.**

0U310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative ______________________

Date of Birth: ______ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original**

**AUTHORIZATION TO DISCUSS CASE WITH LAWYER**

I, Shanna Richardson, grant The Liberty Mutual Insurance Company to discuss my Long Term Disability claim with The Law Offices of John E Dunlap,PC. This authorization includes all of Liberty's employees, attorneys, agents or representatives. The Plan Number is 7164999 and the ID is 7164999. In the event disability benefits are authorized and payable, I authorize Liberty to mail the check to The Law Offices of John E Dunlap,PC, 3294 Poplar Avenue #240, Memphis, TN 38111. This authorization shall remain in full force until terminated by Shanna Richardson in writing.

Shanna Richardson

October 19, 2018

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: January 4, 2019 | |
| To: | DR. APURVA DALAL<br>7656 POPLAR PIKE<br>GERMANTOWN TN 38138 |
| Attn: | medical records |
| Fax: | (901) 786-6635 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages<br>(Including Cover): 9 | |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln
Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

January 4, 2019

Dr. Apurva Dalal
7656 POPLAR PIKE
GERMANTOWN, TN 38138

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Apurva Dalal:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to Shanna Richardson's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 19, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: 7164999-REQUEST-PROVIDER-12.21.2018

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | December 21, 2018 |
| To: | DR. APURVA DALAL<br>7656 POPLAR PIKE<br>GERMANTOWN TN 38138 |
| Attn: | Medical Records - chart notes<br>Attending Physician - Restrictions Form |
| Fax: | (901) 786-6635 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages<br>(Including Cover): | 7 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

December 21, 2018

Dr. Apurva Dalal
7656 POPLAR PIKE
GERMANTOWN, TN 38138

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Apurva Dalal:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present

- Completion of the Enclosed Forms:

  _X_ Restrictions Form
  ___ Other

We ask that you provide this information by January 3, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1748 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: Restrictions Form
7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.06.2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

# Restrictions Form

**Return To:** Rose Raines Woodley

| Shanna Richardson | | 7164999 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — ____________ ____________________
   DATE LAST TREATED — ____________ ____________________
   NEXT OFFICE VISIT — ____________ DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES
2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. RESTRICTIONS IMPOSED FROM ____________ TO ____________.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ________

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ____________ TO ____________.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

0U310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative ______________________

Date of Birth: ______ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original.**

0U310180090

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative ____________

Date of Birth: ____________ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original**

0U310180090

. , .

**AUTHORIZATION TO DISCUSS CASE WITH LAWYER**

**I, Shanna Richardson, grant The Liberty Mutual Insurance Company to discuss my Long Term Disability claim with The Law Offices of John E Dunlap,PC. This authorization includes all of Liberty's employees, attorneys, agents or representatives. The Plan Number is 7164999 and the ID is 7164999. In the event disability benefits are authorized and payable, I authorize Liberty to mail the check to The Law Offices of John E Dunlap,PC, 3294 Poplar Avenue #240, Memphis, TN 38111. This authorization shall remain in full force until terminated by Shanna Richardson in writing.**

**Shanna Richardson**

**October 19, 2018**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | January 2, 2019 |
| To: | MEGAN WIENECKE N.P. |
| Attn: | Medical Records - chart notes<br>Megan Wienecke - Restriction Form |
| Fax: | (901) 259-2086 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

January 2, 2019

Megan Wienecke, N.P.

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Megan Wienecke:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by January 11, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1748 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: Restrictions Form
7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.06.2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

# Restrictions Form

**Return To:** Rose Raines Woodley

| Shanna Richardson | | 7164999 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** – ____________ ____________________
   **DATE LAST TREATED** – ____________ ____________________
   **NEXT OFFICE VISIT** – ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

0U310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative ______________

Date of Birth: ______ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original.**

0U310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative ______________

Date of Birth: ______ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original**

0U310180090

**AUTHORIZATION TO DISCUSS CASE WITH LAWYER**

I, Shanna Richardson, grant The Liberty Mutual Insurance Company to discuss my Long Term Disability claim with The Law Offices of John E Dunlap,PC. This authorization includes all of Liberty's employees, attorneys, agents or representatives. The Plan Number is 7164999 and the ID is 7164999. In the event disability benefits are authorized and payable, I authorize Liberty to mail the check to The Law Offices of John E Dunlap,PC, 3294 Poplar Avenue #240, Memphis, TN 38111. This authorization shall remain in full force until terminated by Shanna Richardson in writing.

Shanna Richardson

October 19, 2018

**SEMMES MURPHEY**
Leaders in Brain & Spine Care

**6325 Humphreys Boulevard**
**Memphis, Tennessee 38120**
**901.522.7700**

**Sent To:** Rose Raines, Lincoln Financial

Recipient's Fax Number: 603 . 430 . 1748

**From:** Nora Byars, Medical Administrative Assistant for -

☒ *Todd E. Fountain, M.D.* ☐ *Aaron E. Bond, M.D.*

Phone: 901.522.7700

**Fax: 901.259.2004 / 901.522.7793**

nbyars@semmes-murphey.com

RE: Shanna Richardson
Your Claim# 7164999

Date: 01/02/19

Number of Pages (including this cover page): 8

****************************************************************************

**CONFIDENTIALITY NOTE**

**THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS LEGALLY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS TELECOPY IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE.**

****************************************************************************

Comments:

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | December 21, 2018 |
| To: | DR. TODD FOUNTAIN<br>6325 HUMPHREYS BLVD<br>MEMPHIS TN 38120 |
| Attn: | Medical Records - chart notes<br>Attending Physician - Restrictions Form |
| Fax: | (901) 259-0133 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br>Nike, Inc. |

I last saw patient 2/9/17. Patient saw nurse practitioner, Megan Wienecke on 10/15/18. Her fax is 901-259-2086.

Todd E. Fountain, MD

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Bosto[n ...] Lincoln Financial Group company. During the transition, you may [...] read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

December 21, 2018

Dr. Todd Fountain
6325 HUMPHREYS BLVD
MEMPHIS, TN 38120

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Todd Fountain:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present
- Completion of the Enclosed Forms:

 X Restrictions Form
 ___ Other

We ask that you provide this information by January 3, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1748 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: Restrictions Form
7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.06.2018

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

# Restrictions Form

Return To: Rose Raines Woodley

| Shanna Richardson | | 7164999 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

**To be completed by physician:**

1. DATE FIRST TREATED — ______
   DATE LAST TREATED — ______
   NEXT OFFICE VISIT — ______ DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES
2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM ______ TO ______.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ______

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

01J310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the Information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the Information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the Information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ________ Relationship ________

Signature of claimant or legal representative ________

Date of Birth: __ ____ Claim Number: 7164999 Date: 10/15/18

A copy of this authorization will be considered as valid as the original.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative ____________

Date of Birth: ____________ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original**

0U310180090

**AUTHORIZATION TO DISCUSS CASE WITH LAWYER**

I, Shanna Richardson, grant The Liberty Mutual Insurance Company to discuss my Long Term Disability claim with The Law Offices of John E Dunlap,PC. This authorization includes all of Liberty's employees, attorneys, agents or representatives. The Plan Number is 7164999 and the ID is 7164999. In the event disability benefits are authorized and payable, I authorize Liberty to mail the check to The Law Offices of John E Dunlap,PC, 3294 Poplar Avenue #240, Memphis, TN 38111. This authorization shall remain in full force until terminated by Shanna Richardson in writing.

Shanna Richardson

October 19, 2018

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | December 24, 2018 |
| To: | DR. CIARLONI<br>146 TIMBER CREEK DRIVE<br>SUITE 200<br>CORDOVA TN 38018 |
| Attn: | Attending provider - Restrictions Form<br>Medical records - chart notes |
| Fax: | (901) 751-5391 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages (Including Cover): | 7 |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

December 24, 2018

Dr. Ciarloni
146 TIMBER CREEK DRIVE
SUITE 200
CORDOVA, TN 38018

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Ciarloni:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by January 3, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1748 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: Restrictions Form
7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.06.2018

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

# Restrictions Form

**Return To:** Rose Raines Woodley

| Shanna Richardson | | 7164999 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** – ____________ ______________________
   **DATE LAST TREATED** – ____________ ______________________
   **NEXT OFFICE VISIT** – ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

0U310180090

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative ______________________

Date of Birth: ______ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original.**

0U310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative ______________________________

Date of Birth: _ ______ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original**

0U310180090

**AUTHORIZATION TO DISCUSS CASE WITH LAWYER**

I, Shanna Richardson, grant The Liberty Mutual Insurance Company to discuss my Long Term Disability claim with The Law Offices of John E Dunlap,PC. This authorization includes all of Liberty's employees, attorneys, agents or representatives. The Plan Number is 7164999 and the ID is 7164999. In the event disability benefits are authorized and payable, I authorize Liberty to mail the check to The Law Offices of John E Dunlap,PC, 3294 Poplar Avenue #240, Memphis, TN 38111. This authorization shall remain in full force until terminated by Shanna Richardson in writing.

Shanna Richardson

October 19, 2018

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | December 24, 2018 |
| To: | JOHN DUNLAP<br>THE LAW OFFICES OF JOHN E. DUNLAP<br>3294 POPLAR AVENUE<br>#240<br>MEMPHIS TN 38111 |
| Attn: | John Dunlap |
| Fax: | (901) 320-6914 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #:<br>Claimant:<br><br>Nike, Inc. | <br><br>7164999<br>Shanna Richardson |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

December 24, 2018

John E. Dunlap
The Law Offices of John E. Dunlap
3294 POPLAR AVENUE
#240
MEMPHIS, TN 38111

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson

Dear John Dunlap:

Please find the attached request pertaining to your client Shanna Richardson's disability claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: 7164999-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-12.21.2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

MS. SHANNA RICHARDSON

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

December 21, 2018

Ms. Shanna Richardson

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999

Dear Ms. Shanna Richardson:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On December 21, 2018, we requested medical records from Walters, Tolbert, Fountain, and Dalal. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2018 through the present from all treating providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Nike, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by January 19, 2019, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by February 3, 2019, 15 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than February 3, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | December 21, 2018 |
| To: | DR. APURVA DALAL<br>7656 POPLAR PIKE<br>GERMANTOWN TN 38138 |
| Attn: | Medical Records - chart notes<br>Attending Physician - Restrictions Form |
| Fax: | (901) 786-6635 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages<br>(Including Cover): | 7 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

December 21, 2018

Dr. Apurva Dalal
7656 POPLAR PIKE
GERMANTOWN, TN 38138

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Apurva Dalal:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present

- Completion of the Enclosed Forms:

  _X_ Restrictions Form
  ___ Other

We ask that you provide this information by January 3, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1748 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: Restrictions Form
7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.06.2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

# Restrictions Form

**Return To:** Rose Raines Woodley

| Shanna Richardson | | 7164999 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** – ____________
   **DATE LAST TREATED** – ____________
   **NEXT OFFICE VISIT** – ____________
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES** ____________

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

   ____________

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

   ____________

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative ______________

Date of Birth: ______ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original.**

0U310180090

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative ______________

Date of Birth: ______ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original**

**AUTHORIZATION TO DISCUSS CASE WITH LAWYER**

I, Shanna Richardson, grant The Liberty Mutual Insurance Company to discuss my Long Term Disability claim with The Law Offices of John E Dunlap,PC. This authorization includes all of Liberty's employees, attorneys, agents or representatives. The Plan Number is 7164999 and the ID is 7164999. In the event disability benefits are authorized and payable, I authorize Liberty to mail the check to The Law Offices of John E Dunlap,PC, 3294 Poplar Avenue #240, Memphis, TN 38111. This authorization shall remain in full force until terminated by Shanna Richardson in writing.

Shanna Richardson

October 19, 2018

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | December 21, 2018 |
| To: | DR. TODD FOUNTAIN<br>6325 HUMPHREYS BLVD<br>MEMPHIS TN 38120 |
| Attn: | Medical Records - chart notes<br>Attending Physician - Restrictions Form |
| Fax: | (901) 259-0133 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages (Including Cover): | 7 |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

December 21, 2018

Dr. Todd Fountain
6325 HUMPHREYS BLVD
MEMPHIS, TN 38120

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Todd Fountain:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by January 3, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1748 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: Restrictions Form
7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.06.2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

# Restrictions Form

**Return To:** Rose Raines Woodley

| Shanna Richardson | | 7164999 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** – ____________

   **DATE LAST TREATED** – ____________

   **NEXT OFFICE VISIT** – ____________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

0U310180090

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative ______________________

Date of Birth: ______ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original.**

0U310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative ______________

Date of Birth: ______ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original**

0U310180090

. , .

**AUTHORIZATION TO DISCUSS CASE WITH LAWYER**

**I, Shanna Richardson, grant The Liberty Mutual Insurance Company to discuss my Long Term Disability claim with The Law Offices of John E Dunlap,PC. This authorization includes all of Liberty's employees, attorneys, agents or representatives. The Plan Number is 7164999 and the ID is 7164999. In the event disability benefits are authorized and payable, I authorize Liberty to mail the check to The Law Offices of John E Dunlap,PC, 3294 Poplar Avenue #240, Memphis, TN 38111. This authorization shall remain in full force until terminated by Shanna Richardson in writing.**

**Shanna Richardson**

**October 19, 2018**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | December 21, 2018 |
| To: | MS. WHITNEY TOLBERT NP<br>7715 WOLF RIVER BLVD<br>GERMANTOWN TN 38138-1706 |
| Attn: | Medical Records - chart notes<br>Attending Physician - Restrictions Form |
| Fax: | (901) 328-6035 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages<br>(Including Cover): | 7 |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

December 21, 2018

Ms. Whitney Tolbert, Np
7715 WOLF RIVER BLVD
GERMANTOWN, TN 381381706

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Ms. Whitney Tolbert:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present

- Completion of the Enclosed Forms:

  _X_ Restrictions Form
  ___ Other

We ask that you provide this information by January 3, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1748 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: Restrictions Form
7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.06.2018