Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

# Restrictions Form

**Return To:** Rose Raines Woodley

| Shanna Richardson | | 7164999 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** – ______
   **DATE LAST TREATED** – ______
   **NEXT OFFICE VISIT** – ______
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ______ **TO** ______.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ______

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ______ **TO** ______.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

0U310180090

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative ______________

Date of Birth: ______ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original.**

0U310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative ____________

Date of Birth: ______ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original**

0U310180090

**AUTHORIZATION TO DISCUSS CASE WITH LAWYER**

I, Shanna Richardson, grant The Liberty Mutual Insurance Company to discuss my Long Term Disability claim with The Law Offices of John E Dunlap,PC. This authorization includes all of Liberty's employees, attorneys, agents or representatives. The Plan Number is 7164999 and the ID is 7164999. In the event disability benefits are authorized and payable, I authorize Liberty to mail the check to The Law Offices of John E Dunlap,PC, 3294 Poplar Avenue #240, Memphis, TN 38111. This authorization shall remain in full force until terminated by Shanna Richardson in writing.

Shanna Richardson

October 19, 2018

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | December 21, 2018 |
| To: | GERRIE WALTERS FNP<br>146 TIMBER CREEK DRIVE<br>SUITE 200<br>CORDOVA TN 38018 |
| Attn: | Medical Records - chart notes<br>Attending Physician - Restrictions Form |
| Fax: | (901) 751-5391 |
| From: | Rose Raines<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-1748 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

December 21, 2018

Gerrie Walters, Fnp
146 TIMBER CREEK DRIVE
SUITE 200
CORDOVA, TN 38018

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Gerrie Walters:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present

- Completion of the Enclosed Forms:

_X_ Restrictions Form
__ Other

We ask that you provide this information by January 3, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1748 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: Restrictions Form
7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.06.2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

# Restrictions Form

**Return To:** Rose Raines Woodley

| Shanna Richardson | | 7164999 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** – ____________
   **DATE LAST TREATED** – ____________
   **NEXT OFFICE VISIT** – ____________
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

0U310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative ______________

Date of Birth: ______ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original.**

0U310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative ______________

Date of Birth: ______ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original**

0U310180090

**AUTHORIZATION TO DISCUSS CASE WITH LAWYER**

I, Shanna Richardson, grant The Liberty Mutual Insurance Company to discuss my Long Term Disability claim with The Law Offices of John E Dunlap,PC. This authorization includes all of Liberty's employees, attorneys, agents or representatives. The Plan Number is 7164999 and the ID is 7164999. In the event disability benefits are authorized and payable, I authorize Liberty to mail the check to The Law Offices of John E Dunlap,PC, 3294 Poplar Avenue #240, Memphis, TN 38111. This authorization shall remain in full force until terminated by Shanna Richardson in writing.

Shanna Richardson

October 19, 2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

MS SHANNA RICHARDSON

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-1748

December 21, 2018

Ms. Shanna Richardson

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999

Dear Ms. Shanna Richardson:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On December 21, 2018, we requested medical records from Walters, Tolbert, Fountain, and Dalal. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2018 through the present from all treating providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Nike, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by January 19, 2019, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by February 3, 2019, 15 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than February 3, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Raines
Sr. LTD Specialist
Phone No.: (855) 832-9412 Ext. 18339
Secure Fax No.: (603) 430-1748

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

MS SHANNA RICHARDSON

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (866) 214-7839

December 13, 2018

Ms. Shanna Richardson

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999

Dear Ms. Shanna Richardson:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, Rose Raines Woodley has been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Brendon Carey
LTD Specialist
On Behalf Of: Rose Raines
Phone No.: (844) 556-3278 Ext. 18339
Secure Fax No.: (603) 430-1748

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

MS SHANNA RICHARDSON

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (866) 214-7839

December 13, 2018

Ms. Shanna Richardson

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999

Dear Ms. Shanna Richardson:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, Rose Raines Woodley has been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Brendon Carey
LTD Specialist
On Behalf Of: Rose Raines
Phone No.: (844) 556-3278 Ext. 18339
Secure Fax No.: (603) 430-1748

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

MS SHANNA RICHARDSON

Lincoln Financial Group®

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0483

November 6, 2018

Ms. Shanna Richardson

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999

Dear Ms. Shanna Richardson:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brendon Carey
LTD Specialist
Phone No.: (855) 832-9412 Ext. 18331
Secure Fax No.: (603) 430-0483

0U310180091

Liberty Mutual. INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

**Return To:** Troy Martin

EMPLOYEE/CLAIMANT NAME: Shanna Richardson
CLAIM NO: 7164999
EMPLOYER/SPONSOR: Nike, Inc. DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 03/23/2017 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Mid South Pain Clinic
Specialty: Pain Management
Address: 146 Timber Creek Suite 200 Cordova, TN. 38018
Telephone No.: (901) 751-4112 Fax No.: (901) 751-9878

Name: Apurva Dalal MD - Tri State Ortho
Specialty: Orthopaedic Surgeon
Address: 7656 Poplar Pike Germantown, TN 38138
Telephone No.: (901) 333-2525 Fax No.: (901) 786-6635

Name: Dr. Megan Wienecke - Semmes Murphy
Specialty: Spine - Physician Assistant
Address: 6325 Humphrys Blvd. Memphis, TN. 38120
Telephone No.: (901) 522-7700 Fax No.: (901) 259-2034

Name: Dr. Fountain - Semmes Murphy
Specialty: Spine - Neuro surgeon
Address: 6325 Humphrys Blvd. Memphis, TN. 38120
Telephone No.: (901) 522-7700 Fax No.: (901) 259-2034

Dr. Whitney Tolbert - Light Clinic - 901-328-6031
7715 Wolf River Blvd. Germantown, TN. 38138

**MEDICAL INSURANCE CARRIER(S):**

Name: Blue Care of Tennessee
Specialty: Health insurance
Address: 1 Cameron Cir Chattanooga, TN. 37402
Telephone No.: (800) 468-9698 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Walgreens
Specialty: Pharmacy
Address: 3670 Riverdale Rd. Memphis, TN. 38115
Telephone No.: (901) 309-2621 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Shanna Richardson DATE: 10/15/18

0U310180091

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

Return to: Troy Martin

**EMPLOYEE/CLAIMANT NAME:** Shanna Richardson **CLAIM #:** 7164999
**EMPLOYER:** Nike, Inc. **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) Richardson, Shanna L. | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status Single |
| Spouse's Full Name and Date of Birth N/A | Number of Children 2 | Date of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Stephanie Richardson Relationship to you? Sister Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) ______ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Shanna Richardson

**DATE:** ______ **EMPLOYEE'S SIGNATURE:** Shanna Richardson

DP 409

0U310180091

*THE LAW OFFICES OF JOHN E. DUNLAP*

*3294 POPLAR AVENUE #240*

*MEMPHIS, TENNESSEE 38111*

*(901)320-1603*

*(901)320-6914*

*www.johnedunlap.com*

*The Liberty Mutual*

*PO Box 7206*

*London, Kentucky 40742-7206*

*Attention: Stephanie Leung, Disability Analyst*

*Re: Our Client : Shanna Richardson*

*Plan Sponsor: Nikke*

*Plan: 7164999*

*ID#: 7164999*

*Dear Liberty Mutual:*

*Our office has been employed to assist Ms. Richardson with her appeal for Long Term Disability Benefits. We are enclosing the records and application as well as the Authorization to Discuss Case with Lawyer. We will submit additional records when we obtain them.*

*We look forward to working with you.*

*Respectfully,*

*John E Dunlop*

0U310180091

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

**Return To:** Troy Martin



EMPLOYEE/CLAIMANT NAME: Shanna Richardson

CLAIM NO: 7164999 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Nike, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit 3hrs. stand 1hr or less walk 1hr. or less

How many hours a day do you:

sit 3hrs. stand 1hr or less walk 1hr. or less

Do you take a nap during the day?

Yes ✓ No ______

If Yes, for how long? 1 At what time of the day? Morning

How many hours a day do you spend in bed? 1 - 2hrs.

Do you require any assistive devices such as a:

cane ✓ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? 1hr or less

Do you hold a valid driver's license?

Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? 1 hr. sometimes less, depend on pain.

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
I talk to them on the phone or they come over my home.

Do you have children?

Yes ✓ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ✓ No ______ Only youngest son lives with me.

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? ~~[illegible]~~ 2-3

On the weekends? Rarely, if son needs something from store or family takes him

How often do you run errands? ~~I will drive to the store down the street 1 a week, take my~~ Weekly

Please describe what errands you most commonly run: Take my son to school, go to the doctor and go to the store down the street. Family takes me if pa[in]

0U310180091

Liberty Mutual. INSURANCE

**ACTIVITIES QUESTIONNAIRE**
*page 2 of 3*

How often do you get outdoors? Just to take my son to school, doctor.

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

How much time is spent daily on your home computer?
✓ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
✓ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

____ Pay bills ____ Read news/articles ____ Use search engines ____ Send emails

____ Visit chat rooms ____ Photos Other: None, use phone to pay bills etc..

What computer software applications do you utilize. Please check all that apply:

____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics

____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? ✓ Yes ____ No

If yes, please explain purpose and usage: To make copies when needed, a copier.

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Me, Sister | With my ~~cane~~ cane and sister goes. |
| Carrying groceries into the house | My Sons | |
| Cooking meals | Me, my son | My son when I'm in lots of pai |
| Cleaning after meals | My son + me | My son cleans when I'm really hurting |
| Cleaning bathrooms | My son, sister | |
| Vacuuming | My sons, neighbor | |
| Doing the laundry | My son, sister | |
| Opening and responding to mail | Me | |
| Managing your finances | Me, mother | My mother helps on real bad days. |
| Balancing your checkbook | NO Check book | |
| Bathing yourself | Me | Shower chair |
| Styling your own hair | Hair stylist | Comes to home. |
| Getting dressed | Me | My sister helps on real bad days. |
| Going up and down stairs | No stairs | |

Have you been confined to a hospital within the last 12 months? Yes ____ No ✓

If Yes, please provide reason and hospital contact Information: ____

0U310180091

Liberty Mutual. INSURANCE

**ACTIVITIES QUESTIONNAIRE**
*page 3 of 3*

How often do you travel or take vacation? 0, not able to travel far.
Where do you go? How do you get there (transportation method)?

Are you able to pursue your hobbies? Yes ____ No ✓
If Yes, please describe

Do you participate in an exercise program? Yes ____ No ✓
If Yes, please describe

Do you do any Volunteer work? Yes ____ No ✓

If Yes:
how many hours per day?
how many hours per week?
for whom?

Are you working for wages? Yes ____ No ✓
If Yes, please provide employer's name

**Describe in your own words, what prevents you from engaging in any gainful employment.**
I have a degenerative illness that is targeting my spine and has me in constant pain. I don't sleep well, the pain is so bad that it wakes me out of my sleep. I can't do the things I did before this illness. Sitting, standing and walking are very painful.

**Please describe your daily routine: (If more space is needed, please use the back of this form)**
I take my son to school and some days I have to have family to help take him to school. I go to my doctors appointments on the days scheduled. Mostly take my son to school and come home unless I go to the doctor.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.
- Stephanie Richardson-Howard

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Shanna Richardson Date: 10/15/18

Signature: Shanna Richardson

0U310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative ______________

Date of Birth: ______________ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original.**

0U310180090

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Shanna Richardson

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative ____________

Date of Birth: ____________ Claim Number: 7164999 Date: 10/15/18

**A copy of this authorization will be considered as valid as the original**

0U310180090

**AUTHORIZATION TO DISCUSS CASE WITH LAWYER**

I, Shanna Richardson, grant The Liberty Mutual Insurance Company to discuss my Long Term Disability claim with The Law Offices of John E Dunlap,PC. This authorization includes all of Liberty's employees, attorneys, agents or representatives. The Plan Number is 7164999 and the ID is 7164999. In the event disability benefits are authorized and payable, I authorize Liberty to mail the check to The Law Offices of John E Dunlap,PC, 3294 Poplar Avenue #240, Memphis, TN 38111. This authorization shall remain in full force until terminated by Shanna Richardson in writing.

Shanna Richardson

October 19, 2018

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

MS SHANNA RICHARDSON

Lincoln Financial Group®

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0483

November 2, 2018

Ms. Shanna Richardson

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999

Dear Ms. Shanna Richardson:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, Brendon Carey has been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Troy Martin
Integrated Leave Team Manager I
On Behalf Of: Brendon Carey
Phone No.: (855) 832-9412 Ext. 18331
Secure Fax No.: (603) 430-0483

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

MS SHANNA RICHARDSON

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

October 2, 2018

Ms. Shanna Richardson

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999

Dear Ms. Shanna Richardson:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on March 23, 2017, the change in definition will occur on March 23, 2019. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

Please complete the following forms and return them in the envelope provided by October 22, 2018:

X Activities Questionnaire Form
X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
X Authorization
__ Other

If you have any questions regarding this matter, please contact me.

Sincerely,

Krystal Wallach
LTD Specialist II
On Behalf Of: Troy Martin
Phone No.: (855) 832-9412 Ext. 16173
Secure Fax No.: (603) 334-4119

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Authorization

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

**Return To:** Troy Martin ______



EMPLOYEE/CLAIMANT NAME: Shanna Richardson
CLAIM NO: 7164999 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Nike, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children? ______

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

Liberty Mutual.
INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails

______ Visit chat rooms ______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

Liberty Mutual
INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ________

how many hours per week? ________

for whom? ______________________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ____________________

Signature of claimant or legal representative ______________________________

Date of Birth: ____________ Claim Number: 7164999 Date: ______________________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

**Return To:** Troy Martin

EMPLOYEE/CLAIMANT NAME: Shanna Richardson
CLAIM NO: 7164999
EMPLOYER/SPONSOR: Nike, Inc. DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 03/23/2017 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______ **DATE:** ______

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

**Return to:** Troy Martin

**EMPLOYEE/CLAIMANT NAME:** Shanna Richardson **CLAIM #:** 7164999

**EMPLOYER:** Nike, Inc. **DATE OF BIRTH:**__________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | $ ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:**____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________________

Date of Birth: ____________ Claim Number: 7164999 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

**MIDSOUTH PAIN TREATMENT CENTER**
MidSouth Interventional Pain Institute, LLC
Michael E. Steuer, MD, PC

**146 Timber Creek**
**Cordova, TN 38018**
**Phone: (901) 751-4112 Fax: (901) 753-9789**
Office Hours: Monday thru Thursday, 8AM-5PM

## FAX COVER SHEET

**Date:** 9.13.18 **No. of Pages (including cover):** ____

**Attention:** Liberty Mutual Insurance

**Fax Number:** (603) 334-4119

**From:** Felicia – Medical Records (Extension 116)
**Email:** fbrunt@midsouthpain.com

**Patient's Name:** Shanna Richardson **DOB:** ____

Subject: Pay medical record invoice & will send medical records upon payment. Invoice was in the amount of $ 20.00.

Please contact me as soon as possible with any questions or concerns. You may reach me by the phone number listed above. Your prompt attention is appreciated.

Thanks,
Felicia

*The information contained in this facsimile message is legally privileged and confidential, intended for the entity identified above. Any other distribution of this telecopy is prohibited. If you have received this in error, please notify us by phone immediately.*

MidSouth Pain Treatment Center
Michael E. Steuer, M.D.

146 Timber Creek Suite 200
Cordova, TN 38018
901-751-4112 – Fax 901-753-9789

# Invoice – Medical Records

| Responsible Party | Statement Date |
| --- | --- |
| Liberty mutual insurance | 9-13-18 |

| Patient Name | DOB | Amount Due |
| --- | --- | --- |
| Shunna Richardson | | $20.00 |
| | Number of Pages | Pages |

PLEASE MAKE CHECK PAYABLE TO MICHAEL E. STEUER, M.D., PC

MEDICAL RECORDS WILL BE SENT UPON RECEIPT OF PAYMENT

**Tax ID # 640896748**

**Please send check to address : 146 Timber Creek Dr. Suite 200 Cordova, TN 38018**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

| | |
|---|---|
| Date: | September 12, 2018 |
| To: | FNP HOLLY KEEL |
| Attn: | Medical Records |
| Fax: | (901) 751-9878 |
| From: | Corey Abrams-Weaver<br>Ltd Specialist II<br>On Behalf Of: Troy Martin<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 334-4119 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

September 12, 2018

Fnp Holly Keel

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Fnp Holly Keel:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2018 through present

- Completion of the Enclosed Forms:

  _X_ Restrictions Form
  ___ Other

We ask that you provide this information by September 19, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4119 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
On Behalf Of: Troy Martin
Phone No.: (855) 832-9412 Ext. 16173
Secure Fax No.: (603) 334-4119

Attachments: Restrictions Form

LMG 9/12/2018 12:08:09 PM PAGE 4/004 Fax Server

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

# Restrictions Form

Return To: Troy Martin

| Shanna Richardson | | 7164999 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

**To be completed by physician:**

1. DATE FIRST TREATED — ______
DATE LAST TREATED — ______
NEXT OFFICE VISIT — ______ DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ¼ Hours / Day | Over 5 ¼ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM ______ TO ______.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ______

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

000/000 09/17/2018 MON 9:43 FAX

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

| | |
|---|---|
| Date: | September 12, 2018 |
| To: | DR JERRIE WALTERS<br>MIDSOUTH PAIN TREATMENT CENTER |
| Attn: | Medical Records |
| Fax: | (901) 751-5391 |
| From: | Corey Abrams-Weaver<br>Ltd Specialist II<br>On Behalf Of: Troy Martin<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 334-4119 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

September 12, 2018

Dr. Jerrie Walters
Midsouth Pain Treatment Center

GERMANTOWN, TN 00000

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Jerrie Walters:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2018 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by September 19, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4119 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
On Behalf Of: Troy Martin
Phone No.: (855) 832-9412 Ext. 16173
Secure Fax No.: (603) 334-4119

Attachments: Restrictions Form

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

# Restrictions Form

**Return To:** Troy Martin

| Shanna Richardson | | 7164999 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** – ____________
   **DATE LAST TREATED** – ____________
   **NEXT OFFICE VISIT** – ____________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

| | |
|---|---|
| Date: | September 12, 2018 |
| To: | DR. ASHLEY PARK<br>CAMPBELL CLINIC<br>1400 S. GERMANTOWN RD<br>GERMANTOWN TN 38138 |
| Attn: | Medical Records |
| Fax: | (901) 759-3193 |
| From: | Corey Abrams-Weaver<br>Ltd Specialist II<br>On Behalf Of: Troy Martin<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 334-4119 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

September 12, 2018

Dr. Ashley L. Park
CAMPBELL CLINIC
1400 S. GERMANTOWN RD
GERMANTOWN, TN 38138

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Ashley Park:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2018 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by September 19, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4119 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
On Behalf Of: Troy Martin
Phone No.: (855) 832-9412 Ext. 16173
Secure Fax No.: (603) 334-4119

Attachments: Restrictions Form

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

# Restrictions Form

**Return To:** Troy Martin

| Shanna Richardson | | 7164999 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** – ____________
   **DATE LAST TREATED** – ____________
   **NEXT OFFICE VISIT** – ____________
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES** ____________

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

| | |
|---|---|
| Date: | September 12, 2018 |
| To: | FNP HOLLY KEEL |
| Attn: | Medical Records |
| Fax: | (901) 751-9878 |
| From: | Corey Abrams-Weaver<br>Ltd Specialist II<br>On Behalf Of: Troy Martin<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 334-4119 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

September 12, 2018

Fnp Holly Keel

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Fnp Holly Keel:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2018 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by September 19, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4119 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
On Behalf Of: Troy Martin
Phone No.: (855) 832-9412 Ext. 16173
Secure Fax No.: (603) 334-4119

Attachments: Restrictions Form

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

# Restrictions Form

**Return To:** Troy Martin

| Shanna Richardson | | 7164999 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** – ________
   **DATE LAST TREATED** – ________
   **NEXT OFFICE VISIT** – ________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ________ **TO** ________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ________ **TO** ________.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

| | |
|---|---|
| Date: | September 12, 2018 |
| To: | WHITNEY TOLBERT NP |
| Attn: | Medical Records |
| Fax: | (901) 328-6035 |
| From: | Corey Abrams-Weaver<br>Ltd Specialist II<br>On Behalf Of: Troy Martin<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 334-4119 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

September 12, 2018

Whitney Tolbert, Np

MEMPHIS, TN 37501

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Whitney Tolbert:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2018 through present

- Completion of the Enclosed Forms:

 X  Restrictions Form
 __  Other

We ask that you provide this information by September 19, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4119 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
On Behalf Of: Troy Martin
Phone No.: (855) 832-9412 Ext. 16173
Secure Fax No.: (603) 334-4119

Attachments: Restrictions Form

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-4119

# Restrictions Form

**Return To:** Troy Martin

| Shanna Richardson | | 7164999 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** – ________
   **DATE LAST TREATED** – ________
   **NEXT OFFICE VISIT** – ________
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES** ________
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ________ **TO** ________.
5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________
6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**
7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ________ **TO** ________.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

| | |
|---|---|
| Date: | July 11, 2018 |
| To: | DR JERRIE WALTERS<br>MIDSOUTH PAIN TREATMENT CENTER |
| Attn: | |
| Fax: | (901) 751-5391 |
| From: | Amy Corcoran<br>Disability Claims Case Manager II<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-0489 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

July 11, 2018

Dr. Jerrie Walters
Midsouth Pain Treatment Center

GERMANTOWN, TN 00000

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Jerrie Walters:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2018 through the present.
- Estimated return to work date.

We ask that you provide this information by July 19, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0489 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: 7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.15.2017

0G046170179

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Shanna Richardson Claim No 7164999

Employer/Sponsor/Customer Name Nike, Inc.

Return to: Amy Corcoran

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shanna Richardson
Claimant Name (Print)

Date of Birth

Shanna Richardson
Claimant Signature

2/6/17
Date

7164999
Claim Number

20180601 00030714 003 03

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Disapproved Claim

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: April 28, 2018
Claim Number:

SHANNA RICHARDSON

We are writing to tell you that you do not qualify for disability benefits.

**Why We Cannot Pay You**

You do not qualify for disability benefits because you have not worked long enough under Social Security.

We figure work under Social Security in credits. Please read the enclosed pamphlet, "How You Earn Social Security Credits," which explains how the credits are earned and how many a person must have to receive benefits.

Since you do not have enough work credits to qualify for benefits, we did not make a decision about whether you are disabled under our rules.

**Other Social Security Benefits**

You are not due any other Social Security benefits. In the future, if you think you may qualify for benefits from us, you will need to apply again.

**Information About Representative's Fees**

Your representative must ask us for approval before charging a fee. If your representative wants to charge a fee, a request for approval must be sent to us as soon as all work on this case for you is finished.

**Other Information**

We are sending a copy of this notice to ELIZABETH ANN GORDON.

**Need Help Getting A Job?**

Enclosure(s):
Pub 05-10072

C

See Next Page

If you want to ask about counseling, training, and other services to help you in going to work, contact the nearest State vocational rehabilitation office. Their phone number is in the blue pages of your telephone book under State Government. You can also go to our Office of Employment Support Programs' website at www.chooseworkttw.net/resource/jsp/searchByState.jsp. Click on the State where you live and it will provide your local vocational rehabilitation agency's address and telephone number.

**Do You Disagree With The Decision?**

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.
- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.socialsecurity.gov/online/ to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

**New Application**

You have the right to file a new application at any time, but filing a new application is not the same thing as appealing this decision. If you disagree with this decision and you file a new application instead of appealing:

- you might lose some benefits, or not qualify for any benefits, and
- we could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should file an appeal within 60 days.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-855-782-9155. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
3461 SOUTH THIRD ST
MEMPHIS TN 38109

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

20180601 00030714 003 03
SOCIAL SECURITY ADMINISTRATION

Social Security Admin.
3461 S. Third Street
Memphis, TN 38109

OFFICIAL BUSINESS

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
PITNEY BOWES
ZIP 38109 $ 000.47⁰
02 4W
0001130831 MAY 24 2018

The Advocator Group
101 Edgewater Dr
Suite 240
Wakefield, MA
01880

01880$1297 C009

**n0197271**

| | |
|---|---|
| **From:** | Alyssa Banos |
| **Sent:** | Wednesday, July 11, 2018 4:10:47 PM |
| **To:** | Corcoran, Amy |
| **Subject:** | RE: Shanna Richardson 7164999 |
| **Attachments:** | image007.png; image008.png; image009.png; image010.png; image011.png; image012.png; image013.png; image014.png; image015.png; IC Tech Denial.pdf |

Good Afternoon Amy,

I have attached the technical denial from SSA advising that the claimant is not eligible for SSDI.

Thank you!

**Alyssa Banos** Account Coordinator

The Advocator Group
101 Edgewater Drive, Suite 260 Wakefield, MA 01880
**T.** 877.261.1947 x2011 **F.** 877.899.1345

**abanos@advocator.com** **Advocator.com »**

http://blog.advocator.com/https://twitter.com/AdvocatorGroup

**From:** Corcoran, Amy <Amy.Corcoran@LibertyMutual.com>
**Sent:** Wednesday, July 11, 2018 2:24 PM
**To:** 565 - status <status@advocator.com>
**Subject:** Shanna Richardson 7164999

Good Afternoon,

Shanna advised she is not eligible for SSDI- if this is correct can you please send me a copy of the paperwork.

Thank you,

Amy

**Amy B. Corcoran**

Long Term Disability Case Manager

Lincoln Financial Group

P.O. Box 7206

Lincoln, KY 40742

855.306.6931 Office

16129 Extension

603-430-0489 Fax

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

The information transmitted in this e-mail is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you are not the intended recipient of this e-mail, you are prohibited from reading, printing, duplicating, disseminating or otherwise using or acting in reliance upon this information. If you have received this information in error, please notify the sender at The Advocator Group, LLC, Adeo Solutions, and Aevo Insurance Services, LLC, immediately, delete this information from your computer and destroy all copies of the information. Thank you.

# MIDSOUTH PAIN TREATMENT CENTER

MidSouth Interventional Pain Institute, LLC
Michael E. Steuer, MD, PC

146 Timber Creek
Cordova, TN 38018
Phone: (901) 751-4112 Fax: (901) 753-9789

Office Hours: Monday thru Thursday, 8AM-5PM

## FAX COVER SHEET

**Date:** 6/5/18 **No. of Pages (including cover):** ___

**Attention:** Liberty mutual

**Fax Number:** 1-603-420-0489

**From:** Felicia – Medical Records (Extension 116)
**Email:** fbrunt@midsouthpain.com

**Patient's Name:** Shanna Richardson **DOB:**

Subject: Fax medical records upon payment.

Please contact me as soon as possible with any questions or concerns. You may reach me by the phone number listed above. Your prompt attention is appreciated.

Thanks,
Felicia

*The information contained in this facsimile message is legally privileged and confidential, intended for the entity identified above. Any other distribution of this telecopy is prohibited. If you have received this in error, please notify us by phone immediately.*

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*May 15, 2018*
Page 1
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**04/30/2018 - Office Visit: ASC/RTC1MO/eval quest utx/suprascapular block/left shoulder xray**
**Provider: Gerrie J Walters FNP-C**
**Location of Care: Michael E Steuer MD PC - Cordova Clinic**
**This document contains external references**

Referred By: Campbell Clinic
Visit Type: Return

**Chief Complaint:** Cervical Pain
Other pain complaints: Shoulder Pain, LUE Pain
Cause of patient's pain: I have degenerative disc disease, bulging disc in C5-C6 of neck. Also told bone loss in that area
The patient is a 40 year old ,right handed female with 2 year(s) history of pain as above.
The pain level is graded at 10 (out of 10) with medicine.
The pain level is graded at 11 (out of 10) without medicine.
The pain interferes with sleep 7 nights per week.
The pain is described as constant, burning, tingling, numb.
Valsalva maneuver: negative
Things that exacerbate pain: prolonged sitting: >20m, bending, stooping, lifting, prolonged standing, arching back, prolonged walking, turning head right, turning head left, tilting head right, tilting head left, extending neck, raising arm left, weather changes
Things that alleviate pain: NONE of the above

## HPI:

The patient presents today with chief complaint of cervical pain. She describes the pain as radiating to left shoulder and down the left upper extremity with associated numbness and paresthesia to her left hand. The patient reported 50% pain relief following 3/15/18 (L) C6-T2 FMBRF as evidneced by AN INCREASED ABILITY TO MOVE THE ARM, lasting only three to four days.
She reports moderate effectiveness with ibuprofen as prescribed.

Last Comp UTX Date: 04/30/2018
Lab Findings: Consistent
Quest UTX

PMP Date: 02/27/2018
PMP Findings: Consistent
per TN website

**Aberrant Behavior, Adverse Reactions Analgesia, Activities of Daily Living, Affect**
The patient is compliant with medications as prescribed: **Yes**
The medication is without adverse or intolerable side effects: **Yes**
The patient is compliant with the controlled substances agreement: **Yes**
**Date agreement signed:** 06/27/2017
**Last CSA Update:** 06/27/2017
Activities of daily living easier with medication: **Yes**
**Opioid Abuse: high**, 8/2/17-Will raise to HIGH risk due to failure to bring medication/bottle to office visit. MODERATE RISK based on SOAPP-R 13.
The patient's affect is consistent with treatment goals and no action is needed at this time: **Yes**

SOAPP-R Score: 13

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*May 15, 2018*
Page 2
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

COMM Score: 0 Negative
SNORE Score: negative

Known history of sleep apnea: No

**CLIA Waived Urine Tox Screen Results**
Sent to Outside Lab for confirm

Date of Last Procedure: 03/15/2018
Intervention: (L) C6-T2 FMB RF %

**Current Medications:**
TRAMADOL HCL 50 MG ORAL TABLET (TRAMADOL HCL) Take one tablet PO Q12hrs prn for severe pain. **Warn drowsiness.** Do not drink ETOH, drive or take BZO's while taking. **LIMITED QUANTITY
IBUPROFEN 800 MG ORAL TABLET (IBUPROFEN) take 1 tablet PO Q8hrs prn joint pain and inflammation
GABAPENTIN 300 MG ORAL CAPSULE (GABAPENTIN) take 1 cap po Q8hrs for chronic nerve pain ***WARN dizziness/drowsiness** do not take with ETOH
ZANAFLEX 4 MG ORAL CAPSULE (TIZANIDINE HCL) Take one tablet Q8hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.**
BACLOFEN 10 MG ORAL TABLET (BACLOFEN) Take 1 PO q12hrs prn muscle spasms**Warn drowsiness, no driving while taking**NEW medicaton**
PLI CREAM (GREEN) Apply 1-2 gms topically to affected painful area QID prn**NEW medication**
AMITRIPTYLINE HCL 50 MG ORAL TABLET (AMITRIPTYLINE HCL) Outside Provider
LOSARTAN POTASSIUM TABLET (LOSARTAN POTASSIUM TABS) per outside provider
NORVASC TABLET (AMLODIPINE BESYLATE TABS) per outside provider

**Drug Allergies:**
Drug Allergies unchanged from initial visit.

**PHYSICAL THERAPY**
**Cervical:** Yes
Condition/Region: cervical
Start Date: 10/2016
Facility: Campbell Clinic
Effective: 0 %
Patient compliant: yes
Therapist's Report: no

**Thoracic:** No

**Lumbar:** Yes
Condition/Region: lumbar
Start Date: 10/2016
Facility: Campbell Clinic
Effective: 0 %
Patient compliant: yes
Therapist's Report: no

Physical Therapy or home exercises continuation in the previous six months: **YES**
NSAID tolerant/not contraindicated: **YES**

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*May 15, 2018*
Page 3
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

YES
NSAID trial greater than 6 weeks **YES**
Pain Medication Treatment: **YES**
hydrocodone
Procedures performed at a prior Pain Management Facility: **YES**
cervical ESI by Dr. Park 11/2016

## Pain Disability Index

**Family / Home Responsibilities:** 6
**Recreation:** 6
**Social Activity:** 6
**Occupation:** 5
**Sexual Behavior:** 5
**Self Care:** 6
**Life Support Activities:** 6
**Total Score:** 6

## Pain History (Reviewed - No Changes)

The patient presents on 4/19/2017 initial evaluation as referred by W. Tolbert, NP with chief complaint of cervical pain. She reports a 1+ year history of pain without specific precipitating trauma, fall, or MVA. She was evaluated at Campbell Clinic. PT was ordered, and she attended October- November 2016. She says the PT increased her pain. A MRI was ordered, and she underwent cervical ESI by Dr. Ashley 11/2016. She reported minimal effectiveness of ESI. She was prescribed tramadol, which she also says was ineffective. She has also trialed NSAIDs with minimal relief. The patient is not currently taking anything for pain. She brought copy of cervical MRI report dated 11/2/16 for review. We also have benefit of bone scan, and lumbar MRI report from 3/10/17. The patient is referred at this time for further evaluation and treatment options.

## Past Medical History (Reviewed - No Changes)

HTN
Anxiety Disorder
Arthritis

No labs

## Surgical History (Reviewed - No Changes)

C-Section
HYST

## Family History (Reviewed - No Changes)

High Blood Pressure
Cancer
Migraines
Diabetes
Heart Disease
Stroke

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*May 15, 2018*
Page 4
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

## Social History (Reviewed - No Changes)
Patient is single.
Employment/Occupation: Nike packer- applying for long term disability
The patient lives with family
Patient does not smoke.
Patient does not drink alcohol.
No illicit drug abuse.
Patient is not pregnant.

## Problems:
Problems list reviewed during this update
Shoulder pain, left, chronic (ICD-719.41) (ICD10-M25.512)
Primary osteoarthritis, left shoulder (ICD-715.91) (ICD10-M19.012)
Chronic pain syndrome (ICD-338.4) (ICD10-G89.4)
Spondylosis without myelopathy or radiculopathy, cervicothoracic region (ICD-721.0) (ICD10-M47.813)
- Other Spondylosis, Cervicothoracic (ICD-721.0) (ICD10-M47.893)
Radiculopathy, cervical region (ICD-723.4) (ICD10-M54.12)
Other spondylosis, cervical region (ICD-721.0) (ICD10-M47.892)
Other spondylosis, thoracic region (ICD-721.2) (ICD10-M47.894)
Long term (current) use of opiate analgesic (ICD-V58.69) (ICD10-Z79.891)
History of Arthritis (ICD-716.90) (ICD10-M12.9)
Essential (primary) hypertension (ICD-401.9) (ICD10-I10)
History of Anxiety disorder (ICD-300.00) (ICD10-F41.9)
Status post Hysterectomy (ICD-V45.77) (ICD10-Z90.79)
Status post Caesarean section (ICD-V39.01) (ICD10-Z38.01)
Obese (ICD-278.00) (ICD10-E66.9)

## Medications:
Medication list reviewed during this update
TRAMADOL HCL 50 MG ORAL TABLET (TRAMADOL HCL) Take one tablet PO Q12hrs prn for severe pain. **Warn drowsiness.** Do not drink ETOH, drive or take BZO's while taking. **LIMITED QUANTITY
IBUPROFEN 800 MG ORAL TABLET (IBUPROFEN) take 1 tablet PO Q8hrs prn joint pain and inflammation
GABAPENTIN 300 MG ORAL CAPSULE (GABAPENTIN) take 1 cap po Q8hrs for chronic nerve pain ***WARN dizziness/drowsiness** do not take with ETOH
ZANAFLEX 4 MG ORAL CAPSULE (TIZANIDINE HCL) Take one tablet Q8hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.**
BACLOFEN 10 MG ORAL TABLET (BACLOFEN) Take 1 PO q12hrs prn muscle spasms**Warn drowsiness, no driving while taking**NEW medicaton**
PLI CREAM (GREEN) Apply 1-2 gms topically to affected painful area QID prn**NEW medication**
AMITRIPTYLINE HCL 50 MG ORAL TABLET (AMITRIPTYLINE HCL) Outside Provider
LOSARTAN POTASSIUM TABLET (LOSARTAN POTASSIUM TABS) per outside provider
NORVASC TABLET (AMLODIPINE BESYLATE TABS) per outside provider

## Allergies:
Allergies list reviewed during this update
PERCOCET (OXYCODONE-ACETAMINOPHEN) (Moderate)

## Risk Factors:

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*May 15, 2018*
Page 5
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**Tobacco Use Status:** never smoker (04/30/2018)

## Review of Systems

**General:** Patient denies fever,chills,weight change,fatigue.
**Eyes:** Patient denies blurred vision,double vision,loss of vision,eye pain.
**Ears/Nose/Throat:** Patient denies Tinnitus (ringing in the ears),hearing loss,swallowing difficulties.
**Breast:** Patient denies breast problems.
**Cardiovascular:** Patient denies chest pain, palpitations, dyspnea on exertion, orthopnea, PND, peripheral edema, rapid heartbeat, irregular heartbeat, claudication.
**Respiratory:** Patient denies lung problems,chronic cough,shortness of breath,uncomfortable breathing,excessive sputum,wheezing.
**Gastrointestinal:** Patient denies gi symptoms,abdominal pain,frequent diarrhea,frequent constipation,nausea,vomiting.
**Genitourinary:** Patient denies uncomfortable urination,urinary frequency,urinary urgency,urinary hesitancy,urinary incontinence.
**Musculoskeletal:** Patient complains of joint pain, neck pain, muscle aches, muscle weakness. Patient denies back pain.
**Skin:** Patient denies bruising,changes in skin,easy bruising,skin problems,non-healing sores,persistent rash.
**Neurologic:** Patient denies bowel problems,dizziness,falling,headaches,involuntary movements,imbalance,loss of consciousness,memory loss,restless legs,seizures,sensory loss,sleep disturbance,speech diffulty,syncope,tingling,tremors,weakness.
**Psychiatric:** Patient denies anxiety,depression,difficulty concentrating,hallucinations,panic attacks,paranoia,severe mood swings,suicidal thoughts,trouble sleeping.
**Endocrine:** Patient denies diabetes,thyroid disease,heat intolerance,cold intolerance,large volumes of urine.
**Hematologic:** Patient denies excessive bleeding,easy bruising.
**Allergic/Immunologic:** Patient denies hives,hay fever,HIV exposure.

**Violence Screening**
Do you feel safe in your current relationship/environment? Yes

## Vital Signs

Height (inches): 63
Weight (lbs): 212
BMI: 37.69
Blood Pressure: 142
/ 82
Pulse: 86
Pulse Ox (%): 97
Contraception: hysterectomy
Entered By: LaDayisha D Woods

## Physical Exam

**GENERAL APPEARANCE**
The patient is well developed, well hydrated, and in no immediate distress.
**HEENT**
Normocephalic, conjuntiva clear.

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*May 15, 2018*
Page 6
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**NECK**
Neck :supple
**EXTREMITIES**
Extremities are without clubbing,cyanosis or edema,No joint abnormalities noted. (+) ttp to Left AC joint. (+) ttp to superior and medial borders of left scapula, extending to left posterior shoulder joint. Decreased, painful AROM with overhead and lateral extension of Left shoulder. Slightly decreased ROM with adduction.
**RESPIRATORY**
Unlabored/even
**CARDIOVASCULAR**
Pulses are normal in upper extremities. Capillary refill is normal.
**SKIN**
No rashes, lesions, or ulcerations.
**MENTAL STATUS**
**Conciousness:** Awake and alert.
**Orientation:** The patient is oriented to person, place, date, time.
**Affect:** Normal for situation.
**Apraxia:** There is no evidence of apraxia
**Memory:** Good recent and remote
**Speech:** Speech is clear without dysarthria or dysphasia.
**CRANIAL NERVES**
**CN Comment:** CN II-XII are grossly intact
**MOTOR**
**Tone:** Normal tone in upper and lower extremities bilaterally.
**Fasciculations:** There are no fasciculations noted.
**Strength:** Strength is 4+/5+ in LUE Left hand grip slightly less strong than right.
**Effort:** There is impersistent effort; apparently due to pain.
**SENSORY**
**Subjective Sensory:** (+) n/p to palmar surface left hand, including fingers
**Sensory:** Sensory is normal to touch in upper extremities.
**REFLEXES**
**Biceps (R):** 2 / **(L):** 2
**Triceps (R):** 2 / **(L):** 1
**Brachioradialis (R):** 2 / **(L):** 2
**GAIT**
Gait: Normal.

## Cervical Spine Exam

**Visual Inspection of Cervical Spine**
**Normal:** no masses

**Palpation of Cervical Spine**
**Normal:** no masses, no trigger points
**Abnormal:** tenderness
**Comment:** (+)Cervicothoracic central point tenderness
(+)bilateral cervicothoracic paraspinous tenderness,L>R, extending to left shoulder

**Gait**
**Normal:** normal

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*May 15, 2018*
Page 7
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

## Range of Motion Cervical Spine

**Left Lateral Rotation:** Normal (60°), severe pain

**Right Lateral Rotation:** Normal (60°), mild pain

**Extension:** Normal, moderate pain

**Left Lateral Flexion:** Normal, severe pain

**Right Lateral Flexion:** Normal, mild pain

**Flexion:** Normal, moderate pain, severe pain

## Diagnostic Test Results

**MRI C-spine**
**MRI Date :** 11/02/2016
**Reviewed:** Report
**Comment:** mild cervical disc bulging generates mild C5-6 central canal and right-sided foraminal stenosis.

**X-Ray C-spine**
**X-Ray Date :** 01/09/2017
**Reviewed:** Report
**Comment:** no acute abnormality, stable chronic changes

**X-Ray L-spine**
**X-Ray Date :** 01/09/2017
**Reviewed:** Report
**Comment:** No acute findings.

**X-Ray T-spine**
**X-Ray Date :** 01/19/2017
**Reviewed:** Report
**Comment:** no acute abnormality

**X-Ray C-spine**
**X-Ray Date :** 02/08/2016
**Reviewed:** Report
**Comment:** DDD at C5-6

## Problem list change log

Added new problem of Primary osteoarthritis, left shoulder (ICD-715.91) (ICD10-M19.012)

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*May 15, 2018*
Page 8
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

Added new problem of Shoulder pain, left, chronic (ICD-719.41) (ICD10-M25.512)
Assessed Chronic pain syndrome as unchanged
Assessed Spondylosis without myelopathy or radiculopathy, cervicothoracic region as unchanged
Assessed - Other Spondylosis, Cervicothoracic as unchanged
Assessed Radiculopathy, cervical region as unchanged
Assessed Other spondylosis, cervical region as unchanged
Assessed Other spondylosis, thoracic region as unchanged
Assessed Long term (current) use of opiate analgesic as unchanged
Assessed History of Arthritis as unchanged
Assessed Essential (primary) hypertension as unchanged
Assessed History of Anxiety disorder as unchanged
Assessed Status post Hysterectomy as unchanged
Assessed Status post Caesarean section as unchanged
Assessed Obese as unchanged

## Assessment
CHRONIC PAIN SYNDROME: Unchanged
SPONDYLOSIS WITHOUT MYELOPATHY OR RADICULOPATHY, CERVICOTHORACIC REGION: Unchanged
- OTHER SPONDYLOSIS, CERVICOTHORACIC: Unchanged
RADICULOPATHY, CERVICAL REGION: Unchanged
OTHER SPONDYLOSIS, CERVICAL REGION: Unchanged
OTHER SPONDYLOSIS, THORACIC REGION: Unchanged
LONG TERM (CURRENT) USE OF OPIATE ANALGESIC: Unchanged
HISTORY OF ARTHRITIS: Unchanged
ESSENTIAL (PRIMARY) HYPERTENSION: Unchanged
HISTORY OF ANXIETY DISORDER: Unchanged
STATUS POST HYSTERECTOMY: Unchanged
STATUS POST CAESAREAN SECTION: Unchanged
OBESE: Unchanged

## Ordered Today
Medication Reconciliation [SCT-428191000124101]
Overweight (finding) [SCT-238131007]
Ofc Vst, Est Level III [CPT-99213]
Suprascapular nerve [CPT-64418]
RADEX SHOULDER 1 VIEW [CPT-73020]

## Plan
There were no barriers to communication with patient.
Will continue to monitor effectiveness of (L) C6-T2 FMB RF on 3/15/18 despite denial of any continued relief.

**I have reviewed the following information:**
Pain Center Intake Questionnaire, COMM results, Urine Drug Monitoring Test Results, PMP Consistent
Reviewed labs from 1/10/18 to monitor high risk meds. LFT's/RFT's- WNL.

UTX performed using CLIA high complexity test method today for comprehensive testing for opioid

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

therapy was sent to Quest laboratory due to insurance restrictions. Will review results once availalbe and plan accordingly. Will confirm any unexpected positive results with a confirmatory quantitative UTX.

**I have recommended the following options to treat the patient's pain:**
Peripheral Nerve Block(s), (L) suprascapular nerve block diagnostic #1

Risks and benefits of the proposed procedure were discussed with the patient.
Pre-procedure instructions including the need for a driver was reviewed with patient.

**In addition to the above, the following adjuvant therapies have been suggested:**
Medication Management
Home exercise/PT exercise continuation
Encouraged weight reduction including exercise and diet modification.

**Pharmacologic Management:**
The patient has been counseled to refrain from driving and operating heavy equipment while taking opioids.
Treatment Goal: Treat underlying pathology of pain, improve function and quality of life, reduce pain by 20-30%, increase activity level, limit use of pain medications, and improve psychological function in order to promote patient's ability to individually manage pain. Recommended and discussed alternative therapies including interventions, physical therapy and life style changes such as increased activities, smoking cessation, and weight loss.
The patient was counseled and educated that the goal of chronic opioid therapy is to increase function and reduce pain, not to eliminate pain at today's visit.
The patient's quality of life and functional ability are improved significantly with the use of opioid pain medication at this time. I will continue to closely monitor patient while using these medications. I have advised the patient never to take more medication than prescribed, as this can cause serious and possibly fatal consequences.

I have also recommended starting the following medications:Issued Rx for tramadol at last office visit and instructed patient insurance would not cover- she states she will attempt to get it filled if can afford it.
COMT CONTINUATION: The patient was questioned about effectiveness of prescribed controlled medicines, especially narcotics, and about side effects such as sedation, itching, nausea, untoward mental effects, or constipation as a result of using these medicines. Analgesic efficacy was expressed. In general, the patient expressed relative increased functioning while taking these medicines as opposed to not taking them. Loss of control over or overuse of these medicines was denied by the patient. The patient was asked about their adherence to the Controlled Substance Agreement (CSA). The patient was given an opportunity to ask and have answered their questions regarding COMT. No signs of divergence, addiction, or substance abuse were identified.
Stressed the importance of taking medications only as prescribed and never with alcohol. Patient voiced understanding and intent to comply.
Discussed the side effects and dangers of taking opioids and benzodiazepines up to and including death. The patient is aware of the potentiation of opioid inudced respiratory depression associated with co-administration of benzodiazepines.
Patient instructed on the dangers of over-utilizing medications up to and including death. Instructed patient to take medications as directed. Patient voiced understanding and intent to comply.
**Schedule:** (L) suprascapular nerve block diagnostic #1
**Disposition:** ASC/RTC1MO/eval quest utx/suprascapular block/left shoulder xray/consider PT

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38016-4474
(901) 751-4112 Fax: (901) 751-9878

*May 15, 2018*
Page 10
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**Electronically signed by Gerrie J Walters on 04/30/2018 at 12:49 PM**

---

Advocator Group
*When life changes.℠*

# Facsimile Transmittal Sheet

**TO:**
Liberty Mutual

**FROM:**
Customer Resource Center

**FAX NUMBER:**

| | |
|---|---|
| MO | 603-334-0366 |
| NC | 603-334-0380 |
| AZ | 603-422-0119 |
| NH | 603-334-0401 |
| Wells Fargo | 866-214-7839 |
| CPS | 603-334-0366 |

**DATE:**
5/29/2018

**PHONE NUMBER:**

**TOTAL NUMBER OF PAGES INCLUDING COVER:**

**RE:**
Shanna Richardson
(7164999)

**DIRECT FAX NUMBER:**
877-899-1345

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

**NOTES/COMMENTS:**

Should you require anything further, please contact us at (877) 261-1947 x 8993 or via email at status@advocator.com. Thank you.

Sincerely,

Customer Resource Center
The Advocator Group

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at The Advocator Group at 1-877-261-1947 immediately, and destroy all copies of this facsimile transaction. Thank you.

Advocator Group
*When life changes.*[SM]

May 29, 2018

Amy Corcoran
Liberty Mutual
100 Liberty Way
Dover, NH 03820

RE: **Shanna Richardson**
LTD: **7164999**

Dear Amy Corcoran:

Thank you for referring the above-captioned claim to The Advocator Group for assistance.

Please be advised that we have closed this file in our office as Closed Not Eligible.

Should you have any questions, please feel free to contact us at (877) 261-1947 x8993 or via email at status@advocator.com. Thank you.

Sincerely,

Customer Resource Center
The Advocator Group

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

| | |
|---|---|
| Date: | May 10, 2018 |
| To: | DR JERRIE WALTERS<br>MIDSOUTH PAIN TREATMENT CENTER |
| Attn: | |
| Fax: | (901) 751-5391 |
| From: | Amy Corcoran<br>Disability Claims Case Manager II<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-0489 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

**MidSouth Pain Treatment Center**
**Michael E. Steuer, M.D.**

**146 Timber Creek Suite 200**
**Cordova, TN 38018**
**901-751-4112 – Fax 901-753-9789**

# Invoice – Medical Records

| Responsible Party | Statement Date |
|---|---|
| Liberty Mutual Insurance | 5-15-18 |

| Patient Name | DOB | Amount Due |
|---|---|---|
| Shanna Richardson | 6/28/77 | $ 20.00 |

Number of Pages Pages

**PLEASE MAKE CHECK PAYABLE TO MICHAEL E. STEUER, M.D., PC**

**MEDICAL RECORDS WILL BE SENT UPON RECEIPT OF PAYMENT**

**Tax ID # 640896748**

**Please send check to address : 146 Timber Creek Dr. Suite 200 Cordova, TN 38018**

# MidSouth Pain Treatment Center

MidSouth Interventional Pain Institute, LLC

Michael E. Steuer ,MD, PC

146 Timber Creek Ste:200

Cordova, TN 38018

Phone: 901-751-4112 Fax 901-753-9789

To whom it may concern,

I am sorry to Inform you that we do not do Functional Capacity Evaluations at this office or take patients off work. We are a pain management facility. The Physical Ability Assessment form will have to be filled out by a physical therapy provider.

Thank You

Medical records custodian

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

May 10, 2018

Dr. Jerrie Walters
Midsouth Pain Treatment Center

GERMANTOWN, TN 00000

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Jerrie Walters:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 1, 2018 through the present.
- Estimated return to work date.

We ask that you provide this information by May 10, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0489 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: 7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.15.2017

0G046170179

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Shanna Richardson Claim No 7164999

Employer/Sponsor/Customer Name Nike, Inc.

Return to: Amy Corcoran

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shanna Richardson
Claimant Name (Print)

Shanna Richardson
Claimant Signature

Date of Birth

2/16/17
Date

7164999
Claim Number

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

| | |
|---|---|
| Date: | May 10, 2018 |
| To: | DR JERRIE WALTERS<br>MIDSOUTH PAIN TREATMENT CENTER |
| Attn: | |
| Fax: | (901) 751-5391 |
| From: | Amy Corcoran<br>Disability Claims Case Manager II<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-0489 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

May 10, 2018

Dr. Jerrie Walters
Midsouth Pain Treatment Center

GERMANTOWN, TN 00000

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Jerrie Walters:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 1, 2018 through the present.
- Estimated return to work date.

We ask that you provide this information by May 10, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0489 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: 7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.15.2017

0G046170179

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

**Authorization to Obtain and Release Information**
**(Excluding Psychotherapy notes)**

Employee Name Shanna Richardson Claim No 7164999

Employer/Sponsor/Customer Name Nike, Inc.

Return to: Amy Corcoran

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes)**.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shanna Richardson
Claimant Name ( Print)

Shanna Richardson
Claimant Signature

7164999
Claim Number

Date of Birth

2/6/17
Date

Advocator Group
*When life changes.℠*

# Facsimile Transmittal Sheet

| TO: | FROM: |
|---|---|
| Liberty Mutual | Customer Resource Center |

| FAX NUMBER: | | DATE: |
|---|---|---|
| MO | 603-334-0366 | 3/31/2018 |
| NC | 603-334-0380 | |
| AZ | 603-422-0119 | |
| NH | 603-334-0401 | |
| Wells Fargo | 866-214-7839 | |
| CPS | 603-334-0366 | |

| PHONE NUMBER: | TOTAL NUMBER OF PAGES INCLUDING COVER: |
|---|---|
| | |

| RE: | DIRECT FAX NUMBER: |
|---|---|
| Shanna Richardson (7164999) | 877-899-1345 |

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

NOTES/COMMENTS:

Should you require anything further, please contact us at (877) 261-1947 x 8993 or via email at status@advocator.com. Thank you.

Sincerely,

Customer Resource Center
The Advocator Group

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at The Advocator Group at 1-877-261-1947 immediately, and destroy all copies of this facsimile transaction. Thank you.

# Facsimile Transmittal Sheet

**TO:**
Liberty Mutual

**FROM:**
Customer Resource Center

**FAX NUMBER:**

| | |
|---|---|
| MO | 603-334-0366 |
| NC | 603-334-0380 |
| AZ | 603-422-0119 |
| Wells Fargo | 866-214-7839 |

**DATE:**
3/31/2018

**PHONE NUMBER:**

**TOTAL NUMBER OF PAGES INCLUDING COVER:**
3

**RE:**
Shanna Richardson
(7164999)

**DIRECT FAX NUMBER:**
877-899-1345

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

**NOTES/COMMENTS:**

Sincerely,

Customer Resource Center

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at The Advocator Group at 1-877-261-1947 immediately, and destroy all copies of this facsimile transaction. Thank you.

Advocator Group
*When life changes.*℠

March 31, 2018

Amy Corcoran
LTD Claims Examiner
Liberty Mutual
100 Liberty Way
Dover, NH 03820

**RE: Shanna Richardson**
**LTD: 7164999**

Dear Amy Corcoran:

Please be advised that we filed Ms. Richardson's *Initial application* with the Social Security Administration (SSA) today.

We will continue to keep you updated regarding the status of this claim. If you have any questions, please feel free to contact us toll-free at 877-261-1947 x 8993 or via email at status@advocator.com. Thank you.

Sincerely,

Customer Resource Center
The Advocator Group

101 Edgewater Drive, Suite 260 Wakefield, MA 01880 T. 877.261.1947 F. 877.899.1329 advocator.com

20180326 00707120 003 06

## AUTHORIZATION FOR RELEASE OF LONG-TERM DISABILITY FILE

I hereby authorize Liberty Mutual to release all information from my long-term disability file to The Advocator Group at 101 Edgewater Drive, Suite 260, Wakefield, MA 01880, (877) 261-1947; (877) 899-1329 (fax).

The information disclosed will be used solely for my claim for disability benefits under Title II of the Social Security Act.

This authorization shall include the release of my complete file.

A photocopy or fax of this release shall have the same authority and effect as the original.

X Shanna Richardson
Shanna L Richardson

SSN:

X 3/26/18
Date

1060

Advocator Group
*When life changes.*

# Facsimile Transmittal Sheet

| | |
|---|---|
| **TO:**<br>Liberty Mutual | **FROM:**<br>Customer Resource Center |
| **FAX NUMBER:** | **DATE :**<br>March 09, 2018 |
| **PHONE NUMBER:** | **TOTAL NUMBER OF PAGES INCLUDING COVER:**<br>2 |
| **RE:**<br>Shanna L Richardson<br>7164999 | **DIRECT FAX NUMBER:**<br>877-899-1345 |

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

**NOTES/COMMENTS:**

Should you require anything further, please contact us at (877) 261-1947 x 8993 or via email at status@advocator.com. Thank you.

Sincerely,

Customer Resource Center
The Advocator Group

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at The Advocator Group at 1-877-261-1947 immediately, and destroy all copies of this facsimile transaction. Thank you.

Advocator Group
*When life changes.*

March 09, 2018

AmyCorcoran
Disability Case Manager
Liberty Life Assurance Company of Boston

,

**RE: Shanna L Richardson**
**LTD#: 7164999**

Dear AmyCorcoran:

Thank you for referring the above-captioned claim to The Advocator Group for Social Security Disability assistance.

Please be advised that we spoke with the above mentioned claimant and sent the representation and release forms for signature and review. Upon receipt of these forms, we will file them accordingly with the Social Security Administration and confirm the accurate status.

We will continue to keep you updated regarding the status of this claim. If you have any questions, please feel free to contact us at 877-261-1947 x8993 or via email at status@advocator.com. Thank you again.

Sincerely,

Customer Resource Center
The Advocator Group

Liberty Life Assurance Company of Boston
Disability Claims
P O Box 7206
London, KY 40742-7206
Phone No : (800) 210-0268 x16129
Fax No : (603) 430-0489

**Social Security Assistance Program Vendor Referral**

Vendor: The Advocator Group

| | | | |
|---|---|---|---|
| Claim #: | 7164999 | Employer Name: | NIKE, INC |
| Claimant Name: | SHANNA RICHARDSON | Claimant SSN: | |
| Claimant Address: | | Claimant DOB: | |
| | | Claimant DOD: | 9/21/2016 |
| | | Claimant Tel #: | |
| City: | | Marital Status: | S |
| State: | | | |
| Diagnosis: | Other cervical disc degeneration | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Spouse DOB: | | Funding: | | FI: | YES | ASO: | NO |
| Number of Children < 19: | | SS Offset: | | Primary: | NO | Family: | YES |

| | | | |
|---|---|---|---|
| Level Of Last SS Denial: | None | Claim Status: | AP |
| Date of Last Denial: | | | |

Documentation Submitted:

| | | | |
|---|---|---|---|
| Job Description: | YES | Voc/Rehab Review: | NO |
| TE&E: | YES | Copies of SS decisions: | NO |
| Medical Evidence (hospital records, narratives, IME's, test results, etc ): | | | YES |

Document Locations
- ☑ Document List
- ☑ Correspondence
- ☐ Paper File

Instructions/Comments for Vendor:

ee would like assistance with filing for ssdi

Services Requested By: Amy B Corcoran    Date: Monday, March 05, 2018

FedEx Office

# Fax Cover Sheet

Date 02/28/18

Number of pages 3 (including cover page)

**To:**

Name Amy Corcoran

Company Liberty Life

Telephone 855-832-9412 Ext. 16129

Fax 603-430-0489

**From:**

Name Shanna Richardson

Company

Telephone

Comments Please send these directly to Amy Corcoran. Thankyou.

7 90363 00711 1
Fax - Local Send

7 90363 00714 2
Fax - Domestic Send

7 90363 00720 3
Fax - International Send

fedex.com 1.800.GoFedEx 1.800.463.3339

© 2016 FedEx. All rights reserved. Products, services and hours vary by location. 616.OP00.002

0017745PM

02/28/2018 10:08 901--368-0070 FEDEX OFFICE 0750 PAGE 01

**Social Security Administration**
Consent for Release of Information
TO: Social Security Administration

**Form Approved**
**OMB No. 0960-0566**

Name: Shanna Richardson

Date of Birth: ______

Social Security Number : 5449

I authorize the Social Security Administration tc release information or records about me to:

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

I want this information released because:

Liberty Mutual. INSURANCE

**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

**SOCIAL SECURITY/REIMBURSEMENT AGREEMENT**

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Shanna Richardson **Date of Birth:**

**Employer:** Nike, Inc. **Policy/Plan Sponsor No.** 06 - 066641

**A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits will be estimated if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

(Insured/Employee signature) Shanna Richardson

(Address) ______

(Date) 02/27/18

***Please retain a copy for your records or one can be provided upon request.***

**Social Security Administration**
Consent for Release of Information
TO: Social Security Administration

**Form Approved**
**OMB No. 0960-0566**

Name: Shanna Richardson

Date of Birth: ____________

Social Security Number : 5449 ____________

I authorize the Social Security Administration to release information or records about me to:

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

I want this information released because:

To Verify my current SS status, and if approved to verify my current SS benefit amounts from my date of entitlement to present.

(There may be a charge for releasing information.)

Please release the following information:

✓ Social Security Number
✓ Identifying information (includes date and place of birth, parents' names)
✓ Monthly Social Security benefit amount
✓ Monthly Supplemental Security Income payment amount
✓ Information about benefits/payments I received from DOE to Present
____ Information about my Medicare claim/coverage from ______ to ______
(specify) ____________
✓ Medical records
____ Record(s) from my file (specify) ____________
____ Other (specify): FACT, Full Account Query: *I understand the FACT query includes all personal and benefit information regarding myself and family members who applied for Social Security benefits on my record. The information contained on this record may include and is not limited to: eligibility and entitlement to benefits on this or any other record, Social Security number, date of birth, address, telephone number, direct depositbanking data, monthly benefit amounts, benefit rate changes, worker's compensation, public disability and annuity information, Medicare data, history of benefits payable and amounts paid, overpayment and underpayment of benefits on the record, work information, citizenship data, prisoner data, Supplemental Security Income data, tax withholding, garnishment of benefits, special payments and messages, and attorney fees.*

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I declare under penalty of perjury that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly gives a false or misleading statement about a material fact in this information, or causes someone else to do so, commits a crime and may be sent to prison or may face other penalties, or both.

Signature: Shanna Richardson Date: 02/27/18
(Show signatures, names, and addresses of two people if signed by mark.)
Relationship: Self

SSA-3288 EF (3-1005)

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

MS SHANNA RICHARDSON

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

January 15, 2018

Ms. Shanna Richardson

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999

Dear Ms. Shanna Richardson:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In addition to your Long Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

There are a number of advantages for you if you are approved for Social Security Disability benefits. These advantages are outlined in the attachment, and include:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

The purpose of this letter is to help you apply for those benefits.

We realize that applying for Social Security Disability benefits can be intimidating. To help you through the process, we are providing information on using the services of The Advocator Group, a Social Security claimant representative. The Advocator Group specializes in preparing Social Security Disability claims and, when necessary, representing claimants. They have a 90% success rate in obtaining awards. Their professional and experienced staff will act on your behalf and will keep your contact with the Social Security Administration to a minimum. If you are using the services of this representative, their fee will be paid directly by the Social Security Administration and the cost of this fee will be deducted from any disability overpayment created due to the receipt of retroactive Social Security Benefits. This will be explained to you in greater detail upon accepting representation by The Advocator Group.

However, if you are choosing to apply for Social Security benefits without utilizing our Social Security Claimant representative services, you must initiate the process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office.

If you have any other family member (dependents) that may be eligible for benefits, please make sure Social Security is informed so application and payment for dependent benefits is not delayed.

You are required to apply for Social Security benefits under the terms of Nike, Inc.'s LTD Policy and it is important that you begin this process immediately. Therefore, please initiate your application within 45 days from the date of this letter, February 28, 2018, and complete and return the enclosed forms. A return envelope has been provided for your convenience.

Per the terms of the disability Policy, failure to provide proof of filing within the stated timeframe will result in a reduction to your benefit from Liberty equal to an estimated amount of Social Security benefits. Therefore, if you do not file within the 45-day time frame, your benefit will be reduced by an estimated amount as deemed eligible by the Social Security Administration. If proof of filing is subsequently received, this reduction will be refunded to you.

If you are approved for Social Security Disability benefits, the disability benefits received by you from Liberty will be reduced by the amount you and any dependents receive from Social Security. In other words, you will continue to receive the same amount of monthly benefits, but the money will come from two sources. If you are entitled to retroactive benefits, you may receive a significant payment from Social Security. This money is essentially money that Liberty advanced to you while you were waiting for Social Security¿s decision, and you must repay it immediately upon our request.

If you have any questions regarding this letter or the Social Security process, please contact us at the number below.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: SS Reimbursement Agreement
Social Security Consent for Release of Information
Advantages of Social Security Disability Benefits Form

Liberty Mutual INSURANCE

**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Shanna Richardson ____ **Date of Birth:** ____

**Employer:** Nike, Inc. ____ **Policy/Plan Sponsor No.** 06 - 066641

**A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits will be estimated if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ____

**(Address)** ____

**(Date)** ____

***Please retain a copy for your records or one can be provided upon request.***

**Social Security Administration**
Consent for Release of Information
TO: Social Security Administration

**Form Approved**
**OMB No. 0960-0566**

Name: Shanna Richardson ______________________________

Date of Birth: ______________________

Social Security Number : ______________

I authorize the Social Security Administration to release information or records about me to:

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

I want this information released because:

To Verify my current SS status, and if approved to verify my current SS benefit amounts from my date of entitlement to present.

(There may be a charge for releasing information.)

Please release the following information:

____ Social Security Number
____ Identifying information (includes date and place of birth, parents' names)
____ Monthly Social Security benefit amount
____ Monthly Supplemental Security Income payment amount
____ Information about benefits/payments I received from DOE to Present
____ Information about my Medicare claim/coverage from _______ to _______
(specify) ______________________________________________
____ Medical records
____ Record(s) from my file (specify) ______________________________
____ Other (specify): FACT, Full Account Query: *I understand the FACT query includes all personal and benefit information regarding myself and family members who applied for Social Security benefits on my record. The information contained on this record may include and is not limited to: eligibility and entitlement to benefits on this or any other record, Social Security number, date of birth, address, telephone number, direct deposit banking data, monthly benefit amounts, benefit rate changes, worker's compensation, public disability and annuity information, Medicare data, history of benefits payable and amounts paid, overpayment and underpayment of benefits on the record, work information, citizenship data, prisoner data, Supplemental Security Income data, tax withholding, garnishment of benefits, special payments and messages, and attorney fees.*

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I declare under penalty of perjury that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly gives a false or misleading statement about a material fact in this information, or causes someone else to do so, commits a crime and may be sent to prison or may face other penalties, or both.

Signature:__________________________________________ Date: ______________________
(Show signatures, names, and addresses of two people if signed by mark.)
Relationship:______________________

SSA-3288 EF (3-1005)

# Advantages of Social Security Disability Benefits

- **Increased Disability Benefits**
  - **Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not. Therefore you would maximize your combined benefits because they would increase each year.**
- **Increased Retirement Benefits**
  - **For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits. As a result, the amount of your eventual Social Security Retirement Benefit could be *substantially higher*.**
- **Cost of Living Adjustment (COLA) Raises**
  - **SSA will provide you and any eligible dependents an increase annually. These increases will not affect your Long Term Disability benefits.**
- **Tax Free Income**
  - **The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.**
- **Medicare Coverage**
  - **After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.**
  - **Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.**
  - **Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.**
- **COBRA Extension**
  - **If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.**
- **Return To Work Incentives**
  - **Social Security will provide you opportunities to Return To Work while still paying you disability benefits.**

MCN

1301 5th Ave, Suite 2900
Seattle, WA 98101
MCN.COM

T: 206.219.4910
T: 206.343.6100
F: 206.812.6410

Medical Consultants Network

# Invoice #: N131265

Invoice Date: 01/15/2018

**ATTN:** Amy Corcoran
Liberty Mutual Insurance
P.O. Box 7210
London, KY 40742

**MCN #:** 1-C256560
**COVERAGE:** Disability-Long Term
**CLAIM #(S):** 7164999
**CLAIMANT:** Shanna Richardson
**DOL/DOI:** 09/22/2016

| DATE OF SERVICE: | PROVIDER: | SPECIALTY: | SERVICE: | AMOUNT: |
|---|---|---|---|---|
| 01/04/2018 | Anthony Grasso | Physical Medicine & Rehabilitation | Peer Review - 3.00 hrs. | $690.00 |
| | | | **INVOICE TOTAL** | **$690.00** |

For proper credit, please indicate invoice # N131265 on your payment to:

Tax ID#: 27-1944238
Medical Consultants Network, LLC
1301 5th Ave, Suite 2900
Seattle, WA 98101

Thank you for choosing MCN for your medical judgment needs!

A finance charge of 1% per month (12% per annum) will be assessed on all charges outstanding more than 60 days after the date of this invoice.

Please notify MCN accounting of any discrepancies within 30 days of the invoice date.
206.219.4910 Phone
206.812.6410 Fax
accounting@mcn.com

MCN

901 Boren Ave, Suite 1400
Seattle, WA 98104
mcn.com | national@mcn.com

t: 800.636.3926
t: 206.621.9097
f: 206.623.4956

Medical Consultants Network

January 9, 2018

Amy Corcoran
Liberty Mutual
P.O. Box 7210
London, KY 40742

**Re:** Shanna Richardson
**Claim Number:** 7164999
**Date of Disability:** 09/22/2016
**MCN Number:** 1-C256560

Dear Amy Corcoran,

Thank you for allowing Medical Consultants Network to schedule a peer review of the medical records of Shanna Richardson. The following is a report of the peer review prepared on January 9, 2018. Anthony Grasso, MD, prepared and dictated this report.

The opinions expressed in this report are those of the provider, and do not reflect the opinions of Medical Consultants Network.

The dictated report is as follows:

## PEER REVIEW

### Medical Record Listing

- Shanna Richardson: Authorization to Obtain and Release Information (Excluding Psychotherapy Notes) dated 02/06/2017.
- Shanna Richardson - Authorization to Release Personal Health Information dated 03/17/2017.
- Whitney Tolbert, NP, Nurse Practitioner: Office Visit dated 08/27/2015.
- Baptist Memorial Medical Group: Laboratory Results dated 12/01/2015.
- Alston Warr, MD, Internal Medicine: Office Visit dated 12/01/2015, 05/24/2016 and 01/31/2017.
- X-Ray of the Cervical Spine dated 02/08/2016.
- Alston Warr, MD, Internal Medicine: Follow-up visit dated 02/17/2016, 06/09/2016, 07/12/2016, 09/22/2016 and 09/28/2016.
- Whitney Tolbert, NP, Nurse Practitioner: Certification of Health Care Provider dated

10/04/2016.

- Ashley Park, MD, Pain Medicine: Initial Spine Assessment dated 10/25/2016.
- MRI of the Cervical Spine dated 11/02/2016.
- Ashley Park, MD, Pain Medicine: Follow Up Spine Assessment dated 11/08/2016 and 01/10/2017.
- Ashley Park, MD, Pain Medicine: Procedure Report dated 11/23/2016.
- Michael Streuer, MD, Pain Medicine: Initial Evaluation dated 04/19/2017.
- Michael Streuer, MD, Pain Medicine: Procedure Report dated 05/15/2017, 07/10/2017, 08/21/2017 and 10/17/2017.
- Michael Streuer, MD, Pain Medicine: Follow Up Visit dated 05/23/2017, 06/27/2017, 08/02/2017, 09/26/2017 and 12/12/2017.
- Holly Keel, FNPC, Nurse Practitioner: Follow Up Visit dated 11/13/2017.

**Clinical Summary**

The claimant is a 40-year-old female with a disability date of 09/22/2016. The claimant was diagnosed with other cervical disc degeneration.

The job description was not provided in the available documentation.

The dates of consideration were not provided in the available documentation/

From 08/27/2015 to 07/12/2016, the claimant was diagnosed with upper respiratory infection, nasal congestion, sore throat, benign hypertension, gastroenteritis, diarrhea, vomiting and diarrhea, other fatigue, neck pain, depressive disorder, other insomnia, The claimant complained of fever, fatigue, abdominal pain, nausea, diarrhea, myalgia, sore throat, congestion, coughing, headaches, a plugged ear sensation, rhinorrhea, neck pain, numbness and tingling in left hand and arm, headache, and shoulder weakness. The claimant was under the care of Whitney Tolbert, NP (Nurse Practitioner) and Alston Warr, M.D. (Internal Medicine). The x-ray of the cervical spine dated 02/08/2016 showed degenerative disc disease at C5-C6. The treatment consisted of azithromycin 250 mg, methylprednisolone acetate 40 mg/mL injections, dexamethasone 4 mg, methylprednisolone 40 mg/mL injection, dexamethasone 4 mg, azithromycin 250 mg, losartan 25 mg, amitriptyline 50 mg, trazodone 50 mg, promethazine 25 mg, Tramadol 50 mg, methylprednisolone 4mg, cyclobenzaprine 5 mg, and laboratory testing.

On 09/22/2016, Dr. Warr noted the claimant presented for a follow-up visit regarding neck pain. Reportedly, the claimant continued to have paresthesias down the left arm and mid back. Of note, an MRI showed degenerative/bulging discs; nerve blocks and/or surgery was recommended by neurosurgery. The examination of the neck revealed ROM was moderately

restricted; there was tenderness upon palpation of the spine and left trapezius. The assessment included neck pain and benign essential hypertension. The treatment plan included Tramadol 50 mg and losartan 25 mg.

Dr. Warr saw the claimant on 09/28/2016, for a follow-up visit. Reportedly, the claimant was unable to work due to the neck pain that radiated down the left arm. Other complaints also included numbness and tingling down the left arm. Of note, the neck was pain a result of degenerative disc disease. The claimant had records from an ER admission that reported degenerative disc disease at C5-C6. The assessment included cervical degenerative disc disease and benign essential hypertension. The plan included increase losartan to 50 mg daily.

Per Certification of Health Care Provider dated 10/04/2016, Ms. Tolbert indicated the claimant was being treated for degenerative disc disease. There was documentation the claimant was unable to stand for prolonged periods, lift, and bend, and was therefore incapacitated from 07/10/2016 through 11/30/2016.

The claimant was seen by Ashley Park, M.D. (Pain Medicine) on 10/25/2016, due to complaints of pain in the left side of the neck since February of this year. Reportedly, the claimant was unable to identify a precipitating event which brought on the symptoms. Other complaints included pain in the left shoulder blade as well as tingling in the left arm. During the visit, the pain was rated 10/10. Apparently, the claimant had been to the emergency room on two occasions due to the pain. The assessment included persistent left-sided neck and shoulder blade pain and numbness in the arm. The treatment plan included Xanaflex 4 mg.

The MRI of the cervical spine dated 11/02/2016 showed mid cervical disc bulging generated mild C5-C6 central and right-sided foraminal stenosis.

On 11/08/2016, Dr. Park noted the claimant presented with persistent pain in the neck as well as burning pain in the left shoulder. The claimant noted occasionally getting numbness in the left arm. The assessment included mild straightening of the normal cervical lordotic curvature and some disc space narrowing at C5-C6 with anterior spur formation by plain film of the cervical spine dated 10/25/2016; and persistent complaints of left-sided neck pain and burning pain into the left shoulder blade as well as numbness in the left arm since February of this year, secondary to possible painful C5-C6 disc signalment. The plan included Tramadol 50 mg.

Per Procedure Report dated 11/23/2016, Dr. Park noted the claimant underwent left C5-C6 cervical epidural steroid injection under fluoroscopic guidance. The diagnosis was cervical radiculopathy.

The claimant was seen by Dr. Park for a follow-up visit on 01/10/2017. Reportedly, the claimant underwent a left C5-C6 translaminar epidural injection under fluoroscopy; however, the symptoms were not lessened. It was noted that the claimant was still bothered by pain in the neck and still had pain when looking to either side. The assessment included mild disc bulging at C5-C6 and small left paracentral disc component at this segment with mild central canal and mild right-sided neural foraminal narrowing with prominent disc bulge at C-C7 without herniation by MRI dated 11/02/2016, and persistent left-sided neck pain as well as pain at times into the shoulder blade. The plan included Medrol Dosepak, Xanaflex 4 mg, and a course of physical therapy. The claimant was to avoid repetitive lifting, pulling, reaching as well as activity sustained at or above chest height.

Dr. Warr saw the claimant on 01/31/2017 due to complaints of pain in the left side, occipital region and midline. Of note, the associated symptoms included headaches, numbness, and tingling. The diagnoses included bulging of the cervical intervertebral disc, neck pain, other depression, and primary insomnia. The treatment plan included cyclobenzaprine 10 mg, Tramadol 50 mg, cyclobenzaprine 10 mg, Tramadol 50 mg, amitriptyline 50 mg, and trazodone 50 mg.

On 04/19/2017, Michael Streuer, M.D. (Pain Medicine) noted the claimant presented with complaints of headache, hip pain, shoulder pain, thoracic pain, and left upper extremity pain. Reportedly, the pain was rated 10/10 without medications and interfered with sleep seven-night per week. The claimant also noted cervical pain (left greater than right) radiating to the left shoulder with intermittent burning, numbness, and paresthesia of the left upper extremity and all fingers. Apparently, the claimant attended physical therapy in October 2016 and noted the pain increased. Tramadol was ineffective, and NSAIDs provided minimal relief. The assessment included history of radiculopathy, cervical region, other spondylosis, cervical region, other spondylosis, lumbar region, long term (current) use of opiate analgesic, history of hypertension, arthritis, chronic pain syndrome, status post cesarean section, status post hysterectomy, and history of anxiety disorder. The treatment plan included left C5, C7 transforaminal epidural steroid injection, back brace to support weakened spinal muscles, PLI cream #240 gms X 0, and Baclofen 10 mg.

A transforaminal left C6 and C7 epidural steroid injection #1 was performed by Dr. Steuer on 05/15/2017.

The claimant saw Dr. Steuer on 05/23/2017 for cervical pain, which radiated to the left shoulder with intermittent burning, numbness and paresthesia to the left upper extremity, hand and all fingers. There was 100% immediate relief following C6, C7 TFE #1 on 05/15/2017 lasting a day as evidenced by decreased pain to the neck area. There was strain to the neck and arm. The muscle relaxer and PLI cream was moderately effective. The assessment was long term (current) use of opiate analgesic, history of arthritis, essential (primary) hypertension, history of anxiety disorder, status post hysterectomy and status post cesarean section. The recommendation included a cervical transforaminal epidural steroid injection to left C6 and C7.

On 06/27/2017, Dr. Steuer saw the claimant for cervical pain that radiated to the left shoulder with intermittent burning, numbness and paresthesia to the left upper extremity, hand and fingers. It was noted muscle relaxers and gabapentin regimen was moderately effective without adverse side effects as demonstrated by decreased pain and increased resting at night without interruption. The assessment was chronic pain syndrome, radiculopathy of the cervical region, other spondylosis of the cervical region, other spondylosis of the thoracic region, long term (current)use of opiate analgesic, history of arthritis, essential (primary) hypertension, history of anxiety disorder, status post hysterectomy and status post caesarean section. The recommendation includes a C6-C7 transforaminal epidural steroid injection #2.

A transforaminal left C6 and C7 epidural steroid injection #2 was performed by Dr. Steuer on 07/10/2017.

Dr. Steuer saw the claimant on 08/02/2017 for the cervical pain radiating to the left shoulder

with intermittent burning, numbness and paresthesia to the left upper extremity, hand and all fingers. The claimant reported 100% immediate relief following left C6-C7 TFE #2 done on 07/10/2017. The diagnoses were chronic pain syndrome, radiculopathy of the cervical region, other spondylosis of the cervical region, other spondylosis of the thoracic region, long term (current) use of opiate analgesic, history of arthritis, essential (primary) hypertension, history of anxiety disorder, status post hysterectomy and status post caesarean section. The recommendation included a cervical transforaminal epidural steroid injection of the left C5, C7.

On 08/21/2017, a bilateral C6 and C7 transforaminal epidural steroid injection #3 was administered by Dr. Steuer. The postoperative diagnosis was radiculopathy of the cervical region.
Dr. Steuer saw the claimant on 09/26/2017 for cervical pain that radiated to the left shoulder with intermittent burning, numbness and paresthesia to the left upper extremity, hand and fingers. There was a 60% relief with C6-C7 TFE #3 on 08/21/2017. The physical examination revealed triceps were 1 bilaterally, cervical central point and bilateral paraspinous tenderness, left greater than right, extending to left shoulder and range of motion was normal but with pain. The assessment was chronic pain syndrome, cervical region with radiculopathy, other spondylosis of the cervical region, other spondylosis of the thoracic region, long term (current) use of opiate analgesic, history of arthritis, essential (primary) hypertension, history of anxiety disorder, status post hysterectomy and status post cesarean section. The recommendation included an increase of gabapentin and Xanaflex.

A left C6 and C7 dorsal root ganglion radiofrequency neuromodulation was performed by Dr. Steuer on 10/17/2017. The postoperative diagnosis was radiculopathy of the cervical region.

Holly Keel, FNP-C (Nurse Practitioner) saw the claimant on 11/13/2017 for cervical, hip, shoulder, thoracic, and left upper extremity pain. It was noted the claimant had headache. The pain was rated 7/10 with medicine and 8/10 without medicine. The symptoms were described as constant, burning, tingling and numbness. Reportedly, there was moderate relief from current Tramadol. The physical examination with reflex of bilateral triceps were 1. The cervical spine was with tenderness at the cervical central point and bilateral paraspinous tenderness, left greater than right, extending to the left shoulder. The range of motion of the cervical spine was normal but with pain. The assessment was chronic pain syndrome, cervical region with radiculopathy, other spondylosis of the cervical region, other spondylosis of the thoracic region, long term (current) use of opiate analgesic, history of arthritis, essential (primary) hypertension, history of anxiety disorder, status post hysterectomy and status post cesarean section.

On 12/12/2017, Dr. Streuer saw the claimant for shoulder, left upper extremity and cervical pain, which was rated 8/10 with medicine and 10/10 without medication. The pain was described as constant burning tingling and numbness. It was noted the claimant had moderate relief with Tramadol. There was sleep disturbance due to pain. The physical examination revealed the reflex with biceps was 2 on the right and 1 on the left, bilateral triceps were 1 and brachioradialis was 2 on the right and 1 on the left. The cervical spine revealed tenderness of the cervicothoracic central point, bilateral cervicothoracic paraspinous tenderness, left greater than right, extending to left shoulder and cervical spine range of motion was normal but with pain. The assessment was chronic pain syndrome, radiculopathy of the cervical region, other spondylosis of the cervical region, other spondylosis of the thoracic region, long term (current)

use of opiate analgesic, history of arthritis, essential (primary) hypertension, history of anxiety disorder, status post hysterectomy and status post caesarean section. The recommendation was laboratory tests.

This referral is for long-term disability benefits.

## CALLS TO TREATING PROVIDERS

*When contacting the treating providers, please clarify the information reviewed and discuss your opinion if it differs from that of the treating provider. Indicate whether you have reached a consensus with the treating provider. If not, document your final assessment after the call.*

**Holly Keel, FNPC, Nurse Practitioner**

January 4, 2018, at 4:26 PM (EST): A peer-to-peer call was attempted with the treating provider. A message was left on the nurse line voicemail box providing case details, report due times, and a call back number of (877) 693-2089.

January 5, 2018, at 1:06 PM (EST): A peer-to-peer call was attempted with the treating provider. A message was left on the nurse line voicemail box providing case details, report due times, and a call back number of (877) 693-2089.

January 8, 2018, at 12:16 PM (EST): A peer-to-peer call was attempted with the treating provider. A message was left on the nurse line voicemail box providing case details, report due times, and a call back number of (877) 693-2089.

## DISCUSSION

The following is in response to the questions in your cover letter.

1) *Please note all diagnoses supported by the medical evidence (including co-morbids) and list the corresponding ICD-10 codes.*

   The diagnoses supported by the medical evidence are:

   a) Cervical radiculopathy (M54.12)

   b) Anxiety disorder (F41.9)

2) *Please note all diagnoses supported by the medical evidence (including co-morbids).*

   The diagnoses supported by the medical evidence are:

   a) Cervical radiculopathy (M54.12)

   b) Anxiety disorder (F41.9)

3) *Please clarify which diagnoses are causing impairment.*

   The diagnosis causing impairment is cervical radiculopathy.

4) *For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day. See desired format to include in your narrative report.*

   In my opinion, the claimant can sustain functionality for a total of 8 hours per day and 40 hours per week. The limitations are supported given the abnormal cervical spine range of motion and decreased strength/ reflexes in the upper extremities.

   The claimant can sit for 2 hours at a time for a total of 8 hours per 8-hour day.

   The claimant can stand for 30 minutes at a time for a total of 2 hours per 8-hour day.

   The claimant can walk for 15 minutes at a time for a total of 1 hour per 8-hour day.

   The claimant can lift/carry 5 pounds occasionally.

   The claimant can push/pull 5 pounds occasionally.

   The claimant can reach above shoulder level occasionally.

   The claimant can reach at waist level frequently.

   The claimant can reach below waist level frequently.

   The claimant can perform fingering, handling, and feeling frequently.

   No bending, stooping, crouching, or kneeling.

   Duration: 6 months from the date of this report.

   Prognosis: Fair.

5) *If helpful to clarify the basis for restrictions and limitations being reasonably supported or not, please explain the results of diagnostic testing such as MRI and/or, CT Scans, EMG testing, etc., and correlate with documented physical examination findings and reported symptoms in the medical records.*

   The MRI of the cervical spine dated 11/02/2016 showed mid cervical disc bulging generated mild C5-C6 central and right-sided foraminal stenosis, which correlates with the physical examination revealed the reflex with biceps was 2 on the right and 1 on the left, bilateral triceps were 1 and brachioradialis was 2 on the right and 1 on the left. The

cervical spine revealed tenderness of the cervicothoracic central point, bilateral cervicothoracic paraspinous tenderness, left greater than right.

6) *Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.*

   No medication side effects are documented in the records reviewed.

7) *Please review the treating provider's treatment plan. Based on available medical records, please indicate whether or not it is consistent with the current standard of care. If not, please provide an evidence based rationale to support if it is or is not consistent with the current standard of care.*

   The treatment plan including physical therapy and medications as prescribed is consistent with the current standard of care. The physical therapy program is consistent with the standard treatment protocols as described in multiple Physical Medicine and Rehabilitation references.

**NOTE**

*MCN retains qualified independent reviewers who perform peer case reviews as requested on behalf of MCN's clients. These reviewers are independent contractors who are credentialed in accordance with their particular specialties and the standards set by URAC and/or other state and federal regulatory requirements. All reviewers have agreed to only accept reviews where no conflict of interest exists that could compromise the independence and objectivity of the report.*

*The written opinions expressed in this report provided by MCN represent the opinions of the reviewer(s) who reviewed the case. The case review opinions are provided in good faith, based on the medical records and information provided to MCN or its reviewer(s) at the time of the review request or during the phone consultation with the treating provider(s). MCN assumes no liability for the opinions of its contracted reviewers. The health plan, or other third party authorizing this case review, agrees to hold MCN harmless for any and all claims or actions which may arise as a result of this case review. In addition, the health plan, or other third party requesting and authorizing this review, is solely responsible for the policy interpretation and for the final determination made regarding coverage and/or eligibility.*

Anthony Grasso, MD
Physical Medicine & Rehabilitation, Board Certified

Please call if questions: 206.621.9097
You may comment on your experience online at http://www.mcn.com/contact-us/surveys

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By: Amy B Corcoran
Disability Claims
P O Box 7206
London, KY 40742-7206
(800) 210-0268 x16129
Fax: (603) 430-0489

Document Locations
- [x] Document List
- [x] Correspondence
- [ ] Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | NIKE, INC | Date Sent: | 1/3/2018 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | SHANNA RICHARDSON | Claim #: | 7164999 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel #: | |
| State: | | Claimant DOD: | 9/22/2016 |
| Zip: | | Primary Diagnosis: | Other cervical disc degeneration |
| Gender: | FEMALE | Att Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | Holly Keel p(901) 751-4112 f(901) 751-9878 |

Referral Questions:

Vendor Chosen: Medical Consultant Network

# Liberty Mutual - Independent Evaluation

## Peer Review

1 Please note all diagnoses supported by the medical evidence (including co-morbids)
2 Please clarify which diagnoses are causing impairment
3 For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc) When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day
4 If helpful to clarify the basis for restrictions and limitations being reasonably supported or not, please explain the results of diagnostic testing such as MRI and/or, CT Scans, EMG testing, etc , and correlate with documented physical examination findings and reported symptoms in the medical records
5 Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity
6 Please review the treating provider's treatment plan Based on available medical records, please indicate whether or not it is consistent with the current standard of care If not, please provide an evidence based rationale to support if it is or is not consistent with the current standard of care

Instructions For Vendor:

Claimant Name: SHANNA RICHARDSON

# Liberty Mutual - Independent Evaluation

## Peer Review

Please contact treating provider FNP Holly Keel p(901) 751-4112 f(901) 751-9878 When contacting the treating providers please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability During the conversation, the employee's functional abilities should be discussed for RTW plan/goals Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records

Attorney Information (if applicable):

Claimant Name: SHANNA RICHARDSON

# MIDSOUTH PAIN TREATMENT CENTER

MidSouth Interventional Pain Institute, LLC
Michael E. Steuer, MD, PC

146 Timber Creek
Cordova, TN 38018
Phone: (901) 751-4112 Fax: (901) 753-9789
Office Hours: Monday thru Thursday, 8AM-5PM

## FAX COVER SHEET

Date: 12/21/17 No. of Pages (including cover): ____

Attention: Liberty Mutual

Fax Number: 603-430-1489

From: Felicia – Medical Records (Extension 116)
Email: fbrunt@midsouthpain.com

Patient's Name: Shamea Richardson DOB: ____

Subject: Faxed MRS upon request.

Please contact me as soon as possible with any questions or concerns. You may reach me by the phone number listed above. Your prompt attention is appreciated.

Thanks,
Felicia

*The information contained in this facsimile message is legally privileged and confidential, intended for the entity identified above. Any other distribution of this telecopy is prohibited. If you have received this in error, please notify us by phone immediately.*

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742 7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

November 16, 2017

Fnp Holly Keel

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Fnp Holly Keel:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2017 through the present.
- Estimated return to work date.

We ask that you provide this information by November 20, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0489 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: 7164999-EMPLOYEE/CLAIMANT AUTHORIZATION-02.15.2017
7164999 EMPLOYEE/CLAIMANT-AUTHORIZATION-04.17.2017

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Shanna Richardson Claim No 7164999

Employer/Sponsor/Customer Name Nike, Inc.

Return to: Amy Corcoran

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my First Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations **EXCEPT** to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation

Shanna Richardson
Claimant Name (Print)

Date of Birth

Shanna Richardson
Claimant Signature

2/6/17
Date

7164999
Claim Number

LMG 11/10/2017 9:54:05 AM PAGE 5/006 Fax Server

ROI Authorization - 3/28/2017

0IC107170031

07/15/2011 21:55 9013285035 LIGHTCLINIC PAGE 01/01

499683

RECEIVED MAR 28 2017

- 3958

FAXED

# Baptist Medical Group Inc. (BMG)
## Authorization to Release PHI
### Physician Practices

Baptist Clinic Name: The Light Clinic Phone: 901-328-6031 Fax: 328-6032

Address: 7715 Wolf River Blvd Germantown TN 38138

Patient's Name: Shauna L. Richardson Birth Date: Chart #: MRN #10272441

Address:

FAX NUMBER

I authorize Baptist or the following person or organization (specify if applicable) ____ to: disclose my health information to:

X Liberty Mutual Disability Insurance - Amy Corcoran Case Manager

(Name and Address) - Specify Attorney, Insurance, Self, etc.

X obtain/request copies of my health information from: The Light Clinic

7715 Wolf River Blvd Germantown TN 38138

(Name and Address) - Specify Hospital, Doctor, etc.

Purpose of use, disclosure and/or request: ☐ Continuation of Care/Treatment ☐ Attorney ☐ At the request of the patient ☐ Payment ☑ Other, specify: access for my disability case manager

I authorize use and/or disclosure of information covering treatment from: 2015 all to 2016 all (enter specific dates)

Information to be used and/or disclosed:
☑ History and Physical ☑ Progress Notes ☐ Lab ☑ Radiology/Imaging ☑ All records ☐ Itemized bill Everything including notes
☐ Other, specify:

I understand that the disclosure of my personal health information may include information regarding diagnosis and/or treatment for any of the following: alcohol abuse, drug abuse, psychiatric or mental illness, and/or sexually transmitted disease, including Human Immunodeficiency Virus (HIV) or (AIDS) virus.

This release will include information I have previously restricted from my health plan unless I initial: SR

This authorization will expire one year from the date of your signature unless you specify a different expiration date, event, or condition. Please specify: This needs to extend until because they are trying to settle my case. SR

I understand that I have a right to revoke this authorization at any time, except to the extent that release of information has already occurred in reliance on my prior authorization.

I understand that in order to revoke an authorization, a written document stating the intent of the patient is to be either delivered in person or by certified mail to the Director of Health Information Management at the Baptist facility indicated above. The revocation document is to contain the signature of the patient or patient's legal representative.

I understand that authorizing the disclosure of health information is voluntary. I can refuse to sign this authorization. Refusal to sign this form will not affect my receipt of treatment. However, if this authorization is for release of records to a third party for payment, enrollment or eligibility of benefits purposes, such as workers' compensation, private health insurance, application for insurance, etc., my refusal to sign may affect payment, enrollment or eligibility for benefits. This, in turn, may affect payment for services I receive and I may become responsible for all charges incurred. I understand that it is my responsibility to inquire with the party requesting my health records regarding the effect of my refusal to sign this form.

I understand that any disclosure carries with it the potential for re-disclosure by the recipient of the information and such re-disclosure may not be protected by federal confidentiality laws.

When Baptist seeks an authorization for its own use or disclosure of protected health information (e.g., marketing, research, etc.), a copy of the authorization is provided to the patient.

3/17/17 Date

X Shauna Richardson
Patient (or person authorized to consent for patient if patient who is unable to sign)

Patsy Linville
Witness

X Self
Relationship and/or authority to act for the patient

Photo ID was provided: ☒ Yes ☐ No If no, specify form of patient identification: ____

No. 0559 P. 5

Liberty Mutual GWP Disability Claims P.O. Box 7209 London, KY 40742-7209

311 to

Date/Time: Dec. [illegible] 2017 [illegible]

| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 0680 Memory TX | [illegible] | P. 6 | OK | |

[illegible]

MIDSOUTH PAIN TREATMENT CENTER
MidSouth Interventional Pain Institute, LLC
[illegible]

[illegible]
Phone: [illegible] Fax: [illegible]
Office Hours: Monday thru Thursday, [illegible]

FAX COVER SHEET

Date: 12/21/17 No. of Pages (including cover): [illegible]

Attention: Liberty mutual insurance

Fax Number: (405) 430-0 [illegible]

Option: [illegible] Medical Records [illegible]
Email: [illegible]

Patient's Name: Shanna Richardson [illegible]

Subject: Record me's invoice # will send medical records upon record. Invoice was in the amount of $ 20.00.

Notes:

Please contact me as soon as possible with any questions or concerns. You may reach me by the phone number listed above. Your prompt attention is appreciated.

Thanks,
[illegible]

[illegible]

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*December 21, 2017*
Page 1
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**12/12/2017 - Office Visit: ASC/RTC1MO/eval fmbb, LABSII/plan/**
**Provider: Gerrie J Walters**
**Location of Care: Michael E Steuer MD PC - Cordova Clinic**
**This document contains external references**

Referred By: Campbell Clinic
Visit Type: Return

**Chief Complaint:** Cervical Pain
Other pain complaints: Shoulder Pain, LUE Pain
Cause of patient's pain: I have degenerative disc disease, bulging disc in C5-C6 of neck. Also told bone loss in that area
The patient is a 40 year old ,right handed female with 2 year(s) history of pain as above.
The pain level is graded at 8 (out of 10) with medicine.
The pain level is graded at 10 (out of 10) without medicine.
The pain interferes with sleep 7 nights per week.
The pain is described as constant, burning, tingling, numb.
Valsalva maneuver: negative
Things that exacerbate pain: prolonged sitting: >20m, bending, stooping, lifting, prolonged standing, arching back, prolonged walking, turning head right, turning head left, tilting head right, tilting head left, extending neck, raising arm left, weather changes
Things that alleviate pain: NONE of the above

## HPI:

The patient presents today with chief complaint of cervical pain. She describes cervical pain (left greater than right) radiating to left shoulder/shoulder blade ending in her deltoid region with associated numbness and paresthesia to her left hand.
She denies any relief following (L) C6, C7 DRG RF on 10/16/2017.
She reports moderate relief from current Tramadol 50mg as evidenced by increase tolerance for sleeping at night.

Last Comp UTX Date: 11/13/2017
Lab Findings: Consistent
Quest UTX

PMP Date: 12/07/2017
PMP Findings: Consistent
per TN website

**Aberrant Behavior, Adverse Reactions Analgesia, Activities of Daily Living, Affect**
The patient is compliant with medications as prescribed: **Yes**
The medication is without adverse or intolerable side effects: **Yes**
The patient is compliant with the controlled substances agreement: **Yes**
**Date agreement signed:** 06/27/2017
**Last CSA Update:** 06/27/2017
Activities of daily living easier with medication: **Yes**
**Opioid Abuse:** high, 8/2/17-Will raise to HIGH risk due to failure to bring medication/bottle to office visit.
MODERATE RISK based on SOAPP-R=13.

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

The patient's affect is consistent with treatment goals and no action is needed at this time: **Yes**

SOAPP-R Score: 13
COMM Score: 0 Negative
SNORE Score: negative

Known history of sleep apnea: No

Medication Name: TRAMADOL HCL 50 MG ORAL TABS Take one tablet Q12hrs as needed for severe pain. **Warn drowsiness.** Do not drink ETOH
LTC: 35
Last Dose: 12/11/2017
Time: 9:00
Filled: 11/26/2017
Qty. Filled: 60
Pharmacy: Walgreens 901-309-2621

**CLIA Waived Urine Tox Screen Results**

Date of Last Procedure: 10/16/2017
Intervention: (L) C6,C7 DRG RF %
% of Relief: 0 %

**Current Medications:**
TRAMADOL HCL 50 MG ORAL TABLET (TRAMADOL HCL) Take one tablet PO Q12hrs prn for severe pain. **Warn drowsiness.** Do not drink ETOH, drive or take BZO's while taking. **DNF until 12/28/17
GABAPENTIN 300 MG ORAL CAPSULE (GABAPENTIN) take 1 cap po Q8hrs for chronic nerve pain ***WARN dizziness/drowsiness** do not take with ETOH
ZANAFLEX 4 MG ORAL CAPSULE (TIZANIDINE HCL) Take one tablet Q8hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.**
BACLOFEN 10 MG ORAL TABLET (BACLOFEN) Take 1 PO q12hrs prn muscle spasms**Warn drowsiness, no driving while taking**NEW medicaton**
PLI CREAM (GREEN) Apply 1-2 gms topically to affected painful area QID prn**NEW medication**
AMITRIPTYLINE HCL 50 MG ORAL TABLET (AMITRIPTYLINE HCL) Outside Provider
LOSARTAN POTASSIUM TABLET (LOSARTAN POTASSIUM TABS) per outside provider
NORVASC TABLET (AMLODIPINE BESYLATE TABS) per outside provider

**Drug Allergies:**
Drug Allergies unchanged from initial visit.

**PHYSICAL THERAPY**
Cervical: Yes
Condition/Region: cervical
Start Date: 10/2016
Facility: Campbell Clinic
Effective: 0 %
Patient compliant: yes
Therapist's Report: no

Thoracic: No

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**Lumbar:** Yes
Condition/Region: lumbar
Start Date: 10/2016
Facility: Campbell Clinic
Effective: 0 %
Patient compliant: yes
Therapist's Report: no

Physical Therapy or home exercises continuation in the previous six months: **YES**
NSAID tolerant/not contraindicated: **YES**
YES
NSAID trial greater than 6 weeks **YES**
Pain Medication Treatment: **YES**
hydrocodone
Procedures performed at a prior Pain Management Facility: **YES**
cervical ESI by Dr. Park 11/2016

**DME**
Back: NO
Neck: NO
Knee: NO
TENs: NO
Estim: NO

## Pain Disability Index
**Total Score:** 0

## Pain History (Reviewed - No Changes)
The patient presents on 4/19/2017 initial evaluation as referred by W. Tolbert, NP with chief complaint of cervical pain. She reports a 1+ year history of pain without specific precipitating trauma, fall, or MVA. She was evaluated at Campbell Clinic. PT was ordered, and she attended October- November 2016. She says the PT increased her pain. A MRI was ordered, and she underwent cervical ESI by Dr. Ashley 11/2016. She reported minimal effectiveness of ESI. She was prescribed tramadol, which she also says was ineffective. She has also trialed NSAIDs with minimal relief. The patient is not currently taking anything for pain. She brought copy of cervical MRI report dated 11/2/16 for review. We also have benefit of bone scan, and lumbar MRI report from 3/10/17. The patient is referred at this time for further evaluation and treatment options.

## Past Medical History (Reviewed - No Changes)
HTN
Anxiety Disorder
Arthritis

No labs

## Surgical History (Reviewed - No Changes)

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

C-Section
HYST

**Family History** (Reviewed - No Changes)
High Blood Pressure
Cancer
Migraines
Diabetes
Heart Disease
Stroke

**Social History** (Reviewed - No Changes)
Patient is single.
Employment/Occupation: Nike packer- applying for long term disability
The patient lives with family
Patient does not smoke.
Patient does not drink alcohol.
No illicit drug abuse:
Patient is not pregnant.

**Problems:**
Problems list reviewed during this update
Obese (ICD-278.00) (ICD10-E66.9)
Chronic pain syndrome (ICD-338.4) (ICD10-G89.4)
Radiculopathy, cervical region (ICD-723.4) (ICD10-M54.12)
Other spondylosis, cervical region (ICD-721.0) (ICD10-M47.892)
Other spondylosis, thoracic region (ICD-721.2) (ICD10-M47.894)
Long term (current) use of opiate analgesic (ICD-V58.69) (ICD10-Z79.891)
History of Arthritis (ICD-716.90) (ICD10-M12.9)
Essential (primary) hypertension (ICD-401.9) (ICD10-I10)
History of Anxiety disorder (ICD-300.00) (ICD10-F41.9)
Status post Hysterectomy (ICD-V45.77) (ICD10-Z90.79)
Status post Caesarean section (ICD-V39.01) (ICD10-Z38.01)

**Medications:**
Medication list reviewed during this update
TRAMADOL HCL 50 MG ORAL TABLET (TRAMADOL HCL) Take one tablet PO Q12hrs prn for severe pain. **Warn drowsiness.** Do not drink ETOH, drive or take BZO's while taking. **DNF until 12/28/17
GABAPENTIN 300 MG ORAL CAPSULE (GABAPENTIN) take 1 cap po Q8hrs for chronic nerve pain ***WARN dizziness/drowsiness** do not take with ETOH
ZANAFLEX 4 MG ORAL CAPSULE (TIZANIDINE HCL) Take one tablet Q8hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.**
BACLOFEN 10 MG ORAL TABLET (BACLOFEN) Take 1 PO q12hrs prn muscle spasms**Warn drowsiness, no driving while taking**NEW medicaton**
PLI CREAM (GREEN) Apply 1-2 gms topically to affected painful area QID prn**NEW medication**
AMITRIPTYLINE HCL 50 MG ORAL TABLET (AMITRIPTYLINE HCL) Outside Provider
LOSARTAN POTASSIUM TABLET (LOSARTAN POTASSIUM TABS) per outside provider
NORVASC TABLET (AMLODIPINE BESYLATE TABS) per outside provider

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson** 28274 Ins: Blue Care Grp: 125000
Female DOB:

**Allergies:**
Allergies list reviewed during this update
PERCOCET (OXYCODONE-ACETAMINOPHEN) (Moderate)

**Tobacco Use Status:** never smoker (12/12/2017)

**Review of Systems**
**General:** Patient denies fever,chills,weight change,fatigue.
**Eyes:** Patient denies blurred vision,double vision,loss of vision,eye pain.
**Ears/Nose/Throat:** Patient denies Tinnitus (ringing in the ears),hearing loss,swallowing difficulties.
**Breast:** Patient denies breast problems.
**Cardiovascular:** Patient denies chest pain, palpitations, dyspnea on exertion, orthopnea, PND, peripheral edema, rapid heartbeat, irregular heartbeat, claudication.
**Respiratory:** Patient denies lung problems,chronic cough,shortness of breath,uncomfortable breathing,excessive sputum,wheezing.
**Gastrointestinal:** Patient denies gi symptoms,abdominal pain,frequent diarrhea,frequent constipation,nausea,vomiting.
**Genitourinary:** Patient denies uncomfortable urination,urinary frequency,urinary urgency,urinary hesitancy,urinary incontinence.
**Musculoskeletal:** Patient complains of back pain, joint pain, neck pain. Patient denies muscle aches, muscle weakness.
**Skin:** Patient denies bruising,changes in skin,easy bruising,skin problems,non-healing sores,persistent rash.
**Neurologic:** Patient complains of headaches. Patient denies bowel problems, dizziness, falling, involuntary movements, imbalance, loss of consciousness, memory loss, restless legs, seizures, sensory loss, sleep disturbance, speech diffulty, syncope, tingling, tremors, weakness.
**Psychiatric:** Patient denies anxiety,depression,difficulty concentrating,hallucinations,panic attacks,paranoia,severe mood swings,suicidal thoughts,trouble sleeping.
**Endocrine:** Patient denies diabetes,thyroid disease,heat intolerance,cold intolerance,large volumes of urine.
**Hematologic:** Patient denies excessive bleeding,easy bruising.
**Allergic/Immunologic:** Patient denies hives,hay fever,HIV exposure.

Violence Screening
Do you feel safe in your current relationship/environment? Yes

**Vital Signs**
Height (inches): 63
Weight (lbs): 200
BMI: 35.56
Blood Pressure: 151
/ 95
Pulse: 93
Pulse Ox (%): 100
Contraception: hysterectomy
Entered By: LaDayisha D Woods

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*December 21, 2017*
Page 6
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

## Physical Exam

**GENERAL APPEARANCE**
The patient is well developed, well hydrated, and in no immediate distress.
**HEENT**
Normocephalic, conjuntiva clear.
**NECK**
Neck :supple
**EXTREMITIES**
Extremities are without clubbing,cyanosis or edema,No joint abnormalities noted.
**RESPIRATORY**
Even/unlabored
**CARDIOVASCULAR**
Pulses are normal in upper extremities. Capillary refill is normal.
**SKIN**
No rashes, lesions, or ulcerations.
**MENTAL STATUS**
**Conciousness:** Awake and alert.
**Orientation:** The patient is oriented to person, place, date, time.
**Affect:** Within normal limits.
**Apraxia:** There is no evidence of apraxia
**Memory:** Good recent and remote
**Speech:** Speech is clear without dysarthria or dysphasia.
**CRANIAL NERVES**
**CN Comment:** CN II-XII are grossly intact
**MOTOR**
**Bulk:** Normal bulk.
**Tone:** Normal tone in upper and lower extremities bilaterally.
**Fasciculations:** There are no fasciculations noted.
**Strength:** Strength is 5+/5+ in upper and lower extremities bilaterally. Left hand grip slightly less strong than right.
**Effort:** Effort appears to be normal.
**SENSORY**
**Subjective Sensory:** (+) n/p to palmar surface left hand, including fingers
**Sensory:** Sensory is normal to touch in upper extremities.
**REFLEXES**
**Biceps (R):** 2 / **(L):** 1
**Triceps (R):** 1 / **(L):** 1
**Brachioradlalis (R):** 2 / **(L):** 1

## Cervical Spine Exam

### Visual Inspection of Cervical Spine
**Normal:** no masses

### Palpation of Cervical Spine
**Normal:** no masses, no trigger points
**Abnormal:** tenderness
**Comment:** (+)Cervicothoracic central point tenderness
(+)bilateral cervicothoracic paraspinous tenderness,L>R, extending to left shoulder