**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB:

28274

Ins: Blue Care Grp: 125000

**Gait**
**Normal:** normal

**Range of Motion Cervical Spine**
**Left Lateral Rotation:** Normal (60°), severe pain

**Right Lateral Rotation:** Normal (60°), mild pain

**Extension:** Normal, severe pain

**Left Lateral Flexion:** Normal, severe pain

**Right Lateral Flexion:** Normal, mild pain

**Flexion:** Normal, severe pain

## Diagnostic Test Results

MRI C-spine
**MRI Date :** 11/02/2016
**Reviewed:** Report
**Comment:** mild cervical disc bulging generates mild C5-6 central canal and right-sided foraminal stenosis.

X-Ray C-spine
**X-Ray Date :** 01/09/2017
**Reviewed:** Report
**Comment:** no acute abnormality, stable chronic changes

X-Ray L-spine
**X-Ray Date :** 01/09/2017
**Reviewed:** Report
**Comment:** No acute findings.

X-Ray T-spine
**X-Ray Date :** 01/19/2017
**Reviewed:** Report
**Comment:** no acute abnormality

X-Ray C-spine
**X-Ray Date :** 02/08/2016
**Reviewed:** Report
**Comment:** DDD at C5-6

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova, TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

## Problem list change log

Added new problem of Obese (ICD-278.00) (ICD10-E66.9)
Assessed Chronic pain syndrome as unchanged
Assessed Radiculopathy, cervical region as unchanged
Assessed Other spondylosis, cervical region as unchanged
Assessed Other spondylosis, thoracic region as unchanged
Assessed Long term (current) use of opiate analgesic as unchanged
Assessed History of Arthritis as unchanged
Assessed Essential (primary) hypertension as unchanged
Assessed History of Anxiety disorder as unchanged
Assessed Status post Hysterectomy as unchanged
Assessed Status post Caesarean section as unchanged

## Assessment

CHRONIC PAIN SYNDROME: Unchanged
RADICULOPATHY, CERVICAL REGION: Unchanged
OTHER SPONDYLOSIS, CERVICAL REGION: Unchanged
OTHER SPONDYLOSIS, THORACIC REGION: Unchanged
LONG TERM (CURRENT) USE OF OPIATE ANALGESIC: Unchanged
HISTORY OF ARTHRITIS: Unchanged
ESSENTIAL (PRIMARY) HYPERTENSION: Unchanged
HISTORY OF ANXIETY DISORDER: Unchanged
STATUS POST HYSTERECTOMY: Unchanged
STATUS POST CAESAREAN SECTION: Unchanged

## Ordered Today

Medication Reconciliation [SCT-428191000124101]
Overweight (finding) [SCT-238131007]
Liver profile [CPT-80076]
RNL FUNC PANEL [CPT-80069]
CFMBB [CPT-64490, 91 &92]
Ofc Vst, Est Level III [CPT-99213]
Giving encouragement to exercise [SCT-304549008]
Lifestyle education regarding diet [SCT-443288003]

## Plan

There were no barriers to communication with patient.

**I have reviewed the following information:**
Pain Center Intake Questionnaire, COMM results, PMP Consistent

**The following information has been requested:**
Will order RFT/LFTs to monitor due to use of high risk medications.

**I have recommended the following options to treat the patient's pain:**
Cervical Medial Branch Block(s) Will schedule (L) cervicothoracic CMBB diagnostic #1 (MD to determine levels under fluro in ASC) due to cervicothoracic axial pain, (+) cervicothoracic paraspinous tenderness greater on the left , (+) pain with extension, (+) increased pain with weather changes. Will

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova, TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

anticipate FMB RF after two successful diagnostic FMBBs.
Risks and benefits of the proposed procedure were discussed with the patient.
Pre-procedure instructions including the need for a driver was reviewed with patient.

**In addition to the above, the following adjuvant therapies have been suggested:**
Medication Management, CPT as prescribed, due to effectiveness of medications.
Home exercise/PT exercise continuation
Encouraged weight reduction including exercise and diet modification.

**Pharmacologic Management:**
The patient has been counseled to refrain from driving and operating heavy equipment while taking opioids.
Treatment Goal: Treat underlying pathology of pain, improve function and quality of life, reduce pain by 20-30%, increase activity level, limit use of pain medications, and improve psychological function in order to promote patient's ability to individually manage pain. Recommended and discussed alternative therapies including interventions, physical therapy and life style changes such as increased activities, smoking cessation, and weight loss.
The patient was counseled and educated that the goal of chronic opioid therapy is to increase function and reduce pain, not to eliminate pain at today's visit.
The patient's quality of life and functional ability are improved significantly with the use of opioid pain medication at this time. I will continue to closely monitor patient while using these medications. I have advised the patient never to take more medication than prescribed, as this can cause serious and possibly fatal consequences.

I have also recommended starting the following medications:
COMT CONTINUATION: The patient was questioned about effectiveness of prescribed controlled medicines, especially narcotics, and about side effects such as sedation, itching, nausea, untoward mental effects, or constipation as a result of using these medicines. Analgesic efficacy was expressed. In general, the patient expressed relative increased functioning while taking these medicines as opposed to not taking them. Loss of control over or overuse of these medicines was denied by the patient. The patient was asked about their adherence to the Controlled Substance Agreement (CSA). The patient was given an opportunity to ask and have answered their questions regarding COMT. No signs of divergence, addiction, or substance abuse were identified.
Stressed the importance of taking medications only as prescribed and never with alcohol. Patient voiced understanding and intent to comply.
Discussed the side effects and dangers of taking opioids and benzodiazepines up to and including death. The patient is aware of the potentiation of opioid inudced respiratory depression associated with co-administration of benzodiazepines.
Patient instructed on the dangers of over-utilizing medications up to and including death. Instructed patient to take medications as directed. Patient voiced understanding and intent to comply.
**Schedule:** (L) cervicothoracic FMBB diagnostic #1 (MD to determine levels under fluro in ASC)
**Disposition:** ASC/RTC1MO/eval fmbb, LABS!!/plan/

**PHQ9**

1. Little interest or pleasure in doing things: 0
2. Feeling down, depressed or hopeless: 1
3. Trouble falling asleep, staying asleep, or sleeping too much: 1

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

4. Feeling tired or having little energy: 0
5. Poor appetite or overeating: 0
6. Feeling bad about yourself - or that you're a failure or have let yourself or your family down: 0
7. Trouble concentrating on things, such as reading the newspaper or watching television: 0
8. Moving or speaking so slowly that other people could have noticed. Or, the opposite - being so fidgety or restless that you have been moving around a lot more than usual: 0
9. Thoughts that you would be better off dead or of hurting yourself in someway: 0

**Total Score:** 2

10. If you checked off any problems, how difficult have those problems made it for you to do work, take care of things at home, or get along with other people? Not difficult at all

**Medications:**
ZANAFLEX 4 MG ORAL CAPSULE (TIZANIDINE HCL) Take one tablet Q8hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.** #90 x 0
Entered and Authorized by: Gerrie J Walters
Electronically signed by: Gerrie J Walters on 12/12/2017
Method used: Print then Give to Patient
RxID: 1828693839550570
GABAPENTIN 300 MG ORAL CAPSULE (GABAPENTIN) take 1 cap po Q8hrs for chronic nerve pain ***WARN dizziness/drowsiness** do not take with ETOH #90 x 0
Entered and Authorized by: Gerrie J Walters
Electronically signed by: Gerrie J Walters on 12/12/2017
Method used: Print then Give to Patient
RxID: 1828693839550530
TRAMADOL HCL 50 MG ORAL TABLET (TRAMADOL HCL) Take one tablet PO Q12hrs prn for severe pain. **Warn drowsiness.** Do not drink ETOH, drive or take BZO's while taking. **DNF until 12/28/17 #60 x 0
Entered and Authorized by: Gerrie J Walters
Electronically signed by: Gerrie J Walters on 12/12/2017
Method used: Print then Give to Patient
RxID: 1828693839550490

Documented Influenza administration on 09/12/2017

**Electronically signed by Gerrie J Walters on 12/12/2017 at 12:56 PM**

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*December 21, 2017*
Page 1
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**11/13/2017 - Office Visit: RTC 1 month/eval RF///**
**Provider: Holly R Keel FNPC**
**Location of Care: Michael E Steuer MD PC - Cordova Clinic**
**This document contains external references**

Referred By: Campbell Clinic
Visit Type: Return

**Chief Complaint:** Cervical Pain
Other pain complaints: Headache, Hip Pain, Shoulder Pain, Thoracic Pain, LUE Pain
Cause of patient's pain: I have degenerative disc disease, bulging disc in C5-C6 of neck. Also told bone loss in that area
The patient is a 40 year old ,right handed female with 2 year(s) history of pain as above.
The pain level is graded at 7 (out of 10) with medicine.
The pain level is graded at 8 (out of 10) without medicine.
The pain interferes with sleep 7 nights per week.
The pain is described as constant, burning, tingling, numb.
Valsalva maneuver: negative
Things that exacerbate pain: prolonged sitting: >20m, bending, stooping, lifting, prolonged standing, arching back, prolonged walking, turning head right, turning head left, tilting head right, tilting head left, extending neck, raising arm left, weather changes
Things that alleviate pain: NONE of the above
She describes cervical pain (left greater than right) radiating to left shoulder with intermittent burning, numbness, and paresthesia to her left upper extremity, hand, and all fingers.

## HPI:
The patient presents today with chief complaint of cervical pain. She describes cervical pain (left greater than right) radiating to left shoulder with intermittent numbness, and paresthesia to her left upper extremity.
She denies any relief following (L) C6, C7 DRG RF on 10/16/2017.
She reports moderate relief from current Tramadol 50mg BID as evidenced by increase in ROM with decrease in pain.

Last UTX Date: 08/02/2017
Last Comp UTX Date: 11/13/2017
Quest UTX

PMP Date: 11/09/2017
PMP Findings: Consistent
per TN website

**Aberrant Behavior, Adverse Reactions Analgesia, Activities of Daily Living, Affect**
The patient is compliant with medications as prescribed: **Yes**
The medication is without adverse or intolerable side effects: **Yes**
The patient is compliant with the controlled substances agreement: **Yes**
**Date agreement signed: 06/27/2017**
**Last CSA Update: 06/27/2017**
Activities of daily living easier with medication: **Yes**

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova, TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**Opioid Abuse: high,** 8/2/17-Will raise to HIGH risk due to failure to bring medication/bottle to office visit.
MODERATE RISK based on SOAPP-R 13.
The patient's affect is consistent with treatment goals and no action is needed at this time: **Yes**

SOAPP-R Score: 13
COMM Score: Negative
SNORE Score: negative

Known history of sleep apnea: No

Medication Name: TRAMADOL HCL 50 MG ORAL TABS Take one tablet Q12hrs as needed for severe pain. **Warn drowsiness.** Do not drink ETOH
LTC: 14
Last Dose: 11/12/2017
Time: 2100
Filled: 09/26/2017
Qty. Filled: 60
Pharmacy: Walgreens 901-309-2621

**CLIA Waived Urine Tox Screen Results**
Sent to Outside Lab for confirm

Date of Last Procedure: 10/16/2017
Intervention: (L) C6,C7 DRG RF %
% of Relief: 0 %

**Current Medications:**
AMITRIPTYLINE HCL 50 MG ORAL TABLET (AMITRIPTYLINE HCL) Outside Provider
TRAMADOL HCL 50 MG ORAL TABLET (TRAMADOL HCL) Take one tablet Q12hrs as needed for severe pain. **Warn drowsiness.** Do not drink ETOH, drive or take BZO's while taking. **DNF until 11/19/17
GABAPENTIN 300 MG ORAL CAPSULE (GABAPENTIN) take 1 cap po Q8hrs for chronic nerve pain ***WARN SEDATION**
ZANAFLEX 4 MG ORAL CAPSULE (TIZANIDINE HCL) Take one tablet Q8hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.**
PLI CREAM (GREEN) Apply 1-2 gms topically to affected painful area QID prn**NEW medication**
BACLOFEN 10 MG ORAL TABLET (BACLOFEN) Take 1 PO q12hrs prn muscle spasms**Warn drowsiness, no driving while taking**NEW medicaton**
LOSARTAN POTASSIUM TABLET (LOSARTAN POTASSIUM TABS) per outside provider
NORVASC TABLET (AMLODIPINE BESYLATE TABS) per outside provider
ULTRAM TABLET (TRAMADOL HCL TABS) *HISTORICAL ONLY*
TYLENOL TABLET (ACETAMINOPHEN TABS) *HISTORICAL ONLY*
NEURONTIN TABLET (GABAPENTIN TABS) *HISTORICAL ONLY*
AMITRIPTYLINE HCL TABLET (AMITRIPTYLINE HCL TABS) *HISTORICAL ONLY*
ZANAFLEX TABLET (TIZANIDINE HCL TABS) *HISTORICAL ONLY*
CYCLOBENZAPRINE HCL TABLET (CYCLOBENZAPRINE HCL TABS) *HISTORICAL ONLY*
MOTRIN IB TABLET (IBUPROFEN TABS) *HISTORICAL ONLY*
ADVIL TABLET (IBUPROFEN TABS) *HISTORICAL ONLY*
LORTAB TABS (HYDROCODONE-ACETAMINOPHEN TABS) *HISTORICAL ONLY*

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB:

28274

Ins: Blue Care Grp: 125000

**Drug Allergies:**
Drug Allergies unchanged from initial visit.

**PHYSICAL THERAPY**
**Cervical:** Yes
Condition/Region: cervical
Start Date: 10/2016
Facility: Campbell Clinic
Effective: 0 %
Patient compliant: yes
Therapist's Report: no

**Thoracic:** No

**Lumbar:** Yes
Condition/Region: lumbar
Start Date: 10/2016
Facility: Campbell Clinic
Effective: 0 %
Patient compliant: yes
Therapist's Report: no

Physical Therapy or home exercises continuation in the previous six months: **YES**
NSAID tolerant/not contraindicated: **YES**
YES
NSAID trial greater than 6 weeks **YES**
Pain Medication Treatment: **YES**
hydrocodone
Procedures performed at a prior Pain Management Facility: **YES**
cervical ESI by Dr. Park 11/2016

**DME**
Back: NO
Neck: NO
Knee: NO
TENs: NO
Estim: NO

## Pain Disability Index
**Total Score:** 0

## Pain History (Reviewed - No Changes)
The patient presents on 4/19/2017 initial evaluation as referred by W. Tolbert, NP with chief complaint of cervical pain. She reports a 1+ year history of pain without specific precipitating trauma, fall, or MVA. She was evaluated at Campbell Clinic. PT was ordered, and she attended October- November 2016. She says the PT increased her pain. A MRI was ordered, and she underwent cervical ESI by Dr. Ashley 11/2016. She reported minimal effectiveness of ESI. She was prescribed tramadol, which she also says was ineffective. She has also trialed NSAIDs with minimal relief. The patient is not currently taking anything for pain. She brought copy of cervical MRI report dated 11/2/16 for review. We also have

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

benefit of bone scan, and lumbar MRI report from 3/10/17. The patient is referred at this time for further evaluation and treatment options.

**Past Medical History** (Reviewed - No Changes)
HTN
Anxiety Disorder
Arthritis

**Surgical History** (Reviewed - No Changes)
C-Section
HYST

**Family History** (Reviewed - No Changes)
High Blood Pressure
Cancer
Migraines
Diabetes
Heart Disease
Stroke

**Social History** (Reviewed - No Changes)
Patient is single.
Employment/Occupation: Nike packer- applying for long term disability
The patient lives with family
Patient does not smoke.
Patient does not drink alcohol.
No illicit drug abuse:
Patient is not pregnant.

**Problems:**
Problems list reviewed during this update
Chronic pain syndrome (ICD-338.4) (ICD10-G89.4)
Radiculopathy, cervical region (ICD-723.4) (ICD10-M54.12)
Other spondylosis, cervical region (ICD-721.0) (ICD10-M47.892)
Other spondylosis, thoracic region (ICD-721.2) (ICD10-M47.894)
Long term (current) use of opiate analgesic (ICD-V58.69) (ICD10-Z79.891)
History of Arthritis (ICD-716.90) (ICD10-M12.9)
Essential (primary) hypertension (ICD-401.9) (ICD10-I10)
History of Anxiety disorder (ICD-300.00) (ICD10-F41.9)
Status post Hysterectomy (ICD-V45.77) (ICD10-Z90.79)
Status post Caesarean section (ICD-V39.01) (ICD10-Z38.01)

**Medications:**
Medication list reviewed during this update
AMITRIPTYLINE HCL 50 MG ORAL TABLET (AMITRIPTYLINE HCL) Outside Provider
TRAMADOL HCL 50 MG ORAL TABLET (TRAMADOL HCL) Take one tablet Q 12hrs as needed for

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

severe pain. **Warn drowsiness.** Do not drink ETOH, drive or take BZO's while taking. **DNF until 11/19/17
GABAPENTIN 300 MG ORAL CAPSULE (GABAPENTIN) take 1 cap po Q8hrs for chronic nerve pain ***WARN SEDATION**
ZANAFLEX 4 MG ORAL CAPSULE (TIZANIDINE HCL) Take one tablet Q8hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.**
PLI CREAM (GREEN) Apply 1-2 gms topically to affected painful area QID prn**NEW medication**
BACLOFEN 10 MG ORAL TABLET (BACLOFEN) Take 1 PO q12hrs prn muscle spasms**Warn drowsiness, no driving while taking**NEW medicaton**
LOSARTAN POTASSIUM TABLET (LOSARTAN POTASSIUM TABS) per outside provider
NORVASC TABLET (AMLODIPINE BESYLATE TABS) per outside provider
ULTRAM TABLET (TRAMADOL HCL TABS) *HISTORICAL ONLY*
TYLENOL TABLET (ACETAMINOPHEN TABS) *HISTORICAL ONLY*
NEURONTIN TABLET (GABAPENTIN TABS) *HISTORICAL ONLY*
AMITRIPTYLINE HCL TABLET (AMITRIPTYLINE HCL TABS) *HISTORICAL ONLY*
ZANAFLEX TABLET (TIZANIDINE HCL TABS) *HISTORICAL ONLY*
CYCLOBENZAPRINE HCL TABLET (CYCLOBENZAPRINE HCL TABS) *HISTORICAL ONLY*
MOTRIN IB TABLET (IBUPROFEN TABS) *HISTORICAL ONLY*
ADVIL TABLET (IBUPROFEN TABS) *HISTORICAL ONLY*
LORTAB TABS (HYDROCODONE-ACETAMINOPHEN TABS) *HISTORICAL ONLY*

## Allergies:

Allergies list reviewed during this update
PERCOCET (OXYCODONE-ACETAMINOPHEN) (Moderate)

**Tobacco Use Status:** never smoker (11/13/2017)

## Review of Systems

**General:** Patient denies fever,chills,weight change,fatigue.
**Eyes:** Patient denies blurred vision,double vision,loss of vision,eye pain.
**Ears/Nose/Throat:** Patient denies Tinnitus (ringing in the ears),hearing loss,swallowing difficulties.
**Breast:** Patient denies breast problems.
**Cardiovascular:** Patient denies chest pain, palpitations, dyspnea on exertion, orthopnea, PND, peripheral edema, rapid heartbeat, irregular heartbeat, claudication.
**Respiratory:** Patient denies lung problems,chronic cough,shortness of breath,uncomfortable breathing,excessive sputum,wheezing.
**Gastrointestinal:** Patient denies gi symptoms,abdominal pain,frequent diarrhea,frequent constipation,nausea,vomiting.
**Genitourinary:** Patient denies uncomfortable urination,urinary frequency,urinary urgency,urinary hesitancy,urinary incontinence.
**Musculoskeletal:** Patient complains of back pain, joint pain, neck pain. Patient denies muscle aches, muscle weakness.
**Skin:** Patient denies bruising,changes in skin,easy bruising,skin problems,non-healing sores,persistent rash.
**Neurologic:** Patient complains of headaches. Patient denies bowel problems, dizziness, falling, involuntary movements, imbalance, loss of consciousness, memory loss, restless legs, seizures, sensory loss, sleep disturbance, speech diffulty, syncope, tingling, tremors, weakness.
**Psychiatric:** Patient denies anxiety,depression,difficulty concentrating,hallucinations,panic

attacks,paranoia,severe mood swings,suicidal thoughts,trouble sleeping.
**Endocrine:** Patient denies diabetes,thyroid disease,heat intolerance,cold intolerance,large volumes of urine.
**Hematologic:** Patient denies excessive bleeding,easy bruising.
**Allergic/Immunologic:** Patient denies hives,hay fever,HIV exposure.

**Violence Screening**
Do you feel safe in your current relationship/environment? Yes

## Vital Signs

Height (inches): 63
Weight (lbs): 190
BMI: 33.78
Blood Pressure: 135
/ 86
Pulse: 83
Pulse Ox (%): 99
LMP: 2014
Contraception: hysterectomy
Entered By: Megan E Brawner

## Physical Exam

**GENERAL APPEARANCE**
The patient is well developed and in no immediate distress.
**HEENT**
Normocephalic, conjuntiva clear.
**EXTREMITIES**
Extremities are without clubbing,cyanosis or edema,No joint abnormalities noted.
**RESPIRATORY**
Respirations even/unlabored
**CARDIOVASCULAR**
Pulses are normal in upper extremities. Capillary refill is normal.
**SKIN**
No rashes, lesions, or ulcerations.
**MENTAL STATUS**
**Conciousness:** Awake and alert.
**Orientation:** The patient is oriented to person, place, date, time.
**Affect:** Within normal limits.
**Apraxia:** There is no evidence of apraxia
**Memory:** Good recent and remote
**Speech:** Speech is clear without dysarthria or dysphasia.
**CRANIAL NERVES**
**CN Comment:** CN II-XII grossly intact
**MOTOR**
**Tone:** Normal tone in upper and lower extremities bilaterally.
**Fasciculations:** There are no fasciculations noted.
**Strength:** Strength is 5+/5+ in upper and lower extremities bilaterally.
**Effort:** Effort appears to be normal.
**SENSORY**

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova, TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**Sensory:** Sensory is normal to touch in upper extremities.
**REFLEXES**
**Triceps (R):** 1 / **(L):** 1

## Cervical Spine Exam

**Palpation of Cervical Spine**
**Normal:** no masses, no trigger points
**Abnormal:** tenderness
**Comment:** Cervical central point and bilatral paraspinous tenderness, left greater than right, extending to left shoulder

**Gait**
**Normal:** normal

**Range of Motion Cervical Spine**
**Left Lateral Rotation:** Normal (60°), severe pain

**Right Lateral Rotation:** Normal (60°), mild pain

**Extension:** Normal, severe pain

**Left Lateral Flexion:** Normal, severe pain

**Right Lateral Flexion:** Normal, mild pain

**Flexion:** Normal, severe pain

## Diagnostic Test Results

**MRI C-spine**
**MRI Date :** 11/02/2016
**Reviewed:** Report
**Comment:** mild cervical disc bulging generates mild C5-6 central canal and right-sided foraminal stenosis.

**X-Ray C-spine**
**X-Ray Date :** 01/09/2017
**Reviewed:** Report
**Comment:** no acute abnormality, stable chronic changes

**X-Ray L-spine**
**X-Ray Date :** 01/09/2017
**Reviewed:** Report

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**Comment:** No acute findings.

<u>X-Ray T-spine</u>
**X-Ray Date :** 01/19/2017
**Reviewed:** Report
**Comment:** no acute abnormality

<u>X-Ray C-spine</u>
**X-Ray Date :** 02/08/2016
**Reviewed:** Report
**Comment:** DDD at C5-6

## Problem list change log

Assessed Chronic pain syndrome as unchanged
Assessed Radiculopathy, cervical region as unchanged
Assessed Other spondylosis, cervical region as unchanged
Assessed Other spondylosis, thoracic region as unchanged
Assessed Long term (current) use of opiate analgesic as unchanged
Assessed History of Arthritis as unchanged
Assessed Essential (primary) hypertension as unchanged
Assessed History of Anxiety disorder as unchanged
Assessed Status post Hysterectomy as unchanged
Assessed Status post Caesarean section as unchanged

## Assessment

CHRONIC PAIN SYNDROME: Unchanged
RADICULOPATHY, CERVICAL REGION: Unchanged
OTHER SPONDYLOSIS, CERVICAL REGION: Unchanged
OTHER SPONDYLOSIS, THORACIC REGION: Unchanged
LONG TERM (CURRENT) USE OF OPIATE ANALGESIC: Unchanged
HISTORY OF ARTHRITIS: Unchanged
ESSENTIAL (PRIMARY) HYPERTENSION: Unchanged
HISTORY OF ANXIETY DISORDER: Unchanged
STATUS POST HYSTERECTOMY: Unchanged
STATUS POST CAESAREAN SECTION: Unchanged

## Ordered Today

Medication Reconciliation [SCT-428191000124101]
Underweight (finding) [SCT-248342006]
Ofc Vst, Est Level III [CPT-99213]

## Plan

There were no barriers to communication with patient.
Instructed pt that full effectiveness of RF can take 2-8 weeks. Pt verbalized understanding.

~~I have reviewed the following information:~~
~~Pain Center Intake Questionnaire, COMM results, PMP Consistent~~

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova, TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**Pharmacologic Management:**
Commencement of opioid therapy. The opioid agreement, the opiod information form, and opioid informed consent were reviewed, and signature(s) were obtained.
The patient has been counseled to refrain from driving and operating heavy equipment while taking opioids.
CPT as prescribed with Tramadol due to effectiveness of the medication. Will issue 30-day prescription at today's visit.

I have also recommended starting the following medications:Will CPT with Gabapentin and Zanaflex due to effectiveness.
I have reviewed the proper use of the medication(s) and their side effect with the patient. The patient expressed an understanding of what was discussed and agrees to try the medication(s).
Stressed the importance of taking medications only as prescribed and never with alcohol. Patient voiced understanding and intent to comply.
Discussed the side effects and dangers of taking opioids and benzodiazepines up to and including death.
The patient is aware of the potentiation of opioid inudced respiratory depression associated with co-administration of benzodiazepines.
Patient instructed on the dangers of over-utilizing medications up to and including death. Instructed patient to take medications as directed. Patient voiced understanding and intent to comply.
**Disposition:** RTC 1 month/eval RF///

**Medications:**
ZANAFLEX 4 MG ORAL CAPSULE (TIZANIDINE HCL) Take one tablet Q8hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.** #90 x 0
Entered and Authorized by: Holly R Keel FNPC
Electronically signed by: Holly R Keel FNPC on 11/13/2017
Method used: Handwritten
RxID: 1826198182517480
GABAPENTIN 300 MG ORAL CAPSULE (GABAPENTIN) take 1 cap po Q8hrs for chronic nerve pain ***WARN SEDATION** #90 x 0
Entered and Authorized by: Holly R Keel FNPC
Electronically signed by: Holly R Keel FNPC on 11/13/2017
Method used: Handwritten
RxID: 1826198035509730
TRAMADOL HCL 50 MG ORAL TABLET (TRAMADOL HCL) Take one tablet Q12hrs as needed for severe pain. **Warn drowsiness.** Do not drink ETOH, drive or take BZO's while taking. **DNF until 11/19/17 #60 x 0
Entered and Authorized by: Holly R Keel FNPC
Electronically signed by: Holly R Keel FNPC on 11/13/2017
Method used: Handwritten
RxID: 1826198035509690

**PHQ9**

Documented Pneumococcal not given on 11/13/2017

**Electronically signed by Holly R Keel FNPC on 11/13/2017 at 1:17 PM**

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**09/26/2017 - Office Visit: ASC/RTC 1 month/eval Tizanidine and Gabapentin inc**
**Provider: Holly R Keel FNPC**
**Location of Care: Michael E Steuer MD PC - Cordova Clinic**
**This document contains external references**

Referred By: Campbell Clinic
Visit Type: Return

**Chief Complaint:** Cervical Pain
Other pain complaints: Headache, Hip Pain, Shoulder Pain, Thoracic Pain, LUE Pain
Cause of patient's pain: I have degenerative disc disease, bulging disc in C5-C6 of neck. Also told bone loss in that area
The patient is a 40 year old ,right handed female with 2 year(s) history of pain as above.
The pain level is graded at 7 (out of 10) with medicine.
The pain level is graded at 9 (out of 10) without medicine.
The pain interferes with sleep 7 nights per week.
The pain is described as constant, burning, tingling, numb.
Valsalva maneuver: negative
Things that exacerbate pain: prolonged sitting: >20m, bending, stooping, lifting, prolonged standing, arching back, prolonged walking, turning head right, turning head left, tilting head right, tilting head left, extending neck, raising arm left, weather changes
Things that alleviate pain: NONE of the above
She describes cervical pain (left greater than right) radiating to left shoulder with intermittent burning, numbness, and paresthesia to her left upper extremity, hand, and all fingers.

**HPI:**
The patient presents today with chief complaint of cervical pain. She describes cervical pain (left greater than right) radiating to left shoulder with intermittent burning, numbness, and paresthesia to her left upper extremity, hand, and all fingers.
She reports 60% immediate relief following (B) C6, C7 TFE #3 on 8/21/2017 lasting one week as evidenced by INCREASED TOLERANCE OF CERVICAL MOVEMENT WITH DECREASED PAIN.

Last UTX Date: 08/02/2017
Last Comp UTX Date: 04/19/2017
Lab Findings: Consistent
8/2/17 Quest UTX

per TN website

<u>**Aberrant Behavior, Adverse Reactions Analgesia, Activities of Daily Living, Affect**</u>
The patient is compliant with medications as prescribed: **Yes**
The medication is without adverse or intolerable side effects: **Yes**
The patient is compliant with the controlled substances agreement: **Yes**
**Date agreement signed:** 06/27/2017
**Last CSA Update:** 06/27/2017
**Activities of daily living easier with medication: Yes**
**Opioid Abuse:** high, 8/2/17-Will raise to HIGH risk due to failure to bring medication bottle to office visit.

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

MODERATE RISK based on SOAPP-R 13.
The patient's affect is consistent with treatment goals and no action is needed at this time: **Yes**

SOAPP-R Score: 13
COMM Score: Negative
SNORE Score: negative

Known history of sleep apnea: No

Medication Name: TRAMADOL HCL 50 MG ORAL TABS Take one tablet Q12hrs as needed for severe pain. **Warn drowsiness.** Do not drink ETOH
Filled: 06/27/2017
Qty. Filled: 60
Pharmacy: Walgreens 901-309-2621

CLIA Waived Urine Tox Screen Results

Date of Last Procedure: 08/21/2017
Intervention: (B) C6,C7 TFE #3 %
% of Relief: 0 %

**Current Medications:**
AMITRIPTYLINE HCL 50 MG ORAL TABS (AMITRIPTYLINE HCL) Outside Provider.
TRAMADOL HCL 50 MG ORAL TABS (TRAMADOL HCL) Take one tablet Q12hrs as needed for severe pain. **Warn drowsiness.** Do not drink ETOH, drive or take BZO's while taking. **
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) take 1 cap po Q8hrs for chronic nerve pain ***WARN SEDATION**INCREASE FREQUENCY**
ZANAFLEX 4 MG CAPS (TIZANIDINE HCL) Take one tablet Q8hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.**
PLI CREAM (GREEN) Apply 1-2 gms topically to affected painful area QID prn**NEW medication**
BACLOFEN 10 MG ORAL TABS (BACLOFEN) Take 1 PO q12hrs prn muscle spasms**Warn drowsiness, no driving while taking**NEW medicaton**
LOSARTAN POTASSIUM TABS (LOSARTAN POTASSIUM TABS) per outside provider
NORVASC TABS (AMLODIPINE BESYLATE TABS) per outside provider
ULTRAM TABS (TRAMADOL HCL TABS) *HISTORICAL ONLY*
TYLENOL TABS (ACETAMINOPHEN TABS) *HISTORICAL ONLY*
NEURONTIN TABS (GABAPENTIN TABS) *HISTORICAL ONLY*
AMITRIPTYLINE HCL TABS (AMITRIPTYLINE HCL TABS) *HISTORICAL ONLY*
ZANAFLEX TABS (TIZANIDINE HCL TABS) *HISTORICAL ONLY*
CYCLOBENZAPRINE HCL TABS (CYCLOBENZAPRINE HCL TABS) *HISTORICAL ONLY*
MOTRIN IB TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
ADVIL TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
LORTAB TABS (HYDROCODONE-ACETAMINOPHEN TABS) *HISTORICAL ONLY*

**Drug Allergies:**
Drug Allergies unchanged from initial visit.

**PHYSICAL THERAPY**
Cervical: Yes
Condition/Region: cervical
Start Date: 10/2016

Facility: Campbell Clinic
Effective: 0 %
Patient compliant: yes
Therapist's Report: no

**Thoracic:** No

**Lumbar:** Yes
Condition/Region: lumbar
Start Date: 10/2016
Facility: Campbell Clinic
Effective: 0 %
Patient compliant: yes
Therapist's Report: no

Physical Therapy or home exercises continuation in the previous six months: **YES**
NSAID tolerant/not contraindicated: **YES**
YES
NSAID trial greater than 6 weeks **YES**
Pain Medication Treatment: **YES**
hydrocodone
Procedures performed at a prior Pain Management Facility: **YES**
cervical ESI by Dr. Park 11/2016

**DME**
Back: NO
Neck: NO
Knee: NO
TENs: NO
Estim: NO

## Pain Disability Index
**Total Score:** 0

## Pain History (Reviewed - No Changes)
The patient presents on 4/19/2017 initial evaluation as referred by W. Tolbert, NP with chief complaint of cervical pain. She reports a 1+ year history of pain without specific precipitating trauma, fall, or MVA. She was evaluated at Campbell Clinic. PT was ordered, and she attended October- November 2016. She says the PT increased her pain. A MRI was ordered, and she underwent cervical ESI by Dr. Ashley 11/2016. She reported minimal effectiveness of ESI. She was prescribed tramadol, which she also says was ineffective. She has also trialed NSAIDs with minimal relief. The patient is not currently taking anything for pain. She brought copy of cervical MRI report dated 11/2/16 for review. We also have benefit of bone scan, and lumbar MRI report from 3/10/17. The patient is referred at this time for further evaluation and treatment options.

## Past Medical History (Reviewed - No Changes)

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

HTN
Anxiety Disorder
Arthritis

**Surgical History** (Reviewed - No Changes)
C-Section
HYST

**Family History** (Reviewed - No Changes)
High Blood Pressure
Cancer
Migraines
Diabetes
Heart Disease
Stroke

**Social History** (Reviewed - No Changes)
Patient is single.
Employment/Occupation: Nike packer- applying for long term disability
The patient lives with family
Patient does not smoke.
Patient does not drink alcohol.
No illicit drug abuse.
Patient is not pregnant.

**Problems:**
Problems list reviewed during this update
Chronic pain syndrome (ICD-338.4) (ICD10-G89.4)
Radiculopathy, cervical region (ICD-723.4) (ICD10-M54.12)
Other spondylosis, cervical region (ICD-721.0) (ICD10-M47.892)
Other spondylosis, thoracic region (ICD-721.2) (ICD10-M47.894)
Long term (current) use of opiate analgesic (ICD-V58.69) (ICD10-Z79.891)
History of Arthritis (ICD-716.90) (ICD10-M12.9)
Essential (primary) hypertension (ICD-401.9) (ICD10-I10)
History of Anxiety disorder (ICD-300.00) (ICD10-F41.9)
Status post Hysterectomy (ICD-V45.77) (ICD10-Z90.79)
Status post Caesarean section (ICD-V39.01) (ICD10-Z38.01)

**Medications:**
Medication list reviewed during this update
AMITRIPTYLINE HCL 50 MG ORAL TABS (AMITRIPTYLINE HCL) Outside Provider
TRAMADOL HCL 50 MG ORAL TABS (TRAMADOL HCL) Take one tablet Q12hrs as needed for severe pain. **Warn drowsiness.** Do not drink ETOH, drive or take BZO's while taking. **
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) take 1 cap po Q8hrs for chronic nerve pain ***WARN SEDATION**INCREASE FREQUENCY**
ZANAFLEX 4 MG CAPS (TIZANIDINE HCL) Take one tablet Q8hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.**
PLI CREAM (GREEN) Apply 1-2 gms topically to affected painful area QID prn **NEW medication**
BACLOFEN 10 MG ORAL TABS (BACLOFEN) Take 1 PO q12hrs prn muscle spasms **Warn

drowsiness, no driving while taking**NEW medicaton**
LOSARTAN POTASSIUM TABS (LOSARTAN POTASSIUM TABS) per outside provider
NORVASC TABS (AMLODIPINE BESYLATE TABS) per outside provider
ULTRAM TABS (TRAMADOL HCL TABS) *HISTORICAL ONLY*
TYLENOL TABS (ACETAMINOPHEN TABS) *HISTORICAL ONLY*
NEURONTIN TABS (GABAPENTIN TABS) *HISTORICAL ONLY*
AMITRIPTYLINE HCL TABS (AMITRIPTYLINE HCL TABS) *HISTORICAL ONLY*
ZANAFLEX TABS (TIZANIDINE HCL TABS) *HISTORICAL ONLY*
CYCLOBENZAPRINE HCL TABS (CYCLOBENZAPRINE HCL TABS) *HISTORICAL ONLY*
MOTRIN IB TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
ADVIL TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
LORTAB TABS (HYDROCODONE-ACETAMINOPHEN TABS) *HISTORICAL ONLY*

## Allergies:
Allergies list reviewed during this update
PERCOCET (Moderate)

**Tobacco Use Status:** never smoker (09/26/2017)

## Review of Systems
**General:** Patient denies fever,chills,weight change,fatigue.
**Eyes:** Patient denies blurred vision,double vision,loss of vision,eye pain.
**Ears/Nose/Throat:** Patient denies Tinnitus (ringing in the ears),hearing loss,swallowing difficulties.
**Breast:** Patient denies breast problems.
**Cardiovascular:** Patient denies chest pain, palpitations, dyspnea on exertion, orthopnea, PND, peripheral edema, rapid heartbeat, irregular heartbeat, claudication.
**Respiratory:** Patient denies lung problems,chronic cough,shortness of breath,uncomfortable breathing,excessive sputum,wheezing.
**Gastrointestinal:** Patient denies gi symptoms,abdominal pain,frequent diarrhea,frequent constipation,nausea,vomiting.
**Genitourinary:** Patient denies uncomfortable urination,urinary frequency,urinary urgency,urinary hesitancy,urinary incontinence.
**Musculoskeletal:** Patient complains of back pain, joint pain, neck pain. Patient denies muscle aches, muscle weakness.
**Skin:** Patient denies bruising,changes in skin,easy bruising,skin problems,non-healing sores,persistent rash.
**Neurologic:** Patient complains of headaches. Patient denies bowel problems, dizziness, falling, involuntary movements, imbalance, loss of consciousness, memory loss, restless legs, seizures, sensory loss, sleep disturbance, speech diffulty, syncope, tingling, tremors, weakness.
**Psychiatric:** Patient denies anxiety,depression,difficulty concentrating,hallucinations,panic attacks,paranoia,severe mood swings,suicidal thoughts,trouble sleeping.
**Endocrine:** Patient denies diabetes,thyroid disease,heat intolerance,cold intolerance,large volumes of urine.
**Hematologic:** Patient denies excessive bleeding,easy bruising.
**Allergic/Immunologic:** Patient denies hives,hay fever,HIV exposure.

---

Violence Screening

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

Do you feel safe in your current relationship/environment? Yes

## Vital Signs
Height (inches): 63
Weight (lbs): 182
BMI: 32.36
Blood Pressure: 134
/ 85
Pulse: 82
Pulse Ox (%): 99
LMP: 2014
Contraception: hysterectomy
Entered By: Megan E Brawner

## Physical Exam
**GENERAL APPEARANCE**
The patient is well developed and in no immediate distress.
**HEENT**
Normocephalic, conjuntiva clear.
**EXTREMITIES**
Extremities are without clubbing,cyanosis or edema,No joint abnormalities noted.
**RESPIRATORY**
Respirations even/unlabored
**CARDIOVASCULAR**
Pulses are normal in upper extremities. Capillary refill is normal.
**SKIN**
No rashes, lesions, or ulcerations.
**MENTAL STATUS**
**Conciousness:** Awake and alert.
**Orientation:** The patient is oriented to person, place, date, time.
**Affect:** Within normal limits.
**Apraxia:** There is no evidence of apraxia.
**Memory:** Good recent and remote
**Speech:** Speech is clear without dysarthria or dysphasia.
**CRANIAL NERVES**
**CN Comment:** CN II-XII grossly intact
**MOTOR**
**Tone:** Normal tone in upper and lower extremities bilaterally.
**Fasciculations:** There are no fasciculations noted.
**Strength:** Strength is 5+/5+ in upper and lower extremities bilaterally.
**Effort:** Effort appears to be normal.
**SENSORY**
**Sensory:** Sensory is normal to touch in upper extremities.
**REFLEXES**
**Triceps (R):** 1 / (L): 1

## Cervical Spine Exam

**Palpation of Cervical Spine**

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova, TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**Normal:** no masses, no trigger points
**Abnormal:** tenderness
**Comment:** Cervical central point and bilatral paraspinous tenderness, left greater than right, extending to left shoulder

**Gait**
**Normal:** normal

**Range of Motion Cervical Spine**
**Left Lateral Rotation:** Normal (60°), severe pain

**Right Lateral Rotation:** Normal (60°), mild pain

**Extension:** Normal, severe pain

**Left Lateral Flexion:** Normal, severe pain

**Right Lateral Flexion:** Normal, mild pain

**Flexion:** Normal, severe pain

## Diagnostic Test Results

**MRI C-spine**
**MRI Date :** 11/02/2016
**Reviewed:** Report
**Comment:** mild cervical disc bulging generates mild C5-6 central canal and right-sided foraminal stenosis.

**X-Ray C-spine**
**X-Ray Date :** 01/09/2017
**Reviewed:** Report
**Comment:** no acute abnormality, stable chronic changes

**X-Ray L-spine**
**X-Ray Date :** 01/09/2017
**Reviewed:** Report
**Comment:** No acute findings.

**X-Ray T-spine**
**X-Ray Date :** 01/19/2017
**Reviewed:** Report
**Comment:** no acute abnormality

**X-Ray C-spine**

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*December 21, 2017*
Page 8
Office Visit

**Shanna Richardson**
Female DOB: 28274

Ins: Blue Care Grp: 125000

**X-Ray Date :** 02/08/2016
**Reviewed:** Report
**Comment:** DDD at C5-6

## Problem list change log

Assessed Chronic pain syndrome as unchanged
Assessed Radiculopathy, cervical region as unchanged
Assessed Other spondylosis, cervical region as unchanged
Assessed Other spondylosis, thoracic region as unchanged
Assessed Long term (current) use of opiate analgesic as unchanged
Assessed History of Arthritis as unchanged
Assessed Essential (primary) hypertension as unchanged
Assessed History of Anxiety disorder as unchanged
Assessed Status post Hysterectomy as unchanged
Assessed Status post Caesarean section as unchanged

## Assessment

CHRONIC PAIN SYNDROME: Unchanged
RADICULOPATHY, CERVICAL REGION: Unchanged
OTHER SPONDYLOSIS, CERVICAL REGION: Unchanged
OTHER SPONDYLOSIS, THORACIC REGION: Unchanged
LONG TERM (CURRENT) USE OF OPIATE ANALGESIC: Unchanged
HISTORY OF ARTHRITIS: Unchanged
ESSENTIAL (PRIMARY) HYPERTENSION: Unchanged
HISTORY OF ANXIETY DISORDER: Unchanged
STATUS POST HYSTERECTOMY: Unchanged
STATUS POST CAESAREAN SECTION: Unchanged

## Ordered Today

Medication Reconciliation [SCT-428191000124101]
Overweight (finding) [SCT-238131007]
DRG RFTC [CPT-64999]
Ofc Vst, Est Level III [CPT-99213]

## Plan

There were no barriers to communication with patient.

**I have reviewed the following Information:**
Pain Center Intake Questionnaire, COMM results, Urine Drug Monitoring Test Results, PMP Consistent
Confirmatory MM UTX from 8/2/17 was consistent with last reported dose of prescribed Tramadol.

**I have recommended the following options to treat the patient's pain:**
Cervical Transforaminal Epidural Steroid Injection. Will schedule (L) C6, C7 DRG RF due to short term effectiveness of previous intervention with continued complaints of pain.

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

Pre-procedure instructions including the need for a driver was reviewed with patient.

**Pharmacologic Management:**
Commencement of opioid therapy. The opioid agreement, the opiod information form, and opioid informed consent were reviewed, and signature(s) were obtained.
The patient has been counseled to refrain from driving and operating heavy equipment while taking opioids.
CPT as prescribed with Tramadol due to effectiveness of the medication. Will issue 30-day prescription at today's visit.

I have also recommended starting the following medications:Will increase frequency of Gabapentin and Zanaflex and monitor for effectiveness.
I have reviewed the proper use of the medication(s) and their side effect with the patient. The patient expressed an understanding of what was discussed and agrees to try the medication(s).
Stressed the importance of taking medications only as prescribed and never with alcohol. Patient voiced understanding and intent to comply.
Discussed the side effects and dangers of taking opioids and benzodiazepines up to and including death.
The patient is aware of the potentiation of opioid inudced respiratory depression associated with co-administration of benzodiazepines.
Patient instructed on the dangers of over-utilizing medications up to and including death. Instructed patient to take medications as directed. Patient voiced understanding and intent to comply.
**Schedule:** (L) C6, C7 DRG RF
**Disposition:** ASC/RTC 1 month/eval Tizanidine and Gabapentin inc

**Medications:**
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) take 1 cap po Q8hrs for chronic nerve pain ***WARN SEDATION**INCREASE FREQUENCY** #90 x 0
Entered and Authorized by: Holly R Keel FNPC
Electronically signed by: Holly R Keel FNPC on 09/26/2017
Method used: Print then Give to Patient
RxID: 1822041665056160
ZANAFLEX 4 MG CAPS (TIZANIDINE HCL) Take one tablet Q8hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.** #90 x 0
Entered and Authorized by: Holly R Keel FNPC
Electronically signed by: Holly R Keel FNPC on 09/26/2017
Method used: Print then Give to Patient
RxID: 1822041665056140
TRAMADOL HCL 50 MG ORAL TABS (TRAMADOL HCL) Take one tablet Q12hrs as needed for severe pain. **Warn drowsiness.** Do not drink ETOH, drive or take BZO's while taking. ** #60 x 0
Entered and Authorized by: Holly R Keel FNPC
Electronically signed by: Holly R Keel FNPC on 09/26/2017
Method used: Print then Give to Patient
RxID: 1822041665056080

PHQ9

**Electronically signed by Holly R Keel FNPC on 10/01/2017 at 5:25 PM**
**Electronically signed by Michael E Steuer, MD on 10/07/2017 at 5:49 PM**

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*December 21, 2017*
Page 1
Office Visit

**Shanna Richardson**
Female DOB: 28274

Ins: Blue Care Grp: 125000

**08/02/2017 - Office Visit: ASC/RTC 1 month/review UTX**
**Provider: Holly R Keel FNPC**
**Location of Care: Michael E Steuer MD PC - Cordova Clinic**
**This document contains external references**

Referred By: Campbell Clinic
Visit Type: Return

**Chief Complaint:** Cervical Pain
Other pain complaints: Headache, Hip Pain, Shoulder Pain, Thoracic Pain, LUE Pain
Cause of patient's pain: I have degenerative disc disease, bulging disc in C5-C6 of neck. Also told bone loss in that area
The patient is a 40 year old ,right handed female with 2 year(s) history of pain as above.
The pain level is graded at 6 (out of 10) with medicine.
The pain level is graded at 8 (out of 10) without medicine.
The pain interferes with sleep 7 nights per week.
The pain is described as constant, burning, tingling, numb.
Valsalva maneuver: negative
Things that exacerbate pain: prolonged sitting: >20m, bending, stooping, lifting, prolonged standing, arching back, prolonged walking, turning head right, turning head left, tilting head right, tilting head left, extending neck, raising arm left, weather changes
Things that alleviate pain: NONE of the above
She describes cervical pain (left greater than right) radiating to left shoulder with intermittent burning, numbness, and paresthesia to her left upper extremity, hand, and all fingers.

**HPI:**
The patient presents today with chief complaint of cervical pain. She describes cervical pain (left greater than right) radiating to left shoulder with intermittent burning, numbness, and paresthesia to her left upper extremity, hand, and all fingers.
She reports 100% immediate relief following (L) C6, C7 TFE #2 on 7/10/2017 lasting two weeks as evidenced by INCREASED TOLERANCE OF CERVICAL MOVEMENT WITH DECREASED PAIN.
She is not under CSA or opioid therapy with MSPTC.

Last UTX Date: 08/02/2017
Last Comp UTX Date: 04/19/2017
Lab Findings: Consistent
8/2/17 Quest UTX

PMP Date: 08/01/2017
PMP Findings: Consistent
per TN website

**Aberrant Behavior, Adverse Reactions Analgesia, Activities of Daily Living, Affect**
The patient is compliant with medications as prescribed: **N/A**
The medication is without adverse or intolerable side effects: **N/A**
The patient is compliant with the controlled substances agreement: **Yes**
**Date agreement signed: 06/27/2017**
**Last CSA Update: 06/27/2017**
Activities of daily living easier with medication: **N/A**

**Opioid Abuse: high,** 8/2/17-Will raise to HIGH risk due to failure to bring medication/bottle to office visit.
MODERATE RISK based on SOAPP-R 13.

SOAPP-R Score: 13
COMM Score: Negative
SNORE Score: negative

Known history of sleep apnea: No

Medication Name: TRAMADOL HCL 50 MG ORAL TABS Take one tablet Q12hrs as needed for severe pain. **Warn drowsiness.** Do not drink ETOH
Last Dose: 08/01/2017
Time: 9PM
*Failed to bring bottle**

**CLIA Waived Urine Tox Screen Results**
Sent to Outside Lab for confirm

Date of Last Procedure: 07/10/2017
Intervention: (L) C5, C7 TFE #2 %
% of Relief: 0 %

**Current Medications:**
TRAMADOL HCL 50 MG ORAL TABS (TRAMADOL HCL) Take one tablet Q12hrs as needed for severe pain. **Warn drowsiness.** Do not drink ETOH, drive or take BZO's while taking. **NEW MEDICATION**
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) take 1 cap po BID for chronic nerve pain ***WARN SEDATION**
ZANAFLEX 4 MG CAPS (TIZANIDINE HCL) Take one tablet Q12hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.**
PLI CREAM (GREEN) Apply 1-2 gms topically to affected painful area QID prn**NEW medication**
BACLOFEN 10 MG ORAL TABS (BACLOFEN) Take 1 PO q12hrs prn muscle spasms**Warn drowsiness, no driving while taking**NEW medicaton**
LOSARTAN POTASSIUM TABS (LOSARTAN POTASSIUM TABS) per outside provider
NORVASC TABS (AMLODIPINE BESYLATE TABS) per outside provider
ULTRAM TABS (TRAMADOL HCL TABS) *HISTORICAL ONLY*
TYLENOL TABS (ACETAMINOPHEN TABS) *HISTORICAL ONLY*
NEURONTIN TABS (GABAPENTIN TABS) *HISTORICAL ONLY*
AMITRIPTYLINE HCL TABS (AMITRIPTYLINE HCL TABS) *HISTORICAL ONLY*
ZANAFLEX TABS (TIZANIDINE HCL TABS) *HISTORICAL ONLY*
CYCLOBENZAPRINE HCL TABS (CYCLOBENZAPRINE HCL TABS) *HISTORICAL ONLY*
MOTRIN IB TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
ADVIL TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
LORTAB TABS (HYDROCODONE-ACETAMINOPHEN TABS) *HISTORICAL ONLY*

**Drug Allergies:**
Drug Allergies unchanged from initial visit.

**PHYSICAL THERAPY**
**Cervical: Yes**
Condition/Region: cervical

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

Start Date: 10/2016
Facility: Campbell Clinic
Effective: 0 %
Patient compliant: yes
Therapist's Report: no

**Thoracic:** No

**Lumbar:** Yes
Condition/Region: lumbar
Start Date: 10/2016
Facility: Campbell Clinic
Effective: 0 %
Patient compliant: yes
Therapist's Report: no

Physical Therapy or home exercises continuation in the previous six months: **YES**
NSAID tolerant/not contraindicated: **YES**
YES
NSAID trial greater than 6 weeks **YES**
Pain Medication Treatment: **YES**
hydrocodone
Procedures performed at a prior Pain Management Facility: **YES**
cervical ESI by Dr. Park 11/2016

**DME**
Back: NO
Neck: NO
Knee: NO
TENs: NO
Estim: NO

## Pain Disability Index
**Total Score:** 0

## Pain History (Reviewed - No Changes)
The patient presents on 4/19/2017 initial evaluation as referred by W. Tolbert, NP with chief complaint of cervical pain. She reports a 1+ year history of pain without specific precipitating trauma, fall, or MVA. She was evaluated at Campbell Clinic. PT was ordered, and she attended October- November 2016. She says the PT increased her pain. A MRI was ordered, and she underwent cervical ESI by Dr. Ashley 11/2016. She reported minimal effectiveness of ESI. She was prescribed tramadol, which she also says was ineffective. She has also trialed NSAIDs with minimal relief. The patient is not currently taking anything for pain. She brought copy of cervical MRI report dated 11/2/16 for review. We also have benefit of bone scan, and lumbar MRI report from 3/10/17. The patient is referred at this time for further evaluation and treatment options.

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*December 21, 2017*
Page 4
Office Visit

**Shanna Richardson**
Female DOB: 28274

Ins: Blue Care Grp: 125000

## Past Medical History (Reviewed - No Changes)
HTN
Anxiety Disorder
Arthritis

## Surgical History (Reviewed - No Changes)
C-Section
HYST

## Family History (Reviewed - No Changes)
High Blood Pressure
Cancer
Migraines
Diabetes
Heart Disease
Stroke

## Social History (Reviewed - No Changes)
Patient is single.
Employment/Occupation: Nike packer- applying for long term disability
The patient lives with family
Patient does not smoke.
Patient does not drink alcohol.
No illicit drug abuse:
Patient is not pregnant.

## Problems:
Problems list reviewed during this update
Chronic pain syndrome (ICD-338.4) (ICD10-G89.4)
Radiculopathy, cervical region (ICD-723.4) (ICD10-M54.12)
Other spondylosis, cervical region (ICD-721.0) (ICD10-M47.892)
Other spondylosis, thoracic region (ICD-721.2) (ICD10-M47.894)
Long term (current) use of opiate analgesic (ICD-V58.69) (ICD10-Z79.891)
History of Arthritis (ICD-716.90) (ICD10-M12.9)
Essential (primary) hypertension (ICD-401.9) (ICD10-I10)
History of Anxiety disorder (ICD-300.00) (ICD10-F41.9)
Status post Hysterectomy (ICD-V45.77) (ICD10-Z90.79)
Status post Caesarean section (ICD-V39.01) (ICD10-Z38.01)

## Medications:
Medication list reviewed during this update
TRAMADOL HCL 50 MG ORAL TABS (TRAMADOL HCL) Take one tablet Q12hrs as needed for severe pain. **Warn drowsiness.** Do not drink ETOH, drive or take BZO's while taking. **NEW MEDICATION**
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) take 1 cap po BID for chronic nerve pain ***WARN SEDATION**
ZANAFLEX 4 MG CAPS (TIZANIDINE HCL) Take one tablet Q12hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.**
PLI CREAM (GREEN) Apply 1-2 gms topically to affected painful area QID prn **NEW medication**
BACLOFEN 10 MG ORAL TABS (BACLOFEN) Take 1 PO q12hrs prn muscle spasms **Warn

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

drowsiness, no driving while taking**NEW medicaton**
LOSARTAN POTASSIUM TABS (LOSARTAN POTASSIUM TABS) per outside provider
NORVASC TABS (AMLODIPINE BESYLATE TABS) per outside provider
ULTRAM TABS (TRAMADOL HCL TABS) *HISTORICAL ONLY*
TYLENOL TABS (ACETAMINOPHEN TABS) *HISTORICAL ONLY*
NEURONTIN TABS (GABAPENTIN TABS) *HISTORICAL ONLY*
AMITRIPTYLINE HCL TABS (AMITRIPTYLINE HCL TABS) *HISTORICAL ONLY*
ZANAFLEX TABS (TIZANIDINE HCL TABS) *HISTORICAL ONLY*
CYCLOBENZAPRINE HCL TABS (CYCLOBENZAPRINE HCL TABS) *HISTORICAL ONLY*
MOTRIN IB TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
ADVIL TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
LORTAB TABS (HYDROCODONE-ACETAMINOPHEN TABS) *HISTORICAL ONLY*

## Allergies:
Allergies list reviewed during this update
PERCOCET (Moderate)

**Tobacco Use Status:** never smoker (08/02/2017)

## Review of Systems
**General:** Patient denies fever,chills,weight change,fatigue.
**Eyes:** Patient denies blurred vision,double vision,loss of vision,eye pain.
**Ears/Nose/Throat:** Patient denies Tinnitus (ringing in the ears),hearing loss,swallowing difficulties.
**Breast:** Patient denies breast problems.
**Cardiovascular:** Patient denies chest pain, palpitations, dyspnea on exertion, orthopnea, PND, peripheral edema, rapid heartbeat, irregular heartbeat, claudication.
**Respiratory:** Patient denies lung problems,chronic cough,shortness of breath,uncomfortable breathing,excessive sputum,wheezing.
**Gastrointestinal:** Patient denies gi symptoms,abdominal pain,frequent diarrhea,frequent constipation,nausea,vomiting.
**Genitourinary:** Patient denies uncomfortable urination,urinary frequency,urinary urgency,urinary hesitancy,urinary incontinence.
**Musculoskeletal:** Patient complains of back pain, joint pain, neck pain. Patient denies muscle aches, muscle weakness.
**Skin:** Patient denies bruising,changes in skin,easy bruising,skin problems,non-healing sores,persistent rash.
**Neurologic:** Patient complains of headaches. Patient denies bowel problems, dizziness, falling, involuntary movements, imbalance, loss of consciousness, memory loss, restless legs, seizures, sensory loss, sleep disturbance, speech diffulty, syncope, tingling, tremors, weakness.
**Psychiatric:** Patient denies anxiety,depression,difficulty concentrating,hallucinations,panic attacks,paranoia,severe mood swings,suicidal thoughts,trouble sleeping.
**Endocrine:** Patient denies diabetes,thyroid disease,heat intolerance,cold intolerance,large volumes of urine.
**Hematologic:** Patient denies excessive bleeding,easy bruising.
**Allergic/Immunologic:** Patient denies hives,hay fever,HIV exposure.

**Violence Screening**

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*December 21, 2017*
Page 6
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

Do you feel safe in your current relationship/environment? Yes

## Vital Signs

Height (inches): 63
Weight (lbs): 182
BMI: 32.36
Blood Pressure: 122
/ 78
Pulse: 66
Pulse Ox (%): 99
LMP: 2014
Contraception: hysterectomy
Entered By: Megan E Brawner

## Physical Exam

**GENERAL APPEARANCE**
The patient is well developed and in no immediate distress.
**HEENT**
Normocephalic, conjuntiva clear.
**EXTREMITIES**
Extremities are without clubbing,cyanosis or edema,No joint abnormalities noted.
**RESPIRATORY**
Respirations even/unlabored
**CARDIOVASCULAR**
Pulses are normal in upper extremities. Capillary refill is normal.
**SKIN**
No rashes, lesions, or ulcerations.
**MENTAL STATUS**
**Conciousness:** Awake and alert.
**Orientation:** The patient is oriented to person, place, date, time.
**Affect:** Within normal limits.
**Apraxia:** There is no evidence of apraxia
**Memory:** Good recent and remote
**Speech:** Speech is clear without dysarthria or dysphasia.
**CRANIAL NERVES**
**CN Comment:** CN II-XII grossly intact
**MOTOR**
**Tone:** Normal tone in upper and lower extremities bilaterally.
**Fasciculations:** There are no fasciculations noted.
**Strength:** Strength is 5+/5+ in upper and lower extremities bilaterally.
**Effort:** Effort appears to be normal.
**SENSORY**
**Sensory:** Sensory is normal to touch in upper extremities.
**REFLEXES**
**Triceps (R):** 1 / **(L):** 1

## Cervical Spine Exam

**Palpation of Cervical Spine**

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**Normal:** no masses, no trigger points
**Abnormal:** tenderness
**Comment:** Cervical central point and bilatral paraspinous tenderness, left greater than right, extending to left shoulder

**Gait**
**Normal:** normal

**Range of Motion Cervical Spine**
**Left Lateral Rotation:** Normal (60°), severe pain

**Right Lateral Rotation:** Normal (60°), mild pain

**Extension:** Normal, severe pain

**Left Lateral Flexion:** Normal, severe pain

**Right Lateral Flexion:** Normal, mild pain

**Flexion:** Normal, severe pain

## Diagnostic Test Results

**MRI C-spine**
**MRI Date :** 11/02/2016
**Reviewed:** Report
**Comment:** mild cervical disc bulging generates mild C5-6 central canal and right-sided foraminal stenosis.

**X-Ray C-spine**
**X-Ray Date :** 01/09/2017
**Reviewed:** Report
**Comment:** no acute abnormality, stable chronic changes

**X-Ray L-spine**
**X-Ray Date :** 01/09/2017
**Reviewed:** Report
**Comment:** No acute findings.

**X-Ray T-spine**
**X-Ray Date :** 01/19/2017
**Reviewed:** Report
**Comment:** no acute abnormality

**X-Ray C-spine**

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274

Ins: Blue Care Grp: 125000

**X-Ray Date :** 02/08/2016
**Reviewed:** Report
**Comment:** DDD at C5-6

## Problem list change log

Assessed Chronic pain syndrome as unchanged
Assessed Radiculopathy, cervical region as unchanged
Assessed Other spondylosis, cervical region as unchanged
Assessed Other spondylosis, thoracic region as unchanged
Assessed Long term (current) use of opiate analgesic as unchanged
Assessed History of Arthritis as unchanged
Assessed Essential (primary) hypertension as unchanged
Assessed History of Anxiety disorder as unchanged
Assessed Status post Hysterectomy as unchanged
Assessed Status post Caesarean section as unchanged

## Assessment

CHRONIC PAIN SYNDROME: Unchanged
RADICULOPATHY, CERVICAL REGION: Unchanged
OTHER SPONDYLOSIS, CERVICAL REGION: Unchanged
OTHER SPONDYLOSIS, THORACIC REGION: Unchanged
LONG TERM (CURRENT) USE OF OPIATE ANALGESIC: Unchanged
HISTORY OF ARTHRITIS: Unchanged
ESSENTIAL (PRIMARY) HYPERTENSION: Unchanged
HISTORY OF ANXIETY DISORDER: Unchanged
STATUS POST HYSTERECTOMY: Unchanged
STATUS POST CAESAREAN SECTION: Unchanged

## Ordered Today

Medication Reconciliation [SCT-428191000124101]
Ofc Vst, Est Level III [CPT-99213]
Cervical TFE [CPT-64479, 64480]

## Plan

There were no barriers to communication with patient.

**I have reviewed the following information:**
Pain Center Intake Questionnaire, COMM results, PMP Consistent
Screening UTX is being performed today to monitor for compliance/high risk behavior. Will send to Quest lab for testing. Consistency to be determined by confirmation and will review as results become available.

**I have recommended the following options to treat the patient's pain:**
Cervical Transforaminal Epidural Steroid Injection. Will schedule (L) C6, C7 TFE #3 due to short-term effectiveness of previous intervention with continued complaints of pain.

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

Pre-procedure instructions including the need for a driver was reviewed with patient.

**Pharmacologic Management:**
Commencement of opioid therapy. The opioid agreement, the opiod information form, and opioid informed consent were reviewed, and signature(s) were obtained.
The patient has been counseled to refrain from driving and operating heavy equipment while taking opioids.
I have informed her that failure to bring her bottle/medication is a CSA violation and any repeated behavior such as this will result in a psych evaluation for opioid appropriateness and possibly discontinuation of her controlled pain medications. Education provided regarding the dangers involved with overutilization including respiratory depression, coma, and death. Ms. Richardson voices understanding and intent to comply. Will not issue Rx for Tramadol at today's visit. Pt reports having some left from the previous Rx.

I have also recommended starting the following medications:Will CPT with Gabapentin and Zanaflex due to effectiveness.
I have reviewed the proper use of the medication(s) and their side effect with the patient. The patient expressed an understanding of what was discussed and agrees to try the medication(s).
Stressed the importance of taking medications only as prescribed and never with alcohol. Patient voiced understanding and intent to comply.
Discussed the side effects and dangers of taking opioids and benzodiazepines up to and including death. The patient is aware of the potentiation of opioid inudced respiratory depression associated with co-administration of benzodiazepines.
Patient instructed on the dangers of over-utilizing medications up to and including death. Instructed patient to take medications as directed. Patient voiced understanding and intent to comply.
CSA violations were discussed at today's visit. Patient was instructed that any repeated behavior such as this may result in a possible psych evaluation referral, and/or discontinuation of controlled pain medications. Education provided regarding the dangers involved with over-utilization including respiratory depression, coma, and death. Patient voices understanding and intent to comply.
**Schedule:** (L) C6, C7 TFE #3
**Disposition:** ASC/RTC 1 month/review UTX

**Medications:**
ZANAFLEX 4 MG CAPS (TIZANIDINE HCL) Take one tablet Q12hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.** #60 x 0
Entered and Authorized by: Holly R Keel FNPC
Electronically signed by: Holly R Keel FNPC on 08/02/2017
Method used: Print then Give to Patient
RxID: 1817290504473490
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) take 1 cap po BID for chronic nerve pain ***WARN SEDATION** #60 x 0
Entered and Authorized by: Holly R Keel FNPC
Electronically signed by: Holly R Keel FNPC on 08/02/2017
Method used: Print then Give to Patient
RxID: 1817290504473450

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**Electronically signed by Michael E Steuer, MD on 08/24/2017 at 12:58 AM**

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*December 21, 2017*
Page 1
Office Visit

**Shanna Richardson**
Female DOB: 28274

Ins: Blue Care Grp: 125000

**06/27/2017 - Office Visit: ASC/RTC 1 month/eval Tramadol/**
**Provider: Holly R Keel FNPC**
**Location of Care: Michael E Steuer MD PC - Cordova Clinic**
**This document contains external references**

Referred By: Campbell Clinic
Visit Type: Return

**Chief Complaint:** Cervical Pain
Other pain complaints: Headache, Hip Pain, Shoulder Pain, Thoracic Pain, LUE Pain
Cause of patient's pain: I have degenerative disc disease, bulging disc in C5-C6 of neck. Also told bone loss in that area
The patient is a 40 year old ,right handed female with 1.5 year(s) history of pain as above.
The pain level is graded at 9 (out of 10) without medicine.
The pain interferes with sleep 7 nights per week.
The pain is described as constant, burning, tingling, numb.
Valsalva maneuver: negative
Things that exacerbate pain: prolonged sitting: >20m, bending, stooping, lifting, prolonged standing, arching back, prolonged walking, turning head right, turning head left, tilting head right, tilting head left, extending neck, raising arm left, weather changes
Things that alleviate pain: NONE of the above
She describes cervical pain (left greater than right) radiating to left shoulder with intermittent burning, numbness, and paresthesia to her left upper extremity, hand, and all fingers.

**HPI:**
The patient presents today with chief complaint of cervical pain. She describes cervical pain (left greater than right) radiating to left shoulder with intermittent burning, numbness, and paresthesia to her left upper extremity, hand, and all fingers.
She reports muscle relaxers and Gabapentin regimen as moderately effective without adverse side effects as demonstrated by decrease pain and increased resting at night without interruption.
She is not under CSA or opioid therapy with MSPTC.

Last UTX Date: 04/19/2017
Lab Findings: Consistent
Last Comp UTX Date: 04/19/2017
Lab Findings: Consistent

PMP Date: 05/22/2017
PMP Findings: Noted
per TN website

**Aberrant Behavior, Adverse Reactions Analgesia, Activities of Daily Living, Affect**
The patient is compliant with medications as prescribed: **N/A**
The medication is without adverse or intolerable side effects: **N/A**
The patient is compliant with the controlled substances agreement: **N/A**
Activities of daily living easier with medication: **N/A**
**Opioid Abuse: moderate - MODERATE RISK based on SOAPP-R 13**

SOAPP-R Score: 13

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*December 21, 2017*
Page 2
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

COMM Score: Negative
SNORE Score: negative

Known history of sleep apnea: No

**CLIA Waived Urine Tox Screen Results**

Date of Last Procedure: 05/15/2017
Intervention: (L) C5, C7 TFE #1 %
% of Relief: 0 %
Next Scheduled Procedure: 07/10/2017

**Current Medications:**
TRAMADOL HCL 50 MG ORAL TABS (TRAMADOL HCL) Take one tablet Q12hrs as needed for severe pain. **Warn drowsiness.** Do not drink ETOH, drive or take BZO's while taking. **NEW MEDICATION**
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) take 1 cap po BID for chronic nerve pain ***WARN SEDATION**
ZANAFLEX 4 MG CAPS (TIZANIDINE HCL) Take one tablet Q12hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.**NEW MEDICATION**
PLI CREAM (GREEN) Apply 1-2 gms topically to affected painful area QID prn**NEW medication**
BACLOFEN 10 MG ORAL TABS (BACLOFEN) Take 1 PO q12hrs prn muscle spasms**Warn drowsiness, no driving while taking**NEW medicaton**
LOSARTAN POTASSIUM TABS (LOSARTAN POTASSIUM TABS) per outside provider
NORVASC TABS (AMLODIPINE BESYLATE TABS) per outside provider
ULTRAM TABS (TRAMADOL HCL TABS) *HISTORICAL ONLY*
TYLENOL TABS (ACETAMINOPHEN TABS) *HISTORICAL ONLY*
NEURONTIN TABS (GABAPENTIN TABS) *HISTORICAL ONLY*
AMITRIPTYLINE HCL TABS (AMITRIPTYLINE HCL TABS) *HISTORICAL ONLY*
ZANAFLEX TABS (TIZANIDINE HCL TABS) *HISTORICAL ONLY*
CYCLOBENZAPRINE HCL TABS (CYCLOBENZAPRINE HCL TABS) *HISTORICAL ONLY*
MOTRIN IB TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
ADVIL TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
LORTAB TABS (HYDROCODONE-ACETAMINOPHEN TABS) *HISTORICAL ONLY*

**Drug Allergies:**
Drug Allergies unchanged from initial visit.

**PHYSICAL THERAPY**
**Cervical:** Yes
Condition/Region: cervical
Start Date: 10/2016
Facility: Campbell Clinic
Effective: 0 %
Patient compliant: yes
Therapist's Report: no

**Thoracic:** No

**Lumbar:** Yes
Condition/Region: lumbar
Start Date: 10/2016

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB:

28274

Ins: Blue Care Grp: 125000

Facility: Campbell Clinic
Effective: 0 %
Patient compliant: yes
Therapist's Report: no

Physical Therapy or home exercises continuation in the previous six months: **YES**
NSAID tolerant/not contraindicated: **YES**
YES
NSAID trial greater than 6 weeks **YES**
Pain Medication Treatment: **YES**
hydrocodone
Procedures performed at a prior Pain Management Facility: **YES**
cervical ESI by Dr. Park 11/2016

**DME**
Back: NO
Neck: NO
Knee: NO
TENs: NO
Estim: NO

## Pain Disability Index

**Total Score:** 0

## Pain History (Reviewed - No Changes)

The patient presents on 4/19/2017 initial evaluation as referred by W. Tolbert, NP with chief complaint of cervical pain. She reports a 1+ year history of pain without specific precipitating trauma, fall, or MVA. She was evaluated at Campbell Clinic. PT was ordered, and she attended October- November 2016. She says the PT increased her pain. A MRI was ordered, and she underwent cervical ESI by Dr. Ashley 11/2016. She reported minimal effectiveness of ESI. She was prescribed tramadol, which she also says was ineffective. She has also trialed NSAIDs with minimal relief. The patient is not currently taking anything for pain. She brought copy of cervical MRI report dated 11/2/16 for review. We also have benefit of bone scan, and lumbar MRI report from 3/10/17. The patient is referred at this time for further evaluation and treatment options.

## Past Medical History (Reviewed - No Changes)

HTN
Anxiety Disorder
Arthritis

## Surgical History (Reviewed - No Changes)

C-Section
HYST

## Family History (Reviewed - No Changes)

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

High Blood Pressure
Cancer
Migraines
Diabetes
Heart Disease
Stroke

## Social History (Reviewed - No Changes)

Patient is single.
Employment/Occupation: Nike packer- applying for long term disability
The patient lives with family
Patient does not smoke.
Patient does not drink alcohol.
No illicit drug abuse:
Patient is not pregnant.

## Problems:

Problems list reviewed during this update
Chronic pain syndrome (ICD-338.4) (ICD10-G89.4)
Radiculopathy, cervical region (ICD-723.4) (ICD10-M54.12)
Other spondylosis, cervical region (ICD-721.0) (ICD10-M47.892)
Other spondylosis, thoracic region (ICD-721.2) (ICD10-M47.894)
Long term (current) use of opiate analgesic (ICD-V58.69) (ICD10-Z79.891)
History of Arthritis (ICD-716.90) (ICD10-M12.9)
Essential (primary) hypertension (ICD-401.9) (ICD10-I10)
History of Anxiety disorder (ICD-300.00) (ICD10-F41.9)
Status post Hysterectomy (ICD-V45.77) (ICD10-Z90.79)
Status post Caesarean section (ICD-V39.01) (ICD10-Z38.01)

## Medications:

Medication list reviewed during this update
TRAMADOL HCL 50 MG ORAL TABS (TRAMADOL HCL) Take one tablet Q12hrs as needed for severe pain. **Warn drowsiness.** Do not drink ETOH, drive or take BZO's while taking. **NEW MEDICATION**
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) take 1 cap po BID for chronic nerve pain ***WARN SEDATION**
ZANAFLEX 4 MG CAPS (TIZANIDINE HCL) Take one tablet Q12hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.**NEW MEDICATION**
PLI CREAM (GREEN) Apply 1-2 gms topically to affected painful area QID prn**NEW medication**
BACLOFEN 10 MG ORAL TABS (BACLOFEN) Take 1 PO q12hrs prn muscle spasms**Warn drowsiness, no driving while taking**NEW medicaton**
LOSARTAN POTASSIUM TABS (LOSARTAN POTASSIUM TABS) per outside provider
NORVASC TABS (AMLODIPINE BESYLATE TABS) per outside provider
ULTRAM TABS (TRAMADOL HCL TABS) *HISTORICAL ONLY*
TYLENOL TABS (ACETAMINOPHEN TABS) *HISTORICAL ONLY*
NEURONTIN TABS (GABAPENTIN TABS) *HISTORICAL ONLY*
AMITRIPTYLINE HCL TABS (AMITRIPTYLINE HCL TABS) *HISTORICAL ONLY*
ZANAFLEX TABS (TIZANIDINE HCL TABS) *HISTORICAL ONLY*
CYCLOBENZAPRINE HCL TABS (CYCLOBENZAPRINE HCL TABS) *HISTORICAL ONLY*
MOTRIN IB TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
ADVIL TABS (IBUPROFEN TABS) *HISTORICAL ONLY*

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*December 21, 2017*
Page 5
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

LORTAB TABS (HYDROCODONE-ACETAMINOPHEN TABS) *HISTORICAL ONLY*

## Allergies:

Allergies list reviewed during this update
PERCOCET (Moderate)

**Tobacco Use Status:** never smoker (06/27/2017)

## Review of Systems

**General:** Patient denies fever,chills,weight change,fatigue.
**Eyes:** Patient denies blurred vision,double vision,loss of vision,eye pain.
**Ears/Nose/Throat:** Patient denies Tinnitus (ringing in the ears),hearing loss,swallowing difficulties.
**Breast:** Patient denies breast problems.
**Cardiovascular:** Patient denies chest pain, palpitations, dyspnea on exertion, orthopnea, PND, peripheral edema, rapid heartbeat, irregular heartbeat, claudication.
**Respiratory:** Patient denies lung problems,chronic cough,shortness of breath,uncomfortable breathing,excessive sputum,wheezing.
**Gastrointestinal:** Patient denies gi symptoms,abdominal pain,frequent diarrhea,frequent constipation,nausea,vomiting.
**Genitourinary:** Patient denies uncomfortable urination,urinary frequency,urinary urgency,urinary hesitancy,urinary incontinence.
**Musculoskeletal:** Patient complains of back pain, joint pain, neck pain. Patient denies muscle aches, muscle weakness.
**Skin:** Patient denies bruising,changes in skin,easy bruising,skin problems,non-healing sores,persistent rash.
**Neurologic:** Patient complains of headaches. Patient denies bowel problems, dizziness, falling, involuntary movements, imbalance, loss of consciousness, memory loss, restless legs, seizures, sensory loss, sleep disturbance, speech diffulty, syncope, tingling, tremors, weakness.
**Psychiatric:** Patient denies anxiety,depression,difficulty concentrating,hallucinations,panic attacks,paranoia,severe mood swings,suicidal thoughts,trouble sleeping.
**Endocrine:** Patient denies diabetes,thyroid disease,heat intolerance,cold intolerance,large volumes of urine.
**Hematologic:** Patient denies excessive bleeding,easy bruising.
**Allergic/Immunologic:** Patient denies hives,hay fever,HIV exposure.

<u>Violence Screening</u>
Do you feel safe in your current relationship/environment? Yes

## Vital Signs

Height (inches): 63
Weight (lbs): 184
BMI: 32.71
Blood Pressure: 147
/ 90
Pulse: 60
Pulse Ox (%): 100

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova, TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*December 21, 2017*
Page 6
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

Entered By: Tanika Allen

## Physical Exam

**GENERAL APPEARANCE**
The patient is well developed and in no immediate distress.
**HEENT**
Normocephalic, conjuntiva clear.
**EXTREMITIES**
Extremities are without clubbing,cyanosis or edema,No joint abnormalities noted.
**RESPIRATORY**
Respirations even/unlabored
**CARDIOVASCULAR**
Pulses are normal in upper extremities. Capillary refill is normal.
**SKIN**
No rashes, lesions, or ulcerations.
**MENTAL STATUS**
**Conciousness:** Awake and alert.
**Orientation:** The patient is oriented to person, place, date, time.
**Affect:** Within normal limits.
**Apraxia:** There is no evidence of apraxia
**Memory:** Good recent and remote
**Speech:** Speech is clear without dysarthria or dysphasia.
**CRANIAL NERVES**
**CN Comment:** CN II-XII grossly intact
**MOTOR**
**Tone:** Normal tone in upper and lower extremities bilaterally.
**Fasciculations:** There are no fasciculations noted.
**Strength:** Strength is 5+/5+ in upper and lower extremities bilaterally.
**Effort:** Effort appears to be normal.
**SENSORY**
**Sensory:** Sensory is normal to touch in upper extremities.
**REFLEXES**
**Triceps (R):** 1 / **(L):** 1

## Cervical Spine Exam

**Palpation of Cervical Spine**
**Normal:** no masses, no trigger points
**Abnormal:** tenderness
**Comment:** Cervical central point and bilatral paraspinous tenderness, left greater than right, extending to left shoulder

**Gait**
**Normal:** normal

**Range of Motion Cervical Spine**
**Left Lateral Rotation:** Normal (60°), severe pain

**Right Lateral Rotation:** Normal (60°), mild pain

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**Extension:** Normal, severe pain

**Left Lateral Flexion:** Normal, severe pain

**Right Lateral Flexion:** Normal, mild pain

**Flexion:** Normal, severe pain

## Diagnostic Test Results

MRI C-spine
**MRI Date :** 11/02/2016
**Reviewed:** Report
**Comment:** mild cervical disc bulging generates mild C5-6 central canal and right-sided foraminal stenosis.

X-Ray C-spine
**X-Ray Date :** 01/09/2017
**Reviewed:** Report
**Comment:** no acute abnormality, stable chronic changes

X-Ray L-spine
**X-Ray Date :** 01/09/2017
**Reviewed:** Report
**Comment:** No acute findings.

X-Ray T-spine
**X-Ray Date :** 01/19/2017
**Reviewed:** Report
**Comment:** no acute abnormality

X-Ray C-spine
**X-Ray Date :** 02/08/2016
**Reviewed:** Report
**Comment:** DDD at C5-6

## Problem list change log

Assessed Chronic pain syndrome as unchanged
Assessed Radiculopathy, cervical region as unchanged
Assessed Other spondylosis, cervical region as unchanged
Assessed Other spondylosis, thoracic region as unchanged
Assessed Long-term (current) use of opiate analgesic as unchanged
Assessed History of Arthritis as unchanged

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova, TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

Assessed Essential (primary) hypertension as unchanged
Assessed History of Anxiety disorder as unchanged
Assessed Status post Hysterectomy as unchanged
Assessed Status post Caesarean section as unchanged

## Assessment

CHRONIC PAIN SYNDROME: Unchanged
RADICULOPATHY, CERVICAL REGION: Unchanged
OTHER SPONDYLOSIS, CERVICAL REGION: Unchanged
OTHER SPONDYLOSIS, THORACIC REGION: Unchanged
LONG TERM (CURRENT) USE OF OPIATE ANALGESIC: Unchanged
HISTORY OF ARTHRITIS: Unchanged
ESSENTIAL (PRIMARY) HYPERTENSION: Unchanged
HISTORY OF ANXIETY DISORDER: Unchanged
STATUS POST HYSTERECTOMY: Unchanged
STATUS POST CAESAREAN SECTION: Unchanged

## Ordered Today

Medication Reconciliation [SCT-428191000124101]
Overweight (finding) [SCT-238131007]
Ofc Vst, Est Level III [CPT-99213]
Controlled Sustance Agreement [CPT-9999]

## Plan

There were no barriers to communication with patient.

**I have reviewed the following information:**
Pain Center Intake Questionnaire, COMM results, PMP Consistent

**I have recommended the following options to treat the patient's pain:**
, Cervical Transforaminal Epidural Steroid Injection, Will confirm scheduled (L) C6, C7 TFE #2 on 7/10/17 due to short-term effectiveness of previous intervention with continued complaints of pain. Pre-procedure instructions including the need for a driver was reviewed with patient.

**Pharmacologic Management:**
Commencement of opioid therapy. The opioid agreement, the opiod information form, and opioid informed consent were reviewed, and signature(s) were obtained.
The patient has been counseled to refrain from driving and operating heavy equipment while taking opioids.
CSA reviewed with patient, signed , and a copy given to patient. All questions were answered and the patient voiced understanding and intent to comply. The patient was given a copy.

Will initiate treatment with Tramadol 50mg prn severe pain due to previous effectiveness. Will evaluate effectiveness at next visit.

I have also recommended starting the following medications:Will CPT with Gabapentin and Zanaflex due to effectiveness.
I have reviewed the proper use of the medication(s) and their side effect with the patient. The patient expressed an understanding of what was discussed and agrees to try the medication(s).

Stressed the importance of taking medications only as prescribed and never with alcohol. Patient voiced understanding and intent to comply.
Discussed the side effects and dangers of taking opioids and benzodiazepines up to and including death. The patient is aware of the potentiation of opioid inudced respiratory depression associated with co-administration of benzodiazepines.
Patient instructed on the dangers of over-utilizing medications up to and including death. Instructed patient to take medications as directed. Patient voiced understanding and intent to comply.
**Disposition:** ASC/RTC 1 month/eval Tramadol

**Medications:**
TRAMADOL HCL 50 MG ORAL TABS (TRAMADOL HCL) Take one tablet Q12hrs as needed for severe pain. **Warn drowsiness.** Do not drink ETOH, drive or take BZO's while taking. **NEW MEDICATION** #60 x 0
Entered and Authorized by: Holly R Keel FNPC
Electronically signed by: Holly R Keel FNPC on 06/27/2017
Method used: Print then Give to Patient
RxID: 1814181704128390
ZANAFLEX 4 MG CAPS (TIZANIDINE HCL) Take one tablet Q12hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.**NEW MEDICATION** #60 x 0
Entered and Authorized by: Holly R Keel FNPC
Electronically signed by: Holly R Keel FNPC on 06/27/2017
Method used: Print then Give to Patient
RxID: 1814181704128340
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) take 1 cap po BID for chronic nerve pain ***WARN SEDATION** #60 x 0
Entered and Authorized by: Holly R Keel FNPC
Electronically signed by: Holly R Keel FNPC on 06/27/2017
Method used: Print then Give to Patient
RxID: 1814181704128300

**Electronically signed by Holly R Keel FNPC on 07/07/2017 at 10:54 AM**
**Electronically signed by Michael E Steuer, MD on 07/12/2017 at 10:21 PM**

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova, TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*December 21, 2017*
Page 1
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**05/23/2017 - Office Visit: ASC/RTC 1 month/eval gabapentin and Zanaflex**
**Provider: Holly R Keel FNPC**
**Location of Care: Michael E Steuer MD PC - Cordova Clinic**
**This document contains external references**

Referred By: Campbell Clinic
Visit Type: Return

**Chief Complaint:** Cervical Pain
Other pain complaints: Headache, Hip Pain, Shoulder Pain, Thoracic Pain, LUE Pain
Cause of patient's pain: I have degenerative disc disease, bulging disc in C5-C6 of neck. Also told bone loss in that area
The patient is a 39 year old ,right handed female with 1.5 year(s) history of pain as above.
The pain level is graded at 8 (out of 10) without medicine.
The pain interferes with sleep 7 nights per week.
The pain is described as constant, burning, tingling, numb.
Valsalva maneuver: negative
Things that exacerbate pain: prolonged sitting: >20m, bending, stooping, lifting, prolonged standing, arching back, prolonged walking, turning head right, turning head left, tilting head right, tilting head left, extending neck, raising arm left, weather changes
Things that alleviate pain: NONE of the above
She describes cervical pain (left greater than right) radiating to left shoulder with intermittent burning, numbness, and paresthesia to her left upper extremity, hand, and all fingers.

## HPI:

The patient presents with chief complaint of cervical pain. She describes cervical pain (left greater than right) radiating to left shoulder with intermittent burning, numbness, and paresthesia to her left upper extremity, hand, and all fingers.
She reports 100% immediate relief following (L) C6,C7 TFE #1 on 5/15/2017 lasting one day as evidenced by DECREASED PAIN TO NECK AREA. She reports strain to left neck and arm post procedure.
She reports muscle relaxers and PLI cream as moderately effective.
She is not under CSA or opioid therapy with MSPTC.

Last UTX Date: 04/19/2017
Lab Findings: Consistent
Last Comp UTX Date: 04/19/2017
Lab Findings: Consistent

PMP Date: 05/22/2017
PMP Findings: Noted
per TN website

**Aberrant Behavior, Adverse Reactions Analgesia, Activities of Daily Living, Affect**
The patient is compliant with medications as prescribed: N/A
The medication is without adverse or intolerable side effects: N/A
The patient is compliant with the controlled substances agreement: N/A
Activities of daily living easier with medication: N/A
**Opioid Abuse: moderate**, MODERATE RISK based on SOAPP-R-13.

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*December 21, 2017*
Page 2
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

SOAPP-R Score: 13
COMM Score: Negative
SNORE Score: negative

Known history of sleep apnea: No

**CLIA Waived Urine Tox Screen Results**

Date of Last Procedure: 05/15/2017
Intervention: (L) C5, C7 TFE #1 %
% of Relief: 0 %

**Current Medications:**
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) take 1 cap po BID for chronic nerve pain ***WARN SEDATION***NEW MEDCATION**
ZANAFLEX 4 MG CAPS (TIZANIDINE HCL) Take one tablet Q12hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.**NEW MEDICATION**
PLI CREAM (GREEN) Apply 1-2 gms topically to affected painful area QID prn**NEW medication**
BACLOFEN 10 MG ORAL TABS (BACLOFEN) Take 1 PO q12hrs prn muscle spasms**Warn drowsiness, no driving while taking**NEW medicaton**
LOSARTAN POTASSIUM TABS (LOSARTAN POTASSIUM TABS) per outside provider
NORVASC TABS (AMLODIPINE BESYLATE TABS) per outside provider
ULTRAM TABS (TRAMADOL HCL TABS) *HISTORICAL ONLY*
TYLENOL TABS (ACETAMINOPHEN TABS) *HISTORICAL ONLY*
NEURONTIN TABS (GABAPENTIN TABS) *HISTORICAL ONLY*
AMITRIPTYLINE HCL TABS (AMITRIPTYLINE HCL TABS) *HISTORICAL ONLY*
ZANAFLEX TABS (TIZANIDINE HCL TABS) *HISTORICAL ONLY*
CYCLOBENZAPRINE HCL TABS (CYCLOBENZAPRINE HCL TABS) *HISTORICAL ONLY*
MOTRIN IB TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
ADVIL TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
LORTAB TABS (HYDROCODONE-ACETAMINOPHEN TABS) *HISTORICAL ONLY*

**Drug Allergies:**
Drug Allergies unchanged from initial visit.

**PHYSICAL THERAPY**
**Cervical:** Yes
Condition/Region: cervical
Start Date: 10/2016
Facility: Campbell Clinic
Effective: 0 %
Patient compliant: yes
Therapist's Report: no

**Thoracic:** No

**Lumbar:** Yes
Condition/Region: lumbar
Start Date: 10/2016
Facility: Campbell Clinic

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

Effective: 0 %
Patient compliant: yes
Therapist's Report: no

Physical Therapy or home exercises continuation in the previous six months: **YES**
NSAID tolerant/not contraindicated: **YES**
YES
NSAID trial greater than 6 weeks **YES**
Pain Medication Treatment: **YES**
hydrocodone
Procedures performed at a prior Pain Management Facility: **YES**
cervical ESI by Dr. Park 11/2016

**DME**
Back: NO
Neck: NO
Knee: NO
TENs: NO
Estim: NO

## Pain Disability Index
**Total Score:** 0

## Pain History
The patient presents on 4/19/2017 initial evaluation as referred by W. Tolbert, NP with chief complaint of cervical pain. She reports a 1+ year history of pain without specific precipitating trauma, fall, or MVA. She was evaluated at Campbell Clinic. PT was ordered, and she attended October- November 2016. She says the PT increased her pain. A MRI was ordered, and she underwent cervical ESI by Dr. Ashley 11/2016. She reported minimal effectiveness of ESI. She was prescribed tramadol, which she also says was ineffective. She has also trialed NSAIDs with minimal relief. The patient is not currently taking anything for pain. She brought copy of cervical MRI report dated 11/2/16 for review. We also have benefit of bone scan, and lumbar MRI report from 3/10/17. The patient is referred at this time for further evaluation and treatment options.

## Past Medical History
HTN
Anxiety Disorder
Arthritis

## Surgical History
C-Section
HYST

## Family History
High Blood Pressure

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

Cancer
Migraines
Diabetes
Heart Disease
Stroke

**Problems:**
Problems list reviewed during this update
Chronic pain syndrome (ICD-338.4) (ICD10-G89.4)
Radiculopathy, cervical region (ICD-723.4) (ICD10-M54.12)
Other spondylosis, cervical region (ICD-721.0) (ICD10-M47.892)
Other spondylosis, thoracic region (ICD-721.2) (ICD10-M47.894)
Long term (current) use of opiate analgesic (ICD-V58.69) (ICD10-Z79.891)
History of Arthritis (ICD-716.90) (ICD10-M12.9)
Essential (primary) hypertension (ICD-401.9) (ICD10-I10)
History of Anxiety disorder (ICD-300.00) (ICD10-F41.9)
Status post Hysterectomy (ICD-V45.77) (ICD10-Z90.79)
Status post Caesarean section (ICD-V39.01) (ICD10-Z38.01)

**Medications:**
Medication list reviewed during this update
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) take 1 cap po BID for chronic nerve pain ***WARN SEDATION***NEW MEDCATION**
ZANAFLEX 4 MG CAPS (TIZANIDINE HCL) Take one tablet Q12hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.**NEW MEDICATION**
PLI CREAM (GREEN) Apply 1-2 gms topically to affected painful area QID prn**NEW medication**
BACLOFEN 10 MG ORAL TABS (BACLOFEN) Take 1 PO q12hrs prn muscle spasms**Warn drowsiness, no driving while taking**NEW medicaton**
LOSARTAN POTASSIUM TABS (LOSARTAN POTASSIUM TABS) per outside provider
NORVASC TABS (AMLODIPINE BESYLATE TABS) per outside provider
ULTRAM TABS (TRAMADOL HCL TABS) *HISTORICAL ONLY*
TYLENOL TABS (ACETAMINOPHEN TABS) *HISTORICAL ONLY*
NEURONTIN TABS (GABAPENTIN TABS) *HISTORICAL ONLY*
AMITRIPTYLINE HCL TABS (AMITRIPTYLINE HCL TABS) *HISTORICAL ONLY*
ZANAFLEX TABS (TIZANIDINE HCL TABS) *HISTORICAL ONLY*
CYCLOBENZAPRINE HCL TABS (CYCLOBENZAPRINE HCL TABS) *HISTORICAL ONLY*
MOTRIN IB TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
ADVIL TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
LORTAB TABS (HYDROCODONE-ACETAMINOPHEN TABS) *HISTORICAL ONLY*

**Allergies:**
Allergies list reviewed during this update
PERCOCET (Moderate)

**Tobacco Use Status:** never smoker (05/23/2017)

**Review of Systems**

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**General:** Patient denies fever,chills,weight change,fatigue.
**Eyes:** Patient denies blurred vision,double vision,loss of vision,eye pain.
**Ears/Nose/Throat:** Patient denies Tinnitus (ringing in the ears),hearing loss,swallowing difficulties.
**Breast:** Patient denies breast problems.
**Cardiovascular:** Patient denies chest pain, palpitations, dyspnea on exertion, orthopnea, PND, peripheral edema, rapid heartbeat, irregular heartbeat, claudication.
**Respiratory:** Patient denies lung problems,chronic cough,shortness of breath,uncomfortable breathing,excessive sputum,wheezing.
**Gastrointestinal:** Patient denies gi symptoms,abdominal pain,frequent diarrhea,frequent constipation,nausea,vomiting.
**Genitourinary:** Patient denies uncomfortable urination,urinary frequency,urinary urgency,urinary hesitancy,urinary incontinence.
**Musculoskeletal:** Patient complains of back pain, joint pain, neck pain. Patient denies muscle aches, muscle weakness.
**Skin:** Patient denies bruising,changes in skin,easy bruising,skin problems,non-healing sores,persistent rash.
**Neurologic:** Patient complains of headaches. Patient denies bowel problems, dizziness, falling, involuntary movements, imbalance, loss of consciousness, memory loss, restless legs, seizures, sensory loss, sleep disturbance, speech diffulty, syncope, tingling, tremors, weakness.
**Psychiatric:** Patient denies anxiety,depression,difficulty concentrating,hallucinations,panic attacks,paranoia,severe mood swings,suicidal thoughts,trouble sleeping.
**Endocrine:** Patient denies diabetes,thyroid disease,heat intolerance,cold intolerance,large volumes of urine.
**Hematologic:** Patient denies excessive bleeding,easy bruising.
**Allergic/Immunologic:** Patient denies hives,hay fever,HIV exposure.

**Violence Screening**
Do you feel safe in your current relationship/environment? Yes

## Vital Signs
Height (inches): 63
Weight (lbs): 190
BMI: 33.78
Blood Pressure: 166
/ 100
Pulse: 83
Pulse Ox (%): 100
LMP: 2014
Contraception: hysterectomy
Entered By: Megan E Brawner

## Physical Exam
**GENERAL APPEARANCE**
The patient is well developed and in no immediate distress.
**HEENT**
Normocephalic, conjuntiva clear.
**EXTREMITIES**
Extremities are without clubbing,cyanosis or edema,No joint abnormalities noted.
**RESPIRATORY**

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

Respirations even/unlabored

**CARDIOVASCULAR**
Pulses are normal in upper extremities. Capillary refill is normal.

**SKIN**
No rashes, lesions, or ulcerations.

**MENTAL STATUS**
**Conciousness:** Awake and alert.
**Orientation:** The patient is oriented to person, place, date, time.
**Affect:** Within normal limits.
**Apraxia:** There is no evidence of apraxia
**Memory:** Good recent and remote
**Speech:** Speech is clear without dysarthria or dysphasia.

**CRANIAL NERVES**
**CN Comment:** CN II-XII grossly intact

**MOTOR**
**Tone:** Normal tone in upper and lower extremities bilaterally.
**Fasciculations:** There are no fasciculations noted.
**Strength:** Strength is 5+/5+ in upper and lower extremities bilaterally.
**Effort:** Effort appears to be normal.

**SENSORY**
**Sensory:** Sensory is normal to touch in upper extremities.

**REFLEXES**
**Triceps (R):** 1 / **(L):** 1

## Cervical Spine Exam

**Palpation of Cervical Spine**
**Normal:** no masses, no trigger points
**Abnormal:** tenderness
**Comment:** Cervical central point and bilatral paraspinous tenderness, left greater than right, extending to left shoulder

**Gait**
**Normal:** normal

**Range of Motion Cervical Spine**
**Left Lateral Rotation:** Normal (60°), severe pain

**Right Lateral Rotation:** Normal (60°), mild pain

**Extension:** Normal, severe pain

**Left Lateral Flexion:** Normal, severe pain

**Right Lateral Flexion:** Normal, mild pain

**Flexion:** Normal, severe pain

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

## Diagnostic Test Results

<u>MRI C-spine</u>
**MRI Date :** 11/02/2016
**Reviewed:** Report
**Comment:** mild cervical disc bulging generates mild C5-6 central canal and right-sided foraminal stenosis.

<u>X-Ray C-spine</u>
**X-Ray Date :** 01/09/2017
**Reviewed:** Report
**Comment:** no acute abnormality, stable chronic changes

<u>X-Ray L-spine</u>
**X-Ray Date :** 01/09/2017
**Reviewed:** Report
**Comment:** No acute findings.

<u>X-Ray T-spine</u>
**X-Ray Date :** 01/19/2017
**Reviewed:** Report
**Comment:** no acute abnormality

<u>X-Ray C-spine</u>
**X-Ray Date :** 02/08/2016
**Reviewed:** Report
**Comment:** DDD at C5-6

## Problem list change log

Assessed Chronic pain syndrome as unchanged
Assessed Radiculopathy, cervical region as unchanged
Assessed Other spondylosis, cervical region as unchanged
Assessed Other spondylosis, thoracic region as unchanged
Assessed Long term (current) use of opiate analgesic as unchanged
Assessed History of Arthritis as unchanged
Assessed Essential (primary) hypertension as unchanged
Assessed History of Anxiety disorder as unchanged
Assessed Status post Hysterectomy as unchanged
Assessed Status post Caesarean section as unchanged

## Assessment

CHRONIC PAIN SYNDROME: Unchanged
RADICULOPATHY, CERVICAL REGION: Unchanged
OTHER SPONDYLOSIS, CERVICAL REGION: Unchanged
OTHER SPONDYLOSIS, THORACIC REGION: Unchanged

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova, TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

LONG TERM (CURRENT) USE OF OPIATE ANALGESIC: Unchanged
HISTORY OF ARTHRITIS: Unchanged
ESSENTIAL (PRIMARY) HYPERTENSION: Unchanged
HISTORY OF ANXIETY DISORDER: Unchanged
STATUS POST HYSTERECTOMY: Unchanged
STATUS POST CAESAREAN SECTION: Unchanged

## Ordered Today

Medication Reconciliation [SCT-428191000124101]
Giving encouragement to exercise [SCT-304549008]
Ofc Vst, Est Level III [CPT-99213]
Cervical TFE [CPT-64479, 64480]
Medical Records [CPT-90885]

## Plan

There were no barriers to communication with patient.

**I have reviewed the following information:**
Pain Center Intake Questionnaire, COMM results, Urine Drug Monitoring Test Results, PMP Consistent
Confirmation UTX from 4/19/17 is consistent.

**The following information has been requested:**
recent lab work
Will request recent labs from Campbell's clinic.

**I have recommended the following options to treat the patient's pain:**
, Cervical Transforaminal Epidural Steroid Injection, Will schedule (L) C6, C7 TFE #2 due to short-term effectiveness of previous intervention with continued complaints of pain.
Pre-procedure instructions including the need for a driver was reviewed with patient.

**Pharmacologic Management:**
No CSA with MSPTC at this time.
I have also recommended starting the following medications:Will discontinue Baclofen due to ineffectiveness.
Will add Gabapentin 300mg po BID for neuropathic pain.
Will add Zanaflex 4mg Q12hrs prn muscle spasms.
I have reviewed the proper use of the medication(s) and their side effect with the patient. The patient expressed an understanding of what was discussed and agrees to try the medication(s).
**Disposition:** ASC/RTC 1 month/eval gabapentin and Zanaflex

**Prescriptions:**
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) take 1 cap po BID for chronic nerve pain ***WARN SEDATION***NEW MEDCATION** #60 x 0
Entered and Authorized by: Holly R Keel FNPC
Electronically signed by: Holly R Keel FNPC on 05/23/2017
Method used: Print then Give to Patient
RxID: 1811151023369540
ZANAFLEX 4 MG CAPS (TIZANIDINE HCL) Take one tablet Q12hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.**NEW MEDICATION** #60 x 0

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

Entered and Authorized by: Holly R Keel FNPC
Electronically signed by: Holly R Keel FNPC on 05/23/2017
Method used: Print then Give to Patient
RxID: 1811151023369500

**Electronically signed by Holly R Keel FNPC on 05/30/2017 at 8:48 PM**
**Electronically signed by Michael E Steuer, MD on 06/28/2017 at 8:44 AM**

---

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*December 21, 2017*
Page 1
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**04/19/2017 - Office Visit: asc/RTC 1 month/eval UTX,brace, baclofen, PLI,labs, T-imaging**
**Provider: Teresa D Smith, FNP-BC**
**Location of Care: Michael E Steuer MD PC - Cordova Clinic**
**This document contains external references**

Referred By: Campbell Clinic
Visit Type: Initial

**Chief Complaint:** Cervical Pain
Other pain complaints: Headache, Hip Pain, Shoulder Pain, Thoracic Pain, LUE Pain
Cause of patient's pain: I have degenerative disc disease, bulging disc in C5-C6 of neck. Also told bone loss in that area
The patient is a 39 year old ,right handed female with 1 year and 4 months.
The pain level is graded at 10 (out of 10) without medicine.
The pain interferes with sleep 7 nights per week.
The pain is described as constant, burning, tingling, numb.
Valsalva maneuver: negative
Things that exacerbate pain: prolonged sitting: >20m, bending, stooping, lifting, prolonged standing, arching back, prolonged walking, turning head right, turning head left, tilting head right, tilting head left, extending neck, raising arm left, weather changes
Things that alleviate pain: NONE of the above
She describes cervical pain (left greater than right) radiating to left shoulder with intermittent burning, numbness, and paresthesia to her left upper extremity, hand, and all fingers.

## HPI:

The patient presents today for initial evaluation as referred by W. Tolbert, NP with chief complaint of cervical pain. She reports a 1+ year history of pain without specific precipitating trauma, fall, or MVA. She was evaluated at Campbell Clinic. PT was ordered, and she attended October- November 2016. She says the PT increased her pain. A MRI was ordered, and she underwent cervical ESI by Dr. Ashley 11/2016. She reported minimal effectiveness of ESI. She was prescribed tramadol, which she also says was ineffective. She has also trialed NSAIDs with minimal relief. The patient is not currently taking anything for pain. She brought copy of cervical MRI report dated 11/2/16 for review. We also have benefit of bone scan, and lumbar MRI report from 3/10/17. The patient is referred at this time for further evaluation and treatment options.

Last Comp UTX Date: 04/19/2017

PMP Date: 04/18/2017
PMP Findings: noted
per TN.website

**Aberrant Behavior, Adverse Reactions Analgesia, Activities of Daily Living, Affect**
The patient is compliant with medications as prescribed: **N/A**
The medication is without adverse or intolerable side effects: **N/A**
The patient is compliant with the controlled substances agreement: **N/A**
Activities of daily living easier with medication: **N/A**
~~Opioid Abuse=moderate=MODERATE RISK based on SOAPP-R 13~~

SOAPP-R Score: 13

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

SNORE Score: negative

Known history of sleep apnea: No

**CLIA Waived Urine Tox Screen Results**
Sent to P.O.L. for confirm

**Current Medications:**
PLI CREAM (GREEN) Apply 1-2 gms topically to affected painful area QID prn**NEW medication**
BACLOFEN 10 MG ORAL TABS (BACLOFEN) Take 1 PO q12hrs prn muscle spasms**Warn drowsiness, no driving while taking**NEW medicaton**
LOSARTAN POTASSIUM TABS (LOSARTAN POTASSIUM TABS) per outside provider
NORVASC TABS (AMLODIPINE BESYLATE TABS) per outside provider
ULTRAM TABS (TRAMADOL HCL TABS) *HISTORICAL ONLY*
TYLENOL TABS (ACETAMINOPHEN TABS) *HISTORICAL ONLY*
NEURONTIN TABS (GABAPENTIN TABS) *HISTORICAL ONLY*
AMITRIPTYLINE HCL TABS (AMITRIPTYLINE HCL TABS) *HISTORICAL ONLY*
ZANAFLEX TABS (TIZANIDINE HCL TABS) *HISTORICAL ONLY*
CYCLOBENZAPRINE HCL TABS (CYCLOBENZAPRINE HCL TABS) *HISTORICAL ONLY*
MOTRIN IB TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
ADVIL TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
LORTAB TABS (HYDROCODONE-ACETAMINOPHEN TABS) *HISTORICAL ONLY*

**PHYSICAL THERAPY**
**Cervical:** Yes
Condition/Region: cervical
Start Date: 10/2016
Facility: Campbell Clinic
Effective: 0 %
Patient compliant: yes
Therapist's Report: no

**Thoracic:** No

**Lumbar:** Yes
Condition/Region: lumbar
Start Date: 10/2016
Facility: Campbell Clinic
Effective: 0 %
Patient compliant: yes
Therapist's Report: no

Physical Therapy or home exercises continuation in the previous six months: **YES**
NSAID tolerant/not contraindicated: **YES**
YES
NSAID trial greater than 6 weeks **YES**
Pain Medication Treatment: **YES**
hydrocodone
Procedures performed at a prior Pain Management Facility: YES
cervical ESI by Dr. Park 1-1/2016

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**DME**
Back: NO
Neck: NO
Knee: NO
TENs: NO
Estim: NO

## Pain Disability Index
**Total Score: 0**

## Pain History
4/2017- Referred by Campbell Clinic with chief complaint of low back pain.

## Past Medical History
History of Hypertension
History of Anxiety disorder
History of Arthritis

## Surgical History
Status post Caesarean section
Status post Hysterectomy

## Family History
Family history of High Blood Pressure
Family history of Cancer
Family history of Migraines
Family history of Diabetes
Family history of Heart Disease
Family history of Stroke

## Social History
Patient is single.
Employment/Occupation: Nike packer- applying for long term disability
The patient lives with family
Patient does not smoke.
Patient does not drink alcohol.
No illicit drug abuse:
Patient is not pregnant.

## Problems:
Problems list reviewed during this update
Chronic pain syndrome (ICD-338.4) (ICD10-G89.4)
Radiculopathy, cervical region (ICD-723.4) (ICD10-M54.12)
Other spondylosis, cervical region (ICD-721.0) (ICD10-M47.892)
Other spondylosis, thoracic region (ICD-721.2) (ICD10-M47.894)
~~Long-term (current) use of opiate analgesic (ICD-V58.69) (ICD10-Z79.891)~~
~~History of Arthritis (ICD-716.90) (ICD10-M12.9)~~
History of Anxiety disorder (ICD-300.00) (ICD10-F41.9)

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*December 21, 2017*

Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

Essential (primary) hypertension (ICD-401.9) (ICD10-I10)
Status post Hysterectomy (ICD-V45.77) (ICD10-Z90.79)
Status post Caesarean section (ICD-V39.01) (ICD10-Z38.01)

## Medications:

Medication list reviewed during this update
PLI CREAM (GREEN) Apply 1-2 gms topically to affected painful area QID prn**NEW medication**
BACLOFEN 10 MG ORAL TABS (BACLOFEN) Take 1 PO q12hrs prn muscle spasms**Warn drowsiness, no driving while taking**NEW medicaton**
LOSARTAN POTASSIUM TABS (LOSARTAN POTASSIUM TABS) per outside provider
NORVASC TABS (AMLODIPINE BESYLATE TABS) per outside provider
ULTRAM TABS (TRAMADOL HCL TABS) *HISTORICAL ONLY*
TYLENOL TABS (ACETAMINOPHEN TABS) *HISTORICAL ONLY*
NEURONTIN TABS (GABAPENTIN TABS) *HISTORICAL ONLY*
AMITRIPTYLINE HCL TABS (AMITRIPTYLINE HCL TABS) *HISTORICAL ONLY*
ZANAFLEX TABS (TIZANIDINE HCL TABS) *HISTORICAL ONLY*
CYCLOBENZAPRINE HCL TABS (CYCLOBENZAPRINE HCL TABS) *HISTORICAL ONLY*
MOTRIN IB TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
ADVIL TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
LORTAB TABS (HYDROCODONE-ACETAMINOPHEN TABS) *HISTORICAL ONLY*

## Allergies:

Allergies list reviewed during this update
PERCOCET (Moderate)

**Tobacco Use Status:** never smoker (04/19/2017)

## Review of Systems

**General:** Patient denies fever,chills,weight change,fatigue.
**Eyes:** Patient denies blurred vision,double vision,loss of vision,eye pain.
**Ears/Nose/Throat:** Patient denies Tinnitus (ringing in the ears),hearing loss,swallowing difficulties.
**Breast:** Patient denies breast problems.
**Cardiovascular:** Patient denies chest pain, palpitations, dyspnea on exertion, orthopnea, PND, peripheral edema, rapid heartbeat, irregular heartbeat, claudication.
**Respiratory:** Patient denies lung problems,chronic cough,shortness of breath,uncomfortable breathing,excessive sputum,wheezing.
**Gastrointestinal:** Patient denies gi symptoms,abdominal pain,frequent diarrhea,frequent constipation,nausea,vomiting.
**Genitourinary:** Patient denies uncomfortable urination,urinary frequency,urinary urgency,urinary hesitancy,urinary incontinence.
**Musculoskeletal:** Patient complains of back pain, joint pain, neck pain. Patient denies muscle aches, muscle weakness.
**Skin:** Patient denies bruising,changes in skin,easy bruising,skin problems,non-healing sores,persistent rash.
**Neurologic:** Patient complains of headaches. Patient denies bowel problems, dizziness, falling, involuntary movements,imbalance,loss of consciousness,memory loss,restless legs,seizures,sensory loss,sleep disturbance,speech diffulty,syncope,tingling,tremors,weakness.

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**Psychiatric:** Patient denies anxiety,depression,difficulty concentrating,hallucinations,panic attacks,paranoia,severe mood swings,suicidal thoughts,trouble sleeping.
**Endocrine:** Patient denies diabetes,thyroid disease,heat intolerance,cold intolerance,large volumes of urine.
**Hematologic:** Patient denies excessive bleeding,easy bruising.
**Allergic/Immunologic:** Patient denies hives,hay fever,HIV exposure.

**Violence Screening**
Do you feel safe in your current relationship/environment? Yes

## Vital Signs
Height (inches): 63
Weight (lbs): 194
BMI: 34.49
Blood Pressure: 140
/ 86
Pulse: 62
Pulse Ox (%): 100
LMP: 2014
Contraception: hysterectomy
Entered By: Megan E Brawner

## Physical Exam
**GENERAL APPEARANCE**
The patient is well developed and in no immediate distress.
**HEENT**
Normocephalic, conjuntiva clear.
**EXTREMITIES**
Extremities are without clubbing,cyanosis or edema,No joint abnormalities noted.
**RESPIRATORY**
**CARDIOVASCULAR**
Pulses are normal in upper extremities. Capillary refill is normal.
**MENTAL STATUS**
**Conciousness:** Awake and alert.
**Orientation:** The patient is oriented to person, place, date, time.
**Affect:** Within normal limits.
**Apraxia:** There is no evidence of apraxia
**Memory:** Good recent and remote
**Speech:** Speech is clear without dysarthria or dysphasia.
**MOTOR**
**Bulk:** Normal bulk.
**Tone:** Normal tone in upper and lower extremities bilaterally.
**Fasciculations:** There are no fasciculations noted.
**Strength:** Strength is 5+/5+ in upper and lower extremities bilaterally.
**Effort:** Effort appears to be normal.
**SENSORY**
**REFLEXES**
Triceps (R): 1 / (L): 1

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

## Cervical Spine Exam

**Palpation of Cervical Spine**
**Normal:** no masses, no trigger points
**Abnormal:** tenderness
**Comment:** Cervical central point and bilatral paraspinous tenderness, left greater than right, extending to left shoulder

**Gait**
**Normal:** normal

**Range of Motion Cervical Spine**
**Left Lateral Rotation:** Normal (60°), no pain

**Right Lateral Rotation:** Normal (60°), mild pain

**Extension:** Reduced, moderate pain

**Left Lateral Flexion:** Normal, mild pain

**Right Lateral Flexion:** Normal, mild pain

**Flexion:** Reduced, mild pain

## Thoracic Spine Exam

**Palpation of Thoracic Spine**
**Normal:** no masses, no trigger points, no erythema
**Abnormal:** tenderness
**Comment:** Thoracic central point and bilateral paraspinous tenderness, non-radiating

**Range of Motion Thoracic Spine**
**Extension:** Normal, mild pain

**Flexion:** Reduced, moderate pain

**Problem list change log**
Added new problem of Essential (primary) hypertension (ICD-401.9) (ICD10-I10)
Added new problem of History of Anxiety disorder (ICD-300.00) (ICD10-F41.9)
Added new problem of History of Arthritis (ICD-716.90) (ICD10-M12.9)
Added new problem of Status post Caesarean section (ICD-V39.01) (ICD10-Z38.01)
Added new problem of Status post Hysterectomy (ICD-V45.77) (ICD10-Z90.79)
~~Added new problem of Chronic pain syndrome (ICD-338.4) (ICD10-G89.4)~~
Added new problem of Long term (current) use of opiate analgesic (ICD-V58.69) (ICD10-Z79.891)
Added new problem of Other spondylosis, cervical region (ICD-721.0) (ICD10-M47.892)

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*December 21, 2017*
Page 7
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

Added new problem of Radiculopathy, cervical region (ICD-723.4) (ICD10-M54.12)
Added new problem of Other spondylosis, thoracic region (ICD-721.2) (ICD10-M47.894)
Assessed Status post Caesarean section as new
Assessed Status post Hysterectomy as new
Assessed History of Anxiety disorder as new
Assessed History of Arthritis as new
Assessed Chronic pain syndrome as new
Assessed Radiculopathy, cervical region as new
Assessed Other spondylosis, cervical region as new
Assessed Long term (current) use of opiate analgesic as new
Assessed Essential (primary) hypertension as new
Assessed Other spondylosis, thoracic region as new

## Assessment
STATUS POST CAESAREAN SECTION: New
STATUS POST HYSTERECTOMY: New
HISTORY OF ANXIETY DISORDER: New
HISTORY OF ARTHRITIS: New
CHRONIC PAIN SYNDROME: New
RADICULOPATHY, CERVICAL REGION: New
OTHER SPONDYLOSIS, CERVICAL REGION: New
LONG TERM (CURRENT) USE OF OPIATE ANALGESIC: New
HISTORY OF HYPERTENSION: New
OTHER SPONDYLOSIS, LUMBAR REGION: New

## Ordered Today
80307 Drug test(s), presumptive, by instrument chemistry analyzers [80307]
Medication Reconciliation [SCT-428191000124101]
Never smoker [SCT-266919005]
Giving encouragement to exercise [SCT-304549008]
Ofc Vst, New Level III [CPT-99203]
Cervical TFE [CPT-64479, 64480]
Medical Records [CPT-90885]
HPB LSO, Sagittal-coronal (thoracic) control Ext Back Brace [L0650]

## Plan
There were no barriers to communication with patient.

**I have reviewed the following information:**
Pain Center Intake Questionnaire, SOAPP results, Urine Drug Monitoring Test Results, PMP Consistent
Baseline UTX today to monitor for compliance/high risk behavior in consideration of future opioid therapy.

**The following information has been requested:**
MRI results, recent lab work
Request:
1. recent LET/BET reports from Dr. Whitley Talbert
2. Thoracic imaging reports from Methodist hospital, Germantown

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**I have recommended the following options to treat the patient's pain:**
, Cervical Transforaminal Epidural Steroid Injection, diagnostic left C5, C7 TFE #1
Schedule a back brace to support weakened spinal muscles and to provide lateral support
Risks and benefits of the proposed procedure were discussed with the patient.
Pre-procedure instructions including the need for a driver was reviewed with patient.
I have also recommended starting the following medications:Initiate PLI cream as directed for pain.
Initiate Baclofen as directed for muscle spasms.
I have reviewed the proper use of the medication(s) and their side effect with the patient. The patient expressed an understanding of what was discussed and agrees to try the medication(s).
**Schedule:** diagnostic left C5, C7 TFE #1
**Disposition:** asc/RTC 1 month/eval UTX,brace, baclofen, PLI,labs, T-imaging

**Prescriptions:**
PLI CREAM (GREEN) Apply 1-2 gms topically to affected painful area QID prn**NEW medication** #240gms x 0
Entered and Authorized by: Teresa D Smith, FNP-BC
Electronically signed by: Teresa D Smith, FNP-BC on 04/19/2017
Method used: Handwritten
RxID: 1808222608808100
BACLOFEN 10 MG ORAL TABS (BACLOFEN) Take 1 PO q12hrs prn muscle spasms**Warn drowsiness, no driving while taking**NEW medicaton** #60 x 0
Entered and Authorized by: Teresa D Smith, FNP-BC
Electronically signed by: Teresa D Smith, FNP-BC on 04/19/2017
Method used: Print then Give to Patient
RxID: 1808222608808060

Documented Influenza not given on 04/19/2017

**PHQ9**

1. Little interest or pleasure in doing things: 0
2. Feeling down, depressed or hopeless: 1
3. Trouble falling asleep, staying asleep, or sleeping too much: 0
4. Feeling tired or having little energy: 0
5. Poor appetite or overeating: 0
6. Feeling bad about yourself - or that you're a failure or have let yourself or your family down: 0
7. Trouble concentrating on things, such as reading the newspaper or watching television: 0
8. Moving or speaking so slowly that other people could have noticed. Or, the opposite - being so fidgety or restless that you have been moving around a lot more than usual: 0
9. Thoughts that you would be better off dead or of hurting yourself in someway: 0

**Total Score:** 0

10. If you checked off any problems, how difficult have those problems made it for you to do work, take care of things at home, or get along with other people? Not difficult at all

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**Electronically signed by Teresa D Smith, FNP-BC on 04/24/2017 at 6:09 AM**
**Electronically signed by Michael E Steuer, MD on 05/18/2017 at 11:27 AM**

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*December 21, 2017*
Page 1
Office Procedure

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**10/17/2017 - Office Procedure: Keep RV, Done for now**
**Provider: Michael E Steuer, MD**
**Location of Care: Germantown ASC**
**This document contains external references**

| | |
|---|---|
| Preoperative Diagnosis: | Radiculopathy, Cervical Region |
| Postoperative Diagnosis: | Radiculopathy, Cervical Region |
| Operation: | Left C6 and C7 Dorsal Root Ganglion Radiofrequency Neuromodulation at 45 C |
| Surgeon: | Michael E. Steuer, M.D. |
| Anesthesia: | Moderate Conscious Sedation |
| Complications: | None |
| Disposition: | Home |

**Indication:**
Ms. Richardson returns to The MidSouth Interventional Pain Institute today. The patient has failed conservative therapy with physical therapy and medication trials. The patient understands and agrees to proceed. The patient has responded well to cervical selective nerve roots blocks in the past, and developed **100%** relief following the last block. I have discussed with the patient the advantages, risks, alternatives, and potential complications of the above procedure. All questions have been answered. Informed consent was obtained. The patient was pre-medicated with five (5) mg Versed IV in divided doses. Spontaneous ventilation proceeded uneventfully throughout. Pre-operative vital signs were taken and were noted to be within acceptable limits prior to initiating the procedure.

**Procedure:**
The patient was placed in the left lateral decubitus position on abdominal pillows on a fluoroscopic-compatible table. The skin overlying the cervical spine was prepared and draped with Betadine in the usual sterile fashion. 10 cm RFK Radiofrequency cannulae with 10 mm active curved tips were inserted anteromedially through and advanced under left posterior oblique fluoroscopic guidance until the tips of the needles were noted approach the neural foramina of C6 and C7. The C-arm was rotated into the AP view, and the tip of the needle was advanced slightly until it was noted to be resting at their appropriate depth Appropriate stimulation parameters were obtained at both 50 Hz (sensory) and 2 Hz (motor) with radicular stimulation. At this juncture, therefore, a total of 2 cc Lidocaine 1% was injected through each needle at each level. Approximately 60 seconds following this, heat radiofrequency was carried out at 45 C for 180 seconds.

**Post-op:**
There were no adverse neurologic or hemodynamic sequelae observed during the course of the procedure or afterwards. The patient was discharged home with appropriate instructions for post-block care and follow up.

Electronically signed by Michael E Steuer, MD on 10/20/2017 at 5:15 PM

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*December 21, 2017*
Page 2
Office Procedure

**Shanna Richardson**
Female DOB: 28274

Ins: Blue Care Grp: 125000

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova, TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*December 21, 2017*
Page 1
Office Procedure

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**08/21/2017 - Office Procedure: RV 8/31 to eval for (L) C6, C7 DRG Rf**
**Provider: Michael E Steuer, MD**
**Location of Care: Germantown ASC**
**This document contains external references**

| | |
|---|---|
| Preoperative Diagnosis: | Radiculopathy, Cervical Region |
| Postoperative Diagnosis: | Radiculopathy, Cervical Region |
| Procedure: | Bilateral C6 and C7 Transforaminal Epidural Steroid Injection #3 (Therapeutic) |
| Surgeon: | Michael E. Steuer, M.D. |
| Anesthesia: | Moderate Conscious Sedation |
| Complications: | None |
| Drains: | None |
| Disposition: | Home |

**Indications:**
Ms. Richardson returns to the MidSouth Interventional Pain Institute today with moderate improvement in symptomatology since initially presenting to us for treatment. The patient has failed conservative management with physical therapy and medication trials. The patient derived **100%** improvement lasting two weeks with sudden return since the last procedure. The patient continues to complain of cervical radicular pain, the indication for this procedure. I have discussed with the patient the advantages, risks, alternatives, and potential complications of transforaminal epidural steroid injections. The patient understands and agrees to proceed. The patient's most recent H&P (within the last 30 days) was reviewed today and no changes were required. All questions have been answered. Informed consent was obtained.

**Procedure:**
The patient was escorted to the procedure room and placed in the supine position on a fluoroscopic-compatible table. Pre-operative vital signs were taken and were noted to be within acceptable limits prior to initiating the procedure. The patient was pre-medicated with six (6) mg Versed IV in divided doses. Spontaneous ventilation proceeded uneventfully throughout.

The skin overlying the anterolateral cervical spine was sterilely and broadly prepared and draped with Betadine in the usual sterile fashion. 22 gauge 3.5inch curved-tipped Quincke spinal needles were introduced through the same areas and advanced under ipsilateral anterior oblique fluoroscopic imaging until the tips of the needles were noted to approach the superolateral margins of the bilateral C6 and C7 neural foramina. The C-arm was rotated into the AP view, and the tips of the needles were advanced slightly until they were noted to be resting within the superficial aspects of the neural foramina. Injection of Omnipaque-300 contrast under live, continuous fluoroscopic guidance demonstrated proper spread of contrast dye with no evidence of vascular uptake or intrathecal spread. At this juncture, after negative aspiration, a total of 2 cc containing Bupivacaine 0.25% were injected through each needle at each level. The needles were removed, and the patient was asked to sit.

**Post-op:**
Following the procedure, the patient noted progressive onset of sensory anesthesia, as expected, in the bilateral C6 and C7 dermatomes. The patient stated that painful symptoms were **100%** abolished in the

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*December 21, 2017*
Page 2
Office Procedure

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

exact dermatomal aspects where painful symptoms had previously existed. See PACU record for postoperative monitoring and evaluation of the patient. The patient was discharged home with appropriate instructions for post-block care and follow up.

**Electronically signed by Michael E Steuer, MD on 08/24/2017 at 12:57 AM**

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*December 21, 2017*
Page 1
Office Procedure

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**07/10/2017 - Office Procedure: (L) C6,C7 TFE # 3 NEXT.**
**Provider: Michael E Steuer, MD**
**Location of Care: Germantown ASC**
**This document contains external references**

| | |
|---|---|
| Preoperative Diagnosis: | Radiculopathy, Cervical Region |
| Postoperative Diagnosis: | Radiculopathy, Cervical Region |
| Procedure: | Transforaminal Left C6 and C7 Epidural Steroid Injection #2 (Therapeutic) |
| Surgeon: | Michael E. Steuer, M.D. |
| Anesthesia: | Moderate Conscious Sedation |
| Complications: | None |
| Drains: | None |
| Disposition: | Home |

**Indications:**
Ms. Richardson returns to the MidSouth Interventional Pain Institute today with moderate improvement in symptomatology since initially presenting to us for treatment. The patient has failed conservative management with physical therapy and medication trials. The patient derived **100%** improvement lasting two days with gradual return since the last procedure. The patient continues to complain of cervical radicular pain, the indication for this procedure. I have discussed with the patient the advantages, risks, alternatives, and potential complications of transforaminal epidural steroid injections. The patient understands and agrees to proceed. The patient's most recent H&P (within the last 30 days) was reviewed today and no changes were required. All questions have been answered. Informed consent was obtained.

**Procedure:**
The patient was escorted to the procedure room and placed in the supine position on a fluoroscopic-compatible table. Pre-operative vital signs were taken and were noted to be within acceptable limits prior to initiating the procedure. The patient was pre-medicated with three (3) mg Versed IV in divided doses. Spontaneous ventilation proceeded uneventfully throughout.

The skin overlying the anterolateral cervical spine was sterilely and broadly prepared and draped with Betadine in the usual sterile fashion. Skin wheals were raised over the neural foramina in question with a 30 gauge short-tipped needle using approximately 2-3cc containing 1% Lidocaine. 22 gauge 3.5inch curved-tipped Quincke spinal needles were introduced through the same areas and advanced under ipsilateral anterior oblique fluoroscopic imaging until the tips of the needles were noted to approach the superolateral margins of the left C6 and C7 neural foramina. The C-arm was rotated into the AP view, and the tips of the needles were advanced slightly until they were noted to be resting within the superficial aspects of the neural foramina. Injection of Omnipaque-300 contrast under live, continuous fluoroscopic guidance demonstrated proper spread of contrast dye with no evidence of vascular uptake or intrathecal spread. At this juncture, after negative aspiration, a total of 2 cc containing Bupivacaine 0.25% were injected through each needle at each level. The needles were removed, and the patient was asked to sit.

**Post-op:**
Following the procedure, the patient noted progressive onset of sensory anesthesia, as expected, in the left

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

C6 and C7 dermatomes. The patient stated that painful symptoms were **100%** abolished in the exact dermatomal aspects where painful symptoms had previously existed. See PACU record for postoperative monitoring and evaluation of the patient. The patient was discharged home with appropriate instructions for post-block care and follow up.

**Electronically signed by Michael E Steuer, MD on 07/12/2017 at 10:20 PM**

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*December 21, 2017*
Page 1
Office Procedure

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**05/15/2017 - Office Procedure: RV 5/23, then (L) C5, C7 TFE #2**
**Provider: Michael E Steuer, MD**
**Location of Care: Germantown ASC**
**This document contains external references**

| | |
|---|---|
| Preoperative Diagnosis: | Radiculopathy, Cervical Region |
| Postoperative Diagnosis: | Radiculopathy, Cervical Region |
| Procedure: | Transforaminal Left C5 and C7 Epidural Injection #1 (Diagnostic) |
| Surgeon: | Michael E. Steuer, M.D. |
| Anesthesia: | Moderate Conscious Sedation |
| Complications: | None |
| Drains: | None |
| Disposition: | Home |

**Indications:**
Ms. Richardson presents to the MidSouth Interventional Pain Institute today with signs and symptoms consistent with Cervical Radiculopathy. The patient has failed conservative management with physical therapy and medication trials. The patient complains of cervical radicular pain, the indication for this procedure. I have discussed with the patient the advantages, risks, alternatives, and potential complications of transforaminal epidural injections. The patient understands and agrees to proceed. The patient's most recent H&P (within the last 30 days) was reviewed today and no changes were required. All questions have been answered. Informed consent was obtained.

**Procedure:**
The patient was escorted to the procedure room and placed in the supine position on a fluoroscopic-compatible table. Pre-operative vital signs were taken and were noted to be within acceptable limits prior to initiating the procedure. The patient was pre-medicated with three (3) mg Versed IV in divided doses. Spontaneous ventilation proceeded uneventfully throughout.

The skin overlying the anterolateral cervical spine was sterilely and broadly prepared and draped with Betadine in the usual sterile fashion. Skin wheals were raised over the neural foramina in question with a 30 gauge short-tipped needle using approximately 2-3cc containing 1% Lidocaine. 22 gauge 3.5inch curved-tipped Quincke spinal needles were introduced through the same areas and advanced under ipsilateral anterior oblique fluoroscopic imaging until the tips of the needles were noted to approach the superolateral margins of the left C5 and C7 neural foramina. The C-arm was rotated into the AP view, and the tips of the needles were advanced slightly until they were noted to be resting within the superficial aspects of the neural foramina. Injection of Omnipaque-300 contrast under live, continuous fluoroscopic guidance demonstrated proper spread of contrast dye with no evidence of vascular uptake or intrathecal spread. At this juncture, after negative aspiration, a total of 2 cc of Bupivacaine 0.25% were injected through each needle at each level. The needles were removed, and the patient was asked to sit.

**Post-op:**
Following the procedure, the patient noted progressive onset of sensory anesthesia, as expected, in the left C5, C6, and C7 dermatomes. The patient stated that painful symptoms were 100% abolished in the exact dermatomal aspects where painful symptoms had previously existed. See PACU record for postoperative

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

monitoring and evaluation of the patient. The patient was discharged home with appropriate instructions for post-block care and follow up.

**Electronically signed by Michael E Steuer, MD on 05/18/2017 at 11:27 AM**

**n0197271**

---

**From:** Corcoran, Amy
**Sent:** Thursday, December 21, 2017 9:46:11 AM
**To:** 'Shanna Richardson'
**Subject:** RE: My check

We will just be suspending benefits until we receive them- once we receive the medical we would reinstate.

Amy Corcoran
Disability Case Manager
Liberty Mutual Benefits Claims- Dover, NH- Northeast
Liberty Life Assurance Company of Boston- A Liberty Mutual Insurance Co.
PO Box 7206, London, KY 40742-7206 Mailstop 03-4
Direct Dial: 1-855-306-6931 ext.16129
Direct Fax: 1-603-430-0489
Amy.Corcoran@libertymutual.com
This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-210-0268 extension 16129 and permanently delete the original and any copy of any e-mail and any printout thereof

-----Original Message-----
From: Shanna Richardson [mailto
Sent: Wednesday, December 20, 2017 5:47 PM
To: Corcoran, Amy <Amy.Corcoran@LibertyMutual.com>
Subject: Re: My check

Will I still be penalized if they are not sent by the 6th of January? They should arrive before then. I'm going to call them tomorrow.

Sent from my iPhone

> On Dec 20, 2017, at 9:27 AM, Corcoran, Amy <Amy.Corcoran@LibertyMutual.com> wrote:
>
> HI Shanna,
>
> Your check was issued 12/18/17 for $1236.56. We have paid in the invoice to Midsouth and are awaiting the records from your November office visit. Also, I will need your records from December 12th in order for us to have the most up to date medical on file for review. Thank you for the update via email and phone call. I will let you know once the records are received.
>
> Amy
>
>
>
> Amy Corcoran
> Disability Case Manager
> Liberty Mutual Benefits Claims- Dover, NH- Northeast Liberty Life
> Assurance Company of Boston- A Liberty Mutual Insurance Co.
> PO Box 7206, London, KY 40742-7206 Mailstop 03-4 Direct Dial:

> 1-855-306-6931 ext.16129 Direct Fax: 1-603-430-0489
> Amy.Corcoran@libertymutual.com This e-mail, and any attachments
> thereto, is intended only for the use of the addressee(s) named herein
> and may contain legally privileged and/or confidential information.
> If you are not the intended recipient of this e-mail, you are hereby
> notified that any dissemination, distribution or copying of this
> e-mail, and any attachments thereto, is strictly prohibited. If you
> have received this e-mail in error, please notify me via return e-mail
> and via telephone at 800-210-0268 extension 16129 and permanently
> delete the original and any copy of any e-mail and any printout
> thereof
>
> -----Original Message-----
> From: Shanna Richardson [mailto:
> Sent: Monday, December 18, 2017 9:42 AM
> To: Corcoran, Amy <Amy.Corcoran@LibertyMutual.com>
> Subject: My check
>
> Hi Amy,
>
> This is Shanna Richardson and I'm contacting you because I haven't received my check yet. Can you please see why I haven't received it and see to it that I receive it. I also contacted my doctor's office and the person in medical records said that they sent you the medical records for November. I only had one visit in November and that was the 13th. They said they sent you an invoice also for the medical records to be paid for. They said they never seen it before where they have to send medical records for every visit, they usually see medical records requested for one or two months. They said they'll send you the medical records for November 13th again when they receive payment for them. Also, I went for my visit on December 12th and I have to have another procedure on the 8th of January.
>
> Sent from my iPhone
>

**n0197271**

**From:** Shanna Richardson
**Sent:** Thursday, December 21, 2017 11:27:15 AM
**To:** Corcoran, Amy
**Subject:** Re: My check

You should receive them before the 6th of January. It shouldn't take that long, they're coming directly from the doctor's office.

Sent from my iPhone

> On Dec 21, 2017, at 8:46 AM, Corcoran, Amy <Amy.Corcoran@LibertyMutual.com> wrote:
>
> We will just be suspending benefits until we receive them- once we receive the medical we would reinstate.
>
> Amy Corcoran
> Disability Case Manager
> Liberty Mutual Benefits Claims- Dover, NH- Northeast
> Liberty Life Assurance Company of Boston- A Liberty Mutual Insurance Co.
> PO Box 7206, London, KY 40742-7206 Mailstop 03-4
> Direct Dial: 1-855-306-6931 ext.16129
> Direct Fax: 1-603-430-0489
> Amy.Corcoran@libertymutual.com
> This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-210-0268 extension 16129 and permanently delete the original and any copy of any e-mail and any printout thereof
>
> -----Original Message-----
> From: Shanna Richardson [mailto
> Sent: Wednesday, December 20, 2017 5:47 PM
> To: Corcoran, Amy <Amy.Corcoran@LibertyMutual.com>
> Subject: Re: My check
>
> Will I still be penalized if they are not sent by the 6th of January? They should arrive before then. I'm going to call them tomorrow.
>
> Sent from my iPhone
>
>> On Dec 20, 2017, at 9:27 AM, Corcoran, Amy <Amy.Corcoran@LibertyMutual.com> wrote:
>>
>> HI Shanna,
>>
>> Your check was issued 12/18/17 for $1236.56. We have paid in the invoice to Midsouth and are awaiting the records from your November office visit. Also, I will need your records from December 12th in order for us to have the most up to date medical on file for review. Thank you for the update via email and phone call. I will let you know once the records are received.
>>
>> Amy
>>

\>>
\>>
\>> Amy Corcoran
\>> Disability Case Manager
\>> Liberty Mutual Benefits Claims- Dover, NH- Northeast Liberty Life
\>> Assurance Company of Boston- A Liberty Mutual Insurance Co.
\>> PO Box 7206, London, KY 40742-7206 Mailstop 03-4 Direct Dial:
\>> 1-855-306-6931 ext.16129 Direct Fax: 1-603-430-0489
\>> Amy.Corcoran@libertymutual.com This e-mail, and any attachments
\>> thereto, is intended only for the use of the addressee(s) named herein
\>> and may contain legally privileged and/or confidential information.
\>> If you are not the intended recipient of this e-mail, you are hereby
\>> notified that any dissemination, distribution or copying of this
\>> e-mail, and any attachments thereto, is strictly prohibited. If you
\>> have received this e-mail in error, please notify me via return e-mail
\>> and via telephone at 800-210-0268 extension 16129 and permanently
\>> delete the original and any copy of any e-mail and any printout
\>> thereof
\>>
\>> -----Original Message-----
\>> From: Shanna Richardson [mailto:
\>> Sent: Monday, December 18, 2017 9:42 AM
\>> To: Corcoran, Amy <Amy.Corcoran@LibertyMutual.com>
\>> Subject: My check
\>>
\>> Hi Amy,
\>>
\>> This is Shanna Richardson and I'm contacting you because I haven't received my check yet. Can you please see why I haven't received it and see to it that I receive it. I also contacted my doctor's office and the person in medical records said that they sent you the medical records for November. I only had one visit in November and that was the 13th. They said they sent you an invoice also for the medical records to be paid for. They said they never seen it before where they have to send medical records for every visit, they usually see medical records requested for one or two months. They said they'll send you the medical records for November 13th again when they receive payment for them. Also, I went for my visit on December 12th and I have to have another procedure on the 8th of January.
\>>
\>> Sent from my iPhone
\>>
\>
\>

**n0197271**

**From:** Corcoran, Amy
**Sent:** Wednesday, December 20, 2017 10:27:27 AM
**To:** 'Shanna Richardson'
**Subject:** RE: My check

HI Shanna,

Your check was issued 12/18/17 for $1236.56. We have paid in the invoice to Midsouth and are awaiting the records from your November office visit. Also, I will need your records from December 12th in order for us to have the most up to date medical on file for review. Thank you for the update via email and phone call. I will let you know once the records are received.

Amy

Amy Corcoran
Disability Case Manager
Liberty Mutual Benefits Claims- Dover, NH- Northeast
Liberty Life Assurance Company of Boston- A Liberty Mutual Insurance Co.
PO Box 7206, London, KY 40742-7206 Mailstop 03-4
Direct Dial: 1-855-306-6931 ext.16129
Direct Fax: 1-603-430-0489
Amy.Corcoran@libertymutual.com
This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-210-0268 extension 16129 and permanently delete the original and any copy of any e-mail and any printout thereof

-----Original Message-----
From: Shanna Richardson [mailto
Sent: Monday, December 18, 2017 9:42 AM
To: Corcoran, Amy <Amy.Corcoran@LibertyMutual.com>
Subject: My check

Hi Amy,

This is Shanna Richardson and I'm contacting you because I haven't received my check yet. Can you please see why I haven't received it and see to it that I receive it. I also contacted my doctor's office and the person in medical records said that they sent you the medical records for November. I only had one visit in November and that was the 13th. They said they sent you an invoice also for the medical records to be paid for. They said they never seen it before where they have to send medical records for every visit, they usually see medical records requested for one or two months. They said they'll send you the medical records for November 13th again when they receive payment for them. Also, I went for my visit on December 12th and I have to have another procedure on the 8th of January.

Sent from my iPhone

**n0197271**

---

**From:** Shanna Richardson
**Sent:** Wednesday, December 20, 2017 5:45:41 PM
**To:** Corcoran, Amy
**Subject:** Re: My check

Okay. They said that each time medical records are needed, they have to be paid for. As soon as they receive the money for the records, they said they will send them to you.

Sent from my iPhone

> On Dec 20, 2017, at 9:27 AM, Corcoran, Amy <Amy.Corcoran@LibertyMutual.com> wrote:
>
> HI Shanna,
>
> Your check was issued 12/18/17 for $1236.56. We have paid in the invoice to Midsouth and are awaiting the records from your November office visit. Also, I will need your records from December 12th in order for us to have the most up to date medical on file for review. Thank you for the update via email and phone call. I will let you know once the records are received.
>
> Amy
>
>
>
> Amy Corcoran
> Disability Case Manager
> Liberty Mutual Benefits Claims- Dover, NH- Northeast
> Liberty Life Assurance Company of Boston- A Liberty Mutual Insurance Co.
> PO Box 7206, London, KY 40742-7206 Mailstop 03-4
> Direct Dial: 1-855-306-6931 ext.16129
> Direct Fax: 1-603-430-0489
> Amy.Corcoran@libertymutual.com
> This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-210-0268 extension 16129 and permanently delete the original and any copy of any e-mail and any printout thereof
>
> -----Original Message-----
> From: Shanna Richardson [mailto
> Sent: Monday, December 18, 2017 9:42 AM
> To: Corcoran, Amy <Amy.Corcoran@LibertyMutual.com>
> Subject: My check
>
> Hi Amy,
>
> This is Shanna Richardson and I'm contacting you because I haven't received my check yet. Can you please see why I haven't received it and see to it that I receive it. I also contacted my doctor's office and the person in medical records said that they sent you the medical records for November. I only had one visit in November and that was the 13th. They said they sent you an invoice also for the medical records to be paid for. They said they never seen it before where they have to send medical records for every visit, they usually see medical records requested for one or two months. They said they'll send you the

medical records for November 13th again when they receive payment for them. Also, I went for my visit on December 12th and I have to have another procedure on the 8th of January.
>
> Sent from my iPhone
>

# MIDSOUTH PAIN TREATMENT CENTER

MidSouth Interventional Pain Institute, LLC
Michael E. Steuer, MD, PC

146 Timber Creek
Cordova, TN 38018
Phone: (901) 751-4112 Fax: (901) 753-9789

Office Hours: Monday thru Thursday, 8AM-5PM

## FAX COVER SHEET

Date: 12/7/17 No. of Pages (including cover): ____

Attention: Liberty mutual Insurance

Fax Number: 603.430.0489

From: Felicia – Medical Records (Extension 116)
Email: fbrunt@midsouthpain.com

Patient's Name: Shanna Richardson DOB: ____

Subject: Faxed MR'S invoice & will send medical records upon request. Invoice was in the amount of $ 20.00.

Please contact me as soon as possible with any questions or concerns. You may reach me by the phone number listed above. Your prompt attention is appreciated.

Thanks,
Felicia

*The information contained in this facsimile message is legally privileged and confidential, intended for the entity identified above. Any other distribution of this telecopy is prohibited. If you have received this in error, please notify us by phone immediately.*

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

November 16, 2017

Fnp Holly Keel

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Fnp Holly Keel:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2017 through the present.
- Estimated return to work date.

We ask that you provide this information by November 20, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0489 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: 7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.15.2017
7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.17.2017

0G046170179

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Shanna Richardson Claim No 7164999

Employer/Sponsor/Customer Name Nike, Inc.

Return to: Amy Corcoran

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for Insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shanna Richardson
Claimant Name ( Print) Date of Birth

[signature] 2/16/17
Claimant Signature Date

7164999
Claim Number

LMG 11/16/2017 9:54:05 AM PAGE 5/006 Fax Server No. 9683 P. 5/6

IM ROI Authorization - 3/28/2017

0K107170034

07/15/2011 21:55 9013286035 LIGHTCLINIC PAGE 01/01

3699683

RECEIVED MAR 28 2017

3958

FAXED

**Baptist Medical Group Inc. (BMG)**
**Authorization to Release PHI**
**Physician Practices**

Baptist Clinic Name: The Light Clinic Phone #: 901-328-6031 Fax: 328-6035

Address: 7715 Wolf River Blvd Germantown TN 38138

Patient's Name: Shanna L. Richardson Birth Date: ________ Clinic MRN# 10272441

Address:

FAX NUMBER

I authorize Baptist or the following person or organization (specify if applicable) ________ to: disclose any health information to:

X Liberty Mutual Disability Insurance - Amy Corcoran Case Manager 401-...

(Name and Address) - Specify Attorney, Insurance, Etc.

X obtain/request copies of my health information from: The Light Clinic 7715 Wolf River Blvd. Germantown TN 38138

(Name and Address) - Specify Hospital, Doctor, etc.

Purpose of use, disclosure and or request: ☐ Continuation of Care/Treatment ☐ Attorney ☐ At the request of the patient ☐ Payment ☑ Other, specify: Records for my disability case manager

I authorize use and/or disclosure of information covering treatment from: 2015 all to: 2016 all

(enter specific dates)

Information to be used and/or disclosed:
☑ History and Physical ☐ Progress Note ☐ Lab ☑ Radiology/Imaging ☑ All records ☐ Itemized bill Everything including notes
☐ Other, specify:

I understand that the disclosure of my personal health information may include information regarding diagnosis and/or treatment for any of the following: alcohol abuse, drug abuse, psychiatric or mental illness, and/or sexually transmitted diseases, including Human Immunodeficiency Virus (HIV) or (AIDS virus).

This release will include information I have previously restricted from my health plan unless I initial: SR

This authorization will expire one year from the date of your signature unless you specify a different expiration date, event, or condition. Please specify: This needs to extend until because they are trying to get her my case. SR

I understand that I have a right to revoke this authorization at any time, except to the extent that release of information has already occurred in reliance on my prior authorization.

I understand that in order to revoke an authorization, a written document stating the intent of the patient is to be either delivered in person or by certified mail to the Director of Health Information Management at the Baptist facility indicated above. The revocation document is to contain the signature of the patient or patient's legal representative.

I understand that authorizing the disclosure of health information is voluntary. I can refuse to sign this authorization. Refusal to sign this form will not affect my receipt of treatment. However, if this authorization is for release of records to a third party for payment, enrollment or eligibility of benefits purposes, such as workers' compensation, private health insurance, application for insurance, etc., my refusal to sign may affect payment, enrollment or eligibility for benefits. This, in turn, may affect payment for services I receive and I may become responsible for all charges incurred. I understand that it is my responsibility to inquire with the party requesting my health records regarding the effect of my refusal to sign this form.

I understand that any disclosure carries with it the potential for re-disclosure by the recipient of the information and such re-disclosure may not be protected by federal confidentiality laws.

When Baptist seeks an authorization for its own use or disclosure of protected health information (e.g., marketing, research, etc.), a copy of the authorization is provided to the patient.

3/17/17 [signature]
Date — Patient (or person authorized to consent for minor or patient who is unable to sign)

[signature] X Self
Witness — Relationship and/or authority to act for the patient

Photo ID was provided: ☒ Yes ☐ No If no, specify form of patient identification: ________

Form # 01-157.0 (rev 4)

Mail to Liberty Mutual Group Disability Claims P.O. Box 7208 London KY 40742-7206

IM ROI Authorization - 3/28/2017 0K107170034

Mail to) Liberty Mutual
Group Benefits Disability Claims
P. O. Box 7206
London, Ky 40742-7206
855 832 9412 * 16129

Attn Amy Corcoran

pt Shanna Richardson

15573 4412

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

MS SHANNA RICHARDSON

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

December 7, 2017

Ms. Shanna Richardson

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999

Dear Ms. Shanna Richardson:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On November 16, 2017 and November 27, 2017, we requested medical information from Holly Keel . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from September 1, 2017 through the present from all treating providers

Nike, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by January 6, 2018, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by January 20, 2018, 15 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than January 20, 2018 as required under the terms of the Policy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

| | |
|---|---|
| Date: | November 27, 2017 |
| To: | FNP HOLLY KEEL |
| Attn: | |
| Fax: | (901) 751-9878 |
| From: | Amy Corcoran<br>Disability Claims Case Manager II<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-0489 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

November 27, 2017

Fnp Holly Keel

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Fnp Holly Keel:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to Shanna Richardson's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to Holly Keel. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by November 30, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: 7164999-REQUEST-PROVIDER-11.16.2017

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

| | |
|---|---|
| Date: | November 16, 2017 |
| To: | FNP HOLLY KEEL |
| Attn: | |
| Fax: | (901) 751-9878 |
| From: | Amy Corcoran<br>Disability Claims Case Manager II<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-0489 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

November 16, 2017

Fnp Holly Keel

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Fnp Holly Keel:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2017 through the present.
- Estimated return to work date.

We ask that you provide this information by November 20, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0489 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: 7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.15.2017
7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.17.2017

0G046170179

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Shanna Richardson Claim No 7164999

Employer/Sponsor/Customer Name Nike, Inc.

Return to: Amy Corcoran

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shanna Richardson
Claimant Name ( Print)

Date of Birth

Shanna Richardson
Claimant Signature

2/6/17
Date

7164999
Claim Number

Authorization - 3/28/2017

0K107170034

07/15/2011 21:56 9013286035 LIGHTCLINIC PAGE 01/01

3699683

RECEIVED MAR 28 2017

-3958

**Baptist Medical Group Inc. (BMG)**
**Authorization to Release PHI**
**Physician Practices**

FAXED

Baptist Clinic Name: The Light Clinic Phone#: 901-328-6031 Fax#: 328-6035

Address: 7715 Wolf River Blvd. Germantown TN 38138

PATIENT'S NAME: Shanna L. Richardson BIRTH DATE: Chart#: MRN#1027241

ADDRESS:

FAX NUMBER

I authorize Baptist or the following person or organization (specify if applicable) to:

X disclose any health information to:

Liberty Mutual Disability Insurance - Amy Corcoran Case Manager

(Name and Address) - Specify Attorney, Insurance, Etc. etc

X obtain/request copies of my health information from: The Light Clinic 7715 Wolf River Blvd. Germantown TN 38138

(Name and Address) - Specify Hospital, Doctor, etc

Purpose of use, disclosure, and or request: ☐ Continuation of Care/Treatment ☐ Attorney ☐ At the request of the patient ☐ Payment
☑ Other, specify: Records for my disability case manager

I authorize use and/or disclosure of information covering treatment from: 2015 all to: 2016 all
(enter specific dates)

Information to be used and/or disclosed:
☑ History and Physical ☐ Progress Note ☐ Lab ☑ Radiology/Imaging ☑ All records ☐ Itemized bill Everything including notes
☐ Other, specify:

I understand that the disclosure of my personal health information may include information regarding diagnosis and/or treatment for any of the following: alcohol abuse, drug abuse, psychiatric or mental illness, and/or sexually transmitted disease, including Human Immunodeficiency Virus (HIV) or (AIDS virus).

This release will include information I have previously restricted from my health plan unless I initial: SL

This authorization will expire one year from the date of your signature unless you specify a different expiration date, event, or condition.
Please specify: This needs to extend until because they are trying to gather my case. SR

I understand that I have a right to revoke this authorization at any time, except to the extent that release of information has already occurred in reliance on my prior authorization.

I understand that in order to revoke an authorization, a written document stating the intent of the patient is to be either delivered in person or by certified mail to the Director of Health Information Management at the Baptist facility indicated above. The revocation document is to contain the signature of the patient or patient's legal representative.

I understand that authorizing the disclosure of health information is voluntary. I can refuse to sign this authorization. Refusal to sign this form will not affect my receipt of treatment. However, if this authorization is for release of records to a third party for payment, enrollment or eligibility of benefits purposes, such as workers' compensation, private health insurance, application for insurance, etc., my refusal to sign may affect payment, enrollment or eligibility for benefits. This, in turn, may affect payment for services I receive and I may become responsible for all charges incurred. I understand that it is my responsibility to inquire with the party requesting any health records regarding the effect of my refusal to sign this form.

I understand that any disclosure carries with it the potential for re-disclosure by the recipient of the information and such re-disclosure may not be protected by federal confidentiality laws.

When Baptist seeks an authorization for its own use or disclosure of protected health information (e.g., marketing, research, etc.), a copy of the authorization is provided to the patient.

3/17/17
Date

X Shanna Richardson
Patient (or person authorized to consent for minor or patient who is unable to sign)

Patsy Linville
Witness

X Self
Relationship and/or authority to act for the patient

Photo ID was provided: ☒ Yes ☐ No If no, specify form of patient identification:

Form # 24-157.8 (Gard)

Mail to Liberty Mutual Group Disability claims P.O. Box 7204 London KY 40742-7204

HIM ROI Authorization - 3/28/2017 0K107170034

Mail to

Liberty Mutual
Group Benefits Disability Claims
P. O. Box 7206
London, Ky 40742-7206
855 832 9412 * 16129

Attn Amy Corcoran

pt

Shanna Richardson

155739442

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

| | |
|---|---|
| Date: | November 16, 2017 |
| To: | FNP HOLLY KEEL |
| Attn: | |
| Fax: | (901) 751-9878 |
| From: | Amy Corcoran<br>Disability Claims Case Manager II<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-0489 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

November 16, 2017

Fnp Holly Keel

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Fnp Holly Keel:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2017 through the present.
- Estimated return to work date.

We ask that you provide this information by November 20, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0489 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: 7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.15.2017
7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.17.2017

0G046170179

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Shanna Richardson Claim No 7164999

Employer/Sponsor/Customer Name Nike, Inc.

Return to: Amy Corcoran

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shanna Richardson
Claimant Name ( Print)

Date of Birth

Shanna Richardson
Claimant Signature

2/6/17
Date

7164999
Claim Number

Authorization - 3/28/2017

0K107170034

07/15/2011 21:55 9013286035 LIGHTCLINIC PAGE 01/01

3699683

RECEIVED MAR 28 2017

- 3958

FAXED

# Baptist Medical Group Inc. (BMG)
## Authorization to Release PHI
### Physician Practices

Baptist Clinic Name: The Light Clinic Phone # 901-328-6031 Fax 328-6035

Address: 7715 Wolf River Blvd Germantown TN 38138

Patient's Name: Shanna L. Richardson Birth Date: MRN #10272441

Address:

Fax Number

I authorize Baptist or the following person or organization (specify if applicable) ______ to:

☒ disclose my health information to:

Liberty Mutual Disability Insurance - Amy Corcoran Case Manager 901-603-43__

(Name and Address) - Specify: Attorney, Insurance, Self, etc

☒ obtain/request copies of my health information from: The Light Clinic

7715 Wolf River Blvd. Germantown TN 38138

(Name and Address) - Specify: Hospital, Doctor, etc

Purpose of use, disclosure, and or request: ☐ Continuation of Care/Treatment ☐ Attorney ☐ At the request of the patient ☐ Payment ☑ Other, specify: Records for my disability case manager

I authorize use and/or disclosure of information covering treatment from: 2015 all to: 2016 all

(enter specific dates)

Information to be used and/or disclosed:

☑ History and Physical ☐ Progress Note ☐ Lab ☑ Radiology/Imaging ☑ All records ☐ Itemized bill Everything including notes

☐ Other, specify:

I understand that the disclosure of my personal health information may include information regarding diagnosis and/or treatment for any of the following: alcohol abuse, drug abuse, psychiatric or mental illness, and/or sexually transmitted disease, including Human Immunodeficiency Virus (HIV) or (AIDS virus).

This release will include information I have previously restricted from my health plan unless I initial: SR

This authorization will expire one year from the date of your signature unless you specify a different expiration date, event, or condition. Please specify: This needs to extend until because they are trying to gather my case. SR

I understand that I have a right to revoke this authorization at any time, except to the extent that release of information has already occurred in reliance on my prior authorization.

I understand that in order to revoke an authorization, a written document stating the intent of the patient is to be either delivered in person or by certified mail to the Director of Health Information Management at the Baptist facility indicated above. The revocation document is to contain the signature of the patient or patient's legal representative.

I understand that authorizing the disclosure of health information is voluntary. I can refuse to sign this authorization. Refusal to sign this form will not affect my receipt of treatment. However, if this authorization is for release of records to a third party for payment, enrollment or eligibility of benefits purposes, such as workers' compensation, private health insurance, application for insurance, etc., my refusal to sign may affect payment, enrollment or eligibility for benefits. This, in turn, may affect payment for services I receive and I may become responsible for all charges incurred. I understand that it is my responsibility to inquire with the party requesting my health records regarding the effect of my refusal to sign this form.

I understand that any disclosure carries with it the potential for re-disclosure by the recipient of the information and such re-disclosure may not be protected by federal confidentiality laws.

When Baptist seeks an authorization for its own use or disclosure of protected health information (e.g., marketing, research, etc.), a copy of the authorization is provided to the patient.

3/17/17 — Date

[signature] — Patient (or person authorized to consent for minor or patient who is unable to sign)

Patsy Linville — Witness

Self — Relationship and/or authority to act for the patient

Photo ID was provided: ☒ Yes ☐ No If no, specify form of patient identification:

Form # 21-187.8 (03/14)

Mail to Liberty Mutual Group Disability claims P.O. Box 7208 London KY 40742-7208

HIM ROI Authorization - 3/28/2017 0K107170034

Mail to) Liberty Mutual
Group Benefits Disability Claims
P. O. Box 7206
London, Ky 40742-7206
855 832 9412 * 16129

Attn Amy Corcoran

pt

Shanna Richardson

1557739442

# MIDSOUTH PAIN TREATMENT CENTER

MidSouth Interventional Pain Institute, LLC
Michael E. Steuer, MD, PC

146 Timber Creek
Cordova, TN 38018
Phone: (901) 751-4112 Fax: (901) 753-9789
Office Hours: Monday thru Thursday, 8AM-5PM

## FAX COVER SHEET

Date: 11·7·17 No. of Pages (including cover): ____

Attention: Liberty Mutual Insurance

Fax Number: 603430·0489

From: Felicia – Medical Records (Extension 116)
Email: fbrunt@midsouthpain.com

---

Patient's Name: Shanna Richardson DOB: ____________

Subject Faxed notes dated 10/17/17.

Please contact me as soon as possible with any questions or concerns. You may reach me by the phone number listed above. Your prompt attention is appreciated.

Thanks,
Felicia

*The information contained in this facsimile message is legally privileged and confidential, intended for the entity identified above. Any other distribution of this telecopy is prohibited. If you have received this in error, please notify us by phone immediately.*

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*November 7, 2017*
Page 1
Office Procedure

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**10/17/2017 - Office Procedure: Keep RV, Done for now**
**Provider: Michael E Steuer, MD**
**Location of Care: Germantown ASC**
**This document contains external references**

| | |
|---|---|
| Preoperative Diagnosis: | Radiculopathy, Cervical Region |
| Postoperative Diagnosis: | Radiculopathy, Cervical Region |
| Operation: | Left C6 and C7 Dorsal Root Ganglion Radiofrequency Neuromodulation at 45 C |
| Surgeon: | Michael E. Steuer, M.D. |
| Anesthesia: | Moderate Conscious Sedation |
| Complications: | None |
| Disposition: | Home |

**Indication:**
Ms. Richardson returns to The MidSouth Interventional Pain Institute today. The patient has failed conservative therapy with physical therapy and medication trials. The patient understands and agrees to proceed. The patient has responded well to cervical selective nerve roots blocks in the past, and developed **100%** relief following the last block. I have discussed with the patient the advantages, risks, alternatives, and potential complications of the above procedure. All questions have been answered. Informed consent was obtained. The patient was pre-medicated with five (5) mg Versed IV in divided doses. Spontaneous ventilation proceeded uneventfully throughout. Pre-operative vital signs were taken and were noted to be within acceptable limits prior to initiating the procedure.

**Procedure:**
The patient was placed in the left lateral decubitus position on abdominal pillows on a fluoroscopic-compatible table. The skin overlying the cervical spine was prepared and draped with Betadine in the usual sterile fashion. 10 cm RFK Radiofrequency cannulae with 10 mm active curved tips were inserted anteromedially through and advanced under left posterior oblique fluoroscopic guidance until the tips of the needles were noted approach the neural foramina of C6 and C7. The C-arm was rotated into the AP view, and the tip of the needle was advanced slightly until it was noted to be resting at their appropriate depth. Appropriate stimulation parameters were obtained at both 50 Hz (sensory) and 2 Hz (motor) with radicular stimulation. At this juncture, therefore, a total of 2 cc Lidocaine 1% was injected through each needle at each level. Approximately 60 seconds following this, heat radiofrequency was carried out at 45 C for 180 seconds.

**Post-op:**
There were no adverse neurologic or hemodynamic sequelae observed during the course of the procedure or afterwards. The patient was discharged home with appropriate instructions for post-block care and follow up.

Electronically signed by Michael E Steuer, MD on 10/20/2017 at 5:15 PM

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*November 7, 2017*
Page 2
Office Procedure

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

November 1, 2017

Fnp Holly Keel

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Fnp Holly Keel:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2017 through the present.
- Estimated return to work date.

We ask that you provide this information by November 6, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0489 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson¿s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: 7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.15.2017
7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.17.2017

11/1/2017 10:54:17 AM PAGE 4/006 Fax Server No. 7732 P. 6/8

IM ROI Authorization - 3/28/2017

0K107170034

07/15/2011 21:55 9013286035 LIGHTCLINIC PAGE 01/01

3699683

RECEIVED MAR 28 2017

-3958

FAXED

**Baptist Medical Group Inc. (BMG)**
**Authorization to Release PHI**
**Physician Practices**

Baptist Clinic Name: The Light Clinic Phone #: 901-328-6031 Fax #: 328-6035

Address: 7715 Wolf River Blvd Germantown TN 38138

Patient's Name: Shanna L. Richardson Birth Date: Chart # MRN #1027641

Address:

Fax Number

I authorize Baptist or the following person or organization (specify if applicable) ______ to:

X disclose my health information to:

Liberty Mutual Disability Insurance - Amy Corcoran Case Manager 401-[illegible]

(Name and Address) - Specify Attorney, Insurance, Self, etc

X obtain/request copies of my health information from: The Light Clinic

7715 Wolf River Blvd. Germantown TN 38138

(Name and Address) - Specify Hospital, Doctor, etc

Purpose of use, disclosure, and/or request: ☐ Continuation of Care/Treatment ☐ Attorney ☐ At the request of the patient ☐ Payment
☑ Other, specify: Records for my disability case manager

I authorize use and/or disclosure of information covering treatment from: 2015 all to: 2016 all
(enter specific dates)

Information to be used and/or disclosed:
☑ History and Physical ☐ Progress Note ☐ Lab ☑ Radiology/Imaging ☑ All records ☐ Itemized bill
☐ Other, specify: Everything including notes

I understand that the disclosure of my personal health information may include information regarding diagnosis and/or treatment for any of the following: alcohol abuse, drug abuse, psychiatric or mental illness, and/or sexually transmitted disease, including Human Immunodeficiency Virus (HIV) or (AIDS virus).

This release will include information I have previously restricted from my health plan unless I initial: SL

This authorization will apply one year from the date of your signature unless you specify a different expiration date, event, or condition.
Please specify: This needs to extend until because they are trying to gather my case. SLR

I understand that I have a right to revoke this authorization at any time, except to the extent that release of information has already occurred in reliance on my prior authorization.

I understand that in order to revoke an authorization, a written document stating the intent of the patient is to be either delivered in person or by certified mail to the Director of Health Information Management at the Baptist facility indicated above. The revocation document is to contain the signature of the patient or patient's legal representative.

I understand that authorizing the disclosure of health information is voluntary. I can refuse to sign this authorization. Refusal to sign this form will not affect my receipt of treatment. However, if this authorization is for release of records to a third party for payment, enrollment or eligibility of benefits purposes, such as workers' compensation, private health insurance, application for insurance, etc., my refusal to sign may affect payment, enrollment or eligibility for benefits. This, in turn, may effect payment for services I receive and I may become responsible for all charges incurred. I understand that it is my responsibility to inquire with the party requesting any health records regarding the effect of my refusal to sign this form.

I understand that any disclosure carries with it the potential for re-disclosure by the recipient of the information and such re-disclosure may not be protected by federal confidentiality laws.

When Baptist asks for authorization for its own use or disclosure of protected health information (e.g., marketing, research, etc.), a copy of the authorization is provided to the patient.

3/17/17
Date

X [signature]
Patient (or person authorized to consent for minor or patient who is unable to sign)

[signature]
Witness

X Self
Relationship and/or authority to act for the patient

Photo ID was provided: ☒ Yes ☐ No If no, specify form of photo identification:
form # 91-117.5 (09/14)

Mail to Liberty Mutual Group Disability claims P.O. Box 7209 London KY 40742 7209

Mail to) Liberty Mutual
Group Benefits Disability Claims
P. O. Box 7206
London, Ky 40742-7206
855 832 9412 * 16129
Attn Amy Corcoran

pt

Shanna Richardson

1557739442

0G046170179

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Shanna Richardson Claim No 7164999

Employer/Sponsor/Customer Name Nike, Inc.

Return to: Amy Corcoran

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations **EXCEPT** to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shanna Richardson
Claimant Name (Print) Date of Birth

Shanna Richardson 2/6/17
Claimant Signature Date

7164999
Claim Number

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

| | |
|---|---|
| Date: | November 1, 2017 |
| To: | FNP HOLLY KEEL |
| Attn: | |
| Fax: | (901) 751-9878 |
| From: | Amy Corcoran<br>Disability Claims Case Manager II<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-0489 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

November 1, 2017

Fnp Holly Keel

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Fnp Holly Keel:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2017 through the present.
- Estimated return to work date.

We ask that you provide this information by November 6, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0489 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson¿s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: 7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.15.2017
7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.17.2017

Authorization |- 3/28/2017

0K107170034

07/15/2011 21:55 9013286035 LIGHTCLINIC PAGE 01/01

3699683

RECEIVED MAR 28 2017

- 3958

**Baptist Medical Group Inc. (BMG)**
**Authorization to Release PHI**
**Physician Practices**

FAXED

Baptist Clinic Name: The Light Clinic Phone # 901-328-6031 Fax: 328-6035

Address: 7715 Wolf River Blvd Germantown TN 38138

PATIENT'S NAME: Shanna L. Richardson BIRTH DATE: MRN #10272441

ADDRESS:

FAX NUMBER

I authorize Baptist or the following person or organization (specify if applicable) to:

☒ disclose my health information to:

Liberty Mutual Disability Insurance - Amy Corcoran Case Manager 901-603-43__

(Name and Address) - Specify: Attorney, Insurance, Self, etc

☒ obtain/request copies of my health information from: The Light Clinic

7715 Wolf River Blvd. Germantown TN 38138

(Name and Address) - Specify: Hospital, Doctor, etc

Purpose of use, disclosure, and or request: ☐ Continuation of Care/Treatment ☐ Attorney ☐ At the request of the patient ☐ Payment
☑ Other, specify: Records for my disability case manager

I authorize use and/or disclosure of information covering treatment from: 2015 all to: 2016 all

(enter specific dates)

Information to be used and/or disclosed:
☑ History and Physical ☐ Progress Note ☐ Lab ☑ Radiology/Imaging ☑ All records ☐ Itemized bill Everything including notes
☐ Other, specify:

I understand that the disclosure of my personal health information may include information regarding diagnosis and/or treatment for any of the following: alcohol abuse, drug abuse, psychiatric or mental illness, and/or sexually transmitted disease, including Human Immunodeficiency Virus (HIV) or (AIDS virus).

This release will include information I have previously restricted from my health plan unless I initial: SR

This authorization will expire one year from the date of your signature unless you specify a different expiration date, event, or condition. Please specify: This needs to extend until because they are trying to gather my case. [initials]

I understand that I have a right to revoke this authorization at any time, except to the extent that release of information has already occurred in reliance on my prior authorization.

I understand that in order to revoke an authorization, a written document stating the intent of the patient is to be either delivered in person or by certified mail to the Director of Health Information Management at the Baptist facility indicated above. The revocation document is to contain the signature of the patient or patient's legal representative.

I understand that authorizing the disclosure of health information is voluntary. I can refuse to sign this authorization. Refusal to sign this form will not affect my receipt of treatment. However, if this authorization is for release of records to a third party for payment, enrollment or eligibility of benefits purposes, such as workers' compensation, private health insurance, application for insurance, etc., my refusal to sign may effect payment, enrollment or eligibility for benefits. This, in turn, may effect payment for services I receive and I may become responsible for all charges incurred. I understand that it is my responsibility to inquire with the party requesting my health records regarding the effect of my refusal to sign this form.

I understand that any disclosure carries with it the potential for re-disclosure by the recipient of the information and such re-disclosure may not be protected by federal confidentiality laws.

When Baptist seeks an authorization for its own use or disclosure of protected health information (e.g., marketing, research, etc.), a copy of the authorization is provided to the patient.

3/17/17 [signature: Shanna Richardson]

Date — Patient (or person authorized to consent for minor or patient who is unable to sign)

Patsy Linville — Self

Witness — Relationship and/or authority to act for the patient

Photo ID was provided: ☒ Yes ☐ No If no, specify form of patient identification:

Form # 21-127.0 (03/14)

Mail to Liberty Mutual Group Disability Claims P.O. Box 7208 London, KY 40742-7208

HIM ROI Authorization - 3/28/2017 0K107170034

Mail to) Liberty Mutual
Group Benefits Disability Claims
P. O. Box 7206
London, Ky 40742-7206
855 832 9412 * 16129

Attn Amy Corcoran

pt

Shanna Richardson

1557394442