0G046170179

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Shanna Richardson Claim No 7164999

Employer/Sponsor/Customer Name Nike, Inc.

Return to: Amy Corcoran

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes)**.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shanna Richardson
Claimant Name ( Print)

Date of Birth

Shanna Richardson
Claimant Signature

2/6/17
Date

7164999
Claim Number

## Calculation Worksheet

**Claim Number: 7164999**

| **Amount Due*:** | **$530.39** | | |
|---|---|---|---|
| **Originally Paid** | | **Should have Paid** | |
| **From Date** | 7/23/2017 | **From Date** | 7/23/2017 |
| **Thru Date** | 9/22/2017 | **Thru Date** | 9/22/2017 |
| **Total** | **$2,473.12** | **Total** | **$1,942.73** |

* (-) indicates an underpayment

| **Credit** | |
|---|---|
| **OP Recovered (To Date):** | $0.00 |
| **Attorney Fees:** | $0.00 |
| **Excess Fees** | $0.00 |
| **Total:** | $0.00 |

| **Subrogation** | |
|---|---|
| **Grand Total:** | |

**ORIGINALLY PAID**

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| 7164999 | 47456003 | 7/23/2017 | 8/22/2017 | 8/16/2017 | $1,236.56 | $0.00 | $1,236.56 | $0 00 | $1,236.56 |
| 7164999 | 47481855 | 8/23/2017 | 9/22/2017 | 9/18/2017 | $1,236.56 | $0.00 | $1,236.56 | $0 00 | $1,236.56 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | $0.00 | $0.00 | $0 00 | $0.00 |
| | | | | | | **Totals:** | **$2,473.12** | **$0.00** | **$2,473.12** |

**SHOULD HAVE PAID**

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | Salary Continuance | Statutory | Multiple Offsets | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7164999 | 47456003 | 7/23/2017 | 8/22/2017 | 8/16/2017 | $1,236.56 | $824 08 | | $0 00 | $857.71 | $0.00 | $857.71 | $378.85 |
| 7164999 | 47481855 | 8/23/2017 | 9/22/2017 | 9/18/2017 | $1,236.56 | $329.63 | | $0 00 | $1,085.02 | $0.00 | $1,085.02 | $151.54 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | $0 00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | $0 00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | $0 00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | $0 00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | $0 00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | $0 00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | $0 00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | $0 00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | $0 00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | $0 00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | $0 00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | $0 00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | **$2,473.12** | **$1,153.71** | **$0.00** | **$0.00** | **$1,942.73** | **$0.00** | **$1,942.73** | **$530.39** |

* (-) indicates an underpayment

| Overpayment Calculation | | | | |
|---|---|---|---|---|
| Originally Paid | *7/23/2017* | *through* | *9/22/2017* | $2,473.12 |
| Less: Should have Paid | *7/23/2017* | *through* | *9/22/2017* | $1,942.73 |
| Overpayment Due | | | | $530.39 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $0.00 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$530.39** |

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 1525
Dover, NH 03821-1525

MS SHANNA RICHARDSON

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 1525
Dover, NH 03821-1525
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-8719

October 23, 2017

Ms. Shanna Richardson

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999

Dear Ms. Shanna Richardson:

Your disability claim file has been referred to Financial Review Services for an overpayment calculation as you received Paid Time Off Payout for period August 13, 2017 through August 26, 2017. This letter and the attached overpayment summary outlines the impact of that award on your benefits from Liberty Life.

Since Liberty Life paid you disability benefits for the period of July 23, 2017 through September 22, 2017 with no reduction for PTO Payout, you are now overpaid under the terms of your contract. The overpayment calculation was prorated for period August 13, 2017 through August 26, 2017 only.

The attached exhibit explains the calculation of your $530.39 balance. On October 23, 2017, we discussed and agreed to the following repayment arrangement:

- **Full Benefit Reduction**

  Liberty Life will withhold from your monthly disability benefit payment the amount of $530.39 and apply towards the overpayment balance until paid in full. This will occur with your next monthly benefit payment scheduled to issue on November 16, 2017. This will satisfy your overpayment balance due.

- **Full Repayment if Disability Benefit Ceases**

  If your disability benefit eligibility ends prior to full overpayment recovery, you will need to remit a monthly payment or provide full reimbursement of the overpayment balance by personal check, a cashier's check, or money order. The full reimbursement will be due within 10 business days from the date your claim closes.

- **No Referral To Outside Collection Agencies**

  Liberty Life Assurance Company of Boston will not refer the management of this overpayment to an outside collection agency so long as you meet the terms and conditions of this agreement and repayment arrangement.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nicole Jewell
Gm Recovery Specialist I
Phone No.: (888) 437-7611 Ext. 16432
Secure Fax No.: (603) 334-8719

Attachments: 7164999-RECOVERY/REPAYMENT-CALCULATION WORKSHEET-1

| **Overpayment Calculation** | | | | |
|---|---|---|---|---|
| Originally Paid | *7/23/2017* | *through* | *9/22/2017* | $2,473.12 |
| Less: Should have Paid | *7/23/2017* | *through* | *9/22/2017* | $1,942.73 |
| | | | | |
| Overpayment Due | | | | $530.39 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $0.00 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$530.39** |

**n0197271**

---

**From:** Corcoran, Amy
**Sent:** Friday, October 20, 2017 10:12:56 AM
**To:** 'ODell, Jane'
**Cc:** Martin, Troy
**Subject:** RE: LTD claim for Shanna Richardson 321409
**Attachments:** image001.png; image002.jpg

Hi Jane,

We had Shanna Richardson listed as a terminated employee but after speaking with her today, she informed me that that was a mistake and she has been reinstated. Would you be able to advise what date her employment was reinstated? We will reopen her company own leave accordingly. I'm assuming this is why she was paid PTO.

Amy

**Amy Corcoran**

Disability Case Manager

Liberty Mutual Benefits Claims- Dover, NH- Northeast

Liberty Life Assurance Company of Boston- A Liberty Mutual Insurance Co.

PO Box 7206, London, KY 40742-7206 Mailstop 03-4

Direct Dial: 1-855-306-6931 ext.16129

Direct Fax: 1-603-430-0489

Amy.Corcoran@libertymutual.com

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me

via return e-mail and via telephone at 800-210-0268 extension 16129 and permanently delete the original and any copy of any e-mail and any printout thereof

**From:** ODell, Jane [mailto:Jane.ODell@nike.com]
**Sent:** Wednesday, October 18, 2017 7:17 PM
**To:** Corcoran, Amy <Amy.Corcoran@LibertyMutual.com>
**Subject:** LTD claim for Shanna RIchardson # 321409
**Importance:** High

Amy,

I have just discovered this employee was paid out some PTO on her 9/1/17 check. She is currently on LTD. I explained this was deductible income and asked if she had reported the earnings to Liberty. Employee states she was not aware that she needed to. I let her know as the employer I was obligated to report the earnings and there may be an impact on her LTD benefits.

Please let me know if you have any questions.

Jane

***Jane O'Dell***

Nike LOA Case Manager

(503) 532-3451 office

(503) 922-4141 fax

**From:** Corcoran Amy
**To:** ODell Jane
**Cc:** Jewell Nicole
**Subject:** RE: LTD claim for Shanna RIchardson # 321409
**Date:** Friday October 20 2017 8:27:17 AM
**Attachments:** image001.png

---

Thank you Jane.

Nicole- could you share this info with your team as needed?

Thank you,

Amy

**Amy Corcoran**
Disability Case Manager
Liberty Mutual Benefits Claims- Dover, NH- Northeast
Liberty Life Assurance Company of Boston- A Liberty Mutual Insurance Co.
PO Box 7206, London, KY 40742-7206 Mailstop 03-4
Direct Dial 1-855-306-6931 ext.16129
Direct Fax 1-603-430-0489
Amy.Corcoran@libertymutual.com
This e-mail and any attachments thereto is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential informa ion. If you are not the intended recipient of his e-mail you are hereby notified that any dissemination distribution or copying of this e-mail and any attachments thereto is strictly prohib ted. If you have received this e-ma l in error please not fy me via return e-mail and via telephone at 800-210-0268 extension 16129 and permanently delete he original and any copy of any e-mail and any printout thereof

---

**From:** ODell Jane [mailto Jane.ODell@nike.com]
**Sent:** Wednesday October 18 2017 7 17 PM
**To:** Corcoran Amy <Amy.Corcoran@LibertyMutual.com>
**Subject:** LTD claim for Shanna RIchardson # 321409
**Importance:** High

Amy
I have just discovered this employee was paid out some PTO on her 9/1/17 check. She is currently on LTD. I explained this was deductible income and asked if she had reported the earnings to Liberty. Employee states she was not aware that she needed to. I let her know as the employer I was ob igated to report the earnings and there may be an impact on her LTD benefits.

Please let me know if you have any questions.

Jane

**Earnings Statement for Shanna Richardson**

| | | | | | |
|---|---|---|---|---|---|
| NIKE TN, Inc. | **Location:** | Nike Memphis Aprl Nike TN Inc | **Fed Allow:** S-04 | **Employee Number:** | 00321409 |
| One Bowerman Drive | **Cost Center:** | Tnn DC Ops AP | **State Allow:** | **Payment Date:** | 09/01/2017 |
| Beaverton, OR, 97005-6453 | **Job Title:** | S2 MATERIAL HANDLER | | **Pay Period:** | 08/13/2017 - 08/26/2017 |
| | **Pay Rate:** | 12.2500 Hourly | | **Advice Number:** | 20170828-00321409 |

| Total Earnings | Taxes | Pre-Tax Deductions | Other Deductions | Net Pay |
|---|---|---|---|---|
| 1,153.71 | 282.37 | | | 582.48 |

| Wages and Other Compensation | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Corporate Holiday | | | | 380.48 |
| PTO | | | | 190.36 |
| Benefit Credits | | | | 17.12 |
| **Total Earnings:** | | | | 587.96 |
| **Supplemental Earnings** | | | **Current** | **YTD** |
| PTO Payout | | | 1,153.71 | 1,153.71 |
| PSP Bonus | | | | 150.00 |
| **Total Supplemental Earnings:** | | | 1,153.71 | 1,303.71 |
| **Add'l Taxable Other Compensation** | | | **Current** | **YTD** |
| Time Off Without Pay | | | 980.00 | 17,207.88 |
| **Total Taxable Other Compensation:** | | | 980.00 | 17,207.88 |
| **Paid Time Off** | **Balance** | **ESPP Period** | | **Balance** |

| Taxes | Auth. | Current | YTD |
|---|---|---|---|
| TX Withholding Tax | FED | 216.21 | 216.21 |
| TX EE Social Security Tax | FED | 53.62 | 117.28 |
| TX EE Medicare Tax | FED | 12.54 | 27.43 |
| **Total Tax Deductions:** | | 282.37 | 360.92 |
| **Federal Taxable Gross** | | **Current** | **YTD** |
| Federal Reportable Earnings | | 864.85 | 1,891.67 |
| **Pre Tax Deductions** | | **Current** | **YTD** |
| **Total Pre Tax Deductions:** | | | |
| **Other Deductions** | | **Current** | **YTD** |
| **Total Other Deductions:** | | | |
| **Net Pay Distribution** | | | |
| Direct Deposit | | ****6075 | 582.48 |
| **Net Pay:** | | | 582.48 |

***Jane O Dell***
Nike LOA Case Manager
(503) 532-3451 office
(503) 922-4141 fax

# MIDSOUTH PAIN TREATMENT CENTER

MidSouth Interventional Pain Institute, LLC
Michael E. Steuer, MD, PC

146 Timber Creek
Cordova, TN 38018
Phone: (901) 751-4112 Fax: (901) 753-9789
Office Hours: Monday thru Thursday, 8AM-5PM

## FAX COVER SHEET

Date: 9.27.17 No. of Pages (including cover): ____

Attention: Liberty mutual

Fax Number: (603) 430-0489

From: Felicia – Medical Records (Extension 116)
Email: fbrunt@midsouthpain.com

Patient's Name: Shanna Richardson DOB: ____

Subject: Faxed MR's upon request

Please contact me as soon as possible with any questions or concerns. You may reach me by the phone number listed above. Your prompt attention is appreciated.

Thanks,
Felicia

*The information contained in this facsimile message is legally privileged and confidential, intended for the entity identified above. Any other distribution of this telecopy is prohibited. If you have received this in error, please notify us by phone immediately.*

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*September 7, 2017*
Page 1
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**08/02/2017 - Office Visit: ASC/RTC 1 month/review UTX**
**Provider: Holly R Keel FNPC**
**Location of Care: Michael E Steuer MD PC - Cordova Clinic**
**This document contains external references**

Referred By: Campbell Clinic
Visit Type: Return

**Chief Complaint:** Cervical Pain
Other pain complaints: Headache, Hip Pain, Shoulder Pain, Thoracic Pain, LUE Pain
Cause of patient's pain: I have degenerative disc disease; bulging disc in C5-C6 of neck. Also told bone loss in that area
The patient is a 40 year old ,right handed female with 2 year(s) history of pain as above.
The pain level is graded at 6 (out of 10) with medicine.
The pain level is graded at 8 (out of 10) without medicine.
The pain interferes with sleep 7 nights per week.
The pain is described as constant, burning, tingling, numb.
Valsalva maneuver: negative
Things that exacerbate pain: prolonged sitting: >20m, bending, stooping, lifting, prolonged standing, arching back, prolonged walking, turning head right, turning head left, tilting head right, tilting head left, extending neck, raising arm left, weather changes
Things that alleviate pain: NONE of the above
She describes cervical pain (left greater than right) radiating to left shoulder with intermittent burning, numbness, and paresthesia to her left upper extremity, hand, and all fingers.

## HPI:

The patient presents today with chief complaint of cervical pain. She describes cervical pain (left greater than right) radiating to left shoulder with intermittent burning, numbness, and paresthesia to her left upper extremity, hand, and all fingers.
She reports 100% immediate relief following (L) C6, C7 TFE #2 on 7/10/2017 lasting two weeks as evidenced by INCREASED TOLERANCE OF CERVICAL MOVEMENT WITH DECREASED PAIN.
She is not under CSA or opioid therapy with MSPTC.

Last UTX Date: 08/02/2017
Last Comp UTX Date: 04/19/2017
Lab Findings: Consistent
8/2/17 Quest UTX

PMP Date: 08/01/2017
PMP Findings: Consistent
per TN website

**Aberrant Behavior, Adverse Reactions Analgesia, Activities of Daily Living, Affect**
The patient is compliant with medications as prescribed: **N/A**
The medication is without adverse or intolerable side effects: **N/A**
The patient is compliant with the controlled substances agreement: **Yes**
**Date agreement signed:** 06/27/2017
**Last CSA Update:** 06/27/2017
Activities of daily living easier with medication: **N/A**

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*September 7, 2017*
Page 2
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**Opioid Abuse: high,** 8/2/17-Will raise to HIGH risk due to failure to bring medication/bottle to office visit.
MODERATE RISK based on SOAPP-R 13.

---

SOAPP-R Score: 13
COMM Score: Negative
SNORE Score: negative

Known history of sleep apnea: No

Medication Name: TRAMADOL HCL 50 MG ORAL TABS Take one tablet Q12hrs as needed for severe pain. **Warn drowsiness.** Do not drink ETOH
Last Dose: 08/01/2017
Time: 9PM
*Failed to bring bottle**

**CLIA Waived Urine Tox Screen Results**
Sent to Outside Lab for confirm

Date of Last Procedure: 07/10/2017
Intervention: (L) C5, C7 TFE #2 %
% of Relief: 0 %

**Current Medications:**
TRAMADOL HCL 50 MG ORAL TABS (TRAMADOL HCL) Take one tablet Q12hrs as needed for severe pain. **Warn drowsiness.** Do not drink ETOH, drive or take BZO's while taking. **NEW MEDICATION**
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) take 1 cap po BID for chronic nerve pain ***WARN SEDATION**
ZANAFLEX 4 MG CAPS (TIZANIDINE HCL) Take one tablet Q12hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.**
PLI CREAM (GREEN) Apply 1-2 gms topically to affected painful area QID prn**NEW medication**
BACLOFEN 10 MG ORAL TABS (BACLOFEN) Take 1 PO q12hrs prn muscle spasms**Warn drowsiness, no driving while taking**NEW medicaton**
LOSARTAN POTASSIUM TABS (LOSARTAN POTASSIUM TABS) per outside provider
NORVASC TABS (AMLODIPINE BESYLATE TABS) per outside provider
ULTRAM TABS (TRAMADOL HCL TABS) *HISTORICAL ONLY*
TYLENOL TABS (ACETAMINOPHEN TABS) *HISTORICAL ONLY*
NEURONTIN TABS (GABAPENTIN TABS) *HISTORICAL ONLY*
AMITRIPTYLINE HCL TABS (AMITRIPTYLINE HCL TABS) *HISTORICAL ONLY*
ZANAFLEX TABS (TIZANIDINE HCL TABS) *HISTORICAL ONLY*
CYCLOBENZAPRINE HCL TABS (CYCLOBENZAPRINE HCL TABS) *HISTORICAL ONLY*
MOTRIN IB TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
ADVIL TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
LORTAB TABS (HYDROCODONE-ACETAMINOPHEN TABS) *HISTORICAL ONLY*

**Drug Allergies:**
Drug Allergies unchanged from initial visit.

**PHYSICAL THERAPY**
**Cervical:** Yes
Condition/Region: cervical

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*September 7, 2017*
Page 3
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

Start Date: 10/2016
Facility: Campbell Clinic
Effective: 0 %
Patient compliant: yes
Therapist's Report: no

**Thoracic:** No

**Lumbar:** Yes
Condition/Region: lumbar
Start Date: 10/2016
Facility: Campbell Clinic
Effective: 0 %
Patient compliant: yes
Therapist's Report: no

Physical Therapy or home exercises continuation in the previous six months: **YES**
NSAID tolerant/not contraindicated: **YES**
YES
NSAID trial greater than 6 weeks **YES**
Pain Medication Treatment: **YES**
hydrocodone
Procedures performed at a prior Pain Management Facility: **YES**
cervical ESI by Dr. Park 11/2016

**DME**
Back: NO
Neck: NO
Knee: NO
TENs: NO
Estim: NO

**Pain Disability Index**
**Total Score:** 0

**Pain History** (Reviewed - No Changes)
The patient presents on 4/19/2017 initial evaluation as referred by W. Tolbert, NP with chief complaint of cervical pain. She reports a 1+ year history of pain without specific precipitating trauma, fall, or MVA. She was evaluated at Campbell Clinic. PT was ordered, and she attended October- November 2016. She says the PT increased her pain. A MRI was ordered, and she underwent cervical ESI by Dr. Ashley 11/2016. She reported minimal effectiveness of ESI. She was prescribed tramadol, which she also says was ineffective. She has also trialed NSAIDs with minimal relief. The patient is not currently taking anything for pain. She brought copy of cervical MRI report dated 11/2/16 for review. We also have benefit of bone scan, and lumbar MRI report from 3/10/17. The patient is referred at this time for further evaluation and treatment options.

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**Past Medical History** (Reviewed - No Changes)
HTN
Anxiety Disorder
Arthritis

**Surgical History** (Reviewed - No Changes)
C-Section
HYST

**Family History** (Reviewed - No Changes)
High Blood Pressure
Cancer
Migraines
Diabetes
Heart Disease
Stroke

**Social History** (Reviewed - No Changes)
Patient is single.
Employment/Occupation: Nike packer- applying for long term disability
The patient lives with family
Patient does not smoke.
Patient does not drink alcohol.
No illicit drug abuse:
Patient is not pregnant.

**Problems:**
Problems list reviewed during this update
Chronic pain syndrome (ICD-338.4) (ICD10-G89.4)
Radiculopathy, cervical region (ICD-723.4) (ICD10-M54.12)
Other spondylosis, cervical region (ICD-721.0) (ICD10-M47.892)
Other spondylosis, thoracic region (ICD-721.2) (ICD10-M47.894)
Long term (current) use of opiate analgesic (ICD-V58.69) (ICD10-Z79.891)
History of Arthritis (ICD-716.90) (ICD10-M12.9)
Essential (primary) hypertension (ICD-401.9) (ICD10-I10)
History of Anxiety disorder (ICD-300.00) (ICD10-F41.9)
Status post Hysterectomy (ICD-V45.77) (ICD10-Z90.79)
Status post Caesarean section (ICD-V39.01) (ICD10-Z38.01)

**Medications:**
Medication list reviewed during this update
TRAMADOL HCL 50 MG ORAL TABS (TRAMADOL HCL) Take one tablet Q12hrs as needed for severe pain. **Warn drowsiness.** Do not drink ETOH, drive or take BZO's while taking. **NEW MEDICATION**
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) take 1 cap po BID for chronic nerve pain ***WARN SEDATION**
ZANAFLEX 4 MG CAPS (TIZANIDINE HCL) Take one tablet Q12hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.**
PLI CREAM (GREEN) Apply 1-2 gms topically to affected painful area QID prn**NEW medication**
BACLOFEN 10 MG ORAL TABS (BACLOFEN) Take 1 PO q12hrs prn muscle spasms**Warn

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*September 7, 2017*

Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

drowsiness, no driving while taking**NEW medicaton**
LOSARTAN POTASSIUM TABS (LOSARTAN POTASSIUM TABS) per outside provider
NORVASC TABS (AMLODIPINE BESYLATE TABS) per outside provider
ULTRAM TABS (TRAMADOL HCL TABS) *HISTORICAL ONLY*
TYLENOL TABS (ACETAMINOPHEN TABS) *HISTORICAL ONLY*
NEURONTIN TABS (GABAPENTIN TABS) *HISTORICAL ONLY*
AMITRIPTYLINE HCL TABS (AMITRIPTYLINE HCL TABS) *HISTORICAL ONLY*
ZANAFLEX TABS (TIZANIDINE HCL TABS) *HISTORICAL ONLY*
CYCLOBENZAPRINE HCL TABS (CYCLOBENZAPRINE HCL TABS) *HISTORICAL ONLY*
MOTRIN IB TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
ADVIL TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
LORTAB TABS (HYDROCODONE-ACETAMINOPHEN TABS) *HISTORICAL ONLY*

## Allergies:
Allergies list reviewed during this update
PERCOCET (Moderate)

**Tobacco Use Status:** never smoker (08/02/2017)

## Review of Systems
**General:** Patient denies fever,chills,weight change,fatigue.
**Eyes:** Patient denies blurred vision,double vision,loss of vision,eye pain.
**Ears/Nose/Throat:** Patient denies Tinnitus (ringing in the ears),hearing loss,swallowing difficulties.
**Breast:** Patient denies breast problems.
**Cardiovascular:** Patient denies chest pain, palpitations, dyspnea on exertion, orthopnea, PND, peripheral edema, rapid heartbeat, irregular heartbeat, claudication.
**Respiratory:** Patient denies lung problems,chronic cough,shortness of breath,uncomfortable breathing,excessive sputum,wheezing.
**Gastrointestinal:** Patient denies gi symptoms,abdominal pain,frequent diarrhea,frequent constipation,nausea,vomiting.
**Genitourinary:** Patient denies uncomfortable urination,urinary frequency,urinary urgency,urinary hesitancy,urinary incontinence.
**Musculoskeletal:** Patient complains of back pain, joint pain, neck pain. Patient denies muscle aches, muscle weakness.
**Skin:** Patient denies bruising,changes in skin,easy bruising,skin problems,non-healing sores,persistent rash.
**Neurologic:** Patient complains of headaches. Patient denies bowel problems, dizziness, falling, involuntary movements, imbalance, loss of consciousness, memory loss, restless legs, seizures, sensory loss, sleep disturbance, speech diffulty, syncope, tingling, tremors, weakness.
**Psychiatric:** Patient denies anxiety,depression,difficulty concentrating,hallucinations,panic attacks,paranoia,severe mood swings,suicidal thoughts,trouble sleeping.
**Endocrine:** Patient denies diabetes,thyroid disease,heat intolerance,cold intolerance,large volumes of urine.
**Hematologic:** Patient denies excessive bleeding,easy bruising.
**Allergic/Immunologic:** Patient denies hives,hay fever,HIV exposure.

**Violence Screening**

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

Do you feel safe in your current relationship/environment? Yes

## Vital Signs

Height (inches): 63
Weight (lbs): 182
BMI: 32.36
Blood Pressure: 122
/ 78
Pulse: 66
Pulse Ox (%): 99
LMP: 2014
Contraception: hysterectomy
Entered By: Megan E Brawner

## Physical Exam

**GENERAL APPEARANCE**
The patient is well developed and in no immediate distress.
**HEENT**
Normocephalic, conjuntiva clear.
**EXTREMITIES**
Extremities are without clubbing,cyanosis or edema,No joint abnormalities noted.
**RESPIRATORY**
Respirations even/unlabored
**CARDIOVASCULAR**
Pulses are normal in upper extremities. Capillary refill is normal.
**SKIN**
No rashes, lesions, or ulcerations.
**MENTAL STATUS**
**Conciousness:** Awake and alert.
**Orientation:** The patient is oriented to person, place, date, time.
**Affect:** Within normal limits.
**Apraxia:** There is no evidence of apraxia
**Memory:** Good recent and remote
**Speech:** Speech is clear without dysarthria or dysphasia.
**CRANIAL NERVES**
**CN Comment:** CN II-XII grossly intact
**MOTOR**
**Tone:** Normal tone in upper and lower extremities bilaterally.
**Fasciculations:** There are no fasciculations noted.
**Strength:** Strength is 5+/5+ in upper and lower extremities bilaterally.
**Effort:** Effort appears to be normal.
**SENSORY**
**Sensory:** Sensory is normal to touch in upper extremities.
**REFLEXES**
**Triceps (R):** 1 / (L): 1

## Cervical Spine Exam

**Palpation of Cervical Spine**

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**Normal:** no masses, no trigger points
**Abnormal:** tenderness
**Comment:** Cervical central point and bilatral paraspinous tenderness, left greater than right, extending to left shoulder

**Gait**
**Normal:** normal

**Range of Motion Cervical Spine**
**Left Lateral Rotation:** Normal (60°), severe pain

**Right Lateral Rotation:** Normal (60°), mild pain

**Extension:** Normal, severe pain

**Left Lateral Flexion:** Normal, severe pain

**Right Lateral Flexion:** Normal, mild pain

**Flexion:** Normal, severe pain

## Diagnostic Test Results

**MRI C-spine**
**MRI Date :** 11/02/2016
**Reviewed:** Report
**Comment:** mild cervical disc bulging generates mild C5-6 central canal and right-sided foraminal stenosis.

**X-Ray C-spine**
**X-Ray Date :** 01/09/2017
**Reviewed:** Report
**Comment:** no acute abnormality, stable chronic changes

**X-Ray L-spine**
**X-Ray Date :** 01/09/2017
**Reviewed:** Report
**Comment:** No acute findings.

**X-Ray T-spine**
**X-Ray Date :** 01/19/2017
**Reviewed:** Report
**Comment:** no acute abnormality

**X-Ray C-spine**

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**X-Ray Date :** 02/08/2016
**Reviewed:** Report
**Comment:** DDD at C5-6

---

## Problem list change log

Assessed Chronic pain syndrome as unchanged
Assessed Radiculopathy, cervical region as unchanged
Assessed Other spondylosis, cervical region as unchanged
Assessed Other spondylosis, thoracic region as unchanged
Assessed Long term (current) use of opiate analgesic as unchanged
Assessed History of Arthritis as unchanged
Assessed Essential (primary) hypertension as unchanged
Assessed History of Anxiety disorder as unchanged
Assessed Status post Hysterectomy as unchanged
Assessed Status post Caesarean section as unchanged

## Assessment

CHRONIC PAIN SYNDROME: Unchanged
RADICULOPATHY, CERVICAL REGION: Unchanged
OTHER SPONDYLOSIS, CERVICAL REGION: Unchanged
OTHER SPONDYLOSIS, THORACIC REGION: Unchanged
LONG TERM (CURRENT) USE OF OPIATE ANALGESIC: Unchanged
HISTORY OF ARTHRITIS: Unchanged
ESSENTIAL (PRIMARY) HYPERTENSION: Unchanged
HISTORY OF ANXIETY DISORDER: Unchanged
STATUS POST HYSTERECTOMY: Unchanged
STATUS POST CAESAREAN SECTION: Unchanged

## Ordered Today

Medication Reconciliation [SCT-428191000124101]
Ofc Vst, Est Level III [CPT-99213]
Cervical TFE [CPT-64479, 64480]

## Plan

There were no barriers to communication with patient.

**I have reviewed the following information:**
Pain Center Intake Questionnaire, COMM results, PMP Consistent
Screening UTX is being performed today to monitor for compliance/high risk behavior. Will send to Quest lab for testing. Consistency to be determined by confirmation and will review as results become available.

**I have recommended the following options to treat the patient's pain:**
, Cervical Transforaminal Epidural Steroid Injection, Will schedule (L) C6, C7 TFE #3 due to short-term effectiveness of previous intervention with continued complaints of pain.

Pre-procedure instructions including the need for a driver was reviewed with patient.

**Pharmacologic Management:**
Commencement of opioid therapy. The opioid agreement, the opiod information form, and opioid informed consent were reviewed, and signature(s) were obtained.
The patient has been counseled to refrain from driving and operating heavy equipment while taking opioids.
I have informed her that failure to bring her bottle/medication is a CSA violation and any repeated behavior such as this will result in a psych evaluation for opioid appropriateness and possibly discontinuation of her controlled pain medications. Education provided regarding the dangers involved with overutilization including respiratory depression, coma, and death. Ms. Richardson voices understanding and intent to comply. Will not issue Rx for Tramadol at today's visit. Pt reports having some left from the previous Rx.

I have also recommended starting the following medications:Will CPT with Gabapentin and Zanaflex due to effectiveness.
I have reviewed the proper use of the medication(s) and their side effect with the patient. The patient expressed an understanding of what was discussed and agrees to try the medication(s).
Stressed the importance of taking medications only as prescribed and never with alcohol. Patient voiced understanding and intent to comply.
Discussed the side effects and dangers of taking opioids and benzodiazepines up to and including death. The patient is aware of the potentiation of opioid inudced respiratory depression associated with co-administration of benzodiazepines.
Patient instructed on the dangers of over-utilizing medications up to and including death. Instructed patient to take medications as directed. Patient voiced understanding and intent to comply.
CSA violations were discussed at today's visit. Patient was instructed that any repeated behavior such as this may result in a possible psych evaluation referral, and/or discontinuation of controlled pain medications. Education provided regarding the dangers involved with over-utilization including respiratory depression, coma, and death. Patient voices understanding and intent to comply.
**Schedule:** (L) C6, C7 TFE #3
**Disposition:** ASC/RTC 1 month/review UTX

**Medications:**
ZANAFLEX 4 MG CAPS (TIZANIDINE HCL) Take one tablet Q12hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.** #60 x 0
Entered and Authorized by: Holly R Keel FNPC
Electronically signed by: Holly R Keel FNPC on 08/02/2017
Method used: Print then Give to Patient
RxID: 1817290504473490
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) take 1 cap po BID for chronic nerve pain ***WARN SEDATION** #60 x 0
Entered and Authorized by: Holly R Keel FNPC
Electronically signed by: Holly R Keel FNPC on 08/02/2017
Method used: Print then Give to Patient
RxID: 1817290504473450

**Electronically signed by Holly R Keel FNPC on 08/02/2017 at 11:18 AM**
**Electronically signed by Michael E Steuer, MD on 08/24/2017 at 12:58 AM**

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*September 7, 2017*
Page 10
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*September 7, 2017*
Page 1
Office Procedure

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**08/21/2017 - Office Procedure: RV 8/31 to eval for (L) C6, C7 DRG Rf**
**Provider: Michael E Steuer, MD**
**Location of Care: Germantown ASC**
**This document contains external references**

| | |
|---|---|
| Preoperative Diagnosis: | Radiculopathy, Cervical Region |
| Postoperative Diagnosis: | Radiculopathy, Cervical Region |
| Procedure: | Bilateral C6 and C7 Transforaminal Epidural Steroid Injection #3 (Therapeutic) |
| Surgeon: | Michael E. Steuer, M.D. |
| Anesthesia: | Moderate Conscious Sedation |
| Complications: | None |
| Drains: | None |
| Disposition: | Home |

**Indications:**
Ms. Richardson returns to the MidSouth Interventional Pain Institute today with moderate improvement in symptomatology since initially presenting to us for treatment. The patient has failed conservative management with physical therapy and medication trials. The patient derived **100%** improvement lasting two weeks with sudden return since the last procedure. The patient continues to complain of cervical radicular pain, the indication for this procedure. I have discussed with the patient the advantages, risks, alternatives, and potential complications of transforaminal epidural steroid injections. The patient understands and agrees to proceed. The patient's most recent H&P (within the last 30 days) was reviewed today and no changes were required. All questions have been answered. Informed consent was obtained.

**Procedure:**
The patient was escorted to the procedure room and placed in the supine position on a fluoroscopic-compatible table. Pre-operative vital signs were taken and were noted to be within acceptable limits prior to initiating the procedure. The patient was pre-medicated with six (6) mg Versed IV in divided doses. Spontaneous ventilation proceeded uneventfully throughout.

The skin overlying the anterolateral cervical spine was sterilely and broadly prepared and draped with Betadine in the usual sterile fashion. 22 gauge 3.5inch curved-tipped Quincke spinal needles were introduced through the same areas and advanced under ipsilateral anterior oblique fluoroscopic imaging until the tips of the needles were noted to approach the superolateral margins of the bilateral C6 and C7 neural foramina. The C-arm was rotated into the AP view, and the tips of the needles were advanced slightly until they were noted to be resting within the superficial aspects of the neural foramina. Injection of Omnipaque-300 contrast under live, continuous fluoroscopic guidance demonstrated proper spread of contrast dye with no evidence of vascular uptake or intrathecal spread. At this juncture, after negative aspiration, a total of 2 cc containing Bupivacaine 0.25% were injected through each needle at each level. The needles were removed, and the patient was asked to sit.

**Post-op:**
Following the procedure, the patient noted progressive onset of sensory anesthesia, as expected, in the bilateral C6 and C7 dermatomes. The patient stated that painful symptoms were **100%** abolished in the

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

exact dermatomal aspects where painful symptoms had previously existed. See PACU record for postoperative monitoring and evaluation of the patient. The patient was discharged home with appropriate instructions for post-block care and follow up

**Electronically signed by Michael E Steuer, MD on 08/24/2017 at 12:57 AM**

Sep. 8. 2017 8:58AM No. 3446 P. 1

# MIDSOUTH PAIN TREATMENT CENTER

MidSouth Interventional Pain Institute, LLC
Michael E. Steuer, MD, PC

146 Timber Creek
Cordova, TN 38018
Phone: (901) 751-4112 Fax: (901) 753-9789

Office Hours: Monday thru Thursday, 8AM-5PM

## FAX COVER SHEET

Date: 9/7/17 No. of Pages (including cover): ______

Attention: Liberty mutual Insurance

Fax Number: (603) 430-0489

From: Felicia – Medical Records (Extension 116)
Email: fbrunt@midsouthpain.com

---

Patient's Name: Shama Richardson DOB: ______

Subject: Faxed medical record invoice & will send medical records upon payment Invoice was in the amount of $ 20.00.

---

Please contact me as soon as possible with any questions or concerns. You may reach me by the phone number listed above. Your prompt attention is appreciated.

Thanks,
Felicia

*The information contained in this facsimile message is legally privileged and confidential, intended for the entity identified above. Any other distribution of this telecopy is prohibited. If you have received this in error, please notify us by phone immediately.*

MidSouth Pain Treatment Center
Michael E. Steuer, M.D.
Steven T. Richey, M.D.
Kirk Kinard, D.O.
146 Timber Creek Dr. Ste: 200
901-751-4112-- Fax 901-753-9789

# Invoice – Medical Records

| Responsible Party | Statement Date |
|---|---|
| Liberty Mutual Insurance | 9/7/17 |

| Patient Name | DOB | Description | Amount Due |
|---|---|---|---|
| Shunna Richardson | | | $20.00 |

Number of Pages Pages

**PLEASE MAKE CHECK PAYABLE TO MICHAEL E. STEUER, M.D., PC**

**MEDICAL RECORDS WILL BE SENT UPON RECEIPT OF PAYMENT**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

| | |
|---|---|
| Date: | August 14, 2017 |
| To: | FNP HOLLY KEEL |
| Attn: | |
| Fax: | (901) 751-9878 |
| From: | Amy Corcoran<br>Disability Claims Case Manager II<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-0489 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

August 14, 2017

Fnp Holly Keel

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Fnp Holly Keel:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2017 through the present.
- Estimated return to work date.

We ask that you provide this information by August 16, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0489 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson¿s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: 7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.15.2017

0G046170179

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Shanna Richardson Claim No 7164999

Employer/Sponsor/Customer Name Nike, Inc.

Return to: Amy Corcoran

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations **EXCEPT** to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shanna Richardson
Claimant Name (Print)

Date of Birth

Shanna Richardson
Claimant Signature

2/6/17
Date

7164999
Claim Number

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

| | |
|---|---|
| Date: | August 25, 2017 |
| To: | FNP HOLLY KEEL |
| Attn: | |
| Fax: | (901) 751-9878 |
| From: | Amy Corcoran<br>Disability Claims Case Manager II<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-0489 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

August 25, 2017

Fnp Holly Keel

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Fnp Holly Keel:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to Shanna Richardson's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to Dr. Keel. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by August 29, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: 7164999-REQUEST-PROVIDER-08.14.2017

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

| | |
|---|---|
| Date: | August 14, 2017 |
| To: | FNP HOLLY KEEL |
| Attn: | |
| Fax: | (901) 751-9878 |
| From: | Amy Corcoran<br>Disability Claims Case Manager II<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-0489 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

August 14, 2017

Fnp Holly Keel

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Fnp Holly Keel:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2017 through the present.
- Estimated return to work date.

We ask that you provide this information by August 16, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0489 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson¿s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: 7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.15.2017

0G046170179

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Shanna Richardson Claim No 7164999

Employer/Sponsor/Customer Name Nike, Inc.

Return to: Amy Corcoran

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shanna Richardson
Claimant Name (Print)

Date of Birth

Shanna Richardson
Claimant Signature

2/6/17
Date

7164999
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

| | |
|---|---|
| Date: | August 14, 2017 |
| To: | FNP HOLLY KEEL |
| Attn: | |
| Fax: | (901) 751-9878 |
| From: | Amy Corcoran<br>Disability Claims Case Manager II<br>Phone No.: Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-0489 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

August 14, 2017

Fnp Holly Keel

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Fnp Holly Keel:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2017 through the present.
- Estimated return to work date.

We ask that you provide this information by August 16, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0489 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson¿s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: 7164999-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.15.2017

0G046170179

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Shanna Richardson Claim No 7164999

Employer/Sponsor/Customer Name Nike, Inc.

Return to: Amy Corcoran

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes)**.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shanna Richardson
Claimant Name (Print)

Date of Birth

Shanna Richardson
Claimant Signature

2/6/17
Date

7164999
Claim Number

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*July 17, 2017*
Page 1
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**06/27/2017 - Office Visit: ASC/RTC 1 month/eval Tramadol/**
**Provider: Holly R Keel FNPC**
**Location of Care: Michael E Steuer MD PC - Cordova Clinic**
**This document contains external references**

Referred By: Campbell Clinic
Visit Type: Return

**Chief Complaint:** Cervical Pain
Other pain complaints: Headache, Hip Pain, Shoulder Pain, Thoracic Pain, LUE Pain
Cause of patient's pain: I have degenerative disc disease, bulging disc in C5-C6 of neck. Also told bone loss in that area
The patient is a 40 year old ,right handed female with 1.5 year(s) history of pain as above.
The pain level is graded at 9 (out of 10) without medicine.
The pain interferes with sleep 7 nights per week.
The pain is described as constant, burning, tingling, numb.
Valsalva maneuver: negative
Things that exacerbate pain: prolonged sitting: >20m, bending, stooping, lifting, prolonged standing, arching back, prolonged walking, turning head right, turning head left, tilting head right, tilting head left, extending neck, raising arm left, weather changes
Things that alleviate pain: NONE of the above
She describes cervical pain (left greater than right) radiating to left shoulder with intermittent burning, numbness, and paresthesia to her left upper extremity, hand, and all fingers.

## HPI:

The patient presents today with chief complaint of cervical pain. She describes cervical pain (left greater than right) radiating to left shoulder with intermittent burning, numbness, and paresthesia to her left upper extremity, hand, and all fingers.
She reports muscle relaxers and Gabapentin regimen as moderately effective without adverse side effects as demonstrated by decrease pain and increased resting at night without interruption.
She is not under CSA or opioid therapy with MSPTC.

Last UTX Date: 04/19/2017
Lab Findings: Consistent
Last Comp UTX Date: 04/19/2017
Lab Findings: Consistent

PMP Date: 05/22/2017
PMP Findings: Noted
per TN website

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*July 17, 2017*

Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

COMM Score: Negative
SNORE Score: negative

Known history of sleep apnea: No

**CLIA Waived Urine Tox Screen Results**

Date of Last Procedure: 05/15/2017
Intervention: (L) C5, C7 TFE #1 %
% of Relief: 0 %
Next Scheduled Procedure: 07/10/2017

**Current Medications:**
TRAMADOL HCL 50 MG ORAL TABS (TRAMADOL HCL) Take one tablet Q12hrs as needed for severe pain. **Warn drowsiness.** Do not drink ETOH, drive or take BZO's while taking. **NEW MEDICATION**
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) take 1 cap po BID for chronic nerve pain ***WARN SEDATION**
ZANAFLEX 4 MG CAPS (TIZANIDINE HCL) Take one tablet Q12hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.**NEW MEDICATION**
PLI CREAM (GREEN) Apply 1-2 gms topically to affected painful area QID prn**NEW medication**
BACLOFEN 10 MG ORAL TABS (BACLOFEN) Take 1 PO q12hrs prn muscle spasms**Warn drowsiness, no driving while taking**NEW medicaton**
LOSARTAN POTASSIUM TABS (LOSARTAN POTASSIUM TABS) per outside provider
NORVASC TABS (AMLODIPINE BESYLATE TABS) per outside provider
ULTRAM TABS (TRAMADOL HCL TABS) *HISTORICAL ONLY*
TYLENOL TABS (ACETAMINOPHEN TABS) *HISTORICAL ONLY*
NEURONTIN TABS (GABAPENTIN TABS) *HISTORICAL ONLY*
AMITRIPTYLINE HCL TABS (AMITRIPTYLINE HCL TABS) *HISTORICAL ONLY*
ZANAFLEX TABS (TIZANIDINE HCL TABS) *HISTORICAL ONLY*
CYCLOBENZAPRINE HCL TABS (CYCLOBENZAPRINE HCL TABS) *HISTORICAL ONLY*
MOTRIN IB TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
ADVIL TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
LORTAB TABS (HYDROCODONE-ACETAMINOPHEN TABS) *HISTORICAL ONLY*

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

COMM Score: Negative
SNORE Score: negative

Known history of sleep apnea: No

**CLIA Waived Urine Tox Screen Results**

Date of Last Procedure: 05/15/2017
Intervention: (L) C5, C7 TFE #1 %
% of Relief: 0 %
Next Scheduled Procedure: 07/10/2017

**Current Medications:**
TRAMADOL HCL 50 MG ORAL TABS (TRAMADOL HCL) Take one tablet Q12hrs as needed for severe pain. **Warn drowsiness.** Do not drink ETOH, drive or take BZO's while taking. **NEW MEDICATION**
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) take 1 cap po BID for chronic nerve pain ***WARN SEDATION**
ZANAFLEX 4 MG CAPS (TIZANIDINE HCL) Take one tablet Q12hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.**NEW MEDICATION**
PLI CREAM (GREEN) Apply 1-2 gms topically to affected painful area QID prn**NEW medication**
BACLOFEN 10 MG ORAL TABS (BACLOFEN) Take 1 PO q12hrs prn muscle spasms**Warn drowsiness, no driving while taking**NEW medicaton**
LOSARTAN POTASSIUM TABS (LOSARTAN POTASSIUM TABS) per outside provider
NORVASC TABS (AMLODIPINE BESYLATE TABS) per outside provider
ULTRAM TABS (TRAMADOL HCL TABS) *HISTORICAL ONLY*
TYLENOL TABS (ACETAMINOPHEN TABS) *HISTORICAL ONLY*
NEURONTIN TABS (GABAPENTIN TABS) *HISTORICAL ONLY*
AMITRIPTYLINE HCL TABS (AMITRIPTYLINE HCL TABS) *HISTORICAL ONLY*
ZANAFLEX TABS (TIZANIDINE HCL TABS) *HISTORICAL ONLY*
CYCLOBENZAPRINE HCL TABS (CYCLOBENZAPRINE HCL TABS) *HISTORICAL ONLY*
MOTRIN IB TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
ADVIL TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
LORTAB TABS (HYDROCODONE-ACETAMINOPHEN TABS) *HISTORICAL ONLY*

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*July 17, 2017*
Page 1
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**05/23/2017 - Office Visit: ASC/RTC 1 month/eval gabapentin and Zanaflex**
**Provider: Holly R Keel FNPC**
**Location of Care: Michael E Steuer MD PC - Cordova Clinic**
**This document contains external references**

Referred By: Campbell Clinic
Visit Type: Return

**Chief Complaint:** Cervical Pain
Other pain complaints: Headache, Hip Pain, Shoulder Pain, Thoracic Pain, LUE Pain
Cause of patient's pain: I have degenerative disc disease, bulging disc in C5-C6 of neck. Also told bone loss in that area
The patient is a 39 year old ,right handed female with 1.5 year(s) history of pain as above.
The pain level is graded at 8 (out of 10) without medicine.
The pain interferes with sleep 7 nights per week.
The pain is described as constant, burning, tingling, numb.
Valsalva maneuver: negative
Things that exacerbate pain: prolonged sitting: >20m, bending, stooping, lifting, prolonged standing, arching back, prolonged walking, turning head right, turning head left, tilting head right, tilting head left, extending neck, raising arm left, weather changes
Things that alleviate pain: NONE of the above
She describes cervical pain (left greater than right) radiating to left shoulder with intermittent burning, numbness, and paresthesia to her left upper extremity, hand, and all fingers.

## HPI:

The patient presents with chief complaint of cervical pain. She describes cervical pain (left greater than right) radiating to left shoulder with intermittent burning, numbness, and paresthesia to her left upper extremity, hand, and all fingers.
She reports 100% immediate relief following (L) C6,C7 TFE #1 on 5/15/2017 lasting one day as evidenced by DECREASED PAIN TO NECK AREA. She reports strain to left neck and arm post procedure.
She reports muscle relaxers and PLI cream as moderately effective.
She is not under CSA or opioid therapy with MSPTC.

Last UTX Date: 04/19/2017
Lab Findings: Consistent
Last Comp UTX Date: 04/19/2017
Lab Findings: Consistent

PMP Date: 05/22/2017
PMP Findings: Noted
per TN website

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*July 17, 2017*
Page 2
Office Visit

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

SOAPP-R Score: 13
COMM Score: Negative
SNORE Score: negative

Known history of sleep apnea: No

**CLIA Waived Urine Tox Screen Results**

Date of Last Procedure: 05/15/2017
Intervention: (L) C5, C7 TFE #1 %
% of Relief: 0 %

**Current Medications:**
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) take 1 cap po BID for chronic nerve pain ***WARN SEDATION***NEW MEDCATION**
ZANAFLEX 4 MG CAPS (TIZANIDINE HCL) Take one tablet Q12hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.**NEW MEDICATION**
PLI CREAM (GREEN) Apply 1-2 gms topically to affected painful area QID prn**NEW medication**
BACLOFEN 10 MG ORAL TABS (BACLOFEN) Take 1 PO q12hrs prn muscle spasms**Warn drowsiness, no driving while taking**NEW medicaton**
LOSARTAN POTASSIUM TABS (LOSARTAN POTASSIUM TABS) per outside provider
NORVASC TABS (AMLODIPINE BESYLATE TABS) per outside provider
ULTRAM TABS (TRAMADOL HCL TABS) *HISTORICAL ONLY*
TYLENOL TABS (ACETAMINOPHEN TABS) *HISTORICAL ONLY*
NEURONTIN TABS (GABAPENTIN TABS) *HISTORICAL ONLY*
AMITRIPTYLINE HCL TABS (AMITRIPTYLINE HCL TABS) *HISTORICAL ONLY*
ZANAFLEX TABS (TIZANIDINE HCL TABS) *HISTORICAL ONLY*
CYCLOBENZAPRINE HCL TABS (CYCLOBENZAPRINE HCL TABS) *HISTORICAL ONLY*
MOTRIN IB TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
ADVIL TABS (IBUPROFEN TABS) *HISTORICAL ONLY*
LORTAB TABS (HYDROCODONE-ACETAMINOPHEN TABS) *HISTORICAL ONLY*

## Plan

There were no barriers to communication with patient.

**I have reviewed the following information:**
Pain Center Intake Questionnaire, COMM results, Urine Drug Monitoring Test Results, PMP Consistent
Confirmation UTX from 4/19/17 is consistent.

**The following information has been requested:**
recent lab work
Will request recent labs from Campbell's clinic.

**I have recommended the following options to treat the patient's pain:**
, Cervical Transforaminal Epidural Steroid Injection, Will schedule (L) C6, C7 TFE #2 due to short-term effectiveness of previous intervention with continued complaints of pain.
Pre-procedure instructions including the need for a driver was reviewed with patient.

**Pharmacologic Management:**
No CSA with MSPTC at this time.
I have also recommended starting the following medications:Will discontinue Baclofen due to ineffectiveness.
Will add Gabapentin 300mg po BID for neuropathic pain.
Will add Zanaflex 4mg Q12hrs prn muscle spasms.
I have reviewed the proper use of the medication(s) and their side effect with the patient. The patient expressed an understanding of what was discussed and agrees to try the medication(s).
**Disposition:** ASC/RTC 1 month/eval gabapentin and Zanaflex

**Prescriptions:**
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) take 1 cap po BID for chronic nerve pain ***WARN SEDATION***NEW MEDCATION** #60 x 0

Entered and Authorized by: Holly R Keel FNPC
Electronically signed by: Holly R Keel FNPC on 05/23/2017
Method used: Print then Give to Patient
RxID: 1811151023369540

ZANAFLEX 4 MG CAPS (TIZANIDINE HCL) Take one tablet Q12hrs prn muscle spasms. **Warn drowsiness. Do not drink alcohol, drive or take BZO's while taking.**NEW MEDICATION** #60 x 0

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*July 17, 2017*
Page 1
Office Procedure

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**07/10/2017 - Office Procedure: (L) C6,C7 TFE # 3 NEXT.**
**Provider: Michael E Steuer, MD**
**Location of Care: Germantown ASC**
**This document contains external references**

| | |
|---|---|
| Preoperative Diagnosis: | Radiculopathy, Cervical Region |
| Postoperative Diagnosis: | Radiculopathy, Cervical Region |
| Procedure: | Transforaminal Left C6 and C7 Epidural Steroid Injection #2 (Therapeutic) |
| Surgeon: | Michael E. Steuer, M.D. |
| Anesthesia: | Moderate Conscious Sedation |
| Complications: | None |
| Drains: | None |
| Disposition: | Home |

**Indications:**
Ms. Richardson returns to the MidSouth Interventional Pain Institute today with moderate improvement in symptomatology since initially presenting to us for treatment. The patient has failed conservative management with physical therapy and medication trials. The patient derived **100%** improvement lasting two days with gradual return since the last procedure. The patient continues to complain of cervical radicular pain, the indication for this procedure. I have discussed with the patient the advantages, risks, alternatives, and potential complications of transforaminal epidural steroid injections. The patient understands and agrees to proceed. The patient's most recent H&P (within the last 30 days) was reviewed today and no changes were required. All questions have been answered. Informed consent was obtained.

**Procedure:**
The patient was escorted to the procedure room and placed in the supine position on a fluoroscopic-compatible table. Pre-operative vital signs were taken and were noted to be within acceptable limits prior to initiating the procedure. The patient was pre-medicated with three (3) mg Versed IV in divided doses. Spontaneous ventilation proceeded uneventfully throughout.

The skin overlying the anterolateral cervical spine was sterilely and broadly prepared and draped with Betadine in the usual sterile fashion. Skin wheals were raised over the neural foramina in question with a 30 gauge short-tipped needle using approximately 2-3cc containing 1% Lidocaine. 22 gauge 3.5inch curved-tipped Quincke spinal needles were introduced through the same areas and advanced under ipsilateral anterior oblique fluoroscopic imaging until the tips of the needles were noted to approach the superolateral margins of the left C6 and C7 neural foramina. The C-arm was rotated into the AP view, and the tips of the needles were advanced slightly until they were noted to be resting within the superficial aspects of the neural foramina. Injection of Omnipaque-300 contrast under live, continuous fluoroscopic guidance demonstrated proper spread of contrast dye with no evidence of vascular uptake or intrathecal spread. At this juncture, after negative aspiration, a total of 2 cc containing Bupivacaine 0.25% were injected through each needle at each level. The needles were removed, and the patient was asked to sit.

**Post-op:**
Following the procedure, the patient noted progressive onset of sensory anesthesia, as expected, in the left

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*July 17, 2017*
Page 2
Office Procedure

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

C6 and C7 dermatomes. The patient stated that painful symptoms were **100%** abolished in the exact dermatomal aspects where painful symptoms had previously existed. See PACU record for postoperative monitoring and evaluation of the patient. The patient was discharged home with appropriate instructions for post-block care and follow up.

**Electronically signed by Michael E Steuer, MD on 07/12/2017 at 10:20 PM**

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878



**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

**05/15/2017 - Office Procedure: RV 5/23, then (L) C5, C7 TFE #2**
**Provider: Michael E Steuer, MD**
**Location of Care: Germantown ASC**
**This document contains external references**

| | |
|---|---|
| Preoperative Diagnosis: | Radiculopathy, Cervical Region |
| Postoperative Diagnosis: | Radiculopathy, Cervical Region |
| Procedure: | Transforaminal Left C5 and C7 Epidural Injection #1 (Diagnostic) |
| Surgeon: | Michael E. Steuer, M.D. |
| Anesthesia: | Moderate Conscious Sedation |
| Complications: | None |
| Drains: | None |
| Disposition: | Home |

**Indications:**
Ms. Richardson presents to the MidSouth Interventional Pain Institute today with signs and symptoms consistent with Cervical Radiculopathy. The patient has failed conservative management with physical therapy and medication trials. The patient complains of cervical radicular pain, the indication for this procedure. I have discussed with the patient the advantages, risks, alternatives, and potential complications of transforaminal epidural injections. The patient understands and agrees to proceed. The patient's most recent H&P (within the last 30 days) was reviewed today and no changes were required. All questions have been answered. Informed consent was obtained.

**Procedure:**
The patient was escorted to the procedure room and placed in the supine position on a fluoroscopic-compatible table. Pre-operative vital signs were taken and were noted to be within acceptable limits prior to initiating the procedure. The patient was pre-medicated with three (3) mg Versed IV in divided doses. Spontaneous ventilation proceeded uneventfully throughout.

The skin overlying the anterolateral cervical spine was sterilely and broadly prepared and draped with Betadine in the usual sterile fashion. Skin wheals were raised over the neural foramina in question with a 30 gauge short-tipped needle using approximately 2-3cc containing 1% Lidocaine. 22 gauge 3.5inch curved-tipped Quincke spinal needles were introduced through the same areas and advanced under ipsilateral anterior oblique fluoroscopic imaging until the tips of the needles were noted to approach the superolateral margins of the left C5 and C7 neural foramina. The C-arm was rotated into the AP view, and the tips of the needles were advanced slightly until they were noted to be resting within the superficial aspects of the neural foramina. Injection of Omnipaque-300 contrast under live, continuous fluoroscopic guidance demonstrated proper spread of contrast dye with no evidence of vascular uptake or intrathecal spread. At this juncture, after negative aspiration, a total of 2 cc of Bupivacaine 0.25% were injected through each needle at each level. The needles were removed, and the patient was asked to sit.

**Post-op:**
Following the procedure, the patient noted progressive onset of sensory anesthesia, as expected, in the left C5, C6, and C7 dermatomes. The patient stated that painful symptoms were **100%** abolished in the exact dermatomal aspects where painful symptoms had previously existed. See PACU record for postoperative

**Michael E Steuer MD PC - Cordova Clinic**
146 Timber Creek Dr Suite 200 Cordova , TN 38018-4474
(901) 751-4112 Fax: (901) 751-9878

*July 17, 2017*
Page 2
Office Procedure

**Shanna Richardson**
Female DOB: 28274 Ins: Blue Care Grp: 125000

monitoring and evaluation of the patient. The patient was discharged home with appropriate instructions for post-block care and follow up.

**Electronically signed by Michael E Steuer, MD on 05/18/2017 at 11:27 AM**

**n0197271**

| | |
|---|---|
| **From:** | Shanna Richardson |
| **Sent:** | Wednesday, July 12, 2017 7:41:15 PM |
| **To:** | Corcoran, Amy |
| **Subject:** | My medical records |

This is Shanna Richardson, I will probably send you the medical records from my doctor at The Midsouth Pain Management Center myself, it will probably be quicker. I don't want to end up in the same horrible situation I was in not too long ago. I didn't know I had such a short period of time for benefits on the long term. I have 2 more procedures to have and most likely physical therapy that's why Nike is trying to give me more leave time.

01137170022

# DIRECT DEPOSIT APPLICATION

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

**Return To:** Amy Corcoran

**EMPLOYEE/CLAIMANT NAME:** Shanna Richardson
**CLAIM NO:** 7164999
**EMPLOYER/SPONSOR:** Nike, Inc. **DATE OF BIRTH:**

**CHECK ONE:** [X] New [ ] Change
**YOUR TELEPHONE NUMBER:**
**ADDRESS:**

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

**REQUIRED FIELDS ARE BOLDED BELOW**
******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** [X] Checking [ ] Savings
**BANK NAME:** Green Dot Bank
**9 DIGIT ABA ROUTING NUMBER:**
**BANK ADDRESS:** P.O. Box 5100 91117 Pasadena, CA 91117-0100
**YOUR ACCOUNT NUMBER:**
**CITY:** Pasadena **STATE:** CA **ZIP:** 91117-0100
**BANK PHONE:** 877 937-4098

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** [ ] YES [X] NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** [ ] YES [X] NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: Shanna Richardson Date: 5/10/17

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc.

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

☆☆ I don't have checks with my account.

**n0159955**

---

**From:** Martin, Troy
**Sent:** Thursday, May 04, 2017 9:36:40 AM
**To:** 'Shanna Richardson'
**Cc:** Corcoran, Amy
**Subject:** RE: My LTD claim

Hi Ms. Richardson,

A monthly check paying LTD benefits for 3/23/17 through 4/22/17 was mailed this morning to your address on file.

If you have any questions, please feel free to reach out to us!

Troy W. Martin, MBA
Integrated Leave Team Manager I
Liberty Mutual Benefits Claims
Liberty Life Assurance Company of Boston- A Liberty Mutual Insurance Co.
PO Box 7206, London, KY 40742-7206 Mailstop 03-4
Direct Dial: 855-306-6931 x16173 | SDN 8-7316173
Direct Fax: 603-334-4119
troy.martin@libertymutual.com
This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 855-306-6391 extension 16173 and permanently delete the original and any copy of any e-mail and any printout thereof.

-----Original Message-----
From: Shanna Richardson [mailto
Sent: Wednesday, May 03, 2017 5:21 PM
To: Martin, Troy <TROY.MARTIN@LibertyMutual.com>
Subject: My LTD claim

Hi Mr. Martin,

This is Shanna Richardson, me and my son are about to lose our home. This is the 3rd day that rent is due and tomorrow is the 4th. Can you please contact payroll and see if they can send my check soon. We are about to lose our home. Please help me.

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 08/27/15

## Visit Summary

### Reason for Visit

**Sore Throat** congestion

### Diagnoses

**Upper respiratory infection** - Primary
**Nasal congestion**
**Sore throat**
**Hypertension, benign**

### Problem List as of 8/27/2015

Date Reviewed: **10/23/2014**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM F41.1<br>ICD-9-CM 300.00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM I10<br>ICD-9-CM 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM F32.9<br>ICD-9-CM 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM G47.00<br>ICD-9-CM 780.52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM G43.909<br>ICD-9-CM 346.90 | | | 2/15/2013 - Present |
| **Abnormal uterine bleeding (AUB)** | ICD-10-CM N93.9<br>ICD-9-CM 626.9 | | | 8/4/2014 - Present |
| **Pelvic pain** | ICD-10-CM R10.2<br>ICD-9-CM IMO0002 | | | 8/4/2014 - Present |
| **HTN (hypertension)** | ICD-10-CM I10<br>ICD-9-CM 401.9 | | | 8/4/2014 - Present |
| **Leiomyoma of uterus** | ICD-10-CM D25.9<br>ICD-9-CM 218.9 | | | 8/22/2014 - Present |
| **Excessive or frequent menstruation** | ICD-10-CM N92.0<br>ICD-9-CM 626.2 | | | 8/22/2014 - Present |
| **Coagulation defect** | ICD-10-CM D68.9<br>ICD-9-CM 286.9 | | | 8/22/2014 - Present |
| **Esophagitis** | ICD-10-CM K20.9<br>ICD-9-CM 530.10 | | | 8/22/2014 - Present |
| **Abdominal pain** | ICD-10-CM R10.9<br>ICD-9-CM 789.00 | | | 8/22/2014 - Present |
| **Status post hysterectomy** | ICD-10-CM Z90.710<br>ICD-9-CM V88.01 | | | 10/8/2014 - Present |

**Reviewed** On: **8/27/2015** By **Barbara Holden, LPN**

### Allergies as of 8/27/2015

| Allergen | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrocodone** | 04/01/2014 | | |
| **Percocet [Oxycodone-Acetaminophen]** | 11/06/2014 | Allergy | Nausea Only |

### Immunizations

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical** | 01/01/16 | | | |
| Given By | | | | |
| **Influenza TIV historical** | Thu Oct 9, 2014 2:12 PM | 0.5 mL | Intramuscular | Left deltoid |

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 08/27/15

**Visit Summary (continued)**

**Immunizations (continued)**

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| Given By Joyce Bradshaw, RN | | | | |

**Vital Signs**

Most recent update 8/27/2015 11:11 AM by Whitney Tolbert, NP

| BP | Pulse | Temp(Src) | Resp | Ht | Wt |
|---|---|---|---|---|---|
| 138/88 mmHg | 74 | 98.3 °F (36.8 °C) (Oral) | 18 | 5' 3" (1.6 m) | 198 lb (89.812 kg) |
| **BMI** | **SpO2** | **LMP** | | | |
| 35.08 kg/m2 | 98% | 09/10/2014 | | | |

Vitals History

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 08/27/15

## Treatment Vitals (all recorded)

**Treatment Vitals**

None

**Pati ..... ory**

**Medical as of 8/27/2015**

| Past Medical History | Date | Comments | Source |
|---|---|---|---|
| Uterine fibroid [218.9 (ICD-9-CM)] | | | Provider |
| Hypertension [401.9 (ICD-9-CM)] | | | Provider |
| Obesity [278.00 (ICD-9-CM)] | | | Provider |
| Migraine [346.90 (ICD-9-CM)] | | | Provider |
| Anxiety [300.00 (ICD-9-CM)] | | | Provider |
| Pyelonephritis [590.80 (ICD-9-CM)] | | | Provider |
| Gastritis [535.50 (ICD-9-CM)] | | | Provider |
| Guillain-Barre syndrome [357.0 (ICD-9-CM)] | 1996 | | Provider |
| Diminished uterine growth [621.9 (ICD-9-CM)] | | | Provider |

**Surgical as of 8/27/2015**

| Past Surgical History | Laterality | Date | Comments |
|---|---|---|---|
| CESAREAN SECTION [SUR1452] | | 2001 | |
| ESOPHAGOGASTRODUODENOSCOPY [SHX1529] | | 2013 | |
| HYSTERECTOMY [SHX81] | | | |

**Family as of 8/27/2015**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Diabetes | Mother | | | | Provider |
| Hypertension | Mother | | | | Provider |
| Cirrhosis | Father | | | | Provider |

**Family Status as of 8/27/2015**

| Relation | Name | Status | Death Age | Comments | Source |
|---|---|---|---|---|---|
| Father | | Deceased | 57 | | Provider |
| Mother | | Alive | | | Provider |

**Tobacco Use as of 8/27/2015**

| Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeless Tobacco Status | Smokeless Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|
| Never Smoker | Provider | | 0.0 | 0.0 | | | | Never Used | |

**Alcohol Use as of 8/27/2015**

| Alcohol Use | Source | Drinks/Week | Alcohol/Wk | Comments |
|---|---|---|---|---|
| No | Provider | | | |

**Drug Use as of 8/27/2015**

| Drug Use | Source | Types | Frequency | Comments |
|---|---|---|---|---|
| No | Provider | | 0.00 | |

**Sexual Activity as of 8/27/2015**

| Sexually Active | Source | Birth Control | Partners | Comments |
|---|---|---|---|---|
| Not Asked | Provider | | | |

**Social ADL as of 8/27/2015**

| ADL Question | Response | Comments | Source |
|---|---|---|---|
| **None** | | | |

**Occupational as of 8/27/2015** **None**

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 08/27/15

| Socioeconomic as of 8/27/2015 | Marital Status | Spouse Name | Num of Children | Years Education | Source |
|---|---|---|---|---|---|
| | Single | | | | |
| | Preferred Language | Ethnicity | Race | | |
| | English | Not Hispanic or Latino | Black or African American | | |

**Medications**

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking/Discontinued)**<br>Sig TAKE 1 TABLET BY MOUTH AT BEDTIME<br>Reason for Discontinue. **Reorder** | 30 tablet | 0 | 5/7/2015 | 8/27/2015 |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking/Discontinued)**<br>Sig. Take one tablet (50 mg total) by mouth nightly<br>Route. Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 2 | 8/27/2015 | 11/26/2015 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking/Discontinued)**<br>Sig. Take 1 tablet (10 mg total) by mouth one (1) time a day.<br>Route. Oral<br>Reason for Discontinue. **Reorder** | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)**<br>Sig. Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain<br>Class. Phone In<br>Route. Oral<br>Reason for Discontinue. **Therapy completed** | 20 tablet | 0 | 12/4/2014 | 2/17/2016 |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)**<br>Sig: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME<br>Reason for Discontinue. **Reorder**<br>Cosign for Ordering: Accepted by Alston Graham Warr, MD on 7/8/2015 6:02 PM | 30 tablet | 0 | 7/7/2015 | 8/27/2015 |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)**<br>Sig. Take one tablet (50 mg total) by mouth nightly<br>Route Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 2 | 8/27/2015 | 11/26/2015 |

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking/Discontinued)**<br>Sig: TAKE 1 TABLET BY MOUTH AT BEDTIME<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 5/7/2015 | 8/27/2015 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig - Route Take 1 tablet (10 mg total) by mouth one (1) time a day. - Oral | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Taking)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain - Oral<br>Class Phone In | 20 tablet | 0 | 12/4/2014 | 2/17/2016 |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)**<br>Sig TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME | 30 tablet | 0 | 7/7/2015 | 8/27/2015 |

**Medications (continued)**

**Medications at Start of Encounter (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Reason for Discontinue: **Reorder**<br>Cosign for Ordering: Accepted by Alston Graham Warr, MD on 7/8/2015 6:02 PM | | | | |
| **traMADol (ULTRAM) 50 mg tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain - Oral<br>Class: Print | 25 tablet | 0 | 10/9/2014 | 2/17/2016 |
| **traMADol (ULTRAM) 50 mg tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral<br>Class: Print | 15 tablet | 0 | 10/23/2014 | 2/17/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain - Oral<br>Class: Print<br>Reason for Discontinue: **Duplicate order** | 20 tablet | 0 | 12/4/2014 | 8/27/2015 |
| **traZODone (DESYREL) 50 MG tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth nightly - Oral<br>Reason for Discontinue: **Duplicate order** | 30 tablet | 0 | 12/4/2014 | 8/27/2015 |
| **traZODone (DESYREL) 50 MG tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth nightly - Oral<br>Reason for Discontinue: **Duplicate order** | 30 tablet | 2 | 12/4/2014 | 8/27/2015 |

**Discontinued Medications**

| | Reason for Discontinue |
|---|---|
| **traMADol (ULTRAM) 50 mg tablet** | Duplicate order |
| **traZODone (DESYREL) 50 MG tablet** | Duplicate order |
| **traZODone (DESYREL) 50 MG tablet** | Duplicate order |
| **amitriptyline (ELAVIL) 50 MG tablet** | Reorder |
| **traZODone (DESYREL) 50 MG tablet** | Reorder |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Discontinued)**<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 2 | 8/27/2015 | 11/26/2015 |
| **traZODone (DESYREL) 50 MG tablet (Discontinued)**<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 2 | 8/27/2015 | 11/26/2015 |
| **azithromycin (ZITHROMAX Z-PAK) 250 MG tablet**<br>Sig: Take 2 tablets (500 mg) on Day 1, followed by 1 tablet (250 mg) once daily on Days 2 through 5. | 6 tablet | 0 | 8/27/2015 | 9/1/2015 |
| **losartan (COZAAR) 25 MG tablet**<br>Sig - Route: Take one tablet (25 mg total) by mouth one (1) time a day - Oral | 30 tablet | 5 | 8/27/2015 | 8/26/2016 |

**Ordered Facility-Administered Medications**

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| **methylPREDNISolone acetate (DEPO-MEDROL) 40 mg/mL injection 40 mg**<br>Route: Intramuscular | 40 mg | Once | 8/27/2015 | 8/27/2015 |
| **dexamethasone (DECADRON) injection 4 mg**<br>Route: Intramuscular | 4 mg | Once | 8/27/2015 | 8/27/2015 |

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 08/27/15

**Medications (continued)**

**All Meds and Administrations**

methylPREDNISolone acetate (DEPO-MEDROL) 40 mg/mL injection 40 mg [28754237] Status: Completed (Past End Date/Time)

Ordering Provider: Whitney Tolbert, NP
Ordered On: 08/27/15 1112
Dose (Remaining/Total): 40 mg (0/1)
Route: Intramuscular
Starts/Ends: 08/27/15 1115 - 08/27/15 1153
Frequency: Once
Rate/Duration: - / -

| Action Time | Status | Dose | Route | Site | Given by |
|---|---|---|---|---|---|
| 08/27/15 1153 | Given | 40 mg | Intramuscular | Left Gluteal | Barbara Holden, LPN |
| | Comments | one injection | | | |

dexamethasone (DECADRON) injection 4 mg [28754238] Status: Completed (Past End Date/Time)

Ordering Provider: Whitney Tolbert, NP
Ordered On: 08/27/15 1112
Dose (Remaining/Total): 4 mg (0/1)
Route: Intramuscular
Starts/Ends: 08/27/15 1115 - 08/27/15 1151
Frequency: Once
Rate/Duration: - / -

| Action Time | Status | Dose | Route | Site | Given by |
|---|---|---|---|---|---|
| 08/27/15 1151 | Given | 4 mg | Intramuscular | Left Gluteal | Barbara Holden, LPN |
| | Comments | one injection | | | |

**Orders**

**All Orders and Results Except Lab and Imaging**

No orders and results found

**Result Summary**

**All Lab and Imaging Orders and Results**

No orders and results found

**Progress Notes**

**Progress Notes by Whitney Tolbert, NP at 8/27/2015 11:08 AM**

Author: Whitney Tolbert, NP
Filed: 8/27/2015 11:27 AM
Editor: Whitney Tolbert, NP (Nurse Practitioner)
Cosigner: (none)
Service: (none)
Note Time: 8/27/2015 11:08 AM
Author Type: Nurse Practitioner
Status: Cosign Needed
Cosign Required: Yes

**Subjective:**

**Patient ID:** Shanna L Richardson is a 38 y.o. female.

**Cold Symptoms**

This is a new problem. The current episode started in the past 7 days. The problem has been gradually

Progress Notes (continued)

Progress Notes by Whitney Tolbert, NP at 8/27/2015 11:08 AM (continued)

worsening. Maximum temperature: felt feverish. Associated symptoms include congestion, coughing, headaches, a plugged ear sensation, rhinorrhea and a sore throat. Pertinent negatives include no abdominal pain, chest pain, diarrhea, dysuria, ear pain, joint pain, joint swelling, nausea, neck pain, rash, sneezing, swollen glands, vomiting or wheezing. She has tried acetaminophen for the symptoms. The treatment provided mild relief.

Review of Systems
Constitutional: Positive for fatigue. Negative for fever.
HENT: Positive for congestion, postnasal drip, rhinorrhea, sinus pressure and sore throat. Negative for ear pain and sneezing.
Respiratory: Positive for cough. Negative for shortness of breath and wheezing.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for nausea, vomiting, abdominal pain and diarrhea.
Genitourinary: Negative for dysuria.
Musculoskeletal: Negative for joint pain, arthralgias and neck pain.
Skin: Negative for rash.
Neurological: Positive for headaches. Negative for dizziness.
Hematological: Negative for adenopathy.

**Objective:**

BP 138/88 mmHg | Pulse 74 | Temp(Src) 98.3 °F (36.8 °C) (Oral) | Resp 18 | Ht 5' 3" (1.6 m) | Wt 198 lb (89.812 kg) | BMI 35.08 kg/m2 | SpO2 98% | LMP 09/10/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: Tympanic membrane is bulging. Tympanic membrane is not erythematous.
Left Ear: Tympanic membrane is bulging. Tympanic membrane is not erythematous.
Nose: Mucosal edema present.
Mouth/Throat: Posterior oropharyngeal erythema present. No oropharyngeal exudate or posterior oropharyngeal edema.
Eyes: Conjunctivae are normal. Pupils are equal, round, and reactive to light.
Neck: Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes.
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 8/27/2015 11:08 AM (continued)**

**Assessment/Plan:**

Shanna was seen today for sore throat.

Diagnoses and associated orders for this visit:

**Upper respiratory infection**
- Discontinue: losartan (COZAAR) 25 MG tablet; Take one tablet (25 mg total) by mouth one (1) time a day
- azithromycin (ZITHROMAX Z-PAK) 250 MG tablet; Take 2 tablets (500 mg) on Day 1, followed by 1 tablet (250 mg) once daily on Days 2 through 5.
- methylPREDNISolone acetate (DEPO-MEDROL) 40 mg/mL injection 40 mg; Inject 1 mL (40 mg total) into the muscle once
- dexamethasone (DECADRON) injection 4 mg; Inject 1 mL (4 mg total) into the muscle once

**Nasal congestion**
- methylPREDNISolone acetate (DEPO-MEDROL) 40 mg/mL injection 40 mg; Inject 1 mL (40 mg total) into the muscle once
- dexamethasone (DECADRON) injection 4 mg; Inject 1 mL (4 mg total) into the muscle once

**Sore throat**
- azithromycin (ZITHROMAX Z-PAK) 250 MG tablet; Take 2 tablets (500 mg) on Day 1, followed by 1 tablet (250 mg) once daily on Days 2 through 5.

**Hypertension, benign**
- losartan (COZAAR) 25 MG tablet; Take one tablet (25 mg total) by mouth one (1) time a day

**Other Orders**
- amitriptyline (ELAVIL) 50 MG tablet; Take one tablet (50 mg total) by mouth nightly
- traZODone (DESYREL) 50 MG tablet; Take one tablet (50 mg total) by mouth nightly

Return in about 2 weeks (around 9/10/2015) for Recheck BP.

**Patient Instructions**
- Drink plenty of water
- Mucinex DM OTC as needed
- Complete all antibiotics
- Report worsening symptoms
- Report or go to ER if SOB, chest pain, or fever develops
- Return as needed

Feel free to contact me with any questions or concerns.

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 08/27/15

## Progress Notes (continued)

### Progress Notes by Whitney Tolbert, NP at 8/27/2015 11:08 AM (continued)

Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.
Please return in 2 weeks for a BP follow-up

Electronically signed by Whitney Tolbert, NP at 8/27/2015 11:27 AM

## Patient Instructions

### Patient Instructions by Whitney Tolbert, NP at 8/27/2015 11:17 AM

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 8/27/2015 11:18 AM Note Time: 8/27/2015 11:17 AM Status: Addendum
Editor: Whitney Tolbert, NP (Nurse Practitioner)
Related Notes: Original Note by Whitney Tolbert, NP (Nurse Practitioner) filed at 8/27/2015 11:17 AM

- Drink plenty of water
- Mucinex DM OTC as needed
- Complete all antibiotics
- Report worsening symptoms
- Report or go to ER if SOB, chest pain, or fever develops
- Return as needed

Feel free to contact me with any questions or concerns.

Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.
Please return in 2 weeks for a BP follow-up

## History & Physical

No notes of this type exist for this encounter.

## Other Notes

No notes of this type exist for this encounter.

## Follow-up and Disposition History

| User | Date & Time |
| --- | --- |
| TOLBERT, WHITNEY | 8/27/2015 11:18 AM |

**Disposition:**

Return in about 2 weeks (around 9/10/2015) for Recheck BP.

**Follow-up:**

N/A

**Instructions:**

0A118170016

BAPTIST.

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 08/27/15

**Instructions: (continued)**
N/A

**Check-out Note:**
N/A

**Send Reminder:**
N/A

| User | Date & Time |
|---|---|
| TOLBERT, WHITNEY | 8/27/2015 11:17 AM |

**Disposition:**
Return if symptoms worsen or fail to improve.

**Follow-up:**
N/A

**Instructions:**
N/A

**Check-out Note:**
N/A

**Send Reminder:**
N/A

**Encounter-Level Documents:**
There are no encounter-level documents.

**Order-Level Documents:**
There are no order-level documents.

**Patient Care Timeline**
No data selected in time range

**Patient Care Timeline**
No data selected in time range

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 12/01/15

## Visit Summary

### Reason for Visit

**Nausea** vomiting for several days
**Diarrhea**
**Generalized Body Aches**

### Diagnoses

**Gastroenteritis** - Primary
**Diarrhea**
**Vomiting and diarrhea**
**Other fatigue**

### Problem List as of 12/1/2015

Date Reviewed **10/23/2014**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM F41 1<br>ICD-9-CM 300 00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM I10<br>ICD-9-CM 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM F32 9<br>ICD-9-CM 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM G47.00<br>ICD-9-CM 780 52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM G43 909<br>ICD-9-CM 346 90 | | | 2/15/2013 - Present |
| **Abnormal uterine bleeding (AUB)** | ICD-10-CM N93 9<br>ICD-9-CM 626.9 | | | 8/4/2014 - Present |
| **Pelvic pain** | ICD-10-CM R10 2<br>ICD-9-CM IMO0002 | | | 8/4/2014 - Present |
| **HTN (hypertension)** | ICD-10-CM I10<br>ICD-9-CM 401 9 | | | 8/4/2014 - Present |
| **Leiomyoma of uterus** | ICD-10-CM D25 9<br>ICD-9-CM 218 9 | | | 8/22/2014 - Present |
| **Excessive or frequent menstruation** | ICD-10-CM N92 0<br>ICD-9-CM 626.2 | | | 8/22/2014 - Present |
| **Coagulation defect** | ICD-10-CM D68 9<br>ICD-9-CM 286 9 | | | 8/22/2014 - Present |
| **Esophagitis** | ICD-10-CM K20 9<br>ICD-9-CM 530 10 | | | 8/22/2014 - Present |
| **Abdominal pain** | ICD-10-CM R10 9<br>ICD-9-CM 789.00 | | | 8/22/2014 - Present |
| **Status post hysterectomy** | ICD-10-CM Z90 710<br>ICD-9-CM V88.01 | | | 10/8/2014 - Present |

**Reviewed** On **12/1/2015** By **Barbara Holden, LPN**

### Allergies as of 12/1/2015

| Allergen | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrocodone** | 04/01/2014 | | |
| **Percocet [Oxycodone-Acetaminophen]** | 11/06/2014 | Allergy | Nausea Only |

### Immunizations

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON, SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 12/01/15

**Visit Summary (continued)**

Immunizations (continued)

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical** | 01/01/16 | | | |
| Given By. | | | | |
| **Influenza TIV historical** | Thu Oct 9, 2014 2:12 PM | 0.5 mL | Intramuscular | Left deltoid |
| Given By. Joyce Bradshaw, RN | | | | |

Most recent update 12/1/2015 11:12 AM by Barbara Holden, LPN

Vital Signs

| BP | Pulse | Temp(Src) | Resp | Ht | Wt |
|---|---|---|---|---|---|
| 140/90 mmHg | 55 | 97 °F (36.1 °C) (Oral) | 19 | 5' 3" (1.6 m) | 197 lb (89.359 kg) |
| BMI | SpO2 | LMP | | | |
| 34.91 kg/m2 | 98% | 09/10/2014 | | | |

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 12/01/15

## Treatment Vitals (all recorded)

Treatment Vitals

None

## Pati[illegible]ory

**Medical as of 12/1/2015**

| Past Medical History | Date | Comments | Source |
|---|---|---|---|
| Uterine fibroid [D25.9] | | | Provider |
| Hypertension [I10] | | | Provider |
| Obesity [E66.9] | | | Provider |
| Migraine [G43.909] | | | Provider |
| Anxiety [F41.9] | | | Provider |
| Pyelonephritis [N12] | | | Provider |
| Gastritis [K29.70] | | | Provider |
| Guillain-Barre syndrome [G61.0] | 1996 | | Provider |
| Diminished uterine growth [N85.9] | | | Provider |

**Surgical as of 12/1/2015**

| Past Surgical History | Laterality | Date | Comments |
|---|---|---|---|
| CESAREAN SECTION [SUR1452] | | 2001 | |
| ESOPHAGOGASTRODUODENOSCOPY [SHX1529] | | 2013 | |
| HYSTERECTOMY [SHX81] | | | |
| DILATION AND CURETTAGE ; HYSTEROSCOPY [SHX3121] | N/A | 10/23/2014 | Procedure: Revision of Vaginal Cuff, EUA, cystoscopy; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |
| ROBOTIC HYSTERECTOMY CYSTOSCOPY [SHX3934] | N/A | 10/8/2014 | Procedure: ROBOTIC TOTAL HYSTERECTOMY CYSTOSCOPY, BILATERAL SALPINGECTOMY, EUA; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 12/01/15

| Family as of 12/1/2015 | Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|---|
| | Diabetes | Mother | | | | Provider |
| | Hypertension | Mother | | | | Provider |
| | Cirrhosis | Father | | | | Provider |

| Family Status as of 12/1/2015 | Relation | Name | Status | Death Age | Comments | Source |
|---|---|---|---|---|---|---|
| | Father | | Deceased | 57 | | Provider |
| | Mother | | Alive | | | Provider |

| Tobacco Use | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeles s Tobacco Status | Smokeles s Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|---|
| as of 12/1/2015 | Never Smoker | Provider | | 0.0 | 0.0 | | | | Never Used | |

| Alcohol Use as of 12/1/2015 | Alcohol Use | Source | Drinks/Week | Alcohol/Wk | Comments |
|---|---|---|---|---|---|
| | No | Provider | | | |

| Drug Use as of 12/1/2015 | Drug Use | Source | Types | Frequency | Comments |
|---|---|---|---|---|---|
| | No | Provider | | 0.00 | |

| Sexual Activity as of 12/1/2015 | Sexually Active | Source | Birth Control | Partners | Comments |
|---|---|---|---|---|---|
| | Not Asked | Provider | | | |

| Social ADL as of 12/1/2015 | ADL Question | Response | Comments | Source |
|---|---|---|---|---|
| | **None** | | | |

**Occupational** as of 12/1/2015 **None**

| Socioeconomic as of 12/1/2015 | Marital Status | Spouse Name | Num of Children | Years Education | Source |
|---|---|---|---|---|---|
| | Single | | | | |
| | Preferred Language | Ethnicity | Race | | |
| | English | Not Hispanic or Latino | Black or African American | | |

**Medications**

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **losartan (COZAAR) 25 MG tablet** (Taking/Expired)<br>Sig: Take one tablet (25 mg total) by mouth one (1) time a day<br>Route: Oral | 30 tablet | 5 | 8/27/2015 | 8/26/2016 |
| **amitriptyline (ELAVIL) 50 MG tablet** (Taking/Discontinued)<br>Sig: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 12/1/2015 | 12/28/2015 |
| **amLODIPine (NORVASC) 10 MG tablet** (Taking/Discontinued)<br>Sig: Take 1 tablet (10 mg total) by mouth one (1) time a day.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **traMADol (ULTRAM) 50 mg tablet** (Taking/Discontinued) | 20 tablet | 0 | 12/4/2014 | 2/17/2016 |

**Medications (continued)**

Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain<br>Class Phone In<br>Route Oral<br>Reason for Discontinue: **Therapy completed** | | | | |
| **traZODone (DESYREL) 50 MG tablet** (Taking/Discontinued)<br>Sig TAKE 1 TABLET BY MOUTH NIGHTLY<br>Reason for Discontinue **Reorder** | 30 tablet | 0 | 12/1/2015 | 12/28/2015 |

Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **losartan (COZAAR) 25 MG tablet (Taking)**<br>Sig - Route Take one tablet (25 mg total) by mouth one (1) time a day - Oral | 30 tablet | 5 | 8/27/2015 | 8/26/2016 |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)**<br>Sig TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME | 30 tablet | 0 | 12/1/2015 | 12/28/2015 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig - Route Take 1 tablet (10 mg total) by mouth one (1) time a day. - Oral | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Taking)**<br>Sig - Route Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain - Oral<br>Class Phone In | 20 tablet | 0 | 12/4/2014 | 2/17/2016 |
| **traZODone (DESYREL) 50 MG tablet (Taking)**<br>Sig TAKE 1 TABLET BY MOUTH NIGHTLY | 30 tablet | 0 | 12/1/2015 | 12/28/2015 |
| **traMADol (ULTRAM) 50 mg tablet**<br>Sig - Route Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain - Oral<br>Class Print | 25 tablet | 0 | 10/9/2014 | 2/17/2016 |
| **traMADol (ULTRAM) 50 mg tablet**<br>Sig - Route Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral<br>Class Print | 15 tablet | 0 | 10/23/2014 | 2/17/2016 |

Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **promethazine (PHENERGAN) 25 MG tablet**<br>Sig - Route Take one tablet (25 mg total) by mouth every 6 (six) hours as needed for nausea - Oral | 20 tablet | 0 | 12/1/2015 | 12/8/2015 |

All Meds and Administrations

(There are no med orders for this encounter)

**Orders**

All Orders and Results Except Lab and Imaging

No orders and results found

**Result Summary**

0A118170016

BAPTIST.

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 12/01/15

**All Lab and Imaging Orders and Results (12/01/15 - 12/01/15)**

**Comprehensive Metabolic Panel**

Electronically signed by: **Barbara Holden, LPN on 12/01/15 1115** Status: **Completed**
Ordering user: Barbara Holden, LPN 12/01/15 1115 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: 12/01/15 -
Diagnoses:
Vomiting and diarrhea [R11.10, R19.7]
Final result, Resulted on: 12/01/15 1813 (Abnormal)

Resulting lab: BAPTIST MEMORIAL MEDICAL GROUP, INC.

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 15MG335-C0299 | Blood | | 12/01/15 1122 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 135-145 mmol/L | | MEMMG Lab |
| Potassium | 3.7 | 3.5-5.5 mmol/L | | MEMMG Lab |
| Chloride | 105 | 98-107 mmol/L | | MEMMG Lab |
| Carbon dioxide | 29 | 21-32 mmol/L | | MEMMG Lab |
| Anion Gap | 7 | 6-16 mmol/L | | MEMMG Lab |
| Glucose | 103 | 70-110 mg/dL | | MEMMG Lab |

Comment:
Fasting Glucose < 100mg/dL is normal
Fasting Glucose >126mg/dL is consistent with Diabetes

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| BUN | 9 | 7-25 mg/dL | | MEMMG Lab |
| Creatinine | 0.76 | 0.60-1.50 mg/dL | | MEMMG Lab |
| BUN/Creatinine Ratio | 11.8 | 6.8-21.1 | | MEMMG Lab |
| Calcium | 9.0 | 8.5-10.1 mg/dL | | MEMMG Lab |

Comment:
Calcium measurements are adversely affected by the use of Omniscan during MRI. Analysis of calcium is not recommended for 12 to 24 hours after the use of the contrast agent.

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Total Protein | 6.8 | 6.4-8.2 g/dL | | MEMMG Lab |
| Albumin | 3.8 | 3.4-5.0 g/dL | | MEMMG Lab |
| Total Bilirubin | 0.3 | 0.0-1.0 mg/dL | | MEMMG Lab |
| AST | 12 | 7-34 U/L | | MEMMG Lab |
| ALT | 15 | 16-62 U/L | L | MEMMG Lab |
| ALP | 107 | 50-136 U/L | | MEMMG Lab |
| eGFR non-African American | >60.0 | >=60.0 mL/min/1.73m2 | | MEMMG Lab |
| eGFR African American | >60.0 | >=60.0 mL/min/1.73m2 | | MEMMG Lab |

Comment
The estimated GFR is based on the Modification of Diet in Renal Disease Study (MDRD) equation using average adult body surface area. This equation has not been validated for use with age groups below 18 or over 70, pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass or nutritional status.

**CBC with Differential**

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 12/01/15

**All Lab and Imaging Orders and Results (12/01/15 - 12/01/15) (continued)**

**CBC with Differential (continued)**

Electronically signed by **Barbara Holden, LPN on 12/01/15 1115** Status **Completed**
Ordering user: Barbara Holden, LPN 12/01/15 1115 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: 12/01/15 -
Diagnoses
Vomiting and diarrhea [R11.10, R19.7]
Other fatigue [R53.83]
Final result, Resulted on: 12/01/15 1132 **(Abnormal)**

Resulting lab: LIGHT LAB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 15LL335-L0049 | Blood | | 12/01/15 1122 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 9.2 | 5.0-10.0 K/uL | | LIGHT Lab |
| RBC | 4.09 | 4.10-5.40 M/uL | L | LIGHT Lab |
| Hemoglobin | 12.1 | 12.0-16.0 g/dL | | LIGHT Lab |
| Hematocrit | 39.9 | 37.0-47.0 % | | LIGHT Lab |
| MCV | 97.7 | 80.0-97.0 fL | H | LIGHT Lab |
| MCH | 29.7 | 27.0-32.0 pg/mL | | LIGHT Lab |
| MCHC | 30.4 | 32.0-36.0 g/dL | L | LIGHT Lab |
| RDW | 13.2 | 11.5-14.5 % | | LIGHT Lab |
| Platelet | 361 | 150-500 K/uL | | LIGHT Lab |
| MPV | 8.5 | 7.4-10.4 fL | | LIGHT Lab |
| Neutrophil absolute | 5.2 | 2.5-7.5 K/uL | | LIGHT Lab |
| Lymphocyte absolute | 3.5 | 1.0-4.0 K/uL | | LIGHT Lab |
| Monocyte absolute | 0.50 | 0.05-0.60 K/uL | | LIGHT Lab |
| Neutrophil percent | 56.5 | 50.0-75.0 % | | LIGHT Lab |
| Lymphocyte percent | 38.2 | 20.0-40.0 % | | LIGHT Lab |
| Monocyte percent | 5.3 | 0.0-6.0 % | | LIGHT Lab |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **106 - MEMMG Lab** | BAPTIST MEMORIAL MEDICAL GROUP, INC. | Dr Lora A Pomykala MD | 8040 Wolf River Blvd Germantown TN 38138 | 01/02/15 0730 - Present |
| **109 - LIGHT Lab** | LIGHT LAB | Unknown | 7715 Wolf River Blvd Germantown TN 38138 | 06/05/13 1733 - Present |

**Progress Notes**

**Progress Notes by Whitney Tolbert, NP at 12/1/2015 11:56 AM**

0A118170016

BAPTIST.

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 12/01/15

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 12/1/2015 11:56 AM (continued)**

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 12/1/2015 12:00 PM Note Time: 12/1/2015 11:56 AM Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner) Cosigner: Alston Graham Warr, MD at 12/1/2015 1:53 PM

**Subjective:**

**Patient ID:** Shanna L Richardson is a 38 y.o. female.

**GI Problem**

The primary symptoms include fever, fatigue, abdominal pain, nausea, vomiting, diarrhea and myalgias. The illness began 3 to 5 days ago. The onset was sudden. The problem has been gradually improving.
The illness is also significant for chills and anorexia. The illness does not include dysphagia, bloating, constipation or back pain.

Niece also with symptoms.

Review of Systems
Constitutional: Positive for fever, chills and fatigue.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive for nausea, vomiting, abdominal pain, diarrhea and anorexia. Negative for dysphagia, constipation, blood in stool and bloating.
Musculoskeletal: Positive for myalgias. Negative for back pain.
Neurological: Negative for dizziness and headaches.

**Objective:**

BP 140/90 mmHg | Pulse 55 | Temp(Src) 97 °F (36.1 °C) (Oral) | Resp 19 | Ht 5' 3" (1.6 m) | Wt 197 lb (89.359 kg) | BMI 34.91 kg/m2 | SpO2 98% | LMP 09/10/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Neck: Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal. She exhibits no mass. There is no tenderness. There is no rebound and no guarding.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 12/01/15

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 12/1/2015 11:56 AM (continued)**

**Assessment/Plan:**
Shanna was seen today for nausea, diarrhea and generalized body aches.

Diagnoses and associated orders for this visit:

**Gastroenteritis**
- promethazine (PHENERGAN) 25 MG tablet; Take one tablet (25 mg total) by mouth every 6 (six) hours as needed for nausea

**Diarrhea**

**Vomiting and diarrhea**
- Comprehensive Metabolic Panel
- CBC with Differential

**Other fatigue**
- CBC with Differential

Return if symptoms worsen or fail to improve.

**Patient Instructions**
Push fluids- sips of water at a time. Bland diet.
Return stool samples for culture as planned.
Report any new or worsening symptoms.
Please notify me if your symptoms do not improve and contact me with any questions or concerns.

Electronically signed by Whitney Tolbert NP at 12/1/2015 12:00 PM
Electronically signed by Alston Graham Warr MD at 12/1/2015 1 53 PM

**Patient Instructions**

**Patient Instructions by Whitney Tolbert, NP at 12/1/2015 11:59 AM**

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 12/1/2015 12:00 PM Note Time: 12/1/2015 11:59 AM Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner)

**Patient Instructions (continued)**

**Patient Instructions by Whitney Tolbert, NP at 12/1/2015 11:59 AM (continued)**

Push fluids- sips of water at a time. Bland diet.
Return stool samples for culture as planned.
Report any new or worsening symptoms.
Please notify me if your symptoms do not improve and contact me with any questions or concerns.

**History & Physical**

No notes of this type exist for this encounter.

**Other Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

| User | Date & Time |
|---|---|
| TOLBERT, WHITNEY | 12/1/2015 12:00 PM |

**Disposition:**

Return if symptoms worsen or fail to improve.

**Follow-up:**

N/A

**Instructions:**

N/A

**Check-out Note:**

N/A

**Send Reminder:**

N/A

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 02/17/16

## Visit Summary

### Reason for Visit

**ER Follow-up**
**Neck Pain**

### Diagnoses

**Neck pain** - Primary
**Depressive disorder**
**Other insomnia**
**Hypertension, benign**

### Problem List as of 2/17/2016

Date Reviewed: **10/23/2014**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM: F41 1<br>ICD-9-CM. 300.00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM I10<br>ICD-9-CM 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM F32.9<br>ICD-9-CM 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM. G47.00<br>ICD-9-CM 780 52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM. G43.909<br>ICD-9-CM 346.90 | | | 2/15/2013 - Present |
| **Abnormal uterine bleeding (AUB)** | ICD-10-CM N93 9<br>ICD-9-CM 626 9 | | | 8/4/2014 - Present |
| **Pelvic pain** | ICD-10-CM. R10 2<br>ICD-9-CM IMO0002 | | | 8/4/2014 - Present |
| **HTN (hypertension)** | ICD-10-CM I10<br>ICD-9-CM. 401.9 | | | 8/4/2014 - Present |
| **Leiomyoma of uterus** | ICD-10-CM D25 9<br>ICD-9-CM. 218.9 | | | 8/22/2014 - Present |
| **Excessive or frequent menstruation** | ICD-10-CM N92 0<br>ICD-9-CM 626 2 | | | 8/22/2014 - Present |
| **Coagulation defect** | ICD-10-CM. D68 9<br>ICD-9-CM 286 9 | | | 8/22/2014 - Present |
| **Esophagitis** | ICD-10-CM K20 9<br>ICD-9-CM. 530.10 | | | 8/22/2014 - Present |
| **Abdominal pain** | ICD-10-CM: R10 9<br>ICD-9-CM: 789.00 | | | 8/22/2014 - Present |
| **Status post hysterectomy** | ICD-10-CM Z90 710<br>ICD-9-CM V88 01 | | | 10/8/2014 - Present |

**Reviewed** On **12/1/2015** By **Barbara Holden, LPN**

### Allergies as of 2/17/2016

| Allergen | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrocodone** | 04/01/2014 | | |
| **Percocet [Oxycodone-Acetaminophen]** | 11/06/2014 | Allergy | Nausea Only |

### Immunizations

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical** | 01/01/16 | | | |

**Visit Summary (continued)**

Immunizations (continued)

| Name / Given By | Date | Dose | Route | Site | |
|---|---|---|---|---|---|
| **Influenza TIV historical** | Thu Oct 9, 2014 2:12 PM | 0.5 mL | Intramuscular | Left deltoid | |
| Given By: Joyce Bradshaw, RN | | | | | |

Most recent update: 2/17/2016 10:03 AM by Jennifer Headley, CMA

**Vital Signs**

| BP | Pulse | Temp(Src) | Resp | Ht | Wt |
|---|---|---|---|---|---|
| (!)162/108 mmHg | 67 | 98.3 °F (36.8 °C) (Oral) | 18 | 5' 3" (1.6 m) | 197 lb (89.359 kg) |
| BMI | SpO2 | LMP | | | |
| 34.91 kg/m2 | 98% | 09/10/2014 | | | |

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 02/17/16

**Treatment Vitals (all recorded)**

Treatment Vitals

None

**Pati... ory**

| | Past Medical History | Date | Comments | Source |
|---|---|---|---|---|
| **Medical as of 2/17/2016** | Uterine fibroid [D25.9] | | | Provider |
| | Hypertension [I10] | | | Provider |
| | Obesity [E66.9] | | | Provider |
| | Migraine [G43.909] | | | Provider |
| | Anxiety [F41.9] | | | Provider |
| | Pyelonephritis [N12] | | | Provider |
| | Gastritis [K29.70] | | | Provider |
| | Guillain-Barre syndrome [G61.0] | 1996 | | Provider |
| | Diminished uterine growth [N85.9] | | | Provider |

| | Past Surgical History | Laterality | Date | Comments |
|---|---|---|---|---|
| **Surgical as of 2/17/2016** | CESAREAN SECTION [SUR1452] | | 2001 | |
| | ESOPHAGOGASTRODUODENOSCOPY [SHX1529] | | 2013 | |
| | HYSTERECTOMY [SHX81] | | | |
| | DILATION AND CURETTAGE ; HYSTEROSCOPY [SHX3121] | N/A | 10/23/2014 | Procedure: Revision of Vaginal Cuff, EUA, cystoscopy; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |
| | ROBOTIC HYSTERECTOMY CYSTOSCOPY [SHX3934] | N/A | 10/8/2014 | Procedure: ROBOTIC TOTAL HYSTERECTOMY CYSTOSCOPY, BILATERAL SALPINGECTOMY, EUA; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 02/17/16

**Family as of 2/17/2016**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Diabetes | Mother | | | | Provider |
| Hypertension | Mother | | | | Provider |
| Cirrhosis | Father | | | | Provider |

**Family Status as of 2/17/2016**

| Relation | Name | Status | Death Age | Comments | Source |
|---|---|---|---|---|---|
| Father | | Deceased | 57 | | Provider |
| Mother | | Alive | | | Provider |

**Tobacco Use as of 2/17/2016**

| Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeless Tobacco Status | Smokeless Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|
| Never Smoker | Provider | | 0.0 | 0.0 | | | | Never Used | |

**Alcohol Use as of 2/17/2016**

| Alcohol Use | Source | Drinks/Week | Alcohol/Wk | Comments |
|---|---|---|---|---|
| No | Provider | | | |

**Drug Use as of 2/17/2016**

| Drug Use | Source | Types | Frequency | Comments |
|---|---|---|---|---|
| No | Provider | | 0.00 | |

**Sexual Activity as of 2/17/2016**

| Sexually Active | Source | Birth Control | Partners | Comments |
|---|---|---|---|---|
| Not Asked | Provider | | | |

**Social ADL as of 2/17/2016**

| ADL Question | Response | Comments | Source |
|---|---|---|---|
| **None** | | | |

**Occupational as of 2/17/2016** **None**

**Socioeconomic as of 2/17/2016**

| Marital Status | Spouse Name | Num of Children | Years Education | Source |
|---|---|---|---|---|
| Single | | | | |

| Preferred Language | Ethnicity | Race |
|---|---|---|
| English | Not Hispanic or Latino | Black or African American |

**Medications**

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **losartan (COZAAR) 25 MG tablet**<br>Sig - Route: Take one tablet (25 mg total) by mouth one (1) time a day - Oral | 30 tablet | 5 | 8/27/2015 | 8/26/2016 |
| **amitriptyline (ELAVIL) 50 MG tablet (Discontinued)**<br>Sig: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME<br>Reason for Discontinue: **Reorder**<br>Cosign for Ordering: Accepted by Whitney Tolbert, NP on 12/29/2015 7:40 AM | 30 tablet | 0 | 12/28/2015 | 2/17/2016 |
| **amLODIPine (NORVASC) 10 MG tablet**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth one (1) time a day. - Oral | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain - Oral<br>Class: Print<br>Reason for Discontinue: **Therapy completed** | 25 tablet | 0 | 10/9/2014 | 2/17/2016 |

0A118170016

BAPTIST.

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 02/17/16

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **traMADol (ULTRAM) 50 mg tablet (Discontinued)** | 15 tablet | 0 | 10/23/2014 | 2/17/2016 |
| Sig - Route: Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral<br>Class: Print<br>Reason for Discontinue: **Therapy completed** | | | | |
| **traMADol (ULTRAM) 50 mg tablet (Discontinued)** | 20 tablet | 0 | 12/4/2014 | 2/17/2016 |
| Sig - Route: Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain - Oral<br>Class: Phone In<br>Reason for Discontinue: **Therapy completed** | | | | |
| **traZODone (DESYREL) 50 MG tablet (Discontinued)** | 30 tablet | 0 | 12/28/2015 | 2/17/2016 |
| Sig: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME<br>Reason for Discontinue: **Reorder**<br>Cosign for Ordering: Accepted by Whitney Tolbert, NP on 12/29/2015 7:40 AM | | | | |

### Discontinued Medications

| | Reason for Discontinue |
|---|---|
| **traMADol (ULTRAM) 50 mg tablet** | Therapy completed |
| **traMADol (ULTRAM) 50 mg tablet** | Therapy completed |
| **traMADol (ULTRAM) 50 mg tablet** | Therapy completed |
| **amitriptyline (ELAVIL) 50 MG tablet** | Reorder |
| **traZODone (DESYREL) 50 MG tablet** | Reorder |
| **traMADol (ULTRAM) 50 mg tablet** | Reorder |
| **naproxen (NAPROSYN) 500 MG tablet** | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** | Reorder |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Discontinued)** | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |
| Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral<br>Reason for Discontinue: **Reorder** | | | | |
| **traZODone (DESYREL) 50 MG tablet (Discontinued)** | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |
| Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral<br>Reason for Discontinue: **Reorder** | | | | |
| **traMADol (ULTRAM) 50 mg tablet (Discontinued)** | 30 tablet | 0 | 2/17/2016 | 5/24/2016 |
| Sig - Route: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral<br>Class: Print<br>Reason for Discontinue: **Reorder** | | | | |
| **methylPREDNISolone (MEDROL DOSEPACK) 4 mg tablet dose pack** | 1 each | 0 | 2/17/2016 | 2/24/2016 |
| Sig: Take as directed on package | | | | |
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Discontinued)** | 20 tablet | 0 | 2/17/2016 | 5/24/2016 |
| Sig - Route: Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms - Oral<br>Reason for Discontinue: **Reorder** | | | | |

### All Meds and Administrations

(There are no med orders for this encounter)

0A118170016

BAPTIST.

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 02/17/16

## Orders

**All Orders and Results Except Lab and Imaging**

No orders and results found

## Result Summary

**All Lab and Imaging Orders and Results**

No orders and results found

## Progress Notes

**Progress Notes by Whitney Tolbert, NP at 2/17/2016 10:18 AM**

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 2/17/2016 4:16 PM Note Time: 2/17/2016 10:18 AM Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner) Cosigner: Alston Graham Warr, MD at 2/17/2016 5:15 PM

**Subjective:**

**Patient ID:** Shanna L Richardson is a 38 y.o. female.

**Neck Pain**

This is a new problem. The current episode started in the past 7 days. The problem occurs constantly. The problem has been waxing and waning. The pain is associated with nothing. The pain is present in the left side. The quality of the pain is described as burning. The pain is moderate. The symptoms are aggravated by position. The pain is same all the time. Associated symptoms include numbness and tingling. Pertinent negatives include no chest pain, fever, headaches, leg pain, pain with swallowing, paresis, photophobia, syncope, trouble swallowing, visual change, weakness or weight loss. She has tried muscle relaxants, NSAIDs and oral narcotics for the symptoms. The treatment provided moderate relief.

Went to the ER last week and was given flexeril, naproxen, and tramadol which seems to help. Still having numbness and tingling in left fingers.

Also request refills on trazodone and amitriptyline for depression and insomnia- meds are working well for her and denies side effects.

Review of Systems
Constitutional: Negative for fever, weight loss and fatigue.
HENT: Negative for trouble swallowing.
Eyes: Negative for photophobia.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and syncope.
Musculoskeletal: Positive for neck pain.
Neurological: Positive for tingling and numbness. Negative for dizziness, weakness and headaches.

**Objective:**

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 02/17/16

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 2/17/2016 10:18 AM (continued)**

BP 162/108 mmHg | Pulse 67 | Temp(Src) 98.3 °F (36.8 °C) (Oral) | Resp 18 | Ht 5' 3" (1.6 m) | Wt 197 lb (89.359 kg) | BMI 34.91 kg/m2 | SpO2 98% | LMP 09/10/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Neck: Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:
**Neck ROM moderately restricted. Tender to palp over left trapezius.**
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

**Assessment/Plan:**

Shanna was seen today for er follow-up and neck pain.

Diagnoses and all orders for this visit:

**Neck pain**
Orders:
- traMADol (ULTRAM) 50 mg tablet; Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain
- methylPREDNISolone (MEDROL DOSEPACK) 4 mg tablet dose pack; Take as directed on package
- cyclobenzaprine (FLEXERIL) 5 MG tablet; Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms

**Depressive disorder**
Orders:
- amitriptyline (ELAVIL) 50 MG tablet; Take one tablet (50 mg total) by mouth nightly

**Other insomnia**
Orders:
- traZODone (DESYREL) 50 MG tablet; Take one tablet (50 mg total) by mouth nightly

**Hypertension, benign**

Discussed elevated BP today. Patient states she feels it is pain related as to why her BP is up. Strongly encouraged to check frequently and notify me if consistently greater than 140/90

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 2/17/2016 10:18 AM (continued)**

Return if symptoms worsen or fail to improve.

**Patient Instructions**

Ok to continue heat. Adding a steroid pack today- do not take with naproxen.
If no improvement, will likely need to see a specialist for further imaging.
Please notify me if your symptoms do not improve and contact me with any questions or concerns.
Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.

Electronically signed by Whitney Tolbert NP at 2/17/2016 4 16 PM
Electronically signed by Alston Graham Warr, MD at 2/17/2016 5 15 PM

**Patient Instructions**

**Patient Instructions by Whitney Tolbert, NP at 2/17/2016 4:12 PM**

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 2/17/2016 4:12 PM Note Time: 2/17/2016 4:12 PM Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner)

Ok to continue heat. Adding a steroid pack today- do not take with naproxen.
If no improvement, will likely need to see a specialist for further imaging.
Please notify me if your symptoms do not improve and contact me with any questions or concerns.
Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.

**History & Physical**

No notes of this type exist for this encounter.

**Other Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

| User | Date & Time |
|---|---|
| TOLBERT, WHITNEY | 2/17/2016 4:12 PM |

**Disposition:**

Return if symptoms worsen or fail to improve.

**Follow-up:**

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 02/17/16

**Follow-up: (continued)**

N/A

**Instructions:**

N/A

**Check-out Note:**

N/A

**Send Reminder:**

N/A

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 05/24/16

## Visit Summary

### Reason for Visit

| | |
|---|---|
| **Neck Pain** | |
| **Numbness** | to left hand |
| **Headache** | |

### Diagnoses

**Neck pain** - Primary

### Problem List as of 5/24/2016

Date Reviewed **5/24/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM F41 1<br>ICD-9-CM 300 00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM I10<br>ICD-9-CM 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM F32 9<br>ICD-9-CM 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM G47 00<br>ICD-9-CM 780 52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM G43.909<br>ICD-9-CM 346.90 | | | 2/15/2013 - Present |
| **Abnormal uterine bleeding (AUB)** | ICD-10-CM N93 9<br>ICD-9-CM 626.9 | | | 8/4/2014 - Present |
| **Pelvic pain** | ICD-10-CM R10 2<br>ICD-9-CM IMO0002 | | | 8/4/2014 - Present |
| **HTN (hypertension)** | ICD-10-CM I10<br>ICD-9-CM 401 9 | | | 8/4/2014 - Present |
| **Leiomyoma of uterus** | ICD-10-CM D25 9<br>ICD-9-CM 218.9 | | | 8/22/2014 - Present |
| **Excessive or frequent menstruation** | ICD-10-CM N92 0<br>ICD-9-CM 626 2 | | | 8/22/2014 - Present |
| **Coagulation defect** | ICD-10-CM D68 9<br>ICD-9-CM 286 9 | | | 8/22/2014 - Present |
| **Esophagitis** | ICD-10-CM K20 9<br>ICD-9-CM 530 10 | | | 8/22/2014 - Present |
| **Abdominal pain** | ICD-10-CM R10 9<br>ICD-9-CM 789.00 | | | 8/22/2014 - Present |
| **Status post hysterectomy** | ICD-10-CM Z90 710<br>ICD-9-CM V88.01 | | | 10/8/2014 - Present |

**Reviewed** On **5/24/2016** By **Barbara Holden, LPN**

### Allergies as of 5/24/2016

| Allergen | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrocodone** | 04/01/2014 | | |
| **Percocet [Oxycodone-Acetaminophen]** | 11/06/2014 | Allergy | Nausea Only |

### Immunizations

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical** | 01/01/16 | | | |
| Given By: | | | | |
| **Influenza TIV historical** | Thu Oct 9, 2014 2:12 | 0.5 mL | Intramuscular | Left deltoid |

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 05/24/16

**Visit Summary (continued)**

**Immunizations (continued)**

| Name | Date | Dose | Route | Site | |
|---|---|---|---|---|---|
| | **PM** | | | | |
| Given By **Joyce Bradshaw, RN** | | | | | |

Most recent update: 5/24/2016 2:16 PM by Whitney Tolbert, NP

**Vital Signs**

| BP | Pulse | Temp(Src) | Resp | Ht | Wt |
|---|---|---|---|---|---|
| 140/100 mmHg | 94 | 98.4 °F (36.9 °C) (Oral) | 20 | 5' 3" (1.6 m) | 196 lb (88.905 kg) |
| BMI | SpO2 | LMP | | | |
| 34.73 kg/m2 | 99% | 09/10/2014 | | | |

Vitals History

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 05/24/16

## Treatment Vitals (all recorded)

### Treatment Vitals

None

## Patient History

**Medical as of 5/24/2016**

| Past Medical History | Date | Comments | Source |
|---|---|---|---|
| Uterine fibroid [D25.9] | | | Provider |
| Hypertension [I10] | | | Provider |
| Obesity [E66.9] | | | Provider |
| Migraine [G43.909] | | | Provider |
| Anxiety [F41.9] | | | Provider |
| Pyelonephritis [N12] | | | Provider |
| Gastritis [K29.70] | | | Provider |
| Guillain-Barre syndrome [G61.0] | 1996 | | Provider |
| Diminished uterine growth [N85.9] | | | Provider |

**Surgical as of 5/24/2016**

| Past Surgical History | Laterality | Date | Comments |
|---|---|---|---|
| CESAREAN SECTION [SUR1452] | | 2001 | |
| ESOPHAGOGASTRODUODENOSCOPY [SHX1529] | | 2013 | |
| HYSTERECTOMY [SHX81] | | | |
| DILATION AND CURETTAGE ; HYSTEROSCOPY [SHX3121] | N/A | 10/23/2014 | Procedure: Revision of Vaginal Cuff, EUA, cystoscopy; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |
| ROBOTIC HYSTERECTOMY CYSTOSCOPY [SHX3934] | N/A | 10/8/2014 | Procedure: ROBOTIC TOTAL HYSTERECTOMY CYSTOSCOPY, BILATERAL SALPINGECTOMY, EUA; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 05/24/16

| Family as of 5/24/2016 | Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|---|
| | Diabetes | Mother | | | | Provider |
| | Hypertension | Mother | | | | Provider |
| | Cirrhosis | Father | | | | Provider |

| Family Status as of 5/24/2016 | Relation | Name | Status | Death Age | Comments | Source |
|---|---|---|---|---|---|---|
| | Father | | Deceased | 57 | | Provider |
| | Mother | | Alive | | | Provider |

| Tobacco Use | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeless Tobacco Status | Smokeless Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|---|
| as of 5/24/2016 | Never Smoker | Provider | | 0.0 | 0.0 | | | | Never Used | |

| Alcohol Use as of 5/24/2016 | Alcohol Use | Source | Drinks/Week | Alcohol/Wk | Comments |
|---|---|---|---|---|---|
| | No | Provider | | | |

| Drug Use as of 5/24/2016 | Drug Use | Source | Types | Frequency | Comments |
|---|---|---|---|---|---|
| | No | Provider | | 0.00 | |

| Sexual Activity as of 5/24/2016 | Sexually Active | Source | Birth Control | Partners | Comments |
|---|---|---|---|---|---|
| | Not Asked | Provider | | | |

| Social ADL as of 5/24/2016 | ADL Question | Response | Comments | Source |
|---|---|---|---|---|
| | **None** | | | |

Occupational as of 5/24/2016 **None**

| Socioeconomic as of 5/24/2016 | Marital Status | Spouse Name | Num of Children | Years Education | Source |
|---|---|---|---|---|---|
| | Single | | | | |
| | Preferred Language | Ethnicity | Race | | |
| | English | Not Hispanic or Latino | Black or African American | | |

## Medications

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **losartan (COZAAR) 25 MG tablet (Taking/Expired)**<br>Sig Take one tablet (25 mg total) by mouth one (1) time a day<br>Route Oral | 30 tablet | 5 | 8/27/2015 | 8/26/2016 |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking/Discontinued)**<br>Sig Take one tablet (50 mg total) by mouth nightly<br>Route Oral<br>Reason for Discontinue **Reorder** | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking/Discontinued)**<br>Sig Take 1 tablet (10 mg total) by mouth one (1) time a day<br>Route Oral<br>Reason for Discontinue **Reorder** | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |

**Medications (continued)**

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Taking/Discontinued)** | 20 tablet | 0 | 2/17/2016 | 5/24/2016 |

Sig: Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms
Route: Oral
Reason for Discontinue: **Reorder**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Taking/Discontinued)** | 20 tablet | 0 | 5/24/2016 | 7/12/2016 |

Sig Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms
Route: Oral
Reason for Discontinue. **Reorder**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)** | 30 tablet | 0 | 2/17/2016 | 5/24/2016 |

Sig Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain
Class. Print
Route: Oral
Reason for Discontinue: **Reorder**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)** | 30 tablet | 0 | 5/24/2016 | 7/12/2016 |

Sig Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain
Class Print
Route. Oral
Reason for Discontinue **Reorder**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)** | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |

Sig Take one tablet (50 mg total) by mouth nightly
Route Oral
Reason for Discontinue. **Reorder**

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **losartan (COZAAR) 25 MG tablet (Taking)** | 30 tablet | 5 | 8/27/2015 | 8/26/2016 |

Sig - Route Take one tablet (25 mg total) by mouth one (1) time a day - Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)** | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |

Sig - Route. Take one tablet (50 mg total) by mouth nightly - Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |

Sig - Route. Take 1 tablet (10 mg total) by mouth one (1) time a day. - Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Taking/Discontinued)** | 20 tablet | 0 | 2/17/2016 | 5/24/2016 |

Sig - Route. Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms - Oral
Reason for Discontinue **Reorder**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)** | 30 tablet | 0 | 2/17/2016 | 5/24/2016 |

Sig - Route Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral
Class. Print
Reason for Discontinue **Reorder**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **traZODone (DESYREL) 50 MG tablet (Taking)** | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |

Sig - Route Take one tablet (50 mg total) by mouth nightly - Oral

**Medications (continued)**

**Discontinued Medications**

| | Reason for Discontinue |
|---|---|
| **traMADol (ULTRAM) 50 mg tablet** | Reorder |
| **cyclobenzaprine (FLEXERIL) 5 MG tablet** | Reorder |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **traMADol (ULTRAM) 50 mg tablet (Discontinued)** | 30 tablet | 0 | 5/24/2016 | 7/12/2016 |
| Sig - Route Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral<br>Class Print<br>Reason for Discontinue: **Reorder** | | | | |
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Discontinued)** | 20 tablet | 0 | 5/24/2016 | 7/12/2016 |
| Sig - Route Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms - Oral<br>Reason for Discontinue **Reorder** | | | | |

**All Meds and Administrations**

(There are no med orders for this encounter)

**Orders**

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 05/24/16

**All Orders and Results Except Lab and Imaging (05/24/16 - 05/24/16)**

**Ambulatory referral to Neurosurgery**

Electronically signed by: **Whitney Tolbert, NP on 05/24/16 1414** Status: **Discontinued**
Ordering user: Whitney Tolbert, NP 05/24/16 1414 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: 05/24/16 - Discontinued by: Boc Amb Expiring Orders 09/28/16 0342 [Order Expired]

Diagnoses.
Neck pain [M54.2]

**Result Summary**

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 05/24/16

## All Lab and Imaging Orders and Results (05/24/16 - 05/24/16)

### X-Ray Cervical Spine AP Lateral and Odontoid

Electronically signed by: **Barbara Holden, LPN on 05/24/16 1349** Status **Completed**
This order may be acted on in another encounter.
Ordering user: Barbara Holden, LPN 05/24/16 1349 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP
Frequency: 05/24/16 -
Diagnoses
Neck pain [M54.2]
Questions
Is the patient pregnant? No

In process, Resulted on: 05/24/16 1352

Resulted by: Alston Graham Warr, MD Performed: 05/24/16 1352 - 05/24/16 1400

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| XR160427138 | | | |

Final result, Resulted on: 05/24/16 1802

Resulted by: Alston Graham Warr, MD Performed: 05/24/16 1352 - 05/24/16 1400
Narrative
No fractures or dislocations

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| XR160427138 | | | |

## Progress Notes

### Progress Notes by Whitney Tolbert, NP at 5/24/2016 4:22 PM

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 5/24/2016 4:30 PM Note Time: 5/24/2016 4:22 PM Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner) Cosigner: Alston Graham Warr, MD at 5/24/2016 4:46 PM

**Subjective:**

**Patient ID:** Shanna L Richardson is a 38 y.o. female.

**Neck Pain**

This is a new problem. The current episode started more than 1 month ago. The problem occurs constantly. The problem has been gradually worsening. The pain is associated with nothing. The pain is present in the left side. The quality of the pain is described as burning and aching. The pain is at a severity of 10/10. The pain is severe. The symptoms are aggravated by bending, position and twisting. The pain is same all the time. Associated symptoms include headaches, numbness, tingling and weakness. Pertinent negatives include no chest pain, fever, leg pain, pain with swallowing, paresis, photophobia, syncope, trouble swallowing, visual change or weight loss. She has tried NSAIDs, oral narcotics, heat, ice and muscle relaxants for the symptoms. The treatment provided mild relief.

0A118170016

BAPTIST.

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 05/24/16

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 5/24/2016 4:22 PM (continued)**

**Headache**

Associated symptoms include neck pain, numbness, tingling and weakness. Pertinent negatives include no coughing, dizziness, fever, photophobia, visual change or weight loss.

Review of Systems
Constitutional: Negative for fever and weight loss.
HENT: Negative for trouble swallowing.
Eyes: Negative for photophobia.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and syncope.
Musculoskeletal: Positive for neck pain.
Skin: Negative for rash.
Neurological: Positive for tingling, weakness, numbness and headaches. Negative for dizziness.
Hematological: Negative for adenopathy.
Psychiatric/Behavioral: Positive for sleep disturbance.

**Objective:**

BP 140/100 mmHg | Pulse 94 | Temp(Src) 98.4 °F (36.9 °C) (Oral) | Resp 20 | Ht 5' 3" (1.6 m) | Wt 196 lb (88.905 kg) | BMI 34.73 kg/m2 | SpO2 99% | LMP 09/10/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Neck: Neck supple. No thyromegaly present.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:
**Tenderness to palp along left posterior and lateral neck. ROM moderately restricted with lateral rotation.**
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

**Assessment/Plan:**

Shanna was seen today for neck pain, numbness and headache.

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 5/24/2016 4:22 PM (continued)**

Diagnoses and all orders for this visit:

**Neck pain**

Orders:

- X-Ray Cervical Spine AP Lateral and Odontoid
- traMADol (ULTRAM) 50 mg tablet; Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain
- cyclobenzaprine (FLEXERIL) 5 MG tablet; Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms
- Ambulatory referral to Neurosurgery; Future

Return if symptoms worsen or fail to improve.

**Patient Instructions**

Ok to continue heat.
Please notify me if your symptoms do not improve and contact me with any questions or concerns.
Please notify me if you have not been contacted by the BMG Referral Center regarding an appointment date and time with a specialist in one week.
Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.

Electronically signed by Whitney Tolbert NP at 5/24/2016 4 30 PM
Electronically signed by Alston Graham Warr, MD at 5/24/2016 4 46 PM

**Patient Instructions**

**Patient Instructions by Whitney Tolbert, NP at 5/24/2016 4:28 PM**

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 5/24/2016 4:29 PM Note Time: 5/24/2016 4:28 PM Status: Addendum
Editor: Whitney Tolbert, NP (Nurse Practitioner)
Related Notes: Original Note by Whitney Tolbert, NP (Nurse Practitioner) filed at 5/24/2016 4:28 PM

Ok to continue heat.
Please notify me if your symptoms do not improve and contact me with any questions or concerns.
Please notify me if you have not been contacted by the BMG Referral Center regarding an appointment date and time with a specialist in one week.
Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: , Sex: F
Enc. Date: 05/24/16

**Patient Instructions (continued)**

**History & Physical**

No notes of this type exist for this encounter.

**Other Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

| User | Date & Time |
| --- | --- |
| TOLBERT, WHITNEY | 5/24/2016 4:29 PM |

**Disposition:**

Return if symptoms worsen or fail to improve.

**Follow-up:**

N/A

**Instructions:**

N/A

**Check-out Note:**

N/A

**Send Reminder:**

N/A

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 06/09/16

## Visit Summary

### Reason for Visit

**Follow-up** pt states that she has forms to be filled out

### Diagnoses

**Neck pain** - Primary

### Problem List as of 6/9/2016

Date Reviewed: **6/9/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM F41.1<br>ICD-9-CM 300.00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM I10<br>ICD-9-CM 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM F32.9<br>ICD-9-CM 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM G47.00<br>ICD-9-CM 780.52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM G43.909<br>ICD-9-CM 346.90 | | | 2/15/2013 - Present |
| **Abnormal uterine bleeding (AUB)** | ICD-10-CM N93.9<br>ICD-9-CM 626.9 | | | 8/4/2014 - Present |
| **Pelvic pain** | ICD-10-CM R10.2<br>ICD-9-CM IMO0002 | | | 8/4/2014 - Present |
| **HTN (hypertension)** | ICD-10-CM I10<br>ICD-9-CM 401.9 | | | 8/4/2014 - Present |
| **Leiomyoma of uterus** | ICD-10-CM D25.9<br>ICD-9-CM 218.9 | | | 8/22/2014 - Present |
| **Excessive or frequent menstruation** | ICD-10-CM N92.0<br>ICD-9-CM 626.2 | | | 8/22/2014 - Present |
| **Coagulation defect** | ICD-10-CM D68.9<br>ICD-9-CM 286.9 | | | 8/22/2014 - Present |
| **Esophagitis** | ICD-10-CM K20.9<br>ICD-9-CM 530.10 | | | 8/22/2014 - Present |
| **Abdominal pain** | ICD-10-CM R10.9<br>ICD-9-CM 789.00 | | | 8/22/2014 - Present |
| **Status post hysterectomy** | ICD-10-CM Z90.710<br>ICD-9-CM V88.01 | | | 10/8/2014 - Present |
| **Pinched nerve in neck** | ICD-10-CM G58.8<br>ICD-9-CM 355.9 | | | 2/3/2016 - Present |

**Reviewed** On: **6/9/2016** By **Barbara Holden, LPN**

### Allergies as of 6/9/2016

| Allergen | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrocodone** | 04/01/2014 | | |
| **Percocet [Oxycodone-Acetaminophen]** | 11/06/2014 | Allergy | Nausea Only |

### Immunizations

| Name | Date | Dose | Route | Site | |
|---|---|---|---|---|---|
| **Influenza TIV historical**<br>Given By | 01/01/16 | | | | |
| **Influenza TIV historical** | Thu Oct 9, 2014 2:12 PM | 0.5 mL | Intramuscular | Left deltoid | |

## Visit Summary (continued)

### Immunizations (continued)

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| Given By Joyce Bradshaw, RN | | | | |

### Vital Signs

Most recent update. 6/9/2016 2.59 PM by Barbara Holden, LPN

| BP | Pulse | Temp(Src) | Resp | Ht | Wt |
|---|---|---|---|---|---|
| 136/90 mmHg | 92 | 98.7 °F (37.1 °C) (Oral) | 20 | 5' 3" (1.6 m) | 202 lb (91.627 kg) |
| BMI | SpO2 | LMP | | | |
| 35.79 kg/m2 | 99% | 09/10/2014 | | | |

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: , Sex: F
Enc. Date: 06/09/16

**Treatment Vitals (all recorded)**

Treatment Vitals

None

**Pati[illegible]tory**

**Medical as of 6/9/2016**

| Past Medical History | Date | Comments | Source |
|---|---|---|---|
| Uterine fibroid [D25.9] | | | Provider |
| Hypertension [I10] | | | Provider |
| Obesity [E66.9] | | | Provider |
| Migraine [G43.909] | | | Provider |
| Anxiety [F41.9] | | | Provider |
| Pyelonephritis [N12] | | | Provider |
| Gastritis [K29.70] | | | Provider |
| Guillain-Barre syndrome [G61.0] | 1996 | | Provider |
| Diminished uterine growth [N85.9] | | | Provider |

**Surgical as of 6/9/2016**

| Past Surgical History | Laterality | Date | Comments |
|---|---|---|---|
| CESAREAN SECTION [SUR1452] | | 2001 | |
| ESOPHAGOGASTRODUODENOSCOPY [SHX1529] | | 2013 | |
| HYSTERECTOMY [SHX81] | | | |
| DILATION AND CURETTAGE ; HYSTEROSCOPY [SHX3121] | N/A | 10/23/2014 | Procedure: Revision of Vaginal Cuff, EUA, cystoscopy; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |
| ROBOTIC HYSTERECTOMY CYSTOSCOPY [SHX3934] | N/A | 10/8/2014 | Procedure: ROBOTIC TOTAL HYSTERECTOMY CYSTOSCOPY, BILATERAL SALPINGECTOMY, EUA; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 06/09/16

| Family as of 6/9/2016 | Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|---|
| | Diabetes | Mother | | | | Provider |
| | Hypertension | Mother | | | | Provider |
| | Cirrhosis | Father | | | | Provider |

| Family Status as of 6/9/2016 | Relation | Name | Status | Death Age | Comments | Source |
|---|---|---|---|---|---|---|
| | Father | | Deceased | 57 | | Provider |
| | Mother | | Alive | | | Provider |

| Tobacco Use | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeless Tobacco Status | Smokeless Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|---|
| as of 6/9/2016 | Never Smoker | Provider | | 0.0 | 0.0 | | | | Never Used | |

| Alcohol Use as of 6/9/2016 | Alcohol Use | Source | Drinks/Week | Alcohol/Wk | Comments |
|---|---|---|---|---|---|
| | No | Provider | | | |

| Drug Use as of 6/9/2016 | Drug Use | Source | Types | Frequency | Comments |
|---|---|---|---|---|---|
| | No | Provider | | 0.00 | |

| Sexual Activity as of 6/9/2016 | Sexually Active | Source | Birth Control | Partners | Comments |
|---|---|---|---|---|---|
| | Not Asked | Provider | | | |

| Social ADL as of 6/9/2016 | ADL Question | Response | Comments | Source |
|---|---|---|---|---|
| | **None** | | | |

**Occupational** as of 6/9/2016 — **None**

| Socioeconomic as of 6/9/2016 | Marital Status | Spouse Name | Num of Children | Years Education | Source |
|---|---|---|---|---|---|
| | Single | | | | |
| | Preferred Language | Ethnicity | Race | | |
| | English | Not Hispanic or Latino | Black or African American | | |

**Medications**

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **losartan (COZAAR) 25 MG tablet** (Taking/Expired)<br>Sig: Take one tablet (25 mg total) by mouth one (1) time a day<br>Route: Oral | 30 tablet | 5 | 8/27/2015 | 8/26/2016 |
| **amitriptyline (ELAVIL) 50 MG tablet** (Taking/Discontinued)<br>Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |
| **amLODIPine (NORVASC) 10 MG tablet** (Taking/Discontinued)<br>Sig: Take 1 tablet (10 mg total) by mouth one (1) time a day.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 06/09/16

**Medications (continued)**

Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Taking/Discontinued)** | 20 tablet | 0 | 5/24/2016 | 7/12/2016 |
| Sig: Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | | |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)** | 30 tablet | 0 | 5/24/2016 | 7/12/2016 |
| Sig: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain<br>Class: Print<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | | |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)** | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |
| Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | | |

Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **losartan (COZAAR) 25 MG tablet (Taking)** | 30 tablet | 5 | 8/27/2015 | 8/26/2016 |
| Sig - Route: Take one tablet (25 mg total) by mouth one (1) time a day - Oral | | | | |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)** | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |
| Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth one (1) time a day. - Oral | | | | |
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Taking)** | 20 tablet | 0 | 5/24/2016 | 7/12/2016 |
| Sig - Route: Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms - Oral | | | | |
| **traMADol (ULTRAM) 50 mg tablet (Taking)** | 30 tablet | 0 | 5/24/2016 | 7/12/2016 |
| Sig - Route: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral<br>Class: Print | | | | |
| **traZODone (DESYREL) 50 MG tablet (Taking)** | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |
| Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral | | | | |

All Meds and Administrations

(There are no med orders for this encounter)

**Orders**

All Orders and Results Except Lab and Imaging

No orders and results found

**Result Summary**

All Lab and Imaging Orders and Results

No orders and results found

0A118170016

BAPTIST.

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 06/09/16

**Result Summary (continued)**

**Progress Notes**

**Progress Notes by Whitney Tolbert, NP at 6/9/2016 4:12 PM**

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 6/9/2016 4:18 PM Note Time: 6/9/2016 4:12 PM Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner) Cosigner: Alston Graham Warr, MD at 6/12/2016 11:53 AM

**Subjective:**

**Patient ID:** Shanna L Richardson is a 38 y.o. female.

HPI

Shanna presents today for follow-up regarding neck pain. She is needing FMLA paperwork filled out as well as a return to work form. She reports improved pain after steroid pack and tramadol. Still with some numbness and tingling on occasion in left hand and intermittent left neck pain but it is tolerable at this time. She reports seeing neurosurgeon today and an MRI is scheduled on June 21st. She is wanting to return next week and states she does not feel she needs any restrictions at this point. Feels she can do her job without difficulty. Will not take tramadol during the work day.

Review of Systems
Constitutional: Negative for fever and fatigue.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for nausea and abdominal pain.
Musculoskeletal: Positive for neck pain.
Neurological: Negative for dizziness.
Psychiatric/Behavioral: Negative for sleep disturbance.

**Objective:**

BP 136/90 mmHg | Pulse 92 | Temp(Src) 98.7 °F (37.1 °C) (Oral) | Resp 20 | Ht 5' 3" (1.6 m) | Wt 202 lb (91.627 kg) | BMI 35.79 kg/m2 | SpO2 99% | LMP 09/10/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:
**Left neck and cervical region tender to palp. ROM moderately restricted.**
Neurological: She is alert and oriented to person, place, and time.

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 06/09/16

Progress Notes (continued)

Progress Notes by Whitney Tolbert, NP at 6/9/2016 4:12 PM (continued)

Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

**Assessment/Plan:**

Shanna was seen today for follow-up.

Diagnoses and all orders for this visit:

**Neck pain**

Return in about 3 months (around 9/9/2016) for Next scheduled follow up.

**Patient Instructions**

Feel free to contact me with any questions or concerns.
Follow-up with neurosurgeon as planned.
Do not take pain medication or muscle relaxants while working.
Will fill out FMLA paperwork and fax as requested.

Electronically signed by Whitney Tolbert NP at 6/9/2016 4:18 PM
Electronically signed by Alston Graham Warr, MD at 6/12/2016 11:53 AM

Patient Instructions

Patient Instructions by Whitney Tolbert, NP at 6/9/2016 4:16 PM

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 6/9/2016 4:18 PM Note Time: 6/9/2016 4:16 PM Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner)

Feel free to contact me with any questions or concerns.
Follow-up with neurosurgeon as planned.
Do not take pain medication or muscle relaxants while working.
Will fill out FMLA paperwork and fax as requested.

History & Physical

No notes of this type exist for this encounter.

Other Notes

No notes of this type exist for this encounter.

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: , Sex: F
Enc. Date: 06/09/16

**Other Notes (continued)**

**Follow-up and Disposition History**

| User | Date & Time |
| --- | --- |
| TOLBERT, WHITNEY | 6/9/2016 4:18 PM |

**Disposition:**

Return in about 3 months (around 9/9/2016) for Next scheduled follow up.

**Follow-up:**

N/A

**Instructions:**

N/A

**Check-out Note:**

N/A

**Send Reminder:**

N/A

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 07/12/16

## Visit Summary

**Reason for Visit**

**Medication Refill**

**Diagnoses**

**Neck pain** - Primary

**Problem List as of 7/12/2016** Date Reviewed: **7/12/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM: F41.1<br>ICD-9-CM: 300.00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM: I10<br>ICD-9-CM: 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 2/15/2013 - Present |
| **Abnormal uterine bleeding (AUB)** | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/4/2014 - Present |
| **Pelvic pain** | ICD-10-CM: R10.2<br>ICD-9-CM: IMO0002 | | | 8/4/2014 - Present |
| **HTN (hypertension)** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 8/4/2014 - Present |
| **Leiomyoma of uterus** | ICD-10-CM: D25.9<br>ICD-9-CM: 218.9 | | | 8/22/2014 - Present |
| **Excessive or frequent menstruation** | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 8/22/2014 - Present |
| **Coagulation defect** | ICD-10-CM: D68.9<br>ICD-9-CM: 286.9 | | | 8/22/2014 - Present |
| **Esophagitis** | ICD-10-CM: K20.9<br>ICD-9-CM: 530.10 | | | 8/22/2014 - Present |
| **Abdominal pain** | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 8/22/2014 - Present |
| **Status post hysterectomy** | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | | | 10/8/2014 - Present |
| **Pinched nerve in neck** | ICD-10-CM: G58.8<br>ICD-9-CM: 355.9 | | | 2/3/2016 - Present |

**Reviewed** On: **7/12/2016** By: **Barbara Holden, LPN**

**Allergies as of 7/12/2016**

| Allergen | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrocodone** | 04/01/2014 | | |
| **Percocet [Oxycodone-Acetaminophen]** | 11/06/2014 | Allergy | Nausea Only |

**Immunizations**

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical** | 01/01/16 | | | |
| Given By | | | | |
| **Influenza TIV historical** | Thu Oct 9, 2014 2:12 | 0.5 mL | Intramuscular | Left deltoid |

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 07/12/16

**Visit Summary (continued)**

**Immunizations (continued)**

| Name | Date | Dose | Route | Site | |
|---|---|---|---|---|---|
| | PM | | | | |

Given By Joyce Bradshaw, RN

Most recent update: 7/12/2016 3:14 PM by Barbara Holden, LPN

**Vital Signs**

| BP | Pulse | Temp(Src) | Resp | Ht | Wt |
|---|---|---|---|---|---|
| 138/90 mmHg | 88 | 98.5 °F (36.9 °C) (Oral) | 21 | 5' 3" (1.6 m) | 198 lb (89.812 kg) |
| BMI | SpO2 | LMP | | | |
| 35.08 kg/m2 | 99% | 09/10/2014 | | | |

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 07/12/16

**Treatment Vitals (all recorded)**

Treatment Vitals

None

**Pati... tory**

**Medical as of 7/12/2016**

| Past Medical History | Date | Comments | Source |
|---|---|---|---|
| Uterine fibroid [D25.9] | | | Provider |
| Hypertension [I10] | | | Provider |
| Obesity [E66.9] | | | Provider |
| Migraine [G43.909] | | | Provider |
| Anxiety [F41.9] | | | Provider |
| Pyelonephritis [N12] | | | Provider |
| Gastritis [K29.70] | | | Provider |
| Guillain-Barre syndrome [G61.0] | 1996 | | Provider |
| Diminished uterine growth [N85.9] | | | Provider |

**Surgical as of 7/12/2016**

| Past Surgical History | Laterality | Date | Comments |
|---|---|---|---|
| CESAREAN SECTION [SUR1452] | | 2001 | |
| ESOPHAGOGASTRODUODENOSCOPY [SHX1529] | | 2013 | |
| HYSTERECTOMY [SHX81] | | | |
| DILATION AND CURETTAGE ; HYSTEROSCOPY [SHX3121] | N/A | 10/23/2014 | Procedure: Revision of Vaginal Cuff, EUA, cystoscopy; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |
| ROBOTIC HYSTERECTOMY CYSTOSCOPY [SHX3934] | N/A | 10/8/2014 | Procedure: ROBOTIC TOTAL HYSTERECTOMY CYSTOSCOPY, BILATERAL SALPINGECTOMY. EUA; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 07/12/16

| Family as of 7/12/2016 | Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|---|
| | Diabetes | Mother | | | | Provider |
| | Hypertension | Mother | | | | Provider |
| | Cirrhosis | Father | | | | Provider |

| Family Status as of 7/12/2016 | Relation | Name | Status | Death Age | Comments | Source |
|---|---|---|---|---|---|---|
| | Father | | Deceased | 57 | | Provider |
| | Mother | | Alive | | | Provider |

| Tobacco Use | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeless Tobacco Status | Smokeless Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|---|
| as of 7/12/2016 | Never Smoker | Provider | | 0.0 | 0.0 | | | | Never Used | |

| Alcohol Use as of 7/12/2016 | Alcohol Use | Source | Drinks/Week | Alcohol/Wk | Comments |
|---|---|---|---|---|---|
| | No | Provider | | | |

| Drug Use as of 7/12/2016 | Drug Use | Source | Types | Frequency | Comments |
|---|---|---|---|---|---|
| | No | Provider | | 0.00 | |

| Sexual Activity as of 7/12/2016 | Sexually Active | Source | Birth Control | Partners | Comments |
|---|---|---|---|---|---|
| | Not Asked | Provider | | | |

| Social ADL as of 7/12/2016 | ADL Question | Response | Comments | Source |
|---|---|---|---|---|
| | **None** | | | |

**Occupational** as of 7/12/2016 **None**

| Socioeconomic as of 7/12/2016 | Marital Status | Spouse Name | Num of Children | Years Education | Source |
|---|---|---|---|---|---|
| | Single | | | | |
| | Preferred Language | Ethnicity | Race | | |
| | English | Not Hispanic or Latino | Black or African American | | |

## Medications

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **losartan (COZAAR) 25 MG tablet** (Taking/Expired)<br>Sig: Take one tablet (25 mg total) by mouth one (1) time a day<br>Route: Oral | 30 tablet | 5 | 8/27/2015 | 8/26/2016 |
| **amitriptyline (ELAVIL) 50 MG tablet** (Taking/Discontinued)<br>Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |
| **amLODIPine (NORVASC) 10 MG tablet** (Taking/Discontinued)<br>Sig: Take 1 tablet (10 mg total) by mouth one (1) time a day.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 07/12/16

**Medications (continued)**

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Taking/Discontinued)**<br>Sig Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 20 tablet | 0 | 5/24/2016 | 7/12/2016 |
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Taking/Discontinued)**<br>Sig Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms<br>Class Print<br>Route: Oral | 20 tablet | 0 | 7/12/2016 | 1/31/2017 |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)**<br>Sig Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain<br>Class Print<br>Route Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 5/24/2016 | 7/12/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)**<br>Sig Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain<br>Class Print<br>Route. Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 7/12/2016 | 9/22/2016 |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)**<br>Sig Take one tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue. **Reorder** | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **losartan (COZAAR) 25 MG tablet (Taking)**<br>Sig - Route Take one tablet (25 mg total) by mouth one (1) time a day - Oral | 30 tablet | 5 | 8/27/2015 | 8/26/2016 |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)**<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig - Route Take 1 tablet (10 mg total) by mouth one (1) time a day. - Oral | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Taking/Discontinued)**<br>Sig - Route. Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms - Oral<br>Reason for Discontinue **Reorder** | 20 tablet | 0 | 5/24/2016 | 7/12/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)**<br>Sig - Route Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral<br>Class Print<br>Reason for Discontinue. **Reorder** | 30 tablet | 0 | 5/24/2016 | 7/12/2016 |
| **traZODone (DESYREL) 50 MG tablet (Taking)**<br>Sig - Route Take one tablet (50 mg total) by mouth nightly - Oral | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 07/12/16

## Medications (continued)

### Discontinued Medications

| | Reason for Discontinue |
|---|---|
| **cyclobenzaprine (FLEXERIL) 5 MG tablet** | Reorder |
| **traMADol (ULTRAM) 50 mg tablet** | Reorder |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cyclobenzaprine (FLEXERIL) 5 MG tablet** (Discontinued) | 20 tablet | 0 | 7/12/2016 | 1/31/2017 |
| Sig - Route: Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms - Oral<br>Class: Print | | | | |
| **traMADol (ULTRAM) 50 mg tablet** (Discontinued) | 30 tablet | 0 | 7/12/2016 | 9/22/2016 |
| Sig - Route: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral<br>Class: Print<br>Reason for Discontinue: **Reorder** | | | | |

### All Meds and Administrations

(There are no med orders for this encounter)

## Orders

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary

### All Lab and Imaging Orders and Results

No orders and results found

## Progress Notes

### Progress Notes by Whitney Tolbert, NP at 7/12/2016 4:21 PM

Author: Whitney Tolbert, NP
Filed: 7/12/2016 4:26 PM
Editor: Whitney Tolbert, NP (Nurse Practitioner)

Service: (none)
Note Time: 7/12/2016 4:21 PM

Author Type: Nurse Practitioner
Status: Signed
Cosigner: Alston Graham Warr, MD at 7/12/2016 4:48 PM

**Subjective:**

**Patient ID**: Shanna L Richardson is a 39 y.o. female.

HPI

Shanna presents today for follow-up regarding neck pain. This has been an ongoing problem that has been waxing and waning. She has MRI scheduled next week with neurosurgery. Still with numbness and tingling in left and and left arm and shoulder feel weak. Flexeril and tramadol do help her pain. Denies any side effects from medications. She only takes these at night as she has to work during the day. Does not do a lot of heavy lifting- occasionally moves a small box.

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 07/12/16

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 7/12/2016 4:21 PM (continued)**

Review of Systems
Constitutional: Negative for fever and fatigue.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for nausea and vomiting.
Musculoskeletal: Positive for neck pain.
Neurological: Positive for weakness and numbness. Negative for dizziness and headaches.
Psychiatric/Behavioral: Negative for sleep disturbance.

Past Medical History

| Diagnosis | Date |
|---|---|
| • Uterine fibroid | |
| • Hypertension | |
| • Obesity | |
| • Migraine | |
| • Anxiety | |
| • Pyelonephritis | |
| • Gastritis | |
| • Guillain-Barre syndrome | 1996 |
| • Diminished uterine growth | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cesarean section | | 2001 |
| • Esophagogastroduodenoscopy | | 2013 |
| • Hysterectomy | | |
| • Robotic hysterectomy cystoscopy<br>*Performed by AZARI, AHMAD at MEM BMH-Women's OR.* | 10/8/2014 | |
| • Dilation and curettage ; hysteroscopy<br>*Performed by AZARI, AHMAD at MEM BMH-Women's OR.* | 10/23/2014 | |

History

| Substance Use Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol Use: | No |

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |
| • Hypertension | Mother | |
| • Cirrhosis | Father | |

Allergies

| Allergen | Reactions |
|---|---|
| • Hydrocodone | |
| • Percocet [Oxycodone-Acetaminophen] | Nausea Only |

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 7/12/2016 4:21 PM (continued)**

Outpatient Prescriptions Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 50 MG tablet | Take one tablet (50 mg total) by mouth nightly | 30 tablet | 5 |
| • amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet (10 mg total) by mouth one (1) time a day. | 30 tablet | 5 |
| • losartan (COZAAR) 25 MG tablet | Take one tablet (25 mg total) by mouth one (1) time a day | 30 tablet | 5 |
| • traZODone (DESYREL) 50 MG tablet | Take one tablet (50 mg total) by mouth nightly | 30 tablet | 5 |
| • cyclobenzaprine (FLEXERIL) 5 MG tablet | Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms | 20 tablet | 0 |
| • traMADol (ULTRAM) 50 mg tablet | Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain | 30 tablet | 0 |

**Objective:**

BP 138/90 mmHg | Pulse 88 | Temp(Src) 98.5 °F (36.9 °C) (Oral) | Resp 21 | Ht 5' 3" (1.6 m) | Wt 198 lb (89.812 kg) | BMI 35.08 kg/m2 | SpO2 99% | LMP 09/10/2014

Physical Exam

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:
**Left posterior neck and trapezius tender to palp. ROM mildly restricted.**
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

No results found for this or any previous visit (from the past 36 hour(s)).

Progress Notes (continued)

Progress Notes by Whitney Tolbert, NP at 7/12/2016 4:21 PM (continued)

**Assessment/Plan:**

Shanna was seen today for medication refill.

Diagnoses and all orders for this visit:

**Neck pain**

Orders:

- cyclobenzaprine (FLEXERIL) 5 MG tablet; Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms
- traMADol (ULTRAM) 50 mg tablet; Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain

Return if symptoms worsen or fail to improve.

**Patient Instructions**

Will await MRI results from neurosurgery.
Please notify me if your symptoms do not improve and contact me with any questions or concerns.
Ok to continue heat, tramadol, and flexeril as needed at night.

Electronically signed by Whitney Tolbert, NP at 7/12/2016 4:26 PM
Electronically signed by Alston Graham Warr, MD at 7/12/2016 4:48 PM

**Patient Instructions**

Patient Instructions by Whitney Tolbert, NP at 7/12/2016 4:25 PM

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 7/12/2016 4:26 PM Note Time: 7/12/2016 4:25 PM Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner)

Will await MRI results from neurosurgery.
Please notify me if your symptoms do not improve and contact me with any questions or concerns.
Ok to continue heat, tramadol, and flexeril as needed at night.

History & Physical

No notes of this type exist for this encounter.

Other Notes

No notes of this type exist for this encounter.

Follow-up and Disposition History

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 07/12/16

**Follow-up and Disposition History (continued)**

| User | Date & Time |
|---|---|
| TOLBERT, WHITNEY | 7/12/2016 4:26 PM |

**Disposition:**

Return if symptoms worsen or fail to improve.

**Follow-up:**

N/A

**Instructions:**

N/A

**Check-out Note:**

N/A

**Send Reminder:**

N/A

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 09/22/16

## Visit Summary

### Reason for Visit

**Neck Pain** med verification list signed
**Back Pain**

### Diagnoses

**Neck pain** - Primary
**Benign essential hypertension**

### Problem List as of 9/22/2016

Date Reviewed. **9/22/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM. F41 1<br>ICD-9-CM 300 00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM: I10<br>ICD-9-CM. 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM: F32 9<br>ICD-9-CM: 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM. G47.00<br>ICD-9-CM 780.52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM. G43.909<br>ICD-9-CM 346.90 | | | 2/15/2013 - Present |
| **Abnormal uterine bleeding (AUB)** | ICD-10-CM N93 9<br>ICD-9-CM 626.9 | | | 8/4/2014 - Present |
| **Pelvic pain** | ICD-10-CM R10 2<br>ICD-9-CM IMO0002 | | | 8/4/2014 - Present |
| **HTN (hypertension)** | ICD-10-CM. I10<br>ICD-9-CM 401.9 | | | 8/4/2014 - Present |
| **Leiomyoma of uterus** | ICD-10-CM. D25 9<br>ICD-9-CM 218.9 | | | 8/22/2014 - Present |
| **Excessive or frequent menstruation** | ICD-10-CM N92 0<br>ICD-9-CM 626.2 | | | 8/22/2014 - Present |
| **Coagulation defect** | ICD-10-CM. D68.9<br>ICD-9-CM 286.9 | | | 8/22/2014 - Present |
| **Esophagitis** | ICD-10-CM. K20 9<br>ICD-9-CM 530 10 | | | 8/22/2014 - Present |
| **Abdominal pain** | ICD-10-CM: R10 9<br>ICD-9-CM. 789.00 | | | 8/22/2014 - Present |
| **Status post hysterectomy** | ICD-10-CM Z90 710<br>ICD-9-CM: V88.01 | | | 10/8/2014 - Present |
| **Pinched nerve in neck** | ICD-10-CM G58.8<br>ICD-9-CM 355 9 | | | 2/3/2016 - Present |

**Reviewed** On: **9/22/2016** By **Barbara Holden, LPN**

### Allergies as of 9/22/2016

| Allergen | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrocodone** | 04/01/2014 | | |
| **Percocet [Oxycodone-Acetaminophen]** | 11/06/2014 | Allergy | Nausea Only |

### Immunizations

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical** | 01/01/16 | | | |

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 09/22/16

**Visit Summary (continued)**

Immunizations (continued)

| Name / Given By | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical** | Thu Oct 9, 2014 2:12 PM | 0.5 mL | Intramuscular | Left deltoid |
| Given By. Joyce Bradshaw, RN | | | | |

**Vital Signs**

Most recent update. 9/22/2016 1:37 PM by Barbara Holden. LPN

| BP | Pulse | Temp(Src) | Resp | Ht | Wt |
|---|---|---|---|---|---|
| 160/100 mmHg | 76 | 98.8 °F (37.1 °C) (Oral) | 20 | 5' 3" (1.6 m) | 198 lb (89.812 kg) |
| **BMI** | **SpO2** | **LMP** | | | |
| 35.08 kg/m2 | 98% | 09/10/2014 | | | |

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 09/22/16

## Treatment Vitals (all recorded)

### Treatment Vitals

None

### Pati[illegible]tory

**Medical**
**as of 9/22/2016**

| Past Medical History | Date | Comments | Source |
|---|---|---|---|
| Uterine fibroid [D25.9] | | | Provider |
| Hypertension [I10] | | | Provider |
| Obesity [E66.9] | | | Provider |
| Migraine [G43.909] | | | Provider |
| Anxiety [F41.9] | | | Provider |
| Pyelonephritis [N12] | | | Provider |
| Gastritis [K29.70] | | | Provider |
| Guillain-Barre syndrome [G61.0] | 1996 | | Provider |
| Diminished uterine growth [N85.9] | | | Provider |

**Surgical**
**as of 9/22/2016**

| Past Surgical History | Laterality | Date | Comments |
|---|---|---|---|
| CESAREAN SECTION [SUR1452] | | 2001 | |
| ESOPHAGOGASTRODUODENOSCOPY [SHX1529] | | 2013 | |
| HYSTERECTOMY [SHX81] | | | |
| DILATION AND CURETTAGE ; HYSTEROSCOPY [SHX3121] | N/A | 10/23/2014 | Procedure: Revision of Vaginal Cuff, EUA, cystoscopy; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |
| ROBOTIC HYSTERECTOMY CYSTOSCOPY [SHX3934] | N/A | 10/8/2014 | Procedure: ROBOTIC TOTAL HYSTERECTOMY CYSTOSCOPY, BILATERAL SALPINGECTOMY, EUA; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 09/22/16

**Family as of 9/22/2016**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Diabetes | Mother | | | | Provider |
| Hypertension | Mother | | | | Provider |
| Cirrhosis | Father | | | | Provider |

**Family Status as of 9/22/2016**

| Relation | Name | Status | Death Age | Comments | Source |
|---|---|---|---|---|---|
| Father | | Deceased | 57 | | Provider |
| Mother | | Alive | | | Provider |

**Tobacco Use as of 9/22/2016**

| Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeless Tobacco Status | Smokeless Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|
| Never Smoker | Provider | | 0.0 | 0.0 | | | | Never Used | |

**Alcohol Use as of 9/22/2016**

| Alcohol Use | Source | Drinks/Week | Alcohol/Wk | Comments |
|---|---|---|---|---|
| No | Provider | | | |

**Drug Use as of 9/22/2016**

| Drug Use | Source | Types | Frequency | Comments |
|---|---|---|---|---|
| No | Provider | | 0.00 | |

**Sexual Activity as of 9/22/2016**

| Sexually Active | Source | Birth Control | Partners | Comments |
|---|---|---|---|---|
| Not Asked | Provider | | | |

**Social ADL as of 9/22/2016**

| ADL Question | Response | Comments | Source |
|---|---|---|---|
| **None** | | | |

**Occupational as of 9/22/2016**

**None**

**Socioeconomic as of 9/22/2016**

| Marital Status | Spouse Name | Num of Children | Years Education | Source |
|---|---|---|---|---|
| Single | | | | |

| Preferred Language | Ethnicity | Race |
|---|---|---|
| English | Not Hispanic or Latino | Black or African American |

## Medications

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet** (Taking/Discontinued) | 30 tablet | 0 | 9/16/2016 | 11/8/2016 |

Sig TAKE ONE TABLET BY MOUTH EVERY NIGHT
Reason for Discontinue: **Reorder**
Cosign for Ordering: Accepted by Whitney Tolbert, NP on 9/16/2016 1:12 PM

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet** (Taking/Discontinued) | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |

Sig Take 1 tablet (10 mg total) by mouth one (1) time a day.
Route Oral
Reason for Discontinue **Reorder**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cyclobenzaprine (FLEXERIL) 5 MG tablet** (Taking/Discontinued) | 20 tablet | 0 | 7/12/2016 | 1/31/2017 |

Sig Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms
Class Print
Route Oral

**Medications (continued)**

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **gabapentin (NEURONTIN) 300 MG capsule (Taking/Discontinued)**<br>Sig TAKE ONE CAPSULE PO QHS<br>Class Historical Med | | 0 | 8/8/2016 | 1/31/2017 |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)**<br>Sig Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain<br>Class Print<br>Route Oral<br>Reason for Discontinue. **Reorder** | 30 tablet | 0 | 7/12/2016 | 9/22/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)**<br>Sig Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain<br>Class Print<br>Route Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 9/22/2016 | 1/31/2017 |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)**<br>Sig TAKE ONE TABLET BY MOUTH EVERY NIGHT<br>Reason for Discontinue **Reorder**<br>Cosign for Ordering Accepted by Whitney Tolbert, NP on 9/16/2016 1:12 PM | 30 tablet | 0 | 9/16/2016 | 11/8/2016 |

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)**<br>Sig TAKE ONE TABLET BY MOUTH EVERY NIGHT<br>Cosign for Ordering Accepted by Whitney Tolbert, NP on 9/16/2016 1:12 PM | 30 tablet | 0 | 9/16/2016 | 11/8/2016 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig - Route Take 1 tablet (10 mg total) by mouth one (1) time a day. - Oral | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Taking)**<br>Sig - Route Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms - Oral<br>Class. Print | 20 tablet | 0 | 7/12/2016 | 1/31/2017 |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)**<br>Sig TAKE ONE CAPSULE PO QHS<br>Class. Historical Med | | 0 | 8/8/2016 | 1/31/2017 |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)**<br>Sig - Route Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral<br>Class Print<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 7/12/2016 | 9/22/2016 |
| **traZODone (DESYREL) 50 MG tablet (Taking)**<br>Sig TAKE ONE TABLET BY MOUTH EVERY NIGHT<br>Cosign for Ordering Accepted by Whitney Tolbert, NP on 9/16/2016 1:12 PM | 30 tablet | 0 | 9/16/2016 | 11/8/2016 |

**Discontinued Medications**

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 09/22/16

**Medications (continued)**

**Discontinued Medications (continued)**

| | Reason for Discontinue |
|---|---|
| **traMADol (ULTRAM) 50 mg tablet** | Reorder |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **traMADol (ULTRAM) 50 mg tablet** (Discontinued) | 30 tablet | 0 | 9/22/2016 | 1/31/2017 |

Sig - Route: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral
Class: Print
Reason for Discontinue: **Reorder**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **losartan (COZAAR) 25 MG tablet** (Discontinued) | 30 tablet | 0 | 9/22/2016 | 9/28/2016 |

Sig - Route: Take one tablet (25 mg total) by mouth one (1) time a day - Oral
Class: No Print
Reason for Discontinue: **Reorder**

**All Meds and Administrations**

(There are no med orders for this encounter)

**Orders**

**All Orders and Results Except Lab and Imaging**

No orders and results found

**Result Summary**

**All Lab and Imaging Orders and Results**

No orders and results found

**Progress Notes**

**Progress Notes by Whitney Tolbert, NP at 9/22/2016 2:11 PM**

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 9/22/2016 2:19 PM Note Time: 9/22/2016 2:11 PM Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner) Cosigner: Alston Graham Warr, MD at 9/22/2016 3:19 PM

**Subjective:**

**Patient ID**: Shanna L Richardson is a 39 y.o. female.

HPI

Shanna presents today for follow-up regarding neck pain. States MRI showed degenerative/bulging discs and nerve blocks and/or surgery has been recommended by neurosurgery. She continues to have paresthesias down left arm and mid back. She is requesting refill on tramadol as this does help.

Review of Systems
Constitutional: Negative for fatigue.

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 9/22/2016 2:11 PM (continued)**

Eyes: Negative for visual disturbance.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Musculoskeletal: Positive for back pain and neck pain.
Neurological: Positive for numbness. Negative for headaches.

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Uterine fibroid | |
| • Hypertension | |
| • Obesity | |
| • Migraine | |
| • Anxiety | |
| • Pyelonephritis | |
| • Gastritis | |
| • Guillain-Barre syndrome | 1996 |
| • Diminished uterine growth | |

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Cesarean section | | 2001 |
| • Esophagogastroduodenoscopy | | 2013 |
| • Hysterectomy | | |
| • Robotic hysterectomy cystoscopy<br>*Performed by AZARI, AHMAD at MEM BMH-Women's OR.* | 10/8/2014 | |
| • Dilation and curettage ; hysteroscopy<br>*Performed by AZARI, AHMAD at MEM BMH-Women's OR.* | 10/23/2014 | |

**Social History**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol Use: | No |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |
| • Hypertension | Mother | |
| • Cirrhosis | Father | |

**Allergies**

| Allergen | Reactions |
|---|---|
| • Hydrocodone | |
| • Percocet [Oxycodone-Acetaminophen] | Nausea Only |

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 9/22/2016 2:11 PM (continued)**

Outpatient Prescriptions Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 50 MG tablet | TAKE ONE TABLET BY MOUTH EVERY NIGHT | 30 tablet | 0 |
| • amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet (10 mg total) by mouth one (1) time a day. | 30 tablet | 5 |
| • cyclobenzaprine (FLEXERIL) 5 MG tablet | Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms | 20 tablet | 0 |
| • gabapentin (NEURONTIN) 300 MG capsule | TAKE ONE CAPSULE PO QHS | | 0 |
| • traZODone (DESYREL) 50 MG tablet | TAKE ONE TABLET BY MOUTH EVERY NIGHT | 30 tablet | 0 |
| • traMADol (ULTRAM) 50 mg tablet | Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain | 30 tablet | 0 |

**Objective:**

BP 160/100 mmHg | Pulse 76 | Temp(Src) 98.8 °F (37.1 °C) (Oral) | Resp 20 | Ht 5' 3" (1.6 m) | Wt 198 lb (89.812 kg) | BMI 35.08 kg/m2 | SpO2 98% | LMP 09/10/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:
**Neck ROM moderately restricted. Tender to palp over cervical spine and left trapezius.**
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

No results found for this or any previous visit (from the past 36 hour(s)).

**Assessment/Plan:**

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 09/22/16

**Progress Notes (continued)**

Progress Notes by Whitney Tolbert, NP at 9/22/2016 2:11 PM (continued)

Shanna was seen today for neck pain and back pain.

Diagnoses and all orders for this visit:

**Neck pain**

- traMADol (ULTRAM) 50 mg tablet; Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain

**Benign essential hypertension**

- losartan (COZAAR) 25 MG tablet; Take one tablet (25 mg total) by mouth one (1) time a day

Discussed BP elevation. Patient states she has not been taking her losartan.

Return if symptoms worsen or fail to improve.

**Patient Instructions**

Make sure to follow-up with your neurosurgeon as planned.
Will refill the tramadol- do not drive or work while taking medication.
Feel free to contact me with any questions or concerns.
Resume the losartan. Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.

Electronically signed by Whitney Tolbert NP at 9/22/2016 2:19 PM
Electronically signed by Alston Graham Warr MD at 9/22/2016 3:19 PM

**Patient Instructions**

Patient Instructions by Whitney Tolbert, NP at 9/22/2016 2:12 PM

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 9/22/2016 2:16 PM Note Time: 9/22/2016 2:12 PM Status: Addendum
Editor: Whitney Tolbert, NP (Nurse Practitioner)
Related Notes: Original Note by Whitney Tolbert, NP (Nurse Practitioner) filed at 9/22/2016 2:12 PM

Make sure to follow-up with your neurosurgeon as planned.
Will refill the tramadol- do not drive or work while taking medication.
Feel free to contact me with any questions or concerns.
Resume the losartan. Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: , Sex: F
Enc. Date: 09/22/16

## History & Physical

No notes of this type exist for this encounter.

## Other Notes

No notes of this type exist for this encounter.

## Follow-up and Disposition History

| User | Date & Time |
|---|---|
| TOLBERT, WHITNEY | 9/22/2016 2:12 PM |

## Disposition:

Return if symptoms worsen or fail to improve.

## Follow-up:

N/A

## Instructions:

N/A

## Check-out Note:

N/A

## Send Reminder:

N/A

## Encounter-Level Documents:

There are no encounter-level documents.

## Order-Level Documents:

There are no order-level documents.

## Patient Care Timeline

No data selected in time range

## Patient Care Timeline

No data selected in time range

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 09/28/16

## Visit Summary

### Reason for Visit

**Follow-up** regarding back pain / med verification list signed

### Diagnoses

**DDD (degenerative disc disease), cervical** - Primary
**Benign essential hypertension**

### Problem List as of 9/28/2016

Date Reviewed **9/28/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM: F41.1<br>ICD-9-CM: 300.00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM: I10<br>ICD-9-CM: 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 2/15/2013 - Present |
| **Abnormal uterine bleeding (AUB)** | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/4/2014 - Present |
| **Pelvic pain** | ICD-10-CM: R10.2<br>ICD-9-CM: IMO0002 | | | 8/4/2014 - Present |
| **HTN (hypertension)** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 8/4/2014 - Present |
| **Leiomyoma of uterus** | ICD-10-CM: D25.9<br>ICD-9-CM: 218.9 | | | 8/22/2014 - Present |
| **Excessive or frequent menstruation** | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 8/22/2014 - Present |
| **Coagulation defect** | ICD-10-CM: D68.9<br>ICD-9-CM: 286.9 | | | 8/22/2014 - Present |
| **Esophagitis** | ICD-10-CM: K20.9<br>ICD-9-CM: 530.10 | | | 8/22/2014 - Present |
| **Abdominal pain** | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 8/22/2014 - Present |
| **Status post hysterectomy** | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | | | 10/8/2014 - Present |
| **Pinched nerve in neck** | ICD-10-CM: G58.8<br>ICD-9-CM: 355.9 | | | 2/3/2016 - Present |

**Reviewed On**: **9/28/2016** By: **Barbara Holden, LPN**

### Allergies as of 9/28/2016

| Allergen | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrocodone** | 04/01/2014 | | |
| **Percocet [Oxycodone-Acetaminophen]** | 11/06/2014 | Allergy | Nausea Only |

### Immunizations

| Name | Date | Dose | Route | Site | |
|---|---|---|---|---|---|
| **Influenza TIV historical** | 01/01/16 | | | | |
| Given By | | | | | |
| **Influenza TIV historical** | Thu Oct 9, 2014 2:12 | 0.5 mL | Intramuscular | Left deltoid | |

0A118170016

BAPTIST.

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 09/28/16

**Visit Summary (continued)**

**Immunizations (continued)**

| Name | Date | Dose | Route | Site | |
|---|---|---|---|---|---|
| | PM | | | | |

Given By: Joyce Bradshaw, RN

Most recent update: 9/28/2016 8:31 AM by Barbara Holden, LPN

**Vital Signs**

| BP | Pulse | Temp(Src) | Resp | Ht | Wt |
|---|---|---|---|---|---|
| 140/100 mmHg | 65 | 98.4 °F (36.9 °C) (Oral) | 21 | 5' 3" (1.6 m) | 199 lb (90.266 kg) |
| BMI | SpO2 | LMP | | | |
| 35.26 kg/m2 | 98% | 09/10/2014 | | | |

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 09/28/16

## Treatment Vitals (all recorded)

### Treatment Vitals

None

## Pati [redacted] tory

**Medical as of 9/28/2016**

| Past Medical History | Date | Comments | Source |
|---|---|---|---|
| Uterine fibroid [D25.9] | | | Provider |
| Hypertension [I10] | | | Provider |
| Obesity [E66.9] | | | Provider |
| Migraine [G43.909] | | | Provider |
| Anxiety [F41.9] | | | Provider |
| Pyelonephritis [N12] | | | Provider |
| Gastritis [K29.70] | | | Provider |
| Guillain-Barre syndrome [G61.0] | 1996 | | Provider |
| Diminished uterine growth [N85.9] | | | Provider |
| History of abnormal cervical Pap smear [Z87.898] | | Had some before, forgot to mention. | Patient |
| Anemia [D64.9] | 7/14 | | Patient |
| Migraines, neuralgic [G44.009] | | All the time, since 2001 | Patient |
| GERD (gastroesophageal reflux disease) [K21.9] | | | Patient |
| Urinary tract infection [N39.0] | 7/14 | | Patient |

**Surgical as of 9/28/2016**

| Past Surgical History | Laterality | Date | Comments |
|---|---|---|---|
| CESAREAN SECTION [SUR1452] | | 2001 | |
| ESOPHAGOGASTRODUODENOSCOPY [SHX1529] | | 2013 | |
| HYSTERECTOMY [SHX81] | | | |
| DILATION AND CURETTAGE ; HYSTEROSCOPY [SHX3121] | N/A | 10/23/2014 | Procedure: Revision of Vaginal Cuff, EUA. cystoscopy; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 09/28/16

| | | | |
|---|---|---|---|
| ROBOTIC HYSTERECTOMY CYSTOSCOPY [SHX3934] | N/A | 10/8/2014 | Procedure: ROBOTIC TOTAL HYSTERECTOMY CYSTOSCOPY, BILATERAL SALPINGECTOMY, EUA; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |

**Family as of 9/28/2016**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Diabetes | Mother | | | | Provider |
| Hypertension | Mother | | | | Provider |
| Cirrhosis | Father | | | | Provider |

**Family Status as of 9/28/2016**

| Relation | Name | Status | Death Age | Comments | Source |
|---|---|---|---|---|---|
| Father | | Deceased | 57 | | Provider |
| Mother | | Alive | | | Provider |

**Tobacco Use as of 9/28/2016**

| Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeless Tobacco Status | Smokeless Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|
| Never Smoker | Patient | | 0.0 | 0.0 | | | | Never Used | |

**Alcohol Use as of 9/28/2016**

| Alcohol Use | Source | Drinks/Week | Alcohol/Wk | Comments |
|---|---|---|---|---|
| No | Patient | | | |

**Drug Use as of 9/28/2016**

| Drug Use | Source | Types | Frequency | Comments |
|---|---|---|---|---|
| No | Patient | | 0.00 | |

**Sexual Activity as of 9/28/2016**

| Sexually Active | Source | Birth Control | Partners | Comments |
|---|---|---|---|---|
| No | Patient | | | |

**Social ADL as of 9/28/2016**

| ADL Question | Response | Comments | Source |
|---|---|---|---|
| **None** | | | |

**Occupational as of 9/28/2016**

**None**

**Socioeconomic as of 9/28/2016**

| Marital Status | Spouse Name | Num of Children | Years Education | Source |
|---|---|---|---|---|
| Single | | | | |

| Preferred Language | Ethnicity | Race |
|---|---|---|
| English | Not Hispanic or Latino | Black or African American |

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 09/28/16

## Medications

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking/Discontinued)**<br>Sig TAKE ONE TABLET BY MOUTH EVERY NIGHT<br>Reason for Discontinue **Reorder**<br>Cosign for Ordering Accepted by Whitney Tolbert, NP on 9/16/2016 1:12 PM | 30 tablet | 0 | 9/16/2016 | 11/8/2016 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking/Discontinued)**<br>Sig Take 1 tablet (10 mg total) by mouth one (1) time a day.<br>Route: Oral<br>Reason for Discontinue **Reorder** | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Taking/Discontinued)**<br>Sig Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms<br>Class Print<br>Route: Oral | 20 tablet | 0 | 7/12/2016 | 1/31/2017 |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking/Discontinued)**<br>Sig TAKE ONE CAPSULE PO QHS<br>Class Historical Med | | 0 | 8/8/2016 | 1/31/2017 |
| **losartan (COZAAR) 25 MG tablet (Taking/Discontinued)**<br>Sig. Take one tablet (25 mg total) by mouth one (1) time a day<br>Class No Print<br>Route Oral<br>Reason for Discontinue. **Reorder** | 30 tablet | 0 | 9/22/2016 | 9/28/2016 |
| **losartan (COZAAR) 50 MG tablet (Taking/Discontinued)**<br>Sig Take one tablet (50 mg total) by mouth one (1) time a day<br>Class. No Print<br>Route Oral<br>Reason for Discontinue. **Reorder** | 30 tablet | 0 | 9/28/2016 | 3/2/2017 |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)**<br>Sig Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain<br>Class Print<br>Route Oral<br>Reason for Discontinue **Reorder** | 30 tablet | 0 | 9/22/2016 | 1/31/2017 |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)**<br>Sig TAKE ONE TABLET BY MOUTH EVERY NIGHT<br>Reason for Discontinue **Reorder**<br>Cosign for Ordering. Accepted by Whitney Tolbert, NP on 9/16/2016 1:12 PM | 30 tablet | 0 | 9/16/2016 | 11/8/2016 |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)**<br>Sig TAKE ONE TABLET BY MOUTH EVERY NIGHT<br>Cosign for Ordering Accepted by Whitney Tolbert, NP on 9/16/2016 1:12 PM | 30 tablet | 0 | 9/16/2016 | 11/8/2016 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig - Route Take 1 tablet (10 mg total) by mouth one (1) time a day. - Oral | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |