0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 09/28/16

**Medications (continued)**

**Medications at Start of Encounter (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Taking)**<br>Sig - Route: Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms - Oral<br>Class: Print | 20 tablet | 0 | 7/12/2016 | 1/31/2017 |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)**<br>Sig: TAKE ONE CAPSULE PO QHS<br>Class: Historical Med | | 0 | 8/8/2016 | 1/31/2017 |
| **losartan (COZAAR) 25 MG tablet (Taking/Discontinued)**<br>Sig - Route: Take one tablet (25 mg total) by mouth one (1) time a day - Oral<br>Class: No Print<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 9/22/2016 | 9/28/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Taking)**<br>Sig - Route: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral<br>Class: Print | 30 tablet | 0 | 9/22/2016 | 1/31/2017 |
| **traZODone (DESYREL) 50 MG tablet (Taking)**<br>Sig: TAKE ONE TABLET BY MOUTH EVERY NIGHT<br>Cosign for Ordering: Accepted by Whitney Tolbert, NP on 9/16/2016 1:12 PM | 30 tablet | 0 | 9/16/2016 | 11/8/2016 |

**Discontinued Medications**

| | Reason for Discontinue |
|---|---|
| **losartan (COZAAR) 25 MG tablet** | Reorder |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **losartan (COZAAR) 50 MG tablet** (Discontinued)<br>Sig - Route: Take one tablet (50 mg total) by mouth one (1) time a day - Oral<br>Class: No Print<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 9/28/2016 | 3/2/2017 |

**All Meds and Administrations**

(There are no med orders for this encounter)

**Orders**

**All Orders and Results Except Lab and Imaging**

No orders and results found

**Result Summary**

**All Lab and Imaging Orders and Results**

No orders and results found

**Progress Notes**

**Progress Notes by Whitney Tolbert, NP at 9/28/2016 1:39 PM**

0A118170016

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 09/28/16

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 9/28/2016 1:39 PM (continued)**

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 9/28/2016 2:16 PM Note Time: 9/28/2016 1:39 PM Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner) Cosigner: Alston Graham Warr, MD at 9/28/2016 2:48 PM

**Subjective:**

**Patient ID**: Shanna L Richardson is a 39 y.o. female.

**HPI**

Shanna presents today for follow-up regarding her neck pain as a result of degenerative disc disease. She reports she is unable to work due to her neck pain that radiates down her left arm. Her job at Nike requires lifting and she is needing time off for further evaluation per neurosurgery. She is requesting to be scheduled with Dr. Maurice Smith at Semmes-Murphy. She has records from ER admission that reports DDD at c5-c6. Continues to have numbness and tingling down left arm. She has resumed losartan as directed.

Review of Systems
Constitutional: Positive for fatigue. Negative for fever.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Musculoskeletal: Positive for back pain and neck pain.
Neurological: Positive for numbness and headaches. Negative for dizziness.

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Uterine fibroid | |
| • Hypertension | |
| • Obesity | |
| • Migraine | |
| • Anxiety | |
| • Pyelonephritis | |
| • Gastritis | |
| • Guillain-Barre syndrome | 1996 |
| • Diminished uterine growth | |
| • History of abnormal cervical Pap smear<br>*Had some before, forgot to mention.* | |
| • Anemia | 7/14 |
| • Migraines, neuralgic<br>*All the time, since 2001* | |
| • GERD (gastroesophageal reflux disease) | |
| • Urinary tract infection | 7/14 |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cesarean section | | 2001 |
| • Esophagogastroduodenoscopy | | 2013 |
| • Hysterectomy | | |

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 9/28/2016 1:39 PM (continued)**

| | |
|---|---|
| • Robotic hysterectomy cystoscopy<br>*Performed by AZARI, AHMAD at MEM BMH-Women's OR.* | 10/8/2014 |
| • Dilation and curettage ; hysteroscopy<br>*Performed by AZARI, AHMAD at MEM BMH-Women's OR.* | 10/23/2014 |

**Social History**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol Use: | No |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |
| • Hypertension | Mother | |
| • Cirrhosis | Father | |

**Allergies**

| Allergen | Reactions |
|---|---|
| • Hydrocodone | |
| • Percocet [Oxycodone-Acetaminophen] | Nausea Only |

**Outpatient Prescriptions Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 50 MG tablet | TAKE ONE TABLET BY MOUTH EVERY NIGHT | 30 tablet | 0 |
| • amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet (10 mg total) by mouth one (1) time a day. | 30 tablet | 5 |
| • cyclobenzaprine (FLEXERIL) 5 MG tablet | Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms | 20 tablet | 0 |
| • gabapentin (NEURONTIN) 300 MG capsule | TAKE ONE CAPSULE PO QHS | | 0 |
| • traMADol (ULTRAM) 50 mg tablet | Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain | 30 tablet | 0 |
| • traZODone (DESYREL) 50 MG tablet | TAKE ONE TABLET BY MOUTH EVERY NIGHT | 30 tablet | 0 |
| • losartan (COZAAR) 25 MG tablet | Take one tablet (25 mg total) by mouth one (1) time a day | 30 tablet | 0 |

**Objective:**

Progress Notes (continued)

Progress Notes by Whitney Tolbert, NP at 9/28/2016 1:39 PM (continued)

BP 140/100 mmHg | Pulse 65 | Temp(Src) 98.4 °F (36.9 °C) (Oral) | Resp 21 | Ht 5' 3" (1.6 m) | Wt 199 lb (90.266 kg) | BMI 35.26 kg/m2 | SpO2 98% | LMP 09/10/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:
**Tender along posterior neck and bilateral trapezius muscles. Neck ROM moderately restricted.**
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

No results found for this or any previous visit (from the past 36 hour(s)).

**Assessment/Plan:**

Shanna was seen today for follow-up.

Diagnoses and all orders for this visit:

**DDD (degenerative disc disease), cervical**

**Benign essential hypertension**
- losartan (COZAAR) 50 MG tablet; Take one tablet (50 mg total) by mouth one (1) time a day

Return if symptoms worsen or fail to improve.

**Patient Instructions**
Will refer to Semmes Murphy as planned and fax records as well.
Will complete FMLA paperwork as well.
Continue heat and current medication.
Increase losartan to 50mg daily. Make sure to follow a diet low in sodium. Monitor BP frequently and notify me if consistently greater than 140/90.

0A118170016

BAPTIST. BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 09/28/16

## Progress Notes (continued)

**Progress Notes by Whitney Tolbert, NP at 9/28/2016 1:39 PM (continued)**

Electronically signed by Whitney Tolbert NP at 9/28/2016 2 16 PM
Electronically signed by Alston Graham Warr, MD at 9/28/2016 2 48 PM

## Patient Instructions

**Patient Instructions by Whitney Tolbert, NP at 9/28/2016 2:15 PM**

Author: Whitney Tolbert, NP Service (none) Author Type: Nurse Practitioner
Filed 9/28/2016 2:16 PM Note Time 9/28/2016 2:15 PM Status Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner)

Will refer to Semmes Murphy as planned and fax records as well.
Will complete FMLA paperwork as well.
Continue heat and current medication.
Increase losartan to 50mg daily. Make sure to follow a diet low in sodium. Monitor BP frequently and notify me if consistently greater than 140/90.

**History & Physical**

No notes of this type exist for this encounter.

**Other Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

| User | Date & Time |
| --- | --- |
| TOLBERT, WHITNEY | 9/28/2016 2:16 PM |

**Disposition:**

Return if symptoms worsen or fail to improve.

**Follow-up:**

N/A

**Instructions:**

N/A

**Check-out Note:**

N/A

**Send Reminder:**

N/A

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

**Order-Level Documents: (continued)**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

**END OF REPORT**

HIM ROI Authorization - 3/28/2017

0A118170016

07/15/2011 21:56 9013286035 LIGHTCLINIC PAGE 01/01

3699683

RECEIVED MAR 28 2017

- 39585

FAXED 3-28-17

**Baptist Medical Group Inc. (BMG)**
**Authorization to Release PHI**
**Physician Practices**

Baptist Clinic Name: The Light Clinic Phone # 901-328-6031 Fax # 328-6035

Address: 7715 Wolf River Blvd, Germantown TN 38138

PATIENT'S NAME: Shanna L. Richardson BIRTH DATE: Chart #: MRN #10272441

ADDRESS:

FAX NUMBER

I authorize Baptist or the following person or organization (specify if applicable) to:

X disclose any health information to: Liberty Mutual Disability Insurance - Amy Corcoran Case Manager 901-603-43[illegible]

(Name and Address) - Specify: Attorney, Insurance, Self, etc

X obtain/request copies of my health information from: The Light Clinic 7715 Wolf River Blvd. Germantown TN 38138

(Name and Address) - Specify: Hospital, Doctor, etc

Purpose of use, disclosure, and or request: ☐ Continuation of Care/Treatment ☐ Attorney ☐ At the request of the patient ☐ Payment
☑ Other, specify: Records for my disability case manager

I authorize use and/or disclosure of information covering treatment from: 2015 all to: 2016 all
(enter specific dates)

Information to be used and/or disclosed:
☑ History and Physical ☐ Progress Note ☐ Lab ☑ Radiology/Imaging ☑ All records ☐ Itemized bill
☐ Other, specify: Everything including notes

I understand that the disclosure of my personal health information may include information regarding diagnosis and/or treatment for any of the following: alcohol abuse, drug abuse, psychiatric or mental illness, and/or sexually transmitted diseases, including Human Immunodeficiency Virus (HIV) or (AIDS virus).

This release will include information I have previously restricted from my health plan unless I initial: SR

This authorization will expire one year from the date of your signature unless you specify a different expiration date, event, or condition.
Please specify: This needs to extend until because they are trying to settle my case. SR

I understand that I have a right to revoke this authorization at any time, except to the extent that release of information has already occurred in reliance on my prior authorization.

I understand that in order to revoke an authorization, a written document stating the intent of the patient is to be either delivered in person or by certified mail to the Director of Health Information Management at the Baptist facility indicated above. The revocation document is to contain the signature of the patient or patient's legal representative.

I understand that authorizing the disclosure of health information is voluntary. I can refuse to sign this authorization. Refusal to sign this form will not affect my receipt of treatment. However, if this authorization is for release of records to a third party for payment, enrollment or eligibility of benefits purposes, such as workers' compensation, private health insurance, application for insurance, etc., my refusal to sign may affect payment, enrollment or eligibility for benefits. This, in turn, may affect payment for services I receive and I may become responsible for all charges incurred. I understand that it is my responsibility to inquire with the party requesting my health records regarding the effect of my refusal to sign this form.

I understand that any disclosure carries with it the potential for re-disclosure by the recipient of the information and such re-disclosure may not be protected by federal confidentiality laws.

When Baptist seeks an authorization for its own use or disclosure of protected health information (e.g., marketing, research, etc.), a copy of the authorization is provided to the patient.

3/17/17 — Date

X Shanna Richardson — Patient (or person authorized to consent for minor or patient who is unable to sign)

Patsy Linville — Witness

X Self — Relationship and/or authority to act for the patient

Photo ID was provided: ☒ Yes ☐ No If no, specify form of patient identification:

Form # 21-137.8 (03/14)

Mail to Liberty Mutual Group Disability claims P.O. Box 7206 London KY 40742-7206

0A118170016

BAPTIST

PLEASE NOTE:

1. The hospitals and physician practices affiliated with Baptist utilize an electronic health record. Electronic health records differ greatly from paper-based health records and rely on a system of reports to fulfill a patient's or a patient's representative's request for a health record. As a result of the report-based nature of the electronic health record, electronic health records may vary over time or by printing, even for the same episode of care.

2. Any entries, such as transcribed reports, which have ***not*** been reviewed and signed by the physician or other provider, should be treated as incomplete.

3. In most instances where you or your representative requests a copy of your health record, graphic and other non-written health information (examples include x-rays, videos and photographs) are ***not*** included in the released health record. This is true even if you have requested "the entire medical record". To request copies of such information, please specifically list those items on a signed, HIPAA-compliant authorization and send it to the hospital or physician practice.

0A118170007

Ciox Health
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

CiOX HEALTH

# INVOICE

Invoice #: 0213896268
Date: 4/23/2017
Customer #: 1527003

Ship to:
AMY CORCORAN
LIBERTY MUTUAL
PO BOX 7206
LONDON, KY 40742-7206

Bill to:
AMY CORCORAN
LIBERTY MUTUAL
PO BOX 7206
LONDON, KY 40742-7206

Records from:
THE LIGHT CLINIC
7715 WOLF RIVER BLVD
GERMANTOWN, TN 38138

Requested By: LIBERTY MUTUAL
DOB:
Patient Name: RICHARDSON SHANNA
10272441

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 75 | 0.50 | 37.50 |
| Per Page Copy (Paper) 2 | 5 | 0.00 | 0.00 |
| Shipping | | | 6.65 |
| Subtotal | | | 64.15 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 64.15 |
| Less Payment | | | -64.15 |
| Balance Due | | | 0.00 |

**Pay your invoice online at** https://paycioxhealth.com/pay/

**Terms: Net 30 days**

Ciox Health
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: 0213896268

Check # ______________

Payment Amount $____________

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: edelivery.cioxhealth.com

**Please return stub with payment.**

Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

0A118170007

000027

LIBERTY MUTUAL
AMY CORCORAN
PO BOX 7206
LONDON, KY 40742-7206

85 pgs

*00850000027K0%*

# ATTENTION

## Confidential Information enclosed. To be viewed by authorized persons only.

## If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

Health information is reproduced by HealthPort, a health information management outsourcing service. Your healthcare provider contracts with HealthPort to process authorized requests for copies of health records.

Reproductions are made from the medical facility's original records. The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover. Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

You may not make any disclosure or use of these records without the permission of the individual who is the subject of the records.

This information *may or may not* contain records regarding drug and/or alcohol use or treatment. If this record contains any such information, it has been disclosed to you from records whose confidentiality is protected by federal regulation 42 CFR Part 2, which prohibits you from making any further disclosure of it without the *specific* written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of health or other information is not sufficient for this purpose. Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the *specific* consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

HIM ROI Authorization - 3/28/2017 0A118170007

Mail to Liberty Mutual
Group Benefits Disability Claims
P. O. Box 7206
London, Ky 40742-7206
855 832 9412 * 16129
Attn Amy Corcoran

pt
Shanna Richardson

155739442

This envelope is made from post-consumer waste. Please recycle - again.

PRESS FIRMLY TO SEAL

PRIORITY®
★ MAIL ★

DATE OF DELIVERY SPECIFIED*
USPS TRACKING™ INCLUDED*
INSURANCE INCLUDED*
PICKUP AVAILABLE
* Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

FROM:

PRESS FIRMLY TO SEAL

PRIORITY MAIL
US POSTAGE PAID
ALPHARETTA, GA
PERMIT NO. 693

P

USPS PRIORITY MAIL®

Pkg ID: 1689994

Healthport L L C
P O Box 1812
ALPHARETTA, GA 30023-1812

SHIP TO: LIBERTY MUTUAL
AMY CORCORAN
PO BOX 7206
LONDON, KY 40742-7206

TO:

USPS TRACKING #

9205 5901 2160 7916 8999 46

ELECTRONIC RATE APPROVED # 901216079

| | |
|---|---|
| Order No | 27 |
| Request ID | 213896268 |
| Print ID | 174642633 |
| Job Name | 80423042_2017 |

PRIORITY MAIL
POSTAGE REQUIRED

... is provided solely for use in sending Priority Mail shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013. All rights reserved.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

MS SHANNA RICHARDSON

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

April 28, 2017

Ms. Shanna Richardson

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999

Dear Ms. Shanna Richardson:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> *"**Disability**" or "**Disabled**" means:*
>
> 1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *Applicable to Class 1:*
>
> a. *if the Covered Person is eligible for the Maximum Own Occupation benefit, "**Disability**" or "**Disabled**" means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*
>
> *Applicable to Class 2:*
>
> b. i. *if the Covered Person is eligible for the 24 Month Own Occupation benefit, "**Disability**" or "**Disabled**" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

*"**Disability**" or "**Disabled**" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is September 22, 2016 and your benefits begin on March 23, 2017. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to your LTD benefits you may also qualify for disability benefits from the Social Security Administration. The Policy requires that you apply for Social Security benefits should your disability be expected to extend for twelve months. The enclosed Social Security fact sheet explains the advantages of obtaining an award. To apply, contact your local Social Security office or call 1-800-772-1213. Once you have applied, please let us know and provide a copy of your proof of application.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We ask that you complete the forms indicated below and return them to our office by May 28, 2017.

X Direct Deposit Application
X W-4S - For use with FI and ASO with 501c9 Trust

__ Other

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Liberty Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: Direct Deposit Application
W-4S - For use with FI and ASO with 501c9 Trust

# DIRECT DEPOSIT APPLICATION

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

**Return To:** Amy Corcoran

EMPLOYEE/CLAIMANT NAME: Shanna Richardson
CLAIM NO: 7164999
EMPLOYER/SPONSOR: Nike, Inc. DATE OF BIRTH: ____________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ____________
**ADDRESS:** ____________ **CITY:** ____________ **STATE:** ____ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________ **CITY:** ________ **STATE:** ____ **ZIP:** ____

**BANK PHONE:** ( ) ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ____________ Date: ____________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Liberty's bank will transfer your benefit payment directly into your bank account. Liberty recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Form **W-4S**
Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

**Give this form to the third-party payer of your sick pay.**
**Information about Form W-4S is available at *www.irs.gov/w4s*.**

OMB No. 1545-0074
**2017**

| Type or print your first name and middle initial. | Last name | Your social security number |
|---|---|---|
| Home address (number and street or rural route) | | |
| City or town, state, and ZIP code | | |

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . . $

Employee's signature Date

.................................................**Separate here and give the top part of this form to the payer. Keep the lower part for your records.** .........................................................

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| 1 | Enter amount of adjusted gross income that you expect in 2017 . . . . . . . . . . . . . . . . . | 1 | |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. For 2017, you may have to reduce your itemized deductions if your income is over $313,800 and you're married filing jointly or you're a qualifying widow(er); $287,650 if you're head of household; $261,500 if you're single, not head of household and not a qualifying widow(er); or $156,900 if you're married filing separately. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional amounts for age and blindness.) . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Exemptions. Multiply $4,050 by the number of personal exemptions . . . . . . . . . . . . . . | 4 | |
| 5 | Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 | Tax. Figure your tax on line 5 by using the 2017 Tax Rate Schedule X, Y, or Z on page 2. Don't use the Tax Table or Tax Rate Schedule X, Y, or Z in the 2016 Form 1040, 1040A, or 1040EZ instructions . . . . . . | 6 | |
| 7 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . . . | 7 | |
| 8 | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . | 8 | |
| 9 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2017 or paid or to be paid with 2017 estimated tax payments . . . . . . . . | 9 | |
| 10 | Subtract line 9 from line 8 . . . . . . . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . | 11 | |
| 12 | Divide line 10 by line 11. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . . . . . . . . . | 12 | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note**: If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

• Under a plan to which your employer is a party, and

• In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

• Must be in whole dollars (for example, $35, not $34 50).

• Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.

• Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** For 2017, you may have to reduce your itemized deductions if your income is over $313,800 and you're married filing jointly or you're a qualifying widow(er); $287,650 if you're head of household; $261,500 if you're single, not head of household and not a qualifying widow(er); or $156,900 if you're married filing separately. See Pub. 505 for details.

**Standard deduction.** For 2017, the standard deduction amounts are:

| **Filing Status** | **Standard Deduction** |
|---|---|
| Married filing jointly or qualifying widow(er) | $12,700* |
| Head of household | $9,350* |
| Single or Married filing separately | $6,350* |

*If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional amount for the elderly or blind.*** An additional standard deduction of $1,250 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,500 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,500 is allowed on a joint return ($2,500 on a separate return if you can claim an exemption for your spouse). If both spouses are 65 or older **and** blind, an additional $5,000 is allowed on a joint return ($5,000 on a separate return if you can claim an exemption for your spouse). An additional $1,550 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,100 if 65 or older **and** blind.

***Limited standard deduction for dependents.*** If you can be claimed as a dependent on another person's return, your standard deduction is the greater of (a) $1,050 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 7—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled.

### Line 9—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2017 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2017 Tax Rate Schedules

### Schedule X—Single

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,325 | **$0 + 10%** | **$0** |
| 9,325 | 37,950 | **932.50 + 15%** | **9,325** |
| 37,950 | 91,900 | **5,226.25 + 25%** | **37,950** |
| 91,900 | 191,650 | **18,713.75 + 28%** | **91,900** |
| 191,650 | 416,700 | **46,643.75 + 33%** | **191,650** |
| 416,700 | 418,400 | **120,910.25 + 35%** | **416,700** |
| 418,400 | and greater | **121,505.25 + 39.6%** | **418,400** |

### Schedule Z—Head of household

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $13,350 | **$0 + 10%** | **$0** |
| 13,350 | 50,800 | **1,335 + 15%** | **13,350** |
| 50,800 | 131,200 | **6,952.50 + 25%** | **50,800** |
| 131,200 | 212,500 | **27,052.50 + 28%** | **131,200** |
| 212,500 | 416,700 | **49,816.50 + 33%** | **212,500** |
| 416,700 | 444,550 | **117,202.50 + 35%** | **416,700** |
| 444,550 | and greater | **126,950 + 39.6%** | **444,550** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $18,650 | **$0 + 10%** | **$0** |
| 18,650 | 75,900 | **1,865 + 15%** | **18,650** |
| 75,900 | 153,100 | **10,452.50 + 25%** | **75,900** |
| 153,100 | 233,350 | **29,752.50 + 28%** | **153,100** |
| 233,350 | 416,700 | **52,222.50 + 33%** | **233,350** |
| 416,700 | 470,700 | **112,728 + 35%** | **416,700** |
| 470,700 | and greater | **131,628 + 39.6%** | **470,700** |

### Schedule Y-2—Married filing separately

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,325 | **$0 + 10%** | **$0** |
| 9,325 | 37,950 | **932.50 + 15%** | **9,325** |
| 37,950 | 76,550 | **5,226.25 + 25%** | **37,950** |
| 76,550 | 116,675 | **14,876.25 + 28%** | **76,550** |
| 116,675 | 208,350 | **26,111.25 + 33%** | **116,675** |
| 208,350 | 235,350 | **56,364 + 35%** | **208,350** |
| 235,350 | and greater | **65,814 + 39.6%** | **235,350** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Liberty Life Assurance Company
of Boston

Kathleen A Regan MA,CRC,CCM
Group Benefits Claims
P.O. Box 1525, Mail Stop 02-5
Dover, NH 03821-1525
Phone: (800) 210-0268, Ext. 16640
Fax: (603) 334-8513
E-Mail: Kathleen.Regan@LibertyMutual.com

# OCCUPATIONAL ANALYSIS / VOCATIONAL REVIEW

| | |
|---|---|
| **Claimant :** | Shanna Richardson |
| **Claim Number:** | 7164999 |
| **Disability Case Manager:** | Amy Corcoran |
| **Date of Report:** | 04/26/2017 |

## FILE REVIEW / SUMMARY

**DEMOGRAPHICS**

Shanna Richardson Is a 38-year-old Material Handler employed by Nike INC. since 01/04/2016. Ms. Richardson discontinued work on 09/21/2016 due to cervical disc degeneration. Her date of disability is 09/22/2016.

In preparation for this report, I have reviewed the electronic claim file and researched standard vocational resources (e.g. Dictionary of Occupational Titles (DOT), Occupational Outlook Handbook (OOH), Occupational Information Network (O*NET) / Standard Occupational Classification (SOC) coding system, etc.) and Internet job boards.

**JOB**

The details of Ms. Richardson's job were obtained from the job description that was found in her claim file. The essential functions were defined as follows:

- "The nature of the work is focused on the effective and efficient distribution of products and services to customers.
- Ensures the smooth operations of product movement with the Distribution Center.
- Ensures the smooth operations of product movement with the Distribution Center, focusing on preparing, loading and unloading product."

## ASSESSMENT / ANALYSIS

**OCCUPATION**

The essential functions of this occupation are most closely captured by the following occupational titles in the DOT: Material Handler / Laborer, Stores / Warehouse Worker /

Loader with physical demands in the DOT ranging from medium to heavy. The essential function involves moving and processing material from one location to another. There are multiple titles that exist in the DOT that can fit this description (therefore, no specific description will be offered for this review). The title denotes movement of products in an establishment based on requests, orders, etc., and can depend on the product ***with*** which the person works, as well as the environment ***in*** which the person works. There also exists a range in physical demands, depending on product and environment (see below). Not all environments require the operation of equipment (although all environments require working around moving equipment such as forklifts).

The occupation falls under the SOC/O*NET description of 53-7062.00 – Laborers and Freight, Stock, and Material Movers, Hand. The O*NET describes this occupation, along with sample job titles, as:

> "Manually move freight, stock, or other materials or perform other general labor. Includes all manual laborers not elsewhere classified.
>
> **Sample of reported job titles:** Dock Worker, Laborer, Line Tender, Loader, Material Handler, Merchandise Pickup/Receiving Associate, Receiver, Receiving Associate, Shipping and Receiving Materials Handler, Warehouse Worker"

This occupation falls under the OOH description of Hand Laborers and Material Movers.

Research was performed on Indeed.com in December 2016 to explore the physical demands of this occupation. Additionally, a 2013 survey of valid respondents from O*NET was reviewed with regards to the additional physical demands.

## PHYSICAL DEMANDS

While jobs within this occupation span several demand levels, this occupation is most often performed at a medium to heavy physical demand level based on Department of Labor guidelines found in the Dictionary of Occupational Titles, with opportunity at both levels. This would depend on the size or type of product (ranging from small products to large equipment) and environment (e.g. manufacturing, production, warehouse, etc.).

The Department of Labor defines medium work as,

> "**M-Medium Work** - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work."

The Department of Labor defines heavy work as,

> "**H-Heavy Work** - Exerting 50 to 100 pounds of force occasionally, and/or 25 to 50 pounds of force frequently, and/or 10 to 20 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Medium Work."

Positional requirements include:

- **Frequent** standing, walking, reaching, handling, fingering, bending/stooping, and twisting
- **Occasional** sitting, kneeling, crouching/squatting, and crawling
- **Occasional and Never** climbing and balancing

## ACTION PLAN / OUTCOME

### SUMMARY AND CONCLUSIONS

With a reasonable degree of vocational certainty, the typical physical demands of Ms. Richardson's occupation of Laborer and Freight, Stock, and Material Mover, Hand are most often medium and heavy in physical demand. Positional requirements are identified above. Based on the standard vocational resources outlined above, coupled with my vocational expertise, part-time opportunity does exist in this occupation.

I have not met with Ms. Richardson for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

**Electronically Signed**

Kathleen A Regan MA, CRC, CCM
Vocational Case Manager
SDN: 873-15891
Group Benefits Claims
Liberty Life Assurance Company of Boston

**I have recommended the following options to treat the patient's pain:**
, Cervical Transforaminal Epidural Steroid Injection, diagnostic left C5, C7 TFE #1
Schedule a back brace to support weakened spinal muscles and to provide lateral support
Risks and benefits of the proposed procedure were discussed with the patient.
Pre-procedure instructions including the need for a driver was reviewed with patient.
I have also recommended starting the following medications:Initiate PLI cream as directed for pain.
Initiate Baclofen as directed for muscle spasms.
I have reviewed the proper use of the medication(s) and their side effect with the patient. The patient expressed an understanding of what was discussed and agrees to try the medication(s).
**Schedule:** diagnostic left C5, C7 TFE #1
**Disposition:** asc/RTC 1 month/eval UTX,brace, baclofen, PLI,labs, T-imaging

## Prescriptions:

PLI CREAM (GREEN) Apply 1-2 gms topically to affected painful area QID prn**NEW medication** #240gms x 0
Entered and Authorized by: Teresa D Smith, FNP-BC
Electronically signed by: Teresa D Smith, FNP-BC on 04/19/2017
Method used: Handwritten
RxID: 1808222608808100

BACLOFEN 10 MG ORAL TABS (BACLOFEN) Take 1 PO q12hrs prn muscle spasms**Warn drowsiness, no driving while taking**NEW medicaton** #60 x 0
Entered and Authorized by: Teresa D Smith, FNP-BC
Electronically signed by: Teresa D Smith, FNP-BC on 04/19/2017
Method used: Print then Give to Patient
RxID: 1808222608808060

**n0197271**

| | |
|---|---|
| **From:** | Shanna Richardson |
| **Sent:** | Tuesday, April 25, 2017 1:25:29 PM |
| **To:** | Corcoran, Amy |
| **Subject:** | Medical Record from pain management doctor |
| **Attachments:** | Image (4).jpg |

Hi Amy,

This is Shanna Richardson, this is the medical record from last week from my new doctor, Dr. Smith who is my pain management doctor referred by Dr. Mohammad. I have to have 4 procedures, the first one will be 5/15/2017. This is all that was given to me from my first visit last week, will not see Dr. Smith again until surgery.

**n0197271**

| | |
|---|---|
| **From:** | Shanna Richardson |
| **Sent:** | Monday, April 24, 2017 10:32:21 AM |
| **To:** | Corcoran, Amy |
| **Subject:** | My LTD claim |

Hi Amy,

This is Shanna Richardson, did you give the nurse the information we discussed about 12/01/2015, that Dr. Warr cosignes documents for Dr. Tolbert. If she look at the last pages, she'll see after the test results that day, it will say test performed by Lora Pomykyla and Dr. Warr was the cosigner for the medical record. When I first saw Dr. Tolbert, Dr. Warr cosigned her medical records a d sometimes prescriptions. Look for Dr. Tolbert's 12/01/2015 medical record. My rent is due next week, me and my son are about to lose our home and everything. I'm very sick and this is very hard what me and my son are going through. We need our home, we have no place to go

**n0197271**

---

**From:** Shanna Richardson
**Sent:** Friday, April 21, 2017 11:04:27 AM
**To:** Corcoran, Amy
**Subject:** Re: Update

Amy,

I explained that I did not get treated by doctor Alston Warr or Lora Pomykala, Dr. Tolbert and the other two work in the same office. Dr. Warr signs documents for Dr. Tolbert sometimes, Lora Pomykala was the one who performed the test for Dr. Tolbert. Look on Dr. Tolbert's medical record for 12/01/2015, on the last page at the bottom you'll see it says co signer Dr. Alston Ward and test performed by Lora Pomykala. Please look through Dr. Tolbert's medical records that were sent and find 12/01/2015.
--------------------------------------------
On Fri, 4/21/17, Corcoran, Amy <Amy.Corcoran@LibertyMutual.com> wrote:

Subject: Update
To: "Shanna Richardson" <
Date: Friday, April 21, 2017, 9:31 AM

Hi
Shanna,

We received
your medical record from Dr. Mohammed, however, after
further review of the EOB's- we will need the medical
records from Dr. Alston Warr and Dr. Lora Pomykala as you
treated with
these doctors during your preexisting period.

Once these
are received the nurse will review them.

Amy
Corcoran
Disability
Case Manager
Liberty
Mutual
Benefits
Claims- Dover, NH- Northeast

Liberty Life
Assurance Company of Boston- A Liberty Mutual Insurance
Co.
PO
Box 7206, London, KY 40742-7206 Mailstop 03-4

Direct
Dial: 1-855-306-6931 ext.16129

Direct
Fax: 1-603-430-0489
Amy.Corcoran@libertymutual.com

This e-mail, and any
attachments thereto, is intended only for the use of the
addressee(s) named herein and may contain legally privileged
and/or confidential
information. If you are not the intended recipient of
this e-mail, you are hereby notified that any dissemination,
distribution or copying of this e-mail, and any attachments
thereto, is strictly prohibited. If you have received
this e-mail in error, please
notify me via return e-mail and via telephone at
800-210-0268 extension 16129 and permanently delete the
original and any copy of any e-mail and any printout
thereof

Back to BCBST | Welcome: SHANNA Subscriber ID: [redacted] TennCare/BlueCare | Inbox (0) Site Map Help Log Out

BlueCare Tennessee | BlueAccess

My Homepage | My Benefits & Coverage | My Claims & Balances | My Health & Wellness | Member Tools | My Account

Printable EOBs | My Claims | My Preauthorizations

Printable EOBs
My Claims
My Preauthorizations

## Explanation Of Benefits (EOB)

Click one of the download links below to view the EOB. View another date range

Show 10 entries Search:

| Patient Name | Date Services Provided | Provider Name | Total Charge Submitted | Claim # | Medical/Dental | EOB Date | Action |
|---|---|---|---|---|---|---|---|
| SHANNA L RICHARDSON | 05/24/2016 | WARR, ALSTON G. | [redacted] | BTCPY9HZ8M00 | M | 06/03/2016 | |
| SHANNA L RICHARDSON | 05/24/2016 | TOLBERT, WHITNEY W. | [redacted] | BTCPZ3NM1R00 | M | 06/10/2016 | |
| SHANNA L RICHARDSON | 06/09/2016 | PHELPS, CATHERINE C. | [redacted] | BTCQB6SX7H00 | M | 06/24/2016 | |
| SHANNA L RICHARDSON | 06/09/2016 | WARR, ALSTON G. | [redacted] | BTCQB9BG8Q00 | M | 06/24/2016 | |
| SHANNA L RICHARDSON | 06/09/2016 | HORRAS, RANDY J. | [redacted] | BTCQB9VN5Z00 | M | 06/24/2016 | |
| SHANNA L RICHARDSON | 07/12/2016 | TOLBERT, WHITNEY W. | [redacted] | BTCQG1FF1Q00 | M | 07/22/2016 | |
| SHANNA L RICHARDSON | 08/08/2016 | METHODIST MEMPHIS HEALTHCARE | [redacted] | BTCQK3RN5F00 | M | 08/26/2016 | |
| SHANNA L RICHARDSON | 09/22/2016 | WARR, ALSTON G. | [redacted] | BTCQP9YQ2K00 | M | 10/07/2016 | |
| SHANNA L RICHARDSON | 08/08/2016 | WRIGHT, TONY L. | [redacted] | BTCQQ1MQ4N00 | M | 10/07/2016 | |
| SHANNA L RICHARDSON | 02/08/2016 | TUPPER, JOHNATHAN J. | [redacted] | BTCPM7RM6H01 | M | 10/14/2016 | |

Showing 11 to 20 of 32 entries First Previous 1 2 3 4 Next Last

Many of the documents on this site require the Adobe Acrobat Reader in order to view them. If you do not have

Get Adobe Reader

We're Here to Help
Contact Us

SITE MAP | PRIVACY & SECURITY | CAREERS | LEGAL | FIGHT FRAUD | EN ESPAÑOL | NONDISCRIMINATION NOTICE

Follow Us On

Español | العربية | 繁體中文 | Tiếng Việt | 한국어 | Français | ພາສາລາວ | አማርኛ | Deutsch | ગુજરાતી | 日本語 | Tagalog | हिंदी | Русский | فارسی | Kreyòl Ayisyen | Polski | Português | Italiano | Diné Bizaad

©1998-2013 BlueCross BlueShield of Tennessee, Inc., an Independent Licensee of the BlueCross BlueShield Association. BlueCross BlueShield of Tennessee is a Qualified Health Plan issuer in the Health Insurance Marketplace. 1 Cameron Hill Circle, Chattanooga TN 37402-0001

Back to BCBST | Welcome: SHANNA Subscriber ID: [redacted] TennCare/BlueCare | Inbox (0) | Site Map | Help | Log Out

BlueCare Tennessee

BlueAccess

My Homepage | My Benefits & Coverage | My Claims & Balances | My Health & Wellness | Member Tools | My Account

Printable EOBs | My Claims | My Preauthorizations

Printable EOBs
My Claims
My Preauthorizations

## Explanation Of Benefits (EOB)

Click one of the download links below to view the EOB. View another date range.

Show 10 entries Search:

| Patient Name | Date Services Provided | Provider Name | Total Charge Submitted | Claim # | Medical/Dental | EOB Date | Action |
|---|---|---|---|---|---|---|---|
| SHANNA L RICHARDSON | 01/09/2017 | MONTGOMERY, VAN A. | [redacted] | BTCRJ7RQ2V00 | M | 03/03/2017 | |
| SHANNA L RICHARDSON | 01/09/2017 | LEMMI, MICHAEL A. | [redacted] | BTCRL5BF9L00 | M | 03/17/2017 | |

Showing 31 to 32 of 32 entries First Previous 1 2 3 4 Next Last

Many of the documents on this site require the Adobe Acrobat Reader in order to view them. If you do not have an Acrobat Reader, you can download a **Free** copy from Adobe's site.

Get Adobe Reader

We're Here to Help
Contact Us

SITE MAP | PRIVACY & SECURITY | CAREERS | LEGAL | FIGHT FRAUD | EN ESPAÑOL | NONDISCRIMINATION NOTICE

Follow Us On

Español | العربية | 繁體中文 | Tiếng Việt | 한국어 | Français | ພາສາລາວ | አማርኛ | Deutsch | ગુજરાતી | 日本語 | Tagalog | हिंदी | Русский | فارسی | Kreyòl Ayisyen | Polski | Português | Italiano | Diné Bizaad

©1998-2013 BlueCross BlueShield of Tennessee, Inc., an Independent Licensee of the BlueCross BlueShield Association. BlueCross BlueShield of Tennessee is a Qualified Health Plan issuer in the Health Insurance Marketplace. 1 Cameron Hill Circle, Chattanooga TN 37402-0001

Back to BCBST | Welcome: SHANNA [redacted] TennCare/BlueCare | Inbox (0) | Site Map | Help | Log Out

BlueCare Tennessee | BlueAccess

My Homepage | My Benefits & Coverage | My Claims & Balances | My Health & Wellness | Member Tools | My Account

Printable EOBs | My Claims | My Preauthorizations

Printable EOBs
My Claims
My Preauthorizations

## Explanation Of Benefits (EOB)

Click one of the download links below to view the EOB. View another date range.

Show 10 entries | Search:

| Patient Name | Date Services Provided | Provider Name | Total Charge Submitted | Claim # | Medical/Dental | EOB Date | Action |
|---|---|---|---|---|---|---|---|
| SHANNA L RICHARDSON | 08/27/2015 | TOLBERT, WHITNEY W. | [redacted] | BTCNP8LH8B00 | M | 09/11/2015 | |
| SHANNA L RICHARDSON | 12/01/2015 | WARR, ALSTON G. | [redacted] | BTCPC4PW5Z00 | M | 12/18/2015 | |
| SHANNA L RICHARDSON | 12/01/2015 | POMYKALA, LORA A. | [redacted] | BTCPC4PX2K00 | M | 12/18/2015 | |
| SHANNA L RICHARDSON | 02/08/2016 | METHODIST MEMPHIS HEALTHCARE | [redacted] | BTCPL7VL4L00 | M | 02/26/2016 | |
| SHANNA L RICHARDSON | 02/08/2016 | GRAVES, HOUSTON F. | [redacted] | BTCPL8PZ6R00 | M | 02/26/2016 | |
| SHANNA L RICHARDSON | 02/08/2016 | WILKERSON, BENJAMIN W. | [redacted] | BTCPL8PZ9X00 | M | 02/26/2016 | |
| SHANNA L RICHARDSON | 02/17/2016 | TOLBERT, WHITNEY W. | [redacted] | BTCPM9SK5V00 | M | 03/04/2016 | |
| SHANNA L RICHARDSON | 02/08/2016 | TUPPER, JOHNATHAN J. | [redacted] | BTCPM7RM6H00 | M | 03/11/2016 | |
| SHANNA L RICHARDSON | 02/08/2016 | METHODIST MEMPHIS HEALTHCARE | [redacted] | BTCPL7VL4L01 | M | 05/13/2016 | |
| SHANNA L RICHARDSON | 02/08/2016 | METHODIST MEMPHIS HEALTHCARE | [redacted] | BTCPR8LN6M00 | M | 05/13/2016 | |

Showing 1 to 10 of 32 entries | First | Previous | 1 | 2 | 3 | 4 | Next | Last

Many of the documents on this site require the Adobe Acrobat Reader in order to view them. If you do not have an Acrobat Reader, you can download a **Free** copy from Adobe's site.

Get Adobe Reader

We're Here to Help
Contact Us

SITE MAP | PRIVACY & SECURITY | CAREERS | LEGAL | FIGHT FRAUD | EN ESPAÑOL | NONDISCRIMINATION NOTICE

Follow Us On:

Español | العربية | 繁體中文 | Tiếng Việt | 한국어 | Français | ພາສາລາວ | አማርኛ | Deutsch | ગુજરાતી | 日本語 | Tagalog | हिंदी | Русский | فارسی | Kreyòl Ayisyen | Polski | Português | Italiano | Diné Bizaad

©1998-2013 BlueCross BlueShield of Tennessee, Inc., an Independent Licensee of the BlueCross BlueShield Association. BlueCross BlueShield of Tennessee is a Qualified Health Plan issuer in the Health Insurance Marketplace. 1 Cameron Hill Circle, Chattanooga TN 37402-0001

Dr. Tolbert is my Primary Care Physician. Dr. Warr, just signed orders for her sometimes 12/01/2015 is in the medical records of Dr. Tolbert

Back to BCBST | Welcome: SHANNA Subscriber ID: [redacted] TennCare/BlueCare | Inbox (0) Site Map Help Log Out

BlueCare Tennessee | BlueAccess

My Homepage | My Benefits & Coverage | My Claims & Balances | My Health & Wellness | Member Tools | My Account

Printable EOBs | My Claims | My Preauthorizations

Printable EOBs
My Claims
My Preauthorizations

## Explanation Of Benefits (EOB)

Click one of the download links below to view the EOB. View another date range.

Show 10 entries | Search:

| Patient Name | Date Services Provided | Provider Name | Total Charge Submitted | Claim # | Medical/Dental | EOB Date | Action |
|---|---|---|---|---|---|---|---|
| SHANNA L RICHARDSON | 09/28/2016 | TOLBERT, WHITNEY W. | [redacted] | BTCQQ3QR1N00 | M | 10/14/2016 | |
| SHANNA L RICHARDSON | 10/25/2016 | PARK, ASHLEY L. | [redacted] | BTCQV1BC8P00 | M | 11/10/2016 | |
| SHANNA L RICHARDSON | 11/02/2016 | PARK, ASHLEY L. | [redacted] | BTCQV2KL8L00 | M | 11/18/2016 | |
| SHANNA L RICHARDSON | 11/08/2016 | PARK, ASHLEY L. | [redacted] | BTCQV5MW4K00 | M | 11/18/2016 | |
| SHANNA L RICHARDSON | 11/23/2016 | PARK, ASHLEY L. | [redacted] | BTCQX8HD1Y00 | M | 12/09/2016 | |
| SHANNA L RICHARDSON | 11/23/2016 | CAMPBELL SURGERY CENTER | [redacted] | BTCQY1CW2G00 | M | 12/09/2016 | |
| SHANNA L RICHARDSON | 11/23/2016 | CAMPBELL SURGERY CENTER | [redacted] | BTCQY1CW2G01 | M | 12/16/2016 | |
| SHANNA L RICHARDSON | 01/10/2017 | PARK, ASHLEY L. | [redacted] | BTCRD5NF8X00 | M | 01/27/2017 | |
| SHANNA L RICHARDSON | 01/09/2017 | METHODIST MEMPHIS HEALTHCARE | [redacted] | BTCRF5YX8S00 | M | 02/03/2017 | |
| SHANNA L RICHARDSON | 01/31/2017 | TOLBERT, WHITNEY W. | [redacted] | BTCRG7XS3N00 | M | 02/17/2017 | |

Showing 21 to 30 of 32 entries | First Previous 1 2 3 4 Next Last

Many of the documents on this site require the Adobe Acrobat Reader in order to view them. If you do not have

Get Adobe Reader

We're Here to Help
Contact Us

SITE MAP | PRIVACY & SECURITY | CAREERS | LEGAL | FIGHT FRAUD | EN ESPAÑOL | NONDISCRIMINATION NOTICE

Follow Us On:

Español | العربية | 繁體中文 | Tiếng Việt | 한국어 | Français | ພາສາລາວ | አማርኛ | Deutsch | ગુજરાતી | 日本語 | Tagalog | हिंदी | Русский | فارسی | Kreyòl Ayisyen | Polski | Português | Italiano | Diné Bizaad

©1998-2013 BlueCross BlueShield of Tennessee, Inc., an Independent Licensee of the BlueCross BlueShield Association. BlueCross BlueShield of Tennessee is a Qualified Health Plan issuer in the Health Insurance Marketplace. 1 Cameron Hill Circle, Chattanooga TN 37402-0001 ...

Signed by: MOHAMMAD T. ASSAF, 03/06/2017 at 009:54 AM CST

## Patient Demographics

**Patient Name:** Shanna Richardson
**Date of Birth:**
**Gender:** Female
**Race:** Black Or African American
**Preferred Language:** English
**Ethnicity:** Not Hispanic Or Latino
**Bill Type:** INSURANCE
**Primary Insurance:** BLUECARE

## Care Team

**Rendering Provider:**MOHAMMAD ASSAF

## Date and Location of Visit

**Date of Service:**03/06/2017
**Chart Number:** NCL50889A1
**Location:** MEMPHIS
**Appt. Reason:** NEW PATIENT
**Notes:** NECK PAIN AND HEADACHES

## Medication Summary

**Drug Allergies**
**Percocet (oxycodone-acetaminophen)** (oxycodone-acetaminophen) unspecified (Active)

**Medication Reconciliation:**
Not performed

## Handedness

Handedness: ☑ Right ☐ Left

## Chief Complaint / Assistant Note

Age: 39 y.o.

## Subjective

**HPI**
neck pain
was dx cervical ddd 2/16
had MRI 11/16 , at Campbells clinic
had PT

still burning, pain to neck, worsening
radiates down back
no neck injury

paresthesia to RUE

Headaches
no head injury
4 weeks
had prior HA but not as severe or frequent
HA every other day, lasts all day
photophobia, phonophobia, nausea, bilateral blurred
right temporal, throbbing
no recent imaging

**Problem History**

| C.S. | Code | Description | Status | Diagnosed | Edu. | Cog/Func. |
|---|---|---|---|---|---|---|
| ICD10 | M50.33 | Other cervical disc degeneration, cervicothoracic region | ACUTE | 03/06/2017 at 009:22 AM CST | No | No |
| ICD10 | R51 | Headache | ACUTE | 03/06/2017 at 009:22 AM CST | No | No |

**Initial Visit1**

| Symptom Started:4 weeks | | | |
|---|---|---|---|
| Progress: | ☑ No Change | ☑ Worse | ☐ Improve |

| | | | |
|---|---|---|---|
| Change in Memory: | ☐ Yes | ☑ No | |
| Change in Personality: | ☐ Yes | ☑ No | |
| Disturbance of Consciousness: | ☐ Yes | ☑ No | |
| Convulsions: | ☐ Yes | ☑ No | |
| Headaches: | ☑ Yes | ☐ No | |
| Loss of Vision: | ☐ Yes | ☑ No | If Yes, ☐ Rt ☐ Lt |
| Double Vision: | ☐ Yes | ☑ No | |
| Deafness: | ☐ Yes | ☑ No | |
| Ringing in Ears: | ☐ Yes | ☑ No | |
| Roaring in Ears: | ☐ Yes | ☑ No | If Yes, ☐ Rt ☐ Lt |

| | | |
|---|---|---|
| Vertigo: | ☐ Yes | ☑ No |
| Light Headed: | ☐ Yes | ☑ No |
| Spinning: | ☐ Yes | ☑ No |
| Sense of Movement of the Environment: | ☐ Yes | ☑ No |
| Sense of Movement of the Patient: | ☐ Yes | ☑ No |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Stereognosis | Right Left<br>Distal Proximal | Right Left<br>Distal Proximal | Right Left<br>Distal Proximal | Right Left<br>Distal Proximal |
| | | Tactile Sensation | Right Left<br>Distal Proximal | Right Left<br>Distal Proximal | Right Left<br>Distal Proximal | Right Left<br>Distal Proximal |

## Assessment

**Diagnosis Codes**

| C.S. | Code | Description | Status | Diagnosed | Education | Cognitive / Functional |
|---|---|---|---|---|---|---|
| ICD10 | M50.33 | Other cervical disc degeneration, cervicothoracic region | ACUTE | 03/06/2017 | No | No |
| ICD10 | R51 | Headache | ACUTE | 03/06/2017 | No | No |

## Procedure

**Procedure Codes**

| Code | Description | Notes | Test Date |
|---|---|---|---|
| 99245 | OFFICE CONSULTATION | | 03/06/2017 09:22:46 AM CST |

## Plan

**Plan Notes**
MRI brain
get records from Campbell clinic
EMG RUE and RLE
Patient Referred Out and Summary of Care Provided: No
Clinical Summary Provided: No

Signed by: MOHAMMAD T. ASSAF, 03/06/2017 at 009:54 AM CST

Note generated by Azalea EHR - www.AzaleaHealth.com

4/18/2017

Neurology Outreach Clinics, LLC
6005 Park Avenue; Suite 722B
Memphis, TN 38119
P: 901-683-8448
F: 844-203-0802

04/18/2017

Re: Shanna Richardson
DOB:

SHANNA RICHARDSON NEEDS TO GO TO PAIN MANAGEMENT.

MARIA LOZANO at 04/18/2017 9:05AM

Signed by: MOHAMMAD T. ASSAF, 04/18/2017 at 009:04 AM CST

## Patient Demographics

**Patient Name:** Shanna Richardson
**Date of Birth:**
**Gender:** Female
**Race:** Black Or African American
**Preferred Language:** English
**Ethnicity:** Not Hispanic Or Latino
**Bill Type:** INSURANCE
**Primary Insurance:** BLUECARE

## Care Team

**Rendering Provider:** MOHAMMAD ASSAF

## Date and Location of Visit

**Date of Service:** 04/18/2017
**Chart Number:** NCL50889A5
**Location:** MEMPHIS
**Appt. Reason:** FOLLOW UP
**Notes:**

## Medication Summary

**Drug Allergies**
**Percocet (oxycodone-acetaminophen)** (oxycodone-acetaminophen) unspecified (Active)

**Current Medications**
**Lyrica** (pregabalin) capsule 50 mg, Take 1 capsule by mouth twice a day, 60 capsules

**Medication Reconciliation:**
Not performed

## Chief Complaint / Assistant Note

In for test results
medical records

## Subjective

**HPI**
medical records reviewed
MRI Brain: n
MRI C spine: deg arthritis mild
still has neck pain all the time

**Problem History**

| C.S. | Code | Description | Status | Diagnosed | Edu. | Cog/Func. |
|---|---|---|---|---|---|---|
| ICD10 | M50.322 | Other cervical disc degeneration at C5-C6 level | ACUTE | 04/18/2017 at 009:01 AM CST | No | No |
| ICD10 | R51 | Headache | ACUTE | 04/11/2017 at 008:54 AM CST | No | No |
| ICD10 | M50.33 | Other cervical disc degeneration, cervicothoracic region | ACUTE | 04/11/2017 at 008:53 AM CST | No | No |
| ICD10 | M50.33 | Other cervical disc degeneration, cervicothoracic region | ACUTE | 04/04/2017 at 10:43 AM CST | No | No |
| ICD10 | R51 | Headache | ACUTE | 04/04/2017 at 10:43 AM CST | No | No |
| ICD10 | M50.33 | Other cervical disc degeneration, cervicothoracic region | ACUTE | 04/03/2017 at 008:53 AM CST | No | No |
| ICD10 | R51 | Headache | ACUTE | 04/03/2017 at 008:53 AM CST | No | No |
| ICD10 | M50.33 | Other cervical disc degeneration, cervicothoracic region | ACUTE | 03/06/2017 at 009:22 AM CST | No | No |
| ICD10 | R51 | Headache | ACUTE | 03/06/2017 at 009:22 AM CST | No | No |

**FollowUp1**

| | | |
|---|---|---|
| New Complaints: | ☑ No ☐ Yes | |
| Test Results: | ☑ No ☐ Yes | ☑ Normal ☐ Abnormal |

**Review of Systems**
CONST: No fever, No chills, No malaise, or No weight change.
EYES: No visual change, No discharge, No FBS, No pain, No itchiness, or No redness.
ENT: No ear ache, No sore throat, No congestion, or No sneezing.

Signed by: MOHAMMAD T. ASSAF, 04/11/2017 at 008:58 AM CST

## Patient Demographics

**Patient Name:** Shanna Richardson
**Date of Birth:**
**Gender:** Female
**Race:** Black Or African American
**Preferred Language:** English
**Ethnicity:** Not Hispanic Or Latino
**Bill Type:** INSURANCE
**Primary Insurance:** BLUECARE

## Care Team

**Rendering Provider:**MOHAMMAD ASSAF

## Date and Location of Visit

**Date of Service:**04/11/2017
**Chart Number:** NCL50889A4
**Location:** MEMPHIS
**Appt. Reason:**FOLLOW UP
**Notes:**

## Medication Summary

**Drug Allergies**
**Percocet (oxycodone-acetaminophen)** (oxycodone-acetaminophen) unspecified (Active)

**Current Medications**
**Lyrica** (pregabalin) capsule 50 mg, Take 1 capsule by mouth once a day, 30 capsules

**Medication Reconciliation:**
Not performed

## Chief Complaint / Assistant Note

In for follow up
MRI schedule 4/12/17

## Subjective

**HPI**
has neck pain
has MRI of C spine and told that she has arthritis

**Problem History**

| C.S. | Code | Description | Status | Diagnosed | Edu. | Cog/Func. |
|---|---|---|---|---|---|---|
| ICD10 | R51 | Headache | ACUTE | 04/11/2017 at 008:54 AM CST | No | No |
| ICD10 | M50.33 | Other cervical disc degeneration, cervicothoracic region | ACUTE | 04/11/2017 at 008:53 AM CST | No | No |
| ICD10 | M50.33 | Other cervical disc degeneration, cervicothoracic region | ACUTE | 04/04/2017 at 10:43 AM CST | No | No |
| ICD10 | R51 | Headache | ACUTE | 04/04/2017 at 10:43 AM CST | No | No |
| ICD10 | M50.33 | Other cervical disc degeneration, cervicothoracic region | ACUTE | 04/03/2017 at 008:53 AM CST | No | No |
| ICD10 | R51 | Headache | ACUTE | 04/03/2017 at 008:53 AM CST | No | No |
| ICD10 | M50.33 | Other cervical disc degeneration, cervicothoracic region | ACUTE | 03/06/2017 at 009:22 AM CST | No | No |
| ICD10 | R51 | Headache | ACUTE | 03/06/2017 at 009:22 AM CST | No | No |

**FollowUp1**

| | | |
|---|---|---|
| New Complaints: | ☑ No ☐ Yes | |
| Test Results: | ☑ No ☐ Yes | ☑ Normal ☐ Abnormal |

**Review of Systems**
CONST: No fever, No chills, No malaise, or No weight change.
EYES: No visual change, No discharge, No FBS, No pain, No itchiness, or No redness.
ENT: No ear ache, No sore throat, No congestion, or No sneezing.
CV: No chest pain, No palpitations, No DOE, No Orthopnea, or No PND.
RESP: Lungs clear. Normal Heart sounds: S1, S2, regular rhythm.
GI: No nausea, No vomiting, No diarrhea, No constipation, No reflux, No rectal bleeding, or No hemetemesis.

SFH - Saint Francis Hospital

5959 Park Avenue
Memphis, TN 38119
(901)765-1000

Date and Time Generated: Tue Apr 18 2017 08:52:22 GMT-0500 (Central Daylight Time)
Generated by: Mohammad Assaf

**CLOSED, RESULTED**

**RICHARDSON, SHANNA L ( TC )**

| | | | |
|---|---|---|---|
| **Procedure** | XR Spine Cervical 2 Views | **Exam Number** | 00372XR170018728 |
| **Ordering Doctor** | ASSAF, MOHAMMAD T | **Ordered** | 04/11/2017 09:39:34 |
| **Account Number** | 39771142 | **Scheduled** | 04/11/2017 09:30:00 |
| **Medical Record Number** | 897764 | **Performed** | 04/11/2017 09:45:29 |
| **Date Of Birth** | | **Resulted** | 04/11/2017 10:04:28 |

-----------------------------------
XR Spine Cervical 2 Views
-----------------------------------

Saint Francis Hospital
5959 Park Avenue
Memphis,TN
38119-5200

Patient Name:RICHARDSON, SHANNA L
MRN:897764
Acct#:39771142
DOB:( Age:39 years Sex:Female
Patient Loc: SFH - TC TotalCare,-

I m a g i n g

| Procedure | Accession | Ordering | Date of Examination |
|---|---|---|---|
| XR Spine Cervical 2 Views | 372-XR-17-018728 | ASSAF MD, MOHAMMAD T | 04/11/2017 09:52:20 CDT |

Report

DATE OF SERVICE: 4/11/2017 9:45 AM CDT

EXAM: XR Spine Cervical 2 Views

HISTORY: NECK PAIN

FINDINGS:

The vertebral body heights of the cervical spine are well-maintained. No compression fracture or subluxation is noted. Prominent proliferative changes are noted to the endplates at C5-C6 attributed to degenerative disc disease. The spinous processes are in good alignment. The facets are in good alignment. There is no prevertebral soft tissue swelling.

IMPRESSION:
No acute bony abnormality of the cervical spine. Bony changes occurring at C5-C6 attributed to degenerative disc disease. MRI the cervical spine would be of benefit.

*** THIS IS AN ELECTRONICALLY SIGNED REPORT BY: Jeffrey Green on 4/11/2017 10:04 AM CDT ***

***Final Report***
Dictated: 04/11/2017 10:02 Dictated By: GREEN MD, JEFFREY W
Electronic Signature: 04/11/2017 10:04 am Signed By: GREEN MD, JEFFREY W

Admitting Physician:ASSAF MD, MOHAMMAD T
Ordering Physician:N/A
Consulting Physician:

Signed by: MOHAMMAD T. ASSAF, 04/03/2017 at 008:56 AM CST

## Patient Demographics

**Patient Name:** Shanna Richardson
**Date of Birth:**
**Gender:** Female **Ethnicity:** Not Hispanic Or Latino
**Race:** Black Or African American **Bill Type:** INSURANCE
**Preferred Language:** English **Primary Insurance:** BLUECARE

## Care Team

**Rendering Provider:** MOHAMMAD ASSAF

## Date and Location of Visit

**Date of Service:** 04/03/2017
**Chart Number:** NCL50889A2 **Appt. Reason:** FOLLOW UP
**Location:** MEMPHIS **Notes:**

## Medication Summary

**Drug Allergies**
**Percocet (oxycodone-acetaminophen)** (oxycodone-acetaminophen) unspecified (Active)

**Medication Reconciliation:**
Not performed

## Chief Complaint / Assistant Note

In for follow up
no tests done

## Subjective

**HPI**
no tests done
still having neck pain ans parasthesia of both hands
pt tried neurontin, nerve blocks and PT: nothing happen

**Problem History**

| C.S. | Code | Description | Status | Diagnosed | Edu. | Cog/Func. |
|---|---|---|---|---|---|---|
| ICD10 | M50.33 | Other cervical disc degeneration, cervicothoracic region | ACUTE | 04/03/2017 at 008:53 AM CST | No | No |
| ICD10 | R51 | Headache | ACUTE | 04/03/2017 at 008:53 AM CST | No | No |
| ICD10 | M50.33 | Other cervical disc degeneration, cervicothoracic region | ACUTE | 03/06/2017 at 009:22 AM CST | No | No |
| ICD10 | R51 | Headache | ACUTE | 03/06/2017 at 009:22 AM CST | No | No |

**FollowUp1**

| | | |
|---|---|---|
| New Complaints: | ☑ No ☐ Yes | |
| Test Results: | ☑ No ☐ Yes | ☑ Normal ☐ Abnormal |

**Review of Systems**
CONST: No fever, No chills, No malaise, or No weight change.
EYES: No visual change, No discharge, No FBS, No pain, No itchiness, or No redness.
ENT: No ear ache, No sore throat, No congestion, or No sneezing.
CV: No chest pain, No palpitations, No DOE, No Orthopnea, or No PND.
RESP: Lungs clear. Normal Heart sounds: S1, S2, regular rhythm.
GI: No nausea, No vomiting, No diarrhea, No constipation, No reflux, No rectal bleeding, or No hemetemesis.
PSYCH: No signs of depression or No anxiousness. No decrease in concentration. No hypersomnia or No insomnia.
MS: No joint pain, No swelling, or No stiffness.

Signed by: MOHAMMAD T. ASSAF, 04/04/2017 at 10:45 AM CST

## Patient Demographics

**Patient Name:** Shanna Richardson
**Date of Birth:**
**Gender:** Female
**Ethnicity:** Not Hispanic Or Latino
**Race:** Black Or African American
**Bill Type:** INSURANCE
**Preferred Language:** English
**Primary Insurance:** BLUECARE

## Care Team

**Rendering Provider:** MOHAMMAD ASSAF

## Date and Location of Visit

**Date of Service:** 04/04/2017
**Chart Number:** NCL50889A3
**Appt. Reason:** EMG
**Location:** MEMPHIS
**Notes:** RUE, RLE ASSAF

## Medication Summary

**Drug Allergies**
**Percocet (oxycodone-acetaminophen)** (oxycodone-acetaminophen) unspecified (Active)

**Current Medications**
**Lyrica** (pregabalin) capsule 50 mg, Take 1 capsule by mouth once a day, 30 capsules

**Medication Reconciliation:**
Not performed

## Chief Complaint / Assistant Note

In for EMG/NCS and follow up

## Subjective

**HPI**
EMG: n
still has parasthesia

**Problem History**

| C.S. Code | Description | Status | Diagnosed | Edu. | Cog/Func. |
|---|---|---|---|---|---|
| ICD10M50.33 | Other cervical disc degeneration, cervicothoracic region | ACUTE | 04/04/2017 at 10:43 AM CST | No | No |
| ICD10R51 | Headache | ACUTE | 04/04/2017 at 10:43 AM CST | No | No |
| ICD10M50.33 | Other cervical disc degeneration, cervicothoracic region | ACUTE | 04/03/2017 at 008:53 AM CST | No | No |
| ICD10R51 | Headache | ACUTE | 04/03/2017 at 008:53 AM CST | No | No |
| ICD10M50.33 | Other cervical disc degeneration, cervicothoracic region | ACUTE | 03/06/2017 at 009:22 AM CST | No | No |
| ICD10R51 | Headache | ACUTE | 03/06/2017 at 009:22 AM CST | No | No |

**FollowUp1**

| | | |
|---|---|---|
| New Complaints: | ☑ No ☐ Yes | |
| Test Results: | ☐ No ☑ Yes | ☑ Normal ☐ Abnormal |

**Review of Systems**

CONST: No fever, No chills, No malaise, or No weight change.
EYES: No visual change, No discharge, No FBS, No pain, No itchiness, or No redness.
ENT: No ear ache, No sore throat, No congestion, or No sneezing.
CV: No chest pain, No palpitations, No DOE, No Orthopnea, or No PND.
RESP: Lungs clear. Normal Heart sounds: S1, S2, regular rhythm.
GI: No nausea, No vomiting, No diarrhea, No constipation, No reflux, No rectal bleeding, or No hemetemesis.
PSYCH: No signs of depression or No anxiousness. No decrease in concentration. No hypersomnia or No insomnia.
MS: No joint pain, No swelling, or No stiffness.

| | | | |
|---|---|---|---|
| Nausea: | [ ] Yes | [x] No | |
| Vomiting: | [ ] Yes | [x] No | |
| Difficulty Swallowing: | [ ] Yes | [x] No | |
| Difficulty Speaking: | [ ] Yes | [x] No | |
| Difficulty with Language: | [ ] Yes | [x] No | If Yes, Expressive: [ ] Yes [ ] No<br>If Yes, Receptive: [ ] Yes [ ] No<br>If Yes, Both: [ ] Yes [ ] No |
| Weakness: | [x] Yes | [ ] No | If Yes, [ ] RUE [x] RLE [ ] LUE [ ] LLE |
| Stiffness: | [ ] Yes | [x] No | If Yes, [ ] RUE [ ] RLE [ ] LUE [ ] LLE |

| | | | |
|---|---|---|---|
| Gait Disturbances: | [ ] Yes | [x] No | If Yes, Leaning Towards: [ ] Rt [ ] Lt<br>If Yes, Walk Like Drunk: [ ] Yes [ ] No |
| Falls: | [ ] Yes | [x] No | If Yes, [ ] Forward [ ] Backward |
| Tremor or Involuntary Movement: | [ ] Yes | [x] No | |

| | | | | |
|---|---|---|---|---|
| Loss or Decrease Sensation: | [ ] Yes | [x] No | If Yes, Location: | |
| Pain: | [ ] Yes | [x] No | If Yes, Location: | |
| Paresthesia: | [x] Yes | [ ] No | If Yes, Location: RUE | If Yes, Pins and Needles: [ ] Yes [ ] No<br>If Yes, Going to Sleep: [x] Yes [ ] No |

| | | | |
|---|---|---|---|
| | Relieved By: | | |
| | Comes and Goes: | [ ] Yes | [ ] No |
| | Continuous: | [x] Yes | [ ] No |
| | Wakes From Sleep: | [x] Yes | [ ] No |
| | Positional: | [ ] Yes | [x] No |

| | | |
|---|---|---|
| Disturbance in Control of Bowel: | [ ] Yes | [x] No |
| Disturbance in Control of Bladder: | [ ] Yes | [x] No |

**Review of Systems**

CONST: No fever, No chills, No malaise

EYES: No visual change, No discharge, No FBS, No pain, No itchiness

ENT: No ear ache, No sore throat, No congestion

CV: No chest pain, No palpitations, No DOE, No Orthopnea

RESP: Lungs clear, regular rhythm.

GI: No nausea, No vomiting, No diarrhea, No constipation, No reflux, No rectal bleeding, or No hemetemesis.

PSYCH: No signs of depression or No anxiousness. No decrease in concentration. difficulty sleeping due to neck pain

MS: No joint pain, No swelling

**Family History1**

| Disorder | Yes | No | Father | Mother | Sibling | Other |
|---|---|---|---|---|---|---|
| Paralysis | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |
| Gait Disturbances | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |
| Convulsions | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |
| Dementia | [x] | [ ] | [ ] | [ ] | [ ] | [ ] grandmother |
| Stroke | [x] | [ ] | [ ] | [ ] | [ ] | [ ] grandmother |
| Movement Disorders | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |
| Brain Aneurysm | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |
| Brain Tumor | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |
| Other | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

**Social History1**

| | | |
|---|---|---|
| Drinking | [ ] Yes | [x] No |
| | Beer | [ ] Daily [ ] Weekly [ ] Socially |
| | Liquor | [ ] Daily [ ] Weekly [ ] Socially |

| | | |
|---|---|---|
| Drugs | [ ] Yes | [x] No |
| | Marijuana | [ ] Daily [ ] Weekly # Years: |
| | Cocaine | [ ] Daily [ ] Weekly # Years: |
| | Benzo's | [ ] Daily [ ] Weekly # Years: |

| | | |
|---|---|---|
| Prescription Pain Meds | ☐ Daily ☐ Weekly | # Years: |

**Past Medical History1**

| | | | |
|---|---|---|---|
| ☑ HTN | ☐ DM | ☐ CAD | ☐ CABG |
| ☐ Stroke | ☐ TIA | ☐ High Cholesterol | ☐ Blood Disorder |
| ☐ Cognitive Disorder | ☐ Sleep Disorder | ☐ Seizure | ☐ Headache, Type: |
| ☐ Others: hx gullian barre 1995 | | | |

## Objective

**Vitals**

| Height/Length | Weight | BMI | Blood Pressure (mm/Hg) | Temp. (F) | Pulse | Notes | Created |
|---|---|---|---|---|---|---|---|
| | 201 lbs. 1.60 oz. | | 152/112 (SITTING) | | 82BPM | | 03/06/2017 09:06:00 AM CST |

**Initial Visit1**

| | Normal | Abnormal | Abnormal Reason |
|---|---|---|---|
| H & N | ☐ | ☑ | neck ttp |
| Chest | ☑ | ☐ | |
| Heart | ☑ | ☐ | |
| Abdomen | ☑ | ☐ | |
| LE | ☑ | ☐ | |
| UE | ☑ | ☐ | |
| Back | ☑ | ☐ | |

| Orientation | Normal | Abnormal |
|---|---|---|
| Day | ☑ | ☐ |
| Month | ☑ | ☐ |
| Year | ☑ | ☐ |
| Location | ☑ | ☐ |
| Country | ☑ | ☐ |
| City | ☑ | ☐ |
| State | ☑ | ☐ |

| Attention State & Consciousness: |
|---|
| ☑ Alert, Attentive, Responsive |
| ☐ Confused |
| ☐ Delirium |
| ☐ Stupor |
| ☐ Coma |

| | | |
|---|---|---|
| Memory: | ☑ Normal | ☐ Abnormal (See MMSE) |

| Language: | Normal | Abnormal |
|---|---|---|
| Aphasia | ☑ | ☐ |
| Receptive | ☑ | ☐ |
| Expressive | ☑ | ☐ |
| Global | ☑ | ☐ |
| Dysarthria | ☑ | ☐ |
| Naming | ☑ | ☐ |
| Repetition | ☑ | ☐ |
| Comprehension | ☑ | ☐ |
| Reading | ☑ | ☐ |
| Writing | ☑ | ☐ |
| Constructional Ability | ☑ | ☐ |
| Praxis | ☑ | ☐ |

**Cranial Nerves1**

| | | | |
|---|---|---|---|
| I Olfactory Nerve | ☑ Normal | ☐ Abnormal | |
| II Optic Nerves | ☑ Normal | ☐ Abnormal | ☐ Visual Acuity<br>☐ Visual Field<br>☐ Double Simultaneous Stimulation |
| III, IV, VI | ☑ Normal | ☐ Abnormal | Pupils: ☑ Normal ☐ Abnormal |
| V | ☑ Normal | ☐ Abnormal | |
| VII | ☑ Normal | ☐ Abnormal | |

| | | | |
|---|---|---|---|
| VIII Auditory & Vestibular Nerves | ☑ Normal | ☐ Abnormal | |
| IX, X Glossopharyngeal & Vagus Nerves | ☑ Normal | ☐ Abnormal | |
| XI Spinal Accessory Nerve | ☑ Normal | ☐ Abnormal | Trapezius: ☐ Left ☐ Right<br>Sternocleidomastoid: ☐ Left ☐ Right |
| XII Hypoglossal Nerve | ☑ Normal | ☐ Abnormal | ☐ Tongue Movement<br>☐ Dysarthria: ☐ Flacid ☐ Hypokinetic ☐ Spastic ☐ Ataxia |

**Motor Exam1**

| | | |
|---|---|---|
| Motor Systems | ☑ Normal | ☐ Abnormal |
| Posture | ☑ Normal | ☐ Abnormal |

| Station & Gait: | Normal | Abnormal |
|---|---|---|
| Rise from Chair with Arm Crossed | ☑ | ☐ |
| Pulled Backward | ☑ | ☐ |
| Romberg | ☑ | ☐ |
| Position Sense | ☑ | ☐ |
| Tandem | ☑ | ☐ |

| Strength: | ☐ Normal | ☑ Abnormal | | | | | |
|---|---|---|---|---|---|---|---|
| | | Upper Extremity | ☑ Right | ☐ Left | ☐ Proximal | ☐ Distal | ☑ Global |
| | | Lower Extremity | ☐ Right | ☐ Left | ☐ Proximal | ☐ Distal | ☐ Global |

| Tone: | ☑ Normal | ☐ Abnormal | ☐ Spasticity<br>☐ Rigidity<br>☐ Cogwheel Rigidity<br>☐ Plastic Rigidity<br>☐ Dystonia Rigidity<br>☐ Hypotonia |
|---|---|---|---|

| Coordination: | ☑ Normal | ☐ Abnormal | ☐ Fingers to Nose<br>☐ Heel to Shin<br>☐ Rapid Alternative Movement | ☐ Right ☐ Left<br>☐ Right ☐ Left |
|---|---|---|---|---|

| Involuntary Movement: | ☑ Normal | ☐ Abnormal | ☐ Tremor<br>☐ Head Nodding<br>☐ Cerebellar Tremor<br>☐ Athetosis<br>☐ Chorea<br>☐ Hemiballismus<br>☐ Myoclonus | ☐ Resting ☐ Action ☐ Both |
|---|---|---|---|---|

| Reflexes: | ☑ Normal | ☐ Abnormal | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Upper Extremity | ☐ Right | ☐ Left | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 |
| | | Lower Extremity | ☐ Right | ☐ Left | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 |

| Clonus: | ☐ Sustained | ☐ Few Beats |
|---|---|---|

| Babinski: | |
|---|---|
| Right | ☐ Up ☐ Down |
| Left | ☐ Up ☐ Down |

| Sensation: | ☐ Normal | ☑ Abnormal | | | | |
|---|---|---|---|---|---|---|
| | | | Face | Trunk | Upper Extremity | Lower Extremity |
| | | Touch | ☑ Right ☐ Left<br>☑ Distal ☐ Proximal | ☐ Right ☐ Left<br>☐ Distal ☐ Proximal | ☑ Right ☐ Left<br>☑ Distal ☐ Proximal | ☑ Right ☐ Left<br>☑ Distal ☑ Proximal |
| | | Pinprick | ☐ Right ☐ Left<br>☐ Distal ☐ Proximal | ☐ Right ☐ Left<br>☐ Distal ☐ Proximal | ☐ Right ☐ Left<br>☐ Distal ☐ Proximal | ☐ Right ☐ Left<br>☐ Distal ☐ Proximal |
| | | Thermal | ☐ Right ☐ Left<br>☐ Distal ☐ Proximal | ☐ Right ☐ Left<br>☐ Distal ☐ Proximal | ☐ Right ☐ Left<br>☐ Distal ☐ Proximal | ☐ Right ☐ Left<br>☐ Distal ☐ Proximal |
| | | Vibration | ☐ Right ☐ Left<br>☐ Distal ☐ Proximal | ☐ Right ☐ Left<br>☐ Distal ☐ Proximal | ☐ Right ☐ Left<br>☐ Distal ☐ Proximal | ☐ Right ☐ Left<br>☐ Distal ☐ Proximal |
| | | Position Sense | ☐ Right ☐ Left<br>☐ Distal ☐ Proximal | ☐ Right ☐ Left<br>☐ Distal ☐ Proximal | ☐ Right ☐ Left<br>☐ Distal ☐ Proximal | ☐ Right ☐ Left<br>☐ Distal ☐ Proximal |
| | | Two Point Discrimination | ☐ Right ☐ Left<br>☐ Distal ☐ Proximal | ☐ Right ☐ Left<br>☐ Distal ☐ Proximal | ☐ Right ☐ Left<br>☐ Distal ☐ Proximal | ☐ Right ☐ Left<br>☐ Distal ☐ Proximal |

MIDSOUTH
IMAGING

7600 Wolf River Blvd Suite 200
Germantown, TN 38138

P 901.747.1000
F 901.747.1001
www.msit.com

CAMPBELL CLINIC

PATIENT: Shanna Richardson
PATIENT#: 1009045
DOB:
PHYSICIAN: Ashley Park, M.D.
DOS: 11/02/2016 16:47

MRI CERVICAL SPINE

HISTORY:
Cervical radiculopathy.

ICD10 CODE:
M54.2

TECHNIQUE:
T1 W and fast spin-echo T2 W sagittal and fast spin echo T2W and gradient echo axial imaging is performed through the cervical spine using a posterior surface coil at 3.0 Tesla.

FINDINGS:
Cervical vertebral bodies maintain normal signal intensity, curvature, and alignment. The cervical cord is normal in caliber and signal intensity. Axial images are obtained from the C2 level through the cervicothoracic junction.

C2-C3: The dorsal disc margin at this level is intact without canal or foraminal narrowing.

C3-C4: The dorsal disc margin at this level is intact without canal or foraminal narrowing.

C4-C5: Minimal disc bulge is present without significant canal or foraminal narrowing.

C5-C6: A mild broad-based disc bulge generates mild central canal and right-sided foraminal stenosis. The left neural foramen is patent.

C6-C7: The dorsal disc margin at this level is intact without canal or foraminal narrowing.

C7-T1: The dorsal disc margin at this level is intact without canal or foraminal narrowing.

OPINION:
Mid cervical disc bulging generates mild C5-6 central canal and right-sided foraminal stenosis.

CAMPBELL CLINIC
PATIENT: Shanna Richardson
PATIENT#: 1009045

Dexter Witte, M.D. :
11/03/2016 09:27

0K107170069

Ciox Health
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

CIOX HEALTH

# INVOICE

Invoice #: 0213896268
Date: 4/9/2017
Customer #: 1527003

**Ship to:**
AMY CORCORAN
LIBERTY MUTUAL
PO BOX 7206
LONDON, KY 40742-7206

**Bill to:**
AMY CORCORAN
LIBERTY MUTUAL
PO BOX 7206
LONDON, KY 40742-7206

**Records from:**
THE LIGHT CLINIC
7715 WOLF RIVER BLVD
GERMANTOWN, TN 38138

Requested By: LIBERTY MUTUAL
DOB:
Patient Name: RICHARDSON SHANNA
10272441

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Your request for copies of medical records has been processed. Full payment in advance is required and must be received within 30 days of the receipt of this invoice, before your copies will be released. Promptly return the bottom portion of this invoice along with a check for the balance due. To expedite the request or to pay by credit card, please call 800 - 367 - 1500. **FULL PAYMENT REQUIRED PRIOR TO RELEASE OF RECORDS** | | | |
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 75 | 0.50 | 37.50 |
| Per Page Copy (Paper) 2 | 5 | 0.00 | 0.00 |
| Shipping | | | 6.65 |
| Subtotal | | | 64.15 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 64.15 |
| Balance Due | | | 64.15 |

Pay your invoice online at https://paycioxhealth.com/pay/

**Please remit this amount : $ 64.15 (USD)**

Ciox Health
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: 0213896268

Check # ____________

Payment Amount $____________

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: edelivery.cioxhealth.com

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

0K107170069

******AUTO**MIXED AADC 300
939 1 MB 0.423 000939
LIBERTY MUTUAL
AMY CORCORAN 4pgs
PO BOX 7206
LONDON, KY 40742-7206

*000400939K02*

# ATTENTION

Confidential Information enclosed.
To be viewed by authorized persons only.

If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

Health information is reproduced by HealthPort, a health information management outsourcing service. Your healthcare provider contracts with HealthPort to process authorized requests for copies of health records.

Reproductions are made from the medical facility's original records. The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover. Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

You may not make any disclosure or use of these records without the permission of the individual who is the subject of the records.

This information *may or may not* contain records regarding drug and/or alcohol use or treatment. If this record contains any such information, it has been disclosed to you from records whose confidentiality is protected by federal regulation 42 CFR Part 2, which prohibits you from making any further disclosure of it without the *specific* written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of health or other information is not sufficient for this purpose. Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the *specific* consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

... Authorization - 3/28/2017

0K107170034

07/15/2011 21:55 9013286035 LIGHTCLINIC PAGE 01/01

3699683

RECEIVED MAR 2 8 2017

- 39585

**Baptist Medical Group Inc. (BMG)**
**Authorization to Release PHI**
**Physician Practices**

FAXED

Baptist Clinic Name: The Light Clinic Phone # 901-328-6031 Fax# 328-6035

Address: 7715 Wolf River Blvd Germantown TN 38138

PATIENT'S NAME: Shanna L. Richardson BIRTH DATE: Chart #: MRN #10272441

ADDRESS:

FAX NUMBER

I authorize Baptist or the following person or organization (specify if applicable) ______ to:

☒ disclose my health information to:

Liberty Mutual Disability Insurance - Amy Corcoran Case Manager 901-603-43[illegible]

(Name and Address) - Specify: Attorney, Insurance, Self, etc

☒ obtain/request copies of my health information from: The Light Clinic

7715 Wolf River Blvd. Germantown TN 38138

(Name and Address) - Specify Hospital, Doctor, etc

Purpose of use, disclosure, and/or request: ☐ Continuation of Care/Treatment ☐ Attorney ☐ At the request of the patient ☐ Payment
☒ Other, specify: Records for my disability case manage

I authorize use and/or disclosure of information covering treatment from: 2015 all to: 2016 all

(enter specific dates)

Information to be used and/or disclosed:
☒ History and Physical ☒ Progress Note ☐ Lab ☒ Radiology/Imaging ☒ All records ☐ Itemized bill
☐ Other, specify: Everything including notes

I understand that the disclosure of my personal health information may include information regarding diagnosis and/or treatment for any of the following: alcohol abuse, drug abuse, psychiatric or mental illness, and/or sexually transmitted diseases, including Human Immunodeficiency Virus (HIV) or (AIDS virus).

This release will include information I have previously restricted from my health plan unless I initial: SR

This authorization will expire one year from the date of your signature unless you specify a different expiration date, event, or condition.
Please specify: This needs to extend until because they are trying to gather my case. SR

I understand that I have a right to revoke this authorization at any time, except to the extent that release of information has already occurred in reliance on my prior authorization.

I understand that in order to revoke an authorization, a written document stating the intent of the patient is to be either delivered in person or by certified mail to the Director of Health Information Management at the Baptist facility indicated above. The revocation document is to contain the signature of the patient or patient's legal representative.

I understand that authorizing the disclosure of health information is voluntary. I can refuse to sign this authorization. Refusal to sign this form will not affect my receipt of treatment. However, if this authorization is for release of records to a third party for payment, enrollment or eligibility of benefits purposes, such as workers' compensation, private health insurance, application for insurance, etc., my refusal to sign may affect payment, enrollment or eligibility for benefits. This, in turn, may effect payment for services I receive and I may become responsible for all charges incurred. I understand that it is my responsibility to inquire with the party requesting my health records regarding the effect of my refusal to sign this form.

I understand that any disclosure carries with it the potential for re-disclosure by the recipient of the information and such re-disclosure may not be protected by federal confidentiality laws.

When Baptist seeks an authorization for its own use or disclosure of protected health information (e.g., marketing, research, etc.), a copy of the authorization is provided to the patient.

3/17/17 — Date

X Shanna Richardson — Patient (or person authorized to consent for minor or patient who is unable to sign)

Patsy Linville — Witness

X Self — Relationship and/or authority to act for the patient

Photo ID was provided: ☒ Yes ☐ No If no, specify form of patient identification: ______

Form # 91-137.8 (03/14)

Mail to Liberty Mutual Group Disability Claims P.O. Box 7206 London KY 40742-7206

Mail to) Liberty Mutual
Group Benefits Disability Claims
P. O. Box 7206
London, Ky 40742-7206
855 832 9412 * 16129
Attn Amy Corcoran

pt
Shanna Richardson

155739442

**n0197271**

---

**From:** Shanna Richardson
**Sent:** Monday, April 17, 2017 8:43:06 AM
**To:** Corcoran, Amy
**Subject:** Drs info

Hi Amy,

I will still be sending you Dr. Mohammad's records and limitations and restrictions Tuesday morning after I leave his office.

**n0197271**

**From:** Shanna Richardson
**Sent:** Thursday, April 13, 2017 7:32:08 AM
**To:** Corcoran, Amy
**Subject:** Fw: Information

--- On Wed, 4/12/17, Shanna Richardson < wrote:

> From: Shanna Richardson <
> Subject: Information
> To: amy.corcoran@libertymutual.com
> Date: Wednesday, April 12, 2017, 7:27 PM
> Hi Amy,
>
> This is Shanna Richardson, I just spoke
> with Dr. Mohammad's secretary and they will give me all the
> information you need Tuesday but my leave runs out on the
> 20th and I'm in bad shape. I'm in bad medical condition, I
> have to have my son help me do daily things like even tying
> my shoes. Did you discuss the explanation of benefits with
> the nurse and show her the December 1, 2015 we discussed and
> found out this morning? I'm about to lose my home and
> everything while trying to get my medical condition taken
> care of. If you look at the end of the record for December 1, 2015, it says signed Dr. Whitney Tolbert, cosigner Dr. Alston Warr and test performed by Lora Pomekyla or however her last name is spelled. Please let me know if she accepts my Explanation of Benefits and again, Dr. Mohammad is giving me the information you need Tuesday. My leave runs out on the 20th, I'm very ill and me and my son are about to lose our home. Please help me, I will definitely, I mean definitely send you the information from Dr. Mohammad straight from me Tuesday morning. I see him at 8:45 Tuesday. I appreciate any help you can give to help me get this LTD approved.
>

**n0197271**

---

**From:** Shanna Richardson
**Sent:** Monday, April 10, 2017 9:17:51 AM
**To:** Corcoran, Amy
**Subject:** RE: Information

Thank you so much, I'm trying to get this information to you today and tomorrow. I'll get all my information during my doctor's appointment tomorrow and send it to you.
--------------------------------------------
On Mon, 4/10/17, Corcoran, Amy <Amy.Corcoran@LibertyMutual.com> wrote:

Subject: RE: Information
To: "Shanna Richardson" <
Date: Monday, April 10, 2017, 12:55 PM

I will get the details for you

Amy Corcoran
Disability Case Manager
Liberty
Mutual Benefits Claims- Dover, NH- Northeast
Liberty Life Assurance Company of Boston- A
Liberty Mutual Insurance Co.
PO Box 7206,
London, KY 40742-7206 Mailstop 03-4
Direct
Dial: 1-855-306-6931 ext.16129
Direct Fax:
1-603-430-0489
Amy.Corcoran@libertymutual.com
This e-mail, and any attachments thereto, is
intended only for the use of the addressee(s) named herein
and may contain legally privileged and/or confidential
information. If you are not the intended recipient of this
e-mail, you are hereby notified that any dissemination,
distribution or copying of this e-mail, and any attachments
thereto, is strictly prohibited. If you have received this
e-mail in error, please notify me via return e-mail and via
telephone at 800-210-0268 extension 16129 and permanently
delete the original and any copy of any e-mail and any
printout thereof

-----Original Message-----
From: Shanna Richardson [mailto:

Sent: Friday, April 07, 2017 3:19 PM
To: Corcoran, Amy <Amy.Corcoran@LibertyMutual.com>
Subject: Information

Hi Amy,
.
This

is Shanna Richardson, please ask the nurse is what she needs, is to see the details on each Explanation of Benefits, I sent the list that the insurance company provided to me dated back to August 2015, I can get 2014 if she wants them. But, do she want each Explanation of Benefits listed I already sent detailed?

**n0197271**

---

**From:** Shanna Richardson
**Sent:** Thursday, April 06, 2017 6:04:41 PM
**To:** Corcoran, Amy
**Subject:** RE: Update

Hi Amy,

When you say complete Explanation of Benefits, I sent the whole look list of Explanation of Benefits from the insurance company. Do I need to send what each Explanation of Benefits has on them? I will go to Dr. Mohammad and get the restrictions and have them sent to you Monday or Tuesday. Those were a list of all the Explanation of Benefits my insurance company has, do I need to send each individually detailed?

--------------------------------------------

On Thu, 4/6/17, Corcoran, Amy <Amy.Corcoran@LibertyMutual.com> wrote:

Subject: RE: Update
To: "Shanna Richardson" <
Date: Thursday, April 6, 2017, 7:19 PM

Hi Shanna,

It looks like we do not have all the information we need to rule out a pre-existing condition. The nurse who reviewed your claim and medical sent in indicated that we are still missing updated medical records from Dr. Mohammed as well as your complete Explanation of Benefits in order to determine current restrictions and limitations as well as to rule out pre-existing condition.

Please get this information over to me as soon as possible so we can help you and hopefully approve your LTD claim.

Amy

Amy Corcoran
Disability Case Manager
Liberty
Mutual Benefits Claims- Dover, NH- Northeast
Liberty Life Assurance Company of Boston- A
Liberty Mutual Insurance Co.
PO Box 7206,
London, KY 40742-7206 Mailstop 03-4
Direct
Dial: 1-855-306-6931 ext.16129
Direct Fax:
1-603-430-0489
Amy.Corcoran@libertymutual.com
This e-mail, and any attachments thereto, is
intended only for the use of the addressee(s) named herein

and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-210-0268 extension 16129 and permanently delete the original and any copy of any e-mail and any printout thereof

-----Original Message-----
From: Shanna Richardson [mailto:

Sent: Wednesday, April 05, 2017 1:15 PM
To: Corcoran, Amy <Amy.Corcoran@LibertyMutual.com>
Subject: Update

Hi Amy,

I
went to Dr. Assaf Monday and Tuesday, I have another appointment on the 25th and he will tell me the results of the test I had Tuesday and the test I have on the 12th. He will tell me what procedure he's going to do to my neck.

**n0197271**

---

**From:** Shanna Richardson
**Sent:** Thursday, April 06, 2017 6:06:53 PM
**To:** Corcoran, Amy
**Subject:** RE: Update

Hi Amy,

Thank you also for trying to help me, appreciate all your help and information.
--------------------------------------------
On Thu, 4/6/17, Corcoran, Amy <Amy.Corcoran@LibertyMutual.com> wrote:

Subject: RE: Update
To: "Shanna Richardson" <
Date: Thursday, April 6, 2017, 7:19 PM

Hi Shanna,

It looks like we do not have all the information we need to rule out a pre-existing condition. The nurse who reviewed your claim and medical sent in indicated that we are still missing updated medical records from Dr. Mohammed as well as your complete Explanation of Benefits in order to determine current restrictions and limitations as well as to rule out pre-existing condition.

Please get this information over to me as soon as possible so we can help you and hopefully approve your LTD claim.

Amy

Amy Corcoran
Disability Case Manager
Liberty
Mutual Benefits Claims- Dover, NH- Northeast
Liberty Life Assurance Company of Boston- A
Liberty Mutual Insurance Co.
PO Box 7206,
London, KY 40742-7206 Mailstop 03-4
Direct
Dial: 1-855-306-6931 ext.16129
Direct Fax:
1-603-430-0489
Amy.Corcoran@libertymutual.com
This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments

thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-210-0268 extension 16129 and permanently delete the original and any copy of any e-mail and any printout thereof

-----Original Message-----
From: Shanna Richardson [mailto

Sent: Wednesday, April 05, 2017 1:15 PM
To: Corcoran, Amy <Amy.Corcoran@LibertyMutual.com>
Subject: Update

Hi Amy,

I
went to Dr. Assaf Monday and Tuesday, I have another appointment on the 25th and he will tell me the results of the test I had Tuesday and the test I have on the 12th. He will tell me what procedure he's going to do to my neck.

**n0197271**

**From:** Shanna Richardson
**Sent:** Friday, April 07, 2017 11:50:14 AM
**To:** Corcoran, Amy
**Subject:** Explanation of Benefits

Hi Amy,

This is Shanna Richardson, the list of Explanation of Benefits that I sent, do the nurse want me to send each one detailed? Do I need to send some from 2014, to show that I had no preexisting condition. My condition did not start until February of 2016.

**n0197271**

**From:** Shanna Richardson
**Sent:** Friday, April 07, 2017 11:53:41 AM
**To:** Corcoran, Amy
**Subject:** My condition

Hi Amy,

This is Shanna Richardson, I want to add that I was on short term disability when my condition progressed. I had nothing going on with this at all 2014 or 2015.

**n0197271**

---

**From:** Shanna Richardson
**Sent:** Friday, April 07, 2017 3:19:26 PM
**To:** Corcoran, Amy
**Subject:** Information

Hi Amy,
.
This is Shanna Richardson, please ask the nurse is what she needs, is to see the details on each Explanation of Benefits, I sent the list that the insurance company provided to me dated back to August 2015, I can get 2014 if she wants them. But, do she want each Explanation of Benefits listed I already sent detailed?

**n0197271**

---

**From:** Corcoran, Amy
**Sent:** Thursday, April 06, 2017 3:19:41 PM
**To:** 'Shanna Richardson'
**Subject:** RE: Update

Hi Shanna,

It looks like we do not have all the information we need to rule out a pre-existing condition. The nurse who reviewed your claim and medical sent in indicated that we are still missing updated medical records from Dr. Mohammed as well as your complete Explanation of Benefits in order to determine current restrictions and limitations as well as to rule out pre-existing condition.

Please get this information over to me as soon as possible so we can help you and hopefully approve your LTD claim.

Amy

Amy Corcoran
Disability Case Manager
Liberty Mutual Benefits Claims- Dover, NH- Northeast
Liberty Life Assurance Company of Boston- A Liberty Mutual Insurance Co.
PO Box 7206, London, KY 40742-7206 Mailstop 03-4
Direct Dial: 1-855-306-6931 ext.16129
Direct Fax: 1-603-430-0489
Amy.Corcoran@libertymutual.com
This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-210-0268 extension 16129 and permanently delete the original and any copy of any e-mail and any printout thereof

-----Original Message-----
From: Shanna Richardson [mailto
Sent: Wednesday, April 05, 2017 1:15 PM
To: Corcoran, Amy <Amy.Corcoran@LibertyMutual.com>
Subject: Update

Hi Amy,

I went to Dr. Assaf Monday and Tuesday, I have another appointment on the 25th and he will tell me the results of the test I had Tuesday and the test I have on the 12th. He will tell me what procedure he's going to do to my neck.

**n0197271**

---

**From:** Shanna Richardson
**Sent:** Thursday, March 30, 2017 9:11:53 AM
**To:** Corcoran, Amy
**Subject:** My LTD claim

Hi Amy,
This is Shanna Richardson, I sent Dr. Tolbert's medical records and I remember that's what you were waiting for. My next appointment is April 3rd for the neurologist to decide what procedure he decides to do. This is all I have to send right now and I asked and you said you were waiting for Dr. Tolbert's medical records. I'm struggling to take care of my son, I had to apply for food stamps today. Hopefully he has a quick date for what procedure he is going to do and that it heals me so I can get my life back and not have to deal with the pain of my illness and struggling with taking care of my son and my bills.

**n0197271**

| | |
|---|---|
| **From:** | Shanna Richardson |
| **Sent:** | Wednesday, March 29, 2017 9:01:28 AM |
| **To:** | Corcoran, Amy |
| **Subject:** | My medical records from Dr. Tolbert |

Hi Amy,
This is Shanna Richardson, I am just checking to see if you received my medical records from Dr. Tolbert, that I sent you yesterday. These is are the same medical records that they sent to you by mail because Health port does not fax medical records. I sent them to you by email so you can get them quicker. My doctor has been trying to get me set up for surgery, I will also send you the records for that after my next appointment. I'm not doing well and struggling to take care of my son since my short term disability has been closed, I pray my claim is reconsidered.

**n0197271**

---

**From:** Shanna Richardson
**Sent:** Wednesday, March 29, 2017 2:04:49 PM
**To:** Corcoran, Amy
**Subject:** RE: My medical records from Dr. Tolbert

Hi Amy,
It won't be until later, I'm sending what you want now and that was Dr. Tolbert's medical records. I was saying that because I'm still under doctor's care and he's going to decide what procedure to do.
--------------------------------------------
On Wed, 3/29/17, Corcoran, Amy <Amy.Corcoran@LibertyMutual.com> wrote:

Subject: RE: My medical records from Dr. Tolbert
To: "Shanna Richardson" <
Date: Wednesday, March 29, 2017, 6:45 AM

Received thank you.
What else will you be sending me exactly?

Amy Corcoran
Disability Case Manager
Liberty
Mutual Benefits Claims- Dover, NH- Northeast
Liberty Life Assurance Company of Boston- A
Liberty Mutual Insurance Co.
PO Box 7206,
London, KY 40742-7206 Mailstop 03-4
Direct
Dial: 1-855-306-6931 ext.16129
Direct Fax:
1-603-430-0489
Amy.Corcoran@libertymutual.com
This e-mail, and any attachments thereto, is
intended only for the use of the addressee(s) named herein
and may contain legally privileged and/or confidential
information. If you are not the intended recipient of this
e-mail, you are hereby notified that any dissemination,
distribution or copying of this e-mail, and any attachments
thereto, is strictly prohibited. If you have received this
e-mail in error, please notify me via return e-mail and via
telephone at 800-210-0268 extension 16129 and permanently
delete the original and any copy of any e-mail and any
printout thereof

-----Original Message-----
From: Shanna Richardson [mailto

Sent: Tuesday, March 28, 2017 4:06 PM
To: Corcoran, Amy <Amy.Corcoran@LibertyMutual.com>
Subject: My medical records from Dr. Tolbert

Hi Amy,

This is Shanna Richardson, here are my medical records from Dr. Tolbert. You need anything else, please call me at or email me. I will be sending you records from my doctors from my procedures and follow ups.

**n0197271**

---

**From:** Shanna Richardson
**Sent:** Wednesday, March 29, 2017 2:06:32 PM
**To:** Corcoran, Amy
**Subject:** RE: My medical records from Dr. Tolbert

I go back for my next appointment on April 3rd.
--------------------------------------------
On Wed, 3/29/17, Corcoran, Amy <Amy.Corcoran@LibertyMutual.com> wrote:

Subject: RE: My medical records from Dr. Tolbert
To: "Shanna Richardson" <
Date: Wednesday, March 29, 2017, 6:47 AM

Yes Shanna. I received
them as stated in my previous email. When is your next
appointment?

Amy
Corcoran
Disability Case Manager
Liberty Mutual Benefits Claims- Dover, NH-
Northeast
Liberty Life Assurance Company of
Boston- A Liberty Mutual Insurance Co.
PO
Box 7206, London, KY 40742-7206 Mailstop 03-4
Direct Dial: 1-855-306-6931 ext.16129
Direct Fax: 1-603-430-0489
Amy.Corcoran@libertymutual.com
This e-mail, and any attachments thereto, is
intended only for the use of the addressee(s) named herein
and may contain legally privileged and/or confidential
information. If you are not the intended recipient of this
e-mail, you are hereby notified that any dissemination,
distribution or copying of this e-mail, and any attachments
thereto, is strictly prohibited. If you have received this
e-mail in error, please notify me via return e-mail and via
telephone at 800-210-0268 extension 16129 and permanently
delete the original and any copy of any e-mail and any
printout thereof

-----Original Message-----
From: Shanna Richardson [mailto:

Sent: Wednesday, March 29, 2017 9:01 AM
To: Corcoran, Amy <Amy.Corcoran@LibertyMutual.com>
Subject: My medical records from Dr. Tolbert

Hi Amy,
This
is Shanna Richardson, I am just checking to see if you

received my medical records from Dr. Tolbert, that I sent you yesterday. These is are the same medical records that they sent to you by mail because Health port does not fax medical records. I sent them to you by email so you can get them quicker. My doctor has been trying to get me set up for surgery, I will also send you the records for that after my next appointment. I'm not doing well and struggling to take care of my son since my short term disability has been closed, I pray my claim is reconsidered.

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 08/27/15

## Visit Summary

### Reason for Visit

**Sore Throat** congestion

### Diagnoses

**Upper respiratory infection** - Primary
**Nasal congestion**
**Sore throat**
**Hypertension, benign**

### Problem List as of 8/27/2015

Date Reviewed: **10/23/2014**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM: F41.1<br>ICD-9-CM: 300.00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM: I10<br>ICD-9-CM: 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 2/15/2013 - Present |
| **Abnormal uterine bleeding (AUB)** | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/4/2014 - Present |
| **Pelvic pain** | ICD-10-CM: R10.2<br>ICD-9-CM: IMO0002 | | | 8/4/2014 - Present |
| **HTN (hypertension)** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 8/4/2014 - Present |
| **Leiomyoma of uterus** | ICD-10-CM: D25.9<br>ICD-9-CM: 218.9 | | | 8/22/2014 - Present |
| **Excessive or frequent menstruation** | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 8/22/2014 - Present |
| **Coagulation defect** | ICD-10-CM: D68.9<br>ICD-9-CM: 286.9 | | | 8/22/2014 - Present |
| **Esophagitis** | ICD-10-CM: K20.9<br>ICD-9-CM: 530.10 | | | 8/22/2014 - Present |
| **Abdominal pain** | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 8/22/2014 - Present |
| **Status post hysterectomy** | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | | | 10/8/2014 - Present |

**Reviewed** On: **8/27/2015** By: **Barbara Holden, LPN**

### Allergies as of 8/27/2015

| Allergen | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrocodone** | 04/01/2014 | | |
| **Percocet [Oxycodone-Acetaminophen]** | 11/06/2014 | Allergy | Nausea Only |

### Immunizations

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical**<br>Given By: | 01/01/16 | | | |
| **Influenza TIV historical** | Thu Oct 9, 2014 2:12 PM | 0.5 mL | Intramuscular | Left deltoid |

## Visit Summary (continued)

### Immunizations (continued)

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| Given By: Joyce Bradshaw, RN | | | | |

Most recent update: 8/27/2015 11:11 AM by Whitney Tolbert, NP

### Vital Signs

| BP | Pulse | Temp(Src) | Resp | Ht | Wt |
|---|---|---|---|---|---|
| 138/88 mmHg | 74 | 98.3 °F (36.8 °C) (Oral) | 18 | 5' 3" (1.6 m) | 198 lb (89.812 kg) |
| **BMI** | **SpO2** | **LMP** | | | |
| 35.08 kg/m2 | 98% | 09/10/2014 | | | |

Vitals History

## Treatment Vitals (all recorded)

### Treatment Vitals

None

## Patient History

**Medical as of 8/27/2015**

| Past Medical History | Date | Comments | Source |
|---|---|---|---|
| Uterine fibroid [218.9 (ICD-9-CM)] | | | Provider |
| Hypertension [401.9 (ICD-9-CM)] | | | Provider |
| Obesity [278.00 (ICD-9-CM)] | | | Provider |
| Migraine [346.90 (ICD-9-CM)] | | | Provider |
| Anxiety [300.00 (ICD-9-CM)] | | | Provider |
| Pyelonephritis [590.80 (ICD-9-CM)] | | | Provider |
| Gastritis [535.50 (ICD-9-CM)] | | | Provider |
| Guillain-Barre syndrome [357.0 (ICD-9-CM)] | 1996 | | Provider |
| Diminished uterine growth [621.9 (ICD-9-CM)] | | | Provider |

**Surgical as of 8/27/2015**

| Past Surgical History | Laterality | Date | Comments |
|---|---|---|---|
| CESAREAN SECTION [SUR1452] | | 2001 | |
| ESOPHAGOGASTRODUODENOSCOPY [SHX1529] | | 2013 | |
| HYSTERECTOMY [SHX81] | | | |

**Family as of 8/27/2015**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Diabetes | Mother | | | | Provider |
| Hypertension | Mother | | | | Provider |
| Cirrhosis | Father | | | | Provider |

**Family Status as of 8/27/2015**

| Relation | Name | Status | Death Age | Comments | Source |
|---|---|---|---|---|---|
| Father | | Deceased | 57 | | Provider |
| Mother | | Alive | | | Provider |

**Tobacco Use as of 8/27/2015**

| Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeless Tobacco Status | Smokeless Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|
| Never Smoker | Provider | | 0.0 | 0.0 | | | | Never Used | |

**Alcohol Use as of 8/27/2015**

| Alcohol Use | Source | Drinks/Week | Alcohol/Wk | Comments |
|---|---|---|---|---|
| No | Provider | | | |

**Drug Use as of 8/27/2015**

| Drug Use | Source | Types | Frequency | Comments |
|---|---|---|---|---|
| No | Provider | | 0.00 | |

**Sexual Activity as of 8/27/2015**

| Sexually Active | Source | Birth Control | Partners | Comments |
|---|---|---|---|---|
| Not Asked | Provider | | | |

**Social ADL as of 8/27/2015**

| ADL Question | Response | Comments | Source |
|---|---|---|---|
| ****None**** | | | |

**Occupational as of 8/27/2015** ****None****

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 08/27/15

| Socioeconomic as of 8/27/2015 | Marital Status | Spouse Name | Num of Children | Years Education | Source |
|---|---|---|---|---|---|
| | Single | | | | |
| | Preferred Language | Ethnicity | Race | | |
| | English | Not Hispanic or Latino | Black or African American | | |

## Medications

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet** **(Taking/Discontinued)**<br>Sig: TAKE 1 TABLET BY MOUTH AT BEDTIME<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 5/7/2015 | 8/27/2015 |
| **amitriptyline (ELAVIL) 50 MG tablet** **(Taking/Discontinued)**<br>Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 2 | 8/27/2015 | 11/26/2015 |
| **amLODIPine (NORVASC) 10 MG tablet** **(Taking/Discontinued)**<br>Sig: Take 1 tablet (10 mg total) by mouth one (1) time a day.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **traMADol (ULTRAM) 50 mg tablet** **(Taking/Discontinued)**<br>Sig: Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain<br>Class: Phone In<br>Route: Oral<br>Reason for Discontinue: **Therapy completed** | 20 tablet | 0 | 12/4/2014 | 2/17/2016 |
| **traZODone (DESYREL) 50 MG tablet** **(Taking/Discontinued)**<br>Sig: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME<br>Reason for Discontinue: **Reorder**<br>Cosign for Ordering: Accepted by Alston Graham Warr, MD on 7/8/2015 6:02 PM | 30 tablet | 0 | 7/7/2015 | 8/27/2015 |
| **traZODone (DESYREL) 50 MG tablet** **(Taking/Discontinued)**<br>Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 2 | 8/27/2015 | 11/26/2015 |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet** **(Taking/Discontinued)**<br>Sig: TAKE 1 TABLET BY MOUTH AT BEDTIME<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 5/7/2015 | 8/27/2015 |
| **amLODIPine (NORVASC) 10 MG tablet** **(Taking)**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth one (1) time a day. - Oral | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Taking)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain - Oral<br>Class: Phone In | 20 tablet | 0 | 12/4/2014 | 2/17/2016 |
| **traZODone (DESYREL) 50 MG tablet** **(Taking/Discontinued)**<br>Sig: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME | 30 tablet | 0 | 7/7/2015 | 8/27/2015 |

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Reason for Discontinue: **Reorder**<br>Cosign for Ordering: Accepted by Alston Graham Warr, MD on 7/8/2015 6:02 PM | | | | |
| **traMADol (ULTRAM) 50 mg tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain - Oral<br>Class: Print | 25 tablet | 0 | 10/9/2014 | 2/17/2016 |
| **traMADol (ULTRAM) 50 mg tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral<br>Class: Print | 15 tablet | 0 | 10/23/2014 | 2/17/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain - Oral<br>Class: Print<br>Reason for Discontinue: **Duplicate order** | 20 tablet | 0 | 12/4/2014 | 8/27/2015 |
| **traZODone (DESYREL) 50 MG tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth nightly - Oral<br>Reason for Discontinue: **Duplicate order** | 30 tablet | 0 | 12/4/2014 | 8/27/2015 |
| **traZODone (DESYREL) 50 MG tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth nightly - Oral<br>Reason for Discontinue: **Duplicate order** | 30 tablet | 2 | 12/4/2014 | 8/27/2015 |

### Discontinued Medications

| | Reason for Discontinue |
|---|---|
| **traMADol (ULTRAM) 50 mg tablet** | Duplicate order |
| **traZODone (DESYREL) 50 MG tablet** | Duplicate order |
| **traZODone (DESYREL) 50 MG tablet** | Duplicate order |
| **amitriptyline (ELAVIL) 50 MG tablet** | Reorder |
| **traZODone (DESYREL) 50 MG tablet** | Reorder |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet** (Discontinued)<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 2 | 8/27/2015 | 11/26/2015 |
| **traZODone (DESYREL) 50 MG tablet** (Discontinued)<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 2 | 8/27/2015 | 11/26/2015 |
| **azithromycin (ZITHROMAX Z-PAK) 250 MG tablet**<br>Sig: Take 2 tablets (500 mg) on Day 1, followed by 1 tablet (250 mg) once daily on Days 2 through 5. | 6 tablet | 0 | 8/27/2015 | 9/1/2015 |
| **losartan (COZAAR) 25 MG tablet**<br>Sig - Route: Take one tablet (25 mg total) by mouth one (1) time a day - Oral | 30 tablet | 5 | 8/27/2015 | 8/26/2016 |

### Ordered Facility-Administered Medications

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| **methylPREDNISolone acetate (DEPO-MEDROL) 40 mg/mL injection 40 mg**<br>Route: Intramuscular | 40 mg | Once | 8/27/2015 | 8/27/2015 |
| **dexamethasone (DECADRON) injection 4 mg**<br>Route: Intramuscular | 4 mg | Once | 8/27/2015 | 8/27/2015 |

## Medications (continued)

### All Meds and Administrations

methylPREDNISolone acetate (DEPO-MEDROL) 40 mg/mL injection
40 mg [28754237] Status: Completed (Past End Date/Time)

Ordering Provider: Whitney Tolbert, NP
Ordered On: 08/27/15 1112 Starts/Ends: 08/27/15 1115 - 08/27/15 1153
Dose (Remaining/Total): 40 mg (0/1) Frequency: Once
Route: Intramuscular Rate/Duration: - / -

| Action Time | Status | Dose | Route | Site | Given by |
|---|---|---|---|---|---|
| 08/27/15 1153 | Given | 40 mg | Intramuscular | Left Gluteal | Barbara Holden, LPN |
| | Comments: one injection | | | | |

dexamethasone (DECADRON) injection 4 mg [28754238] Status: Completed (Past End Date/Time)

Ordering Provider: Whitney Tolbert, NP
Ordered On: 08/27/15 1112 Starts/Ends: 08/27/15 1115 - 08/27/15 1151
Dose (Remaining/Total): 4 mg (0/1) Frequency: Once
Route: Intramuscular Rate/Duration: - / -

| Action Time | Status | Dose | Route | Site | Given by |
|---|---|---|---|---|---|
| 08/27/15 1151 | Given | 4 mg | Intramuscular | Left Gluteal | Barbara Holden, LPN |
| | Comments: one injection | | | | |

## Orders

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary

### All Lab and Imaging Orders and Results

No orders and results found

## Progress Notes

### Progress Notes by Whitney Tolbert, NP at 8/27/2015 11:08 AM

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 8/27/2015 11:27 AM Note Time: 8/27/2015 11:08 AM Status: Cosign Needed
Editor: Whitney Tolbert, NP (Nurse Practitioner) Cosign Required: Yes
Cosigner: (none)

**Subjective:**

**Patient ID:** Shanna L Richardson is a 38 y.o. female.

**Cold Symptoms**

This is a new problem. The current episode started in the past 7 days. The problem has been gradually

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 8/27/2015 11:08 AM (continued)**

worsening. Maximum temperature: felt feverish. Associated symptoms include congestion, coughing, headaches, a plugged ear sensation, rhinorrhea and a sore throat. Pertinent negatives include no abdominal pain, chest pain, diarrhea, dysuria, ear pain, joint pain, joint swelling, nausea, neck pain, rash, sneezing, swollen glands, vomiting or wheezing. She has tried acetaminophen for the symptoms. The treatment provided mild relief.

Review of Systems
Constitutional: Positive for fatigue. Negative for fever.
HENT: Positive for congestion, postnasal drip, rhinorrhea, sinus pressure and sore throat. Negative for ear pain and sneezing.
Respiratory: Positive for cough. Negative for shortness of breath and wheezing.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for nausea, vomiting, abdominal pain and diarrhea.
Genitourinary: Negative for dysuria.
Musculoskeletal: Negative for joint pain, arthralgias and neck pain.
Skin: Negative for rash.
Neurological: Positive for headaches. Negative for dizziness.
Hematological: Negative for adenopathy.

**Objective:**

BP 138/88 mmHg | Pulse 74 | Temp(Src) 98.3 °F (36.8 °C) (Oral) | Resp 18 | Ht 5' 3" (1.6 m) | Wt 198 lb (89.812 kg) | BMI 35.08 kg/m2 | SpO2 98% | LMP 09/10/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: Tympanic membrane is bulging. Tympanic membrane is not erythematous.
Left Ear: Tympanic membrane is bulging. Tympanic membrane is not erythematous.
Nose: Mucosal edema present.
Mouth/Throat: Posterior oropharyngeal erythema present. No oropharyngeal exudate or posterior oropharyngeal edema.
Eyes: Conjunctivae are normal. Pupils are equal, round, and reactive to light.
Neck: Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes.
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 8/27/2015 11:08 AM (continued)**

## Assessment/Plan:

Shanna was seen today for sore throat.

Diagnoses and associated orders for this visit:

**Upper respiratory infection**
- Discontinue: losartan (COZAAR) 25 MG tablet; Take one tablet (25 mg total) by mouth one (1) time a day
- azithromycin (ZITHROMAX Z-PAK) 250 MG tablet; Take 2 tablets (500 mg) on Day 1, followed by 1 tablet (250 mg) once daily on Days 2 through 5.
- methylPREDNISolone acetate (DEPO-MEDROL) 40 mg/mL injection 40 mg; Inject 1 mL (40 mg total) into the muscle once
- dexamethasone (DECADRON) injection 4 mg; Inject 1 mL (4 mg total) into the muscle once

**Nasal congestion**
- methylPREDNISolone acetate (DEPO-MEDROL) 40 mg/mL injection 40 mg; Inject 1 mL (40 mg total) into the muscle once
- dexamethasone (DECADRON) injection 4 mg; Inject 1 mL (4 mg total) into the muscle once

**Sore throat**
- azithromycin (ZITHROMAX Z-PAK) 250 MG tablet; Take 2 tablets (500 mg) on Day 1, followed by 1 tablet (250 mg) once daily on Days 2 through 5.

**Hypertension, benign**
- losartan (COZAAR) 25 MG tablet; Take one tablet (25 mg total) by mouth one (1) time a day

**Other Orders**
- amitriptyline (ELAVIL) 50 MG tablet; Take one tablet (50 mg total) by mouth nightly
- traZODone (DESYREL) 50 MG tablet; Take one tablet (50 mg total) by mouth nightly

Return in about 2 weeks (around 9/10/2015) for Recheck BP.

**Patient Instructions**
- Drink plenty of water
- Mucinex DM OTC as needed
- Complete all antibiotics
- Report worsening symptoms
- Report or go to ER if SOB, chest pain, or fever develops
- Return as needed

Feel free to contact me with any questions or concerns.

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 8/27/2015 11:08 AM (continued)**

Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.
Please return in 2 weeks for a BP follow-up

Electronically signed by Whitney Tolbert, NP at 8/27/2015 11:27 AM

**Patient Instructions**

**Patient Instructions by Whitney Tolbert, NP at 8/27/2015 11:17 AM**

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 8/27/2015 11:18 AM Note Time: 8/27/2015 11:17 AM Status: Addendum
Editor: Whitney Tolbert, NP (Nurse Practitioner)
Related Notes: Original Note by Whitney Tolbert, NP (Nurse Practitioner) filed at 8/27/2015 11:17 AM

- Drink plenty of water
- Mucinex DM OTC as needed
- Complete all antibiotics
- Report worsening symptoms
- Report or go to ER if SOB, chest pain, or fever develops
- Return as needed

Feel free to contact me with any questions or concerns.

Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.
Please return in 2 weeks for a BP follow-up

**History & Physical**

No notes of this type exist for this encounter.

**Other Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

| User | Date & Time |
|---|---|
| TOLBERT, WHITNEY | 8/27/2015 11:18 AM |

**Disposition:**

Return in about 2 weeks (around 9/10/2015) for Recheck BP.

**Follow-up:**

N/A

**Instructions:**

**Instructions: (continued)**

N/A

**Check-out Note:**

N/A

**Send Reminder:**

N/A

| User | Date & Time |
|---|---|
| TOLBERT, WHITNEY | 8/27/2015 11:17 AM |

**Disposition:**

Return if symptoms worsen or fail to improve.

**Follow-up:**

N/A

**Instructions:**

N/A

**Check-out Note:**

N/A

**Send Reminder:**

N/A

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

### Reason for Visit

| | |
|---|---|
| **Nausea** | vomiting for several days |
| **Diarrhea** | |
| **Generalized Body Aches** | |

### Diagnoses

**Gastroenteritis** - Primary
**Diarrhea**
**Vomiting and diarrhea**
**Other fatigue**

### Problem List as of 12/1/2015

Date Reviewed: **10/23/2014**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM: F41.1<br>ICD-9-CM: 300.00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM: I10<br>ICD-9-CM: 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 2/15/2013 - Present |
| **Abnormal uterine bleeding (AUB)** | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/4/2014 - Present |
| **Pelvic pain** | ICD-10-CM: R10.2<br>ICD-9-CM: IMO0002 | | | 8/4/2014 - Present |
| **HTN (hypertension)** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 8/4/2014 - Present |
| **Leiomyoma of uterus** | ICD-10-CM: D25.9<br>ICD-9-CM: 218.9 | | | 8/22/2014 - Present |
| **Excessive or frequent menstruation** | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 8/22/2014 - Present |
| **Coagulation defect** | ICD-10-CM: D68.9<br>ICD-9-CM: 286.9 | | | 8/22/2014 - Present |
| **Esophagitis** | ICD-10-CM: K20.9<br>ICD-9-CM: 530.10 | | | 8/22/2014 - Present |
| **Abdominal pain** | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 8/22/2014 - Present |
| **Status post hysterectomy** | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | | | 10/8/2014 - Present |

### Allergies as of 12/1/2015

**Reviewed** On: **12/1/2015** By: **Barbara Holden, LPN**

| Allergen | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrocodone** | 04/01/2014 | | |
| **Percocet [Oxycodone-Acetaminophen]** | 11/06/2014 | Allergy | Nausea Only |

### Immunizations

## Visit Summary (continued)

### Immunizations (continued)

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical** | 01/01/16 | | | |
| Given By: | | | | |
| **Influenza TIV historical** | Thu Oct 9, 2014 2:12 PM | 0.5 mL | Intramuscular | Left deltoid |
| Given By: Joyce Bradshaw, RN | | | | |

### Vital Signs

Most recent update: 12/1/2015 11:12 AM by Barbara Holden, LPN

| BP | Pulse | Temp(Src) | Resp | Ht | Wt |
|---|---|---|---|---|---|
| 140/90 mmHg | 55 | 97 °F (36.1 °C) (Oral) | 19 | 5' 3" (1.6 m) | 197 lb (89.359 kg) |
| BMI | SpO2 | LMP | | | |
| 34.91 kg/m2 | 98% | 09/10/2014 | | | |

## Treatment Vitals (all recorded)

### Treatment Vitals

None

## Patient History

**Medical as of 12/1/2015**

| Past Medical History | Date | Comments | Source |
|---|---|---|---|
| Uterine fibroid [D25.9] | | | Provider |
| Hypertension [I10] | | | Provider |
| Obesity [E66.9] | | | Provider |
| Migraine [G43.909] | | | Provider |
| Anxiety [F41.9] | | | Provider |
| Pyelonephritis [N12] | | | Provider |
| Gastritis [K29.70] | | | Provider |
| Guillain-Barre syndrome [G61.0] | 1996 | | Provider |
| Diminished uterine growth [N85.9] | | | Provider |

**Surgical as of 12/1/2015**

| Past Surgical History | Laterality | Date | Comments |
|---|---|---|---|
| CESAREAN SECTION [SUR1452] | | 2001 | |
| ESOPHAGOGASTRODUODENOSCOPY [SHX1529] | | 2013 | |
| HYSTERECTOMY [SHX81] | | | |
| DILATION AND CURETTAGE ; HYSTEROSCOPY [SHX3121] | N/A | 10/23/2014 | Procedure: Revision of Vaginal Cuff, EUA, cystoscopy; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |
| ROBOTIC HYSTERECTOMY CYSTOSCOPY [SHX3934] | N/A | 10/8/2014 | Procedure: ROBOTIC TOTAL HYSTEREC TOMY CYSTOSCO PY, BILATERAL SALPINGEC TOMY, EUA; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 12/01/15

**Family as of 12/1/2015**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Diabetes | Mother | | | | Provider |
| Hypertension | Mother | | | | Provider |
| Cirrhosis | Father | | | | Provider |

**Family Status as of 12/1/2015**

| Relation | Name | Status | Death Age | Comments | Source |
|---|---|---|---|---|---|
| Father | | Deceased | 57 | | Provider |
| Mother | | Alive | | | Provider |

**Tobacco Use as of 12/1/2015**

| Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeless Tobacco Status | Smokeless Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|
| Never Smoker | Provider | | 0.0 | 0.0 | | | | Never Used | |

**Alcohol Use as of 12/1/2015**

| Alcohol Use | Source | Drinks/Week | Alcohol/Wk | Comments |
|---|---|---|---|---|
| No | Provider | | | |

**Drug Use as of 12/1/2015**

| Drug Use | Source | Types | Frequency | Comments |
|---|---|---|---|---|
| No | Provider | | 0.00 | |

**Sexual Activity as of 12/1/2015**

| Sexually Active | Source | Birth Control | Partners | Comments |
|---|---|---|---|---|
| Not Asked | Provider | | | |

**Social ADL as of 12/1/2015**

| ADL Question | Response | Comments | Source |
|---|---|---|---|
| **None** | | | |

**Occupational as of 12/1/2015** **None**

**Socioeconomic as of 12/1/2015**

| Marital Status | Spouse Name | Num of Children | Years Education | Source |
|---|---|---|---|---|
| Single | | | | |

| Preferred Language | Ethnicity | Race |
|---|---|---|
| English | Not Hispanic or Latino | Black or African American |

## Medications

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **losartan (COZAAR) 25 MG tablet** **(Taking/Expired)**<br>Sig: Take one tablet (25 mg total) by mouth one (1) time a day<br>Route: Oral | 30 tablet | 5 | 8/27/2015 | 8/26/2016 |
| **amitriptyline (ELAVIL) 50 MG tablet** **(Taking/Discontinued)**<br>Sig: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 12/1/2015 | 12/28/2015 |
| **amLODIPine (NORVASC) 10 MG tablet** **(Taking/Discontinued)**<br>Sig: Take 1 tablet (10 mg total) by mouth one (1) time a day.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **traMADol (ULTRAM) 50 mg tablet** **(Taking/Discontinued)** | 20 tablet | 0 | 12/4/2014 | 2/17/2016 |

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain<br>Class: Phone In<br>Route: Oral<br>Reason for Discontinue: **Therapy completed** | | | | |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)**<br>Sig: TAKE 1 TABLET BY MOUTH NIGHTLY<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 12/1/2015 | 12/28/2015 |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **losartan (COZAAR) 25 MG tablet (Taking)**<br>Sig - Route: Take one tablet (25 mg total) by mouth one (1) time a day - Oral | 30 tablet | 5 | 8/27/2015 | 8/26/2016 |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME | 30 tablet | 0 | 12/1/2015 | 12/28/2015 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth one (1) time a day. - Oral | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Taking)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain - Oral<br>Class: Phone In | 20 tablet | 0 | 12/4/2014 | 2/17/2016 |
| **traZODone (DESYREL) 50 MG tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH NIGHTLY | 30 tablet | 0 | 12/1/2015 | 12/28/2015 |
| **traMADol (ULTRAM) 50 mg tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain - Oral<br>Class: Print | 25 tablet | 0 | 10/9/2014 | 2/17/2016 |
| **traMADol (ULTRAM) 50 mg tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral<br>Class: Print | 15 tablet | 0 | 10/23/2014 | 2/17/2016 |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **promethazine (PHENERGAN) 25 MG tablet**<br>Sig - Route: Take one tablet (25 mg total) by mouth every 6 (six) hours as needed for nausea - Oral | 20 tablet | 0 | 12/1/2015 | 12/8/2015 |

### All Meds and Administrations

(There are no med orders for this encounter)

## Orders

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary

## All Lab and Imaging Orders and Results (12/01/15 - 12/01/15)

### Comprehensive Metabolic Panel

Electronically signed by: **Barbara Holden, LPN on 12/01/15 1115** Status: **Completed**
Ordering user: Barbara Holden, LPN 12/01/15 1115 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP

Frequency: 12/01/15 -
Diagnoses:
Vomiting and diarrhea [R11.10, R19.7]

Final result, Resulted on: 12/01/15 1813 (Abnormal)

Resulting lab: BAPTIST MEMORIAL MEDICAL GROUP, INC.

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 15MG335-C0299 | Blood | | 12/01/15 1122 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 135-145 mmol/L | | MEMMG Lab |
| Potassium | 3.7 | 3.5-5.5 mmol/L | | MEMMG Lab |
| Chloride | 105 | 98-107 mmol/L | | MEMMG Lab |
| Carbon dioxide | 29 | 21-32 mmol/L | | MEMMG Lab |
| Anion Gap | 7 | 6-16 mmol/L | | MEMMG Lab |
| Glucose | 103 | 70-110 mg/dL | | MEMMG Lab |

Comment:
Fasting Glucose < 100mg/dL is normal
Fasting Glucose >126mg/dL is consistent with Diabetes

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| BUN | 9 | 7-25 mg/dL | | MEMMG Lab |
| Creatinine | 0.76 | 0.60-1.50 mg/dL | | MEMMG Lab |
| BUN/Creatinine Ratio | 11.8 | 6.8-21.1 | | MEMMG Lab |
| Calcium | 9.0 | 8.5-10.1 mg/dL | | MEMMG Lab |

Comment:
Calcium measurements are adversely affected by the use of Omniscan during MRI. Analysis of calcium is not recommended for 12 to 24 hours after the use of the contrast agent.

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Total Protein | 6.8 | 6.4-8.2 g/dL | | MEMMG Lab |
| Albumin | 3.8 | 3.4-5.0 g/dL | | MEMMG Lab |
| Total Bilirubin | 0.3 | 0.0-1.0 mg/dL | | MEMMG Lab |
| AST | 12 | 7-34 U/L | | MEMMG Lab |
| ALT | 15 | 16-62 U/L | L | MEMMG Lab |
| ALP | 107 | 50-136 U/L | | MEMMG Lab |
| eGFR non-African American | >60.0 | >=60.0 mL/min/1.73m2 | | MEMMG Lab |
| eGFR African American | >60.0 | >=60.0 mL/min/1.73m2 | | MEMMG Lab |

Comment:
The estimated GFR is based on the Modification of Diet in Renal Disease Study (MDRD) equation using average adult body surface area. This equation has not been validated for use with age groups below 18 or over 70, pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass or nutritional status.

### CBC with Differential

## All Lab and Imaging Orders and Results (12/01/15 - 12/01/15) (continued)

### CBC with Differential (continued)

Electronically signed by: **Barbara Holden, LPN on 12/01/15 1115** Status: **Completed**
Ordering user: Barbara Holden, LPN 12/01/15 1115 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP

Frequency: 12/01/15 -
Diagnoses:
Vomiting and diarrhea [R11.10, R19.7]
Other fatigue [R53.83]

Final result, Resulted on: 12/01/15 1132 (Abnormal)

Resulting lab: LIGHT LAB

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| 15LL335-L0049 | Blood | | 12/01/15 1122 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 9.2 | 5.0-10.0 K/uL | | LIGHT Lab |
| RBC | 4.09 | 4.10-5.40 M/uL | L | LIGHT Lab |
| Hemoglobin | 12.1 | 12.0-16.0 g/dL | | LIGHT Lab |
| Hematocrit | 39.9 | 37.0-47.0 % | | LIGHT Lab |
| MCV | 97.7 | 80.0-97.0 fL | H | LIGHT Lab |
| MCH | 29.7 | 27.0-32.0 pg/mL | | LIGHT Lab |
| MCHC | 30.4 | 32.0-36.0 g/dL | L | LIGHT Lab |
| RDW | 13.2 | 11.5-14.5 % | | LIGHT Lab |
| Platelet | 361 | 150-500 K/uL | | LIGHT Lab |
| MPV | 8.5 | 7.4-10.4 fL | | LIGHT Lab |
| Neutrophil absolute | 5.2 | 2.5-7.5 K/uL | | LIGHT Lab |
| Lymphocyte absolute | 3.5 | 1.0-4.0 K/uL | | LIGHT Lab |
| Monocyte absolute | 0.50 | 0.05-0.60 K/uL | | LIGHT Lab |
| Neutrophil percent | 56.5 | 50.0-75.0 % | | LIGHT Lab |
| Lymphocyte percent | 38.2 | 20.0-40.0 % | | LIGHT Lab |
| Monocyte percent | 5.3 | 0.0-6.0 % | | LIGHT Lab |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **106 - MEMMG Lab** | BAPTIST MEMORIAL MEDICAL GROUP, INC. | Dr Lora A Pomykala MD | 8040 Wolf River Blvd Germantown TN 38138 | 01/02/15 0730 - Present |
| **109 - LIGHT Lab** | LIGHT LAB | Unknown | 7715 Wolf River Blvd Germantown TN 38138 | 06/05/13 1733 - Present |

## Progress Notes

### Progress Notes by Whitney Tolbert, NP at 12/1/2015 11:56 AM

## Progress Notes (continued)

**Progress Notes by Whitney Tolbert, NP at 12/1/2015 11:56 AM (continued)**

Author: Whitney Tolbert, NP
Service: (none)
Author Type: Nurse Practitioner
Filed: 12/1/2015 12:00 PM
Note Time: 12/1/2015 11:56 AM
Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner)
Cosigner: Alston Graham Warr, MD at 12/1/2015 1:53 PM

### Subjective:

**Patient ID:** Shanna L Richardson is a 38 y.o. female.

**GI Problem**
The primary symptoms include fever, fatigue, abdominal pain, nausea, vomiting, diarrhea and myalgias. The illness began 3 to 5 days ago. The onset was sudden. The problem has been gradually improving.
The illness is also significant for chills and anorexia. The illness does not include dysphagia, bloating, constipation or back pain.

Niece also with symptoms.

Review of Systems
Constitutional: Positive for fever, chills and fatigue.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive for nausea, vomiting, abdominal pain, diarrhea and anorexia. Negative for dysphagia, constipation, blood in stool and bloating.
Musculoskeletal: Positive for myalgias. Negative for back pain.
Neurological: Negative for dizziness and headaches.

### Objective:

BP 140/90 mmHg | Pulse 55 | Temp(Src) 97 °F (36.1 °C) (Oral) | Resp 19 | Ht 5' 3" (1.6 m) | Wt 197 lb (89.359 kg) | BMI 34.91 kg/m2 | SpO2 98% | LMP 09/10/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Neck: Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal. She exhibits no mass. There is no tenderness. There is no rebound and no guarding.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 12/1/2015 11:56 AM (continued)**

**Assessment/Plan:**
Shanna was seen today for nausea, diarrhea and generalized body aches.

Diagnoses and associated orders for this visit:

**Gastroenteritis**
- promethazine (PHENERGAN) 25 MG tablet; Take one tablet (25 mg total) by mouth every 6 (six) hours as needed for nausea

**Diarrhea**

**Vomiting and diarrhea**
- Comprehensive Metabolic Panel
- CBC with Differential

**Other fatigue**
- CBC with Differential

Return if symptoms worsen or fail to improve.

**Patient Instructions**
Push fluids- sips of water at a time. Bland diet.
Return stool samples for culture as planned.
Report any new or worsening symptoms.
Please notify me if your symptoms do not improve and contact me with any questions or concerns.

Electronically signed by Whitney Tolbert, NP at 12/1/2015 12:00 PM
Electronically signed by Alston Graham Warr, MD at 12/1/2015 1:53 PM

**Patient Instructions**

**Patient Instructions by Whitney Tolbert, NP at 12/1/2015 11:59 AM**

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 12/1/2015 12:00 PM Note Time: 12/1/2015 11:59 AM Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner)

## Patient Instructions (continued)

### Patient Instructions by Whitney Tolbert, NP at 12/1/2015 11:59 AM (continued)

Push fluids- sips of water at a time. Bland diet.
Return stool samples for culture as planned.
Report any new or worsening symptoms.
Please notify me if your symptoms do not improve and contact me with any questions or concerns.

## History & Physical

No notes of this type exist for this encounter.

## Other Notes

No notes of this type exist for this encounter.

## Follow-up and Disposition History

| User | Date & Time |
|---|---|
| TOLBERT, WHITNEY | 12/1/2015 12:00 PM |

### Disposition:

Return if symptoms worsen or fail to improve.

### Follow-up:

N/A

### Instructions:

N/A

### Check-out Note:

N/A

### Send Reminder:

N/A

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

## Patient Care Timeline

No data selected in time range

## Patient Care Timeline

No data selected in time range

## Visit Summary

### Reason for Visit

**ER Follow-up**
**Neck Pain**

### Diagnoses

**Neck pain** - Primary
**Depressive disorder**
**Other insomnia**
**Hypertension, benign**

### Problem List as of 2/17/2016

Date Reviewed: **10/23/2014**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM: F41.1<br>ICD-9-CM: 300.00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM: I10<br>ICD-9-CM: 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 2/15/2013 - Present |
| **Abnormal uterine bleeding (AUB)** | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/4/2014 - Present |
| **Pelvic pain** | ICD-10-CM: R10.2<br>ICD-9-CM: IMO0002 | | | 8/4/2014 - Present |
| **HTN (hypertension)** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 8/4/2014 - Present |
| **Leiomyoma of uterus** | ICD-10-CM: D25.9<br>ICD-9-CM: 218.9 | | | 8/22/2014 - Present |
| **Excessive or frequent menstruation** | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 8/22/2014 - Present |
| **Coagulation defect** | ICD-10-CM: D68.9<br>ICD-9-CM: 286.9 | | | 8/22/2014 - Present |
| **Esophagitis** | ICD-10-CM: K20.9<br>ICD-9-CM: 530.10 | | | 8/22/2014 - Present |
| **Abdominal pain** | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 8/22/2014 - Present |
| **Status post hysterectomy** | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | | | 10/8/2014 - Present |

### Allergies as of 2/17/2016

**Reviewed** On: **12/1/2015** By: **Barbara Holden, LPN**

| Allergen | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrocodone** | 04/01/2014 | | |
| **Percocet [Oxycodone-Acetaminophen]** | 11/06/2014 | Allergy | Nausea Only |

### Immunizations

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical** | 01/01/16 | | | |

## Visit Summary (continued)

### Immunizations (continued)

| Name<br>Given By: | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical**<br>Given By: Joyce Bradshaw, RN | Thu Oct 9, 2014 2:12 PM | 0.5 mL | Intramuscular | Left deltoid |

Most recent update: 2/17/2016 10:03 AM by Jennifer Headley, CMA

### Vital Signs

| BP | Pulse | Temp(Src) | Resp | Ht | Wt |
|---|---|---|---|---|---|
| **(!)162/108 mmHg** | 67 | 98.3 °F (36.8 °C) (Oral) | 18 | 5' 3" (1.6 m) | 197 lb (89.359 kg) |
| BMI | SpO2 | LMP | | | |
| 34.91 kg/m2 | 98% | 09/10/2014 | | | |

## Treatment Vitals (all recorded)

### Treatment Vitals

None

## Patient History

**Medical as of 2/17/2016**

| Past Medical History | Date | Comments | Source |
|---|---|---|---|
| Uterine fibroid [D25.9] | | | Provider |
| Hypertension [I10] | | | Provider |
| Obesity [E66.9] | | | Provider |
| Migraine [G43.909] | | | Provider |
| Anxiety [F41.9] | | | Provider |
| Pyelonephritis [N12] | | | Provider |
| Gastritis [K29.70] | | | Provider |
| Guillain-Barre syndrome [G61.0] | 1996 | | Provider |
| Diminished uterine growth [N85.9] | | | Provider |

**Surgical as of 2/17/2016**

| Past Surgical History | Laterality | Date | Comments |
|---|---|---|---|
| CESAREAN SECTION [SUR1452] | | 2001 | |
| ESOPHAGOGASTRODUODENOSCOPY [SHX1529] | | 2013 | |
| HYSTERECTOMY [SHX81] | | | |
| DILATION AND CURETTAGE ; HYSTEROSCOPY [SHX3121] | N/A | 10/23/2014 | Procedure: Revision of Vaginal Cuff, EUA, cystoscopy; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |
| ROBOTIC HYSTERECTOMY CYSTOSCOPY [SHX3934] | N/A | 10/8/2014 | Procedure: ROBOTIC TOTAL HYSTERECTOMY CYSTOSCOPY, BILATERAL SALPINGECTOMY, EUA; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 02/17/16

**Family as of 2/17/2016**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Diabetes | Mother | | | | Provider |
| Hypertension | Mother | | | | Provider |
| Cirrhosis | Father | | | | Provider |

**Family Status as of 2/17/2016**

| Relation | Name | Status | Death Age | Comments | Source |
|---|---|---|---|---|---|
| Father | | Deceased | 57 | | Provider |
| Mother | | Alive | | | Provider |

**Tobacco Use as of 2/17/2016**

| Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeless Tobacco Status | Smokeless Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|
| Never Smoker | Provider | | 0.0 | 0.0 | | | | Never Used | |

**Alcohol Use as of 2/17/2016**

| Alcohol Use | Source | Drinks/Week | Alcohol/Wk | Comments |
|---|---|---|---|---|
| No | Provider | | | |

**Drug Use as of 2/17/2016**

| Drug Use | Source | Types | Frequency | Comments |
|---|---|---|---|---|
| No | Provider | | 0.00 | |

**Sexual Activity as of 2/17/2016**

| Sexually Active | Source | Birth Control | Partners | Comments |
|---|---|---|---|---|
| Not Asked | Provider | | | |

**Social ADL as of 2/17/2016**

| ADL Question | Response | Comments | Source |
|---|---|---|---|
| ****None**** | | | |

**Occupational as of 2/17/2016** ****None****

**Socioeconomic as of 2/17/2016**

| Marital Status | Spouse Name | Num of Children | Years Education | Source |
|---|---|---|---|---|
| Single | | | | |
| Preferred Language | Ethnicity | Race | | |
| English | Not Hispanic or Latino | Black or African American | | |

## Medications

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **losartan (COZAAR) 25 MG tablet**<br>Sig - Route: Take one tablet (25 mg total) by mouth one (1) time a day - Oral | 30 tablet | 5 | 8/27/2015 | 8/26/2016 |
| **amitriptyline (ELAVIL) 50 MG tablet (Discontinued)**<br>Sig: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME<br>Reason for Discontinue: **Reorder**<br>Cosign for Ordering: Accepted by Whitney Tolbert, NP on 12/29/2015 7:40 AM | 30 tablet | 0 | 12/28/2015 | 2/17/2016 |
| **amLODIPine (NORVASC) 10 MG tablet**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth one (1) time a day. - Oral | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain - Oral<br>Class: Print<br>Reason for Discontinue: **Therapy completed** | 25 tablet | 0 | 10/9/2014 | 2/17/2016 |

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **traMADol (ULTRAM) 50 mg tablet** (Discontinued) | 15 tablet | 0 | 10/23/2014 | 2/17/2016 |

Sig - Route: Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral
Class: Print
Reason for Discontinue: **Therapy completed**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **traMADol (ULTRAM) 50 mg tablet** (Discontinued) | 20 tablet | 0 | 12/4/2014 | 2/17/2016 |

Sig - Route: Take 1 tablet (50 mg total) by mouth every 8 (eight) hours as needed for pain - Oral
Class: Phone In
Reason for Discontinue: **Therapy completed**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **traZODone (DESYREL) 50 MG tablet** (Discontinued) | 30 tablet | 0 | 12/28/2015 | 2/17/2016 |

Sig: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME
Reason for Discontinue: **Reorder**
Cosign for Ordering: Accepted by Whitney Tolbert, NP on 12/29/2015 7:40 AM

### Discontinued Medications

| | Reason for Discontinue |
|---|---|
| **traMADol (ULTRAM) 50 mg tablet** | Therapy completed |
| **traMADol (ULTRAM) 50 mg tablet** | Therapy completed |
| **traMADol (ULTRAM) 50 mg tablet** | Therapy completed |
| **amitriptyline (ELAVIL) 50 MG tablet** | Reorder |
| **traZODone (DESYREL) 50 MG tablet** | Reorder |
| **traMADol (ULTRAM) 50 mg tablet** | Reorder |
| **naproxen (NAPROSYN) 500 MG tablet** | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** | Reorder |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet** (Discontinued) | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |

Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral
Reason for Discontinue: **Reorder**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **traZODone (DESYREL) 50 MG tablet** (Discontinued) | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |

Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral
Reason for Discontinue: **Reorder**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **traMADol (ULTRAM) 50 mg tablet** (Discontinued) | 30 tablet | 0 | 2/17/2016 | 5/24/2016 |

Sig - Route: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral
Class: Print
Reason for Discontinue: **Reorder**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **methylPREDNISolone (MEDROL DOSEPACK) 4 mg tablet dose pack** | 1 each | 0 | 2/17/2016 | 2/24/2016 |

Sig: Take as directed on package

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cyclobenzaprine (FLEXERIL) 5 MG tablet** (Discontinued) | 20 tablet | 0 | 2/17/2016 | 5/24/2016 |

Sig - Route: Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms - Oral
Reason for Discontinue: **Reorder**

### All Meds and Administrations

(There are no med orders for this encounter)

## Orders

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary

### All Lab and Imaging Orders and Results

No orders and results found

## Progress Notes

### Progress Notes by Whitney Tolbert, NP at 2/17/2016 10:18 AM

Author: Whitney Tolbert, NP
Service: (none)
Author Type: Nurse Practitioner
Filed: 2/17/2016 4:16 PM
Note Time: 2/17/2016 10:18 AM
Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner)
Cosigner: Alston Graham Warr, MD at 2/17/2016 5:15 PM

**Subjective:**

**Patient ID:** Shanna L Richardson is a 38 y.o. female.

**Neck Pain**

This is a new problem. The current episode started in the past 7 days. The problem occurs constantly. The problem has been waxing and waning. The pain is associated with nothing. The pain is present in the left side. The quality of the pain is described as burning. The pain is moderate. The symptoms are aggravated by position. The pain is same all the time. Associated symptoms include numbness and tingling. Pertinent negatives include no chest pain, fever, headaches, leg pain, pain with swallowing, paresis, photophobia, syncope, trouble swallowing, visual change, weakness or weight loss. She has tried muscle relaxants, NSAIDs and oral narcotics for the symptoms. The treatment provided moderate relief.

Went to the ER last week and was given flexeril, naproxen, and tramadol which seems to help. Still having numbness and tingling in left fingers.

Also request refills on trazodone and amitriptyline for depression and insomnia- meds are working well for her and denies side effects.

Review of Systems
Constitutional: Negative for fever, weight loss and fatigue.
HENT: Negative for trouble swallowing.
Eyes: Negative for photophobia.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and syncope.
Musculoskeletal: Positive for neck pain.
Neurological: Positive for tingling and numbness. Negative for dizziness, weakness and headaches.

**Objective:**

## Progress Notes (continued)

### Progress Notes by Whitney Tolbert, NP at 2/17/2016 10:18 AM (continued)

BP 162/108 mmHg | Pulse 67 | Temp(Src) 98.3 °F (36.8 °C) (Oral) | Resp 18 | Ht 5' 3" (1.6 m) | Wt 197 lb (89.359 kg) | BMI 34.91 kg/m2 | SpO2 98% | LMP 09/10/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Neck: Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:
**Neck ROM moderately restricted. Tender to palp over left trapezius.**
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

## Assessment/Plan:

Shanna was seen today for er follow-up and neck pain.

Diagnoses and all orders for this visit:

**Neck pain**

Orders:
- traMADol (ULTRAM) 50 mg tablet; Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain
- methylPREDNISolone (MEDROL DOSEPACK) 4 mg tablet dose pack; Take as directed on package
- cyclobenzaprine (FLEXERIL) 5 MG tablet; Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms

**Depressive disorder**

Orders:
- amitriptyline (ELAVIL) 50 MG tablet; Take one tablet (50 mg total) by mouth nightly

**Other insomnia**

Orders:
- traZODone (DESYREL) 50 MG tablet; Take one tablet (50 mg total) by mouth nightly

**Hypertension, benign**

Discussed elevated BP today. Patient states she feels it is pain related as to why her BP is up. Strongly encouraged to check frequently and notify me if consistently greater than 140/90

## Progress Notes (continued)

### Progress Notes by Whitney Tolbert, NP at 2/17/2016 10:18 AM (continued)

Return if symptoms worsen or fail to improve.

**Patient Instructions**

Ok to continue heat. Adding a steroid pack today- do not take with naproxen.
If no improvement, will likely need to see a specialist for further imaging.
Please notify me if your symptoms do not improve and contact me with any questions or concerns.
Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.

Electronically signed by Whitney Tolbert, NP at 2/17/2016 4:16 PM
Electronically signed by Alston Graham Warr, MD at 2/17/2016 5:15 PM

## Patient Instructions

### Patient Instructions by Whitney Tolbert, NP at 2/17/2016 4:12 PM

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 2/17/2016 4:12 PM Note Time: 2/17/2016 4:12 PM Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner)

Ok to continue heat. Adding a steroid pack today- do not take with naproxen.
If no improvement, will likely need to see a specialist for further imaging.
Please notify me if your symptoms do not improve and contact me with any questions or concerns.
Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

### Follow-up and Disposition History

| User | Date & Time |
|---|---|
| TOLBERT, WHITNEY | 2/17/2016 4:12 PM |

### Disposition:

Return if symptoms worsen or fail to improve.

### Follow-up:

**Follow-up: (continued)**

N/A

**Instructions:**

N/A

**Check-out Note:**

N/A

**Send Reminder:**

N/A

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 05/24/16

## Visit Summary

### Reason for Visit

| | |
|---|---|
| **Neck Pain** | |
| **Numbness** | to left hand |
| **Headache** | |

### Diagnoses

**Neck pain** - Primary

### Problem List as of 5/24/2016

Date Reviewed: **5/24/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM: F41.1<br>ICD-9-CM: 300.00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM: I10<br>ICD-9-CM: 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 2/15/2013 - Present |
| **Abnormal uterine bleeding (AUB)** | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/4/2014 - Present |
| **Pelvic pain** | ICD-10-CM: R10.2<br>ICD-9-CM: IMO0002 | | | 8/4/2014 - Present |
| **HTN (hypertension)** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 8/4/2014 - Present |
| **Leiomyoma of uterus** | ICD-10-CM: D25.9<br>ICD-9-CM: 218.9 | | | 8/22/2014 - Present |
| **Excessive or frequent menstruation** | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 8/22/2014 - Present |
| **Coagulation defect** | ICD-10-CM: D68.9<br>ICD-9-CM: 286.9 | | | 8/22/2014 - Present |
| **Esophagitis** | ICD-10-CM: K20.9<br>ICD-9-CM: 530.10 | | | 8/22/2014 - Present |
| **Abdominal pain** | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 8/22/2014 - Present |
| **Status post hysterectomy** | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | | | 10/8/2014 - Present |

**Reviewed** On: **5/24/2016** By: **Barbara Holden, LPN**

### Allergies as of 5/24/2016

| Allergen | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrocodone** | 04/01/2014 | | |
| **Percocet [Oxycodone-Acetaminophen]** | 11/06/2014 | Allergy | Nausea Only |

### Immunizations

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical**<br>Given By: | 01/01/16 | | | |
| **Influenza TIV historical** | Thu Oct 9, 2014 2:12 | 0.5 mL | Intramuscular | Left deltoid |

## Visit Summary (continued)

### Immunizations (continued)

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| | PM | | | |

Given By: Joyce Bradshaw, RN

### Vital Signs

Most recent update: 5/24/2016 2:16 PM by Whitney Tolbert, NP

| BP | Pulse | Temp(Src) | Resp | Ht | Wt |
|---|---|---|---|---|---|
| 140/100 mmHg | 94 | 98.4 °F (36.9 °C) (Oral) | 20 | 5' 3" (1.6 m) | 196 lb (88.905 kg) |

| BMI | SpO2 | LMP |
|---|---|---|
| 34.73 kg/m2 | 99% | 09/10/2014 |

Vitals History

## Treatment Vitals (all recorded)

### Treatment Vitals

None

## Patient History

**Medical as of 5/24/2016**

| Past Medical History | Date | Comments | Source |
|---|---|---|---|
| Uterine fibroid [D25.9] | | | Provider |
| Hypertension [I10] | | | Provider |
| Obesity [E66.9] | | | Provider |
| Migraine [G43.909] | | | Provider |
| Anxiety [F41.9] | | | Provider |
| Pyelonephritis [N12] | | | Provider |
| Gastritis [K29.70] | | | Provider |
| Guillain-Barre syndrome [G61.0] | 1996 | | Provider |
| Diminished uterine growth [N85.9] | | | Provider |

**Surgical as of 5/24/2016**

| Past Surgical History | Laterality | Date | Comments |
|---|---|---|---|
| CESAREAN SECTION [SUR1452] | | 2001 | |
| ESOPHAGOGASTRODUODENOSCOPY [SHX1529] | | 2013 | |
| HYSTERECTOMY [SHX81] | | | |
| DILATION AND CURETTAGE ; HYSTEROSCOPY [SHX3121] | N/A | 10/23/2014 | Procedure: Revision of Vaginal Cuff, EUA, cystoscopy; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |
| ROBOTIC HYSTERECTOMY CYSTOSCOPY [SHX3934] | N/A | 10/8/2014 | Procedure: ROBOTIC TOTAL HYSTERECTOMY CYSTOSCOPY, BILATERAL SALPINGECTOMY, EUA; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |

| Family as of 5/24/2016 | Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|---|
| | Diabetes | Mother | | | | Provider |
| | Hypertension | Mother | | | | Provider |
| | Cirrhosis | Father | | | | Provider |

| Family Status as of 5/24/2016 | Relation | Name | Status | Death Age | Comments | Source |
|---|---|---|---|---|---|---|
| | Father | | Deceased | 57 | | Provider |
| | Mother | | Alive | | | Provider |

| Tobacco Use | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeless Tobacco Status | Smokeless Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|---|
| as of 5/24/2016 | Never Smoker | Provider | | 0.0 | 0.0 | | | | Never Used | |

| Alcohol Use as of 5/24/2016 | Alcohol Use | Source | Drinks/Week | Alcohol/Wk | Comments |
|---|---|---|---|---|---|
| | No | Provider | | | |

| Drug Use as of 5/24/2016 | Drug Use | Source | Types | Frequency | Comments |
|---|---|---|---|---|---|
| | No | Provider | | 0.00 | |

| Sexual Activity as of 5/24/2016 | Sexually Active | Source | Birth Control | Partners | Comments |
|---|---|---|---|---|---|
| | Not Asked | Provider | | | |

| Social ADL as of 5/24/2016 | ADL Question | Response | Comments | Source |
|---|---|---|---|---|
| | **None** | | | |

**Occupational** as of 5/24/2016 **None**

| Socioeconomic as of 5/24/2016 | Marital Status | Spouse Name | Num of Children | Years Education | Source |
|---|---|---|---|---|---|
| | Single | | | | |
| | Preferred Language | Ethnicity | Race | | |
| | English | Not Hispanic or Latino | Black or African American | | |

## Medications

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **losartan (COZAAR) 25 MG tablet** (Taking/Expired)<br>Sig: Take one tablet (25 mg total) by mouth one (1) time a day<br>Route: Oral | 30 tablet | 5 | 8/27/2015 | 8/26/2016 |
| **amitriptyline (ELAVIL) 50 MG tablet** (Taking/Discontinued)<br>Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |
| **amLODIPine (NORVASC) 10 MG tablet** (Taking/Discontinued)<br>Sig: Take 1 tablet (10 mg total) by mouth one (1) time a day.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 20 tablet | 0 | 2/17/2016 | 5/24/2016 |
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 20 tablet | 0 | 5/24/2016 | 7/12/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)**<br>Sig: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain<br>Class: Print<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 2/17/2016 | 5/24/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)**<br>Sig: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain<br>Class: Print<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 5/24/2016 | 7/12/2016 |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **losartan (COZAAR) 25 MG tablet (Taking)**<br>Sig - Route: Take one tablet (25 mg total) by mouth one (1) time a day - Oral | 30 tablet | 5 | 8/27/2015 | 8/26/2016 |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)**<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth one (1) time a day. - Oral | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Taking/Discontinued)**<br>Sig - Route: Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms - Oral<br>Reason for Discontinue: **Reorder** | 20 tablet | 0 | 2/17/2016 | 5/24/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)**<br>Sig - Route: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral<br>Class: Print<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 2/17/2016 | 5/24/2016 |
| **traZODone (DESYREL) 50 MG tablet (Taking)**<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |

## Medications (continued)

### Discontinued Medications

| | Reason for Discontinue |
|---|---|
| **traMADol (ULTRAM) 50 mg tablet** | Reorder |
| **cyclobenzaprine (FLEXERIL) 5 MG tablet** | Reorder |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **traMADol (ULTRAM) 50 mg tablet** (Discontinued) | 30 tablet | 0 | 5/24/2016 | 7/12/2016 |
| Sig - Route: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral<br>Class: Print<br>Reason for Discontinue: **Reorder** | | | | |
| **cyclobenzaprine (FLEXERIL) 5 MG tablet** (Discontinued) | 20 tablet | 0 | 5/24/2016 | 7/12/2016 |
| Sig - Route: Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms - Oral<br>Reason for Discontinue: **Reorder** | | | | |

### All Meds and Administrations

(There are no med orders for this encounter)

## Orders

## All Orders and Results Except Lab and Imaging (05/24/16 - 05/24/16)

### Ambulatory referral to Neurosurgery

Electronically signed by: **Whitney Tolbert, NP on 05/24/16 1414** Status: **Discontinued**
Ordering user: Whitney Tolbert, NP 05/24/16 1414 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP

Frequency: 05/24/16 -
Discontinued by: Boc Amb Expiring Orders 09/28/16 0342 [Order Expired]

Diagnoses:
Neck pain [M54.2]

## Result Summary

## All Lab and Imaging Orders and Results (05/24/16 - 05/24/16)

### X-Ray Cervical Spine AP Lateral and Odontoid

Electronically signed by: **Barbara Holden, LPN on 05/24/16 1349** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Barbara Holden, LPN 05/24/16 1349 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP

Frequency: 05/24/16 -
Diagnoses:
Neck pain [M54.2]
Questions:
Is the patient pregnant? No

In process, Resulted on: 05/24/16 1352

Resulted by: Alston Graham Warr, MD Performed: 05/24/16 1352 - 05/24/16 1400

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| XR160427138 | | | |

Final result, Resulted on: 05/24/16 1802

Resulted by: Alston Graham Warr, MD Performed: 05/24/16 1352 - 05/24/16 1400
Narrative:
No fractures or dislocations

Specimen Collection

| ID | Type | Source | Collected On |
|---|---|---|---|
| XR160427138 | | | |

## Progress Notes

### Progress Notes by Whitney Tolbert, NP at 5/24/2016 4:22 PM

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 5/24/2016 4:30 PM Note Time: 5/24/2016 4:22 PM Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner) Cosigner: Alston Graham Warr, MD at 5/24/2016 4:46 PM

**Subjective:**

**Patient ID:** Shanna L Richardson is a 38 y.o. female.

**Neck Pain**

This is a new problem. The current episode started more than 1 month ago. The problem occurs constantly. The problem has been gradually worsening. The pain is associated with nothing. The pain is present in the left side. The quality of the pain is described as burning and aching. The pain is at a severity of 10/10. The pain is severe. The symptoms are aggravated by bending, position and twisting. The pain is same all the time. Associated symptoms include headaches, numbness, tingling and weakness. Pertinent negatives include no chest pain, fever, leg pain, pain with swallowing, paresis, photophobia, syncope, trouble swallowing, visual change or weight loss. She has tried NSAIDs, oral narcotics, heat, ice and muscle relaxants for the symptoms. The treatment provided mild relief.

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 5/24/2016 4:22 PM (continued)**

**Headache**

Associated symptoms include neck pain, numbness, tingling and weakness. Pertinent negatives include no coughing, dizziness, fever, photophobia, visual change or weight loss.

Review of Systems
Constitutional: Negative for fever and weight loss.
HENT: Negative for trouble swallowing.
Eyes: Negative for photophobia.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and syncope.
Musculoskeletal: Positive for neck pain.
Skin: Negative for rash.
Neurological: Positive for tingling, weakness, numbness and headaches. Negative for dizziness.
Hematological: Negative for adenopathy.
Psychiatric/Behavioral: Positive for sleep disturbance.

## Objective:

BP 140/100 mmHg | Pulse 94 | Temp(Src) 98.4 °F (36.9 °C) (Oral) | Resp 20 | Ht 5' 3" (1.6 m) | Wt 196 lb (88.905 kg) | BMI 34.73 kg/m2 | SpO2 99% | LMP 09/10/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Neck: Neck supple. No thyromegaly present.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:
**Tenderness to palp along left posterior and lateral neck. ROM moderately restricted with lateral rotation.**
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

## Assessment/Plan:

Shanna was seen today for neck pain, numbness and headache.

## Progress Notes (continued)

**Progress Notes by Whitney Tolbert, NP at 5/24/2016 4:22 PM (continued)**

Diagnoses and all orders for this visit:

**Neck pain**

Orders:

- X-Ray Cervical Spine AP Lateral and Odontoid
- traMADol (ULTRAM) 50 mg tablet; Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain
- cyclobenzaprine (FLEXERIL) 5 MG tablet; Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms
- Ambulatory referral to Neurosurgery; Future

Return if symptoms worsen or fail to improve.

**Patient Instructions**

Ok to continue heat.
Please notify me if your symptoms do not improve and contact me with any questions or concerns.
Please notify me if you have not been contacted by the BMG Referral Center regarding an appointment date and time with a specialist in one week.
Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.

Electronically signed by Whitney Tolbert, NP at 5/24/2016 4:30 PM
Electronically signed by Alston Graham Warr, MD at 5/24/2016 4:46 PM

## Patient Instructions

**Patient Instructions by Whitney Tolbert, NP at 5/24/2016 4:28 PM**

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 5/24/2016 4:29 PM Note Time: 5/24/2016 4:28 PM Status: Addendum
Editor: Whitney Tolbert, NP (Nurse Practitioner)
Related Notes: Original Note by Whitney Tolbert, NP (Nurse Practitioner) filed at 5/24/2016 4:28 PM

Ok to continue heat.
Please notify me if your symptoms do not improve and contact me with any questions or concerns.
Please notify me if you have not been contacted by the BMG Referral Center regarding an appointment date and time with a specialist in one week.
Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.

## Patient Instructions (continued)

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

### Follow-up and Disposition History

| User | Date & Time |
|---|---|
| TOLBERT, WHITNEY | 5/24/2016 4:29 PM |

### Disposition:

Return if symptoms worsen or fail to improve.

### Follow-up:

N/A

### Instructions:

N/A

### Check-out Note:

N/A

### Send Reminder:

N/A

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

### Patient Care Timeline

No data selected in time range

### Patient Care Timeline

No data selected in time range

## Visit Summary

### Reason for Visit

**Follow-up** pt states that she has forms to be filled out

### Diagnoses

**Neck pain** - Primary

### Problem List as of 6/9/2016

Date Reviewed: **6/9/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM: F41.1<br>ICD-9-CM: 300.00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM: I10<br>ICD-9-CM: 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 2/15/2013 - Present |
| **Abnormal uterine bleeding (AUB)** | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/4/2014 - Present |
| **Pelvic pain** | ICD-10-CM: R10.2<br>ICD-9-CM: IMO0002 | | | 8/4/2014 - Present |
| **HTN (hypertension)** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 8/4/2014 - Present |
| **Leiomyoma of uterus** | ICD-10-CM: D25.9<br>ICD-9-CM: 218.9 | | | 8/22/2014 - Present |
| **Excessive or frequent menstruation** | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 8/22/2014 - Present |
| **Coagulation defect** | ICD-10-CM: D68.9<br>ICD-9-CM: 286.9 | | | 8/22/2014 - Present |
| **Esophagitis** | ICD-10-CM: K20.9<br>ICD-9-CM: 530.10 | | | 8/22/2014 - Present |
| **Abdominal pain** | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 8/22/2014 - Present |
| **Status post hysterectomy** | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | | | 10/8/2014 - Present |
| **Pinched nerve in neck** | ICD-10-CM: G58.8<br>ICD-9-CM: 355.9 | | | 2/3/2016 - Present |

**Reviewed** On: **6/9/2016** By: **Barbara Holden, LPN**

### Allergies as of 6/9/2016

| Allergen | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrocodone** | 04/01/2014 | | |
| **Percocet [Oxycodone-Acetaminophen]** | 11/06/2014 | Allergy | Nausea Only |

### Immunizations

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical**<br>Given By: | 01/01/16 | | | |
| **Influenza TIV historical** | Thu Oct 9, 2014 2:12 PM | 0.5 mL | Intramuscular | Left deltoid |

## Visit Summary (continued)

### Immunizations (continued)

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| Given By: Joyce Bradshaw, RN | | | | |

Most recent update: 6/9/2016 2:59 PM by Barbara Holden, LPN

### Vital Signs

| BP | Pulse | Temp(Src) | Resp | Ht | Wt |
|---|---|---|---|---|---|
| 136/90 mmHg | 92 | 98.7 °F (37.1 °C) (Oral) | 20 | 5' 3" (1.6 m) | 202 lb (91.627 kg) |

| BMI | SpO2 | LMP |
|---|---|---|
| 35.79 kg/m2 | 99% | 09/10/2014 |

## Treatment Vitals (all recorded)

### Treatment Vitals

None

## Patient History

**Medical as of 6/9/2016**

| Past Medical History | Date | Comments | Source |
|---|---|---|---|
| Uterine fibroid [D25.9] | | | Provider |
| Hypertension [I10] | | | Provider |
| Obesity [E66.9] | | | Provider |
| Migraine [G43.909] | | | Provider |
| Anxiety [F41.9] | | | Provider |
| Pyelonephritis [N12] | | | Provider |
| Gastritis [K29.70] | | | Provider |
| Guillain-Barre syndrome [G61.0] | 1996 | | Provider |
| Diminished uterine growth [N85.9] | | | Provider |

**Surgical as of 6/9/2016**

| Past Surgical History | Laterality | Date | Comments |
|---|---|---|---|
| CESAREAN SECTION [SUR1452] | | 2001 | |
| ESOPHAGOGASTRODUODENOSCOPY [SHX1529] | | 2013 | |
| HYSTERECTOMY [SHX81] | | | |
| DILATION AND CURETTAGE ; HYSTEROSCOPY [SHX3121] | N/A | 10/23/2014 | Procedure: Revision of Vaginal Cuff, EUA, cystoscopy; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |
| ROBOTIC HYSTERECTOMY CYSTOSCOPY [SHX3934] | N/A | 10/8/2014 | Procedure: ROBOTIC TOTAL HYSTERECTOMY CYSTOSCOPY, BILATERAL SALPINGECTOMY, EUA; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |

**Family as of 6/9/2016**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Diabetes | Mother | | | | Provider |
| Hypertension | Mother | | | | Provider |
| Cirrhosis | Father | | | | Provider |

**Family Status as of 6/9/2016**

| Relation | Name | Status | Death Age | Comments | Source |
|---|---|---|---|---|---|
| Father | | Deceased | 57 | | Provider |
| Mother | | Alive | | | Provider |

**Tobacco Use as of 6/9/2016**

| Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeless Tobacco Status | Smokeless Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|
| Never Smoker | Provider | | 0.0 | 0.0 | | | | Never Used | |

**Alcohol Use as of 6/9/2016**

| Alcohol Use | Source | Drinks/Week | Alcohol/Wk | Comments |
|---|---|---|---|---|
| No | Provider | | | |

**Drug Use as of 6/9/2016**

| Drug Use | Source | Types | Frequency | Comments |
|---|---|---|---|---|
| No | Provider | | 0.00 | |

**Sexual Activity as of 6/9/2016**

| Sexually Active | Source | Birth Control | Partners | Comments |
|---|---|---|---|---|
| Not Asked | Provider | | | |

**Social ADL as of 6/9/2016**

| ADL Question | Response | Comments | Source |
|---|---|---|---|
| ****None**** | | | |

**Occupational as of 6/9/2016**

****None****

**Socioeconomic as of 6/9/2016**

| Marital Status | Spouse Name | Num of Children | Years Education | Source |
|---|---|---|---|---|
| Single | | | | |

| Preferred Language | Ethnicity | Race |
|---|---|---|
| English | Not Hispanic or Latino | Black or African American |

## Medications

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **losartan (COZAAR) 25 MG tablet** (Taking/Expired)<br>Sig: Take one tablet (25 mg total) by mouth one (1) time a day<br>Route: Oral | 30 tablet | 5 | 8/27/2015 | 8/26/2016 |
| **amitriptyline (ELAVIL) 50 MG tablet** (Taking/Discontinued)<br>Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |
| **amLODIPine (NORVASC) 10 MG tablet** (Taking/Discontinued)<br>Sig: Take 1 tablet (10 mg total) by mouth one (1) time a day.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 20 tablet | 0 | 5/24/2016 | 7/12/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)**<br>Sig: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain<br>Class: Print<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 5/24/2016 | 7/12/2016 |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **losartan (COZAAR) 25 MG tablet (Taking)**<br>Sig - Route: Take one tablet (25 mg total) by mouth one (1) time a day - Oral | 30 tablet | 5 | 8/27/2015 | 8/26/2016 |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)**<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth one (1) time a day. - Oral | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Taking)**<br>Sig - Route: Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms - Oral | 20 tablet | 0 | 5/24/2016 | 7/12/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Taking)**<br>Sig - Route: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral<br>Class: Print | 30 tablet | 0 | 5/24/2016 | 7/12/2016 |
| **traZODone (DESYREL) 50 MG tablet (Taking)**<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |

### All Meds and Administrations

(There are no med orders for this encounter)

## Orders

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary

### All Lab and Imaging Orders and Results

No orders and results found

**Result Summary (continued)**

**Progress Notes**

**Progress Notes by Whitney Tolbert, NP at 6/9/2016 4:12 PM**

Author: Whitney Tolbert, NP
Filed: 6/9/2016 4:18 PM
Editor: Whitney Tolbert, NP (Nurse Practitioner)
Service: (none)
Note Time: 6/9/2016 4:12 PM
Author Type: Nurse Practitioner
Status: Signed
Cosigner: Alston Graham Warr, MD at 6/12/2016 11:53 AM

## Subjective:

**Patient ID:** Shanna L Richardson is a 38 y.o. female.

HPI

Shanna presents today for follow-up regarding neck pain. She is needing FMLA paperwork filled out as well as a return to work form. She reports improved pain after steroid pack and tramadol. Still with some numbness and tingling on occasion in left hand and intermittent left neck pain but it is tolerable at this time. She reports seeing neurosurgeon today and an MRI is scheduled on June 21st. She is wanting to return next week and states she does not feel she needs any restrictions at this point. Feels she can do her job without difficulty. Will not take tramadol during the work day.

Review of Systems
Constitutional: Negative for fever and fatigue.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for nausea and abdominal pain.
Musculoskeletal: Positive for neck pain.
Neurological: Negative for dizziness.
Psychiatric/Behavioral: Negative for sleep disturbance.

## Objective:

BP 136/90 mmHg | Pulse 92 | Temp(Src) 98.7 °F (37.1 °C) (Oral) | Resp 20 | Ht 5' 3" (1.6 m) | Wt 202 lb (91.627 kg) | BMI 35.79 kg/m2 | SpO2 99% | LMP 09/10/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:
**Left neck and cervical region tender to palp. ROM moderately restricted.**
Neurological: She is alert and oriented to person, place, and time.