## Progress Notes (continued)

### Progress Notes by Whitney Tolbert, NP at 6/9/2016 4:12 PM (continued)

Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

**Assessment/Plan:**

Shanna was seen today for follow-up.

Diagnoses and all orders for this visit:

**Neck pain**

Return in about 3 months (around 9/9/2016) for Next scheduled follow up.

**Patient Instructions**

Feel free to contact me with any questions or concerns.
Follow-up with neurosurgeon as planned.
Do not take pain medication or muscle relaxants while working.
Will fill out FMLA paperwork and fax as requested.

Electronically signed by Whitney Tolbert, NP at 6/9/2016 4:18 PM
Electronically signed by Alston Graham Warr, MD at 6/12/2016 11:53 AM

## Patient Instructions

### Patient Instructions by Whitney Tolbert, NP at 6/9/2016 4:16 PM

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 6/9/2016 4:18 PM Note Time: 6/9/2016 4:16 PM Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner)

Feel free to contact me with any questions or concerns.
Follow-up with neurosurgeon as planned.
Do not take pain medication or muscle relaxants while working.
Will fill out FMLA paperwork and fax as requested.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

## Other Notes (continued)

## Follow-up and Disposition History

| User | Date & Time |
|---|---|
| TOLBERT, WHITNEY | 6/9/2016 4:18 PM |

**Disposition:**

Return in about 3 months (around 9/9/2016) for Next scheduled follow up.

**Follow-up:**

N/A

**Instructions:**

N/A

**Check-out Note:**

N/A

**Send Reminder:**

N/A

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

## Patient Care Timeline

No data selected in time range

## Patient Care Timeline

No data selected in time range

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 07/12/16

## Visit Summary

### Reason for Visit

**Medication Refill**

### Diagnoses

**Neck pain** - Primary

### Problem List as of 7/12/2016

Date Reviewed: **7/12/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM: F41.1<br>ICD-9-CM: 300.00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM: I10<br>ICD-9-CM: 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 2/15/2013 - Present |
| **Abnormal uterine bleeding (AUB)** | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/4/2014 - Present |
| **Pelvic pain** | ICD-10-CM: R10.2<br>ICD-9-CM: IMO0002 | | | 8/4/2014 - Present |
| **HTN (hypertension)** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 8/4/2014 - Present |
| **Leiomyoma of uterus** | ICD-10-CM: D25.9<br>ICD-9-CM: 218.9 | | | 8/22/2014 - Present |
| **Excessive or frequent menstruation** | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 8/22/2014 - Present |
| **Coagulation defect** | ICD-10-CM: D68.9<br>ICD-9-CM: 286.9 | | | 8/22/2014 - Present |
| **Esophagitis** | ICD-10-CM: K20.9<br>ICD-9-CM: 530.10 | | | 8/22/2014 - Present |
| **Abdominal pain** | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 8/22/2014 - Present |
| **Status post hysterectomy** | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | | | 10/8/2014 - Present |
| **Pinched nerve in neck** | ICD-10-CM: G58.8<br>ICD-9-CM: 355.9 | | | 2/3/2016 - Present |

**Reviewed** On: **7/12/2016** By: **Barbara Holden, LPN**

### Allergies as of 7/12/2016

| Allergen | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrocodone** | 04/01/2014 | | |
| **Percocet [Oxycodone-Acetaminophen]** | 11/06/2014 | Allergy | Nausea Only |

### Immunizations

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical**<br>Given By: | 01/01/16 | | | |
| **Influenza TIV historical** | Thu Oct 9, 2014 2:12 | 0.5 mL | Intramuscular | Left deltoid |

## Visit Summary (continued)

### Immunizations (continued)

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| | PM | | | |

Given By: Joyce Bradshaw, RN

### Vital Signs

Most recent update: 7/12/2016 3:14 PM by Barbara Holden, LPN

| BP | Pulse | Temp(Src) | Resp | Ht | Wt |
|---|---|---|---|---|---|
| 138/90 mmHg | 88 | 98.5 °F (36.9 °C) (Oral) | 21 | 5' 3" (1.6 m) | 198 lb (89.812 kg) |
| **BMI** | **SpO2** | **LMP** | | | |
| 35.08 kg/m2 | 99% | 09/10/2014 | | | |

## Treatment Vitals (all recorded)

### Treatment Vitals

None

## Patient History

**Medical as of 7/12/2016**

| Past Medical History | Date | Comments | Source |
|---|---|---|---|
| Uterine fibroid [D25.9] | | | Provider |
| Hypertension [I10] | | | Provider |
| Obesity [E66.9] | | | Provider |
| Migraine [G43.909] | | | Provider |
| Anxiety [F41.9] | | | Provider |
| Pyelonephritis [N12] | | | Provider |
| Gastritis [K29.70] | | | Provider |
| Guillain-Barre syndrome [G61.0] | 1996 | | Provider |
| Diminished uterine growth [N85.9] | | | Provider |

**Surgical as of 7/12/2016**

| Past Surgical History | Laterality | Date | Comments |
|---|---|---|---|
| CESAREAN SECTION [SUR1452] | | 2001 | |
| ESOPHAGOGASTRODUODENOSCOPY [SHX1529] | | 2013 | |
| HYSTERECTOMY [SHX81] | | | |
| DILATION AND CURETTAGE ; HYSTEROSCOPY [SHX3121] | N/A | 10/23/2014 | Procedure: Revision of Vaginal Cuff, EUA, cystoscopy; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |
| ROBOTIC HYSTERECTOMY CYSTOSCOPY [SHX3934] | N/A | 10/8/2014 | Procedure: ROBOTIC TOTAL HYSTERECTOMY CYSTOSCOPY, BILATERAL SALPINGECTOMY, EUA; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |

**Family as of 7/12/2016**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Diabetes | Mother | | | | Provider |
| Hypertension | Mother | | | | Provider |
| Cirrhosis | Father | | | | Provider |

**Family Status as of 7/12/2016**

| Relation | Name | Status | Death Age | Comments | Source |
|---|---|---|---|---|---|
| Father | | Deceased | 57 | | Provider |
| Mother | | Alive | | | Provider |

**Tobacco Use as of 7/12/2016**

| Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeless Tobacco Status | Smokeless Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|
| Never Smoker | Provider | | 0.0 | 0.0 | | | | Never Used | |

**Alcohol Use as of 7/12/2016**

| Alcohol Use | Source | Drinks/Week | Alcohol/Wk | Comments |
|---|---|---|---|---|
| No | Provider | | | |

**Drug Use as of 7/12/2016**

| Drug Use | Source | Types | Frequency | Comments |
|---|---|---|---|---|
| No | Provider | | 0.00 | |

**Sexual Activity as of 7/12/2016**

| Sexually Active | Source | Birth Control | Partners | Comments |
|---|---|---|---|---|
| Not Asked | Provider | | | |

**Social ADL as of 7/12/2016**

| ADL Question | Response | Comments | Source |
|---|---|---|---|
| **None** | | | |

**Occupational as of 7/12/2016** **None**

**Socioeconomic as of 7/12/2016**

| Marital Status | Spouse Name | Num of Children | Years Education | Source |
|---|---|---|---|---|
| Single | | | | |
| Preferred Language | Ethnicity | Race | | |
| English | Not Hispanic or Latino | Black or African American | | |

## Medications

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **losartan (COZAAR) 25 MG tablet** (Taking/Expired)<br>Sig: Take one tablet (25 mg total) by mouth one (1) time a day<br>Route: Oral | 30 tablet | 5 | 8/27/2015 | 8/26/2016 |
| **amitriptyline (ELAVIL) 50 MG tablet** (Taking/Discontinued)<br>Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |
| **amLODIPine (NORVASC) 10 MG tablet** (Taking/Discontinued)<br>Sig: Take 1 tablet (10 mg total) by mouth one (1) time a day.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 20 tablet | 0 | 5/24/2016 | 7/12/2016 |
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms<br>Class: Print<br>Route: Oral | 20 tablet | 0 | 7/12/2016 | 1/31/2017 |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)**<br>Sig: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain<br>Class: Print<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 5/24/2016 | 7/12/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)**<br>Sig: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain<br>Class: Print<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 7/12/2016 | 9/22/2016 |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **losartan (COZAAR) 25 MG tablet (Taking)**<br>Sig - Route: Take one tablet (25 mg total) by mouth one (1) time a day - Oral | 30 tablet | 5 | 8/27/2015 | 8/26/2016 |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)**<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth one (1) time a day. - Oral | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Taking/Discontinued)**<br>Sig - Route: Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms - Oral<br>Reason for Discontinue: **Reorder** | 20 tablet | 0 | 5/24/2016 | 7/12/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)**<br>Sig - Route: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral<br>Class: Print<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 5/24/2016 | 7/12/2016 |
| **traZODone (DESYREL) 50 MG tablet (Taking)**<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral | 30 tablet | 5 | 2/17/2016 | 9/16/2016 |

## Medications (continued)

### Discontinued Medications

| | Reason for Discontinue |
|---|---|
| **cyclobenzaprine (FLEXERIL) 5 MG tablet** | Reorder |
| **traMADol (ULTRAM) 50 mg tablet** | Reorder |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cyclobenzaprine (FLEXERIL) 5 MG tablet** (Discontinued)<br>Sig - Route: Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms - Oral<br>Class: Print | 20 tablet | 0 | 7/12/2016 | 1/31/2017 |
| **traMADol (ULTRAM) 50 mg tablet** (Discontinued)<br>Sig - Route: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral<br>Class: Print<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 7/12/2016 | 9/22/2016 |

### All Meds and Administrations

(There are no med orders for this encounter)

## Orders

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary

### All Lab and Imaging Orders and Results

No orders and results found

## Progress Notes

### Progress Notes by Whitney Tolbert, NP at 7/12/2016 4:21 PM

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 7/12/2016 4:26 PM Note Time: 7/12/2016 4:21 PM Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner) Cosigner: Alston Graham Warr, MD at 7/12/2016 4:48 PM

**Subjective:**

**Patient ID**: Shanna L Richardson is a 39 y.o. female.

HPI

Shanna presents today for follow-up regarding neck pain. This has been an ongoing problem that has been waxing and waning. She has MRI scheduled next week with neurosurgery. Still with numbness and tingling in left and and left arm and shoulder feel weak. Flexeril and tramadol do help her pain. Denies any side effects from medications. She only takes these at night as she has to work during the day. Does not do a lot of heavy lifting- occasionally moves a small box.

## Progress Notes (continued)

### Progress Notes by Whitney Tolbert, NP at 7/12/2016 4:21 PM (continued)

Review of Systems
Constitutional: Negative for fever and fatigue.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for nausea and vomiting.
Musculoskeletal: Positive for neck pain.
Neurological: Positive for weakness and numbness. Negative for dizziness and headaches.
Psychiatric/Behavioral: Negative for sleep disturbance.

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Uterine fibroid | |
| • Hypertension | |
| • Obesity | |
| • Migraine | |
| • Anxiety | |
| • Pyelonephritis | |
| • Gastritis | |
| • Guillain-Barre syndrome | 1996 |
| • Diminished uterine growth | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cesarean section | | 2001 |
| • Esophagogastroduodenoscopy | | 2013 |
| • Hysterectomy | | |
| • Robotic hysterectomy cystoscopy<br>*Performed by AZARI, AHMAD at MEM BMH-Women's OR.* | 10/8/2014 | |
| • Dilation and curettage ; hysteroscopy<br>*Performed by AZARI, AHMAD at MEM BMH-Women's OR.* | 10/23/2014 | |

**History**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol Use: | No |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |
| • Hypertension | Mother | |
| • Cirrhosis | Father | |

**Allergies**

| Allergen | Reactions |
|---|---|
| • Hydrocodone | |
| • Percocet [Oxycodone-Acetaminophen] | Nausea Only |

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 7/12/2016 4:21 PM (continued)**

**Outpatient Prescriptions Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 50 MG tablet | Take one tablet (50 mg total) by mouth nightly | 30 tablet | 5 |
| • amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet (10 mg total) by mouth one (1) time a day. | 30 tablet | 5 |
| • losartan (COZAAR) 25 MG tablet | Take one tablet (25 mg total) by mouth one (1) time a day | 30 tablet | 5 |
| • traZODone (DESYREL) 50 MG tablet | Take one tablet (50 mg total) by mouth nightly | 30 tablet | 5 |
| • cyclobenzaprine (FLEXERIL) 5 MG tablet | Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms | 20 tablet | 0 |
| • traMADol (ULTRAM) 50 mg tablet | Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain | 30 tablet | 0 |

**Objective:**

BP 138/90 mmHg | Pulse 88 | Temp(Src) 98.5 °F (36.9 °C) (Oral) | Resp 21 | Ht 5' 3" (1.6 m) | Wt 198 lb (89.812 kg) | BMI 35.08 kg/m2 | SpO2 99% | LMP 09/10/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:
**Left posterior neck and trapezius tender to palp. ROM mildly restricted.**
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

No results found for this or any previous visit (from the past 36 hour(s)).

## Progress Notes (continued)

### Progress Notes by Whitney Tolbert, NP at 7/12/2016 4:21 PM (continued)

**Assessment/Plan:**

Shanna was seen today for medication refill.

Diagnoses and all orders for this visit:

**Neck pain**

Orders:

- cyclobenzaprine (FLEXERIL) 5 MG tablet; Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms
- traMADol (ULTRAM) 50 mg tablet; Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain

Return if symptoms worsen or fail to improve.

**Patient Instructions**

Will await MRI results from neurosurgery.
Please notify me if your symptoms do not improve and contact me with any questions or concerns.
Ok to continue heat, tramadol, and flexeril as needed at night.

Electronically signed by Whitney Tolbert, NP at 7/12/2016 4:26 PM
Electronically signed by Alston Graham Warr, MD at 7/12/2016 4:48 PM

## Patient Instructions

### Patient Instructions by Whitney Tolbert, NP at 7/12/2016 4:25 PM

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 7/12/2016 4:26 PM Note Time: 7/12/2016 4:25 PM Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner)

Will await MRI results from neurosurgery.
Please notify me if your symptoms do not improve and contact me with any questions or concerns.
Ok to continue heat, tramadol, and flexeril as needed at night.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

### Follow-up and Disposition History

**Follow-up and Disposition History (continued)**

| User | Date & Time |
| --- | --- |
| TOLBERT, WHITNEY | 7/12/2016 4:26 PM |

**Disposition:**

Return if symptoms worsen or fail to improve.

**Follow-up:**

N/A

**Instructions:**

N/A

**Check-out Note:**

N/A

**Send Reminder:**

N/A

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

### Reason for Visit

| | |
|---|---|
| **Neck Pain** | med verification list signed |
| **Back Pain** | |

### Diagnoses

**Neck pain** - Primary
**Benign essential hypertension**

### Problem List as of 9/22/2016

Date Reviewed: **9/22/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM: F41.1<br>ICD-9-CM: 300.00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM: I10<br>ICD-9-CM: 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 2/15/2013 - Present |
| **Abnormal uterine bleeding (AUB)** | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/4/2014 - Present |
| **Pelvic pain** | ICD-10-CM: R10.2<br>ICD-9-CM: IMO0002 | | | 8/4/2014 - Present |
| **HTN (hypertension)** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 8/4/2014 - Present |
| **Leiomyoma of uterus** | ICD-10-CM: D25.9<br>ICD-9-CM: 218.9 | | | 8/22/2014 - Present |
| **Excessive or frequent menstruation** | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 8/22/2014 - Present |
| **Coagulation defect** | ICD-10-CM: D68.9<br>ICD-9-CM: 286.9 | | | 8/22/2014 - Present |
| **Esophagitis** | ICD-10-CM: K20.9<br>ICD-9-CM: 530.10 | | | 8/22/2014 - Present |
| **Abdominal pain** | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 8/22/2014 - Present |
| **Status post hysterectomy** | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | | | 10/8/2014 - Present |
| **Pinched nerve in neck** | ICD-10-CM: G58.8<br>ICD-9-CM: 355.9 | | | 2/3/2016 - Present |

**Reviewed** On: **9/22/2016** By: **Barbara Holden, LPN**

### Allergies as of 9/22/2016

| Allergen | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrocodone** | 04/01/2014 | | |
| **Percocet [Oxycodone-Acetaminophen]** | 11/06/2014 | Allergy | Nausea Only |

### Immunizations

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical** | 01/01/16 | | | |

## Visit Summary (continued)

### Immunizations (continued)

| Name<br>Given By: | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical** | Thu Oct 9, 2014 2:12 PM | 0.5 mL | Intramuscular | Left deltoid |
| Given By: Joyce Bradshaw, RN | | | | |

### Vital Signs

Most recent update: 9/22/2016 1:37 PM by Barbara Holden, LPN

| BP | Pulse | Temp(Src) | Resp | Ht | Wt |
|---|---|---|---|---|---|
| 160/100 mmHg | 76 | 98.8 °F (37.1 °C) (Oral) | 20 | 5' 3" (1.6 m) | 198 lb (89.812 kg) |

| BMI | SpO2 | LMP |
|---|---|---|
| 35.08 kg/m2 | 98% | 09/10/2014 |

## Treatment Vitals (all recorded)

### Treatment Vitals

None

## Patient History

**Medical as of 9/22/2016**

| Past Medical History | Date | Comments | Source |
|---|---|---|---|
| Uterine fibroid [D25.9] | | | Provider |
| Hypertension [I10] | | | Provider |
| Obesity [E66.9] | | | Provider |
| Migraine [G43.909] | | | Provider |
| Anxiety [F41.9] | | | Provider |
| Pyelonephritis [N12] | | | Provider |
| Gastritis [K29.70] | | | Provider |
| Guillain-Barre syndrome [G61.0] | 1996 | | Provider |
| Diminished uterine growth [N85.9] | | | Provider |

**Surgical as of 9/22/2016**

| Past Surgical History | Laterality | Date | Comments |
|---|---|---|---|
| CESAREAN SECTION [SUR1452] | | 2001 | |
| ESOPHAGOGASTRODUODENOSCOPY [SHX1529] | | 2013 | |
| HYSTERECTOMY [SHX81] | | | |
| DILATION AND CURETTAGE ; HYSTEROSCOPY [SHX3121] | N/A | 10/23/2014 | Procedure: Revision of Vaginal Cuff, EUA, cystoscopy; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |
| ROBOTIC HYSTERECTOMY CYSTOSCOPY [SHX3934] | N/A | 10/8/2014 | Procedure: ROBOTIC TOTAL HYSTERECTOMY CYSTOSCOPY, BILATERAL SALPINGECTOMY, EUA; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |

**Family as of 9/22/2016**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Diabetes | Mother | | | | Provider |
| Hypertension | Mother | | | | Provider |
| Cirrhosis | Father | | | | Provider |

**Family Status as of 9/22/2016**

| Relation | Name | Status | Death Age | Comments | Source |
|---|---|---|---|---|---|
| Father | | Deceased | 57 | | Provider |
| Mother | | Alive | | | Provider |

**Tobacco Use as of 9/22/2016**

| Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeless Tobacco Status | Smokeless Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|
| Never Smoker | Provider | | 0.0 | 0.0 | | | | Never Used | |

**Alcohol Use as of 9/22/2016**

| Alcohol Use | Source | Drinks/Week | Alcohol/Wk | Comments |
|---|---|---|---|---|
| No | Provider | | | |

**Drug Use as of 9/22/2016**

| Drug Use | Source | Types | Frequency | Comments |
|---|---|---|---|---|
| No | Provider | | 0.00 | |

**Sexual Activity as of 9/22/2016**

| Sexually Active | Source | Birth Control | Partners | Comments |
|---|---|---|---|---|
| Not Asked | Provider | | | |

**Social ADL as of 9/22/2016**

| ADL Question | Response | Comments | Source |
|---|---|---|---|
| **None** | | | |

**Occupational as of 9/22/2016**

**None**

**Socioeconomic as of 9/22/2016**

| Marital Status | Spouse Name | Num of Children | Years Education | Source |
|---|---|---|---|---|
| Single | | | | |

| Preferred Language | Ethnicity | Race |
|---|---|---|
| English | Not Hispanic or Latino | Black or African American |

## Medications

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet** | 30 tablet | 0 | 9/16/2016 | 11/8/2016 |

**(Taking/Discontinued)**
Sig: TAKE ONE TABLET BY MOUTH EVERY NIGHT
Reason for Discontinue: **Reorder**
Cosign for Ordering: Accepted by Whitney Tolbert, NP on 9/16/2016 1:12 PM

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet** | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |

**(Taking/Discontinued)**
Sig: Take 1 tablet (10 mg total) by mouth one (1) time a day.
Route: Oral
Reason for Discontinue: **Reorder**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cyclobenzaprine (FLEXERIL) 5 MG tablet** | 20 tablet | 0 | 7/12/2016 | 1/31/2017 |

**(Taking/Discontinued)**
Sig: Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms
Class: Print
Route: Oral

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **gabapentin (NEURONTIN) 300 MG capsule (Taking/Discontinued)**<br>Sig: TAKE ONE CAPSULE PO QHS<br>Class: Historical Med | | 0 | 8/8/2016 | 1/31/2017 |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)**<br>Sig: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain<br>Class: Print<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 7/12/2016 | 9/22/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)**<br>Sig: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain<br>Class: Print<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 9/22/2016 | 1/31/2017 |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)**<br>Sig: TAKE ONE TABLET BY MOUTH EVERY NIGHT<br>Reason for Discontinue: **Reorder**<br>Cosign for Ordering: Accepted by Whitney Tolbert, NP on 9/16/2016 1:12 PM | 30 tablet | 0 | 9/16/2016 | 11/8/2016 |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)**<br>Sig: TAKE ONE TABLET BY MOUTH EVERY NIGHT<br>Cosign for Ordering: Accepted by Whitney Tolbert, NP on 9/16/2016 1:12 PM | 30 tablet | 0 | 9/16/2016 | 11/8/2016 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth one (1) time a day. - Oral | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Taking)**<br>Sig - Route: Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms - Oral<br>Class: Print | 20 tablet | 0 | 7/12/2016 | 1/31/2017 |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)**<br>Sig: TAKE ONE CAPSULE PO QHS<br>Class: Historical Med | | 0 | 8/8/2016 | 1/31/2017 |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)**<br>Sig - Route: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral<br>Class: Print<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 7/12/2016 | 9/22/2016 |
| **traZODone (DESYREL) 50 MG tablet (Taking)**<br>Sig: TAKE ONE TABLET BY MOUTH EVERY NIGHT<br>Cosign for Ordering: Accepted by Whitney Tolbert, NP on 9/16/2016 1:12 PM | 30 tablet | 0 | 9/16/2016 | 11/8/2016 |

### Discontinued Medications

## Medications (continued)

### Discontinued Medications (continued)

| | Reason for Discontinue |
|---|---|
| **traMADol (ULTRAM) 50 mg tablet** | Reorder |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **traMADol (ULTRAM) 50 mg tablet** (Discontinued) | 30 tablet | 0 | 9/22/2016 | 1/31/2017 |
| Sig - Route: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral<br>Class: Print<br>Reason for Discontinue: **Reorder** | | | | |
| **losartan (COZAAR) 25 MG tablet** (Discontinued) | 30 tablet | 0 | 9/22/2016 | 9/28/2016 |
| Sig - Route: Take one tablet (25 mg total) by mouth one (1) time a day - Oral<br>Class: No Print<br>Reason for Discontinue: **Reorder** | | | | |

### All Meds and Administrations

(There are no med orders for this encounter)

## Orders

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary

### All Lab and Imaging Orders and Results

No orders and results found

## Progress Notes

### Progress Notes by Whitney Tolbert, NP at 9/22/2016 2:11 PM

Author: Whitney Tolbert, NP
Service: (none)
Author Type: Nurse Practitioner
Filed: 9/22/2016 2:19 PM
Note Time: 9/22/2016 2:11 PM
Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner)
Cosigner: Alston Graham Warr, MD at 9/22/2016 3:19 PM

**Subjective:**

**Patient ID**: Shanna L Richardson is a 39 y.o. female.

HPI

Shanna presents today for follow-up regarding neck pain. States MRI showed degenerative/bulging discs and nerve blocks and/or surgery has been recommended by neurosurgery. She continues to have paresthesias down left arm and mid back. She is requesting refill on tramadol as this does help.

Review of Systems
Constitutional: Negative for fatigue.

## Progress Notes (continued)

**Progress Notes by Whitney Tolbert, NP at 9/22/2016 2:11 PM (continued)**

Eyes: Negative for visual disturbance.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Musculoskeletal: Positive for back pain and neck pain.
Neurological: Positive for numbness. Negative for headaches.

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Uterine fibroid | |
| • Hypertension | |
| • Obesity | |
| • Migraine | |
| • Anxiety | |
| • Pyelonephritis | |
| • Gastritis | |
| • Guillain-Barre syndrome | 1996 |
| • Diminished uterine growth | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cesarean section | | 2001 |
| • Esophagogastroduodenoscopy | | 2013 |
| • Hysterectomy | | |
| • Robotic hysterectomy cystoscopy<br>*Performed by AZARI, AHMAD at MEM BMH-Women's OR.* | 10/8/2014 | |
| • Dilation and curettage ; hysteroscopy<br>*Performed by AZARI, AHMAD at MEM BMH-Women's OR.* | 10/23/2014 | |

**Social History**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol Use: | No |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |
| • Hypertension | Mother | |
| • Cirrhosis | Father | |

**Allergies**

| Allergen | Reactions |
|---|---|
| • Hydrocodone | |
| • Percocet [Oxycodone-Acetaminophen] | Nausea Only |

## Progress Notes (continued)

### Progress Notes by Whitney Tolbert, NP at 9/22/2016 2:11 PM (continued)

**Outpatient Prescriptions Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 50 MG tablet | TAKE ONE TABLET BY MOUTH EVERY NIGHT | 30 tablet | 0 |
| • amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet (10 mg total) by mouth one (1) time a day. | 30 tablet | 5 |
| • cyclobenzaprine (FLEXERIL) 5 MG tablet | Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms | 20 tablet | 0 |
| • gabapentin (NEURONTIN) 300 MG capsule | TAKE ONE CAPSULE PO QHS | | 0 |
| • traZODone (DESYREL) 50 MG tablet | TAKE ONE TABLET BY MOUTH EVERY NIGHT | 30 tablet | 0 |
| • traMADol (ULTRAM) 50 mg tablet | Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain | 30 tablet | 0 |

**Objective:**

BP 160/100 mmHg | Pulse 76 | Temp(Src) 98.8 °F (37.1 °C) (Oral) | Resp 20 | Ht 5' 3" (1.6 m) | Wt 198 lb (89.812 kg) | BMI 35.08 kg/m2 | SpO2 98% | LMP 09/10/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:
**Neck ROM moderately restricted. Tender to palp over cervical spine and left trapezius.**
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

No results found for this or any previous visit (from the past 36 hour(s)).

**Assessment/Plan:**

## Progress Notes (continued)

**Progress Notes by Whitney Tolbert, NP at 9/22/2016 2:11 PM (continued)**

Shanna was seen today for neck pain and back pain.

Diagnoses and all orders for this visit:

**Neck pain**

- traMADol (ULTRAM) 50 mg tablet; Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain

**Benign essential hypertension**

- losartan (COZAAR) 25 MG tablet; Take one tablet (25 mg total) by mouth one (1) time a day

Discussed BP elevation. Patient states she has not been taking her losartan.

Return if symptoms worsen or fail to improve.

**Patient Instructions**

Make sure to follow-up with your neurosurgeon as planned.
Will refill the tramadol- do not drive or work while taking medication.
Feel free to contact me with any questions or concerns.
Resume the losartan. Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.

Electronically signed by Whitney Tolbert, NP at 9/22/2016 2:19 PM
Electronically signed by Alston Graham Warr, MD at 9/22/2016 3:19 PM

## Patient Instructions

**Patient Instructions by Whitney Tolbert, NP at 9/22/2016 2:12 PM**

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 9/22/2016 2:16 PM Note Time: 9/22/2016 2:12 PM Status: Addendum
Editor: Whitney Tolbert, NP (Nurse Practitioner)
Related Notes: Original Note by Whitney Tolbert, NP (Nurse Practitioner) filed at 9/22/2016 2:12 PM

Make sure to follow-up with your neurosurgeon as planned.
Will refill the tramadol- do not drive or work while taking medication.
Feel free to contact me with any questions or concerns.
Resume the losartan. Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

### Follow-up and Disposition History

| User | Date & Time |
|---|---|
| TOLBERT, WHITNEY | 9/22/2016 2:12 PM |

### Disposition:

Return if symptoms worsen or fail to improve.

### Follow-up:

N/A

### Instructions:

N/A

### Check-out Note:

N/A

### Send Reminder:

N/A

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

### Patient Care Timeline

No data selected in time range

### Patient Care Timeline

No data selected in time range

## Visit Summary

### Reason for Visit

**Follow-up** regarding back pain / med verification list signed

### Diagnoses

**DDD (degenerative disc disease), cervical** - Primary
**Benign essential hypertension**

### Problem List as of 9/28/2016

Date Reviewed: **9/28/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM: F41.1<br>ICD-9-CM: 300.00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM: I10<br>ICD-9-CM: 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 2/15/2013 - Present |
| **Abnormal uterine bleeding (AUB)** | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/4/2014 - Present |
| **Pelvic pain** | ICD-10-CM: R10.2<br>ICD-9-CM: IMO0002 | | | 8/4/2014 - Present |
| **HTN (hypertension)** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 8/4/2014 - Present |
| **Leiomyoma of uterus** | ICD-10-CM: D25.9<br>ICD-9-CM: 218.9 | | | 8/22/2014 - Present |
| **Excessive or frequent menstruation** | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 8/22/2014 - Present |
| **Coagulation defect** | ICD-10-CM: D68.9<br>ICD-9-CM: 286.9 | | | 8/22/2014 - Present |
| **Esophagitis** | ICD-10-CM: K20.9<br>ICD-9-CM: 530.10 | | | 8/22/2014 - Present |
| **Abdominal pain** | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 8/22/2014 - Present |
| **Status post hysterectomy** | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | | | 10/8/2014 - Present |
| **Pinched nerve in neck** | ICD-10-CM: G58.8<br>ICD-9-CM: 355.9 | | | 2/3/2016 - Present |

**Reviewed** On: **9/28/2016** By: **Barbara Holden, LPN**

### Allergies as of 9/28/2016

| Allergen | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrocodone** | 04/01/2014 | | |
| **Percocet [Oxycodone-Acetaminophen]** | 11/06/2014 | Allergy | Nausea Only |

### Immunizations

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical**<br>Given By: | 01/01/16 | | | |
| **Influenza TIV historical** | Thu Oct 9, 2014 2:12 | 0.5 mL | Intramuscular | Left deltoid |

## Visit Summary (continued)

### Immunizations (continued)

| Name | Date | Dose | Route | Site |
| --- | --- | --- | --- | --- |
| | PM | | | |

Given By: Joyce Bradshaw, RN

### Vital Signs

Most recent update: 9/28/2016 8:31 AM by Barbara Holden, LPN

| BP | Pulse | Temp(Src) | Resp | Ht | Wt |
| --- | --- | --- | --- | --- | --- |
| 140/100 mmHg | 65 | 98.4 °F (36.9 °C) (Oral) | 21 | 5' 3" (1.6 m) | 199 lb (90.266 kg) |
| **BMI** | **SpO2** | **LMP** | | | |
| 35.26 kg/m2 | 98% | 09/10/2014 | | | |

## Treatment Vitals (all recorded)

### Treatment Vitals

None

## Patient History

**Medical as of 9/28/2016**

| Past Medical History | Date | Comments | Source |
|---|---|---|---|
| Uterine fibroid [D25.9] | | | Provider |
| Hypertension [I10] | | | Provider |
| Obesity [E66.9] | | | Provider |
| Migraine [G43.909] | | | Provider |
| Anxiety [F41.9] | | | Provider |
| Pyelonephritis [N12] | | | Provider |
| Gastritis [K29.70] | | | Provider |
| Guillain-Barre syndrome [G61.0] | 1996 | | Provider |
| Diminished uterine growth [N85.9] | | | Provider |
| History of abnormal cervical Pap smear [Z87.898] | | Had some before, forgot to mention. | Patient |
| Anemia [D64.9] | 7/14 | | Patient |
| Migraines, neuralgic [G44.009] | | All the time, since 2001 | Patient |
| GERD (gastroesophageal reflux disease) [K21.9] | | | Patient |
| Urinary tract infection [N39.0] | 7/14 | | Patient |

**Surgical as of 9/28/2016**

| Past Surgical History | Laterality | Date | Comments |
|---|---|---|---|
| CESAREAN SECTION [SUR1452] | | 2001 | |
| ESOPHAGOGASTRODUODENOSCOPY [SHX1529] | | 2013 | |
| HYSTERECTOMY [SHX81] | | | |
| DILATION AND CURETTAGE ; HYSTEROSCOPY [SHX3121] | N/A | 10/23/2014 | Procedure: Revision of Vaginal Cuff, EUA, cystoscopy; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |

| | | | | |
|---|---|---|---|---|
| | ROBOTIC HYSTERECTOMY CYSTOSCOPY [SHX3934] | N/A | 10/8/2014 | Procedure: ROBOTIC TOTAL HYSTERECTOMY CYSTOSCOPY, BILATERAL SALPINGECTOMY, EUA; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |

**Family as of 9/28/2016**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Diabetes | Mother | | | | Provider |
| Hypertension | Mother | | | | Provider |
| Cirrhosis | Father | | | | Provider |

**Family Status as of 9/28/2016**

| Relation | Name | Status | Death Age | Comments | Source |
|---|---|---|---|---|---|
| Father | | Deceased | 57 | | Provider |
| Mother | | Alive | | | Provider |

**Tobacco Use as of 9/28/2016**

| Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeless Tobacco Status | Smokeless Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|
| Never Smoker | Patient | | 0.0 | 0.0 | | | | Never Used | |

**Alcohol Use as of 9/28/2016**

| Alcohol Use | Source | Drinks/Week | Alcohol/Wk | Comments |
|---|---|---|---|---|
| No | Patient | | | |

**Drug Use as of 9/28/2016**

| Drug Use | Source | Types | Frequency | Comments |
|---|---|---|---|---|
| No | Patient | | 0.00 | |

**Sexual Activity as of 9/28/2016**

| Sexually Active | Source | Birth Control | Partners | Comments |
|---|---|---|---|---|
| No | Patient | | | |

**Social ADL as of 9/28/2016**

| ADL Question | Response | Comments | Source |
|---|---|---|---|
| **None** | | | |

**Occupational as of 9/28/2016** **None**

**Socioeconomic as of 9/28/2016**

| Marital Status | Spouse Name | Num of Children | Years Education | Source |
|---|---|---|---|---|
| Single | | | | |
| Preferred Language | Ethnicity | Race | | |
| English | Not Hispanic or Latino | Black or African American | | |

## Medications

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking/Discontinued)** | 30 tablet | 0 | 9/16/2016 | 11/8/2016 |
| Sig: TAKE ONE TABLET BY MOUTH EVERY NIGHT<br>Reason for Discontinue: **Reorder**<br>Cosign for Ordering: Accepted by Whitney Tolbert, NP on 9/16/2016 1:12 PM | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking/Discontinued)** | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| Sig: Take 1 tablet (10 mg total) by mouth one (1) time a day.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | | |
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Taking/Discontinued)** | 20 tablet | 0 | 7/12/2016 | 1/31/2017 |
| Sig: Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms<br>Class: Print<br>Route: Oral | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking/Discontinued)** | | 0 | 8/8/2016 | 1/31/2017 |
| Sig: TAKE ONE CAPSULE PO QHS<br>Class: Historical Med | | | | |
| **losartan (COZAAR) 25 MG tablet (Taking/Discontinued)** | 30 tablet | 0 | 9/22/2016 | 9/28/2016 |
| Sig: Take one tablet (25 mg total) by mouth one (1) time a day<br>Class: No Print<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | | |
| **losartan (COZAAR) 50 MG tablet (Taking/Discontinued)** | 30 tablet | 0 | 9/28/2016 | 3/2/2017 |
| Sig: Take one tablet (50 mg total) by mouth one (1) time a day<br>Class: No Print<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | | |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)** | 30 tablet | 0 | 9/22/2016 | 1/31/2017 |
| Sig: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain<br>Class: Print<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | | |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)** | 30 tablet | 0 | 9/16/2016 | 11/8/2016 |
| Sig: TAKE ONE TABLET BY MOUTH EVERY NIGHT<br>Reason for Discontinue: **Reorder**<br>Cosign for Ordering: Accepted by Whitney Tolbert, NP on 9/16/2016 1:12 PM | | | | |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)** | 30 tablet | 0 | 9/16/2016 | 11/8/2016 |
| Sig: TAKE ONE TABLET BY MOUTH EVERY NIGHT<br>Cosign for Ordering: Accepted by Whitney Tolbert, NP on 9/16/2016 1:12 PM | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** | 30 tablet | 5 | 1/16/2014 | 12/2/2016 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth one (1) time a day. - Oral | | | | |

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Taking)**<br>Sig - Route: Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms - Oral<br>Class: Print | 20 tablet | 0 | 7/12/2016 | 1/31/2017 |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)**<br>Sig: TAKE ONE CAPSULE PO QHS<br>Class: Historical Med | | 0 | 8/8/2016 | 1/31/2017 |
| **losartan (COZAAR) 25 MG tablet** (Taking/Discontinued)<br>Sig - Route: Take one tablet (25 mg total) by mouth one (1) time a day - Oral<br>Class: No Print<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 9/22/2016 | 9/28/2016 |
| **traMADol (ULTRAM) 50 mg tablet (Taking)**<br>Sig - Route: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral<br>Class: Print | 30 tablet | 0 | 9/22/2016 | 1/31/2017 |
| **traZODone (DESYREL) 50 MG tablet (Taking)**<br>Sig: TAKE ONE TABLET BY MOUTH EVERY NIGHT<br>Cosign for Ordering: Accepted by Whitney Tolbert, NP on 9/16/2016 1:12 PM | 30 tablet | 0 | 9/16/2016 | 11/8/2016 |

### Discontinued Medications

| | Reason for Discontinue |
|---|---|
| **losartan (COZAAR) 25 MG tablet** | Reorder |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **losartan (COZAAR) 50 MG tablet** (Discontinued)<br>Sig - Route: Take one tablet (50 mg total) by mouth one (1) time a day - Oral<br>Class: No Print<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 9/28/2016 | 3/2/2017 |

### All Meds and Administrations

(There are no med orders for this encounter)

## Orders

### All Orders and Results Except Lab and Imaging

No orders and results found

## Result Summary

### All Lab and Imaging Orders and Results

No orders and results found

## Progress Notes

### Progress Notes by Whitney Tolbert, NP at 9/28/2016 1:39 PM

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 9/28/2016 1:39 PM (continued)**

Author: Whitney Tolbert, NP
Service: (none)
Author Type: Nurse Practitioner
Filed: 9/28/2016 2:16 PM
Note Time: 9/28/2016 1:39 PM
Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner)
Cosigner: Alston Graham Warr, MD at 9/28/2016 2:48 PM

## Subjective:

**Patient ID**: Shanna L Richardson is a 39 y.o. female.

HPI

Shanna presents today for follow-up regarding her neck pain as a result of degenerative disc disease. She reports she is unable to work due to her neck pain that radiates down her left arm. Her job at Nike requires lifting and she is needing time off for further evaluation per neurosurgery. She is requesting to be scheduled with Dr. Maurice Smith at Semmes-Murphy. She has records from ER admission that reports DDD at c5-c6. Continues to have numbness and tingling down left arm. She has resumed losartan as directed.

Review of Systems
Constitutional: Positive for fatigue. Negative for fever.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Musculoskeletal: Positive for back pain and neck pain.
Neurological: Positive for numbness and headaches. Negative for dizziness.

Past Medical History

| Diagnosis | Date |
|---|---|
| • Uterine fibroid | |
| • Hypertension | |
| • Obesity | |
| • Migraine | |
| • Anxiety | |
| • Pyelonephritis | |
| • Gastritis | |
| • Guillain-Barre syndrome | 1996 |
| • Diminished uterine growth | |
| • History of abnormal cervical Pap smear<br>*Had some before, forgot to mention.* | |
| • Anemia | 7/14 |
| • Migraines, neuralgic<br>*All the time, since 2001* | |
| • GERD (gastroesophageal reflux disease) | |
| • Urinary tract infection | 7/14 |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cesarean section | | 2001 |
| • Esophagogastroduodenoscopy | | 2013 |
| • Hysterectomy | | |

## Progress Notes (continued)

### Progress Notes by Whitney Tolbert, NP at 9/28/2016 1:39 PM (continued)

- Robotic hysterectomy cystoscopy — 10/8/2014
  *Performed by AZARI, AHMAD at MEM BMH-Women's OR.*
- Dilation and curettage ; hysteroscopy — 10/23/2014
  *Performed by AZARI, AHMAD at MEM BMH-Women's OR.*

**Social History**

Substance Use Topics

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol Use: | No |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |
| • Hypertension | Mother | |
| • Cirrhosis | Father | |

**Allergies**

| Allergen | Reactions |
|---|---|
| • Hydrocodone | |
| • Percocet [Oxycodone-Acetaminophen] | Nausea Only |

**Outpatient Prescriptions Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 50 MG tablet | TAKE ONE TABLET BY MOUTH EVERY NIGHT | 30 tablet | 0 |
| • amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet (10 mg total) by mouth one (1) time a day. | 30 tablet | 5 |
| • cyclobenzaprine (FLEXERIL) 5 MG tablet | Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms | 20 tablet | 0 |
| • gabapentin (NEURONTIN) 300 MG capsule | TAKE ONE CAPSULE PO QHS | | 0 |
| • traMADol (ULTRAM) 50 mg tablet | Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain | 30 tablet | 0 |
| • traZODone (DESYREL) 50 MG tablet | TAKE ONE TABLET BY MOUTH EVERY NIGHT | 30 tablet | 0 |
| • losartan (COZAAR) 25 MG tablet | Take one tablet (25 mg total) by mouth one (1) time a day | 30 tablet | 0 |

**Objective:**

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 9/28/2016 1:39 PM (continued)**

BP 140/100 mmHg | Pulse 65 | Temp(Src) 98.4 °F (36.9 °C) (Oral) | Resp 21 | Ht 5' 3" (1.6 m) | Wt 199 lb (90.266 kg) | BMI 35.26 kg/m2 | SpO2 98% | LMP 09/10/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:
**Tender along posterior neck and bilateral trapezius muscles. Neck ROM moderately restricted.**
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

No results found for this or any previous visit (from the past 36 hour(s)).

**Assessment/Plan:**

Shanna was seen today for follow-up.

Diagnoses and all orders for this visit:

**DDD (degenerative disc disease), cervical**

**Benign essential hypertension**
- losartan (COZAAR) 50 MG tablet; Take one tablet (50 mg total) by mouth one (1) time a day

Return if symptoms worsen or fail to improve.

**Patient Instructions**
Will refer to Semmes Murphy as planned and fax records as well.
Will complete FMLA paperwork as well.
Continue heat and current medication.
Increase losartan to 50mg daily. Make sure to follow a diet low in sodium. Monitor BP frequently and notify me if consistently greater than 140/90.

## Progress Notes (continued)

### Progress Notes by Whitney Tolbert, NP at 9/28/2016 1:39 PM (continued)

Electronically signed by Whitney Tolbert, NP at 9/28/2016 2:16 PM
Electronically signed by Alston Graham Warr, MD at 9/28/2016 2:48 PM

## Patient Instructions

### Patient Instructions by Whitney Tolbert, NP at 9/28/2016 2:15 PM

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 9/28/2016 2:16 PM Note Time: 9/28/2016 2:15 PM Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner)

Will refer to Semmes Murphy as planned and fax records as well.
Will complete FMLA paperwork as well.
Continue heat and current medication.
Increase losartan to 50mg daily. Make sure to follow a diet low in sodium. Monitor BP frequently and notify me if consistently greater than 140/90.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

### Follow-up and Disposition History

| User | Date & Time |
| --- | --- |
| TOLBERT, WHITNEY | 9/28/2016 2:16 PM |

### Disposition:

Return if symptoms worsen or fail to improve.

### Follow-up:

N/A

### Instructions:

N/A

### Check-out Note:

N/A

### Send Reminder:

N/A

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

**Order-Level Documents: (continued)**

There are no order-level documents.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## Visit Summary

### Reason for Visit

**Establish Care** referral Semmes Murphy Clinic about pt neck Dr. Foley.

### Diagnoses

**Bulging of cervical intervertebral disc** - Primary
**Neck pain**
**Other depression**
**Primary insomnia**

### Problem List as of 1/31/2017

Date Reviewed: **9/28/2016**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Anxiety state** | ICD-10-CM: F41.1<br>ICD-9-CM: 300.00 | | | 2/15/2013 - Present |
| **Hypertension, benign** | ICD-10-CM: I10<br>ICD-9-CM: 401.1 | | | 2/15/2013 - Present |
| **Depressive disorder** | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 2/15/2013 - Present |
| **Insomnia** | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | | | 2/15/2013 - Present |
| **Migraine** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 2/15/2013 - Present |
| **Abnormal uterine bleeding (AUB)** | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/4/2014 - Present |
| **Pelvic pain** | ICD-10-CM: R10.2<br>ICD-9-CM: IMO0002 | | | 8/4/2014 - Present |
| **HTN (hypertension)** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 8/4/2014 - Present |
| **Leiomyoma of uterus** | ICD-10-CM: D25.9<br>ICD-9-CM: 218.9 | | | 8/22/2014 - Present |
| **Excessive or frequent menstruation** | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 8/22/2014 - Present |
| **Coagulation defect** | ICD-10-CM: D68.9<br>ICD-9-CM: 286.9 | | | 8/22/2014 - Present |
| **Esophagitis** | ICD-10-CM: K20.9<br>ICD-9-CM: 530.10 | | | 8/22/2014 - Present |
| **Abdominal pain** | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 8/22/2014 - Present |
| **Status post hysterectomy** | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | | | 10/8/2014 - Present |
| **Pinched nerve in neck** | ICD-10-CM: G58.8<br>ICD-9-CM: 355.9 | | | 2/3/2016 - Present |

### Allergies as of 1/31/2017

**Reviewed** On: **1/31/2017** By: **Cyntreya Neely, CMA**

| Allergen | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Hydrocodone** | 04/01/2014 | | |
| **Percocet [Oxycodone-Acetaminophen]** | 11/06/2014 | Allergy | Nausea Only |

### Immunizations

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical** | 01/01/16 | | | |

## Visit Summary (continued)

### Immunizations (continued)

| Name<br>Given By: | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza TIV historical**<br>Given By: Joyce Bradshaw, RN | Thu Oct 9, 2014 2:12 PM | 0.5 mL | Intramuscular | Left deltoid |

### Vital Signs

Most recent update: 1/31/2017 12:51 PM by Whitney Tolbert, NP

| BP | Pulse | Temp(Src) | Resp | Ht | Wt |
|---|---|---|---|---|---|
| 140/99 mmHg | 67 | 98.2 °F (36.8 °C) (Oral) | 18 | 5' 3" (1.6 m) | 201 lb (91.173 kg) |
| **BMI** | **SpO2** | **LMP** | | | |
| 35.61 kg/m2 | 97% | 09/10/2014 | | | |

Vitals History

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 01/31/17

## Treatment Vitals (all recorded)

### Treatment Vitals

None

## Patient History

**Medical as of 1/31/2017**

| Past Medical History | Date | Comments | Source |
|---|---|---|---|
| Uterine fibroid [D25.9] | | | Provider |
| Hypertension [I10] | | | Provider |
| Obesity [E66.9] | | | Provider |
| Migraine [G43.909] | | | Provider |
| Anxiety [F41.9] | | | Provider |
| Pyelonephritis [N12] | | | Provider |
| Gastritis [K29.70] | | | Provider |
| Guillain-Barre syndrome [G61.0] | 1996 | | Provider |
| Diminished uterine growth [N85.9] | | | Provider |
| History of abnormal cervical Pap smear [Z87.898] | | Had some before, forgot to mention. | Patient |
| Anemia [D64.9] | 7/14 | | Patient |
| Migraines, neuralgic [G44.009] | | All the time, since 2001 | Patient |
| GERD (gastroesophageal reflux disease) [K21.9] | | | Patient |
| Urinary tract infection [N39.0] | 7/14 | | Patient |

**Surgical as of 1/31/2017**

| Past Surgical History | Laterality | Date | Comments |
|---|---|---|---|
| CESAREAN SECTION [SUR1452] | | 2001 | |
| ESOPHAGOGASTRODUODENOSCOPY [SHX1529] | | 2013 | |
| HYSTERECTOMY [SHX81] | | | |
| DILATION AND CURETTAGE ; HYSTEROSCOPY [SHX3121] | N/A | 10/23/2014 | Procedure: Revision of Vaginal Cuff, EUA, cystoscopy; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |

BAPTIST

BMG The Light Clinic
7715 Wolf River Blvd.
Germantown TN 38138-1706
Amb Encounter Report

RICHARDSON,SHANNA L
MRN: 10272441
DOB: Sex: F
Enc. Date: 01/31/17

| | | | | |
|---|---|---|---|---|
| | ROBOTIC HYSTERECTOMY CYSTOSCOPY [SHX3934] | N/A | 10/8/2014 | Procedure: ROBOTIC TOTAL HYSTERECTOMY CYSTOSCOPY, BILATERAL SALPINGECTOMY, EUA; Surgeon: Ahmad Azari, MD; Location: MEM BMH-Women's OR; Service: Gynecology; Laterality: N/A; |
| | CERVICAL SPINE SURGERY [SHX589] | | 11/23/2016 | |

| **Family as of 1/31/2017** | Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|---|
| | Diabetes | Mother | | | | Provider |
| | Hypertension | Mother | | | | Provider |
| | Cirrhosis | Father | | | | Provider |

| **Family Status as of 1/31/2017** | Relation | Name | Status | Death Age | Comments | Source |
|---|---|---|---|---|---|---|
| | Father | | Deceased | 57 | | Provider |
| | Mother | | Alive | | | Provider |

| **Tobacco Use** | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeless Tobacco Status | Smokeless Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|---|
| **as of 1/31/2017** | Never Smoker | Provider | | 0.0 | 0.0 | | | | Never Used | |

| **Alcohol Use as of 1/31/2017** | Alcohol Use | Source | Drinks/Week | Alcohol/Wk | Comments |
|---|---|---|---|---|---|
| | No | Provider | | | |

| **Drug Use as of 1/31/2017** | Drug Use | Source | Types | Frequency | Comments |
|---|---|---|---|---|---|
| | No | Provider | | 0.00 | |

| **Sexual Activity as of 1/31/2017** | Sexually Active | Source | Birth Control | Partners | Comments |
|---|---|---|---|---|---|
| | No | Provider | | | |

| **Social ADL as of 1/31/2017** | ADL Question | Response | Comments | Source |
|---|---|---|---|---|
| | **None** | | | |

**Occupational as of 1/31/2017** **None**

| **Socioeconomic as of 1/31/2017** | Marital Status | Spouse Name | Num of Children | Years Education | Source |
|---|---|---|---|---|---|
| | Single | | | | Provider |
| | Preferred Language | Ethnicity | Race | | |
| | English | Not Hispanic or Latino | Black or African American | | |

## Medications

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)**<br>Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral | 30 tablet | 5 | 1/31/2017 | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)**<br>Sig: Take one tablet (10 mg total) by mouth daily as needed for muscle spasms<br>Route: Oral | 30 tablet | 2 | 1/31/2017 | |
| **traMADol (ULTRAM) 50 mg tablet (Taking)**<br>Sig: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain<br>Class: Print<br>Route: Oral | 30 tablet | 2 | 1/31/2017 | |
| **traZODone (DESYREL) 50 MG tablet (Taking)**<br>Sig: Take one tablet (50 mg total) by mouth nightly<br>Route: Oral | 30 tablet | 2 | 1/31/2017 | |
| **amitriptyline (ELAVIL) 50 MG tablet** (Taking/Discontinued)<br>Sig: TAKE ONE TABLET BY MOUTH EVERY NIGHT<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 11/8/2016 | 1/31/2017 |
| **amLODIPine (NORVASC) 10 MG tablet** (Taking/Discontinued)<br>Sig: Take one tablet (10 mg total) by mouth one (1) time a day<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 5 | 12/2/2016 | 3/2/2017 |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** (Taking/Discontinued)<br>Sig: TK 1 T PO TID FOR 5 DAYS PRN FOR SPASMS<br>Class: Historical Med<br>Reason for Discontinue: **Reorder** | | 0 | 1/9/2017 | 1/31/2017 |
| **losartan (COZAAR) 50 MG tablet** (Taking/Discontinued)<br>Sig: Take one tablet (50 mg total) by mouth one (1) time a day<br>Class: No Print<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 9/28/2016 | 3/2/2017 |
| **traMADol (ULTRAM) 50 mg tablet** (Taking/Discontinued)<br>Sig: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain<br>Class: Print<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 9/22/2016 | 1/31/2017 |
| **traZODone (DESYREL) 50 MG tablet** (Taking/Discontinued)<br>Sig: TAKE ONE TABLET BY MOUTH EVERY NIGHT<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 11/8/2016 | 1/31/2017 |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet** (Taking/Discontinued) | 30 tablet | 0 | 11/8/2016 | 1/31/2017 |

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: TAKE ONE TABLET BY MOUTH EVERY NIGHT<br>Reason for Discontinue: **Reorder** | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig - Route: Take one tablet (10 mg total) by mouth one (1) time a day - Oral | 30 tablet | 5 | 12/2/2016 | 3/2/2017 |
| **losartan (COZAAR) 50 MG tablet (Taking)**<br>Sig - Route: Take one tablet (50 mg total) by mouth one (1) time a day - Oral<br>Class: No Print | 30 tablet | 0 | 9/28/2016 | 3/2/2017 |
| **traMADol (ULTRAM) 50 mg tablet (Taking/Discontinued)**<br>Sig - Route: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral<br>Class: Print<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 9/22/2016 | 1/31/2017 |
| **traZODone (DESYREL) 50 MG tablet (Taking/Discontinued)**<br>Sig: TAKE ONE TABLET BY MOUTH EVERY NIGHT<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 11/8/2016 | 1/31/2017 |
| **cyclobenzaprine (FLEXERIL) 5 MG tablet (Discontinued)**<br>Sig - Route: Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms - Oral<br>Class: Print | 20 tablet | 0 | 7/12/2016 | 1/31/2017 |
| **gabapentin (NEURONTIN) 300 MG capsule (Discontinued)**<br>Sig: TAKE ONE CAPSULE PO QHS<br>Class: Historical Med | | 0 | 8/8/2016 | 1/31/2017 |

### Discontinued Medications

| | Reason for Discontinue |
|---|---|
| **gabapentin (NEURONTIN) 300 MG capsule** | |
| **cyclobenzaprine (FLEXERIL) 5 MG tablet** | |
| **amitriptyline (ELAVIL) 50 MG tablet** | Reorder |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** | Reorder |
| **traMADol (ULTRAM) 50 mg tablet** | Reorder |
| **traZODone (DESYREL) 50 MG tablet** | Reorder |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet**<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral | 30 tablet | 5 | 1/31/2017 | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet**<br>Sig - Route: Take one tablet (10 mg total) by mouth daily as needed for muscle spasms - Oral | 30 tablet | 2 | 1/31/2017 | |
| **traMADol (ULTRAM) 50 mg tablet**<br>Sig - Route: Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain - Oral<br>Class: Print | 30 tablet | 2 | 1/31/2017 | |
| **traZODone (DESYREL) 50 MG tablet**<br>Sig - Route: Take one tablet (50 mg total) by mouth nightly - Oral | 30 tablet | 2 | 1/31/2017 | |

### All Meds and Administrations

(There are no med orders for this encounter)

**Orders**

## All Orders and Results Except Lab and Imaging (01/31/17 - 01/31/17)

### Ambulatory referral to Neurosurgery

Electronically signed by: **Whitney Tolbert, NP on 01/31/17 0942** Status: **Active**
Ordering user: Whitney Tolbert, NP 01/31/17 0942 Ordering provider: Whitney Tolbert, NP
Authorized by: Whitney Tolbert, NP

Frequency: 01/31/17 -
Diagnoses:
Bulging of cervical intervertebral disc [M50.20]
Comments:
Patient requests Dr. Foley

## Result Summary

### All Lab and Imaging Orders and Results

No orders and results found

## Progress Notes

### Progress Notes by Whitney Tolbert, NP at 1/31/2017 9:37 AM

Author: Whitney Tolbert, NP Service: (none) Author Type: Nurse Practitioner
Filed: 1/31/2017 4:20 PM Note Time: 1/31/2017 9:37 AM Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner) Cosigner: Alston Graham Warr, MD at 2/5/2017 2:03 PM

**Subjective:**

**Patient ID**: Shanna L Richardson is a 39 y.o. female.

**Neck Pain**

This is a recurrent problem. The current episode started more than 1 month ago. The problem occurs constantly. The problem has been waxing and waning. The pain is associated with an unknown factor. The pain is present in the left side, occipital region and midline. The quality of the pain is described as aching and shooting. The pain is severe. The symptoms are aggravated by position, bending and twisting. The pain is same all the time. Associated symptoms include headaches, numbness and tingling. Pertinent negatives include no chest pain, fever, leg pain, pain with swallowing, paresis, photophobia, syncope, trouble swallowing, visual change, weakness or weight loss. She has tried muscle relaxants, heat, NSAIDs, ice, oral narcotics, home exercises, acetaminophen and bed rest for the symptoms. The treatment provided moderate relief.

Reports seeing Dr. Park at Campbell Clinic and was told MRI shows bulging Discs at c5-c6 and degenerative discs. She requests to be scheduled with Dr. Foley for surgical consultation.

Also requests refills on trazodone and amitriptyline which help to improve insomnia and depression. States these meds work very well for her.

Review of Systems
Constitutional: Negative for fever and weight loss.
HENT: Negative for trouble swallowing.
Eyes: Negative for photophobia.
Respiratory: Negative for cough and shortness of breath.

## Progress Notes (continued)

### Progress Notes by Whitney Tolbert, NP at 1/31/2017 9:37 AM (continued)

Cardiovascular: Negative for chest pain and syncope.
Gastrointestinal: Negative for nausea, vomiting and abdominal pain.
Musculoskeletal: Positive for neck pain.
Skin: Negative for rash.
Neurological: Positive for tingling, numbness and headaches. Negative for dizziness and weakness.
Hematological: Negative for adenopathy.
Psychiatric/Behavioral: Negative for sleep disturbance and dysphoric mood. The patient is not nervous/anxious.

#### Past Medical History

| Diagnosis | Date |
|---|---|
| • Uterine fibroid | |
| • Hypertension | |
| • Obesity | |
| • Migraine | |
| • Anxiety | |
| • Pyelonephritis | |
| • Gastritis | |
| • Guillain-Barre syndrome | 1996 |
| • Diminished uterine growth | |
| • History of abnormal cervical Pap smear<br>*Had some before, forgot to mention.* | |
| • Anemia | 7/14 |
| • Migraines, neuralgic<br>*All the time, since 2001* | |
| • GERD (gastroesophageal reflux disease) | |
| • Urinary tract infection | 7/14 |

#### Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cesarean section | | 2001 |
| • Esophagogastroduodenoscopy | | 2013 |
| • Hysterectomy | | |
| • Cervical spine surgery | | 11/23/2016 |
| • Robotic hysterectomy cystoscopy<br>*Performed by AZARI, AHMAD at MEM BMH-Women's OR.* | 10/8/2014 | |
| • Dilation and curettage ; hysteroscopy<br>*Performed by AZARI, AHMAD at MEM BMH-Women's OR.* | 10/23/2014 | |

#### Social History

| Substance Use Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol Use: | No |

#### Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |
| • Hypertension | Mother | |

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 1/31/2017 9:37 AM (continued)**

| | |
|---|---|
| • Cirrhosis | Father |

**Allergies**

| Allergen | Reactions |
|---|---|
| • Hydrocodone | |
| • Percocet [Oxycodone-Acetaminophen] | Nausea Only |

**Outpatient Prescriptions Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amLODIPine (NORVASC) 10 MG tablet | Take one tablet (10 mg total) by mouth one (1) time a day | 30 tablet | 5 |
| • losartan (COZAAR) 50 MG tablet | Take one tablet (50 mg total) by mouth one (1) time a day | 30 tablet | 0 |
| • amitriptyline (ELAVIL) 50 MG tablet | TAKE ONE TABLET BY MOUTH EVERY NIGHT | 30 tablet | 0 |
| • traMADol (ULTRAM) 50 mg tablet | Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain | 30 tablet | 0 |
| • traZODone (DESYREL) 50 MG tablet | TAKE ONE TABLET BY MOUTH EVERY NIGHT | 30 tablet | 0 |
| • cyclobenzaprine (FLEXERIL) 5 MG tablet | Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms | 20 tablet | 0 |
| • gabapentin (NEURONTIN) 300 MG capsule | TAKE ONE CAPSULE PO QHS | | 0 |

**Objective:**

BP 140/99 mmHg | Pulse 67 | Temp(Src) 98.2 °F (36.8 °C) (Oral) | Resp 18 | Ht 5' 3" (1.6 m) | Wt 201 lb (91.173 kg) | BMI 35.61 kg/m2 | SpO2 97% | LMP 09/10/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Neck: Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.

**Progress Notes (continued)**

**Progress Notes by Whitney Tolbert, NP at 1/31/2017 9:37 AM (continued)**

Musculoskeletal:
**Neck ROM significantly decreased. Tender to palp posteriorly and to the left along trapezius.**
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

No results found for this or any previous visit (from the past 36 hour(s)).

**Assessment/Plan:**

Shanna was seen today for establish care.

Diagnoses and all orders for this visit:

**Bulging of cervical intervertebral disc**
- cyclobenzaprine (FLEXERIL) 10 MG tablet; Take one tablet (10 mg total) by mouth daily as needed for muscle spasms
- traMADol (ULTRAM) 50 mg tablet; Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain
- Ambulatory referral to Neurosurgery; Future

**Neck pain**
- cyclobenzaprine (FLEXERIL) 10 MG tablet; Take one tablet (10 mg total) by mouth daily as needed for muscle spasms
- traMADol (ULTRAM) 50 mg tablet; Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain

**Other depression**
- amitriptyline (ELAVIL) 50 MG tablet; Take one tablet (50 mg total) by mouth nightly

**Primary insomnia**
- traZODone (DESYREL) 50 MG tablet; Take one tablet (50 mg total) by mouth nightly

Return in about 6 months (around 7/31/2017) for Next scheduled follow up.

**Patient Instructions**
Please notify me if you have not been contacted by the BMG Referral Center regarding an appointment date and time with a specialist in one week.
Feel free to contact me with any questions or concerns.

## Progress Notes (continued)

### Progress Notes by Whitney Tolbert, NP at 1/31/2017 9:37 AM (continued)

Electronically signed by Whitney Tolbert, NP at 1/31/2017 4:20 PM
Electronically signed by Alston Graham Warr, MD at 2/5/2017 2:03 PM

## Patient Instructions

### Patient Instructions by Whitney Tolbert, NP at 1/31/2017 4:20 PM

Author: Whitney Tolbert, NP    Service: (none)    Author Type: Nurse Practitioner
Filed: 1/31/2017 4:20 PM    Note Time: 1/31/2017 4:20 PM    Status: Signed
Editor: Whitney Tolbert, NP (Nurse Practitioner)

Please notify me if you have not been contacted by the BMG Referral Center regarding an appointment date and time with a specialist in one week.
Feel free to contact me with any questions or concerns.

### History & Physical

No notes of this type exist for this encounter.

### Other Notes

No notes of this type exist for this encounter.

### Follow-up and Disposition History

| User | Date & Time |
|---|---|
| TOLBERT, WHITNEY | 1/31/2017 4:20 PM |

### Disposition:

Return in about 6 months (around 7/31/2017) for Next scheduled follow up.

### Follow-up:

N/A

### Instructions:

N/A

### Check-out Note:

N/A

### Send Reminder:

N/A

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

### Patient Care Timeline

No data selected in time range

**Patient Care Timeline (continued)**

**Patient Care Timeline**

No data selected in time range

**END OF REPORT**

**n0197271**

| | |
|---|---|
| **From:** | Shanna Richardson |
| **Sent:** | Tuesday, March 28, 2017 3:27:23 PM |
| **To:** | Corcoran, Amy |
| **Subject:** | My medical records from Dr. Tolbert |

Hi Amy,
This is Shanna Richardson, I will be picking up my medical records tomorrow and will be sending them to you. Health port are sending them to you by mail but I don't know how long they will reach you. Expect to receive them tomorrow from me. Thank you and have a nice day.

**Shanna Richardson**

**Female**

# Prescription Records

03/20/2015 - 03/19/2017

**Confidential Patient Information**

Walgreens
8350 S River Pkwy
Tempe, AZ 85284,
(877) 250-5823

| Fill Date | Prescription | NDC# | Qty | Pharmacist | Prescriber | Insur/Claim Ref# | Price |
|---|---|---|---|---|---|---|---|
| 03/02/2017 | Losartan 50mg Tablets RX #:3513276-04735 | 65862020299 | 30 | WLC | WHITNEY, TOLBERT | TNCAR 00014576509101 | [redacted] |
| 03/02/2017 | Amlodipine Besylate 10mg Tablets RX #:3513277-04735 | 68180075203 | 30 | WLC | WHITNEY, TOLBERT | TNCAR 00014576505801 | [redacted] |
| 02/23/2017 | Prednisone 20mg Tablets RX #:3510382-04735 | 00591544305 | 21 | AMS | CARLOS, RIVERA-TAVAREZ | TNCAR 00014512439701 | [redacted] |
| 02/21/2017 | Trazodone 50mg Tablets RX #:3509149-04735 | 60505265305 | 30 | OKA | WHITNEY, TOLBERT | TNCAR 00014482646501 | [redacted] |
| 01/31/2017 | Tramadol 50mg Tablets RX #:3499530-04735 | 68382031910 | 30 | MGL | WHITNEY, TOLBERT | CASH | [redacted] |

| Fill Date | Prescription | NDC# | Qty | Pharmacist | Prescriber | Insur/Claim Ref# | Price |
|---|---|---|---|---|---|---|---|
| 01/31/2017 | Cyclobenzaprine 10mg Tablets RX #:3499509-04735 | 59746017710 | 30 | MGL | WHITNEY, TOLBERT | TNCAR 00014264034101 | [redacted] |
| 01/31/2017 | Amitriptyline 50mg Tablets RX #:3499507-04735 | 16729017317 | 30 | MGL | WHITNEY, TOLBERT | TNCAR 00014263753601 | [redacted] |
| 01/10/2017 | Methylprednisolone 4mg Dospak 21's RX #:3490642-04735 | 59746000103 | 21 | SSV | ASHLEY, PARK | TNCAR 00014064669201 | [redacted] |
| 01/09/2017 | Cyclobenzaprine 10mg Tablets RX #:3490441-04735 | 59746017710 | 15 | LDD | SHANNON, VINSON | TNCAR 00014059811001 | [redacted] |
| 01/09/2017 | Ibuprofen 600mg Tablets RX #:3490440-04735 | 69238110205 | 12 | LDD | SHANNON, VINSON | TNCAR 00014059805301 | [redacted] |
| 12/01/2016 | Amitriptyline 50mg Tablets RX #:3474539-04735 | 16729017317 | 30 | ZPT | WHITNEY, TOLBERT | TNCAR 00013708917601 | [redacted] |
| 12/01/2016 | Trazodone 50mg Tablets RX #:3474538-04735 | 60505265305 | 30 | ZPT | WHITNEY, TOLBERT | TNCAR 00013708916001 | [redacted] |

| Fill Date | Prescription | NDC# | Qty | Pharmacist | Prescriber | Insur/Claim Ref# | Price |
|---|---|---|---|---|---|---|---|
| 11/08/2016 | Tramadol 50mg Tablets RX #:3464264-04735 | 68382031910 | 28 | AZS | ASHLEY, PARK | TNCAR 00013478961601 | [redacted] |
| 10/25/2016 | Tizanidine 4mg Tablets RX #:3458311-04735 | 55111018015 | 60 | AZS | ASHLEY, PARK | TNCAR 00013339645901 | [redacted] |
| 09/22/2016 | Tramadol 50mg Tablets RX #:3444821-04735 | 68382031910 | 30 | AZS | WHITNEY, TOLBERT | TNCAR 00013041873301 | [redacted] |
| 09/16/2016 | Trazodone 50mg Tablets RX #:3442222-04735 | 60505265305 | 30 | SSV | WHITNEY, TOLBERT | TNCAR 00012991837301 | [redacted] |
| 09/16/2016 | Amitriptyline 50mg Tablets RX #:3442223-04735 | 16729017317 | 30 | SSV | WHITNEY, TOLBERT | TNCAR 00012989473201 | [redacted] |
| 08/08/2016 | Amitriptyline 50mg Tablets RX #:3359965-04735 | 16729017317 | 30 | DLH | WHITNEY, TOLBERT | TNCAR 00012615603201 | [redacted] |
| 08/08/2016 | Tramadol 50mg Tablets RX #:3425884-04735 | 68382031910 | 12 | DLH | TONY, WRIGHT | TNCAR 00012615568701 | [redacted] |

| Fill Date | Prescription | NDC# | Qty | Pharmacist | Prescriber | Insur/Claim Ref# | Price |
|---|---|---|---|---|---|---|---|
| 08/08/2016 | Gabapentin 300mg Capsules RX #:3425876-04735 | 65162010250 | 30 | DLH | TONY, WRIGHT | TNCAR 00012615440701 | [redacted] |
| 08/08/2016 | Trazodone 50mg Tablets RX #:3359964-04735 | 50111043302 | 30 | DLH | WHITNEY, TOLBERT | TNCAR 00012614751301 | [redacted] |
| 07/12/2016 | Cyclobenzaprine 5mg Tablets RX #:3415730-04735 | 59746021106 | 20 | DLH | WHITNEY, TOLBERT | TNCAR 00012385676301 | [redacted] |
| 07/12/2016 | Tramadol 50mg Tablets RX #:3415729-04735 | 68382031910 | 30 | DLH | WHITNEY, TOLBERT | TNCAR 00012385667501 | [redacted] |
| 07/08/2016 | Amitriptyline 50mg Tablets RX #:3359965-04735 | 16729017317 | 30 | DLH | WHITNEY, TOLBERT | TNCAR 00012349087401 | [redacted] |
| 07/08/2016 | Trazodone 50mg Tablets RX #:3359964-04735 | 50111043302 | 30 | DLH | WHITNEY, TOLBERT | TNCAR 00012348846501 | [redacted] |
| 06/01/2016 | Amitriptyline 50mg Tablets RX #:3359965-04735 | 16729017317 | 30 | DLH | WHITNEY, TOLBERT | TNCAR 00012033700101 | [redacted] |

| Fill Date | Prescription | NDC# | Qty | Pharmacist | Prescriber | Insur/Claim Ref# | Price |
|---|---|---|---|---|---|---|---|
| 06/01/2016 | Trazodone 50mg Tablets RX #:3359964-04735 | 50111043302 | 30 | DLH | WHITNEY, TOLBERT | TNCAR 00012033640901 | [redacted] |
| 05/24/2016 | Tramadol 50mg Tablets RX #:3396583-04735 | 68382031910 | 30 | DLH | WHITNEY, TOLBERT | TNCAR 00011968129201 | [redacted] |
| 05/24/2016 | Cyclobenzaprine 5mg Tablets RX #:3396528-04735 | 59746021106 | 20 | DLH | WHITNEY, TOLBERT | TNCAR 00011967409701 | [redacted] |
| 05/01/2016 | Trazodone 50mg Tablets RX #:3359964-04735 | 50111043302 | 30 | ANB | WHITNEY, TOLBERT | TNCAR 00011758700701 | [redacted] |
| 05/01/2016 | Amitriptyline 50mg Tablets RX #:3359965-04735 | 16729017317 | 30 | ANB | WHITNEY, TOLBERT | TNCAR 00011758699901 | [redacted] |
| 04/03/2016 | Amitriptyline 50mg Tablets RX #:3359965-04735 | 16729017317 | 30 | LGI | WHITNEY, TOLBERT | TNCAR 00011493689701 | [redacted] |
| 04/03/2016 | Trazodone 50mg Tablets RX #:3359964-04735 | 50111043302 | 30 | LGI | WHITNEY, TOLBERT | TNCAR 00011493678101 | [redacted] |

| Fill Date | Prescription | NDC# | Qty | Pharmacist | Prescriber | Insur/Claim Ref# | Price |
|---|---|---|---|---|---|---|---|
| 03/02/2016 | Amitriptyline 50mg Tablets RX #:3359965-04735 | 16729017317 | 30 | NAE | WHITNEY, TOLBERT | TNCAR 00011193142101 | [redacted] |
| 03/02/2016 | Trazodone 50mg Tablets RX #:3359964-04735 | 50111043302 | 30 | NAE | WHITNEY, TOLBERT | TNCAR 00011193130501 | [redacted] |
| 02/17/2016 | Methylprednisolone 4mg Dospak 21's RX #:3353314-04735 | 59746000103 | 21 | AZS | WHITNEY, TOLBERT | TNCAR 00011066204001 | [redacted] |
| 02/17/2016 | Cyclobenzaprine 5mg Tablets RX #:3353316-04735 | 59746021106 | 20 | AZS | WHITNEY, TOLBERT | CASH | [redacted] |
| 02/08/2016 | Naproxen 500mg Tablets RX #:3349586-04735 | 68462019005 | 14 | ANB | JOHNATHAN, TUPPER | TNCAR 00010983309801 | [redacted] |
| 02/08/2016 | Cyclobenzaprine 10mg Tablets RX #:3349585-04735 | 59746017710 | 12 | ANB | JOHNATHAN, TUPPER | TNCAR 00010983309401 | [redacted] |
| 02/08/2016 | Tramadol 50mg Tablets RX #:3349584-04735 | 68382031910 | 15 | ANB | JOHNATHAN, TUPPER | TNCAR 00010983309101 | [redacted] |

| Fill Date | Prescription | NDC# | Qty | Pharmacist | Prescriber | Insur/Claim Ref# | Price |
|---|---|---|---|---|---|---|---|
| 12/28/2015 | Trazodone 50mg Tablets RX #:3331877-04735 | 50111043302 | 30 | AZS | WHITNEY, TOLBERT | TNCAR 00010595751401 | [redacted] |
| 12/28/2015 | Amitriptyline 50mg Tablets RX #:3331856-04735 | 16729017317 | 30 | AZS | WHITNEY, TOLBERT | TNCAR 00010595750701 | [redacted] |
| 12/01/2015 | Promethazine 25mg Tablets RX #:3320360-04735 | 00781183001 | 20 | AZS | WHITNEY, TOLBERT | TNCAR 00010351212201 | [redacted] |
| 12/01/2015 | Trazodone 50mg Tablets RX #:3320243-04735 | 50111043302 | 30 | AZS | WHITNEY, TOLBERT | TNCAR 00010346323601 | [redacted] |
| 12/01/2015 | Amitriptyline 50mg Tablets RX #:3320242-04735 | 16729017317 | 30 | AZS | WHITNEY, TOLBERT | TNCAR 00010346277601 | [redacted] |
| 10/24/2015 | Amitriptyline 50mg Tablets RX #:3279283-04735 | 16729017317 | 30 | SCB | WHITNEY, TOLBERT | TNCAR 00010005318201 | [redacted] |
| 10/23/2015 | Trazodone 50mg Tablets RX #:3279313-04735 | 50111043302 | 30 | AZS | WHITNEY, TOLBERT | TNCAR 00009997592201 | [redacted] |

| Fill Date | Prescription | NDC# | Qty | Pharmacist | Prescriber | Insur/Claim Ref# | Price |
|---|---|---|---|---|---|---|---|
| 09/23/2015 | Amitriptyline 50mg Tablets RX #:3279283-04735 | 16729017317 | 30 | SCU | WHITNEY, TOLBERT | TNCAR 00009716091701 | [redacted] |
| 09/23/2015 | Trazodone 50mg Tablets RX #:3279313-04735 | 50111043302 | 30 | SCU | WHITNEY, TOLBERT | TNCAR 00009716090501 | [redacted] |
| 08/27/2015 | Trazodone 50mg Tablets RX #:3279313-04735 | 50111043302 | 30 | AZS | WHITNEY, TOLBERT | TNCAR 00009455986201 | [redacted] |
| 08/27/2015 | Amitriptyline 50mg Tablets RX #:3279283-04735 | 16729017317 | 30 | AZS | WHITNEY, TOLBERT | TNCAR 00009455809601 | [redacted] |

| | |
|---|---|
| **TOTAL:** | [redacted] |
| **Generics saved you:** | $0.00 |
| **Using more generics could have saved you:** | $0.00 |
| **Insurance saved you:** | [redacted] |
| **Your cash quantity discount:** | $0.00 |

We thank you for choosing Walgreens.

**n0197271**

| | |
|---|---|
| **From:** | Shanna Richardson |
| **Sent:** | Monday, March 20, 2017 8:05:25 PM |
| **To:** | Corcoran, Amy |
| **Subject:** | My prescription history |
| **Attachments:** | Image.jpg; Image (2).jpg; Image (3).jpg; Image (4).jpg; Image (5).jpg; Image (6).jpg; Image (7).jpg; Image (8).jpg |

Hi Amy,

I finally received my prescription history and I'm sending it to you. You should receive the medical records from Dr. Tolbert soon, I talked to them twice Monday. Here is my prescription history.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

MS SHANNA RICHARDSON

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

March 15, 2017

Ms. Shanna Richardson

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999

Dear Ms. Shanna Richardson:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Based on the information received, your claim has been denied and no benefits are payable.

To be eligible to receive benefits, the Policy requires that you provide proof of disability as follows:

***Notice and Proof of Claim***

1. ***Notice***

   a. *Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

   b. *When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

2. ***Proof***

   a. *Satisfactory Proof of loss must be given to Liberty no later than 30 days after the end of the Elimination Period.*

   b. *Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such*

*time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

c. *Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On January 24, 2017, February 8 2017 and February 22, 2017 we requested all treatment notes, procedure reports, diagnostic test results, therapy records, hospital admission records, operative reports, prescription histories, Explanation of Benefits and treatment plans from October 4, 2015 to the present in order to evaluate your claim. We wrote to you on January 24, 2017 requesting that this information be provided by March 9, 2017.

To date we have not received the necessary documentation to approve benefits.

Since we did not receive the necessary proof to verify disability, your claim has been denied.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7206
London, KY 40742-7206

The written request for review must be sent within 180 days from the date of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

All treatment notes procedure reports, diagnostic test results, therapy records, hospital admission records, operative reports, prescription histories, Explanation of Benefits and treatment plans from October 4, 2015 to the present not already received from all treating providers including Campbell Clinic, Dr. Tolbert and Dr. Park as well as from your insurance company and pharmacies.

You should also provide any additional information that you feel will support your claim.

You may request to review pertinent claim file documents upon which the denial of benefits was based. If Liberty Life does not receive your written request for review within 180 days from the date of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date

your request is received.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

**n0197271**

**From:** Corcoran, Amy
**Sent:** Wednesday, March 08, 2017 9:46:25 AM
**To:** 'Shanna Richardson'
**Subject:** RE: My Health

Thank you for the update. Sorry to hear you're not doing well.

Amy Corcoran
Disability Case Manager
Liberty Mutual Benefits Claims- Dover, NH- Northeast
Liberty Life Assurance Company of Boston- A Liberty Mutual Insurance Co.
PO Box 7206, London, KY 40742-7206 Mailstop 03-4
Direct Dial: 1-855-306-6931 ext.16129
Direct Fax: 1-603-430-0489
Amy.Corcoran@libertymutual.com
This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-210-0268 extension 16129 and permanently delete the original and any copy of any e-mail and any printout thereof

-----Original Message-----
From: Shanna Richardson [mailto
Sent: Tuesday, March 07, 2017 1:17 PM
To: Corcoran, Amy <Amy.Corcoran@LibertyMutual.com>
Subject: My Health

Hi Amy,

This is Shanna Richardson, I went to my neurologist yesterday and he ordered for me to have some more test done on 3/28/2017 and I will be having a test done on my pelvis and lumbar region to see why my walking is affected from these areas and what to be done. I will send the records from these tests and what they are going to do, I'm not doing well and they are trying to see how to treat everything. I will have to sign a medical release form tomorrow for Dr. Tolbert to send the records from her, she's my primary care physician but I'm seeing specialist for my conditions. I'm no longer seeing Dr. Todd Fountain, I've been assigned to see Dr. Assaf T. Mohammad at Saint Francis Hospital here in Memphis, TN.

| | | | |
|---|---|---|---|
| **Name** | SHANNA RICHARDSON | **Document Created** | Mar 02, 2017 |
| **Patient ID** | 1009045 | | |

## Demographics

| | | | |
|---|---|---|---|
| **Address** | | **Race** | Black or African American |
| | | **Ethnicity** | Not Hispanic or Latino |
| **Phone** | **Home:**<br>**Work:**<br>**Fax:** | **Preferred Language** | eng (ISO639-2) |
| **Email:** | | | |
| **Birthdate** | | | |
| **Sex** | Female | | |

## Diagnoses

| Description | Status | Code | Diagnosis Date | Last Modified Date | Type | Source |
|---|---|---|---|---|---|---|
| Synovitis of hip | Active | 202926002 (SNOMED-CT) | Feb 16, 2017 | Feb 16, 2017 | Diagnosis | SRS EHR by SRSsoft. (EHR) |
| Radiculopathy of lumbar region | Active | 128196005 (SNOMED-CT) | Feb 16, 2017 | Mar 2, 2017 | Diagnosis | SRS EHR by SRSsoft. (EHR) |
| Spondylosis of cervical region without myelopathy or radiculopathy | Active | 267970006 (SNOMED-CT) | Jan 10, 2017 | Jan 10, 2017 | Diagnosis | SRS EHR by SRSsoft. (EHR) |
| Cervical radiculopathy | Active | 54404000 (SNOMED-CT) | Oct 25, 2016 | Nov 8, 2016 | Diagnosis | SRS EHR by SRSsoft. (EHR) |

## Vital Signs

| Date | Height/Length | Weight | BMI | Blood Pressure |
|---|---|---|---|---|
| Feb 16, 2017 | 63.00 in | 200.00 lbs | 35.4 | 162 / 111 |
| Oct 25, 2016 | 63.00 in | 196.50 lbs | 34.8 | 165 / 103 |

## Medications

| Drug Name | Code | Date | Dosage | Strength | Route | Quantity | Refills | Instruction | Status | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| PredniSONE | 312615 (RxNorm) | Feb 23, 2017 | Tablet | 20 MG | OR | 21 | 0 | one po tid x 5d, then one po bid x 2d, then one po qd x 2d | Active | SRS EHR by SRSsoft. (EHR) |
| Medrol 6 Day Dose Pack | | Jan 10, 2017 | Tablet | | Oral | 1 | 0 | take as directed | Active | SRS EHR by SRSsoft. (EHR) |
| Zanaflex | 153735 (RxNorm) | Jan 10, 2017 | Tablet | 4 MG | Oral | 60 | 1 | 1-2 tabs po qhs | Active | SRS EHR by SRSsoft. (EHR) |
| TraMADol HCl | 835603 (RxNorm) | Nov 8, 2016 | Tablet | 50 MG | Oral | 28 | 0 | 1 p.o. BID PRN PAIN | Active | SRS EHR by SRSsoft. (EHR) |
| Zanaflex | 153735 (RxNorm) | Oct 25, 2016 | Tablet | 4 MG | Oral | 60 | 0 | 1-2 tabs po qhs | Prior History No Longer Active | SRS EHR by SRSsoft. (EHR) |
| Lortab | 1495474 (RxNorm) | Oct 25, 2016 | | MG | Oral | -1 | PRN | | Active | SRS EHR by SRSsoft. (EHR) |
| Percocet | 1049625 (RxNorm) | Oct 25, 2016 | | MG | Oral | -1 | PRN | | Intolerant | SRS EHR by SRSsoft. (EHR) |
| AmLODIPine Besylate | 308136 (RxNorm) | Oct 25, 2016 | | MG | Oral | -1 | PRN | | Active | SRS EHR by |

| Drug Name | Code | Date | Dosage | Strength | Route | Quantity | Refills | Instruction | Status | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | SRSsoft. (EHR) |
| Amitriptyline HCl | 00395804819 (NDC) | Oct 25, 2016 | | | Does not apply | -1 | PRN | | Active | SRS EHR by SRSsoft. (EHR) |
| TraMADol HCl | 835603 (RxNorm) | Oct 25, 2016 | | MG | Oral | -1 | PRN | | Prior History No Longer Active | SRS EHR by SRSsoft. (EHR) |

## Allergies

| Type | Code | Date | Description | Agent | Reaction | Status | Source |
|---|---|---|---|---|---|---|---|
| Allergy | 1049625 (RxNorm) | Mar 2, 2017 | Percocet | | - Severe | Active | SRS EHR by SRSsoft. (EHR) |

## Social History

| Description | Status | Code | Start Date | Quit Date | Source |
|---|---|---|---|---|---|
| Smoking Status | Never smoker | 266919005 (SNOMED-CT) | | | SRS EHR by SRSsoft. (EHR) |

## Procedures

| Procedure | Code | Date | Disposition | Source |
|---|---|---|---|---|
| No Data Available | | | | |

## Results

| Test | Date | Status | Source |
|---|---|---|---|
| No Data Available | | | |

## Care Team

| Provider Name | Provider Contact Information | Role |
|---|---|---|
| CARLOS RIVERA-TAVAREZ | | |
| TOLBERT,NP WHITNEY | | |

## Plan of Care

Care Plan

| Description | Code | Instructions | Date |
|---|---|---|---|
| None Specified | | | |

Electronically generated by SRS EHR

Document ID:12824879

**n0197271**

---

**From:** Shanna Richardson
**Sent:** Friday, March 03, 2017 9:07:54 AM
**To:** Corcoran, Amy
**Subject:** RE: Explanation of Benefits

Okay, I will continue to send you medical records from my doctor's. I'm signing a release for Dr. Tolbert my Primary Care Physician, to send the records from her. I thought they already sent you the medical records from there, my doctor's nurse called me yesterday.
-------------------------------------------
On Fri, 3/3/17, Corcoran, Amy <Amy.Corcoran@LibertyMutual.com> wrote:

Subject: RE: Explanation of Benefits
To: "Shanna Richardson" <
Date: Friday, March 3, 2017, 7:04 AM

Thanks Shanna- I received
your other email as well- I will forward what we have along
to our nurse for review

Amy Corcoran
Disability Case
Manager
Liberty Mutual Benefits Claims-
Dover, NH- Northeast
Liberty Life Assurance
Company of Boston- A Liberty Mutual Insurance Co.
PO Box 7206, London, KY 40742-7206 Mailstop
03-4
Direct Dial: 1-855-306-6931
ext.16129
Direct Fax: 1-603-430-0489
Amy.Corcoran@libertymutual.com
This e-mail, and any attachments thereto, is
intended only for the use of the addressee(s) named herein
and may contain legally privileged and/or confidential
information. If you are not the intended recipient of this
e-mail, you are hereby notified that any dissemination,
distribution or copying of this e-mail, and any attachments
thereto, is strictly prohibited. If you have received this
e-mail in error, please notify me via return e-mail and via
telephone at 800-210-0268 extension 16129 and permanently
delete the original and any copy of any e-mail and any
printout thereof

-----Original Message-----
From: Shanna Richardson [mailto

Sent: Thursday, March 02, 2017 2:45 PM
To: Corcoran, Amy <Amy.Corcoran@LibertyMutual.com>
Subject: Explanation of Benefits

Hi Amy,

This is Shanna Richardson, these are the explanation of benefits for 2015.

BlueCare Tennessee | BlueCare℠

Benefits are administered by BlueCare Tennessee.
BlueCare Tennessee and BlueCare, independent licensees of the BlueCross BlueShield Association.

DATE: 12/18/2015

# EXPLANATION OF BENEFITS

SHANNA L RICHARDSON

Please retain this EOB for your records.
For TDD/TTY help call 1-800-848-0299.

## Summary of BlueCare Tennesee Plan Claim Processed on 12/18/2015

Claim Number: BTCPC4PX2K00 Received 12/08/2015 Group Number: 125000

Identification No: M14257035
Patient Name: SHANNA L RICHARDSON
Date Services Provided: 12/01/2015
Provider Name: POMYKALA, LORA A.

If you did not receive these services or have questions about this statement, please call

1-800-468-9698
8:00 A.M.-6:00 P.M. (ET)
Monday - Friday

## SUMMARY

| | |
|---|---|
| Total Charge Submitted | 38.00 |
| Total Benefits Provided/Network Savings | 38.00 |
| Other Insurance Benefits | .00 |
| Amount You Owed Provider (Contact your provider if you receive a bill for more than your EOB indicates that you owe.) | .00 |

# THIS IS NOT A BILL

## ITEMIZATION OF CHARGES

| Date of Service | Services Included | Submitted Charges | Network Savings | Copay/ Deductible | Non-Covered | Notes | Paid Provider |
|---|---|---|---|---|---|---|---|
| 12/01/15 | Pathology | 38.00 | 38.00 | | | WKO | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | TOTAL | 38.00 | 38.00 | | | | .00 |

* WKO - This lab service is required to be performed by Quest Diagnostics or Solstas Lab
* - Partners.



*Thank you for allowing us to serve you.*

BlueCare Tennessee | BlueCare℠

Benefits are administered by BlueCare Tennessee.
BlueCare Tennessee and BlueCare, independent licensees of the BlueCross BlueShield Association.

DATE: 12/18/2015

# EXPLANATION OF BENEFITS

SHANNA L RICHARDSON

Please retain this EOB for your records.
For TDD/TTY help call 1-800-848-0299.

## Summary of BlueCare Tennesee Plan Claim Processed on 12/18/2015

Claim Number: BTCPC4PW5Z00 Received 12/08/2015 Group Number: 125000

Identification No: M14257035
Patient Name: SHANNA L RICHARDSON
Date Services Provided: 12/01/2015
Provider Name: WARR, ALSTON G.

If you did not receive these services or have questions about this statement, please call
1-800-468-9698
8:00 A.M.-6:00 P.M. (ET)
Monday - Friday

## SUMMARY

| | |
|---|---|
| Total Charge Submitted | 176.00 |
| Total Benefits Provided/Network Savings | 176.00 |
| Other Insurance Benefits | .00 |
| Amount You Owed Provider (Contact your provider if you receive a bill for more than your EOB indicates that you owe.) | .00 |

**THIS IS NOT A BILL**

## ITEMIZATION OF CHARGES

| Date of Service | Services Included | Submitted Charges | Network Savings | Copay/ Deductible | Non-Covered | Notes | Paid Provider |
|---|---|---|---|---|---|---|---|
| 12/01/15 | Medical Services | 120.00 | 78.44 | | | PSS | 41.56 |
| 12/01/15 | Pathology | 35.00 | 23.64 | | | PSS | 11.36 |
| 12/01/15 | Pathology | 21.00 | 17.65 | | | PSS | 3.35 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | TOTAL | 176.00 | 119.73 | | | | 56.27 |

* PSS - This charge exceeds the maximum allowable under this member's coverage.



*Thank you for allowing us to serve you.*

**n0197271**

**From:** Shanna Richardson
**Sent:** Thursday, March 02, 2017 3:03:54 PM
**To:** Corcoran, Amy
**Subject:** Explanation of Benefits

Hi Amy,

I'm so tired, I just called my health insurance company and they said they cannot write a letter stating I do not have explanation of Benefits for October 4, 2015 and January 4, 2016. I told them all the information that I did not see the doctor these dates, I was not seeing my doctor these dates. The ones I sent were for nothing that is going on, I don't know what to do.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-4412
Secure Fax No.: (603) 430-0489

BS

January 24, 2017

1009045 RICHA, SHA-1498-Legal Documents

Dr. Ashley L. Park
CAMPBELL CLINIC
1400 S. GERMANTOWN RD
GERMANTOWN, TN 38138

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

PT

Dear Dr. Ashley Park:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 4, 2015 through the present as this patient is subject to a pre-existing investigation.
- Esimtated return to work date.

We ask that you provide this information by January 31, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0489 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical

15170a039.

information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: 5977254-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.23.2016

39585

Liberty Mutual.
INSURANCE

# AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Liberty Life Assurance Company of B
Disability Claims
P.O. Box 7286
London, KY 40742-7206
Phone: (800) 210-0068
Secure Fax No.: (603) 334-8401

Return To. Joshua Paterson

EMPLOYEE/CLAIMANT NAME: SHANNA RICHARDSON
CLAIM NO: 3613188
EMPLOYER/SPONSOR: NIKE, INC. DATE OF BIRTH: ____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Se Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educati institutions and any current or former employer to release any and all of the following information to the particular Company in the Lib Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan) persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information reg AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.
2. Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; r and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports an applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachm and academic transcripts.
3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Sec Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be elig under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to wh am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services t Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Pl Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration c claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medica treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the e reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect o prevent criminal activity, fraud, material misrepresentation, or material non disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover a overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the ori This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall b for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notif the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies to which I submit a claim.

Shanna Richardson
Print Name

Shanna Richardson
Signature

Date of Birth ____

05/31/16
Date

DP 432 Rev 02/09

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
(855) 832 9412
Secure Fax No. (603) 430-0489

| | |
|---|---|
| Date: | January 24, 2017 |
| To: | DR. ASHLEY PARK<br>CAMPBELL CLINIC<br>1400 S. GERMANTOWN RD<br>GERMANTOWN TN 38138 |
| Attn: | |
| Fax: | (901) 759-3193 |
| From: | Amy Corcoran<br>Disability Claims Case Manager II<br>Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-0489 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

0L058170414

Campbell Clinic ORTHOPAEDICS

PATIENT NUMBER: 1009045
PATIENT NAME: SHANNA RICHARDSON
SSN:
DOB:
ADDRESS:

01/10/17

TEL:

ASHLEY L. PARK, MD

SPINE CENTER

**ALP**

**FOLLOWUP INTERVENTIONAL SPINE ASSESSMENT**

**CHIEF COMPLAINT:** NECK PAIN.

**HISTORY OF PRESENT ILLNESS:** Ms. Richardson is a 39-year-old, African American female who has been followed by Interventional Spine at Campbell Clinic for her cervical condition since 10/25/2016. She was last evaluated on 11/08/2016. She returns today for followup.

On 11/23/2016, Ms. Richardson underwent a left C5-C6 translaminar epidural injection under fluoroscopy for persistent complaints of pain in the left side of the neck, as well as pain into her left shoulder blade, and numbness into her left upper extremity. She does not feel that the injection has helped her. She is still bothered by pain in her neck. She has pain when she has to look to either side.

Past medical history, review of systems, social history and family history are unchanged since the initial evaluation of 10/25/2016. Ms. Richardson has a history of hypertension, migraine headaches, as well as anxiety. She had worked at Nike since January 2016. She worked as a packer. She is currently not working to the best of my understanding.

**PHYSICAL EXAMINATION:** In general, cooperative, well-developed, well-nourished female in no acute distress. The patient was alert and oriented x3. She had a normal affect.

Examination of the upper extremities revealed motor strength to be good. Sensation was intact. Deep tendon reflexes were symmetrical. Range of motion about the cervical spine was guarded. There was bilateral cervical facet tenderness to palpation. On observing the patient, she demonstrated normal coordination and gait.

**MUSCULOSKELETAL IMPRESSION:**

1. Mild disc bulging at C5-C6 and small left paracentral disc component at this segment with mild central canal and mild right-sided neural foraminal narrowing and prominent disc bulge at C6-C7 without herniation by MRI dated 11/02/2016. Plain films of the cervical spine dated 10/25/2016, revealed mild straightening of the normal cervical lordotic curvature with some mild disc space narrowing at C5-C6.
2. Persistent complaints of left-sided neck pain, as well as pain at times into the shoulder blade. Left C5-

0L058170414

Campbell Clinic ORTHOPAEDICS

PATIENT NUMBER: 1009045
PATIENT NAME: SHANNA RICHARDSON
SSN:
DOB:
ADDRESS:

TEL:

01/10/17
PAGE 2 OF 2

ASHLEY L. PARK, MD

SPINE CENTER

C6 translaminar epidural injection under fluoroscopy performed on 11/23/2016, has not lessened Ms. Richardson's symptoms. On review of the fluoroscopically-guided procedure, there was excellent outlining of the left C4, C5, C6 and C7 nerve roots. At this juncture, I believe that a significant component of Ms. Richardson's symptoms are emanating from the cervical Z joints.

**TREATMENT RECOMMENDATIONS:**

1. Today, I discussed with Ms. Richardson her cervical condition.
2. A Medrol Dosepak was prescribed. Additionally, the muscle relaxer Zanaflex 4 mg 1-2 tablets at bedtime was prescribed.
3. The patient will undergo a course of physical therapy focusing on manual therapy, incorporating facet joint mobs, as well as a trial of cervical traction. She will be educated on stretching exercises specific to the diagnosis of cervical facet syndrome.
4. The patient should avoid repetitive lifting, pulling, pushing, reaching, as well as activity sustained at or above chest height.
5. Reevaluation in 8-10 weeks.

Electronically signed by Ashley L. Park, MD
ALP:mg
cc: Whitney W. Tolbert, NP
DD: 01/10/17 DT: 01/10/17

OPD - PERMANENT RECORD

0L058170414

Campbell Clinic ORTHOPAEDICS

PATIENT NUMBER: 1009045
PATIENT NAME: SHANNA RICHARDSON
SSN:
DOB:
ADDRESS:

11/08/16

TEL:

ASHLEY L. PARK, MD

SPINE CENTER

**ALP**

**FOLLOWUP INTERVENTIONAL SPINE ASSESSMENT**

**CHIEF COMPLAINT:** LEFT-SIDED NECK AND SHOULDER BLADE PAIN AND ARM NUMBNESS.

**HISTORY OF PRESENT ILLNESS:** Ms. Richardson is a 39-year-old, African-American female who has been followed by Interventional Spine at Campbell Clinic since 10/25/2016. She returns today for followup.

At the present time, Ms. Richardson continues to experience pain in her neck, as well as burning pain into her left shoulder blade. At times, she will get numbness in her left arm.

Past medical history, review of systems, social history and family history are unchanged since the initial evaluation of 10/25/2016. Ms. Richardson has a history of hypertension, migraine headaches, as well as anxiety. She had worked at Nike since January of this year. She worked as a packer.

**PHYSICAL EXAMINATION:** In general, we had a cooperative, well-developed, well-nourished female in no acute distress. The patient was alert and oriented x3. She had a normal affect.

Examination of the upper extremities revealed motor strength to be good. Sensation was intact. Range of motion about the cervical spine was normal, but guarded. On observing the patient, she demonstrated normal coordination and gait.

**RADIOGRAPHIC REVIEW:** Today, I had an opportunity to look at the MRI images of the cervical spine dated 11/02/2016. There was evidence of mild disc bulging on sagittal view at C5-C6 with what appeared to be a small left paracentral disc protrusion. There was mild central canal and mild right-sided neural foraminal narrowing. There was prominent disc bulging on sagittal view at C6-C7 without herniation.

**MUSCULOSKELETAL IMPRESSION:**

1. Mild straightening of the normal cervical lordotic curvature and some disc space narrowing at C5-C6 with anterior spur formation by plain film of the cervical spine dated 10/25/2016.
2. Persistent complaints of left-sided neck pain and burning pain into the left shoulder blade, as well as numbness in the left arm since February of this year, secondary to possible painful C5-C6 disc segment.

0L058170414

Campbell Clinic ORTHOPAEDICS

PATIENT NUMBER: 1009045
PATIENT NAME: SHANNA RICHARDSON
SSN:
DOB:
ADDRESS:

TEL:

11/08/16
PAGE 2 OF 2

ASHLEY L. PARK, MD

SPINE CENTER

**TREATMENT RECOMMENDATIONS:**

1. Today, I discussed with Ms. Richardson her cervical condition.
2. Tramadol 50 mg was prescribed today.
3. The patient will be scheduled for a cervical epidural injection under fluoroscopic guidance targeting the C5-C6 segment. Side effects/potential complications were reviewed with the patient.
4. The patient should avoid lifting, pulling, pushing, reaching, as well as activity sustained at or above chest height.
5. Reevaluation within 6-8 weeks.

Electronically signed by Ashley L. Park, MD
ALP:mg
cc: Whitney W. Tolbert, NP
DD: 11/08/16 DT: 11/08/16

OPD - PERMANENT RECORD

0L058170414

Campbell Clinic
ORTHOPAEDICS

PATIENT NUMBER: 1009045
PATIENT NAME: SHANNA RICHARDSON
SSN:
DOB:
ADDRESS:

10/25/16

TEL:

ASHLEY L. PARK, MD

SPINE CENTER

**ALP**

**INITIAL INTERVENTIONAL SPINE ASSESSMENT**

**CHIEF COMPLAINT:** LEFT-SIDED NECK AND SHOULDER BLADE PAIN AND ARM NUMBNESS.

**HISTORY OF PRESENT ILLNESS:** Ms. Richardson is a 39-year-old, African-American female who has been having pain in the left side of her neck since February of this year. She was unable to identify a precipitating event which brought on her symptoms. She also reports pain into her left shoulder blade, as well as tingling down her left arm. On a visual analog scale, she rated her pain as a 10 out of a possible 10 score. She denied upper extremity weakness.

Ms. Richardson has been to the Emergency Room on 2 occasions because of her pain. She has also been followed by her primary care provider who has prescribed a Medrol Dosepak, which has not helped. She has also been on muscle relaxants and tramadol, and she is currently taking tramadol every 6 hours, which only tempers her symptoms to a mild severity. She has been out of work because of her pain.

**PAST MEDICAL HISTORY:** The patient denied history of lung disease, heart disease, diabetes or peptic ulcer disease. She does report having history of hypertension, migraine headaches, as well as anxiety. Surgical history is significant for a C-section, as well as total hysterectomy.

**MEDICATIONS:** Medications include amitriptyline, amlodipine and tramadol.

**ALLERGIES: SHE HAS ALLERGIES TO NO MEDICATIONS; HOWEVER, DOES GET NAUSEATED FROM BOTH LORTAB AND PERCOCET.**

**HABITS:** With respect to habits, she denied history of smoking or drinking.

**REVIEW OF SYSTEMS:** On review of the review of systems intake form, review of systems was positive for chest pain.

**FAMILY HISTORY:** Significant for hypertension, heart disease, diabetes, as well as lung cancer.

**SOCIAL HISTORY:** Ms. Richardson has worked at Nike since January of this year. She works as a packer.

**OPD - PERMANENT RECORD**

0L058170414

Campbell Clinic ORTHOPAEDICS

PATIENT NUMBER: 1009045
PATIENT NAME: SHANNA RICHARDSON
SSN:
DOB:
ADDRESS:

TEL:

10/25/16
PAGE 2 OF 3

ASHLEY L. PARK, MD

SPINE CENTER

**PHYSICAL EXAMINATION**: In general, we had a cooperative, well-developed, well-nourished female in no acute distress. The patient was alert and oriented x3. She was somewhat labile during the evaluation. Height: 5 feet 3 inches. Weight: 197 pounds. Blood Pressure: 165/103. Pulse: 84 beats per minute. BMI was 35.

Examination of the upper and lower extremities revealed no gross musculoskeletal deformities. Range of motion about the upper and lower extremities was within functional limits. There were no cafe-au-lait spots. Distal pulses were symmetrical. There was no evidence of pitting edema.

On further examination of the upper extremities, motor strength was normal. Sensation was intact. Deep tendon reflexes were symmetrical. Range of motion about the cervical spine was normal; however, there was pain with cervical flexion, as well as sidebending motion to the left and rotational movement. There was diffuse left-sided cervical facet tenderness to palpation, as well as mid cervical segmental pain to posterior/anterior mobilization. Range of motion about the shoulders was normal without a painful arc of motion. On observing the patient, she demonstrated normal coordination and gait.

**RADIOGRAPHIC EVALUATION**: AP, lateral and oblique views of the cervical spine were obtained today. There was some straightening of the normal cervical lordotic curvature. There was some disc space narrowing at C5-C6 with anterior spur formation. Cervical facets appeared normal. The foramen appeared patent.

**MUSCULOSKELETAL IMPRESSION:** Persistent complaints of left-sided neck and shoulder blade pain and numbness into the arm since February of this year, secondary to possible segmental disc injury, failing to improve with time, modified activity and pharmaceutical management provided by primary care physician, as well as Emergency Room physicians who prescribed medication both in February and August of this year. Functionally, because of her pain, she has not been able to work.

**TREATMENT RECOMMENDATIONS:**

1. Today, I discussed with Ms. Richardson her symptoms and my concerns.
2. The muscle relaxer Zanaflex 4 mg 1-2 tablets at bedtime was prescribed today.
3. At this time, I believe it is medically necessary to proceed with an MRI of the cervical spine to further assess anatomical integrity and more specifically to rule out segmental disc injury.
4. The patient should avoid lifting, pulling, pushing, reaching, as well as activity sustained at or above chest height.

0L058170414

Campbell Clinic
ORTHOPAEDICS

PATIENT NUMBER: 1009045
PATIENT NAME: SHANNA RICHARDSON
SSN:
DOB:
ADDRESS:

TEL:

10/25/16
PAGE 3 OF 3

ASHLEY L. PARK, MD

SPINE CENTER

5. Reevaluation within 2 weeks.

Electronically signed by Ashley L. Park, MD
ALP:mg
cc: Whitney W. Tolbert, NP
DD: 10/25/16 DT: 10/25/16

0L058170414

MIDSOUTH IMAGING

2600 Wolf River Blvd Suite 200
Germantown, TN 38138

P 901 747 1000
F 901 747 1061
www.[illegible].com

CAMPBELL CLINIC

| | |
|---|---|
| PATIENT: | Shanna Richardson |
| PATIENT#: | 1009045 |
| DOB: | |
| PHYSICIAN: | Ashley Park, M.D. |
| DOS: | 11/02/2016 16:47 |

MRI CERVICAL SPINE

HISTORY:
Cervical radiculopathy.

ICD10 CODE
M54.2

TECHNIQUE:
T1 W and fast spin-echo T2 W sagittal and fast spin echo T2W and gradient echo axial imaging is performed through the cervical spine using a posterior surface coil at 3.0 Tesla

FINDINGS:
Cervical vertebral bodies maintain normal signal intensity, curvature, and alignment. The cervical cord is normal in caliber and signal intensity. Axial images are obtained from the C2 level through the cervicothoracic junction.

C2-C3: The dorsal disc margin at this level is intact without canal or foraminal narrowing.

C3-C4: The dorsal disc margin at this level is intact without canal or foraminal narrowing.

C4-C5: Minimal disc bulge is present without significant canal or foraminal narrowing.

C5-C6: A mild broad-based disc bulge generates mild central canal and right-sided foraminal stenosis. The left neural foramen is patent.

C6-C7: The dorsal disc margin at this level is intact without canal or foraminal narrowing.

C7-T1: The dorsal disc margin at this level is intact without canal or foraminal narrowing.

OPINION
Mid cervical disc bulging generates mild C5-6 central canal and right-sided foraminal stenosis.

0L058170414

CAMPBELL CLINIC
PATIENT: Shanna Richardson
PATIENT#: 1009045

Dexter Witte, M.D.
11/03/2016 09:27

0L058170414

## REPORT OF OPERATION

**Campbell Surgery Center** **1410 Brierbrook Road** **Germantown, TN 38138**

**Patient Name:** RICHARDSON, SHANNA **ATHENA:** 1009045

**DATE:** 11/23/2016 **Pt ID No:** 55490

**DOB:**

**SURGEON:** Ashley L. Park, MD

**PROCEDURE NAME:**
Cervical epidural steroid injection under fluoroscopic guidance.

**REFERRING PHYSICIAN:**
Dr. Park.

**CLINICAL SCENARIO:**
Ms. Richardson is a 39-year-old, African-American female who has had persistent pain in the left side of the neck and burning pain into the left shoulder blade as well as numbness in the left arm since February of this year.

MRI of the cervical spine revealed a small left paracentral disc protrusion at C5-C6.

Examination of the upper extremities revealed motor strength to be good. Sensation was intact.

**DIAGNOSIS:**
Cervical radiculopathy.

**ANESTHESIA AND FLUIDS:**
3 mg of Versed, 100 mcg of fentanyl, and 500 cc of Ringer's lactate.

**APPROACH:**
Translaminar.

**LEVELS INJECTED:**
Left C5-C6.

**EPIDURAGRAM FINDINGS:**
Flow of contrast was appreciated to flow non-vascularly. There was excellent epidural flow appreciated.

**METHOD OF PROCEDURE:**
After informed consent, a 20-gauge angiocatheter was placed in the upper extremity. The patient was placed prone on the fluoroscopy table and the skin area several segments above and below the designated injection site was prepped with isopropyl alcohol and povidone iodine.

C5-C6 interlaminar space was identified under fluoroscopy. A 4 inch, 20-gauge, Tuohy epidural needle was inserted down to the C6 lamina. The Tuohy needle was walked off the lamina onto the ligamentum flavum. Once

0L058170414

## REPORT OF OPERATION

| Campbell Surgery Center | 1410 Brierbrook Road | Germantown, TN 38138 |
| --- | --- | --- |
| **Patient Name:** RICHARDSON, SHANNA | | **ATHENA:** 1009045 |
| **DATE:** 11/23/2016 | | **Pt ID No:** 55490 |

CONTINUED PAGE 2

on the ligamentum flavum, the Tuohy needle was advanced into the epidural space using loss of resistance technique. Confirmation of position was done using 1.5 cc of radiopaque contrast. Next, a 5 cc volume containing 2 cc of 1% preservative-free Xylocaine and 3 cc of 6 mg per milliliter Celestone was injected into the posterior epidural space.

The procedure was without complication and the patient tolerated the procedure well. Heart rate, oxygen saturation, and blood pressure were stable prior to, during, and after the procedure. The patient was monitored for 30 minutes after the procedure. The angiocatheter was removed prior to discharging the patient home with a designated driver.

I AUTHORIZE MY NAME TO BE ELECTRONICALLY AFFIXED TO THIS REPORT AS SIGNIFYING THAT I HAVE DICTATED THIS REPORT.

Ashley L. Park, MD
90-1022
ALP/mos2222
D: 11/23/2016 13:12:52:Job#458730
T: 11/24/2016 13:08:35:Document#:319520

0L058170414

**Campbell Clinic**
901-759-3100
1400 S Germantown Road
Germantown, TN 38138

**Patient Registration**

**PATIENT INFORMATION**

Last Name RICHARDSON
First Name SHANNA
Middle Initial L
Preferred Name
Previous Last Name
Sex f
DOB
SSN
Address
Address Line 2
Zip
City
State
Home Phone
Mobile Phone
Employer Name Nike INC.
Employer Phone (901) 797-2610
Email
Doctor seeing today Park MD Ashley
Preferred Language English
Marital Status s
Race/Ethnicity Black or African American Not Hispanic or Latino

Primary Care Physician Dr. Whitney Tolbert
Referring Physician [None]
Emergency Contact Name LINDA RICHARDSON
Emergency Contact Relation parent
Emergency Contact Phone

**RESPONSIBLE PARTY INFORMATION**

Patient's Relationship to Resp. Party Self
Resp. Party Last Name RICHARDSON
Resp. Party First Name SHANNA
Resp. Party Middle Initial L
Resp. Party DOB
Resp. Party Address
Resp. Party Address Line 2
Resp. Party Zip
Resp. Party City
Resp. Party State
Resp. Party SSN
Resp. Party Phone
Resp. Party Employer Name Nike INC.
Resp. Party Employer Phone

**PRIMARY INSURANCE INFORMATION**

Primary Insurance Co. BCBS TN BLUE CARE MEDICAID HMO
Policy Holder SHANNA RICHARDSON
Policy Number 125000
Policy Holder SSN
Policy Holder DOB
Policy Holder Sex f

**OTHER INSURANCE INFORMATION**

Other Insurance Co.
Other Policy Holder
Policy Number
Other Policy Holder SSN
Other Policy Holder DOB
Other Policy Holder Sex

I ___ do ___ do not give my permission of Campbell Clinic to send automated calls and text messages to my wireless phone.

I hereby authorize (a) payment of insurance benefits otherwise due to me to be made directly to Campbell Clinic, (b) release of information including protected health information to insurance companies as needed to file for payment for services incurred, (c) Campbell Clinic to obtain records from other sources as may be necessary in the diagnosis or treatment, and (d) understand that I am financially responsible for payment to Campbell Clinic for charges related to services provided or incurred by me or my dependents.

Signature (Responsible Party) Shanna Richardson

Date 10/22/2018

0L058170247

CIOX Health
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(800) 367 - 1500

CiOX HEALTH

# INVOICE

Invoice #: 0209356924
Date: 2/22/2017
Customer #: 1527003

| Ship to: | Bill to: | Records from: |
|---|---|---|
| LIBERTY MUTUAL<br>LIBERTY MUTUAL<br>PO BOX 7206<br>LONDON, KY 40742-7206 | LIBERTY MUTUAL<br>LIBERTY MUTUAL<br>PO BOX 7206<br>LONDON, KY 40742-7206 | CAMPBELL CLINIC<br>1400 S GERMANTOWN RD<br>GERMANTOWN, TN 38138-2205 |

Requested By: LIBERTY MUTUAL
Patient Name: RICHARDSON SHANNON

CLAIM NUMBER: 71649999

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 7 | 0.50 | 3.50 |
| Per Page Copy (Paper) 2 | 5 | 0.00 | 0.00 |
| Shipping | | | 1.61 |
| Subtotal | | | 25.11 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 25.11 |
| Less Payment | | | -25.11 |
| Balance Due | | | 0.00 |

**Pay your invoice online at** www.healthportpay.com

**Terms: Net 30 days**

---

CIOX Health
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(800) 367 - 1500

Invoice #: 0209356924

Check # ____________________

Payment Amount $______________

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.healthportpay.com or call (800) 367 1500.
Email questions to Collections@CIOXHealth.com.

0L058170247

*******AUTO**5-DIGIT 40742
117 4 AV 1.076
LIBERTY MUTUAL
PO BOX 7206
LONDON, KY 40742-7206

000117

18pgs

*00180000117K0*

# ATTENTION

Confidential Information enclosed.
To be viewed by authorized persons only.

If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

Health information is reproduced by HealthPort, a health information management outsourcing service. Your healthcare provider contracts with HealthPort to process authorized requests for copies of health records.

Reproductions are made from the medical facility's original records. The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover. Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

You may not make any disclosure or use of these records without the permission of the individual who is the subject of the records.

This information *may or may not* contain records regarding drug and/or alcohol use or treatment. If this record contains any such information, it has been disclosed to you from records whose confidentiality is protected by federal regulation 42 CFR Part 2, which prohibits you from making any further disclosure of it without the *specific* written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of health or other information is not sufficient for this purpose. Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the *specific* consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

**n0197271**

---

**From:** Corcoran, Amy
**Sent:** Wednesday, February 22, 2017 9:52:20 AM
**To:** 'Shanna Richardson'
**Subject:** RE: Medical Records

Hi Shanna,

Forgive me I am trying to answer all of your emails. I need the Explanation of Benefits from 10/4/15-1/4/2016

Amy Corcoran
Disability Case Manager
Liberty Mutual Benefits Claims- Dover, NH- Northeast
Liberty Life Assurance Company of Boston- A Liberty Mutual Insurance Co.
PO Box 7206, London, KY 40742-7206 Mailstop 03-4
Direct Dial: 1-855-306-6931 ext.16129
Direct Fax: 1-603-430-0489
Amy.Corcoran@libertymutual.com
This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-210-0268 extension 16129 and permanently delete the original and any copy of any e-mail and any printout thereof

-----Original Message-----
From: Shanna Richardson [mailto:
Sent: Tuesday, February 21, 2017 4:54 PM
To: Corcoran, Amy <Amy.Corcoran@LibertyMutual.com>
Subject: RE: Medical Records

Hi Amy,
I gave you all the medical records and pharmacy record from him, it was only a few prescriptions that he prescribed. I will have to call my insurance company for explanation of benefits. What explanation of benefits do you need?
--------------------------------------------
On Tue, 2/21/17, Corcoran, Amy <Amy.Corcoran@LibertyMutual.com> wrote:

Subject: RE: Medical Records
To: "Shanna Richardson" <
Date: Tuesday, February 21, 2017, 1:30 PM

Hi Shanna,

It looks like I am still waiting on records from Dr. Park. We called them today to follow up. I received the forms that you completed. I still need your pharmacy records and Explanation of Benefits. I need all treatment notes for which you are also currently treating. Please follow up with me after today's appointment and let me know how it went. I will need today's records as well.

Amy Corcoran

Disability Case
Manager
Liberty Mutual Benefits Claims-
Dover, NH- Northeast
Liberty Life Assurance
Company of Boston- A Liberty Mutual Insurance Co.
PO Box 7206, London, KY 40742-7206 Mailstop
03-4
Direct Dial: 1-855-306-6931
ext.16129
Direct Fax: 1-603-430-0489
Amy.Corcoran@libertymutual.com
This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-210-0268 extension 16129 and permanently delete the original and any copy of any e-mail and any printout thereof

-----Original Message-----
From: Shanna Richardson [mailto:

Sent: Friday, February 17, 2017 2:53 PM
To: Corcoran, Amy <Amy.Corcoran@LibertyMutual.com>
Subject: Medical Records

Hi Amy,
This is Shanna
Richardson, do you need the medical records from the doctor who is treating my left hip? He said that it's caused by my medical condition. I have to go to the hospital Tuesday, because he said it could be a possible stress fracture from when my spinal cord collapsed from the bone loss in the cervical part of my spine.

**n0197271**

**From:** Corcoran, Amy
**Sent:** Wednesday, February 22, 2017 9:54:50 AM
**To:** 'Shanna Richardson'
**Subject:** RE: Medical Records

Hi Shanna,

I haven't had a chance to look at the records that came in yesterday or today yet. Once I do, I will contact you to let you know what I have received. I needed the Explanation of Benefits from 10/4/15-1/4/2016.

Amy Corcoran
Disability Case Manager
Liberty Mutual Benefits Claims- Dover, NH- Northeast
Liberty Life Assurance Company of Boston- A Liberty Mutual Insurance Co.
PO Box 7206, London, KY 40742-7206 Mailstop 03-4
Direct Dial: 1-855-306-6931 ext.16129
Direct Fax: 1-603-430-0489
Amy.Corcoran@libertymutual.com
This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-210-0268 extension 16129 and permanently delete the original and any copy of any e-mail and any printout thereof

-----Original Message-----
From: Shanna Richardson [mailto:
Sent: Wednesday, February 22, 2017 9:35 AM
To: Corcoran, Amy <Amy.Corcoran@LibertyMutual.com>
Subject: RE: Medical Records

Hi Amy,

I sent you all the medical records from Dr. Park, I'm no longer seeing Dr. Park. I'm seeing Dr. Todd Fountain at the Semmes-Murphey Clinic in Memphis, Tn.. I don't have my injection until the 28th of this month which is next week. I'm waiting on the results of my bone scan that I had for my left hip yesterday with Dr. Carlos Rivera at the Campbell Clinic. I don't have Explanation of Benefits for 2015, insurance company checked. Do you want the 2016 Explanation of Benefits?

--------------------------------------------

On Tue, 2/21/17, Corcoran, Amy <Amy.Corcoran@LibertyMutual.com> wrote:

Subject: RE: Medical Records
To: "Shanna Richardson" <
Date: Tuesday, February 21, 2017, 1:30 PM

Hi Shanna,

It looks like I am still
waiting on records from Dr. Park. We called them today to follow up. I received the forms that you completed. I still need your pharmacy records and Explanation of Benefits. I need all treatment notes for which you are also currently treating. Please follow up with me after today's appointment and let me

know how it went. I will need today's records as well.

Amy Corcoran
Disability Case
Manager
Liberty Mutual Benefits Claims-
Dover, NH- Northeast
Liberty Life Assurance
Company of Boston- A Liberty Mutual Insurance Co.
PO Box 7206, London, KY 40742-7206 Mailstop
03-4
Direct Dial: 1-855-306-6931
ext.16129
Direct Fax: 1-603-430-0489
Amy.Corcoran@libertymutual.com
This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-210-0268 extension 16129 and permanently delete the original and any copy of any e-mail and any printout thereof

-----Original Message-----
From: Shanna Richardson [mailto:

Sent: Friday, February 17, 2017 2:53 PM
To: Corcoran, Amy <Amy.Corcoran@LibertyMutual.com>
Subject: Medical Records

Hi Amy,
This is Shanna
Richardson, do you need the medical records from the doctor who is treating my left hip? He said that it's caused by my medical condition. I have to go to the hospital Tuesday, because he said it could be a possible stress fracture from when my spinal cord collapsed from the bone loss in the cervical part of my spine.

**n0197271**

---

**From:** Corcoran, Amy
**Sent:** Tuesday, February 21, 2017 2:30:39 PM
**To:** 'Shanna Richardson'
**Subject:** RE: Medical Records

Hi Shanna,

It looks like I am still waiting on records from Dr. Park. We called them today to follow up. I received the forms that you completed. I still need your pharmacy records and Explanation of Benefits. I need all treatment notes for which you are also currently treating. Please follow up with me after today's appointment and let me know how it went. I will need today's records as well.

Amy Corcoran
Disability Case Manager
Liberty Mutual Benefits Claims- Dover, NH- Northeast
Liberty Life Assurance Company of Boston- A Liberty Mutual Insurance Co.
PO Box 7206, London, KY 40742-7206 Mailstop 03-4
Direct Dial: 1-855-306-6931 ext.16129
Direct Fax: 1-603-430-0489
Amy.Corcoran@libertymutual.com
This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-210-0268 extension 16129 and permanently delete the original and any copy of any e-mail and any printout thereof

-----Original Message-----
From: Shanna Richardson [mailto
Sent: Friday, February 17, 2017 2:53 PM
To: Corcoran, Amy <Amy.Corcoran@LibertyMutual.com>
Subject: Medical Records

Hi Amy,
This is Shanna Richardson, do you need the medical records from the doctor who is treating my left hip? He said that it's caused by my medical condition. I have to go to the hospital Tuesday, because he said it could be a possible stress fracture from when my spinal cord collapsed from the bone loss in the cervical part of my spine.

**CIOX Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(800) 367 - 1500

CiOX HEALTH

# INVOICE

Invoice #: **0209252494**
Date: **2/21/2017**
Customer #: 1522628

| Ship to: | Bill to: | Records from: |
|---|---|---|
| LIBERTY MUTUAL<br>LIBERTY MUTUAL<br>PO BOX 7206<br>LONDON, KY 40742-7206 | LIBERTY MUTUAL<br>LIBERTY MUTUAL<br>PO BOX 7206<br>LONDON, KY 40742-7206 | CAMPBELL CLINIC<br>1400 S GERMANTOWN RD<br>GERMANTOWN, TN 38138-2205 |

**Requested By:** LIBERTY MUTUAL
**Patient Name:** RICHARDSON SHANNA
**DOB:**
**CLAIM NUMBER:** 5977254

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 2 | 0.00 | 0.00 |
| Electronic Dlvry Fee | | | 2.00 |
| Subtotal | | | 22.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 22.00 |
| Less Payment | | | -22.00 |
| Balance Due | | | 0.00 |

**Pay your invoice online at** www.healthportpay.com

**Terms: Net 30 days**

---

**CIOX Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(800) 367 - 1500

Invoice #: **0209252494**

Check # ____________________

Payment Amount $____________

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.healthportpay.com or call (800) 367 1500.
Email questions to Collections@CIOXHealth.com.

Liberty Mutual. INSURANCE

NIKE HR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-5819

BLS

January 10, 2017

* * 4 1 0 0 0 3 - 1 *
1009045-RICHA, SHA-1496-Legal Documents

Dr. Ashley L. Park
CAMPBELL CLINIC
1400 S. GERMANTOWN RD
GERMANTOWN, TN 38138

RE: Short Term Disability (STD) Benefits
Nike, Inc.
Claim #: 5977254
Claimant: Shanna Richardson
Claimant D.O.B.:

PT

Dear Dr. Ashley Park:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 10, 2016 through the present.

We ask that you provide this information by January 16, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5819 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

15126754

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jodi George
Sr. Integrated Leave Specialist
Phone No.: (855) 832-9412 Ext. 16409
Secure Fax No.: (603) 334-5819

Attachments: 5977254-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.23.2016

0H165160204

39585

# AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of B
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

Return To: Joshua Paterson

EMPLOYEE/CLAIMANT NAME: SHANNA RICHARDSON
CLAIM NO: 3633188
EMPLOYER/SPONSOR: NIKE, INC. DATE OF BIRTH:

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Se Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educati institutions and any current or former employer to release any and all of the following information to the particular Company in the Lib Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan) persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information reg AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.
2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; r and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports an applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachm and academic transcripts.
3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Sec Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be elig under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to wh am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services t Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Pl Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medica treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the e reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect o prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover s overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the ori This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall b for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by noti the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies to which I submit a claim.

Shanna Richardson
Print Name

Date of Birth

Shanna Richardson
Signature

05/31/16
Date

DP 432 Rev 02/09

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
(855) 832-9412
Secure Fax No.: (603) 334-5819

| | |
|---|---|
| Date: | January 10, 2017 |
| To: | DR. ASHLEY PARK<br>CAMPBELL CLINIC<br>1400 S. GERMANTOWN RD<br>GERMANTOWN TN 38138 |
| Attn: | Medical Records |
| Fax: | (901) 759-3193 |
| From: | Jodi George<br>Sr. Integrated Leave Specialist<br>Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 334-5819 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5977254<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Campbell Clinic ORTHOPAEDICS

PATIENT NUMBER: 1009045
PATIENT NAME: SHANNA RICHARDSON
SSN:
DOB:
ADDRESS:

01/10/17

TEL:

ASHLEY L. PARK, MD SPINE CENTER

**ALP**

**FOLLOWUP INTERVENTIONAL SPINE ASSESSMENT**

**CHIEF COMPLAINT:** NECK PAIN.

**HISTORY OF PRESENT ILLNESS:** Ms. Richardson is a 39-year-old, African American female who has been followed by Interventional Spine at Campbell Clinic for her cervical condition since 10/25/2016. She was last evaluated on 11/08/2016. She returns today for followup.

On 11/23/2016, Ms. Richardson underwent a left C5-C6 translaminar epidural injection under fluoroscopy for persistent complaints of pain in the left side of the neck, as well as pain into her left shoulder blade, and numbness into her left upper extremity. She does not feel that the injection has helped her. She is still bothered by pain in her neck. She has pain when she has to look to either side.

Past medical history, review of systems, social history and family history are unchanged since the initial evaluation of 10/25/2016. Ms. Richardson has a history of hypertension, migraine headaches, as well as anxiety. She had worked at Nike since January 2016. She worked as a packer. She is currently not working to the best of my understanding.

**PHYSICAL EXAMINATION:** In general, cooperative, well-developed, well-nourished female in no acute distress. The patient was alert and oriented x3. She had a normal affect.

Examination of the upper extremities revealed motor strength to be good. Sensation was intact. Deep tendon reflexes were symmetrical. Range of motion about the cervical spine was guarded. There was bilateral cervical facet tenderness to palpation. On observing the patient, she demonstrated normal coordination and gait.

**MUSCULOSKELETAL IMPRESSION:**

1. Mild disc bulging at C5-C6 and small left paracentral disc component at this segment with mild central canal and mild right-sided neural foraminal narrowing and prominent disc bulge at C6-C7 without herniation by MRI dated 11/02/2016. Plain films of the cervical spine dated 10/25/2016, revealed mild straightening of the normal cervical lordotic curvature with some mild disc space narrowing at C5-C6.
2. Persistent complaints of left-sided neck pain, as well as pain at times into the shoulder blade. Left C5-

Campbell Clinic ORTHOPAEDICS

PATIENT NUMBER: 1009045
PATIENT NAME: SHANNA RICHARDSON
SSN:
DOB:
ADDRESS:

TEL:

01/10/17
PAGE 2 OF 2

ASHLEY L. PARK, MD

SPINE CENTER

C6 translaminar epidural injection under fluoroscopy performed on 11/23/2016, has not lessened Ms. Richardson's symptoms. On review of the fluoroscopically-guided procedure, there was excellent outlining of the left C4, C5, C6 and C7 nerve roots. At this juncture, I believe that a significant component of Ms. Richardson's symptoms are emanating from the cervical Z joints.

**TREATMENT RECOMMENDATIONS:**

1. Today, I discussed with Ms. Richardson her cervical condition.
2. A Medrol Dosepak was prescribed. Additionally, the muscle relaxer Zanaflex 4 mg 1-2 tablets at bedtime was prescribed.
3. The patient will undergo a course of physical therapy focusing on manual therapy, incorporating facet joint mobs, as well as a trial of cervical traction. She will be educated on stretching exercises specific to the diagnosis of cervical facet syndrome.
4. The patient should avoid repetitive lifting, pulling, pushing, reaching, as well as activity sustained at or above chest height.
5. Reevaluation in 8-10 weeks.

Electronically signed by Ashley L. Park, MD
ALP:mg
cc: Whitney W. Tolbert, NP
DD: 01/10/17 DT: 01/10/17

**OPD - PERMANENT RECORD**

0G046170075

Liberty Mutual. INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

**Return To:** Amy Corcoran

EMPLOYEE/CLAIMANT NAME: Shanna Richardson
CLAIM NO: 7164999
EMPLOYER/SPONSOR: Nike, Inc. DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 10/04/2015 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. Whitney Tolbert
Specialty: Doctor (PCP)
Address: 7715 Wolf Blvd. Germantown, TN. 38138
Telephone No.: (901) 328-6031 Fax No.: ( )

Name: Dr. Ashley Park
Specialty: Doctor (Pain Management)
Address: 8000 Centerview Parkway Suite 500, Cordova, TN. 38018
Telephone No.: (901) 759-3600 Fax No.: ( )

Name: Methodist Germantown Hospital
Specialty: Hospital
Address: 7691 Poplar Ave Germantown, TN. 38138
Telephone No.: (901) 516-6000 Fax No.: ( )

Name: Dr. Todd Fountain Semmes-Murphey Clinic
Specialty: Brain and Spine Care Center
Address: 6325 Humphreys Boulevard Memphis, TN. 38120
Telephone No.: (901) 522-7700 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Blue Care Tennessee
Specialty: Health Care Insurance
Address: 1 Cameron Cir, Chattanooga, TN. 37402
Telephone No.: (800) 468-9698 Fax No.: ( )

Name: ~~Walgreens~~
Specialty: ~~Pharmacy~~
Address: ~~3670 Riverdale Rd. Memphis, TN. 38115~~
Telephone No.: ~~(901) 309-2621~~ Fax No.: ( )

**PHARMACY(S):**

Name: Walgreens
Specialty: Pharmacy
Address: 3670 Riverdale Rd. Memphis, TN. 38115
Telephone No.: (901) 309-2621 Fax No.: ( )

Name: ______
Specialty: ______
Address: ______
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Shanna Richardson DATE: 2/6/17

# CLAIMANT SUPPLEMENTARY STATEMENT

0G046170075

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

**Return to:** Amy Corcoran

**EMPLOYEE/CLAIMANT NAME:** Shanna Richardson **CLAIM #:** 7164999
**EMPLOYER:** Nike, Inc. **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) Richardson Shanna L | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status Single |
| Spouse's Full Name and Date of Birth N/A | Number of Children 2 | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Linda F. Richardson Relationship to you? Mother Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? Yes, I have an employee ID, it's on our badges as ID.

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party; Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO, just Liberty Mutual

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability Just Liberty Mutual | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☑ | ☐ | Other income/money/benefit (describe) Child Support | $ 260/every 2 wks. | 2001 or 2002 | Still receiving | 2001 or 2002 |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**DATE:** 2/6/17 **EMPLOYEE'S PRINTED NAME:** Shanna Richardson
**EMPLOYEE'S SIGNATURE:** Shanna Richardson

DP 409

0G046170075

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489



Return To: Amy Corcoran

EMPLOYEE/CLAIMANT NAME: Shanna Richardson

CLAIM NO: 7164999 DATE OF BIRTH:

EMPLOYER/SPONSOR: Nike, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit 4 hrs. stand 4 hrs. walk 4 hrs.

How many hours a day do you:

sit 4 hrs. stand 4 hrs. walk 3 hrs-4 hrs.

Do you take a nap during the day?

Yes ✓ No

If Yes, for how long? 1 hr. At what time of the day? 11am-12pm

How many hours a day do you spend in bed? 2 hrs.

Do you require any assistive devices such as a:

cane ✓ walker crutches wheelchair other

How long are you able to sit in a car? 2 hrs. then the pain and burning starts.

Do you hold a valid driver's license?

Yes ✓ No

If No, please explain:

If Yes, how long are you able to drive a car? 2 hrs.

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
I keep in contact with everyone on the phone, take my son to school and pick him up which is only 20 minutes to do.

Do you have children?

Yes ✓ No If Yes, what are their dates of birth..

Do you need help caring for your children?

Yes ✓ No My sister and mother help when needed.

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes No ✓ If Yes, please explain

How many times a day do you leave the house during the week? 2

On the weekends? 2

How often do you run errands? 3 at the most, have to be important.

Please describe what errands you most commonly run: To take my son to school and pick him up from school and to get something to eat. If in too much pain my friend, mother or sister will take him and pick him up.

0G046170075

Liberty Mutual. INSURANCE

**ACTIVITIES QUESTIONNAIRE**
*page 2 of 3*

How often do you get outdoors? 3 times to take and pick my son up from school and get something to eat.

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

How much time is spent daily on your home computer?
____ None ✓ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ✓ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
✓ Pay bills ____ Read news/articles ____ Use search engines ✓ Send emails
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:
____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: internet

Do you have a working home copy machine/fax machine? ✓ Yes ____ No

If yes, please explain purpose and usage: I have a Printer & Copy & Scanner (all in 1) to send important documents to people and make copies for myself.

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Self | Yes, sister + son |
| Carrying groceries into the house | Son | |
| Cooking meals | Son or take out | I may have to help. |
| Cleaning after meals | Son | |
| Cleaning bathrooms | Sister | |
| Vacuuming | Son | |
| Doing the laundry | Sister | |
| Opening and responding to mail | Self | |
| Managing your finances | Self | |
| Balancing your checkbook | N/A | |
| Bathing yourself | Self | |
| Styling your own hair | hairstylist | Comes to my home |
| Getting dressed | Self (live alone with son) | |
| Going up and down stairs | N/A | |

Have you been confined to a hospital within the last 12 months? Yes ____ No ✓

If Yes, please provide reason and hospital contact Information: ____

0G046170075

Liberty Mutual. INSURANCE

**ACTIVITIES QUESTIONNAIRE**
*page 3 of 3*

How often do you travel or take vacation? None, just to take and pick up son from school.
Where do you go? How do you get there (transportation method)? ~~N/A~~ My Car.

Are you able to pursue your hobbies? Yes ____ No ✓
If Yes, please describe ____

Do you participate in an exercise program? Yes ____ No ✓
If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No ✓

If Yes:
- how many hours per day? ____
- how many hours per week? ____
- for whom? ____

Are you working for wages? Yes ____ No ✓
If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in any gainful employment.**
I'm still employed with Nike Inc. but not actively working there physically at the time due to my medical condition. My medical condition is very painful and painful to even fill out these forms sitting up. When I was at work the burning and pain was so bad I had to stop my work and bend over the little table in front of me and had to constantly take leave.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**
I take my Son to School and pick him up from School. I go get something to eat for dinner after I pick my son up from school. If he doesn't need to stop and get something that he needs, we go home. Only go where I need to go if I have to.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.
Stephanie Richardson

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Shanna Richardson Date: 2/6/17

Signature: Shanna Richardson