0G046170075

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

**Return to:** Amy Corcoran

EMPLOYEE/CLAIMANT NAME: Shanna Richardson
CLAIM NO: 7164999
EMPLOYER/SPONSOR: Nike, Inc. DATE OF BIRTH: 

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ✓ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ____________ DOB: ____

Do you have children or dependents*? Yes ✓ No ____
If yes, please provide additional details below, using additional space as needed.
* An Eligible dependent may include:

- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Marcus R. Williams | | | NO | 5/2013 |
| Nathaniel S. Lloyd | | | Yes | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ✓
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Shanna Richardson Date: 2/6/17

0G046170075

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

EMPLOYEE/CLAIMANT NAME: Shanna Richardson
CLAIM NO: 7164999
EMPLOYER/SPONSOR: Nike, Inc. DATE OF BIRTH:

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: 12th, high school diploma Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: Baptist College of Health Sciences Certificate Program completed: Nursing Assistant

Associates Degree: N/A College: number of years:

Bachelor's Degree: BA /BS Major: N/A Graduate School: MA MS CAGS PHD Degree:

Professional Training, License, Certificates(s): N/A

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school:

List any other Training or Classes Attended or Plan to Attend: N/A

Additional Skills, Hobbies & Volunteer Work N/A

Did you serve in the Armed Forces? ☐ Y ☑ N From: To:

Branch of Service: Specialty:

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Nike Inc. Department: Warehouse From: 1/3/16 To: present
   Job Title(s): Material Handler
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): Packing merchandise, Standing up through the whole shift from 4:30p-1am or 12:30am

2. Company: FedEx Department: Hub From: 1/14 To: 1/15
   Job Title(s): Package Handler
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): Scanned packages for correct destination.

A Liberty Mutual Company

0G046170075

3. Company: Baptist Hospital Department: Med/Surg From: 10/96 To: 1/97
Job Title(s): Nursing Assistant
Supervisory Experience ☐ Y ☑ N
Tasks/Duties (please be specific): Help patients with their needs and help assist nurses.

4. Company: Methodist Hospital Department: Med/Surg From: 2/97 To: 4/98
Job Title(s): Nursing Assistant
Supervisory Experience ☐ Y ☑ N
Tasks/Duties (please be specific): Help patients with their needs and assist nurses.

5. Company: N/A Department: From: To:
Job Title(s):
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific):

**Computer Utilization:**

Computer Training/Courses, Cenificaions: N/A

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☑ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☑ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☑ | ☐ | | | |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: | | |

How much time is spent daily on your work computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☑ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☑ No If yes, WPM (words per minute)
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: Shstarbright36@yahoo Work:

SIGNATURE: Shama Richardson PHONE NO:

0G046170179

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Shanna Richardson Claim No 7164999

Employer/Sponsor/Customer Name Nike, Inc.

Return to: Amy Corcoran

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shanna Richardson
Claimant Name ( Print)

Date of Birth

Shanna Richardson
Claimant Signature

2/6/17
Date

7164999
Claim Number

Campbell Clinic ORTHOPAEDICS

PATIENT NUMBER: 1009045
PATIENT NAME: SHANNA RICHARDSON
SSN:
DOB:
ADDRESS:

TEL:

11/08/16
PAGE 2 OF 2

ASHLEY L. PARK, MD

SPINE CENTER

**TREATMENT RECOMMENDATIONS:**

1. Today, I discussed with Ms. Richardson her cervical condition.
2. Tramadol 50 mg was prescribed today.
3. The patient will be scheduled for a cervical epidural injection under fluoroscopic guidance targeting the C5-C6 segment. Side effects/potential complications were reviewed with the patient.
4. The patient should avoid lifting, pulling, pushing, reaching, as well as activity sustained at or above chest height.
5. Reevaluation within 6-8 weeks.

Electronically signed by Ashley L. Park, MD
ALP:mg
cc: Whitney W. Tolbert, NP
DD: 11/08/16 DT: 11/08/16

**OPD - PERMANENT RECORD**

MIDSOUTH
IMAGING

7600 Wolf River Blvd Suite 200
Germantown, TN 38138

P 901.747.1000
F 901.747.1001
www.msit.com

CAMPBELL CLINIC

PATIENT: Shanna Richardson
PATIENT#: 1009045
DOB:
PHYSICIAN: Ashley Park, M.D.
DOS: 11/02/2016 16:47

MRI CERVICAL SPINE

HISTORY:
Cervical radiculopathy.

ICD10 CODE:
M54.2

TECHNIQUE:
T1 W and fast spin-echo T2 W sagittal and fast spin echo T2W and gradient echo axial imaging is performed through the cervical spine using a posterior surface coil at 3.0 Tesla.

FINDINGS:
Cervical vertebral bodies maintain normal signal intensity, curvature, and alignment. The cervical cord is normal in caliber and signal intensity. Axial images are obtained from the C2 level through the cervicothoracic junction.

C2-C3: The dorsal disc margin at this level is intact without canal or foraminal narrowing.

C3-C4: The dorsal disc margin at this level is intact without canal or foraminal narrowing.

C4-C5: Minimal disc bulge is present without significant canal or foraminal narrowing.

C5-C6: A mild broad-based disc bulge generates mild central canal and right-sided foraminal stenosis. The left neural foramen is patent.

C6-C7: The dorsal disc margin at this level is intact without canal or foraminal narrowing.

C7-T1: The dorsal disc margin at this level is intact without canal or foraminal narrowing.

OPINION:
Mid cervical disc bulging generates mild C5-6 central canal and right-sided foraminal stenosis.

CAMPBELL CLINIC
PATIENT: Shanna Richardson
PATIENT#: 1009045

Dexter Witte, M.D. :
11/03/2016 09:27

# REPORT OF OPERATION

**Campbell Surgery Center** **1410 Brierbrook Road** **Germantown, TN 38138**

**Patient Name:** RICHARDSON, SHANNA **ATHENA:** 1009045

**DATE:** 11/23/2016 **Pt ID No:** 55490

**DOB:**

**SURGEON:** Ashley L. Park, MD

**PROCEDURE NAME:**
Cervical epidural steroid injection under fluoroscopic guidance.

**REFERRING PHYSICIAN:**
Dr. Park.

**CLINICAL SCENARIO:**
Ms. Richardson is a 39-year-old, African-American female who has had persistent pain in the left side of the neck and burning pain into the left shoulder blade as well as numbness in the left arm since February of this year.

MRI of the cervical spine revealed a small left paracentral disc protrusion at C5-C6.

Examination of the upper extremities revealed motor strength to be good. Sensation was intact.

**DIAGNOSIS:**
Cervical radiculopathy.

**ANESTHESIA AND FLUIDS:**
3 mg of Versed, 100 mcg of fentanyl, and 500 cc of Ringer's lactate.

**APPROACH:**
Translaminar.

**LEVELS INJECTED:**
Left C5-C6.

**EPIDURAGRAM FINDINGS:**
Flow of contrast was appreciated to flow non-vascularly. There was excellent epidural flow appreciated.

**METHOD OF PROCEDURE:**
After informed consent, a 20-gauge angiocatheter was placed in the upper extremity. The patient was placed prone on the fluoroscopy table and the skin area several segments above and below the designated injection site was prepped with isopropyl alcohol and povidone iodine.

C5-C6 interlaminar space was identified under fluoroscopy. A 4 inch, 20-gauge, Tuohy epidural needle was inserted down to the C6 lamina. The Tuohy needle was walked off the lamina onto the ligamentum flavum. Once

**REPORT OF OPERATION**

**Campbell Surgery Center** **1410 Brierbrook Road** **Germantown, TN 38138**

**Patient Name:** RICHARDSON, SHANNA **ATHENA:** 1009045

**DATE:** 11/23/2016 **Pt ID No:** 55490

CONTINUED PAGE 2

on the ligamentum flavum, the Tuohy needle was advanced into the epidural space using loss of resistance technique. Confirmation of position was done using 1.5 cc of radiopaque contrast. Next, a 5 cc volume containing 2 cc of 1% preservative-free Xylocaine and 3 cc of 6 mg per milliliter Celestone was injected into the posterior epidural space.

The procedure was without complication and the patient tolerated the procedure well. Heart rate, oxygen saturation, and blood pressure were stable prior to, during, and after the procedure. The patient was monitored for 30 minutes after the procedure. The angiocatheter was removed prior to discharging the patient home with a designated driver.

I AUTHORIZE MY NAME TO BE ELECTRONICALLY AFFIXED TO THIS REPORT AS SIGNIFYING THAT I HAVE DICTATED THIS REPORT.

Ashley L. Park, MD
90-1022
ALP/mos2222
D: 11/23/2016 13:12:52:Job#458730
T: 11/24/2016 13:08:35:Document#:319520

Last Login: 02/10/2017

Current chart:
**SHANNA L. RICHARDSON**
Select chart

Home Page > Dashboard > View Health Record

Practice:
**Campbell Clinic Orthopaedics**

Hello
Your account

**Dashboard**

**Message Center**

**View Health Record**

**History**

**Edit My Account**

**Manage Chart**

## SHANNA's Personal Health Record

Entire Health report

Save health record Send health record

**Name** SHANNA RICHARDSON **Document Created** Feb 14, 2017
**Patient ID** 1009045

### Demographics

**Address**

**Phone** Home:
Work:
Fax:

**Email:**
**Birthdate**
**Sex** Female

**Race** Black or African American
**Ethnicity** Not Hispanic or Latino
**Preferred Language** eng (ISO639-2)

### Diagnoses

| Description | Status | Code | Diagnosis Date | Last Modified Date | Type |
|---|---|---|---|---|---|
| Spondylosis of cervical region without myelopathy or radiculopathy | Active | 267970006 (SNOMED-CT) | Jan 10, 2017 | Jan 10, 2017 | Diagnos |
| Cervical radiculopathy | Active | 54404000 (SNOMED-CT) | Oct 25, 2016 | Nov 8, 2016 | Diagnos |

### Vital Signs

| Date | Height/Length | Weight | BMI | Blood Pressu |
|---|---|---|---|---|
| Oct 25, 2016 | 63.00 in | 196.50 lbs | 34.8 | 165 / 103 |

### Medications

| Drug Name | Code | Date | Dosage | Strength | Route | Quantity | Refills | Instruction | Stat |
|---|---|---|---|---|---|---|---|---|---|
| Medrol 6 Day Dose Pack | | Jan 10, 2017 | Tablet | | Oral | 1 | 0 | take as directed | Acti |
| Zanaflex | 153735 (RxNorm) | Jan 10, 2017 | Tablet | 4 MG | Oral | 60 | 1 | 1-2 tabs po qhs | Acti |
| TraMADol HCl | 835603 (RxNorm) | Nov 8, 2016 | Tablet | 50 MG | Oral | 28 | 0 | 1 p.o. BID PRN PAIN | Acti |
| Zanaflex | 153735 (RxNorm) | Oct 25, 2016 | Tablet | 4 MG | Oral | 60 | 0 | 1-2 tabs po qhs | Prio No L Acti |
| Lortab | 1495474 (RxNorm) | Oct 25, 2016 | | MG | Oral | -1 | PRN | | Acti |
| Percocet | 1049625 (RxNorm) | Oct 25, 2016 | | MG | Oral | -1 | PRN | | Into |
| AmLODIPine Besylate | 308136 (RxNorm) | Oct 25, 2016 | | MG | Oral | -1 | PRN | | Acti |
| Amitriptyline HCl | 00395804819 (NDC) | Oct 25, 2016 | | | Does not apply | -1 | PRN | | Acti |
| TraMADol HCl | 835603 (RxNorm) | Oct 25, 2016 | | MG | Oral | -1 | PRN | | Prio No L Acti |

### Allergies

| Type | Code | Date | Description | Agent | Reaction | Status | Source |
|---|---|---|---|---|---|---|---|
| Allergy | 1049625 (RxNorm) | Feb 14, 2017 | Percocet | | - Severe | Active | SRS EHR by : |

### Social History

| Description | Status | Code | Start Date | Quit Date | Source |
|---|---|---|---|---|---|
| Smoking Status | Never smoker | 266919005 (SNOMED-CT) | | | SRS EHR by : |

### Procedures

| Procedure | Code | Date | Disposition | So |
|---|---|---|---|---|

# Problems - Semmes-Murphey Clinic

**Shanna Richardson** **Birthdate:**

| Name | Type | Code | Status | Effective Date |
|---|---|---|---|---|
| Arm pain, left | Diagnosis | 287045000 (SNOMED CT) | Active | 02/09/2017 |
| Cervical spondylosis | Diagnosis | 387800004 (SNOMED CT) | Active | 02/09/2017 |
| Numbness and tingling sensation of skin | Diagnosis | 101000119102 (SNOMED CT) | Active | 02/09/2017 |
| Arm pain | Diagnosis | 102556003 (SNOMED CT) | Active | 06/09/2016 |
| Cervical radiculopathy | Diagnosis | 54404000 (SNOMED CT) | Active | 06/09/2016 |
| Neck pain | Diagnosis | 81680005 (SNOMED CT) | Active | 06/09/2016 |
| Numbness | Diagnosis | 44077006 (SNOMED CT) | Active | 06/09/2016 |

# Plan of Care - Semmes-Murphey Clinic

**Shanna Richardson** **Birthdate:**

## Plan of Care

| Type | Date | Detail |
|---|---|---|
| Appointment | 2017/02/28 09:15 AM | Autry Parker MD, 6325 Humphreys Blvd, Memphis, TN, 38120-2300, +1-901-522-7700 |
| Appointment | 2017/03/20 10:15 AM | Todd E Fountain MD, 6325 Humphreys Blvd, Memphis, TN, 38120-2300, +1-901-522-7700 |
| Pending order | 2017/02/09 | Epidural Block |
| Pending order | 2017/02/09 | RTO after tests |
| Pending order | 2016/08/22 | MRI C-Spine without contrast |
| Pending order | 2016/06/09 | RTO after tests |

# Medications - Semmes-Murphey Clinic

**Shanna Richardson** **Birthdate:**

| | |
|---|---|
| CYCLOBENZAPRINE HCL - 5MG | Active |
| NORVASC - 5MG | Active |
| TRAMADOL HCL - 50MG | Active |

Campbell Clinic ORTHOPAEDICS

PATIENT NUMBER: 1009045
PATIENT NAME: SHANNA RICHARDSON
SSN:
DOB:
ADDRESS:

01/10/17

TEL:

---

ASHLEY L. PARK, MD

SPINE CENTER

**ALP**

**FOLLOWUP INTERVENTIONAL SPINE ASSESSMENT**

**CHIEF COMPLAINT:** NECK PAIN.

**HISTORY OF PRESENT ILLNESS:** Ms. Richardson is a 39-year-old, African American female who has been followed by Interventional Spine at Campbell Clinic for her cervical condition since 10/25/2016. She was last evaluated on 11/08/2016. She returns today for followup.

On 11/23/2016, Ms. Richardson underwent a left C5-C6 translaminar epidural injection under fluoroscopy for persistent complaints of pain in the left side of the neck, as well as pain into her left shoulder blade, and numbness into her left upper extremity. She does not feel that the injection has helped her. She is still bothered by pain in her neck. She has pain when she has to look to either side.

Past medical history, review of systems, social history and family history are unchanged since the initial evaluation of 10/25/2016. Ms. Richardson has a history of hypertension, migraine headaches, as well as anxiety. She had worked at Nike since January 2016. She worked as a packer. She is currently not working to the best of my understanding.

**PHYSICAL EXAMINATION:** In general, cooperative, well-developed, well-nourished female in no acute distress. The patient was alert and oriented x3. She had a normal affect.

Examination of the upper extremities revealed motor strength to be good. Sensation was intact. Deep tendon reflexes were symmetrical. Range of motion about the cervical spine was guarded. There was bilateral cervical facet tenderness to palpation. On observing the patient, she demonstrated normal coordination and gait.

**MUSCULOSKELETAL IMPRESSION:**

1. Mild disc bulging at C5-C6 and small left paracentral disc component at this segment with mild central canal and mild right-sided neural foraminal narrowing and prominent disc bulge at C6-C7 without herniation by MRI dated 11/02/2016. Plain films of the cervical spine dated 10/25/2016, revealed mild straightening of the normal cervical lordotic curvature with some mild disc space narrowing at C5-C6.
2. Persistent complaints of left-sided neck pain, as well as pain at times into the shoulder blade. Left C5-

Campbell Clinic ORTHOPAEDICS

PATIENT NUMBER: 1009045
PATIENT NAME: SHANNA RICHARDSON
SSN:
DOB:
ADDRESS:

TEL:

01/10/17
PAGE 2 OF 2

ASHLEY L. PARK, MD

SPINE CENTER

C6 translaminar epidural injection under fluoroscopy performed on 11/23/2016, has not lessened Ms. Richardson's symptoms. On review of the fluoroscopically-guided procedure, there was excellent outlining of the left C4, C5, C6 and C7 nerve roots. At this juncture, I believe that a significant component of Ms. Richardson's symptoms are emanating from the cervical Z joints.

**TREATMENT RECOMMENDATIONS:**

1. Today, I discussed with Ms. Richardson her cervical condition.
2. A Medrol Dosepak was prescribed. Additionally, the muscle relaxer Zanaflex 4 mg 1-2 tablets at bedtime was prescribed.
3. The patient will undergo a course of physical therapy focusing on manual therapy, incorporating facet joint mobs, as well as a trial of cervical traction. She will be educated on stretching exercises specific to the diagnosis of cervical facet syndrome.
4. The patient should avoid repetitive lifting, pulling, pushing, reaching, as well as activity sustained at or above chest height.
5. Reevaluation in 8-10 weeks.

Electronically signed by Ashley L. Park, MD
ALP:mg
cc: Whitney W. Tolbert, NP
DD: 01/10/17 DT: 01/10/17

**OPD - PERMANENT RECORD**

Campbell Clinic ORTHOPAEDICS

PATIENT NUMBER: 1009045
PATIENT NAME: SHANNA RICHARDSON
SSN:
DOB:
ADDRESS:

11/08/16

TEL:

---

ASHLEY L. PARK, MD

SPINE CENTER

**ALP**

**FOLLOWUP INTERVENTIONAL SPINE ASSESSMENT**

**CHIEF COMPLAINT:** LEFT-SIDED NECK AND SHOULDER BLADE PAIN AND ARM NUMBNESS.

**HISTORY OF PRESENT ILLNESS:** Ms. Richardson is a 39-year-old, African-American female who has been followed by Interventional Spine at Campbell Clinic since 10/25/2016. She returns today for followup.

At the present time, Ms. Richardson continues to experience pain in her neck, as well as burning pain into her left shoulder blade. At times, she will get numbness in her left arm.

Past medical history, review of systems, social history and family history are unchanged since the initial evaluation of 10/25/2016. Ms. Richardson has a history of hypertension, migraine headaches, as well as anxiety. She had worked at Nike since January of this year. She worked as a packer.

**PHYSICAL EXAMINATION:** In general, we had a cooperative, well-developed, well-nourished female in no acute distress. The patient was alert and oriented x3. She had a normal affect.

Examination of the upper extremities revealed motor strength to be good. Sensation was intact. Range of motion about the cervical spine was normal, but guarded. On observing the patient, she demonstrated normal coordination and gait.

**RADIOGRAPHIC REVIEW:** Today, I had an opportunity to look at the MRI images of the cervical spine dated 11/02/2016. There was evidence of mild disc bulging on sagittal view at C5-C6 with what appeared to be a small left paracentral disc protrusion. There was mild central canal and mild right-sided neural foraminal narrowing. There was prominent disc bulging on sagittal view at C6-C7 without herniation.

**MUSCULOSKELETAL IMPRESSION:**

1. Mild straightening of the normal cervical lordotic curvature and some disc space narrowing at C5-C6 with anterior spur formation by plain film of the cervical spine dated 10/25/2016.
2. Persistent complaints of left-sided neck pain and burning pain into the left shoulder blade, as well as numbness in the left arm since February of this year, secondary to possible painful C5-C6 disc segment.

**OPD - PERMANENT RECORD**

Campbell Clinic
ORTHOPAEDICS

PATIENT NUMBER: 1009045
PATIENT NAME: SHANNA RICHARDSON
SSN:
DOB:
ADDRESS:

10/25/16

TEL:

ASHLEY L. PARK, MD

SPINE CENTER

ALP

**INITIAL INTERVENTIONAL SPINE ASSESSMENT**

**CHIEF COMPLAINT:** LEFT-SIDED NECK AND SHOULDER BLADE PAIN AND ARM NUMBNESS.

**HISTORY OF PRESENT ILLNESS:** Ms. Richardson is a 39-year-old, African-American female who has been having pain in the left side of her neck since February of this year. She was unable to identify a precipitating event which brought on her symptoms. She also reports pain into her left shoulder blade, as well as tingling down her left arm. On a visual analog scale, she rated her pain as a 10 out of a possible 10 score. She denied upper extremity weakness.

Ms. Richardson has been to the Emergency Room on 2 occasions because of her pain. She has also been followed by her primary care provider who has prescribed a Medrol Dosepak, which has not helped. She has also been on muscle relaxants and tramadol, and she is currently taking tramadol every 6 hours, which only tempers her symptoms to a mild severity. She has been out of work because of her pain.

**PAST MEDICAL HISTORY:** The patient denied history of lung disease, heart disease, diabetes or peptic ulcer disease. She does report having history of hypertension, migraine headaches, as well as anxiety. Surgical history is significant for a C-section, as well as total hysterectomy.

**MEDICATIONS:** Medications include amitriptyline, amlodipine and tramadol.

**ALLERGIES: SHE HAS ALLERGIES TO NO MEDICATIONS; HOWEVER, DOES GET NAUSEATED FROM BOTH LORTAB AND PERCOCET.**

**HABITS:** With respect to habits, she denied history of smoking or drinking.

**REVIEW OF SYSTEMS:** On review of the review of systems intake form, review of systems was positive for chest pain.

**FAMILY HISTORY:** Significant for hypertension, heart disease, diabetes, as well as lung cancer.

**SOCIAL HISTORY:** Ms. Richardson has worked at Nike since January of this year. She works as a packer.

Campbell Clinic ORTHOPAEDICS

PATIENT NUMBER: 1009045
PATIENT NAME: SHANNA RICHARDSON
SSN:
DOB:
ADDRESS:

TEL:



ASHLEY L. PARK, MD

SPINE CENTER

**PHYSICAL EXAMINATION:** In general, we had a cooperative, well-developed, well-nourished female in no acute distress. The patient was alert and oriented x3. She was somewhat labile during the evaluation. Height: 5 feet 3 inches. Weight: 197 pounds. Blood Pressure: 165/103. Pulse: 84 beats per minute. BMI was 35.

Examination of the upper and lower extremities revealed no gross musculoskeletal deformities. Range of motion about the upper and lower extremities was within functional limits. There were no cafe-au-lait spots. Distal pulses were symmetrical. There was no evidence of pitting edema.

On further examination of the upper extremities, motor strength was normal. Sensation was intact. Deep tendon reflexes were symmetrical. Range of motion about the cervical spine was normal; however, there was pain with cervical flexion, as well as sidebending motion to the left and rotational movement. There was diffuse left-sided cervical facet tenderness to palpation, as well as mid cervical segmental pain to posterior/anterior mobilization. Range of motion about the shoulders was normal without a painful arc of motion. On observing the patient, she demonstrated normal coordination and gait.

**RADIOGRAPHIC EVALUATION:** AP, lateral and oblique views of the cervical spine were obtained today. There was some straightening of the normal cervical lordotic curvature. There was some disc space narrowing at C5-C6 with anterior spur formation. Cervical facets appeared normal. The foramen appeared patent.

**MUSCULOSKELETAL IMPRESSION:** Persistent complaints of left-sided neck and shoulder blade pain and numbness into the arm since February of this year, secondary to possible segmental disc injury, failing to improve with time, modified activity and pharmaceutical management provided by primary care physician, as well as Emergency Room physicians who prescribed medication both in February and August of this year. Functionally, because of her pain, she has not been able to work.

**TREATMENT RECOMMENDATIONS:**

1. Today, I discussed with Ms. Richardson her symptoms and my concerns.
2. The muscle relaxer Zanaflex 4 mg 1-2 tablets at bedtime was prescribed today.
3. At this time, I believe it is medically necessary to proceed with an MRI of the cervical spine to further assess anatomical integrity and more specifically to rule out segmental disc injury.
4. The patient should avoid lifting, pulling, pushing, reaching, as well as activity sustained at or above chest height.

Campbell Clinic ORTHOPAEDICS

PATIENT NUMBER: 1009045
PATIENT NAME: SHANNA RICHARDSON
SSN:
DOB:
ADDRESS:

TEL:

10/25/16
PAGE 3 OF 3

---

ASHLEY L. PARK, MD

SPINE CENTER

5. Reevaluation within 2 weeks.

Electronically signed by Ashley L. Park, MD
ALP:mg
cc: Whitney W. Tolbert, NP
DD: 10/25/16 DT: 10/25/16

**BAPTIST MEDICAL GROUP**

Claimant: Shanna Richards
Claim# 7164999

The Light Clinic
7715 Wolf River Blvd
Germantown, TN 38138

# Facsimile Cover Sheet

Date: 2/10/17 # of pages including cover sheet: 22

| | |
|---|---|
| To: Amy Corcovan | From: The Light Clinic |
| Phone: (855) 832-9412 | Phone: (901) 328-6031 |
| Fax Phone: (603) 430-0489 | Fax Phone: (901) 328-6035 |
| Copy: | E-mail: |

Remarks: [ ] Urgent [ ] For your review [ ] As requested [ ] Reply ASAP [ ] Please Comment

**CONFIDENTIALITY NOTE:** The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this fax is strictly prohibited. If you have received this fax in error, please complete the below information and fax this form (along with your fax coversheet) to the Baptist Corporate Privacy and Security Officer at 901.227.6155. Thank you.

Please check the one box below that describes what you did with the document(s) you received.

- ☐ The document(s) was shredded. No copies were made or kept.
- ☐ The document(s) was not shredded, but was destroyed so that it would be impossible for someone to piece the document back together. No copies were made or kept.
- ☐ The original document(s) was returned to Baptist at the above address. No copies were made or kept.
- ☐ The document is still in my possession.

Please write in how many pages of documents you unintentionally received from Baptist (count fax cover pages too). However, if you received some documents that were intended for you along with documents that were not intended for you, only count those pages which were not intended for you: ____________

Please list the fax number on which the documents were received: ____________

Name of person completing this information: ____________ Date: ____________

Form # 0100.22 (06/14)

**Richardson, Shanna L [10272441]**
**Home:**
**Work:**

DOB:
Age/Sex: **39 years (as of encounter date 2/10/2017) Female**
Address:

## Patient Instructions

**Shanna L Richardson (MR# 10272441)**

**Patient Instructions Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Whitney Tolbert, NP | Signed | Whitney Tolbert, NP | 6/9/2016 4:18 PM |

**Patient Instructions**

Feel free to contact me with any questions or concerns.
Follow-up with neurosurgeon as planned.
Do not take pain medication or muscle relaxants while working.
Will fill out FMLA paperwork and fax as requested.

Electronically signed by Whitney Tolbert, NP at 6/9/2016 4:18 PM

**Cosign Info** (Current Encounter)

| Filed Date | Category | Author | Author Type | Note Status | Cosign Status | Designated Cosigner | Note ID |
|---|---|---|---|---|---|---|---|
| 6/9/16 1618 | Progress Notes | Tolbert,Whitney, NP | Nurse Practitioner | Signed | Cosigned | Alston Graham Warr, MD | 265733918 |
| 6/9/16 1618 | Patient Instructions | Tolbert,Whitney, NP | Nurse Practitioner | Signed | Cosign Not Required | | 265733858 |

**Chart Review Routing History**

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

**Richardson, Shanna L [10272441]**
**Home:**
**Work:**

DOB:
Age/Sex: **39 years (as of encounter date 2/10/2017) Female**
Address:

## Progress Notes

**Shanna L Richardson (MR# 10272441)**

**Progress Notes Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Whitney Tolbert, NP | Signed | Whitney Tolbert, NP | 6/9/2016 4:18 PM |

**Progress Notes**

**Subjective:**

**Patient ID:** Shanna L Richardson is a 38 y.o. female.

HPI

Shanna presents today for follow-up regarding neck pain. She is needing FMLA paperwork filled out as well as a return to work form. She reports improved pain after steroid pack and tramadol. Still with some numbness and tingling on occasion in left hand and intermittent left neck pain but it is tolerable at this time. She reports seeing neurosurgeon today and an MRI is scheduled on June 21st. She is wanting to return next week and states she does not feel she needs any restrictions at this point. Feels she can do her job without difficulty. Will not take tramadol during the work day.

Review of Systems
Constitutional: Negative for fever and fatigue.
Respiratory: Negative for cough and shortness of breath.

Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for nausea and abdominal pain.
Musculoskeletal: Positive for neck pain.
Neurological: Negative for dizziness.
Psychiatric/Behavioral: Negative for sleep disturbance.

**Objective:**

BP 136/90 mmHg | Pulse 92 | Temp(Src) 98.7 °F (37.1 °C) (Oral) | Resp 20 | Ht 5' 3" (1.6 m) | Wt 202 lb (91.627 kg) | BMI 35.79 kg/m2 | SpO2 99% | LMP 09/10/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:
**Left neck and cervical region tender to palp. ROM moderately restricted.**
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

**Assessment/Plan:**
Shanna was seen today for follow-up.

Diagnoses and all orders for this visit:

**Neck pain**

Return in about 3 months (around 9/9/2016) for Next scheduled follow up.

**Patient Instructions**
Feel free to contact me with any questions or concerns.
Follow-up with neurosurgeon as planned.
Do not take pain medication or muscle relaxants while working.
Will fill out FMLA paperwork and fax as requested.

Electronically signed by Whitney Tolbert, NP at 6/9/2016 4:18 PM
Electronically signed by Alston Graham Warr, MD at 6/12/2016 11:53 AM

**Cosign Info** (Current Encounter)

| Filed Date | Category | Author | Author Type | Note Status | Cosign Status | Designated Cosigner | Note ID |
|---|---|---|---|---|---|---|---|
| 6/9/16 1618 | Progress Notes | Tolbert,Whitney, NP | Nurse Practitioner | Signed | Cosigned | Alston Graham Warr, MD | 265733918 |
| 6/9/16 1618 | | | | Signed | | | 265733858 |

| | | | | |
|---|---|---|---|---|
| Patient Instructions | Tolbert,Whitney, NP | Nurse Practitioner | | Cosign Not Required |

**Chart Review Routing History**

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

**Richardson, Shanna L [10272441]**
**Home:**
**Work:**

DOB:
Age/Sex: **39 years (as of encounter date 2/10/2017) Female**
Address:

## Patient Instructions

**Shanna L Richardson (MR# 10272441)**

**Patient Instructions Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Whitney Tolbert, NP | Addendum | Whitney Tolbert, NP | 5/24/2016 4:29 PM |

**Patient Instructions**

Ok to continue heat.
Please notify me if your symptoms do not improve and contact me with any questions or concerns.

Please notify me if you have not been contacted by the BMG Referral Center regarding an appointment date and time with a specialist in one week.
Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.

Electronically signed by Whitney Tolbert, NP at 5/24/2016 4:28 PM
Electronically signed by Whitney Tolbert, NP at 5/24/2016 4:29 PM

**Links**

Previous Version

**Cosign Info** (Current Encounter)

| Filed Date | Category | Author | Author Type | Note Status | Cosign Status | Designated Cosigner | Note ID |
|---|---|---|---|---|---|---|---|
| 5/24/16 1630 | Progress Notes | Tolbert,Whitney, NP | Nurse Practitioner | Signed | Cosigned | Alston Graham Warr, MD | 259648961 |
| 5/24/16 1629 | Patient Instructions | Tolbert,Whitney, NP | Nurse Practitioner | Addendum | Cosign Not Required | | 259648457 |

**Chart Review Routing History**

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

**Richardson, Shanna L [10272441]**
**Home:**
**Work:**

DOB:
Age/Sex: **39 years (as of encounter date 2/10/2017) Female**
Address:

## Progress Notes

**Shanna L Richardson (MR# 10272441)**

**Progress Notes Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Whitney Tolbert, NP | Signed | Whitney Tolbert, NP | 5/24/2016 4:30 PM |

**Progress Notes**

**Subjective:**

**Patient ID:** Shanna L Richardson is a 38 y.o. female.

**Neck Pain**

This is a new problem. The current episode started more than 1 month ago. The problem occurs constantly. The problem has been gradually worsening. The pain is associated with nothing. The pain is present in the left side. The quality of the pain is described as burning and aching. The pain is at a severity of 10/10. The pain is severe. The symptoms are aggravated by bending, position and twisting. The pain is same all the time. Associated symptoms include headaches, numbness, tingling and weakness. Pertinent negatives include no chest pain, fever, leg pain, pain with swallowing, paresis, photophobia, syncope, trouble swallowing, visual change or weight loss. She has tried NSAIDs, oral narcotics, heat, ice and muscle relaxants for the symptoms. The treatment provided mild relief.

**Headache**

Associated symptoms include neck pain, numbness, tingling and weakness. Pertinent negatives include no coughing, dizziness, fever, photophobia, visual change or weight loss.

Review of Systems
Constitutional: Negative for fever and weight loss.
HENT: Negative for trouble swallowing.
Eyes: Negative for photophobia.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and syncope.
Musculoskeletal: Positive for neck pain.
Skin: Negative for rash.
Neurological: Positive for tingling, weakness, numbness and headaches. Negative for dizziness.
Hematological: Negative for adenopathy.
Psychiatric/Behavioral: Positive for sleep disturbance.

**Objective:**

BP 140/100 mmHg | Pulse 94 | Temp(Src) 98.4 °F (36.9 °C) (Oral) | Resp 20 | Ht 5' 3" (1.6 m) | Wt 196 lb (88.905 kg) | BMI 34.73 kg/m2 | SpO2 99% | LMP 09/10/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Neck: Neck supple. No thyromegaly present.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:
**Tenderness to palp along left posterior and lateral neck. ROM moderately restricted with lateral rotation.**
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

**Assessment/Plan:**

Shanna was seen today for neck pain, numbness and headache.

Diagnoses and all orders for this visit:

**Neck pain**

Orders:

- X-Ray Cervical Spine AP Lateral and Odontoid
- traMADol (ULTRAM) 50 mg tablet; Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain
- cyclobenzaprine (FLEXERIL) 5 MG tablet; Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms
- Ambulatory referral to Neurosurgery; Future

Return if symptoms worsen or fail to improve.

**Patient Instructions**

Ok to continue heat.
Please notify me if your symptoms do not improve and contact me with any questions or concerns.

Please notify me if you have not been contacted by the BMG Referral Center regarding an appointment date and time with a specialist in one week.
Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.

Electronically signed by Whitney Tolbert, NP at 5/24/2016 4:30 PM
Electronically signed by Alston Graham Warr, MD at 5/24/2016 4:46 PM

**Cosign Info** (Current Encounter)

| Filed Date | Category | Author | Author Type | Note Status | Cosign Status | Designated Cosigner | Note ID |
|---|---|---|---|---|---|---|---|
| 5/24/16 1630 | Progress Notes | Tolbert,Whitney, NP | Nurse Practitioner | Signed | Cosigned | Alston Graham Warr, MD | 259648961 |
| 5/24/16 1629 | Patient Instructions | Tolbert,Whitney, NP | Nurse Practitioner | Addendum | Cosign Not Required | | 259648457 |

**Chart Review Routing History**

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

**Richardson, Shanna L [10272441]**
**Home:**
**Work:**

DOB:
Age/Sex: **39 years (as of encounter date 2/10/2017) Female**
Address:

## Patient Instructions

**Shanna L Richardson (MR# 10272441)**

**Patient Instructions Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Whitney Tolbert, NP | Signed | Whitney Tolbert, NP | 2/17/2016 4:12 PM |

**Patient Instructions**

Ok to continue heat. Adding a steroid pack today- do not take with naproxen.
If no improvement, will likely need to see a specialist for further imaging.
Please notify me if your symptoms do not improve and contact me with any questions or concerns.

Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.

Electronically signed by Whitney Tolbert, NP at 2/17/2016 4:12 PM

**Cosign Info** (Current Encounter)

| Filed Date | Category | Author | Author Type | Note Status | Cosign Status | Designated Cosigner | Note ID |
|---|---|---|---|---|---|---|---|
| 2/17/16 1616 | Progress Notes | Tolbert,Whitney, NP | Nurse Practitioner | Signed | Cosigned | Alston Graham Warr, MD | 219131775 |
| 2/17/16 1512 | Patient Instructions | Tolbert,Whitney, NP | Nurse Practitioner | Signed | Cosign Not Required | | 219405443 |

**Chart Review Routing History**

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

**Richardson, Shanna L [10272441]**
**Home:**
**Work:**

DOB:
Age/Sex: **39 years (as of encounter date 2/10/2017) Female**
Address:

## Progress Notes

**Shanna L Richardson (MR# 10272441)**

**Progress Notes Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Whitney Tolbert, NP | Signed | Whitney Tolbert, NP | 2/17/2016 4:16 PM |

**Progress Notes**

**Subjective:**

**Patient ID:** Shanna L Richardson is a 38 y.o. female.

**Neck Pain**

This is a new problem. The current episode started in the past 7 days. The problem occurs constantly. The problem has been waxing and waning. The pain is associated with nothing. The pain is present in the left side. The quality of the pain is described as burning. The pain is moderate. The symptoms are aggravated by position. The pain is same all the time. Associated symptoms include numbness and tingling. Pertinent negatives include no chest pain, fever, headaches, leg pain, pain with swallowing, paresis, photophobia, syncope, trouble swallowing, visual change, weakness or weight loss. She has tried muscle relaxants, NSAIDs and oral narcotics for the symptoms. The treatment provided moderate relief.
Went to the ER last week and was given flexeril, naproxen, and tramadol which seems to help. Still having numbness and tingling in left fingers.

Also request refills on trazodone and amitriptyline for depression and insomnia- meds are working well for her and denies side effects.

Review of Systems
Constitutional: Negative for fever, weight loss and fatigue.
HENT: Negative for trouble swallowing.
Eyes: Negative for photophobia.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and syncope.
Musculoskeletal: Positive for neck pain.
Neurological: Positive for tingling and numbness. Negative for dizziness, weakness and headaches.

**Objective:**

BP 162/108 mmHg | Pulse 67 | Temp(Src) 98.3 °F (36.8 °C) (Oral) | Resp 18 | Ht 5' 3" (1.6 m) | Wt 197 lb (89.359 kg) | BMI 34.91 kg/m2 | SpO2 98% | LMP 09/10/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Neck: Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:
**Neck ROM moderately restricted. Tender to palp over left trapezius.**
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

**Assessment/Plan:**

Shanna was seen today for er follow-up and neck pain.

Diagnoses and all orders for this visit:

**Neck pain**
Orders:
- traMADol (ULTRAM) 50 mg tablet; Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain
- methylPREDNISolone (MEDROL DOSEPACK) 4 mg tablet dose pack; Take as directed on package
- cyclobenzaprine (FLEXERIL) 5 MG tablet; Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms

**Depressive disorder**
Orders:
- amitriptyline (ELAVIL) 50 MG tablet; Take one tablet (50 mg total) by mouth nightly

**Other insomnia**
Orders:
- traZODone (DESYREL) 50 MG tablet; Take one tablet (50 mg total) by mouth nightly

**Hypertension, benign**

Discussed elevated BP today. Patient states she feels it is pain related as to why her BP is up. Strongly encouraged to check frequently and notify me if consistently greater than 140/90

Return if symptoms worsen or fail to improve.

**Patient Instructions**
Ok to continue heat. Adding a steroid pack today- do not take with naproxen.
If no improvement, will likely need to see a specialist for further imaging.
Please notify me if your symptoms do not improve and contact me with any questions or concerns.

Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.

Electronically signed by Whitney Tolbert, NP at 2/17/2016 4:16 PM
Electronically signed by Alston Graham Warr, MD at 2/17/2016 5:15 PM

**Cosign Info** (Current Encounter)

| Filed Date | Category | Author | Author Type | Note Status | Cosign Status | Designated Cosigner | Note ID |
|---|---|---|---|---|---|---|---|
| 2/17/16 1616 | Progress Notes | Tolbert,Whitney, NP | Nurse Practitioner | Signed | Cosigned | Alston Graham Warr, MD | 219131775 |
| 2/17/16 1612 | Patient Instructions | Tolbert,Whitney, NP | Nurse Practitioner | Signed | Cosign Not Required | | 219405443 |

**Chart Review Routing History**
Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

## Patient Instructions

**Shanna L Richardson (MR# 10272441)**

**Patient Instructions Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Whitney Tolbert, NP | Signed | Whitney Tolbert, NP | 5/24/2016 4:28 PM |

**Patient Instructions**

Ok to continue heat.
Please notify me if your symptoms do not improve and contact me with any questions or concerns.

Please notify me if you have not been contacted by the BMG Referral Center regarding an appointment date and time with a specialist in one week.

Electronically signed by Whitney Tolbert, NP at 5/24/2016 4:28 PM

**Richardson, Shanna L [10272441]**
Home:
Work:

DOB:
Age/Sex: **39 years (as of encounter date 2/10/2017) Female**
Address:

## Patient Instructions

**Shanna L Richardson (MR# 10272441)**

**Patient Instructions Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Whitney Tolbert, NP | Signed | Whitney Tolbert, NP | 7/12/2016 4:26 PM |

**Patient Instructions**

Will await MRI results from neurosurgery.
Please notify me if your symptoms do not improve and contact me with any questions or concerns.
Ok to continue heat, tramadol, and flexeril as needed at night.

Electronically signed by Whitney Tolbert, NP at 7/12/2016 4:26 PM

**Cosign Info** (Current Encounter)

| Filed Date | Category | Author | Author Type | Note Status | Cosign Status | Designated Cosigner | Note ID |
|---|---|---|---|---|---|---|---|
| 7/12/16 1626 | Progress Notes | Tolbert,Whitney, NP | Nurse Practitioner | Signed | Cosigned | Alston Graham Warr, MD | 277948229 |
| 7/12/16 1626 | Patient Instructions | Tolbert,Whitney, NP | Nurse Practitioner | Signed | Cosign Not Required | | 277948127 |

**Chart Review Routing History**

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

**Richardson, Shanna L [10272441]**
Home:
Work:

DOB:
Age/Sex: **39 years (as of encounter date 2/10/2017) Female**
Address

## Progress Notes

**Shanna L Richardson (MR# 10272441)**

**Progress Notes Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Whitney Tolbert, NP | Signed | Whitney Tolbert, NP | 7/12/2016 4:26 PM |

**Progress Notes**

**Subjective:**

**Patient ID:** Shanna L Richardson is a 39 y.o. female.

HPI

Shanna presents today for follow-up regarding neck pain. This has been an ongoing problem that has been waxing and waning. She has MRI scheduled next week with neurosurgery. Still with numbness and tingling in left and and left arm and shoulder feel weak. Flexeril and tramadol do help her pain. Denies any side effects from medications. She only takes these at night as she has to work during the day. Does not do a lot of heavy lifting- occasionally moves a small box.

Review of Systems
Constitutional: Negative for fever and fatigue.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for nausea and vomiting.
Musculoskeletal: Positive for neck pain.

Neurological: Positive for weakness and numbness. Negative for dizziness and headaches.
Psychiatric/Behavioral: Negative for sleep disturbance.

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Uterine fibroid | |
| • Hypertension | |
| • Obesity | |
| • Migraine | |
| • Anxiety | |
| • Pyelonephritis | |
| • Gastritis | |
| • Guillain-Barre syndrome | 1996 |
| • Diminished uterine growth | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cesarean section | | 2001 |
| • Esophagogastroduodenoscopy | | 2013 |
| • Hysterectomy | | |
| • Robotic hysterectomy cystoscopy<br>*Performed by AZARI, AHMAD at MEM BMH-Women's OR.* | 10/8/2014 | |
| • Dilation and curettage ; hysteroscopy<br>*Performed by AZARI, AHMAD at MEM BMH-Women's OR.* | 10/23/201<br>4 | |

**History**

Substance Use Topics

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol Use: | No |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |
| • Hypertension | Mother | |
| • Cirrhosis | Father | |

**Allergies**

| Allergen | Reactions |
|---|---|
| • Hydrocodone | |
| • Percocet [Oxycodone-Acetaminophen] | Nausea Only |

**Outpatient Prescriptions Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 50 MG tablet | Take one tablet (50 mg total) by mouth nightly | 30 tablet | 5 |
| • amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet (10 mg total) by mouth one (1) time a day. | 30 tablet | 5 |
| • losartan (COZAAR) 25 MG tablet | Take one tablet (25 mg total) by mouth one (1) time a day | 30 tablet | 5 |
| • traZODone (DESYREL) 50 MG tablet | Take one tablet (50 mg total) by mouth nightly | 30 tablet | 5 |
| • cyclobenzaprine (FLEXERIL) 5 MG tablet | Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms | 20 tablet | 0 |
| • traMADol (ULTRAM) 50 mg tablet | | 30 tablet | 0 |

Take one tablet (50 mg total)
by mouth every 6 (six) hours
as needed for pain

**Objective:**

BP 138/90 mmHg | Pulse 88 | Temp(Src) 98.5 °F (36.9 °C) (Oral) | Resp 21 | Ht 5' 3" (1.6 m) | Wt 198 lb (89.812 kg) | BMI 35.08 kg/m2 | SpO2 99% | LMP 09/10/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:
**Left posterior neck and trapezius tender to palp. ROM mildly restricted.**
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

No results found for this or any previous visit (from the past 36 hour(s)).

**Assessment/Plan:**

Shanna was seen today for medication refill.

Diagnoses and all orders for this visit:

**Neck pain**
Orders:
- cyclobenzaprine (FLEXERIL) 5 MG tablet; Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms
- traMADol (ULTRAM) 50 mg tablet; Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain

Return if symptoms worsen or fail to improve.

**Patient Instructions**
Will await MRI results from neurosurgery.
Please notify me if your symptoms do not improve and contact me with any questions or concerns.
Ok to continue heat, tramadol, and flexeril as needed at night.

Electronically signed by Whitney Tolbert, NP at 7/12/2016 4:26 PM
Electronically signed by Alston Graham Warr, MD at 7/12/2016 4:48 PM

**Cosign Info** (Current Encounter)

| Filed Date | Category | Author | Author Type | Note Status | Cosign Status | Designated Cosigner | Note ID |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/12/16 1626 | Progress Notes | Tolbert,Whitney, NP | Nurse Practitioner | Signed | Cosigned | Alston Graham Warr, MD | 277948229 |
| 7/12/16 1626 | Patient Instructions | Tolbert,Whitney, NP | Nurse Practitioner | Signed | Cosign Not Required | | 277948127 |

**Chart Review Routing History**

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

**Richardson, Shanna L [10272441]**
**Home:**
**Work:**

DOB:
Age/Sex: **39 years (as of encounter date 2/10/2017) Female**
Address:

## Patient Instructions

**Shanna L Richardson (MR# 10272441)**

### Patient Instructions Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Whitney Tolbert, NP | Addendum | Whitney Tolbert, NP | 9/22/2016 2:16 PM |

### Patient Instructions

Make sure to follow-up with your neurosurgeon as planned.
Will refill the tramadol- do not drive or work while taking medication.
Feel free to contact me with any questions or concerns.
Resume the losartan. Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.

Electronically signed by Whitney Tolbert, NP at 9/22/2016 2:12 PM
Electronically signed by Whitney Tolbert, NP at 9/22/2016 2:16 PM

### Links

Previous Version

### Cosign Info

(Current Encounter)

| Filed Date | Category | Author | Author Type | Note Status | Cosign Status | Designated Cosigner | Note ID |
|---|---|---|---|---|---|---|---|
| 9/22/16 1419 | Progress Notes | Tolbert,Whitney, NP | Nurse Practitioner | Signed | Cosigned | Alston Graham Warr, MD | 306501230 |
| 9/22/16 1416 | Patient Instructions | Tolbert,Whitney, NP | Nurse Practitioner | Addendum | Cosign Not Required | | 306496937 |

### Chart Review Routing History

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

**Richardson, Shanna L [10272441]**
**Home:**
**Work:**

DOB:
Age/Sex: **39 years (as of encounter date 2/10/2017) Female**
Address:

## Progress Notes

**Shanna L Richardson (MR# 10272441)**

### Progress Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Whitney Tolbert, NP | Signed | Whitney Tolbert, NP | 9/22/2016 2:19 PM |

### Progress Notes

**Subjective:**
**Patient ID**: Shanna L Richardson is a 39 y.o. female.

HPI

Shanna presents today for follow-up regarding neck pain. States MRI showed degenerative/bulging discs and nerve blocks and/or surgery has been recommended by neurosurgery. She continues to have paresthesias down left arm and mid back. She is requesting refill on tramadol as this does help.

Review of Systems

Constitutional: Negative for fatigue.
Eyes: Negative for visual disturbance.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Musculoskeletal: Positive for back pain and neck pain.
Neurological: Positive for numbness. Negative for headaches.

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Uterine fibroid | |
| • Hypertension | |
| • Obesity | |
| • Migraine | |
| • Anxiety | |
| • Pyelonephritis | |
| • Gastritis | |
| • Guillain-Barre syndrome | 1996 |
| • Diminished uterine growth | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cesarean section | | 2001 |
| • Esophagogastroduodenoscopy | | 2013 |
| • Hysterectomy | | |
| • Robotic hysterectomy cystoscopy<br>*Performed by AZARI, AHMAD at MEM BMH-Women's OR.* | 10/8/2014 | |
| • Dilation and curettage ; hysteroscopy<br>*Performed by AZARI, AHMAD at MEM BMH-Women's OR.* | 10/23/2014 | |

**Social History**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol Use: | No |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |
| • Hypertension | Mother | |
| • Cirrhosis | Father | |

**Allergies**

| Allergen | Reactions |
|---|---|
| • Hydrocodone | |
| • Percocet [Oxycodone-Acetaminophen] | Nausea Only |

**Outpatient Prescriptions Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 50 MG tablet | TAKE ONE TABLET BY MOUTH EVERY NIGHT | 30 tablet | 0 |
| • amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet (10 mg total) by mouth one (1) time a day. | 30 tablet | 5 |
| • cyclobenzaprine (FLEXERIL) 5 MG tablet | Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms | 20 tablet | 0 |
| • | | | 0 |

| | | | |
|---|---|---|---|
| gabapentin (NEURONTIN) 300 MG capsule | TAKE ONE CAPSULE PO QHS | | |
| • traZODone (DESYREL) 50 MG tablet | TAKE ONE TABLET BY MOUTH EVERY NIGHT | 30 tablet | 0 |
| • traMADol (ULTRAM) 50 mg tablet | Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain | 30 tablet | 0 |

**Objective:**

BP 160/100 mmHg | Pulse 76 | Temp(Src) 98.8 °F (37.1 °C) (Oral) | Resp 20 | Ht 5' 3" (1.6 m) | Wt 198 lb (89.812 kg) | BMI 35.08 kg/m2 | SpO2 98% | LMP 09/10/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:
**Neck ROM moderately restricted. Tender to palp over cervical spine and left trapezius.**
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

No results found for this or any previous visit (from the past 36 hour(s)).

**Assessment/Plan:**

Shanna was seen today for neck pain and back pain.

Diagnoses and all orders for this visit:

**Neck pain**
- traMADol (ULTRAM) 50 mg tablet; Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain

**Benign essential hypertension**
- losartan (COZAAR) 25 MG tablet; Take one tablet (25 mg total) by mouth one (1) time a day

Discussed BP elevation. Patient states she has not been taking her losartan.

Return if symptoms worsen or fail to improve.

**Patient Instructions**
Make sure to follow-up with your neurosurgeon as planned.
Will refill the tramadol- do not drive or work while taking medication.
Feel free to contact me with any questions or concerns.
Resume the losartan. Make sure to follow a diet low in sodium and get regular exercise. Monitor BP frequently and notify me if consistently greater than 140/90.

Electronically signed by Whitney Tolbert, NP at 9/22/2016 2:19 PM
Electronically signed by Alston Graham Warr, MD at 9/22/2016 3:19 PM

**Cosign Info** (Current Encounter)

| Filed Date | Category | Author | Author Type | Note Status | Cosign Status | Designated Cosigner | Note ID |
|---|---|---|---|---|---|---|---|
| 9/22/16 1419 | Progress Notes | Tolbert,Whitney, NP | Nurse Practitioner | Signed | Cosigned | Alston Graham Warr, MD | 306501230 |
| 9/22/16 1416 | Patient Instructions | Tolbert,Whitney, NP | Nurse Practitioner | Addendum | Cosign Not Required | | 306496937 |

**Chart Review Routing History**

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

**Richardson, Shanna L [10272441]**
**Home:**
**Work:**

DOB:
Age/Sex: **39 years (as of encounter date 2/10/2017) Female**
Address:

## Progress Notes

**Shanna L Richardson (MR# 10272441)**

**Progress Notes Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Whitney Tolbert, NP | Signed | Whitney Tolbert, NP | 1/31/2017 4:20 PM |

**Progress Notes**

**Subjective:**

**Patient ID:** Shanna L Richardson is a 39 y.o. female.

**Neck Pain**

This is a recurrent problem. The current episode started more than 1 month ago. The problem occurs constantly. The problem has been waxing and waning. The pain is associated with an unknown factor. The pain is present in the left side, occipital region and midline. The quality of the pain is described as aching and shooting. The pain is severe. The symptoms are aggravated by position, bending and twisting. The pain is same all the time. Associated symptoms include headaches, numbness and tingling. Pertinent negatives include no chest pain, fever, leg pain, pain with swallowing, paresis, photophobia, syncope, trouble swallowing, visual change, weakness or weight loss. She has tried muscle relaxants, heat, NSAIDs, ice, oral narcotics, home exercises, acetaminophen and bed rest for the symptoms. The treatment provided moderate relief.
Reports seeing Dr. Park at Campbell Clinic and was told MRI shows bulging Discs at c5-c6 and degenerative discs. She requests to be scheduled with Dr. Foley for surgical consultation.

Also requests refills on trazodone and amitriptyline which help to improve insomnia and depression. States these meds work very well for her.

Review of Systems
Constitutional: Negative for fever and weight loss.
HENT: Negative for trouble swallowing.
Eyes: Negative for photophobia.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and syncope.
Gastrointestinal: Negative for nausea, vomiting and abdominal pain.
Musculoskeletal: Positive for neck pain.
Skin: Negative for rash.
Neurological: Positive for tingling, numbness and headaches. Negative for dizziness and weakness.
Hematological: Negative for adenopathy.
Psychiatric/Behavioral: Negative for sleep disturbance and dysphoric mood. The patient is not nervous/anxious.

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Uterine fibroid | |
| • Hypertension | |
| • Obesity | |
| • Migraine | |
| • Anxiety | |
| • Pyelonephritis | |
| • Gastritis | |
| • Guillain-Barre syndrome | 1996 |
| • Diminished uterine growth | |
| • History of abnormal cervical Pap smear | |

*Had some before, forgot to mention.*

- Anemia 7/14
- Migraines, neuralgic
  *All the time, since 2001*
- GERD (gastroesophageal reflux disease)
- Urinary tract infection 7/14

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Cesarean section | | 2001 |
| • Esophagogastroduodenoscopy | | 2013 |
| • Hysterectomy | | |
| • Cervical spine surgery | | 11/23/2016 |
| • Robotic hysterectomy cystoscopy<br>*Performed by AZARI, AHMAD at MEM BMH-Women's OR.* | 10/8/2014 | |
| • Dilation and curettage ; hysteroscopy<br>*Performed by AZARI, AHMAD at MEM BMH-Women's OR.* | 10/23/2014 | |

**Social History**

Substance Use Topics

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol Use: | No |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |
| • Hypertension | Mother | |
| • Cirrhosis | Father | |

**Allergies**

| Allergen | Reactions |
|---|---|
| • Hydrocodone | |
| • Percocet [Oxycodone-Acetaminophen] | Nausea Only |

**Outpatient Prescriptions Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amLODIPine (NORVASC) 10 MG tablet | Take one tablet (10 mg total) by mouth one (1) time a day | 30 tablet | 5 |
| • losartan (COZAAR) 50 MG tablet | Take one tablet (50 mg total) by mouth one (1) time a day | 30 tablet | 0 |
| • amitriptyline (ELAVIL) 50 MG tablet | TAKE ONE TABLET BY MOUTH EVERY NIGHT | 30 tablet | 0 |
| • traMADol (ULTRAM) 50 mg tablet | Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain | 30 tablet | 0 |
| • traZODone (DESYREL) 50 MG tablet | TAKE ONE TABLET BY MOUTH EVERY NIGHT | 30 tablet | 0 |
| • cyclobenzaprine (FLEXERIL) 5 MG tablet | Take one tablet (5 mg total) by mouth 2 (two) times a day as needed for muscle spasms | 20 tablet | 0 |
| • gabapentin (NEURONTIN) 300 MG capsule | TAKE ONE CAPSULE PO QHS | | 0 |

**Objective:**

BP 140/99 mmHg | Pulse 67 | Temp(Src) 98.2 °F (36.8 °C) (Oral) | Resp 18 | Ht 5' 3" (1.6 m) | Wt 201 lb (91.173 kg) | BMI 35.61 kg/m2 | SpO2 97% | LMP 09/10/2014

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Neck: Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:
**Neck ROM significantly decreased. Tender to palp posteriorly and to the left along trapezius.**
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

No results found for this or any previous visit (from the past 36 hour(s)).

**Assessment/Plan:**

Shanna was seen today for establish care.

Diagnoses and all orders for this visit:

**Bulging of cervical intervertebral disc**
- cyclobenzaprine (FLEXERIL) 10 MG tablet; Take one tablet (10 mg total) by mouth daily as needed for muscle spasms
- traMADol (ULTRAM) 50 mg tablet; Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain
- Ambulatory referral to Neurosurgery; Future

**Neck pain**
- cyclobenzaprine (FLEXERIL) 10 MG tablet; Take one tablet (10 mg total) by mouth daily as needed for muscle spasms
- traMADol (ULTRAM) 50 mg tablet; Take one tablet (50 mg total) by mouth every 6 (six) hours as needed for pain

**Other depression**
- amitriptyline (ELAVIL) 50 MG tablet; Take one tablet (50 mg total) by mouth nightly

**Primary insomnia**
- traZODone (DESYREL) 50 MG tablet; Take one tablet (50 mg total) by mouth nightly

Return in about 6 months (around 7/31/2017) for Next scheduled follow up.

**Patient Instructions**
Please notify me if you have not been contacted by the BMG Referral Center regarding an appointment date and time with a specialist in one week.

BMG | THE LIGHT CLINIC

THE LIGHT CLINIC
7715 Wolf River Blvd.
Germantown TN 38138
Office: 901-328-6031
Fax: 901-328-6035

February 10, 2017

Patient: **Shanna L Richardson**
Date of Visit: **2/10/2017**

To Whom It May Concern:

It is my medical opinion that Shanna Richardson may return to work on 3/22/2017.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Whitney Tolbert, NP

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Shanna Richardson Claim No 7164999

Employer/Sponsor/Customer Name Nike, Inc.

Return to: Amy Corcoran

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shanna Richardson
Claimant Name ( Print)

Date of Birth

Shanna Richardson
Claimant Signature

2/6/17
Date

7164999
Claim Number

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

*page 1 of 3*

**Return To:** Amy Corcoran

EMPLOYEE/CLAIMANT NAME: Shanna Richardson

CLAIM NO: 7164999 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Nike, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:
sit 4 hrs. stand 4 hrs. walk 4 hrs.

How many hours a day do you:
sit 4 hrs. stand 4 hrs. walk 3 hrs-4 hrs.

Do you take a nap during the day?
Yes ✓ No ______
If Yes, for how long? 1 hr. At what time of the day? 11am-12pm

How many hours a day do you spend in bed? 2 hrs.

Do you require any assistive devices such as a:
cane ✓ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? 2 hrs. then the pain and burning starts.

Do you hold a valid driver's license?
Yes ✓ No ______
If No, please explain: ______
If Yes, how long are you able to drive a car? 2 hrs.
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
I keep in contact with everyone on the phone, take my son to school and pick him up which is only 20 minutes to do.

Do you have children?
Yes ✓ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?
Yes ✓ No ______ My sister and mother help when needed.

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? 2
On the weekends? 2

How often do you run errands? 3 at the most, have to be important.

Please describe what errands you most commonly run: To take my son to school and pick him up from school and to get something to eat. If in too much pain my friend, mother or sister will take him and pick him up.

Liberty Mutual.
INSURANCE

ACTIVITIES QUESTIONNAIRE
*page 2 of 3*

How often do you get outdoors? 3 times to take and pick my son up from school and get something to eat.

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

How much time is spent daily on your home computer?
____ None ✓ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ✓ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
✓ Pay bills ____ Read news/articles ____ Use search engines ✓ Send emails
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:
____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: internet

Do you have a working home copy machine/fax machine? ✓ Yes ____ No

If yes, please explain purpose and usage: I have a Printer & Copy & Scanner (all in 1) to send important documents to people and make copies for myself.

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Self | Yes, sister & Son |
| Carrying groceries into the house | Son | |
| Cooking meals | Son or take out | I may have to help. |
| Cleaning after meals | Son | |
| Cleaning bathrooms | Sister | |
| Vacuuming | Son | |
| Doing the laundry | Sister | |
| Opening and responding to mail | Self | |
| Managing your finances | Self | |
| Balancing your checkbook | N/A | |
| Bathing yourself | Self | |
| Styling your own hair | hairstylist | Comes to my home |
| Getting dressed | Self (live alone with son) | |
| Going up and down stairs | N/A | |

Have you been confined to a hospital within the last 12 months? Yes ____ No ✓

If Yes, please provide reason and hospital contact Information: ____

Liberty Mutual.
INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? None, just to take and pick up son from school.
Where do you go? How do you get there (transportation method)? ~~N/A~~ My Car.

Are you able to pursue your hobbies? Yes ____ No ✓
If Yes, please describe ____

Do you participate in an exercise program? Yes ____ No ✓
If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No ✓
If Yes:
how many hours per day? ____
how many hours per week? ____
for whom? ____

Are you working for wages? Yes ____ No ✓
If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in any gainful employment.**
I'm still employed with Nike Inc. but not actively working there physically at the time due to my medical condition. My medical condition is very painful and painful to even fill out these forms sitting up. When I was at work the burning and pain was so bad I had to stop my work and bend over the little table in front of me and had to constantly take leave.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**
I take my son to school and pick him up from school. I go get something to eat for dinner after I pick my son up from school. If he doesn't need to stop and get something that he needs, we go home. Only go where I need to go if I have to.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?
____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.
Stephanie Richardson

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Shanna Richardson Date: 2/6/17
Signature: Shanna Richardson

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

**Return to:** Amy Corcoran

**EMPLOYEE/CLAIMANT NAME:** Shanna Richardson **CLAIM #:** 7164999
**EMPLOYER:** Nike, Inc. **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) Richardson Shanna L | Social | |
| | | |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status Single |

| | | |
|---|---|---|
| Spouse's Full Name and Date of Birth N/A | Number of Children 2 | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Linda F. Richardson Relationship to you? Mother Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? Yes, I have an employee ID, it's on our badges as ID.

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO, just Liberty Mutual

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability Just Liberty Mutual | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☑ | ☐ | Other income/money/benefit (describe) Child Support | $ 260/every 2 wks. | 2001 or 2002 | Still receiving | 2001 or 2002 |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**DATE:** 2/6/17 **EMPLOYEE'S PRINTED NAME:** Shanna Richardson
**EMPLOYEE'S SIGNATURE:** Shanna Richardson

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

**Return to:** Amy Corcoran

EMPLOYEE/CLAIMANT NAME: Shanna Richardson
CLAIM NO: 7164999
EMPLOYER/SPONSOR: Nike, Inc. DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ✓ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ______ DOB: ______

Do you have children or dependents*? Yes ✓ No ____
If yes, please provide additional details below, using additional space as needed.
* An Eligible dependent may include:
- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Marcus R. Williams | | | NO | 5/2013 |
| Nathaniel S. Lloyd | | | Yes | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ______ No: ✓
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Shanna Richardson Date: 2/6/17

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

EMPLOYEE/CLAIMANT NAME: Shanna Richardson
CLAIM NO: 7164999
EMPLOYER/SPONSOR: Nike, Inc. DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: 12th, high school diploma Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: Baptist College of Health Sciences Certificate Program completed: Nursing Assistant

Associates Degree: N/A College: number of years: ______

Bachelor's Degree: BA /BS Major: N/A Graduate School: MA MS CAGS PHD Degree: ______

Professional Training, License, Certificates(s): N/A

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: N/A

Additional Skills, Hobbies & Volunteer Work N/A

Did you serve in the Armed Forces? ☐ Y ☑ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Nike Inc. Department: Warehouse From: 1/3/16 To: present
   Job Title(s): Material Handler
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): Packing merchandise Standing up through the whole shift from 4:30p-1am or 12:30am

2. Company: FedEx Department: Hub From: 1/14 To: 1/15
   Job Title(s): Package Handler
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): Scanned packages for correct destination.

A Liberty Mutual Company

3. Company: Baptist Hospital Department: Med/Surg From: 10/96 To: 1/97
Job Title(s): Nursing Assistant
Supervisory Experience ☐ Y ☑ N
Tasks/Duties (please be specific): Help patients with their needs and help assist nurses.

4. Company: Methodist Hospital Department: Med/Surg From: 2/97 To: 4/98
Job Title(s): Nursing Assistant
Supervisory Experience ☐ Y ☑ N
Tasks/Duties (please be specific): Help patients with their needs and assist nurses.

5. Company: N/A Department: From: To:
Job Title(s):
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific):

**Computer Utilization:**

Computer Training/Courses, Certifications: N/A

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☑ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☑ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☑ | ☐ | | | |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: | | |

How much time is spent daily on your work computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☑ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☑ No If yes, WPM (words per minute)

(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: Work:

SIGNATURE: Shamma Richardson PHONE NO:

# CLAIMANT INFORMATION FORM

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

**Return To:** Amy Corcoran

EMPLOYEE/CLAIMANT NAME: Shanna Richardson
CLAIM NO: 7164999
EMPLOYER/SPONSOR: Nike, Inc. DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 10/04/2015 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. Whitney Tolbert
Specialty: Doctor (PCP)
Address: 7715 Wolf Blvd.
Germantown, TN. 38138
Telephone No.: (901) 328-6031 Fax No.: ( )

Name: Dr. Ashley Park
Specialty: Doctor (Pain Management)
Address: 8000 Centerview Parkway
Suite 500, Cordova, TN. 38018
Telephone No.: (901) 759-3100 Fax No.: ( )

Name: Methodist Germantown Hospital
Specialty: Hospital
Address: 7691 Poplar Ave
Germantown, TN. 38138
Telephone No.: (901) 516-6000 Fax No.: ( )

Name: Dr. Todd Fountain
Semmes-Murphey Clinic
Specialty: Brain and Spine Care Center
Address: 6325 Humphreys Boulevard
Memphis, TN. 38120
Telephone No.: (901) 522-7700 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Blue Care Tennessee
Specialty: Health Care Insurance
Address: 1 Cameron Cir, Chattanooga, TN. 37402
Telephone No.: (800) 468-9698 Fax No.: ( )

Name: ~~Walgreens~~
Specialty: ~~Pharmacy~~
Address: ~~3670 Riverdale Rd.~~
~~Memphis, TN. 38115~~
Telephone No.: ~~(901) 309-2621~~ Fax No.: ( )

**PHARMACY(S):**

Name: Walgreens
Specialty: Pharmacy
Address: 3670 Riverdale Rd.
Memphis, TN. 38115
Telephone No.: (901) 309-2621 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Shanna Richardson DATE: 2/6/17

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
(855) 832-9412
Secure Fax No.: (603) 430-0489

| | |
|---|---|
| Date: | February 8, 2017 |
| To: | DR. ASHLEY PARK<br>CAMPBELL CLINIC<br>1400 S. GERMANTOWN RD<br>GERMANTOWN TN 38138 |
| Attn: | |
| Fax: | (901) 759-3193 |
| From: | Amy Corcoran<br>Disability Claims Case Manager II<br>Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-0489 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

February 8, 2017

Dr. Ashley L. Park
CAMPBELL CLINIC
1400 S. GERMANTOWN RD
GERMANTOWN, TN 38138

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Ashley Park:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to Shanna Richardson's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to Dr. Park. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by February 10, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: 7164999-REQUEST-PROVIDER-01.24.2017

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
(855) 832-9412
Secure Fax No.: (603) 430-0489

| | |
|---|---|
| Date: | January 24, 2017 |
| To: | DR. ASHLEY PARK<br>CAMPBELL CLINIC<br>1400 S. GERMANTOWN RD<br>GERMANTOWN TN 38138 |
| Attn: | |
| Fax: | (901) 759-3193 |
| From: | Amy Corcoran<br>Disability Claims Case Manager II<br>Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-0489 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

January 24, 2017

Dr. Ashley L. Park
CAMPBELL CLINIC
1400 S. GERMANTOWN RD
GERMANTOWN, TN 38138

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Ashley Park:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 4, 2015 through the present as this patient is subject to a pre-existing investigation.
- Esimtated return to work date.

We ask that you provide this information by January 31, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0489 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: 5977254-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.23.2016

39585

# AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of B
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

Return To: Joshua Paterson

EMPLOYEE/CLAIMANT NAME: SHANNA RICHARDSON
CLAIM NO: 3633188
EMPLOYER/SPONSOR: NIKE, INC. DATE OF BIRTH:

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Se Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educatio institutions and any current or former employer to release any and all of the following information to the particular Company in the Libe Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan) persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information reg AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.
2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; r and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports an applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachm and academic transcripts.
3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Sec Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be elig under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to wh am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services t Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Pl Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration c claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medica treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the e reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect o prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover s overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the ori This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall b for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notif the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies to which I submit a claim.

Shanna Richardson
Print Name

Shanna Richardson
Signature

Date of Birth

05/31/16
Date

DP 432 Rev 02/09

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
(855) 832-9412
Secure Fax No.: (603) 430-0489

| | |
|---|---|
| Date: | February 8, 2017 |
| To: | WHITNEY TOLBERT NP |
| Attn: | |
| Fax: | (901) 328-6035 |
| From: | Amy Corcoran<br>Disability Claims Case Manager II<br>Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-0489 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

February 8, 2017

Whitney Tolbert, Np

MEMPHIS, TN 37501

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Whitney Tolbert:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to Shanna Richardson's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to Whitney Tolbert. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by February 10, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: 7164999-REQUEST-PROVIDER-01.24.2017

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
(855) 832-9412
Secure Fax No.: (603) 430-0489

| | |
|---|---|
| Date: | January 24, 2017 |
| To: | WHITNEY TOLBERT NP |
| Attn: | |
| Fax: | (901) 328-6035 |
| From: | Amy Corcoran<br>Disability Claims Case Manager II<br>Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-0489 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

January 24, 2017

Whitney Tolbert, Np

MEMPHIS, TN 37501

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Whitney Tolbert:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 4, 2015 through the present as this patient is subject to a pre-existing investigation.
- Estimated return to work date.

We ask that you provide this information by January 31, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0489 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: 5977254-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.23.2016

0H165160204

Jun 02 2016 07:17AM Light Clinic 9013286035 page 5

39585

## AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of B
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

Return To: Joshua Paterson

EMPLOYEE/CLAIMANT NAME: SHANNA RICHARDSON
CLAIM NO: 3633188
EMPLOYER/SPONSOR: NIKE, INC. DATE OF BIRTH:

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Se Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educati institutions and any current or former employer to release any and all of the following information to the particular Company in the Lib Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan) persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information reg AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.
2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; r and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports an applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachm and academic transcripts.
3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Sec Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be elig under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to wh am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services t Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Pl Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration c claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medica treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the e reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect o prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover s overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the ori This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall b for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notif the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies to which I submit a claim.

Shanna Richardson
Print Name

Shanna Richardson
Signature

Date of Birth /

05/31/16
Date

DP 432 Rev 02/09

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

BS

January 24, 2017

**4122249-1*
1009045 RICHA, SHA-1496-Legal Documents

Dr. Ashley L. Park
CAMPBELL CLINIC
1400 S. GERMANTOWN RD
GERMANTOWN, TN 38138

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

PT

Dear Dr. Ashley Park:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 4, 2015 through the present as this patient is subject to a pre-existing investigation.
- Esimtated return to work date.

We ask that you provide this information by January 31, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0489 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical

15170020039.

information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: 5977254-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.23.2016

39585

**AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of B
Disability Claims
P.O. Box 1286
London, KY 40742-7286
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

Return To: Joshua Paterson

fax

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: SHANNA RICHARDSON | |
| CLAIM NO: 3613188 | |
| EMPLOYER/SPONSOR: NIKE, INC. | DATE OF BIRTH: |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Se Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educati institutions and any current or former employer to release any and all of the following information to the particular Company in the Lib Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (If Self Insured Plan) persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information reg AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.
2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; r and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports an applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachm and academic transcripts.
3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Sec Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be elig under my record. This information may also be released to my employer for administration of my employee sponsored benefits.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to wh am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services t Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Pl Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration c claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medica treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the e reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect o prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover a overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the ori This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall b for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notif the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies to which I submit a claim.

Shanna Richardson
Print Name

Shanna Richardson
Signature

05/31/16
Date

DP 432 Rev 02/09

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
(855) 832-9412
Secure Fax No. (603) 430-0489

| | |
|---|---|
| Date: | January 24, 2017 |
| To: | DR. ASHLEY PARK<br>CAMPBELL CLINIC<br>1400 S. GERMANTOWN RD<br>GERMANTOWN TN 38138 |
| Attn: | |
| Fax: | (901) 759-3193 |
| From: | Amy Corcoran<br>Disability Claims Case Manager II<br>Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-0489 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

0K039170036

**CIOX Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(800) 367 - 1500

CIOX HEALTH

# INVOICE

Invoice #: 0209356924
Date: 1/31/2017
Customer #: 1527003

| Ship to: | Bill to: | Records from: |
|---|---|---|
| LIBERTY MUTUAL<br>LIBERTY MUTUAL<br>PO BOX 7206<br>LONDON, KY 40742-7206 | LIBERTY MUTUAL<br>LIBERTY MUTUAL<br>PO BOX 7206<br>LONDON, KY 40742-7206 | CAMPBELL CLINIC<br>1400 S GERMANTOWN RD<br>GERMANTOWN, TN 38138-2205 |

**Requested By:** LIBERTY MUTUAL
**Patient Name:** RICHARDSON SHANNON

**CLAIM NUMBER:** 71649999

Your request for copies of medical records has been processed. Full payment in advance is required and must be received within 30 days of the receipt of this invoice, before your copies will be released. Promptly return the bottom portion of this invoice along with a check for the balance due. To expedite the request or to pay by credit card, please call 800 - 367 - 1500.

**FULL PAYMENT REQUIRED PRIOR TO RELEASE OF RECORDS**

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 7 | 0.50 | 3.50 |
| Per Page Copy (Paper) 2 | 5 | 0.00 | 0.00 |
| Shipping | | | 1.61 |
| Subtotal | | | 25.11 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 25.11 |
| Balance Due | | | 25.11 |

**Pay your invoice online at** www.healthportpay.com

**Please remit this amount : $ 25.11 (USD)**

---

**CIOX Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(800) 367 - 1500

Invoice #: **0209356924**

Check # ____________________

Payment Amount $____________

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.healthportpay.com or call (800) 367 1500.
Email questions to Collections@CIOXHealth.com.

0K039170036

******AUTO**MIXED AADC 300
993 2 MB 0.423 000993
LIBERTY MUTUAL
PO BOX 7206
LONDON, KY 40742-7206
6pgs

*00060000993K04*

# ATTENTION

Confidential Information enclosed.
To be viewed by authorized persons only.

If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

Health information is reproduced by HealthPort, a health information management outsourcing service. Your healthcare provider contracts with HealthPort to process authorized requests for copies of health records.

Reproductions are made from the medical facility's original records. The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover. Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

You may not make any disclosure or use of these records without the permission of the individual who is the subject of the records.

This information *may* or *may not* contain records regarding drug and/or alcohol use or treatment. If this record contains any such information, it has been disclosed to you from records whose confidentiality is protected by federal regulation 42 CFR Part 2, which prohibits you from making any further disclosure of it without the *specific* written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of health or other information is not sufficient for this purpose. Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the *specific* consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

# Initial Payment Set up Worksheet

**Claimant's Name** SHANNA RICHARDSON **DOB** ___

**Customer** NIKE, INC.

**LTD Claim #** 7164999

**Associated Claims** 5977254 Type STD ___ Type ___

**Benefit End date of associated claims** 3/22/2017 ___

**Contractual EP** > END OF STD OR 180 DAYS

**Does policy include COLA provision** No Task Set Date no

**LTD Benefit begin date** 3/23/2017 **DOD** 9/22/2016 **AGE** 39

**Max Benefit date** 6/22/2044 SSNRA AGE 67

**BME Amount** $2,060.93

**Sources used to verify BME amount**

ELIGIBILTY AS OF 09/22/16: HOURLY RATE $11.89*40 hrs=$475.60*52=$24,731.20/12=$2060.93 monthly

**Benefit percentage** 60.00 % **Gross modal benefit** $1,236.56

**Benefit Begin date** 3/23/2017

**Approved thru date** 3/22/2019 24 months own occupation

**Offsets entered**

| Type | Amount |
|---|---|
| N/A | |
| | |
| | |

**Resident / Work State:** TN

**Deductions entered**

| Type | Amount | Type | Amount |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Tax Withholding** **Federal** ___ **State** ___

**Completed by** **Sam Loranger** **Approved by** ___

Liberty Mutual.
INSURANCE

NIKE HR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-5819

BJS

January 10, 2017

* * 4 1 0 0 0 3 - 1 *
1009045-RICHA, SHA-1496-Legal Documents

Dr. Ashley L. Park
CAMPBELL CLINIC
1400 S. GERMANTOWN RD
GERMANTOWN, TN 38138

RE: Short Term Disability (STD) Benefits
Nike, Inc.
Claim #: 5977254
Claimant: Shanna Richardson
Claimant D.O.B.:

PT

Dear Dr. Ashley Park:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 10, 2016 through the present.

We ask that you provide this information by January 16, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5819 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

15128754

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. Tn comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jodi George
Sr. Integrated Leave Specialist
Phone No.: (855) 832-9412 Ext. 16409
Secure Fax No.: (603) 334-5819

Attachments: 5977254-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.23.2016

LMG 1/11/2017 2:41:09 PM PAGE 5/005 Fax Server 0V0381170288

Jun 02 2016 07:17AM Light Clinic 9013288035 page 5 0R1653160204

39585

## AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of B
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

Return To: Joshua Peterson

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: SHANNA RICHARDSON | |
| CLAIM NO: 3633188 | |
| EMPLOYER/SPONSOR: NIKE, INC. | DATE OF BIRTH: |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Se Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educati institutions and any current or former employer to release any and all of the following information to the particular Company in the Lib Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan) persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information reg AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; a and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports an applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachm and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Sec Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be elig under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to wh am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services t Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Pl Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medica treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the e reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect o prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover su overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the or This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall b for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notif the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies to which I submit a claim.

Shanna Richardson
Print Name

Date of Birth

Shanna Richardson
Signature

05/31/16
Date

DP 432 Rev 02/09

LMG 1/11/2017 2:41:08 PM PAGE 2/005 Fax Server 0V038170288

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
(855) 832-9412
Secure Fax No.: (603) 334-5819

| | |
|---|---|
| Date: | January 10, 2017 |
| To: | DR. ASHLEY PARK<br>CAMPBELL CLINIC<br>1400 S. GERMANTOWN RD<br>GERMANTOWN TN 38138 |
| Attn: | Medical Records |
| Fax: | (901) 759-3193 |
| From: | Jodi George<br>Sr. Integrated Leave Specialist<br>Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 334-5819 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5977254<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

0V038170233

**CIOX Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(800) 367 - 1500

CIOX HEALTH

# INVOICE

**Invoice #:** 0209252494
**Date:** 1/30/2017
**Customer #:** 1522628

| Ship to: | Bill to: | Records from: |
|---|---|---|
| LIBERTY MUTUAL<br>LIBERTY MUTUAL<br>PO BOX 7206<br>LONDON, KY 40742-7206 | LIBERTY MUTUAL<br>LIBERTY MUTUAL<br>PO BOX 7206<br>LONDON, KY 40742-7206 | CAMPBELL CLINIC<br>1400 S GERMANTOWN RD<br>GERMANTOWN, TN 38138-2205 |

**Requested By:** LIBERTY MUTUAL
**Patient Name:** RICHARDSON SHANNA
**DOB:**
**CLAIM NUMBER:** 5977254

Your request for copies of medical records has been processed. Full payment in advance is required and must be received within 30 days of the receipt of this invoice, before your copies will be released. Promptly return the bottom portion of this invoice along with a check for the balance due. To expedite the request or to pay by credit card, please call 800 - 367 - 1500.

**FULL PAYMENT REQUIRED PRIOR TO RELEASE OF RECORDS**

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 2 | 0.00 | 0.00 |
| Electronic Dlvry Fee | | | 2.00 |
| Subtotal | | | 22.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 22.00 |
| Balance Due | | | 22.00 |

Pay your invoice online at www.healthportpay.com

**Please remit this amount : $ 22.00 (USD)**

---

**CIOX Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(800) 367 - 1500

**Invoice #: 0209252494**

Check # ____________________

Payment Amount $____________

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.healthportpay.com or call (800) 367 1500.
Email questions to Collections@CIOXHealth.com.

0V038170233

******AUTO**MIXED AADC 300
962 2 MB 0.423 000962
LIBERTY MUTUAL
PO BOX 7206
LONDON, KY 40742-7206
6pgs

*0006000962K00*

# ATTENTION

Confidential Information enclosed.
To be viewed by authorized persons only.

If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

Health information is reproduced by HealthPort, a health information management outsourcing service. Your healthcare provider contracts with HealthPort to process authorized requests for copies of health records.

Reproductions are made from the medical facility's original records. The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover. Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

You may not make any disclosure or use of these records without the permission of the individual who is the subject of the records.

This information *may or may not* contain records regarding drug and/or alcohol use or treatment. If this record contains any such information, it has been disclosed to you from records whose confidentiality is protected by federal regulation 42 CFR Part 2, which prohibits you from making any further disclosure of it without the *specific* written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of health or other information is not sufficient for this purpose. Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the *specific* consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
(855) 832-9412
Secure Fax No.: (603) 430-0489

| | |
|---|---|
| Date: | January 24, 2017 |
| To: | DR. ASHLEY PARK<br>CAMPBELL CLINIC<br>1400 S. GERMANTOWN RD<br>GERMANTOWN TN 38138 |
| Attn: | |
| Fax: | (901) 759-3193 |
| From: | Amy Corcoran<br>Disability Claims Case Manager II<br>Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-0489 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

January 24, 2017

Dr. Ashley L. Park
CAMPBELL CLINIC
1400 S. GERMANTOWN RD
GERMANTOWN, TN 38138

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Ashley Park:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 4, 2015 through the present as this patient is subject to a pre-existing investigation.
- Esimtated return to work date.

We ask that you provide this information by January 31, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0489 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: 5977254-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.23.2016

0H165160204

39585

## AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of B
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

Return To: Joshua Paterson

EMPLOYEE/CLAIMANT NAME: SHANNA RICHARDSON
CLAIM NO: 3633188
EMPLOYER/SPONSOR: NIKE, INC. DATE OF BIRTH:

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Se Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educati institutions and any current or former employer to release any and all of the following information to the particular Company in the Lib Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan) persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information reg AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.
2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; r and information related to any insurance coverage and claims filed; credit information including but not limited to, credit reports an applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachm and academic transcripts.
3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Sec Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be elig under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to wh am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services t Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Pl Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medica treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the e reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect o prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover s overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the ori This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall b for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notif the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies to which I submit a claim.

Shanna Richardson
Print Name

Date of Birth

Shanna Richardson
Signature

05/31/16
Date

DP 432 Rev 02/09

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
(855) 832-9412
Secure Fax No.: (603) 430-0489

| | |
|---|---|
| Date: | January 24, 2017 |
| To: | WHITNEY TOLBERT NP |
| Attn: | |
| Fax: | (901) 328-6035 |
| From: | Amy Corcoran<br>Disability Claims Case Manager II<br>Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 430-0489 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 7164999<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

January 24, 2017

Whitney Tolbert, Np

MEMPHIS, TN 37501

RE: Long Term Disability (LTD) Benefits
Nike, Inc.
Claim #: 7164999
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Whitney Tolbert:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 4, 2015 through the present as this patient is subject to a pre-existing investigation.
- Estimated return to work date.

We ask that you provide this information by January 31, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0489 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: 5977254-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.23.2016

Jun 02 2016 07:17AM Light Clinic 9013286035 page 5

0H165160204

39585

# AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of B
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

Return To: Joshua Paterson

EMPLOYEE/CLAIMANT NAME: SHANNA RICHARDSON
CLAIM NO: 3633188
EMPLOYER/SPONSOR: NIKE, INC. DATE OF BIRTH:

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Se Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educatio institutions and any current or former employer to release any and all of the following information to the particular Company in the Libe Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan) persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information reg AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.
2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; r and information related to any insurance coverage and claims filed; credit information including but not limited to, credit reports an applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachm and academic transcripts.
3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Secu Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be elig under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to wh am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Pl Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration c claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medica treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the e reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect o prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover su overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the ori This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall b for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notif the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies to which I submit a claim.

Shanna Richardson
Print Name

Date of Birth

Shanna Richardson
Signature

05/31/16
Date

DP 432 Rev 02/09

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

MS SHANNA RICHARDSON

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

January 24, 2017

Ms. Shanna Richardson

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Nike, Inc.
Claim #: 7164999 and 5977254

Dear Ms. Shanna Richardson:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Nike, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since September 29, 2016. Should your disability continue through the maximum benefit date, Short Term Disability (STD) benefits are payable through March 22, 2017.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of this benefit period, we will be reviewing your claim for consideration under Nike, Inc.'s Long Term Disability (LTD) Policy. Please note that receipt of Short Term Disability (STD) benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the Short Term Disability (STD) Plan and may require that we request additional information prior to making a claim determination.

Nike, Inc.'s LTD Policy contains the following exclusion regarding pre-existing conditions:

*This policy will not cover any Disability or Partial Disability:*

1. *which is caused or contributed to by, or results from, a Pre-Existing Condition; and*
2. *which begins in the first 12 months immediately after the Covered Person's effective date of coverage.*

***"Pre-Existing Condition"*** *means a condition resulting from an Injury or Sickness for*

*which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of coverage.*

Your coverage for LTD benefits under the Policy became effective on January 24, 2017, and your disability occurred on September 22, 2016. Since your date of disability falls within 12 months of your effective date of coverage the Policy requires us to conduct a pre-existing condition investigation. This investigation is part of our overall evaluation of your eligibility for disability benefits. For your claim, the Pre-Existing investigation period we are reviewing is October 4, 2015 through January 24, 2017.

To assist us with our investigation, please provide us the full names, addresses, and telephone numbers of all medical providers, including pharmacies, which you have used from October 4, 2015 through the present date on the enclosed Claimant Information Form.

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from October 4, 2015 through the present.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

X Authorization - Medical
X Training Education Experience
X Activities Questionnaire Form
X Claimant Information Form
X Claimant Supplementary Statement
X Family Information Questionnaire
__ Other

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

Nike, Inc.'s LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than March 9, 2017.

Nike, Inc.'s LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that you provide proof of disability as follows:

***Notice and Proof of Claim***

1. ***Notice***

   a. *Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

   b. *When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

2. ***Proof***

   a. *Satisfactory Proof of loss must be given to Liberty no later than 30 days after the end of the Elimination Period.*

   b. *Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

   c. *Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On January 24, 2017, we requested medical information from Dr. Park and NP Tolbert. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from October 4, 2015 through the present .

To assist us with our review, please complete the following forms and return them by the due date indicated below:

X Authorization - Medical
X Training Education Experience

X Activities Questionnaire Form
X Claimant Information Form
X Claimant Supplementary Statement
X Family Information Questionnaire
__ Other

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

Nike, Inc.'s LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than March 9, 2017.

If you have any questions regarding this matter, please contact me.

Sincerely,

Amy Corcoran
Disability Claims Case Manager II
Phone No.: (855) 832-9412 Ext. 16129
Secure Fax No.: (603) 430-0489

Attachments: Authorization - Medical
Training Education Experience
Activities Questionnaire Form
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489



**Return To:** Amy Corcoran

EMPLOYEE/CLAIMANT NAME: Shanna Richardson

CLAIM NO: 7164999 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Nike, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day? ______

How many hours a day do you spend in bed? ______

Do you require any assistive devices such as a:

cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? ______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? ______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

Liberty Mutual
INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

How much time is spent daily on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails

______ Visit chat rooms ______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ______ Yes ______ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ______________________________

Liberty Mutual
INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ______________________ Date: ______________________

Signature: ______________________

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

# Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Shanna Richardson Claim No 7164999

Employer/Sponsor/Customer Name Nike, Inc.

Return to: Amy Corcoran

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shanna Richardson
Claimant Name ( Print)

Date of Birth

Claimant Signature

Date

7164999
Claim Number

Liberty Mutual INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

**Return To:** Amy Corcoran

EMPLOYEE/CLAIMANT NAME: Shanna Richardson
CLAIM NO: 7164999
EMPLOYER/SPONSOR: Nike, Inc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 10/04/2015 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

**Return to:** Amy Corcoran

**EMPLOYEE/CLAIMANT NAME:** Shanna Richardson **CLAIM #:** 7164999
**EMPLOYER:** Nike, Inc. **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | $ ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:** ______________ **EMPLOYEE'S SIGNATURE:** ______________________

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

**Return to:** Amy Corcoran

EMPLOYEE/CLAIMANT NAME: Shanna Richardson
CLAIM NO: 7164999
EMPLOYER/SPONSOR: Nike, Inc. DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ______ DOB: ______

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An Eligible dependent may include:
- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ______ No: ______
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______ Date: ______

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 430-0489

EMPLOYEE/CLAIMANT NAME: Shanna Richardson
CLAIM NO: 7164999
EMPLOYER/SPONSOR: Nike, Inc. DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ______ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA MS CAGS PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☐ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

A Liberty Mutual Company

3. Company: ______________________ Department:______________________ From: _________ To: _______

Job Title(s): ____________________________________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________________________________________

__________________________________________________________________________________________

4. Company: ______________________ Department:______________________ From: _________ To: _______

Job Title(s): ____________________________________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________________________________________

__________________________________________________________________________________________

5. Company: ______________________ Department:______________________ From: _________ To: _______

Job Title(s): ____________________________________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________________________________________

__________________________________________________________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | | | |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ______________ | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ______________________ **PHONE NO: (     )** ________________________

# NIKE, Inc. Job Description

| Job Code | Title | |
|---|---|---|
| A0891 | SUPP INTER: MTRL HANDLING | |
| **Band** | **Level** | **FLSA Status** |
| V | INTERMEDIATE SUPPORT | Non-Exempt |

| Pipeline | LOGISTICS & SERVICES |
|---|---|
| The nature of the work is focused on the effective and efficient distribution of products and services to customers. | |
| **Family** | **DISTRIBUTION CENTER OPS** |
| Ensures the smooth operations of product movement with the Distr bution Center. | |
| **Sub Family** | **MATERIAL HANDLING** |
| Ensures the smooth operations of product movement with the Distr bution Center, focusing on preparing, loading and unloading product. | |

| Band Level Criteria & Minimum Requirements for: | V Band / INTERMEDIATE SUPPORT |
|---|---|
| **Overall** | - Level for those with some work experience in the skill area<br>- Has developed knowledge and skill to perform standardized tasks<br>- Works within established procedures with a moderate degree of supervision |
| **Business Expertise** | - Has developed and established skills to perform a variety of day-to- day activities |
| **Delivering Solutions** | - Recognizes and solves typical problems that can occur in own work area, without supervisory approval<br>- Typically finds solutions in existing procedures and precedents |
| **Impact** | - Makes decisions related to own work<br>- Receives regular but moderate supervision and guidance |
| **Resource Management** | |
| **Brand Protection/Promo** | |
| **Leadership** | |
| **Minimum Requirements** | - Typically requires a high school diploma or equivalent and a minimum of 2 years relevant work experience |

# NIKE, Inc. Job Description

| Job Code | Title | |
|---|---|---|
| A0891 | SUPP INTER: MTRL HANDLING | |
| **Band** | **Level** | **FLSA Status** |
| V | INTERMEDIATE SUPPORT | Non-Exempt |

| Key Job Accountabilities |
|---|
| |
| Tasks related to loading and unloading product: load and unload containers, request product via terminals, request appropriate trailers, operate rolling equipment i.e. lift truck, cranes, reachtruck, yardhog. |
| Tasks related to preparing/adjusting product: palletizing, stocking and restocking, order picking, sorting manually. |
| Perform simple routine administrative tasks |
| task related to coordination of tasks within an warehouse area |
| task related to training of peers |

| Key Capabilities (beyond minimum requirements for V Band / INTERMEDIATE SUPPORT) | |
|---|---|
| **Specific Work Experience** | 2 year relevant work experience |
| **Physical Requirements** | Inside Operations: May be required to perform a wide variety of physical tasks which are generally basic, repetitive, and routine in nature. May be required to sit or stand for long periods of time, in addition to being required to walk, stoop, kneel, crouch, push, or pull. May be frequently required to reach with hands and arms, and use hands to finger, handle, or feel small and medium sized components while operating machinery and exerting force or lift up to 50 pounds. May be called upon to perform physical and quality checks requiring sufficient visual acuity to identify quality flaws and distinguish colors on small components. May be required to work with toxic or caustic chemicals, and be exposed to fumes or airborne particles. May be required to work with or near large machinery and moving mechanical parts so they may be subject to higher noise levels, vibration, and there may be a risk of electrical shock. Additional physical requirements for this job may be available from facility HR. |
| **Travel** | |
| **Irregular Work Hours** | Yes |
| **Certifications** | |

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

MS SHANNA RICHARDSON

Liberty Mutual INSURANCE

NIKE HR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-5819

January 17, 2017

Ms. Shanna Richardson

RE: Short Term Disability (STD) Benefits
Nike, Inc.
Claim #: 5977254

Dear Ms. Shanna Richardson:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Nike, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Plan states that to be eligible for benefits you must meet the definition of disability as defined in the STD Plan:

*"Disability" or "Disabled" means you, as a result of Injury or Sickness, are unable to perform theMaterial and Substantial Duties of your Own Job.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your job.

We have determined that your date of disability is September 22, 2016 and your benefits begin on September 29, 2016. Benefit payment will be sent under separate cover.

We have approved your claim through March 21, 2017. If your condition requires an extension beyond this date, you must submit additional medical information from your treatment providers to substantiate continued disability. This information must include office treatment notes, therapy notes, test results, prescription histories, specific restrictions/limitations and treatment plans from all treating physicians.

You are eligible for a gross weekly benefit of $475.60 less any applicable taxes, benefit deductions and/or offsets (i.e., California Stat Offset or sick bank time).

If your benefit is overpaid Nike, Inc. has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Please take the enclosed Fitness for Duty form to all of your follow up appointments, and have your provider complete if you are cleared to return to work in any capacity, and return to my attention at fax (603) 334-5819, prior to returning to work.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jodi George
Sr. Integrated Leave Specialist
Phone No.: (855) 832-9412 Ext. 16409
Secure Fax No.: (603) 334-5819

Attachments: 3633188-EMPLOYER-FORMS-05.24.2016

# ***FITNESS FOR DUTY***

Dear Physician:

We have a transitional return-to-work program at NIKE, Inc. This program is based on offering work "tasks" in 2, 4, 6, 8, and 8+ hour increments. During the office visit, please evaluate our employee's ability to participate in our return-to-work program.

Please provide the following information today, and return this form to the employee.

Employee ______________________________ Date ______________________________

1. Dates of absence from work: ______________________________
2. Can this employee return to regular work (**NO** restrictions)? ☐ YES ☐ NO
3. If no, can this employee return to modified duty? ☐ YES ☐ NO
4. Hours per day: [circle one] 2 4 6 8 10 12
5. Work restrictions: **Consecutive Hours** — Sit 2 3 4 5 6 7 8 8+ ; Stand 2 3 4 5 6 7 8 8+

   **Wrist, Hands, Arms** — Repetitive: ☐ YES ☐ NO ; # of hrs at one time: 2 4 6 8 8+

| **Body Motions:** | **Pounds** | **Never** | **1-2 Hrs** | **3-6 Hrs** | **6-8+ hrs** |
|---|---|---|---|---|---|
| Lifting | | | | | |
| Carry | | | | | |
| Push / Pull | | | | | |
| Bend | | | | | |
| Squat | | | | | |
| Climb | | | | | |
| Twist | | | | | |
| Crawl | | | | | |

6. Must wear medical support (i.e. brace, splint, etc.) ☐ YES ☐ NO
7. What is the estimated time frame for light duty work? ______________________________
8. Date for this employee's release to regular work duties. ______________________________
9. If under medication, will it interfere with work activities? ☐ YES ☐ NO
10. Must take prescribed medication? ☐ YES ☐ NO Name of med.: ______________________________
11. Date of next scheduled appointment: ______________________________

______________________________ **Physician's Signature** ______________ **Date**

______________________________ **Physician's Address (Street, City, State, Zip)** **Physician's Telephone**

**Thank you for your time and this information. Nike**

**DEFINITIONS:**
Occasionally: 1-2 hrs or less per day
Frequently: 3-6 hrs per day
Continuously: 6-8+ hrs per day

**Return to: Liberty Mutual**

**Campbell Clinic**
901-759-3100
1400 S. Germantown Road
Germantown, TN 38138

* 1 0 0 9 0 4 5 - 1 1 *

Patient Name: RICHARDSON, SHANNA
DOB:
Age: 39y
Gender: Female

## PT / ATC/ OT ORDER SHEET

Date: January 10, 2017

Patient: RICHARDSON, SHANNA

Diagnosis: CERVICAL FACET SYNDROME Doctor: ALP

INSTRUCTIONS Please manual therapy focus only no strengthening

X Evaluate and Treat as Indicated:
- x Evaluation
- ___ One Time Evaluation and Instruction in Home Program

x Modalities as Indicated / or Check: AS NEEDED
- x Heat ___ Cold ___ WP ___ Elect. Stim.
- x Ultrasound ___ Phonophoresis ___ Iontophoresis
- x Massage x Traction ___ Tens

x Therapeutic Exercise as Indicated / or Checked: NO FLEXION
- ___ Shoulder Program ___ Hip Program ___ Free Weights
- ___ Elbow Program ___ Knee Program ___ Aquatic Exercise
- ___ Wrist/Hand Program ___ Ankle Program x Joint Mobilization
- ___ Neck Program ___ Foot Program x Soft Tissue Mobilization/Myofascial Release
- ___ Back Program ___ Isokinetic/Biodex Testing/Rehab
- x Home Exercise Program
- ___ Body Mechanics/Postural Instruction
- ___ Other/Specific Instructions:

Isokinetic Extremity Evaluation (Kincom / Biodex)
___ Products
- ___ Orthoplast Splint: ___ Crutches
- ___ Walker
- ___ Cane
- ___ Lyncos Prefab Sport (add 1/4" heel lift) ___ Single
- ___ Dress ___ Diabetic ___ Quad

Frequency / Duration:
- ___ Therapist Discretion ___ Daily x 2x / Week ___ 3x / Week
- ___ Number of Weeks: 6 weeks

Additional Comments: Focus on cervical seg mobilization. Try trial c-traction. Before d/c make sure pt understands home stretching program.

This certifies medical necessity: Ashley Park
Physician's Signature

Physical Therapy Office Locations:
Germantown: 901-759-3180 Cordova: 901-507-7665 Medical Center: 901-759-3280 Desoto: 901-759-3208 Collierville: 901-759-5491

# TN - Campbell Clinic, PC

CAMPBELL CLINIC PC
8000 CENTERVIEW PARKWAY SUITE 500
CORDOVA, TN 38018-4227.
Phone: (901) 759-3100

SHANNA RICHARDSON
DOB:
Patient ID: 1009045

Upcoming Appointments

| Date | Time | Appointment | Dept./Address | Phone |
|---|---|---|---|---|
| 03/21/2017 | 09:15 AM | RTN<br>ASHLEY L PARK, MD | CAMPBELL CLINIC PC<br>8000 CENTERVIEW<br>PARKWAY SUITE 500<br>CORDOVA, TN 38018-<br>4227. | (901) 759-3100 |

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
(855) 832-9412
Secure Fax No.: (603) 334-5819

| | |
|---|---|
| Date: | January 13, 2017 |
| To: | DR. ASHLEY PARK<br>CAMPBELL CLINIC<br>1400 S. GERMANTOWN RD<br>GERMANTOWN TN 38138 |
| Attn: | Medical records |
| Fax: | (901) 759-3193 |
| From: | Melissa Raitt<br>Contractor<br>On Behalf Of: Jodi George<br>Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 334-5819 |
| Total Pages<br>(Including Cover): | 6 |
| RE: | Claim #: 5977254<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual.
INSURANCE

NIKE HR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-5819

January 13, 2017

Dr. Ashley L. Park
CAMPBELL CLINIC
1400 S. GERMANTOWN RD
GERMANTOWN, TN 38138

RE: Short Term Disability (STD) Benefits
Nike, Inc.
Claim #: 5977254
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Ashley Park:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Nike, Inc.'s Group Disability Plan. We are writing in reference to Shanna Richardson's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 20, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Melissa Raitt
Contractor
On Behalf Of: Jodi George
Phone No.: (855) 832-9412 Ext. 16409
Secure Fax No.: (603) 334-5819

Attachments: 5977254-REQUEST-PROVIDER-01.10.2017

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
(855) 832-9412
Secure Fax No.: (603) 334-5819

| | |
|---|---|
| Date: | January 10, 2017 |
| To: | DR. ASHLEY PARK<br>CAMPBELL CLINIC<br>1400 S. GERMANTOWN RD<br>GERMANTOWN TN 38138 |
| Attn: | Medical Records |
| Fax: | (901) 759-3193 |
| From: | Jodi George<br>Sr. Integrated Leave Specialist<br>Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 334-5819 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5977254<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual.
INSURANCE

NIKE HR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-5819

January 10, 2017

Dr. Ashley L. Park
CAMPBELL CLINIC
1400 S. GERMANTOWN RD
GERMANTOWN, TN 38138

RE: Short Term Disability (STD) Benefits
Nike, Inc.
Claim #: 5977254
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Ashley Park:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 10, 2016 through the present.

We ask that you provide this information by January 16, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5819 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jodi George
Sr. Integrated Leave Specialist
Phone No.: (855) 832-9412 Ext. 16409
Secure Fax No.: (603) 334-5819

Attachments: 5977254-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.23.2016

Jun 02 2016 07:17AM Light Clinic 9013286035 page 5

0H165160204

39585

## AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of B
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

Return To: Joshua Paterson

EMPLOYEE/CLAIMANT NAME: SHANNA RICHARDSON
CLAIM NO: 3633188
EMPLOYER/SPONSOR: NIKE, INC. DATE OF BIRTH:

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Sec Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educatic institutions and any current or former employer to release any and all of the following information to the particular Company in the Libe Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan) persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information reg AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.
2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; r and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports an applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachm and academic transcripts.
3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Sec Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be elig under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to wh am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Pl Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration c claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medica treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the ex reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect o prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover su overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the ori This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall b for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notif the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies to which I submit a claim.

Shanna Richardson
Print Name

Shanna Richardson
Signature

Date of Birth

05/31/16
Date

DP 432 Rev 02/09

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-5819

BJS

NIKE HR

* * 4 0 2 4 1 8 - 1 *
1009045-RICHA, SHA-1420-Legal Documents

November 8, 2016

Dr. Ashley L. Park
CAMPBELL CLINIC
1400 S. GERMANTOWN RD
GERMANTOWN, TN 38138

RE: Short Term Disability (STD) Benefits
Nike, Inc.
Claim #: 5977254
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Ashley Park:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following Information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 8, 2016 through the present
- Estimated return back to work

We ask that you provide this information by November 14, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5819 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

14929453

law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer (Sylvia) Dunlap
Disability & Leave Case Mgr
On Behalf Of: Jodi George
Phone No.: (855) 832-9412 Ext. 16409
Secure Fax No.: (603) 334-5819

0R013170080

Campbell Clinic ORTHOPAEDICS

PATIENT NUMBER: 1009045
PATIENT NAME: SHANNA RICHARDSON
SSN:
DOB:
ADDRESS:

11/08/16

TEL:

ASHLEY L. PARK, MD

SPINE CENTER

**ALP**

**FOLLOWUP INTERVENTIONAL SPINE ASSESSMENT**

**CHIEF COMPLAINT:** LEFT-SIDED NECK AND SHOULDER BLADE PAIN AND ARM NUMBNESS.

**HISTORY OF PRESENT ILLNESS:** Ms. Richardson is a 39-year-old, African-American female who has been followed by Interventional Spine at Campbell Clinic since 10/25/2016. She returns today for followup.

At the present time, Ms. Richardson continues to experience pain in her neck, as well as burning pain into her left shoulder blade. At times, she will get numbness in her left arm.

Past medical history, review of systems, social history and family history are unchanged since the initial evaluation of 10/25/2016. Ms. Richardson has a history of hypertension, migraine headaches, as well as anxiety. She had worked at Nike since January of this year. She worked as a packer.

**PHYSICAL EXAMINATION:** In general, we had a cooperative, well-developed, well-nourished female in no acute distress. The patient was alert and oriented x3. She had a normal affect.

Examination of the upper extremities revealed motor strength to be good. Sensation was intact. Range of motion about the cervical spine was normal, but guarded. On observing the patient, she demonstrated normal coordination and gait.

**RADIOGRAPHIC REVIEW:** Today, I had an opportunity to look at the MRI images of the cervical spine dated 11/02/2016. There was evidence of mild disc bulging on sagittal view at C5-C6 with what appeared to be a small left paracentral disc protrusion. There was mild central canal and mild right-sided neural foraminal narrowing. There was prominent disc bulging on sagittal view at C6-C7 without herniation.

**MUSCULOSKELETAL IMPRESSION:**

1. Mild straightening of the normal cervical lordotic curvature and some disc space narrowing at C5-C6 with anterior spur formation by plain film of the cervical spine dated 10/25/2016.
2. Persistent complaints of left-sided neck pain and burning pain into the left shoulder blade, as well as numbness in the left arm since February of this year, secondary to possible painful C5-C6 disc segment.

**OPD - PERMANENT RECORD**

0R013170080

Campbell Clinic ORTHOPAEDICS

PATIENT NUMBER: 1009045
PATIENT NAME: SHANNA RICHARDSON
SSN:
DOB:
ADDRESS:

11/08/16
PAGE 2 OF 2

TEL:

---

ASHLEY L. PARK, MD

SPINE CENTER

**TREATMENT RECOMMENDATIONS:**

1. Today, I discussed with Ms. Richardson her cervical condition.
2. Tramadol 50 mg was prescribed today.
3. The patient will be scheduled for a cervical epidural injection under fluoroscopic guidance targeting the C5-C6 segment. Side effects/potential complications were reviewed with the patient.
4. The patient should avoid lifting, pulling, pushing, reaching, as well as activity sustained at or above chest height.
5. Reevaluation within 6-8 weeks.

Electronically signed by Ashley L. Park, MD
ALP:mg
cc: Whitney W. Tolbert, NP
DD: 11/08/16 DT: 11/08/16

**OPD - PERMANENT RECORD**

0R013170080

# REPORT OF OPERATION

**Campbell Surgery Center** **1410 Brierbrook Road** **Germantown, TN 38138**

**Patient Name:** RICHARDSON, SHANNA **ATHENA:** 1009045

**DATE:** 11/23/2016 **Pt ID No:** 55490

**DOB:**

**SURGEON:** Ashley L. Park, MD

**PROCEDURE NAME:**
Cervical epidural steroid injection under fluoroscopic guidance.

**REFERRING PHYSICIAN:**
Dr. Park.

**CLINICAL SCENARIO:**
Ms. Richardson is a 39-year-old, African-American female who has had persistent pain in the left side of the neck and burning pain into the left shoulder blade as well as numbness in the left arm since February of this year.

MRI of the cervical spine revealed a small left paracentral disc protrusion at C5-C6.

Examination of the upper extremities revealed motor strength to be good. Sensation was intact.

**DIAGNOSIS:**
Cervical radiculopathy.

**ANESTHESIA AND FLUIDS:**
3 mg of Versed, 100 mcg of fentanyl, and 500 cc of Ringer's lactate.

**APPROACH:**
Translaminar.

**LEVELS INJECTED:**
Left C5-C6.

**EPIDURAGRAM FINDINGS:**
Flow of contrast was appreciated to flow non-vascularly. There was excellent epidural flow appreciated.

**METHOD OF PROCEDURE:**
After informed consent, a 20-gauge angiocatheter was placed in the upper extremity. The patient was placed prone on the fluoroscopy table and the skin area several segments above and below the designated injection site was prepped with isopropyl alcohol and povidone iodine.

C5-C6 interlaminar space was identified under fluoroscopy. A 4 inch, 20-gauge, Tuohy epidural needle was inserted down to the C6 lamina. The Tuohy needle was walked off the lamina onto the ligamentum flavum. Once

0R013170080

## REPORT OF OPERATION

**Campbell Surgery Center** **1410 Brierbrook Road** **Germantown, TN 38138**

**Patient Name:** RICHARDSON, SHANNA **ATHENA:** 1009045

**DATE:** 11/23/2016 **Pt ID No:** 55490

CONTINUED PAGE 2

on the ligamentum flavum, the Tuohy needle was advanced into the epidural space using loss of resistance technique. Confirmation of position was done using 1.5 cc of radiopaque contrast. Next, a 5 cc volume containing 2 cc of 1% preservative-free Xylocaine and 3 cc of 6 mg per milliliter Celestone was injected into the posterior epidural space.

The procedure was without complication and the patient tolerated the procedure well. Heart rate, oxygen saturation, and blood pressure were stable prior to, during, and after the procedure. The patient was monitored for 30 minutes after the procedure. The angiocatheter was removed prior to discharging the patient home with a designated driver.

I AUTHORIZE MY NAME TO BE ELECTRONICALLY AFFIXED TO THIS REPORT AS SIGNIFYING THAT I HAVE DICTATED THIS REPORT.

Ashley L. Park, MD
90-1022
ALP/mos2222
D: 11/23/2016 13:12:52:Job#458730
T: 11/24/2016 13:08:35:Document#:319520

0R013170061

CIOX Health
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(800) 367 - 1500

CiOX HEALTH

# INVOICE

Invoice #: 0206368687
Date: 12/30/2016
Customer #: 1527003

| Ship to: | Bill to: | Records from: |
|---|---|---|
| JENNIFER DUNLAP<br>LIBERTY MUTUAL<br>PO BOX 7206<br>LONDON, KY 40742-7206 | JENNIFER DUNLAP<br>LIBERTY MUTUAL<br>PO BOX 7206<br>LONDON, KY 40742-7206 | CAMPBELL CLINIC<br>1400 S GERMANTOWN RD<br>GERMANTOWN, TN 38138-2205 |

**Requested By:** LIBERTY MUTUAL **DOB:**
**Patient Name:** RICHARDSON SHANNA

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 4 | 0.00 | 0.00 |
| Shipping | | | 0.68 |
| Subtotal | | | 20.68 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 20.68 |
| Less Payment | | | -20.68 |
| Balance Due | | | 0.00 |

**Pay your invoice online at** www.healthportpay.com

**Terms: Net 30 days**

CIOX Health
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(800) 367 - 1500

Invoice #: 0206368687

Check # ____________

Payment Amount $____________

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.healthportpay.com or call (800) 367 1500.
Email questions to Collections@CIOXHealth.com.

0R013170061

******AUTO**MIXED AADC 300
1004 2 MB 0.419 001004
LIBERTY MUTUAL
JENNIFER DUNLAP 8pgs
PO BOX 7206
LONDON, KY 40742-7206

*000800100 4K0X*

**ATTENTION**

Confidential Information enclosed.
To be viewed by authorized persons only.

If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

Health information is reproduced by HealthPort, a health information management outsourcing service. Your healthcare provider contracts with HealthPort to process authorized requests for copies of health records.

Reproductions are made from the medical facility's original records. The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover. Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

You may not make any disclosure or use of these records without the permission of the individual who is the subject of the records.

This information *may* or *may not* contain records regarding drug and/or alcohol use or treatment. If this record contains any such information, it has been disclosed to you from records whose confidentiality is protected by federal regulation 42 CFR Part 2, which prohibits you from making any further disclosure of it without the *specific* written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of health or other information is not sufficient for this purpose. Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the *specific* consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
(855) 832-9412
Secure Fax No.: (603) 334-5819

| | |
|---|---|
| Date: | January 10, 2017 |
| To: | DR. ASHLEY PARK<br>CAMPBELL CLINIC<br>1400 S. GERMANTOWN RD<br>GERMANTOWN TN 38138 |
| Attn: | Medical Records |
| Fax: | (901) 759-3193 |
| From: | Jodi George<br>Sr. Integrated Leave Specialist<br>Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 334-5819 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 5977254<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-5819

January 10, 2017

Dr. Ashley L. Park
CAMPBELL CLINIC
1400 S. GERMANTOWN RD
GERMANTOWN, TN 38138

RE: Short Term Disability (STD) Benefits
Nike, Inc.
Claim #: 5977254
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Ashley Park:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 10, 2016 through the present.

We ask that you provide this information by January 16, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5819 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Richardson allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Richardson's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jodi George
Sr. Integrated Leave Specialist
Phone No.: (855) 832-9412 Ext. 16409
Secure Fax No.: (603) 334-5819

Attachments: 5977254-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.23.2016

39585

## AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of B
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

Return To: Joshua Paterson

EMPLOYEE/CLAIMANT NAME: SHANNA RICHARDSON
CLAIM NO: 3633188
EMPLOYER/SPONSOR: NIKE, INC. DATE OF BIRTH:

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Se Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educati institutions and any current or former employer to release any and all of the following information to the particular Company in the Lib Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan) persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information reg AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.
2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; r and information related to any insurance coverage and claims filed; credit information including but not limited to, credit reports an applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachm and academic transcripts.
3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Sec Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be elig under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to wh am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services t Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Pl Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration c claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medica treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the e reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect o prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover s overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the ori This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall b for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notif the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies to which I submit a claim.

Shanna Richardson
Print Name

Date of Birth /

Shanna Richardson
Signature

05/31/16
Date

DP 432 Rev 02/09

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

MS SHANNA RICHARDSON

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-5819

January 10, 2017

Ms. Shanna Richardson

RE: Short Term Disability (STD) Benefits
Nike, Inc.
Claim #: 5977254

Dear Ms. Shanna Richardson:

**ATTENTION:** INFORMATION DUE February 23, 2017

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Nike Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, physical therapy notes, and treatment plans from October 25, 2016 through the present from all therapists, treating providers and/or hospitals.

Nike Inc.'s STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it.

We ask that you provide us with this information ***no later than February 23, 2017*** as required under the terms of the Plan.

If there are any other attending physicians or specialist, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please be advised that we are unable to evaluate eligibility for benefits without this information. In this absence of this information, your claim may be denied.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jodi George
Sr. Integrated Leave Specialist
Phone No.: (855) 832-9412 Ext. 16409
Secure Fax No.: (603) 334-5819

0M355160305

LNG 11/8/2016 4:12:16 PM PAGE 2/003 Fax Server

Liberty Mutual. INSURANCE

NIKE HR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 892-9412
Secure Fax No.: (603) 334-5819

BS

* * 4 0 2 4 1 8 - 1 *
1009045-RICHA, SHA-1420-Legal Documents

November 8, 2016

Dr. Ashley L. Park
CAMPBELL CLINIC
1400 S. GERMANTOWN RD
GERMANTOWN, TN 38138

RE: Short Term Disability (STD) Benefits
Nike, Inc.
Claim #: 5977254
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Ashley Park:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 8, 2016 through the present
- Estimated return back to work

We ask that you provide this information by November 14, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5819 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

14929S453

0M355160305

CIOX Health
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(800) 367 - 1500

CIOX HEALTH

# INVOICE

Invoice #: 0206368687
Date: 12/9/2016
Customer #: 1527003

| Ship to: | Bill to: | Records from: |
|---|---|---|
| JENNIFER DUNLAP<br>LIBERTY MUTUAL<br>PO BOX 7206<br>LONDON, KY 40742-7206 | JENNIFER DUNLAP<br>LIBERTY MUTUAL<br>PO BOX 7206<br>LONDON, KY 40742-7206 | CAMPBELL CLINIC<br>1400 S GERMANTOWN RD<br>GERMANTOWN, TN 38138-2205 |

**Requested By:** LIBERTY MUTUAL **DOB:**
**Patient Name:** RICHARDSON SHANNA

Your request for copies of medical records has been processed. Full payment in advance is required and must be received within 30 days of the receipt of this invoice, before your copies will be released. Promptly return the bottom portion of this invoice along with a check for the balance due. To expedite the request or to pay by credit card, please call 800 - 367 - 1500.

**FULL PAYMENT REQUIRED PRIOR TO RELEASE OF RECORDS**

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 4 | 0.00 | 0.00 |
| Shipping | | | 0.68 |
| Subtotal | | | 20.68 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 20.68 |
| Balance Due | | | 20.68 |

Pay your invoice online at www.healthportpay.com

**Please remit this amount : $ 20.68 (USD)**

CIOX Health
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(800) 367 - 1500

Invoice #: 0206368687

Check # ____________

Payment Amount $____________

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.healthportpay.com or call (800) 367 1500.
Email questions to Collections@CIOXHealth.com.

0M355160305

******AUTO**MIXED AADC 300
885 1 MB 0.419 000885
LIBERTY MUTUAL
JENNIFER DUNLAP
PO BOX 7206
LONDON, KY 40742-7206

4pgs

*0004000885K02*

# ATTENTION

Confidential Information enclosed.
To be viewed by authorized persons only.

If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

Health information is reproduced by HealthPort, a health information management outsourcing service. Your healthcare provider contracts with HealthPort to process authorized requests for copies of health records.

Reproductions are made from the medical facility's original records. The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover. Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

You may not make any disclosure or use of these records without the permission of the individual who is the subject of the records.

This information *may* or *may not* contain records regarding drug and/or alcohol use or treatment. If this record contains any such information, it has been disclosed to you from records whose confidentiality is protected by federal regulation 42 CFR Part 2, which prohibits you from making any further disclosure of it without the *specific* written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of health or other information is not sufficient for this purpose. Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the *specific* consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer (Sylvia) Dunlap
Disability & Leave Case Mgr
On Behalf Of: Jodi George
Phone No.: (855) 832-9412 Ext. 16409
Secure Fax No.: (603) 334-5819

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
(855) 832-9412
Secure Fax No.: (603) 334-5819

| | |
|---|---|
| Date: | November 8, 2016 |
| To: | DR. ASHLEY PARK<br>CAMPBELL CLINIC<br>1400 S. GERMANTOWN RD<br>GERMANTOWN TN 38138 |
| Attn: | Medical records |
| Fax: | (901) 759-3193 |
| From: | Jennifer (Sylvia) Dunlap<br>Disability & Leave Case Mgr<br>On Behalf Of: Jodi George<br>Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 334-5819 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 5977254<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

NIKE HR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-5819

November 8, 2016

Dr. Ashley L. Park
CAMPBELL CLINIC
1400 S. GERMANTOWN RD
GERMANTOWN, TN 38138

RE: Short Term Disability (STD) Benefits
Nike, Inc.
Claim #: 5977254
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Dr. Ashley Park:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 8, 2016 through the present
- Estimated return back to work

We ask that you provide this information by November 14, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5819 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer (Sylvia) Dunlap
Disability & Leave Case Mgr
On Behalf Of: Jodi George
Phone No.: (855) 832-9412 Ext. 16409
Secure Fax No.: (603) 334-5819

**From:** LibertyMutualNotifications@LibertyMutual.com
**Sent:** Tuesday, October 18, 2016 9:31:56 AM
**To:**
**CC:**
**BCC:**
**Subject:** [Send Secure]Nike, Inc. Claim No. 5977254 Shanna Richardson
**Attachments:** 7212a59b7887df83760779a71976e6e2056bb67fc2338e6e_2950850.pdf;

---

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-5819

October 18, 2016

Ms. Shanna Richardson

RE: Short Term Disability (STD) Benefits
Nike, Inc.
Claim #: 5977254

Dear Ms. Shanna Richardson:

Please complete the last page, required by Baptist Medical Group prior to releasing any of your medical records. Please fax to me at (603) 334-5819 or email to nikeleaves@libertymutual.com upon completion.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jodi George
Sr. Integrated Leave Specialist
Phone No.: (855) 832-9412 Ext. 16409
Secure Fax No.: (603) 334-5819

Attachments: 5977254-RECOVERY/REPAYMENT-10.13.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-5819

NIKE HR

September 23, 2016

Whitney Tolbert, Np

MEMPHIS, TN 37501

RE: Short Term Disability (STD) Benefits
Nike, Inc.
Claim #: 5977254
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Whitney Tolbert:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2016 through the present.
- MRI results, Emergency room records if available

We ask that you provide this information by September 29. 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5819 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jodi George
Sr. Integrated Leave Specialist
Phone No.: (855) 832-9412 Ext. 16409
Secure Fax No.: (603) 334-5819