HIM ROI Authorization - 9/29/2016

0L287160270

Sep 29 2016 08:15AM Light Clinic 9013286035 page 15

LMG 9/23/2016 11:09:17 AM PAGE 2/006 Fax Server

39585

2617913

Liberty Mutual.
INSURANCE

NIKE HR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-5819

mail to

September 23, 2016

Whitney Tolbert, Np

MEMPHIS, TN 37501

RE: Short Term Disability (STD) Benefits
Nike, Inc.
Claim #: 5977254
Claimant: Shanna Richardson
Claimant D.O.B.:

pt

Dear Whitney Tolbert:

Apologies for the duplicate request, I forgot to include the HIPPA compliant release form with the initial request this morning. Please disregard the earlier request.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jodi George
Sr. Integrated Leave Specialist
Phone No.: (855) 832-9412 Ext. 16409
Secure Fax No.: (603) 334-5819

Attachments: 5977254-REQUEST-PROVIDER-09.23.2016
5977254-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.23.2016

RECEIVED
SEP 29 2016
BY:

39585

**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
(855) 832-9412
Secure Fax No.: (603) 334-5819

| | |
|---|---|
| **Date:** | **September 23, 2016** |
| To: | **WHITNEY TOLBERT NP** |
| **Attn:** | **Medical Records** |
| **Fax:** | **(901) 328-6035** |
| **From:** | **Jodi George**<br>**Sr. Integrated Leave Specialist**<br>**Phone No.: (855) 832-9412**<br>**Secure Fax No.: (603) 334-5819** |
| **Total Pages (Including Cover):** | **3** |
| **RE:** | **Claim #: 5977254**<br>**Claimant: Shanna Richardson**<br><br>**Nike, Inc.** |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

39585

# AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Bo
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

Return To: Joshua Paterson

EMPLOYEE/CLAIMANT NAME: SHANNA RICHARDSON
CLAIM NO: 3633188
EMPLOYER/SPONSOR: NUCOR, INC. DATE OF BIRTH:

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Se Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educati institutions and any current or former employer to release any and all of the following information to the particular Company in the Lib Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan) persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information reg AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.
2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; a and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports an applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachm and son dissolution transcripts.
3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Sec Income payment amounts, entitlement dates, information from my Fast Query and any benefits to which my dependents may be elig under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to wh am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services t Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Pl Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration c claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medica treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the e reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect o prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover a overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the ori This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall b for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notif the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies to which I submit a claim.

Shanna Richardson
Print Name

Shanna Richardson 05/31/16
Signature Date

DP 432 Rev 02/09

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
(855) 832-9412
Secure Fax No.: (603) 334-5819

| | |
|---|---|
| Date: | September 23, 2016 |
| To: | WHITNEY TOLBERT NP |
| Attn: | Medical Records |
| Fax: | (901) 328-6035 |
| From: | Jodi George<br>Sr. Integrated Leave Specialist<br>Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 334-5819 |
| Total Pages (Including Cover): | 6 |
| RE:<br><br>Claim #: 5977254<br>Claimant: Shanna Richardson<br><br>Nike, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

39585

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
(855) 832-9412
Secure Fax No.: (603) 334-5819

| | |
|---|---|
| Date: | September 23, 2016 |
| To: | WHITNEY TOLBERT NP |
| Attn: | Medical Records |
| Fax: | (901) 328-6035 |
| From: | Jodi George<br>Sr. Integrated Leave Specialist<br>Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 334-5819 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 5977254<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

39585

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No: (855) 832-9412
Secure Fax No.: (603) 334-5819

NIKE HR

September 23, 2016

Whitney Tolbert, Np

MEMPHIS, TN 37501

RE: Short Term Disability (STD) Benefits
Nike, Inc.
Claim #: 5977254
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Whitney Tolbert:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2016 through the present.
- MRI results, Emergency room records if available

We ask that you provide this information by September 29, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5819 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jodi George
Sr. Integrated Leave Specialist
Phone No.: (855) 832-9412 Ext. 16409
Secure Fax No.: (603) 334-5819

0L287160270

BMG
BAPTIST MEDICAL GROUP

Health Information Management Department
Release of Information
965 Ridge Lake Blvd. Suite 100
Memphis, TN 38120

**INVALID/INCOMPLETE AUTHORIZATION LETTER**

10/6/16

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
Po Box 7206
London, KY 40742-7206

RE: Request to inspect or obtain copy of health records
Records of: Ms. Shanna L Richardson
MRN: 10272441
Date of Birth:
Date request received: 9/29/2016

Dear LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

We have received your request for the health records of Ms. Shanna L Richardson. Unfortunately, we are unable to comply with your request as the authorization is either invalid or incomplete for the following reason(s):

**- A statement that treatment, payment, enrollment or eligibility for benefits may not be conditioned on obtaining the authorization if such conditioning is prohibited by the Privacy Regulation**
**- A statement about the potential for the PHI to be re-disclosed by the recipient and no longer protected by the Privacy Regulation**
**- Authorization needs to be specific to health care providers. The list of individuals/groups who may disclose records is too broad ("global authorization")**

If you would still like to obtain these records, please resubmit a valid authorization form. We have enclosed our authorization for your use.

Please note that any changes to the original authorization must be initialed and dated by the patient or patient's representative or it will not be accepted.

Should you have any questions, you may contact us at 901-227-3214 Monday through Friday, 8:00 a.m. until 4:30 p.m. Central Standard time, or write to the address above, attention Health Information Management Department.

Sincerely,

0L287160270

BMG
BAPTIST MEDICAL GROUP

Release of Information Representative
Health Information Management

Enc: Authorization Form

0L287160270

# Baptist Medical Group Inc. (BMG)
## Authorization to Release PHI
## Physician Practices

Baptist Clinic Name: ______________________ **Phone #** ____________ **Fax#** ________

Address: ______________________________________________

PATIENT'S NAME: ____________________ BIRTH DATE: ____________ Chart #: __________

ADDRESS: ____________________ Phone #: ____________ Last 4 digits of SS #: ______

I authorize Baptist or the following person or organization (specify if applicable) ______________ to:

☐ **disclose** my health information to: ______________________________

_____________________________________________
*(Name and Address) - Specify: Attorney, Insurance, Self, etc*

☐ **obtain/request** copies of my health information from: ______________________________

_____________________________________________
*(Name and Address) - Specify: Hospital, Doctor, etc*

Purpose of use, disclosure, and or request: ☐ Continuation of Care/Treatment ☐ Attorney ☐ At the request of the patient
☐ Payment ☐ Other, specify: ______________________________

I authorize use and/or disclosure of information covering treatment from: ______________ to: ______________
(enter specific dates)

Information to be used and/or disclosed:
☐ History and Physical ☐ Progress Note ☐ Lab ☐ Radiology/Imaging ☐ All records ☐ Itemized bill
☐ Other (Specify): ______________________________

I understand that the disclosure of my personal health information may include information regarding diagnosis and/or treatment for any of the following: alcohol abuse, drug abuse, psychiatric or mental illness, and/or sexually transmitted diseases, including Human Immunodeficiency Virus (HIV) or (AIDS virus).

This release will include information I have previously restricted from my health plan unless I initial here. ☐

This authorization will expire one year from the date of your signature unless you specify a different expiration date, event, or condition. Please specify: ______________________________

I understand that I have a right to revoke this authorization at any time, except to the extent that release of information has already occurred in reliance on my prior authorization.

I understand that in order to revoke an authorization, a written document stating the intent of the patient is to be either delivered in person or by certified mail to the Director of Health Information Management at the Baptist facility indicated above. The revocation document is to contain the signature of the patient or patient's legal representative.

I understand that authorizing the disclosure of health information is voluntary. I can refuse to sign this authorization. Refusal to sign this form will not affect my receipt of treatment. However, if this authorization is for release of records to a third party for payment, enrollment or eligibility of benefits purposes, such as workers' compensation, private health insurance, application for insurance, etc., my refusal to sign may effect payment, enrollment or eligibility for benefits. This, in turn, may effect payment for services I receive and I may become responsible for all charges incurred. I understand that it is my responsibility to inquire with the party requesting my health records regarding the effect of my refusal to sign this form.

I understand that any disclosure carries with it the potential for re-disclosure by the recipient of the information and such re-disclosure may not be protected by federal confidentiality laws.

When Baptist seeks an authorization for its own use or disclosure of protected health information (e.g., marketing, research, etc.), a copy of the authorization is provided to the patient.

| | |
|---|---|
| ______________________ Date | ______________________ Patient (or person authorized to consent for minor or patient who is unable to sign) |
| ______________________ Witness | ______________________ Relationship and/or authority to act for the patient |

Photo ID was provided: Yes ☐ No ☐ If no, specify form of patient identification: ______________

1/2012, 4/2013, 9/13

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-5819

NIKE HR

September 23, 2016

Whitney Tolbert, Np

MEMPHIS, TN 37501

RE: Short Term Disability (STD) Benefits
Nike, Inc.
Claim #: 5977254
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Whitney Tolbert:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2016 through the present.
- MRI results, Emergency room records if available

We ask that you provide this information by September 29, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5819 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

39585

medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jodi George
Sr. Integrated Leave Specialist
Phone No.: (855) 832-9412 Ext. 16409
Secure Fax No.: (603) 334-5819

0L287160270

Sep 29 2016 08:15AM Light Clinic 9013286035 page 15

LMG 9/23/2016 11:09:17 AM PAGE 2/006 Fax Server

39585

2617913

Liberty Mutual. INSURANCE

NIKEHR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-5819

mail to

September 23, 2016

Whitney Tolbert, Np

MEMPHIS, TN 37501

RE: Short Term Disability (STD) Benefits
Nike, Inc.
Claim #: 5977254
Claimant: Shanna Richardson pt
Claimant D.O.B.:

Dear Whitney Tolbert:

Apologies for the duplicate request, I forgot to include the HIPPA compliant release form with the initial request this morning. Please disregard the earlier request.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jodi George
Sr. Integrated Leave Specialist
Phone No.: (855) 832-9412 Ext. 16409
Secure Fax No.: (603) 334-5819

Attachments: 5977254-REQUEST-PROVIDER-09.23.2016
5977254-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.23.2016

RECEIVED SEP 29 2016 BY:

39585

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
(855) 832-9412
Secure Fax No.: (603) 334-5819

| | |
|---|---|
| Date: | September 23, 2016 |
| To: | WHITNEY TOLBERT NP |
| Attn: | Medical Records |
| Fax: | (901) 328-6035 |
| From: | Jodi George<br>Sr. Integrated Leave Specialist<br>Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 334-5819 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 5977254<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

HIM ROI Authorization - 9/29/2016

0L287160270

Sep 29 2016 08:16AM Light Clinic 9013286035 page 19

LMG 9/23/2016 11:09:17 AM PAGE 8/008 Fax Server

39585

0H165160284

Jun 02 2016 07:17AM Light Clinic 9013286035 page 5

39585

# AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of B
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

Return To: Joshua Paterson

EMPLOYEE/CLAIMANT NAME: SHANNA RICHARDSON
CLAIM NO: 3633188
EMPLOYER/SPONSOR: NIKE, INC. DATE OF BIRTH: ______

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Se Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educati institutions and any current or former employer to release any and all of the following information to the particular Company in the Lib Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan) persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information reg AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; a and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports an applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachm and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Sec Income payment amounts, entitlement dates, information from any Fast Query and any benefits to which my dependents may be elig under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to wh am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Pl Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration c claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medica treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the e reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect o prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover a overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the ori This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall t for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notif the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies to which I submit a claim.

Shanna Richardson
Print Name

Shanna Richardson 05/31/16
Signature Date

GP 432 Rev 02/09

39585

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
(855) 832-9412
Secure Fax No.: (603) 334-5819

| | |
|---|---|
| Date: | September 23, 2016 |
| To: | WHITNEY TOLBERT NP |
| Attn: | Medical Records |
| Fax: | (901) 328-6035 |
| From: | Jodi George<br>Sr. Integrated Leave Specialist<br>Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 334-5819 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 5977254<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

0L287160270

Sep 29 2016 08:17AM Light Clinic 9013286035 page 20

LMG 9/23/2016 10:58:26 AM PAGE 1/003 Fax Server

39585

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
(855) 832-9412
Secure Fax No.: (603) 334-5819

| | |
|---|---|
| Date: | September 23, 2016 |
| To: | WHITNEY TOLBERT NP |
| Attn: | Medical Records |
| Fax: | (901) 328-6035 |
| From: | Jodi George<br>Sr. Integrated Leave Specialist<br>Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 334-5819 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 5977254<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

39585

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-5819

NIKEHR

September 23, 2016

Whitney Tolbert, Np

MEMPHIS, TN 37501

RE: Short Term Disability (STD) Benefits
Nike, Inc.
Claim #: 5977254
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Whitney Tolbert:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2016 through the present.
- MRI results, Emergency room records if available

We ask that you provide this information by September 29, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5819 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

39585

medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jodi George
Sr. Integrated Leave Specialist
Phone No.: (855) 832-9412 Ext. 16409
Secure Fax No.: (603) 334-5819

0L287160270

BMG

BAPTIST MEDICAL GROUP

Health Information Management Department
Release of Information
965 Ridge Lake Blvd. Suite 100
Memphis, TN 38120

**INVALID/INCOMPLETE AUTHORIZATION LETTER**

10/6/16

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
Po Box 7206
London, KY 40742-7206

RE: Request to inspect or obtain copy of health records
Records of: Ms. Shanna L Richardson
MRN: 10272441
Date of Birth:
Date request received: 9/29/2016

Dear LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

We have received your request for the health records of Ms. Shanna L Richardson. Unfortunately, we are unable to comply with your request as the authorization is either invalid or incomplete for the following reason(s):

**- A statement that treatment, payment, enrollment or eligibility for benefits may not be conditioned on obtaining the authorization if such conditioning is prohibited by the Privacy Regulation**
**- A statement about the potential for the PHI to be re-disclosed by the recipient and no longer protected by the Privacy Regulation**
**- Authorization needs to be specific to health care providers. The list of individuals/groups who may disclose records is too broad ("global authorization")**

If you would still like to obtain these records, please resubmit a valid authorization form. We have enclosed our authorization for your use.

Please note that any changes to the original authorization must be initialed and dated by the patient or patient's representative or it will not be accepted.

Should you have any questions, you may contact us at 901-227-3214 Monday through Friday, 8:00 a.m. until 4:30 p.m. Central Standard time, or write to the address above, attention Health Information Management Department.

Sincerely,

0L287160270

BMG
BAPTIST MEDICAL GROUP

Release of Information Representative
Health Information Management

Enc: Authorization Form

0L287160270

# Baptist Medical Group Inc. (BMG)
## Authorization to Release PHI
## Physician Practices

Baptist Clinic Name:______________________ **Phone #**______________ **Fax#** __________

Address:____________________________________________________

PATIENT'S NAME: ______________________BIRTH DATE:______________Chart #: ____________

ADDRESS: ___________________________ Phone #:______________Last 4 digits of SS #: _____

I authorize Baptist or the following person or organization (specify if applicable) ________________ to:
☐ **disclose** my health information to:________________ ______________________________

___________________________________________________________
*(Name and Address) - Specify: Attorney, Insurance, Self, etc*

☐ **obtain/request** copies of my health information from: ______________________________

___________________________________________________________
*(Name and Address) - Specify: Hospital, Doctor, etc*

Purpose of use, disclosure, and or request: ☐ Continuation of Care/Treatment ☐ Attorney ☐ At the request of the patient
☐ Payment ☐ Other, specify: ________________________________________________

I authorize use and/or disclosure of information covering treatment from: ________________to: ______________
(enter specific dates)

Information to be used and/or disclosed:
☐ History and Physical ☐ Progress Note ☐ Lab ☐ Radiology/Imaging ☐ All records ☐ Itemized bill
☐ Other (Specify): ________________________________________________

I understand that the disclosure of my personal health information may include information regarding diagnosis and/or treatment for any of the following: alcohol abuse, drug abuse, psychiatric or mental illness, and/or sexually transmitted diseases, including Human Immunodeficiency Virus (HIV) or (AIDS virus).

This release will include information I have previously restricted from my health plan unless I initial here. ☐

This authorization will expire one year from the date of your signature unless you specify a different expiration date, event, or condition. Please specify: ________________________________________________

I understand that I have a right to revoke this authorization at any time, except to the extent that release of information has already occurred in reliance on my prior authorization.

I understand that in order to revoke an authorization, a written document stating the intent of the patient is to be either delivered in person or by certified mail to the Director of Health Information Management at the Baptist facility indicated above. The revocation document is to contain the signature of the patient or patient's legal representative.

I understand that authorizing the disclosure of health information is voluntary. I can refuse to sign this authorization. Refusal to sign this form will not affect my receipt of treatment. However, if this authorization is for release of records to a third party for payment, enrollment or eligibility of benefits purposes, such as workers' compensation, private health insurance, application for insurance, etc., my refusal to sign may effect payment, enrollment or eligibility for benefits. This, in turn, may effect payment for services I receive and I may become responsible for all charges incurred. I understand that it is my responsibility to inquire with the party requesting my health records regarding the effect of my refusal to sign this form.

I understand that any disclosure carries with it the potential for re-disclosure by the recipient of the information and such re-disclosure may not be protected by federal confidentiality laws.

When Baptist seeks an authorization for its own use or disclosure of protected health information (e.g., marketing, research, etc.), a copy of the authorization is provided to the patient.

________________________ ________________________
Date | Patient (or person authorized to consent for minor or patient who is unable to sign)

________________________ ________________________
Witness | Relationship and/or authority to act for the patient

Photo ID was provided: Yes ☐ No ☐ If no, specify form of patient identification:________________

1/2012, 4/2013, 9/13

0L287160037

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

HealthPort.
**INVOICE**

Invoice #: **0202414968**
Date: **10/9/2016**
Customer #: 1791524

| Ship to: | Bill to: | Records from |
| --- | --- | --- |
| JODI GEORGE<br>LIBERTY LIFE ASSURANCE BOSTON<br>PO BOX 7206<br>LONDON, KY 40742-7206 | JODI GEORGE<br>LIBERTY LIFE ASSURANCE BOSTON<br>PO BOX 7206<br>LONDON, KY 40742-7206 | THE LIGHT CLINIC<br>7715 WOLF RIVER BLVD<br>GERMANTOWN, TN 38138 |

**Requested By:** LIBERTY LIFE ASSURANCE BOSTON **CLAIM NUMBER:** 5977254
**Patient Name:** RICHARDSON SHANNA

| Description | Quantity | Unit Price | Amount |
| --- | --- | --- | --- |
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 3 | 0.00 | 0.00 |
| Shipping | | | 1.36 |
| Subtotal | | | 21.36 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 21.36 |
| Balance Due | | | 21.36 |

Pay your invoice online at www.HealthPortPay.com

**Terms: Net 30 days**

**Please remit this amount : $ 21.36 (USD)**

---

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: **0202414968**

Check # ____________________

Payment Amount $____________

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

0L287160037

******AUTO**MIXED ADC 300
389 3 MB 1.170 000389
LIBERTY LIFE ASSURANCE BOSTON
JODI GEORGE
PO BOX 7206
LONDON, KY 40742-7206

14pgs

*00140000389K02*

# ATTENTION

## Confidential Information enclosed.
## To be viewed by authorized persons only.

## If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

Health information is reproduced by HealthPort, a health information management outsourcing service. Your healthcare provider contracts with HealthPort to process authorized requests for copies of health records.

Reproductions are made from the medical facility's original records. The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover. Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

You may not make any disclosure or use of these records without the permission of the individual who is the subject of the records.

This information *may or may not* contain records regarding drug and/or alcohol use or treatment. If this record contains any such information, it has been disclosed to you from records whose confidentiality is protected by federal regulation 42 CFR Part 2, which prohibits you from making any further disclosure of it without the *specific* written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of health or other information is not sufficient for this purpose. Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the *specific* consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

**BAPTIST MEDICAL GROUP**

The Light Clinic
7715 Wolf River Blvd
Germantown, TN 38138

# Facsimile Cover Sheet

Date: Oct 4, 2016 # of pages including cover sheet: 7

| | |
|---|---|
| To: Jodi George | From: The Light Clinic<br>Whitney Tolbert FNP |
| Phone: | Phone: (901) 328-6031 |
| Fax Phone: 603-334-0401 | Fax Phone: (901) 328-6035 |
| Copy: | E-mail: |

Remarks: [ ] Urgent [ ] For your review [ ] As requested [ ] Reply ASAP [ ] Please Comment

**CONFIDENTIALITY NOTE:** The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this fax is strictly prohibited. **If you have received this fax in error, please complete the below information and fax this form (along with your fax coversheet) to the Baptist Corporate Privacy and Security Officer at 901.227.6155. Thank you.**

**Please check the one box below that describes what you did with the document(s) you received.**

- ☐ The document(s) was shredded. No copies were made or kept.
- ☐ The document(s) was not shredded, but was destroyed so that it would be impossible for someone to piece the document back together. No copies were made or kept.
- ☐ The original document(s) was returned to Baptist at the above address. No copies were made or kept.
- ☐ The document is still in my possession.

**Please write in how many pages of documents you unintentionally received from Baptist (count fax cover pages too). However, if you received some documents that were intended for you along with documents that were not intended for you, only count those pages which were not intended for you:**__________

**Please list the fax number on which the documents were received:**__________

**Name of person completing this information:**__________ **Date:**__________

Form # 0100.22 (06/14)

Liberty Mutual. INSURANCE

**Certification of Health Care Provider for Employee's Serious Health Condition Family and Medical Leave Act (FMLA)**

Liberty Mutual Leave Services
P.O. Box 8700,
Dover, NH 03821-8700
Phone: (800) 283-0823
Fax: (800) 694-6312

## SECTION I: TO BE COMPLETED BY PATIENT/EMPLOYEE

**INSTRUCTIONS TO THE EMPLOYEE:** Please complete Section I before providing this form to your health care provider. The FMLA permits an employer to require that you submit a medical certification to support a request for FMLA leave. Failure to timely provide a complete and sufficient medical form will result in a denial of your FMLA Request.

**Company Name:** Nike, Inc.

**Employee Name:** SHANNA RICHARDSON **Leave ID#:** 5822071

**Employee Date of Birth:**

**Employee Job Title:** racker

**Employee Regular Work Schedule: Shift Begin Time:** 4 pm **Shift End Time:** 12:30 am

**Regular Days Worked:** ☑ Sunday ☑ Monday ☑ Tuesday ☑ Wednesday ☑ Thursday ☑ Friday ☑ Saturday

**Work Schedule Comments:**

**Note:** If you need a part time or a consistent reduced work schedule, it is your responsibility to provide this information to your employer in order for them to plan accordingly.

**Leave Begin Date:** ~~06/10/2016~~ 07/10/2016 **Leave End Date:** ~~07/09/2016~~ 11/30/2016

**Medical Release:** I authorize the release and verification of medical information in order to process this FMLA request.

**Signature of Patient/Employee:** Shanna Richardson **Date:** 09/26/2016

## SECTION II: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

**INSTRUCTIONS TO THE HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Please answer all questions so a determination for FMLA coverage can be made.

**For residents of California, do not disclose the underlying diagnosis unless you have received consent from the patient.**

**The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic Information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.**

**Employee Name:** SHANNA RICHARDSON **Leave ID#:** 5822071

**SECTION II CONTINUED: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER**

1. **MEDICAL FACTS:** *This may include symptoms, diagnosis or any regimen of continuing treatment, such as the use of specialized equipment.*

**(1A) Other than residents of CA,** describe the patient's medical facts (symptoms/diagnosis) related to the serious health condition:
Degenerative disc disease

**(1B)** Approximate Date condition commenced: 2-8-16 Probable duration of condition: unknown

If the medical condition is **pregnancy**, provide the expected delivery date: ______

2. **TREATMENT:** This includes examinations to determine if a serious health condition exists, evaluations of the condition and actual treatment by or under the supervision of a qualified health care provider.

**(2A)** Was the patient seen within 7 days of the requested leave begin date? ☑ YES ☐ NO

**(2B)** Was medication, other than over-the-counter medication, prescribed? ☑ YES ☐ NO

**(2C)** Will the patient need to have treatment visits at least twice per year due to the condition? ☑ YES ☐ NO

**(2D)** Was the patient admitted for an overnight stay in a hospital, hospice, or medical care facility? ☐ YES ☑ NO

**If yes:** Admission Date: ______ Discharge Date: ______

**(2E)** Was the patient referred to another health care provider(s) for evaluation or treatment? ☑ YES ☐ NO

**If yes,** Provider Name: Dr. Maurice Smith

Provider Specialty: Neurosurgery

Provider Phone Number: (901) 522-7700

Describe the nature of the treatment: further evaluation

3. **ABSENCE FROM WORK:** Please refer to the list of the patient's job description if one has been provided. If one has not been provided, please answer this question based on the patient's own description of his/her job function.

**(3A)** Is the patient unable to perform any of his/her job functions due to his/her serious health condition? ☑ YES ☐ NO

**If yes,** identify the job functions patient is unable to perform:
standing for prolonged periods
lifting and bending

**(3B)** Is it medically necessary for patient to be absent from work? ☐ YES ☐ NO

**If yes,** specify the appropriate reason(s) below. **Select ALL that apply.**

☑ Due to Incapacity (The employee may need time off work due to experiencing episodic flare-ups)

☑ Due to Treatment/Visits (The employee may need time off to attend appointments)



I certify that the information provided in this Certification of Health Care Provider form (Section II) is accurate to the best of my knowledge.

Signature of Provider: [signature] FNP Date: 10-4-16

Print Provider Name: Whitney W. Tolbert, FNP Phone: (901) 328-6031

Provider Medical Specialty: Internal Medicine

Medical Credentials (Example: MD, DO, *DC): FNP Fax: (901) 328-6035

***IF** the medical credential is listed as "DC", please confirm if x-rays have been taken for the patient's condition. ☐ YES ☐ NO

Please FAX the completed Certification of Health Care Provider form to Liberty Mutual. Retain a copy of the form AND the successful fax confirmation report for your records. If you wish to mail or contact Liberty Mutual, the information is provided at the top of page one.

## Document info

| | |
|---|---|
| Result type: | Spine Cerv 3 Views Or Less |
| Result date: | Feb 08, 2016, 09:13 p.m. |
| Result status: | authenticated |
| Performed by: | Houston Graves |
| Modified by: | Houston Graves |
| Accession number: | 00000DX20160040284 |

# Spine Cerv 2/3 Views

| | | | |
|---|---|---|---|
| **Patient:** | **SHANNA RICHARDSON** | **DOB:** | |

**READ**

CLINICAL INFORMATION: NECK PAIN.

EXAMINATION: SPINE CERV 2/3 VIEWS, 2/8/2016 7:28 PM, DX160040284

COMPARISON: None

FINDINGS: AP and lateral views of the cervical spine are provided. The cervical spine is normally aligned. No acute fractures or subluxations. There is mild loss of disc space height at C5-C6, with moderate size ventral and tiny posterior osteophyte formation. The vertebral body heights, disc spaces, and facet articulations appear otherwise normal. The atlantoaxial relationship is normal and the dens appears intact. There is no prevertebral soft tissue swelling.

IMPRESSION: No acute finding. Degenerative disc disease at C5-6.

This report was dictated at Workstation ID: PLA6129

| | |
|---|---|
| **Document Maintained By** | Germantown |
| **Contact Info** | Work Place:<br>7691 Poplar Ave.<br>Germantown, TN 38138, US<br>Tel (Work Place): (901)516-6000 |

## Encounter

**MHM Fin Nbr Pool 43377319 Date(s): 2/8/16 - 2/8/16**
Germantown 7691 Poplar Ave. Germantown, TN 38138 USA (901) 516-6418
Final: Radiculopathy, cervical region
Final: Other cervical disc degeneration, mid-cervical region
Discharge Disposition: Home
Attending Physician: Tupper , Johnathan J, MD

## Vital Signs

| **Most recent to oldest [Reference Range]:** | **1** | **2** |
|---|---|---|
| Temp [35.2-38.1 DegC] | 36.6 DegC<br>(2/8/16 10:25 PM) | 36.4 DegC<br>(2/8/16 6:55 PM) |
| Temp route | Oral<br>(2/8/16 10:25 PM) | Oral<br>(2/8/16 6:55 PM) |
| Blood Pressure [90-140/60-90 mmHg] | 163/98 mmHg<br>"HI"<br>(2/8/16 10:25 PM) | 168/92 mmHg<br>"HI"<br>(2/8/16 6:55 PM) |
| MAP | 120 mmHg<br>(2/8/16 10:25 PM) | |
| Blood pressure cuff method | Automated Cuff<br>(2/8/16 10:25 PM) | |
| Blood pressure cuff site | Right,<br>Upper arm<br>(2/8/16 10:25 PM) | |

| | |
|---|---|
| **Document Maintained By** | Germantown |
| **Contact Info** | Work Place:<br>7691 Poplar Ave.<br>Germantown, TN 38138, US<br>Tel (Work Place): (901)516-6000 |

## Encounter

**MHM Fin Nbr Pool 49717571 Date(s): 8/8/16 - 8/8/16**
Germantown 7691 Poplar Ave. Germantown, TN 38138 USA (901) 516-6418
Final: Radiculopathy, cervical region
Final: Essential (primary) hypertension
Discharge Disposition: Home
Attending Physician: Wright , Tony L, MD

## Vital Signs

| **Most recent to oldest [Reference Range]:** | **1** | **2** |
|---|---|---|
| Temp [35.2-38.1 DegC] | 36.8 DegC<br>(8/8/16 7:29 AM) | |
| Temp route | Oral<br>(8/8/16 7:29 AM) | |
| Blood Pressure [90-140/60-90 mmHg] | 193/90 mmHg<br>"HI"<br>(8/8/16 10:38 AM) | 184/115 mmHg<br>"HI"<br>(8/8/16 7:29 AM) |
| MAP | 124 mmHg<br>(8/8/16 10:38 AM) | |
| Blood pressure cuff method | Automated Cuff<br>(8/8/16 10:38 AM) | |
| Pulse [60-100 bpm] | 78 bpm<br>(8/8/16 10:38 AM) | 67 bpm<br>(8/8/16 7:29 AM) |
| Resp rate [14-20 breaths/min] | 16 breaths/min<br>(8/8/16 10:38 AM) | 16 breaths/min<br>(8/8/16 7:29 AM) |

**BAPTIST MEDICAL GROUP**

The Light Clinic
7715 Wolf River Blvd
Germantown, TN 38138

# Facsimile Cover Sheet

| | |
|---|---|
| Date: Oct 4, 2016 | # of pages including cover sheet: 7 |

| | |
|---|---|
| To: Jodi George | From: The Light Clinic<br>Whitney Tolbert FNP |
| Phone: | Phone: (901) 328-6031 |
| Fax Phone: 603-334-0401 | Fax Phone: (901) 328-6035 |
| Copy: | E-mail: |

Remarks: [ ] Urgent [ ] For your review [ ] As requested [ ] Reply ASAP [ ] Please Comment

**CONFIDENTIALITY NOTE:** The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this fax is strictly prohibited. **If you have received this fax in error, please complete the below information and fax this form (along with your fax coversheet) to the Baptist Corporate Privacy and Security Officer at 901.227.6155. Thank you.**

**Please check the one box below that describes what you did with the document(s) you received.**

- ☐ The document(s) was shredded. No copies were made or kept.
- ☐ The document(s) was not shredded, but was destroyed so that it would be impossible for someone to piece the document back together. No copies were made or kept.
- ☐ The original document(s) was returned to Baptist at the above address. No copies were made or kept.
- ☐ The document is still in my possession.

**Please write in how many pages of documents you unintentionally received from Baptist (count fax cover pages too). However, if you received some documents that were intended for you along with documents that were not intended for you, only count those pages which were not intended for you:**________

**Please list the fax number on which the documents were received:**________

**Name of person completing this information:**________ **Date:**________

Form # 0100.22 (06/14)

Liberty Mutual. INSURANCE

**Certification of Health Care Provider for Employee's Serious Health Condition Family and Medical Leave Act (FMLA)**

Liberty Mutual Leave Services
P.O. Box 8700,
Dover, NH 03821-8700
Phone: (800) 283-0823
Fax: (800) 694-6312

## SECTION I: TO BE COMPLETED BY PATIENT/EMPLOYEE

**INSTRUCTIONS TO THE EMPLOYEE**: Please complete Section I before providing this form to your health care provider. The FMLA permits an employer to require that you submit a medical certification to support a request for FMLA leave. Failure to timely provide a complete and sufficient medical form will result in a denial of your FMLA Request.

**Company Name:** Nike, Inc.

**Employee Name:** SHANNA RICHARDSON **Leave ID#:** 5822071

**Employee Date of Birth:**

**Employee Job Title:** Packer

**Employee Regular Work Schedule: Shift Begin Time:** 4 pm **Shift End Time:** 12:30 am

**Regular Days Worked:** ☑ Sunday ☑ Monday ☑ Tuesday ☑ Wednesday ☑ Thursday ☑ Friday ☑ Saturday

**Work Schedule Comments:** ______

**Note:** If you need a part time or a consistent reduced work schedule, it is your responsibility to provide this information to your employer in order for them to plan accordingly.

**Leave Begin Date:** ~~06/10/2016~~ 07/10/2016 **Leave End Date:** ~~07/09/2016~~ 11/30/2016

**Medical Release**: I authorize the release and verification of medical information in order to process this FMLA request.

**Signature of Patient/Employee:** Shanna Richardson **Date:** 09/26/2016

## SECTION II: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

**INSTRUCTIONS TO THE HEALTH CARE PROVIDER**: Your patient has requested leave under the FMLA. Please answer all questions so a determination for FMLA coverage can be made.

**For residents of California, do not disclose the underlying diagnosis unless you have received consent from the patient.**

**The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic Information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.**

**Employee Name:** SHANNA RICHARDSON **Leave ID#:** 5822071

## SECTION II CONTINUED: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

1. **MEDICAL FACTS:** *This may include symptoms, diagnosis or any regimen of continuing treatment, such as the use of specialized equipment.*

(1A) **Other than residents of CA**, describe the patient's medical facts (symptoms/diagnosis) related to the serious health condition;
Degenerative disc disease

(1B) Approximate Date condition commenced: 2-8-16 Probable duration of condition: unknown

If the medical condition is **pregnancy**, provide the expected delivery date: ______

2. **TREATMENT:** This includes examinations to determine if a serious health condition exists, evaluations of the condition and actual treatment by or under the supervision of a qualified health care provider.

(2A) Was the patient seen within 7 days of the requested leave begin date? ☑ YES ☐ NO

(2B) Was medication, other than over-the-counter medication, prescribed? ☑ YES ☐ NO

(2C) Will the patient need to have treatment visits at least twice per year due to the condition? ☑ YES ☐ NO

(2D) Was the patient admitted for an overnight stay in a hospital, hospice, or medical care facility? ☐ YES ☑ NO

**If yes:** Admission Date: ______ Discharge Date: ______

(2E) Was the patient referred to another health care provider(s) for evaluation or treatment? ☑ YES ☐ NO

**If yes,** Provider Name: Dr. Maurice Smith

Provider Specialty: Neurosurgery

Provider Phone Number: (901) 522-7700

Describe the nature of the treatment: further evaluation

3. **ABSENCE FROM WORK:** Please refer to the list of the patient's job description if one has been provided. If one has not been provided, please answer this question based on the patient's own description of his/her job function.

(3A) Is the patient unable to perform any of his/her job functions due to his/her serious health condition? ☑ YES ☐ NO

**If yes**, identify the job functions patient is unable to perform:
Standing for prolonged periods
lifting and bending

(3B) Is it medically necessary for patient to be absent from work? ☐ YES ☐ NO

**If yes,** specify the appropriate reason(s) below. **Select ALL that apply.**

☑ Due to Incapacity (The employee may need time off work due to experiencing episodic flare-ups)

☑ Due to Treatment/Visits (The employee may need time off to attend appointments)

**Employee Name:** SHANNA RICHARDSON **Leave ID#:** 5822071

## SECTION II CONTINUED: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

**4. LEAVE DATES/FREQUENCY: For an extension of a leave**, there should be no gap in time from the end date shown on page 1 and begin date provided.

(4A) Will the patient be incapacitated and absent from work for a single continuous period of time? ☑ YES ☐ NO

**If yes**: Leave Begin Date: 7-10-16 Leave End Date: 11-30-16

(4B) Will the patient need recurring absences taken at separate periods of time? ☐ YES ☑ NO

**If yes**: Leave Begin Date: ______ Leave End Date: ______

**Frequency:** Based on your medical knowledge, experience and examination of the patient, please estimate a frequency. If unsure, a reasonable range should be provided. Terms such as "n/a", "unknown", "undetermined" or "as needed" are not acceptable.

i. Frequency for Incapacity:

a) Number of episodes: ______ per ☐ Week OR ☐ Month and

b) How many hours, days or weeks per episode?

______ Hour(s) ______ Day(s) ______ Week(s)

ii. Frequency for Treatment/Visits:

Number of Appointments: ______ per ☐ Week OR ☐ Month

(4C) Is it medically necessary for the employee to work a part-time or a consistent reduced work schedule due to the patient's health condition? ☐ YES ☑ NO

**If yes**, specify below, including time and duration for the reduced work schedule: (Example: Cannot work more than 5 hours a day for one month)

______

______

I certify that the information provided in this Certification of Health Care Provider form (Section II) is accurate to the best of my knowledge.

Signature of Provider: [signature] FNP Date: 10-4-16

Print Provider Name: Whitney W. Tolbert, FNP Phone: (901) 328-6031

Provider Medical Specialty: Internal Medicine

Medical Credentials (Example: MD, DO, *DC): FNP Fax: (901) 328-6035

***IF** the medical credential is listed as "DC", please confirm if x-rays have been taken for the patient's condition. ☐ YES ☐ NO

Please FAX the completed Certification of Health Care Provider form to Liberty Mutual. Retain a copy of the form AND the successful fax confirmation report for your records. If you wish to mail or contact Liberty Mutual, the information is provided at the top of page one.

## Document info

| | |
|---|---|
| Result type: | Spine Cerv 3 Views Or Less |
| Result date: | Feb 08, 2016, 09:13 p.m. |
| Result status: | authenticated |
| Performed by: | Houston Graves |
| Modified by: | Houston Graves |
| Accession number: | 00000DX20160040284 |

# Spine Cerv 2/3 Views

| | | | |
|---|---|---|---|
| **Patient:** | **SHANNA RICHARDSON** | **DOB:** | |

**READ**

CLINICAL INFORMATION: NECK PAIN.

EXAMINATION: SPINE CERV 2/3 VIEWS, 2/8/2016 7:28 PM, DX160040284

COMPARISON: None

FINDINGS: AP and lateral views of the cervical spine are provided. The cervical spine is normally aligned. No acute fractures or subluxations. There is mild loss of disc space height at C5-C6, with moderate size ventral and tiny posterior osteophyte formation. The vertebral body heights, disc spaces, and facet articulations appear otherwise normal. The atlantoaxial relationship is normal and the dens appears intact. There is no prevertebral soft tissue swelling.

IMPRESSION: No acute finding. Degenerative disc disease at C5-6.

This report was dictated at Workstation ID: PLA6129

| | |
|---|---|
| **Document Maintained By** | Germantown |
| **Contact Info** | Work Place:<br>7691 Poplar Ave.<br>Germantown, TN 38138, US<br>Tel (Work Place): (901)516-6000 |

## Encounter

**MHM Fin Nbr Pool 49717671 Date(s): 8/8/16 - 8/8/16**
Germantown 7691 Poplar Ave. Germantown, TN 38138 USA (901) 516-6418
*Final:* Radiculopathy, cervical region
*Final:* Essential (primary) hypertension
Discharge Disposition: Home
Attending Physician: Wright , Tony L, MD

## Vital Signs

| **Most recent to oldest [Reference Range]:** | **1** | **2** |
|---|---|---|
| Temp [35.2-38.1 DegC] | 36.8 DegC<br>(8/8/16 7:29 AM) | |
| Temp route | Oral<br>(8/8/16 7:29 AM) | |
| Blood Pressure [90-140/60-90 mmHg] | 193/90 mmHg<br>*HI*<br>(8/8/16 10:38 AM) | 184/115 mmHg<br>*HI*<br>(8/8/16 7:29 AM) |
| MAP | 124 mmHg<br>(8/8/16 10:38 AM) | |
| Blood pressure cuff method | Automated Cuff<br>(8/8/16 10:38 AM) | |
| Pulse [60-100 bpm] | 78 bpm<br>(8/8/16 10:38 AM) | 67 bpm<br>(8/8/16 7:29 AM) |
| Resp rate [14-20 breaths/min] | 16 breaths/min<br>(8/8/16 10:38 AM) | 16 breaths/min<br>(8/8/16 7:29 AM) |

| | |
|---|---|
| **Document Maintained By** | Germantown |
| **Contact Info** | Work Place:<br>7691 Poplar Ave.<br>Germantown, TN 38138, US<br>Tel (Work Place): (901)516-6000 |

## Encounter

**MHM Fin Nbr Pool 43377319 Date(s): 2/8/16 - 2/8/16**
Germantown 7691 Poplar Ave. Germantown, TN 38138 USA (901) 516-6418
Final: Radiculopathy, cervical region
Final: Other cervical disc degeneration, mid-cervical region
Discharge Disposition: Home
Attending Physician: Tupper , Johnathan J, MD

## Vital Signs

| **Most recent to oldest [Reference Range]:** | **1** | **2** |
|---|---|---|
| Temp [35.2-38.1 DegC] | 36.6 DegC<br>(2/8/16 10:25 PM) | 36.4 DegC<br>(2/8/16 6:55 PM) |
| Temp route | Oral<br>(2/8/16 10:25 PM) | Oral<br>(2/8/16 6:55 PM) |
| Blood Pressure [90-140/60-90 mmHg] | 163/98 mmHg<br>*HI*<br>(2/8/16 10:25 PM) | 168/92 mmHg<br>*HI*<br>(2/8/16 6:55 PM) |
| MAP | 120 mmHg<br>(2/8/16 10:25 PM) | |
| Blood pressure cuff method | Automated Cuff<br>(2/8/16 10:25 PM) | |
| Blood pressure cuff site | Right,<br>Upper arm<br>(2/8/16 10:25 PM) | |

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
(855) 832-9412
Secure Fax No.: (603) 334-5819

| | |
|---|---|
| Date: | September 23, 2016 |
| To: | WHITNEY TOLBERT NP |
| Attn: | Medical Records |
| Fax: | (901) 328-6035 |
| From: | Jodi George<br>Sr. Integrated Leave Specialist<br>Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 334-5819 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 5977254<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-5819

September 23, 2016

Whitney Tolbert, Np

MEMPHIS, TN 37501

RE: Short Term Disability (STD) Benefits
Nike, Inc.
Claim #: 5977254
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Whitney Tolbert:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2016 through the present.
- MRI results, Emergency room records if available

We ask that you provide this information by September 29, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5819 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jodi George
Sr. Integrated Leave Specialist
Phone No.: (855) 832-9412 Ext. 16409
Secure Fax No.: (603) 334-5819

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
(855) 832-9412
Secure Fax No.: (603) 334-5819

| | |
|---|---|
| Date: | September 23, 2016 |
| To: | WHITNEY TOLBERT NP |
| Attn: | Medical Records |
| Fax: | (901) 328-6035 |
| From: | Jodi George<br>Sr. Integrated Leave Specialist<br>Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 334-5819 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 5977254<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

NIKE HR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-5819

September 23, 2016

Whitney Tolbert, Np

MEMPHIS, TN 37501

RE: Short Term Disability (STD) Benefits
Nike, Inc.
Claim #: 5977254
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Whitney Tolbert:

Apologies for the duplicate request, I forgot to include the HIPPA compliant release form with the initial request this morning. Please disregard the earlier request.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jodi George
Sr. Integrated Leave Specialist
Phone No.: (855) 832-9412 Ext. 16409
Secure Fax No.: (603) 334-5819

Attachments: 5977254-REQUEST-PROVIDER-09.23.2016
5977254-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.23.2016

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
(855) 832-9412
Secure Fax No.: (603) 334-5819

| | |
|---|---|
| Date: | September 23, 2016 |
| To: | WHITNEY TOLBERT NP |
| Attn: | Medical Records |
| Fax: | (901) 328-6035 |
| From: | Jodi George<br>Sr. Integrated Leave Specialist<br>Phone No.: (855) 832-9412<br>Secure Fax No.: (603) 334-5819 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 5977254<br>Claimant: Shanna Richardson<br><br>Nike, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 832-9412 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-5819

NIKE HR

September 23, 2016

Whitney Tolbert, Np

MEMPHIS, TN 37501

RE: Short Term Disability (STD) Benefits
Nike, Inc.
Claim #: 5977254
Claimant: Shanna Richardson
Claimant D.O.B.:

Dear Whitney Tolbert:

We are the Disability Claim Administrator for your patient, Shanna Richardson.

To evaluate Ms. Richardson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2016 through the present.
- MRI results, Emergency room records if available

We ask that you provide this information by September 29, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5819 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jodi George
Sr. Integrated Leave Specialist
Phone No.: (855) 832-9412 Ext. 16409
Secure Fax No.: (603) 334-5819

Jun 02 2016 07:17AM Light Clinic 9013286035 page 5

0H165160204

39585

## AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of B
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

Return To: Joshua Paterson

EMPLOYEE/CLAIMANT NAME: SHANNA RICHARDSON
CLAIM NO: 3633188
EMPLOYER/SPONSOR: NIKE, INC. DATE OF BIRTH:

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Se Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educatio institutions and any current or former employer to release any and all of the following information to the particular Company in the Lib Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan) persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information reg AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.
2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; r and information related to any insurance coverage and claims filed; credit information including but not limited to, credit reports an applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachm and academic transcripts.
3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Sec Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be elig under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to wh am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Pl Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration c claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medica treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the e reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect o prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover su overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the ori This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall b for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notif the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies to which I submit a claim.

Shanna Richardson
Print Name

Shanna Richardson
Signature

Date of Birth

05/31/16
Date

DP432 Rev 02/09

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

MS SHANNA RICHARDSON

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (855) 832-9412
Secure Fax No.: (603) 334-5819

September 23, 2016

SHANNA RICHARDSON

RE: Short Term Disability (STD) Benefits
Nike, Inc.
Claim #: 5977254

Dear Ms. Shanna Richardson:

**ATTENTION:** INFORMATION DUE November 6, 2016

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Nike Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results (including MRI), hospital discharge summaries, prescription histories, physical therapy notes, and treatment plans from September 1, 2016 through the present from all treating providers and/or hospitals.

Nike Inc.'s STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it.

We ask that you provide us with this information ***no later than November 6, 2016*** as required under the terms of the Plan.

If there are any other attending physicians or specialist, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please be advised that we are unable to evaluate eligibility for benefits without this information. In this absence of this information, your claim may be denied.

Please have your provider complete the enclosed Fitness for Duty form and return to my attention, prior to returning to work.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jodi George
Sr. Integrated Leave Specialist
Phone No.: (855) 832-9412 Ext. 16409
Secure Fax No.: (603) 334-5819

Attachments: 5977254-EMPLOYER-FORMS-09.23.2016

# ***FITNESS FOR DUTY***

Dear Physician:

We have a transitional return-to-work program at NIKE, Inc. This program is based on offering work "tasks" in 2, 4, 6, 8, and 8+ hour increments. During the office visit, please evaluate our employee's ability to participate in our return-to-work program.

Please provide the following information today, and return this form to the employee.

Employee ______________________________ Date ______________________________

1. Dates of absence from work: ______________________________
2. Can this employee return to regular work (**NO** restrictions)? ☐ YES ☐ NO
3. If no, can this employee return to modified duty? ☐ YES ☐ NO
4. Hours per day: [circle one] 2 4 6 8 10 12
5. Work restrictions: **Consecutive Hours** **Wrist, Hands, Arms**

   Sit 2 3 4 5 6 7 8 8+ Repetitive: ☐ YES ☐ NO

   Stand 2 3 4 5 6 7 8 8+ # of hrs at one time: 2 4 6 8 8+

| **Body Motions:** | **Pounds** | **Never** | **1-2 Hrs** | **3-6 Hrs** | **6-8+ hrs** |
|---|---|---|---|---|---|
| Lifting | | | | | |
| Carry | | | | | |
| Push / Pull | | | | | |
| Bend | | | | | |
| Squat | | | | | |
| Climb | | | | | |
| Twist | | | | | |
| Crawl | | | | | |

6. Must wear medical support (i.e. brace, splint, etc.) ☐ YES ☐ NO
7. What is the estimated time frame for light duty work? ______________________________
8. Date for this employee's release to regular work duties. ______________________________
9. If under medication, will it interfere with work activities? ☐ YES ☐ NO
10. Must take prescribed medication? ☐ YES ☐ NO Name of med.: ______________________________
11. Date of next scheduled appointment: ______________________________

______________________________ ______________________________

**Physician's Signature** **Date**

______________________________

**Physician's Address (Street, City, State, Zip)** **Physician's Telephone**

**Thank you for your time and this information. Nike**

**DEFINITIONS:**

Occasionally: 1-2 hrs or less per day
Frequently: 3-6 hrs per day
Continuously: 6-8+ hrs per day

**Return to: Liberty Mutual**

# ***FITNESS FOR DUTY***

Dear Physician:

We have a transitional return-to-work program at NIKE, Inc. This program is based on offering work "tasks" in 2, 4, 6, 8, and 8+ hour increments. During the office visit, please evaluate our employee's ability to participate in our return-to-work program.

Please provide the following information today, and return this form to the employee.

Employee ______________________________ Date ______________________________

1. Dates of absence from work: ______________________________
2. Can this employee return to regular work (**NO** restrictions)? ☐ YES ☐ NO
3. If no, can this employee return to modified duty? ☐ YES ☐ NO
4. Hours per day: [circle one] 2 4 6 8 10 12
5. Work restrictions: **Consecutive Hours** **Wrist, Hands, Arms**

Sit 2 3 4 5 6 7 8 8+ Repetitive: ☐ YES ☐ NO

Stand 2 3 4 5 6 7 8 8+ # of hrs at one time: 2 4 6 8 8+

| **Body Motions:** | **Pounds** | **Never** | **1-2 Hrs** | **3-6 Hrs** | **6-8+ hrs** |
|---|---|---|---|---|---|
| Lifting | | | | | |
| Carry | | | | | |
| Push / Pull | | | | | |
| Bend | | | | | |
| Squat | | | | | |
| Climb | | | | | |
| Twist | | | | | |
| Crawl | | | | | |

6. Must wear medical support (i.e. brace, splint, etc.) ☐ YES ☐ NO
7. What is the estimated time frame for light duty work? ______________________________
8. Date for this employee's release to regular work duties. ______________________________
9. If under medication, will it interfere with work activities? ☐ YES ☐ NO
10. Must take prescribed medication? ☐ YES ☐ NO Name of med.: ______________________________
11. Date of next scheduled appointment: ______________________________

______________________________ ______________________________

**Physician's Signature** **Date**

______________________________

**Physician's Address (Street, City, State, Zip)** **Physician's Telephone**

**Thank you for your time and this information. Nike**

**DEFINITIONS:**

Occasionally: 1-2 hrs or less per day
Frequently: 3-6 hrs per day
Continuously: 6-8+ hrs per day

**Return to: Liberty Mutual**

0H165160204

39585

# AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of B
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

Return To: Joshua Paterson

EMPLOYEE/CLAIMANT NAME: SHANNA RICHARDSON
CLAIM NO: 3633188
EMPLOYER/SPONSOR: NIKE, INC. DATE OF BIRTH:

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Se Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educatio institutions and any current or former employer to release any and all of the following information to the particular Company in the Lib Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan) persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information reg AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.
2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; r and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports an applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachm and academic transcripts.
3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Sec Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be elig under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to wh am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Pl Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medica treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the e reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect o prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover su overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the ori This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall b for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notif the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies to which I submit a claim.

Shanna Richardson
Print Name

Date of Birth

Shanna Richardson
Signature

05/31/16
Date

DP 432 Rev 02/09

«Sequence_Number»

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7206
London, KY 40742-7206

SHANNA RICHARDSON

0000

*400000300209 6*

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

September 23, 2016

SHANNA RICHARDSON

0000

RE: Short Term Disability (STD) Benefits
Nike, Inc.
Claim #: 5977254

MS. RICHARDSON

We are writing in reference to your claim for Short Term Disability Benefits under Nike, Inc.'s Group Disability Plan. Liberty Life Assurance Company of Boston ("Liberty") received notice of this claim on 9/22/2016 with a reported disability date of 9/22/2016.

We are in the process of reviewing your claim and a decision has not yet been made. We will be reaching out to you by phone within one business day from your reported date of disability, or receipt of claim, whichever is greater.

If necessary, we will be gathering additional information to assist us with your claim determination, including contacting your attending physician(s) to obtain specific medical information about your condition and prognosis. If you have not already provided your doctor with a signed Authorization to Release Information form, please complete and sign the enclosed form. We ask that you provide a copy to your attending physician and return a copy to Liberty.

If you have questions regarding your claim, have returned to work or your condition has changed (e.g., starting a reduced schedule earlier than expected), please contact me at the phone number listed below. In addition to calling, you may check the status of your disability claim online at www.mylibertyconnection.com. First time users will need to enter the Company Code of NIKEINC to register.

**Important Information for employees working in California, Hawaii, New Jersey, New York Puerto Rico or Rhode Island**

Nike, Inc.'s STD Plan requires you to apply for Statutory benefits that you may be eligible to receive in addition to any STD benefits that are be payable. Your STD benefit will be reduced

by other income or benefits you are receiving or are eligible for (e.g., Statutory Disability Benefits).

| | |
|---|---|
| California: | For CA Statutory benefits call (800) 480-3287 or go online at http://www.edd.ca.gov/Disability/SDI_Online.htm |
| Hawaii: | Hawaii State benefits are managed by The Hartford. Call 888-236-4918 to apply. |
| New Jersey: | For NJ state benefits call (609) 292-7060 or go online for an application at: http://www.nj.gov/labor |
| New York: | Liberty is managing your NY Statutory benefits. No action is required. |
| Puerto Rico: | For PR Statutory benefits call (787) 754-5850 or go online at http://www.trabajo.pr.gov |
| Rhode Island: | For RI State benefits call (401) 462-8420 or online at http://www.dlt.ri.gov/tdi |

Sincerely,

*Disability Claims*

Jodi George
Disability Case Manager
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

# AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Jodi George

EMPLOYEE/CLAIMANT NAME: SHANNA RICHARDSON
CLAIM NO: 5977254
EMPLOYER/SPONSOR: NIKE, INC. DATE OF BIRTH: ______

I **authorize** any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.
2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.
3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies to which I submit a claim.

| | |
|---|---|
| Print Name | Date of Birth |
| Signature | Date |

DP 432 Rev 02/09