**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISIONAL OFFICE**
**AT MEMPHIS**

| | | |
|---|---|---|
| **SHANNA RICHARDSON,** | ) | |
| | ) | CIVIL ACTION NO. 2:19cv02748-SHM-atc |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Samuel H. Mays, Jr. |
| | ) | |
| **LINCOLN FINANCIAL GROUP** | ) | |
| **d/b/a LIBERTY LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | Magistrate Judge Annie T. Christoff |
| | ) | |
| Defendant. | ) | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Shanna Richardson (hereinafter "Plaintiff") and Defendant Lincoln Financial Group d/b/a Liberty Life Assurance Company of Boston (hereinafter "Defendant"), hereby give notice that this case has settled. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated this 20th day of August 2020.

Respectfully submitted,

By: *__/s/ John E. Dunlap__*
John E. Dunlap
Law Office of John E. Dunlap
3340 Poplar Avenue #320
Memphis, TN 38111
PH: (901) 320-1603 (telephone)
Fax: (901) 320-6914 (facsimile)
Email: jdunlap00@gmail.com

ATTORNEYS FOR PLAINTIFF

**- AND -**

By: *___/s/ Iwana Rademaekers___*
Iwana Rademaekers (Texas Bar # 16452560)
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was served upon all known counsel of record via the Court's ECF Mail System upon the following:

John E. Dunlap, Esq.
Email: jdunlap00@gmail.com

___August 20, 2020___
Date

___/s/ Iwana Rademaekers___
Iwana Rademaekers