**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISIONAL OFFICE**
**AT MEMPHIS**

| | | |
|---|---|---|
| **SHANNA RICHARDSON,** | ) | |
| | ) | CIVIL ACTION NO. 2:19cv02748-SHM- atc |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Samuel H. Mays, Jr. |
| | ) | |
| **LINCOLN FINANCIAL GROUP** | ) | |
| **d/b/a LIBERTY LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | Magistrate Judge Annie T. Christoff |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Shanna Richardson and Defendant Lincoln Financial Group d/b/a Liberty Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Respectfully submitted,

By: *__/s/ John E. Dunlap__*
John E. Dunlap
Law Office of John E. Dunlap
3340 Poplar Avenue #320
Memphis, TN 38111
PH: (901) 320-1603 (telephone)
Fax: (901) 320-6914 (facsimile)
Email: jdunlap00@gmail.com

ATTORNEYS FOR PLAINTIFF

**- AND -**

By: */s/ Iwana Rademaekers*
Iwana Rademaekers (Texas Bar # 16452560)
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT