**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**SHANNA RICHARDSON,**

**Plaintiff,**

**v.** **Civil No. 2:19-cv-2748-SHM/atc**

**LINCOLN FINANCIAL GROUP**
**d/b/a LIBERTY LIFE ASSURANCE**
**COMPANY OF BOSTON,**

**Defendant.**

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Before the Court is the parties' November 24, 2020 joint stipulation of dismissal with prejudice (D.E. 18). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' joint stipulation of dismissal, this action is DISMISSED WITH PREJUDICE, with all costs taxed against the party that incurred them.

IT IS SO ORDERED this __25th___ day of November, 2020.

__*/s/ Samuel H. Mays, Jr.*____________
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE