**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**SHANNA RICHARDSON,**

**Plaintiff,**

**v.** **No. 2:19-cv-2748-SHM/atc**

**LINCOLN FINANCIAL GROUP**
**d/b/a LIBERTY LIFE ASSURANCE**
**COMPANY OF BOSTON,**

**Defendant.**

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order (D.E. __19__), docketed November __25th____, 2020.

## APPROVED:

___*/s/ Samuel H. Mays, Jr.*___________
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

__November 25, 2020________________
DATE

THOMAS M. GOULD__________
CLERK

__*/s/ Jairo Mendez*______
(By) DEPUTY CLERK